UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,<br><br>RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and<br><br>MIDDLE EAST STUDIES ASSOCIATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY,<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and<br><br>UNITED STATES OF AMERICA,<br><br>      Defendants. | Civil Action No. 1:25-cv-10685-WGY |

**MOTION FOR ADMISSION PRO HAC VICE OF XIANGNONG WANG**

1

Pursuant to Local Rule 83.5.3, Edwina Clarke, an attorney admitted to practice before this Court, hereby moves for the admission of Xiangnong Wang of the Knight First Amendment Institute at Columbia University to appear and practice before this Court representing Plaintiffs in the above-captioned matter. The applicant meets the requirements of the Local Rule as demonstrated in his declaration, attached hereto.

Dated: March 26, 2025                             Respectfully submitted,

                                                   /s/ Edwina Clarke
                                             Edwina Clarke, BBO 699702
                                             Zimmer, Citron & Clarke, LLP
                                             130 Bishop Allen Drive
                                             Cambridge, MA 02139
                                             (617) 676-9423
                                             edwina@zimmercitronclarke.com

                                             *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on March 26, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. Per Local Rule 5.2, I served paper copies of this motion by certified mail to Defendants at the following addresses on March 26, 2025:

Marco Rubio
Secretary of State
The Executive Office, Office of the Legal Adviser
600 19th Street NW, Suite 5.600
Washington DC 20522

Department of State
The Executive Office, Office of the Legal Adviser
600 19th Street NW, Suite 5.600
Washington DC 20522

Kristi Noem
Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Todd Lyons
Acting Director of U.S. Immigration and Customs Enforcement.
U.S. Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20536

Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Leah B. Foley
U.S. Attorney, District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: March 26, 2025

/s/ Edwina Clarke
Edwina Clarke, BBO 699702