AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| American Association of University Professors, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10685-WGY |
| Marco Rubio, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 04/01/2025

/s/ Ramya Krishnan
*Attorney's signature*

Ramya Krishnan, NY Bar #5621842
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Dr, Suite 302
New York, NY 10115
*Address*

ramya.krishnan@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on April 1, 2025, I electronically filed the foregoing notice in the United States District Court for the District of Massachusetts using the CM/ECF system. Per Local Rule 5.2, I will serve paper copies of this motion by certified mail to Defendants at the following addresses on April 2, 2025:

Marco Rubio
Secretary of State
The Executive Office, Office of the Legal Adviser
600 19th Street NW, Suite 5.600
Washington DC 20522

Department of State
The Executive Office, Office of the Legal Adviser
600 19th Street NW, Suite 5.600
Washington DC 20522

Kristi Noem
Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Todd Lyons
Acting Director of U.S. Immigration and Customs Enforcement
U.S. Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20536

Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Leah B. Foley
U.S. Attorney, District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: April 1, 2025
　　　　　　　　　　　　　　　　　/s/ Ramya Krishnan
　　　　　　　　　　　　　　　　　Ramya Krishnan