UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY, <br><br> RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and <br><br> MIDDLE EAST STUDIES ASSOCIATION, <br><br>       Plaintiffs, <br><br>   v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY, <br><br> TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, and <br><br> UNITED STATES OF AMERICA, <br><br>       Defendants. | Civil Action No. 1:25-cv-10685-WGY |

1

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
## AND FOR AN EXPEDITED BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs hereby move the Court to preliminarily enjoin Defendants from implementing or enforcing the ideological-deportation policy; to preliminarily enjoin Defendants from threatening to arrest, detain, and deport noncitizen students and faculty based on their lawful political expression; and to stay the policy under the Administrative Procedure Act, 5 U.S.C. § 705. The grounds for this motion are set forth in Plaintiffs' accompanying memorandum of law in support of their motion.

Because Defendants have already sought to deport several noncitizen students and faculty pursuant to the ideological-deportation policy, and because they have promised to revoke the visas of and arrest, detain, and deport more students and faculty "every day now," Krishnan Decl. Ex. R at 7 (quoting Defendant Rubio), Plaintiffs respectfully request that the Court expedite briefing on this motion and order the following briefing schedule, to which Defendants consent:

- Defendants' Opposition: due April 11
- Plaintiffs' Reply: due April 16

## REQUEST FOR ORAL ARGUMENT

Plaintiffs also respectfully request that the Court schedule Plaintiffs' preliminary injunction motion for oral argument a week after Plaintiffs' Reply is due, or at the Court's earliest convenience thereafter. If the Court determines to hold oral argument, Defendants consent to this proposed schedule.

April 1, 2025

/s/ Edwina Clarke
Edwina Clarke, BBO 699702
Zimmer, Citron & Clarke, LLP
130 Bishop Allen Drive

Respectfully submitted,

/s/ Ramya Krishnan
Ramya Krishnan*
Carrie DeCell*
Xiangnong Wang*

2

Cambridge, MA 02139
(617) 676-9423
edwina@zimmercitronclarke.com

Talya Nevins**
Jackson Busch*
Alex Abdo*
Jameel Jaffer*
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org

Ahilan T. Arulanantham*** (SBN 237841)
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
(310) 825-1029
arulanantham@law.ucla.edu

*Counsel for Plaintiffs*

*admitted *pro hac vice*
**admission to the bar pending
***pro hac vice* application forthcoming

## LOCAL RULE 7.1 CERTIFICATE

I certify that on March 31, 2025, I contacted Erez R. Reuveni, Assistant Director, Office of Immigration Litigation, Civil Division, U.S. Department of Justice, in order to meet and confer regarding the matter. We were unable to resolve or narrow the issues.

Dated: April 1, 2025                                       /s/ Ramya Krishnan
                                                                        Ramya Krishnan

## CERTIFICATE OF SERVICE

  I, the undersigned counsel, certify that on April 1, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. Per Local Rule 5.2, I will serve paper copies of this motion by certified mail to Defendants at the following addresses on April 2, 2025:

Marco Rubio
Secretary of State
The Executive Office, Office of the Legal Adviser
600 19th Street NW, Suite 5.600
Washington DC 20522

Department of State
The Executive Office, Office of the Legal Adviser
600 19th Street NW, Suite 5.600
Washington DC 20522

Kristi Noem
Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Todd Lyons
Acting Director of U.S. Immigration and Customs Enforcement
U.S. Immigration and Customs Enforcement
500 12th St., SW
Washington, D.C. 20536

Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Leah B. Foley
U.S. Attorney, District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: April 1, 2025 /s/ Ramya Krishnan
Ramya Krishnan