# EXHIBIT E



**Secretary Marco Rubio** 
@SecRubio

Those who support designated terrorist organizations, including Hamas, threaten our national security. The United States has zero tolerance for foreign visitors who support terrorists. Violators of U.S. law — including international students — face visa denial or revocation, and deportation.

5:30 PM · Mar 6, 2025 · **3.9M** Views

 11K     18K     84K     1.5K