# EXHIBIT I



**Marco Rubio** ✓
@marcorubio

We will be revoking the visas and/or green cards of Hamas supporters in America so they can be deported

apnews.com/article/columb...



Immigration agents arrest Palestinian activist who helped lead Columbia University pr...

From apnews.com

6:10 PM · Mar 9, 2025 · **19.4M** Views

💬 16K    🔁 23K    ♥ 136K    🔖 3.7K    ⤴