# EXHIBIT AA



Mar 27, 2025 - Politics & Policy

# Exclusive: Trump's "pro-Hamas" purge could block foreign students from colleges

Marc Caputo



Illustration: Brendan Lynch/Axios

The [Trump administration](#) is discussing plans to try to block certain colleges from having any foreign students if it decides too many are "pro-Hamas," senior Justice and State Department officials tell Axios.

**Why it matters:** The effort — which could include grand jury subpoenas —marks another escalation of Trump's aggressive crackdown on immigration and antisemitism that civil libertarians say stifles campus speech and has led to several lawsuits.

**Zoom in:** The idea of prohibiting colleges from enrolling any student visa-holders grew out of Secretary of State Marco Rubio's "[Catch and Revoke](#)" program, which now is focusing on students who protested against the war in Gaza.

- A senior State Department official called the demonstrators it's targeting "Hamasniks" — people the government claims have shown support for the terror group.

- More than 300 foreign students have had their student visas revoked in the three weeks "Catch and Revoke" has been in operation, the official said. There are 1.5 million student visa-holders nationwide.

- "Everyone is fair game," the official said.

**At the heart of the plan** is the [Student and Exchange Visitor Program](#), which certifies schools to accept [student visa-holders](#). Institutions have been decertified in the past if the government determines they have too many student-visa holders who are using the education system as a ruse to live and work in the U.S., officials say.

- Now, the Trump administration is threatening to apply that decertification framework to the post-[Oct. 7](#) demonstrations on college campuses.

- "Every institution that has foreign students ... will go through some sort of review," the official said. "You can have so many bad apples in one place that it leads to decertification of the school ... I don't think we're at that point yet. But it is not an empty threat."

**Columbia University and UCLA** — both of which had controversial, disruptive pro-Palestinian protests last year — are among the schools mentioned the most often by administration officials.

- Columbia officials couldn't be reached for comment.

- "UCLA is committed to eradicating hate," a spokesperson for that university said, pointing to UCLA's new Initiative to Combat Antisemitism.

**What they're saying:** Critics accuse the administration of trampling free speech and due process rights, and of unfairly conflating support for Palestinian rights with backing Hamas, the terror group that rules Gaza.

- The Foundation for Individual Rights and Expression (FIRE), a nonpartisan free-speech group, said the concept of decertifying entire universities based on who is "pro-Hamas" is "a worrying escalation."

- "Deemed 'pro-Hamas' by whom? This kind of explicitly viewpoint-driven decision-making is ripe for abuse and risks arbitrary enforcement," FIRE legal director Will Creeley told Axios in a statement.

**Zoom out:** The administration's zero-tolerance immigration enforcement has provoked a spate of lawsuits, some of which are likely headed to the U.S. Supreme Court.

- That's what the administration wants: to give the high court several opportunities to expand the executive branch's power to deport a noncitizen with little judicial review.

- A judge Tuesday [temporarily blocked](#) federal agents from detaining Yunseo Chung, a Columbia student who participated in pro-Palestinian protests. Her [lawsuit](#) argues that immigration enforcement can't "be used as a tool to punish noncitizen speakers who express political views disfavored by the current administration."

- The first major case [challenging](#) Rubio's right to revoke a green card was brought this month by Mahmoud Khalil, an organizer of the pro-Palestinian protests at Columbia.

**The big picture:** As the political parties realign, the GOP increasingly appeals to non-college voters and has clashed with academics and higher-education experts on cultural issues, including the Gaza war.

- Student visa holders are a lucrative revenue stream for colleges that can be choked off by the executive branch.

- "That's one of their biggest cash cows, foreign students. That's a meaningful source of revenue for them," a senior Justice Department official said.

- "What you're going to see in the not-too-distant future is the universities that we can show that were not doing anything to stop these demonstrations in support of Hamas — or encouraged enrollment by activists — ... we can stop approving student visas for them, and they can no longer admit foreign students," the official said.

**Catch up quick:** The Trump administration's assault on colleges and that had significant pro-Palestine, anti-Israel or antisemitic activism spans both coasts.

- Last week, to escape losing $400 million in federal money, Columbia caved to administration demands to combat antisemitism and limit protests.

- On March 5, the DOJ's new antisemitism task force launched a civil rights investigation into the University of California system.

- On March 10, the Education Department sent letters to 60 universities warning them of possible civil rights enforcement actions concerning antisemitism.

- And on March 18, the Justice Department filed a statement of interest siding with Jewish students suing over antisemitic activity during protests at UCLA.

**What's next:** The DOJ also is monitoring a new federal lawsuit from Columbia students accusing protest organizers of acting as a "propaganda arm" of Hamas.

- Expect more enforcement actions, the DOJ official said.

- "The way that this looks ... is a grand jury subpoena goes to a university, a very broad subpoena," the official said, adding that it would include "any information that they know about students who have actively participated in violent protests."





Want more stories like this? Sign up for Axios AI+

Enter your email address

Subscribe

# Go deeper



Marc Caputo
Mar 6, 2025 - Politics & Policy

## Scoop: State Dept. to use AI to revoke visas of foreign students who appear "pro-Hamas"



Secretary of State Marco Rubio speaks with Rep. Jim Jordan (R-Ohio) in Statuary Hall before President Trump's address to Congress on Tuesday. Photo: Alex Wroblewski/AFP via Getty Images

Secretary of State [Marco Rubio](#) is launching an AI-fueled "Catch and Revoke" effort to cancel the visas of foreign nationals who appear to support Hamas or other designated terror groups, senior State Department officials tell Axios.

**Why it matters:** The effort — which includes AI-assisted reviews of tens of thousands of student visa holders' social media accounts — marks a dramatic escalation in the U.S. government's policing of foreign nationals' conduct and speech.

3/28/25, 6:42 PM
Case 1:25-cv-10685-WGY    Document 14-30    Filed 04/01/25    Page 8 of 10
Trump's pro-Hamas purge could block foreign students from colleges

Go deeper (3 min. read) ⟶

   



**Nadia Lopez, Avery Lotz**
Mar 12, 2025 -    Axios San Francisco

## UC Berkeley, Stanford among colleges targeted for alleged antisemitism



Universities being investigated by the Education Department for alleged antisemitism

As of March 11, 2025

Data: U.S. Department of Education; Chart: Axios Visuals

UC Berkeley and Stanford are among the dozens of higher education institutions being investigated by the Trump administration for allegations of antisemitic harassment and discrimination on campus.

**Why it matters:** President Trump is threatening to pull federal funding from schools that he alleges are failing to protect Jewish students and allow "illegal protests" on campus.

Go deeper (2 min. read) →

   



Isaac Avilucea, Avery Lotz
Updated Mar 11, 2025  -  Axios Philadelphia

# Trump is targeting several Philly-area schools for alleged antisemitism



Pro-Palestinian students and faculty of Drexel, Temple and UPenn demonstrate last spring at a UPenn encampment. Photo: Matthew Hatcher / AFP

The Trump administration is threatening [dozens of universities](), including several in the Philly region, with possible sanctions over allegations of antisemitism on campus.

**The big picture:** The move comes after President Trump said last week that he'd strip federal funding from colleges that allow "illegal protests."

[Go deeper (2 min. read) ⟶]()

## Smarter, faster on what matters.

Explore Axios Newsletters

| | | |
|---|---|---|
| About Axios | Newsletters | Privacy policy |
| Advertise with us | Axios Live | Terms of use |
| Careers | Axios Entertainment | Your Privacy Choices |
| Contact us | Axios HQ | |

Copyright Axios Media, 2024