# EXHIBIT EE

US immigration

# US issues broad order to consulates to vet student visas over 'terrorist activity'

**State department shares new standard for denials based on social media posts, financial donations and memberships**



People rally in support of Rumeysa Ozturk in Somerville, Massachusetts, on Tuesday. Photograph: Faith Ninivaggi/Reuters

**Joseph Gedeon** *in Washington*

Fri 28 Mar 2025 15.06 EDT

The United States has ordered consular offices to significantly expand their screening processes for student visa applicants, including through comprehensive social media investigations, to exclude people they deem to support terrorism.

Coming after several high-profile visa revocations and targeted arrests over pro-Palestinian campus activism, a state department cable from 25 March, obtained by the Guardian, describes a new standard for visa denials based on a broad definition of what constitutes support for "terrorist activity". The directive states that "evidence that an applicant advocates for terrorist activity, or otherwise demonstrates a degree of public approval or public advocacy for terrorist activity or a terrorist organization" can be grounds for visa rejection.

It specifically targets new and renewing F, M and J student visa applications, providing explicit instructions for consular officers to conduct mandatory social media reviews digging into applicants' lives online. Officers are directed to examine the social media of all students applying to a visa for evidence of activities the administration defines as a threat to national security or terrorism.

The directive mandates that fraud prevention units, which receive flagged applications, take screenshots of "potentially derogatory" social media content, creating a permanent digital record that can be used to deny entry. Those officers are instructed to preserve screenshots "to the extent it is relevant to a visa ineligibility" and upload them to the applicant's case record – even if the posts are later altered or deleted.

"Evidence that an applicant advocates for terrorist activity or otherwise demonstrates a degree of public approval or public advocacy for terrorist

3/31/25, 3:43 PM
US issues broad order to consulates to vet student visas over 'terrorist activity,' US immigration | The Guardian

Case 1:25-cv-10685-WGY    Document 14-34    Filed 04/01/25    Page 3 of 5

activity or a terrorist organization may be indicative of ineligibility," reads the memo, sent by the secretary of state, Marco Rubio. "This may be evident in conduct that bears a hostile attitude towards US citizens or US culture, including government institutions or founding principles."

The memo says the vetting process should extend to students in the US as of 7 October 2023 whose visas are up for renewal, noting the day that Hamas led an attack on Israel, prompting Israel's subsequent barrage of airstrikes and ground invasion that have amounted to more than 50,000 people reported killed.

In recent weeks, the government has revoked the visas of a number of students it claims have expressed support for Hamas. The new procedures are certain to prompt concerns that social media posts supportive of the Palestinians, that contain critical commentary on US foreign policy, or that indicate attendance at a campus protest could trigger a comprehensive visa review.

**Sign up to Headlines US**   Free newsletter

Get the most important US headlines and highlights emailed direct to you every morning

**Enter your email address**

Sign up

**Privacy Notice:** Newsletters may contain info about charities, online ads, and content funded by outside parties. For more information see our Privacy Policy. We use Google reCaptcha to protect our website and the Google Privacy Policy and Terms of Service apply.

The cable does not require visa denials to be predicated on explicit support for any specific group, and goes beyond traditional security screening, allowing officers to investigate an applicant's relationships with organizations, including current membership, financial contributions or other forms of support.

The state department did not immediately respond to a request for comment.

The new order lands amid an already intensifying crackdown on pro-Palestinian activists nationwide. Rubio on Thursday said he had revoked more than 300 visas, targeting what he calls "lunatics" connected to campus protests. The latest example is the capture of Rumeysa Ozturk, a Turkish Fulbright scholar at Tufts University, who was detained by plainclothes agents wearing masks in broad daylight.

The updated screening process references two of Trump's early term executive orders focused on foreign terrorists and combating antisemitism.

"Every visa decision is a national security decision," the memo reads.

Article count **off**

### Why you can rely on the Guardian not to bow to Trump – or anyone

I hope you appreciated this article. Before you move on, I wanted to ask whether you could support the Guardian's journalism as we face the unprecedented challenges of covering the second Trump administration.

As Trump himself observed: "The first term, everybody was fighting me. In this term, everybody wants to be my friend."

He's not entirely wrong. All around us, media organizations have begun to capitulate. First, two news outlets pulled election endorsements at the behest of their billionaire owners. Next, prominent reporters bent the knee at Mar-a-Lago. And then a major network – ABC News – rolled over in response to Trump's legal challenges and agreed to a $16m million settlement in his favor.

The Guardian is clear: we have no interest in being Donald Trump's – or any politician's – friend. Our allegiance as independent journalists is not to those in

Case 1:25-cv-10685-WGY    Document 14-34    Filed 04/01/25    Page 4 of 5

power but to the public. Whatever happens in the coming months and years, you can rely on the Guardian never to bow down to power, nor back down from truth.

How are we able to stand firm in the face of intimidation and threats? As journalists say: follow the money. The Guardian has neither a self-interested billionaire owner nor profit-seeking corporate henchmen pressuring us to appease the rich and powerful. We are funded by our readers and owned by the Scott Trust – whose only financial obligation is to preserve our journalistic mission in perpetuity.

What's more, we make our fearless, fiercely independent journalism free to all, with no paywall – so that everyone in the US can have access to responsible, fact-based news.

**With the new administration boasting about its desire to punish journalists, and Trump and his allies already pursuing lawsuits against newspapers whose stories they don't like, it has never been more urgent, or more perilous, to pursue fair, accurate reporting. Can you support the Guardian today?**

 We value whatever you can spare, but a recurring contribution makes the most impact, enabling greater investment in our most crucial, fearless journalism. As our thanks to you, we can offer you some great benefits – including seeing far fewer fundraising messages like this. We've made it very quick to set up, so we hope you'll consider it. Thank you.



**Betsy Reed**
*Editor, Guardian US*

○ Support $5/month

Recommended

◉ Support $15/month

Unlock **All-access digital** benefits:

- Unlimited access to the Guardian app
- Unlimited access to our new Feast App
- Ad-free reading on all your devices
- Exclusive newsletter for supporters, sent every week from the Guardian newsroom
- Far fewer asks for support

○ Support once from just $1

Continue →    Remind me in May    VISA  mastercard  AMERICAN EXPRESS  PayPal

3/31/25, 3:43 PM
US issues broad order to consulates to vet student visas over 'terrorist activity' | US immigration | The Guardian
Case 1:25-cv-10685-WGY    Document 14-34    Filed 04/01/25    Page 5 of 5

## Related stories

Columbia alumni rip up diplomas to protest activist Mahmoud Khalil's arrest

1d ago



DoJ lawyers say detained Tufts student was sent to Louisiana before court order

4d ago



Footage shows masked Ice agents detaining Tufts graduate student

4d ago



## More from Headlines

Israel-Gaza war
Israel killed 15 Palestinian paramedics and rescue workers one by one, says UN

5h ago



US politics live
Trump refuses to say whether he's planning to leave office after second term

16m ago



Virginia Giuffre
Epstein and Prince Andrew accuser says she has days to live after bus crash

1h ago



## Most viewed