UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,<br><br>RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and<br><br>MIDELE EAST STUDIES ASSOCIATION,<br><br>   Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY,<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and<br><br>UNITED STATES OF AMERICA<br><br>   Defendants. | Civil Action No.: 1:25-CV-10685-WGY |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney in the above-captioned case as counsel for the Defendants.

                                      Respectfully submitted,

                                      LEAH B. FOLEY
                                      United States Attorney

Dated:  April 2, 2025          By:    */s/ Rayford A. Farquhar*
                                             RAYFORD A. FARQUHAR
                                             Assistant United States Attorney
                                             United States Attorney's Office
                                             John Joseph Moakley U.S. Courthouse
                                             1 Courthouse Way, Suite 9200
                                             Boston, MA 02210
                                             617-748-3100
                                             Email: rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  April 2, 2025          By:    */s/ Rayford A. Farquhar*
                                             RAYFORD A. FARQUHAR
                                             Assistant United States Attorney