AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| American Association of University Professors, et al. ) <br> *Plaintiff* ) <br> v. ) <br> Marco Rubio, et al. ) <br> *Defendant* ) | Case No.  1:25-cv-10685-WGY |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date:  04/03/2025

/s/ Jameel Jaffer
*Attorney's signature*

Jameel Jaffer, NY Bar #3064201
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Dr, Suite 302
New York, NY 10115
*Address*

jameel.jaffer@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

*FAX number*

Print    Save As...    Reset

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, certify that on April 3, 2025, I electronically filed the foregoing notice in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 3, 2025

/s/ Jameel Jaffer
Jameel Jaffer