AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| American Association of University Professors, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10685-WGY |
| Marco Rubio, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 04/03/2025

/s/ Jackson Busch
*Attorney's signature*

Jackson Busch, NY Bar #6051668
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Dr, Suite 302
New York, NY 10115
*Address*

jackson.busch@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

      I, the undersigned counsel, certify that on April 3, 2025, I electronically filed the foregoing notice in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 3, 2025                                                        /s/ Jackson Busch
                                                                                        Jackson Busch