AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| AAUP, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10685-WGY |
| Rubio, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 04/04/2025

/s/ Ethan B. Kanter
*Attorney's signature*

Ethan B. Kanter / 554907
*Printed name and bar number*

U.S. Department of Justice, Civil Division, Office of Immigration Litigation, P.O. Box 878, Ben Franklin Station, Washington, DC 20044
*Address*

Ethan.Kanter@usdoj.gov
*E-mail address*

(202) 616-9123
*Telephone number*

(202) 307-8698
*FAX number*