AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-10685

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Department of State
was received by me on *(date)* 03/25/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Department of State by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to the Department of State on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 04/07/2025

*Server's signature*

Reed Canaan, Senior Paralegal
*Printed name and title*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:
I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on 3/26/2025 and (2) sending a copy of the complaint and summons to the U.S. attorney's office for the District of Massachusetts by USPS certified mail on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

**Print**       **Save As...**                                                                 **Reset**



Remove ✕

**Tracking Number:**

# 70223330000150995171

Copy   Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:50 am on April 2, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### ✓ Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20521
April 2, 2025, 5:50 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $____
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $____
Postage: $3.43
Total Postage and Fees: $8.28

Sent To: Pamela Bondi, Attorney General, DOJ
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4®: Washington, DC 20530-001

Postmark: MAR 26 2025

7022 3330 0001 5099 5232

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Remove ✕

**Tracking Number:**

# 70223330000150995232

Copy  Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:10 am on April 1, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

## ⊘ Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 1, 2025, 5:10 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄



Remove X

**Tracking Number:**

# 70223330000150995225

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:54 pm on March 31, 2025 in BOSTON, MA 02210.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02210
March 31, 2025, 12:54 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, certify that on April 7, 2025, I electronically filed the foregoing in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 7, 2025
                                                                         /s/ Ramya Krishnan
                                                                         Ramya Krishnan