AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-10685

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kristi Noem, Secretary of Homeland Security
was received by me on *(date)* 03/25/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served Kristi Noem by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to Ms. Noem on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 04/07/2025

*Server's signature*

Reed Canaan, Senior Paralegal
*Printed name and title*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:
I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on 3/26/2025 and (2) sending a copy of the complaint and summons to the U.S. attorney's office for the District of Massachusetts by USPS certified mail on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

**Print**   **Save As...**   **Reset**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

7022 3330 0001 5099 5188

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $3.43 |
| Total Postage and Fees | $8.28 |

Postmark Here — MAR 26 2025 — COLUMBIA UNIVERSITY STATION, NEW YORK NY 10025 — 03/26/2025

Sent To: Kristi Noem, DHS Office of the General Counsel
Street and Apt. No., or PO Box No.: 2415 Murray Lane, SW, Mail Stop 0485
City, State, ZIP+4®: Washington, DC 20528-0485

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Remove ✕

**Tracking Number:**

# 70223330000150995188

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 12:27 pm on March 31, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## ✓ Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20528
March 31, 2025, 12:27 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

See More ⌄

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | 01 9530 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $3.43 |
| Total Postage and Fees | $8.28 |

Postmark Here — MAR 26 2025 — COLUMBIA UNIVERSITY STATION NEW YORK

Sent To: Pamela Bondi, Attorney General, DOJ
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530-001

7022 3330 0001 5099 5232

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Remove ✕

**Tracking Number:**

**70223330000150995232**

☐ Copy   🧑‍✈️ Add to Informed Delivery

### Latest Update

Your item was picked up at a postal facility at 5:10 am on April 1, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

### ✅ Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 1, 2025, 5:10 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

See More ⌄



**Tracking Number:**

# 70223330001509995225

 Copy    Add to Informed Delivery                                    Remove X

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:54 pm on March 31, 2025 in BOSTON, MA 02210.

### Get More Out of USPS Tracking:
 USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02210
March 31, 2025, 12:54 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ∨

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on April 7, 2025, I electronically filed the foregoing in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 7, 2025                                    /s/ Ramya Krishnan
                                                        Ramya Krishnan