AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-10685

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Department of Homeland Security

was received by me on *(date)*        03/25/2025                         .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I served the Department of Homeland Security by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to the Department of Homeland Security on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

My fees are $     0.00      for travel and $     0.00     for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date:    04/07/2025

*Server's signature*

Reed Canaan, Senior Paralegal
*Printed name and title*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:
I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on 3/26/2025 and (2) sending a copy of the complaint and summons to the U.S. attorney's office for the District of Massachusetts by USPS certified mail on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

**Print**          **Save As...**                                        **Reset**



7022 3330 0001 5099 5195

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | $4.85 | 0036 |
| $ | $0.00 | 69 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $3.43 | |
| $ | | |
| Total Postage and Fees | | |
| $ | | |

Postmark
Here

MAR 26 2025

03/26/2025

Sent To *Department of Homeland Security, General Counsel*
Street and Apt. No., or PO Box No. *245 Murray Lane, SW Mail Stop 0485*
City, State, ZIP+4® *Washington DC 20528-0485*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

Remove X

Tracking Number:

# 7022333000015099995195

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:27 pm on March 31, 2025 in WASHINGTON, DC 20528.

Get More Out of USPS Tracking:

 USPS Tracking Plus®

✓ **Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20528
March 31, 2025, 12:27 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ∨

7022 3330 0001 5099 5232

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage $3.43

Total Postage and Fees $8.28

Sent To Pamela Bondi, Attorney General
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave, NW
City, State, ZIP+4® Washington, DC 20530-001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark Here    MAR 26 2025

Remove ✕

Tracking Number:

**70223330000150995232**

☐ Copy    🖎 Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 5:10 am on April 1, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

✓ **Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 1, 2025, 5:10 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄



Remove X

**Tracking Number:**

# 70223330000150995225

Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:54 pm on March 31, 2025 in BOSTON, MA 02210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02210
March 31, 2025, 12:54 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄

**CERTIFICATE OF SERVICE**

      I, the undersigned counsel, certify that on April 7, 2025, I electronically filed the

foregoing in the United States District Court for the District of Massachusetts using the CM/ECF

system. I certify that all participants in the case are registered CM/ECF users and that service

will be accomplished by the CM/ECF system.


Dated: April 7, 2025                                          /s/ Ramya Krishnan
                                                              Ramya Krishnan