AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-10685

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement
was received by me on *(date)* 03/25/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served Todd Lyons by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to Mr. Lyons on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 04/07/2025

*Server's signature*

Reed Canaan, Senior Paralegal
*Printed name and title*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:
I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on 3/26/2025 and (2) sending a copy of the complaint and summons to the U.S. attorney's office for the District of Massachusetts by USPS certified mail on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

Print   Save As...   Reset

[Image of USPS Certified Mail Receipt addressed to Todd Lyons, Acting Director of ICE, 500 12th St. SW, Washington DC 20536. Certified Mail tracking number 7022 3330 0001 5099 5201. Postage $4.85, Total $3.43. Postmarked March 26, 2025, Columbia University Station, New York.]

Remove ✕

**Tracking Number:**

# 70223330000150995201

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:30 pm on March 31, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### ⊘ Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20536
March 31, 2025, 12:30 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $____
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $____

Postage  $3.43

Total Postage and Fees  $8.28

Sent To  Pamela Bondi, Attorney General, DOJ
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave, NW
City, State, ZIP+4  Washington, DC 20530-001

7022 3330 0001 5099 5232

Postmark MAR 26 2025
COLUMBIA UNIVERSITY STATION NEW YORK

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Remove ✕

**Tracking Number:**

# 70223330000150995232

Copy  Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:10 am on April 1, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## ✓ Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 1, 2025, 5:10 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

See More ⌄



**Tracking Number:**

# 70223330001509995225

Copy   Add to Informed Delivery                                    Remove X

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:54 pm on March 31, 2025 in BOSTON, MA 02210.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02210
March 31, 2025, 12:54 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ∨

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on April 7, 2025, I electronically filed the foregoing in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 7, 2025                                /s/ Ramya Krishnan
                                                    Ramya Krishnan