AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-10685

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States of America
was received by me on *(date)* 03/25/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* See below.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 04/07/2025

*Server's signature*

Reed Canaan, Senior Paralegal
*Printed name and title*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:
I served the United States of America by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on 3/26/2025 and (2) sending a copy of the complaint and summons to the U.S. attorney's office for the District of Massachusetts by USPS certified mail on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

Print     Save As...     Reset

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

7022 3330 0001 5099 5232

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | 01.9 0579 05 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $3.43

Total Postage and Fees $8.28

Sent To Pamela Bondi, Attorney General, DoJ
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave, NW
City, State, ZIP+4® Washington, DC 20530-001

Postmark Here — MAR 26 2025 — COLUMBIA UNIVERSITY STATION NEW YORK

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Remove ✕

**Tracking Number:**

# 70223330000150995232

☐ Copy  Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:10 am on April 1, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

## ✓ Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 1, 2025, 5:10 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄



**Tracking Number:**

# 70223330001509995225

 Copy   Add to Informed Delivery

Remove X

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:54 pm on March 31, 2025 in BOSTON, MA 02210.

### Get More Out of USPS Tracking:
🔍 USPS Tracking Plus®

## ✓ Delivered

**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02210
March 31, 2025, 12:54 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄

**CERTIFICATE OF SERVICE**

      I, the undersigned counsel, certify that on April 7, 2025, I electronically filed the foregoing in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 7, 2025

/s/ Ramya Krishnan
Ramya Krishnan