UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY, <br><br> RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and <br><br> MIDDLE EAST STUDIES ASSOCIATION, <br><br>     Plaintiffs, <br><br>   v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY, <br><br> TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, and <br><br> UNITED STATES OF AMERICA, <br><br>     Defendants. | Civil Action No. 1:25-cv-10685-WGY |

## JOINT MOTION FOR A BRIEFING SCHEDULE

Pursuant to the Court's Order of April 2, 2025, Dkt. No. 16, which states that "expedited briefing is warranted" on Plaintiffs' motion for a preliminary injunction, the parties have conferred and propose the following briefing schedule, to which they will adhere unless otherwise ordered:

- Any motions for leave to file an amicus brief in support of Plaintiffs: due April 9
- Defendants' opposition: due April 14
- Plaintiffs' reply: due April 18

April 8, 2025                                   Respectfully submitted,

/s/ Edwina Clarke                               /s/ Ramya Krishnan
Edwina Clarke, BBO 699702                       Ramya Krishnan*
Zimmer, Citron & Clarke, LLP                    Carrie DeCell*
130 Bishop Allen Drive                          Xiangnong Wang*
Cambridge, MA 02139                             Talya Nevins**
(617) 676-9423                                  Jackson Busch*
edwina@zimmercitronclarke.com                   Alex Abdo*
                                                Jameel Jaffer*
                                                Knight First Amendment Institute
                                                  at Columbia University
                                                475 Riverside Drive, Suite 302
                                                New York, NY 10115
                                                (646) 745-8500
                                                ramya.krishnan@knightcolumbia.org

                                                Ahilan T. Arulanantham** (SBN 237841)
                                                Professor from Practice
                                                UCLA School of Law
                                                385 Charles E. Young Dr. East
                                                Los Angeles, CA 90095
                                                (310) 825-1029
                                                arulanantham@law.ucla.edu

                                                *Counsel for Plaintiffs*

                                                *admitted *pro hac vice*
                                                **pro hac vice* application forthcoming

2

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on April 8, 2025, I electronically filed the foregoing in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 8, 2025                              /s/ Ramya Krishnan
                                                  Ramya Krishnan