UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, in his official capacity, and the DEPARTMENT OF STATE, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-10685-WGY<br><br>**NOTICE OF APPEARANCE OF JOSHUA M. DANIELS** |

Pursuant to Local Rules 83.5.2(a) and 83.5.3(e)(2), please enter the appearance of Joshua M. Daniels as counsel of record for *amici curiae* the Council of UC Faculty Associations, the Berkeley Faculty Association, the Davis Faculty Association, the Irvine Faculty Association, the UC Merced Faculty Association, the Riverside Faculty Association, the San Diego Faculty Association, the UCSF Faculty Association, the UC Santa Barbara Faculty Association, the University of California Los Angeles Faculty Association, the Santa Cruz Faculty Association, the University Council—American Federation of Teachers Local 1474, the Boston University AAUP Chapter, the Brown University Chapter of the AAUP, Concerned Stanford Faculty, the Dartmouth College Chapter of the AAUP, the Del Mar College Chapter of the AAUP-AFT, the Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, the Rice University Advocacy Chapter of the AAUP, the Tufts University Chapter of the AAUP, the University of Houston Chapter of the AAUP, the John Hopkins University Chapter of the AAUP, the University of Minnesota Twin Cities Chapter of the AAUP, the Northwestern University Chapter of the AAUP, the University of Dallas Chapter of the AAUP, the AAUP Advocacy Chapter at the University of Texas at Austin, the AAUP Advocacy Chapter at the University of Texas at Dallas, the Yale

University Chapter of the AAUP, and the Wesleyan University Chapter of the AAUP (collectively, "*Amici Curiae*") in the above-captioned matter.

Respectfully submitted,

| | |
|---|---|
| Dated: April 8, 2025 | /s/ Joshua M. Daniels<br>Joshua M. Daniels (BBO# 673034)<br>THE LAW OFFICE OF JOSHUA M. DANIELS<br>P.O. Box 300765<br>Jamaica Plain, MA 02130<br>Tel.: (617) 942-2190<br>Fax: (617) 507-6570<br>jdaniels@danielsappeals.com<br><br>*Counsel for Amici* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 8, 2025.

/s/ Joshua M. Daniels
Joshua M. Daniels
