### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, in his official capacity, and the DEPARTMENT OF STATE, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-10685-WGY <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Joshua M. Daniels, a member in good standing of the bar of this Court, hereby request that Yaman Salahi, Philip Monrad, Peter Saltzman, Arthur Liou, and Julia Lum, be admitted *pro hac vice* to appear and practice in this case as co-counsel for the prospective Amici Curiae Faculty Associations. The following statements are in support of this motion:

1. Mr. Salahi is a partner at Salahi PC and is located in San Francisco, California. He is a member in good standing of the bars of the State of California, the District of Columbia, the United States District Courts of the Northern, Central, and Southern Districts of California, the Northern District of Illinois, the Eastern District of Michigan, and the District of the District of Columbia, and the United States Court of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits and the Federal Circuit.

2. Mr. Monrad is of counsel at Leonard Carder LLP and is located in Oakland, California. He is a member in good standing of the bar of the State of California, the Northern, Central, Eastern, and Southern Districts of California, and the Ninth Circuit Court of Appeals.

3.  Mr. Saltzman is of counsel at Leonard Carder LLP and is located in Oakland, California. He is a member in good standing of the Bar of the State of California, the Northern, Central, Eastern, and Southern Districts of California, the District Court for the District of Columbia, and the Ninth Circuit Court of Appeals.

4.  Mr. Liou is a Partner at Leonard Carder LLP and is located in Oakland, California. He is a member in good standing of the bar of the State of California, the Northern, Central, Eastern, and Southern Districts of California, the Ninth Circuit Court of Appeals, and the Supreme Court of the United States.

5.  Ms. Lum is a Partner at Leonard Carder LLP and is located in Oakland, California. She is a member of good standing of the bars of the State of California, the Northern and Southern Districts of California, the Ninth Circuit Court of Appeals, and the State of New York.

6.  Each of the above-named attorneys submits a declaration in support of this motion setting forth the information required under Local Rule 83.5.3. These declarations are attached to this motion as Exhibit A.

7.  The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

Dated: April 8, 2025                     Respectfully submitted,

                                         /s/ Joshua M. Daniels
                                         Joshua M. Daniels (BBO# 673034)
                                         THE LAW OFFICE OF JOSHUA M. DANIELS
                                         P.O. Box 300765
                                         Jamaica Plain, MA 02130
                                         Tel: (617) 942-2190
                                         Fax: (617) 507-6570
                                         JDaniels@DanielsAppeals.com

                                         *Counsel for Prospective Amici Curiae*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Joshua M. Daniels, hereby certify that this document and its attached Exhibit A filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 8, 2025.

    /s/ Joshua M. Daniels
Joshua M. Daniels (BBO# 673034)