Exhibit A

## <u>DECLARATION OF YAMAN SALAHI</u>
## <u>IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>

I, Yaman Salahi, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf.

1.      I am a partner at Salahi PC, and I am located in San Francisco, California.

2.     I am a member in good standing of the bars of the State of California, the District of Columbia, the United States District Courts of the Northern, Central, and Southern Districts of California, the Northern District of Illinois, the Eastern District of Michigan, and the District of the District of Columbia, and the United States Court of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits and the Federal Circuit.

3.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.     I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac* vice revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5.     I am familiar with the Local Rules of the District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2025

       /s/ Yaman Salahi
Yaman Salahi
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Yaman@SalahiLaw.com

## DECLARATION OF PHILIP MONRAD
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Philip Monrad, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf.

1.      I am of counsel at Leonard Carder LLP, and I am located in Oakland, CA.

2.      I am a member in good standing of the bar of the State of California, the Northern, Central, Eastern, and Southern Districts of California, and the Ninth Circuit Court of Appeals.

3.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5.      I am familiar with the Local Rules of the District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2025

/s/ Philip Monrad
Philip Monrad
LEONARD CARDER LLP
1999 Harrison St., Suite 2700
Oakland, CA 94612
PMonrad@leonardcarder.com

## DECLARATION OF PETER SALTZMAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter Saltzman, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf.

1.      I am of counsel at Leonard Carder LLP, and I am located in Oakland, California.

2.      I am a member in good standing of the bar of the State of California, the Northern, Central, Eastern, and Southern Districts of California, the District Court for the District of Columbia, and the Ninth Circuit Court of Appeals.

3.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5.      I am familiar with the Local Rules of the District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2025

 /s/ Peter Saltzman
Peter Saltzman
LEONARD CARDER, LLP
1999 Harrison St., Suite 2700
Oakland, CA 94612
PSaltzman@leonardcarder.com

## DECLARATION OF ARTHUR LIOU
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Arthur Liou, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf.

1.      I am a partner at Leonard Carder LLP, and I am located in Oakland, California.

2.      I am a member in good standing of the bar of the State of California, the Northern, Central, Eastern, and Southern Districts of California, the Ninth Circuit Court of Appeals, and the Supreme Court of the United States.

3.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5.      I am familiar with the Local Rules of the District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2025

  /s/ Arthur Liou                        
Arthur Liou
LEONARD CARDER LLP
1999 Harrison St., Suite 2700
Oakland, CA 94612
ALiou@leonardcarder.com

**DECLARATION OF JULIA LUM**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Julia Lum, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf.

1.      I am a partner at Leonard Carder LLP, and I am located in Oakland, California.

2.      I am a member in good standing of the bars of the State of California, the Northern and Southern Districts of California, the Ninth Circuit Court of Appeals, and the State of New York.

3.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.      I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac vice* revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5.      I am familiar with the Local Rules of the District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 8, 2025

 /s/ Julia Lum
Julia Lum
LEONARD CARDER LLP
1999 Harrison St., Suite 2700
Oakland, CA 94612
JLum@LeonardCarder.com

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Joshua M. Daniels, hereby certify that this document and its attached Exhibit A filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 8, 2025.

 /s/ Joshua M. Daniels
Joshua M. Daniels (BBO# 673034)