AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-10685

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Donald J. Trump, President of the United States
was received by me on *(date)* 03/25/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served Donald J. Trump by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to Mr. Trump on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 04/09/2025

*Server's signature*

Reed Canaan, Senior Paralegal
*Printed name and title*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:
I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on 3/26/2025 and (2) sending a copy of the complaint and summons to the U.S. attorney's office for the District of Massachusetts by USPS certified mail on 3/26/2025. Please see the attached USPS receipt and delivery confirmation.

Print    Save As...    Reset



**Tracking Number:**

# 70223330001509995218

Copy    Add to Informed Delivery

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 7, 2025, 4:11 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

## Latest Update

Your item was picked up at a postal facility at 4:11 am on April 7, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®



Remove ✕

**Tracking Number:**

# 70223330001509955232

☐ Copy  Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:10 am on April 1, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

## ✓ Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 1, 2025, 5:10 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄



Remove X

**Tracking Number:**

**70223330001509995225**

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:54 pm on March 31, 2025 in BOSTON, MA 02210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room

BOSTON, MA 02210
March 31, 2025, 12:54 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

See More ⌄

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that on April 9, 2025, I electronically filed the foregoing in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 9, 2025                                     /s/ Ramya Krishnan
                                                          Ramya Krishnan