UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 1:25-cv-10685-WGY |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT AND ALL PARTIES:**

Please enter the appearance of the undersigned as the attorney for Amicus Curiae, the Commonwealth of Massachusetts, in the above-entitled action.

THE COMMONWEALTH OF MASSACHUSETTS

By and through its attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

 /s/ *David Rangaviz*
David R. Rangaviz, BBO # 681430
*Assistant Attorney General*
*Civil Rights Division*
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2816
david.rangaviz@mass.gov

Dated: April 9, 2025