UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:25-cv-10685-WGY |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE THE COMMONWEALTH OF MASSACHUSETTS AND THE STATE OF WASHINGTON AND OTHER STATES AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Proposed Amici Curiae the Commonwealth of Massachusetts, the State of Washington, and other states ("Amici States") move for leave to file an amicus brief in support of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 13). In support of the motion, the States assert the following:

1. The Amici States are sovereign states and are also home to thousands of noncitizen residents, including international students and faculty, who are affected by the Ideological Deportation Policy that the Plaintiffs' motion for preliminary injunction seeks to enjoin. Indeed, multiple students within the Amici States have already had their visas revoked and have been arrested and detained by immigration officials pursuant to the policy.

2. The Amici States support Plaintiffs' Motion for a Preliminary Injunction because the Amici States, their colleges and universities, and their noncitizen residents will all be irreparably harmed if the Ideological Deportation Policy is allowed to continue.

3. It is within a court's "sound discretion" whether to permit amicus briefing. *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). Amicus briefing may be permitted "to assist the court in cases of great public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.), *aff'd*, 807 F.3d 472 (1st Cir. 2015) (internal citations and quotations omitted).

4. The proposed brief will assist the Court in its consideration of the pending motion because the States can speak to the irreparable harm the Ideological Deportation Policy will inflict on the Amici States and their residents. Unless enjoined, this policy will greatly undermine our academic traditions, threaten our economic prosperity, and weaken our position as global leaders in innovation and education. In cases like this one, which affect many non-parties (including Amici States), the hardship to third parties is integral to the public interest analysis. *See Everett J. Prescott, Inc. v. Ross*, 383 F. Supp. 2d 180, 193 (D. Me. 2005) (citing *United States v. Zenon*, 711 F.2d 476 (1st Cir. 1983)).

5. Counsel for the Amici States have conferred with counsel of record for the parties in this case and the Plaintiffs and Defendants do not oppose this motion.

6. If granted leave to file, Amici States intend to file their brief before defendant's opposition to the motion for preliminary injunction is due, which under the proposed briefing schedule is April 14.

## **CONCLUSION**

For the foregoing reasons, the Amici States respectfully request that the Court grant the motion for leave to file an amicus brief in support of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 13).

    Respectfully submitted,

    THE COMMONWEALTH OF
    MASSACHUSETTS

    By and through its attorneys,

    ANDREA JOY CAMPBELL
    Attorney General for the Commonwealth of
    Massachusetts

    /s/ *David Rangaviz*
    Tasha J. Bahal, BBO # 675935
    *Deputy State Solicitor*
    Elizabeth D. Matos, BBO # 671505
    *Chief, Civil Rights Division*
    David R. Rangaviz, BBO # 681430
    Jonathan T. Burke, BBO # 673472
    David Ureña, BBO # 703076
    Brett M. Gannon, BBO # 713938
    *Assistant Attorneys General, Civil Rights Division*
    1 Ashburton Pl.
    Boston, MA 02108
    617-963-2816
    david.rangaviz@mass.gov

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

I, David Rangaviz, Assistant Attorney General, hereby certify that I have conferred with counsel of record for the parties in this case via email on April 8, 2025 in a good faith attempt to resolve and narrow the issues posed by the motion. I further certify that the motion is unopposed.

/s/ *David Rangaviz*
David Rangaviz
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, David Rangaviz, hereby certify that I have this day, April 9, 2025, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties.

/s/ *David Rangaviz*
David Rangaviz