AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| American Association of University Professors, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10685-WGY |
| Marco Rubio, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date:  04/09/2025

/s/ Lindsay M. Murphy
*Attorney's signature*

Lindsay M. Murphy, Massachusetts BBO# 672917
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20001
*Address*

Lindsay.M.Murphy@usdoj.gov
*E-mail address*

(202) 616-4018
*Telephone number*

(202) 307-8698
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically filed the foregoing "Appearance of Counsel" via the CM/ECF system for the United States District Court for the District of Massachusetts, in accordance with Local Rule 5.2. I further certify that counsel for all parties are registered with the Court's CM/ECF system and service will be accomplished by that system.

/s/ Lindsay M. Murphy
LINDSAY M. MURPHY
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4018