**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,<br><br>RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and<br><br>MIDDLE EAST STUDIES ASSOCIATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY,<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and<br><br>UNITED STATES OF AMERICA,<br><br>            Defendants. | Civil Action No. 1:25-cv-10685-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Joel Fleming of Equity Litigation Group LLP, 1 Washington Mall #1307, Boston, MA, 02108, on behalf of proposed Amicus Curiae Presidents' Alliance on Higher Education and Immigration in the above-captioned action. Mr. Fleming certifies that he is admitted to practice in this Court.

Dated: April 9, 2025

Respectfully submitted,

*/s/ Joel Fleming*
Joel Fleming (BBO No. 685285))
EQUITY LITIGATION GROUP LLP
1 Washington Mall #1307
Boston, MA, 02108

*Attorneys for Proposed Amicus Curiae Presidents' Alliance on Higher Education and Immigration*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on April 9, 2025.

*/s/ Joel Fleming*
Joel Fleming (BBO No. 685285)