UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,<br><br>RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and<br><br>MIDDLE EAST STUDIES ASSOCIATION,<br><br>          Plaintiffs,<br><br>   v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY,<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and<br><br>UNITED STATES OF AMERICA,<br><br>          Defendants. | Civil Action No. 1:25-cv-10685-WGY |

## DECLARATION OF ZACHARY SMITH IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Zachary Smith, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1. I am an attorney with an office in New York, New York. I am over 18 years of age and competent to testify on my behalf.

2. I am a member of good standing of every bar and court I am currently admitted to practice before. Specifically, I am a member in good standing of the State Bar of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit and the Bar of Ontario.

3. There are no disciplinary charges pending against me in any jurisdiction. I have never been disciplined or sanctioned by a court or bar association.

4. I have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

5. I have read and agree to comply with the Local Rules for the United States District Court for the District of Massachusetts.

6. A regular member of the bar of this Court is advancing the present motion and has filed a notice of appearance in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 10, 2025

Respectfully submitted,

*/s/ Zachary Smith*
Zachary Smith
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
zsmith@selendygay.com