**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,<br><br>RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and<br><br>MIDDLE EAST STUDIES ASSOCIATION,<br><br>          Plaintiffs,<br><br>   v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY,<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and<br><br>UNITED STATES OF AMERICA,<br><br>          Defendants. | Civil Action No. 1:25-cv-10685-WGY |

## MOTION TO ADMIT ANDREW R. DUNLAP *PRO HAC VICE*

In accordance with Local Rule 83.5.3 of the Rules of this Court, attorneys for *Amicus Curiae* Presidents' Alliance on Higher Education and Immigration hereby respectfully move for the admission of Andrew R. Dunlap *pro hac vice* and state the following in support thereof:

1. Andrew R. Dunlap is admitted to practice and is in good standing before the state bar of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, and the United States Court of Appeals for the Ninth Circuit.

2. Andrew R. Dunlap has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

As further grounds therefor, and in support of this Motion, Andrew R. Dunlap submits the accompanying affidavit.

Dated: April 10, 2025

Respectfully submitted,

*/s/ Lauren Godles Milgroom*
Joel Fleming (BBO No. 685285))
Lauren Godles Milgroom (BBO No. 698743)
EQUITY LITIGATION GROUP LLP
1 Washington Mall #1307
Boston, MA, 02108

*Attorneys for Amicus Curiae Presidents' Alliance on Higher Education and Immigration*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for *Amicus Curiae* has conferred with counsel for the parties. No parties oppose the request for leave to file.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on April 10, 2025.

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (BBO No. 698743)