AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| American Assoc of University Professors, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   Case No. 1:25-cv-10685-WGY |
| Marco Rubio and the Department of State, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici the Council of UC Faculty Associations (CUCFA), et al.                                         .

Date:      04/11/2025                                        /s/Philip Monrad
                                                            *Attorney's signature*

                                                    Philip Monrad CA SBN 151073
                                                    *Printed name and bar number*
                                                    Leonard Carder, LLP
                                                    1999 Harrison Street, Suite 2700
                                                    Oakland, CA 94612

                                                            *Address*

                                                    pmonrad@leonardcarder.com
                                                            *E-mail address*

                                                    (510) 272-0169
                                                    *Telephone number*

                                                    (510) 272-0174
                                                            *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 11, 2025.


DATED:        April 11, 2025                    _/s/ Philip Monrad_____
                                               Philip Monrad