## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, | |
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER, | Civil Action No. 1:25-cv-10685-WGY |
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY, | |
| RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and | |
| MIDDLE EAST STUDIES ASSOCIATION, | |
| Plaintiffs, | |
| v. | |
| MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY, | |
| TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, | |
| DONALD J. TRUMP, in his official capacity as President of the United States, and | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE OF TALYA NEVINS

1

Pursuant to Local Rule 83.5.3, Edwina Clarke, an attorney admitted to practice before this Court, hereby moves for the admission of Talya Nevins of the Knight First Amendment Institute at Columbia University to appear and practice before this Court representing Plaintiffs in the above-captioned matter. The applicant meets the requirements of the Local Rule as demonstrated in her declaration, attached hereto.

Dated: April 14, 2025                                    Respectfully submitted,

                                                        /s/ Edwina Clarke
                                                        Edwina Clarke, BBO 699702
                                                        Zimmer, Citron & Clarke, LLP
                                                        130 Bishop Allen Drive
                                                        Cambridge, MA 02139
                                                        (617) 676-9423
                                                        edwina@zimmercitronclarke.com

                                                        *Counsel for Plaintiffs*

2