**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY, <br><br> RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and <br><br> MIDDLE EAST STUDIES ASSOCIATION, <br><br>    Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY, <br><br> TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, and <br><br> UNITED STATES OF AMERICA, <br><br>    Defendants. | Civil Action No. 1:25-cv-10685-WGY |

**DECLARATION OF TALYA NEVINS FOR LEAVE TO APPEAR PRO HAC VICE**

1

Pursuant to Local Rule 83.5.3, I, Talya Nevins, submit this certificate in support of my application, on motion of Edwina Clarke, for leave to appear and practice in this Court in the above-captioned case.

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice. I was admitted to the New York Bar in 2025 and am a member in good standing.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I have not had any previous admission for a limited purpose or admission *pro hac vice* to this Court revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

5. Edwina Clarke at Zimmer, Citron & Clarke, LLP, a member in good standing of the bar of this Court, is also counsel of record in this case.

I certify under penalty of perjury that the foregoing is true and correct.

Executed April 11, 2025          /s/ Talya Nevins
New York, New York               Talya Nevins