AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| American Association of University Professors et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-10685 |
| Rubio et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Association of University Professors et al.

Date:    04/15/2025

/s/ David Zimmer
*Attorney's signature*

David Zimmer (692715)
*Printed name and bar number*

Zimmer, Citron & Clarke LLP
130 Bishop Allen Dr.
Cambridge, MA 02139

*Address*

dzimmer@zimmercitronclarke.com
*E-mail address*

(617) 676-9421
*Telephone number*

*FAX number*