# EXHIBIT G

Aaron Rupar, Bluesky (April 14, 2025 9:34 AM), https://bsky.app/profile/atrupar.com/post/3lmroj5yzz723.

**Bill Hemmer:**

There'll be an appeals process that could go on for some time. Will Mahmoud Khalil be deported from the United States? Quick answer on that, please.

**Stephen Miller:**

Yes, he will, as will anyone who preaches hate for America. His organization said they wanted to eradicate Western civilization.

Look, under this country, under this administration, under President Trump, people who hate America, who threaten our citizens, who rape, who murder, and who support those who rape and murder, are going to be ejected from this country. And I just wish a fraction of the media outrage that we had over deporting terrorists and deporting monsters and deporting their sympathizers from this country was spent crying over the blood that was shed of American women and children over the last four years, or crying over the half a million children that Biden trafficked into this country, or crying over the neighborhoods destroyed by gangs and drugs and fentanyl. Cemeteries are filled with tombstones from Americans that were killed by Joe Biden and Mayorkas, and his administration, suffering beyond-