## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>MARCO RUBIO, in his official capacity, et al.,  )<br><br>Defendants.  ) | Civil Action No. 1:25-CV-10685-WGY |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Graver:

Harry Graver
United States Department of Justice
Counsel to the Assistant Attorney General, Civil Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Tel: (202) 514-2000
Email: harry.graver@usdoj.gov

Dated: April 21, 2025        Respectfully submitted,

YAAKOV M. ROTH
*Acting Assistant Attorney General, Civil Division*

<u>/s/ Harry Graver</u>
HARRY GRAVER (DC Bar No. 1779585)
United States Department of Justice
Counsel to the Assistant Attorney General,
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
Tel: (202) 514-2000
Email: harry.graver@usdoj.gov