UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,<br><br>RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and<br><br>MIDELE EAST STUDIES ASSOCIATION,<br><br>       Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY,<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and<br><br>UNITED STATES OF AMERICA<br><br>       Defendants. | Civil Action No.: 1:25-CV-10685-WGY |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2(a), please enter the appearance of the undersigned Assistant United States Attorney as counsel for the Defendants in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LEAH B. FOLEY<br>United States Attorney |
| Dated: April 23, 2025 | By:  */s/ Shawna Yen*<br>Shawna Yen<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>Tel.: 617-748-3100<br>Email: Shawna.Yen@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  April 23, 2025                         By:     */s/ Shawna Yen*
                                                                    SHAWNA YEN
                                                                    Assistant United States Attorney