AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

American Association of University Professors, et al. )
                             Plaintiff )
                                v. )   Case No. 25-CV-10685
Marco Rubio, et al. )
                             Defendant )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Association of University Professors, American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors-American Federation of Teachers, and Middle East Studies Association.

Date:   05/06/2025                                     /s/ Noam Biale
                                                                    Attorney's signature

                                               Noam Biale, NY Bar 5055694
                                               Printed name and bar number
                                             Sher Tremonte LLP
                                             90 Broad St., 23rd Floor
                                             New York, NY 10004
                                             Address

                                             nbiale@shertremonte.com
                                             E-mail address

                                             (212) 202-2600
                                             Telephone number

                                             (212) 202-4156
                                             FAX number

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, certify that on May 6, 2025, I electronically filed the foregoing notice in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: May 6, 2025

/s/ Noam Biale
Noam Biale