The Honorable William Young

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL.,<br><br>Defendants. | Civil Action No. 1:25-cv-10685-WGY<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS** |

Pursuant to L.C.R. 83.5.2(d), the undersigned respectfully submits this Notice of Withdrawal as counsel for Defendants in the above-captioned case.  Defendants remain represented by other counsel from the Department of Justice, as reflected on the Court's docket.

NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS - 1
(Case No. 1:25-cv-10685-WGY)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4018

Respectfully Submitted,

Dated: May 21, 2025

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

LEAH B. FOLEY
*United States Attorney*

SHAWNA YEN
*Assistant United States Attorney*
*District of Massachusetts*

WILLIAM KANELLIS
Attorney
Civil Division

*/s/ Lindsay M. Murphy*
LINDSAY M. MURPHY
Senior Litigation Counsel
Office of Immigration Litigation
*Counsel for Defendants*

NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS - 2
(Case No. 1:25-cv-10685-WGY)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4018

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025, I filed the foregoing Notice of Withdrawal with the Clerk of the Court, using the Court's ECF/CM system, which will electronically serve a copy on all counsel of record.

*/s/ Lindsay M. Murphy*
LINDSAY M. MURPHY
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20001
(202) 616-4018

CERTIFICATE OF SERVICE
(Case No. 2:17-cv-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4018