# EXHIBIT B

| | |
|---|---|
| **From:** | Noam Biale |
| **To:** | "Yen, Shawna (USAMA)"; Kanter, Ethan (CIV); Hennes, Stefanie (CIV) |
| **Cc:** | Michael Tremonte; Alexandra Conlon; Courtney Gans; Ramya Krishnan; Jameel Jaffer; scott.wilkens@knightcolumbia.org; alex.abdo@knightcolumbia.org |
| **Subject:** | RE: AAUP v. Rubio: Call/Meet & Confer |
| **Date:** | Friday, May 9, 2025 1:06:33 PM |
| **Attachments:** | image001.jpg<br>image002.jpg<br>image003.jpg<br>image004.jpg |

Hi Shawna, Ethan and Stephanie:

In advance of the call, we wanted to provide you with a proposed schedule that we will want to discuss. Below is our current thinking as to the significant discovery and court dates over the next couple of months. Looking forward to speaking with you at 4.

Best,
Noam

| Deadline | Date |
|---|---|
| Serve initial document requests and interrogatories | May 13, 2025 |
| Serve responses and objections to initial document requests and interrogatories | May 19 (if objections based on privilege), otherwise May 20, 2025 |
| Status conference | May 22, 2025 at 2:00 P.M. |
| Serve second document requests and interrogatories | May 30, 2025 |
| Serve responses to second document requests and interrogatories | June 6, 2025 |
| Serve final notices of deposition | June 13, 2025 |
| Serve requests for admission | June 20, 2025 |
| Completion of discovery | June 27, 2025 |
| Initial proposed findings of fact and conclusions of law (continuing throughout trial) | July 7, 2025 |
| Final pre-trial conference | June 30, 2025 (or any date thereafter at the Court's convenience) |



**Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and

confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Sent:** Wednesday, May 7, 2025 6:50 PM
**To:** Noam Biale <NBiale@shertremonte.com>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>
**Cc:** Michael Tremonte <MTremonte@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Jameel Jaffer <jameel.jaffer@knightcolumbia.org>; scott.wilkens@knightcolumbia.org; alex.abdo@knightcolumbia.org
**Subject:** RE: AAUP v. Rubio: Call/Meet & Confer

Hi Noam.  Thanks for reaching out.  It was very nice to meet you as well.

We are available Friday at 4 pm – 5 pm.   Please invite Ethan Kanter and Stefanie Hennes as well.

By the way, will all plaintiffs' counsel (or their representatives) be at this meet and confer?

Thank you - Shawna

**Shawna Yen**
Assistant United States Attorney
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200| Boston, MA 02210
Phone: 617.748.7104 | Cell: 617.947.6878 | Email: Shawna.Yen@usdoj.gov

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Wednesday, May 7, 2025 4:18 PM
**To:** Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Cc:** Michael Tremonte <MTremonte@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Jameel Jaffer <jameel.jaffer@knightcolumbia.org>; scott.wilkens@knightcolumbia.org; alex.abdo@knightcolumbia.org
**Subject:** [EXTERNAL] AAUP v. Rubio: Call/Meet & Confer

Dear Shawna,

It was a pleasure to meet you in court yesterday.  As discussed, we wanted to set up a time to talk in more detail about the schedule for discovery and some other preliminary issues.  Is there a time on Friday that would work for you and anyone else from your side you would like to join?

I am generally available between 11 and 2 and 4 to 5 that day, and I will organize a subset of our team to be on the call as well.  Please let us know what works for you.

Thanks,
Noam



**Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.