UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,<br><br>RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and<br><br>MIDELE EAST STUDIES ASSOCIATION,<br><br>          Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY,<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and<br><br>UNITED STATES OF AMERICA<br><br>          Defendants. | Civil Action No.: 1:25-CV-10685-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of the undersigned U.S. Department of Justice Attorney as counsel for the Defendants in the above-captioned matter.

                                                  Respectfully submitted,

                                                  LEAH B. FOLEY
                                                  United States Attorney

Dated: May 22, 2025                By:    */s/ William Kanellis*
                                                        William Kanellis
                                                         Attorney
                                                         Civil Division
                                                         U.S. Department of Justice
                                                         Washington, DC 20530
                                                         Tel.: 202-616-0338
                                                         Email: william.g.kanellis@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  May 22, 2025                    By:    */s/ William Kanellis*
                                                      WILLIAM KANELLIS