UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,<br><br>RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and<br><br>MIDDLE EAST STUDIES ASSOCIATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY,<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and<br><br>UNITED STATES OF AMERICA,<br><br>      Defendants. | Civil Action No. 1:25-cv-10685-WGY |

**MOTION FOR ADMISSION PRO HAC VICE OF COURTNEY GANS**

1

      Pursuant to Local Rule 83.5.3, Edwina Clarke, an attorney admitted to practice before this Court, hereby moves for the admission of Courtney Gans of Sher Tremonte to appear and practice before this Court representing Plaintiffs in the above-captioned matter. The applicant meets the requirements of the Local Rule as demonstrated in her declaration, attached hereto.

Dated: May 22, 2025　　　　　　　　　　　　Respectfully submitted,

                                           /s/ Edwina Clarke
                                      Edwina Clarke, BBO 699702
                                      Zimmer, Citron & Clarke, LLP
                                      130 Bishop Allen Drive
                                      Cambridge, MA 02139
                                      (617) 676-9423
                                      edwina@zimmercitronclarke.com

                                      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I, the undersigned counsel, certify that on May 22, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 22, 2025

/s/ Edwina Clarke
Edwina Clarke, BBO 699702