UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> Defendants. | Civil Action No. 1:25-cv-10685-WGY |

**[PROPOSED] ORDER**

Having considered Defendants' MOTION TO PROVISIONALLY FILE PORTIONS OF CERTIFIED ADMINISTRATIVE RECORD UNDER SEAL, the Court hereby ORDERS that:

Defendants shall publicly file non-confidential portions of the Administrative Record by 12:00 p.m. on Thursday, May 29, 2025;

Defendants shall file portions of the Administrative Record that Defendants deem confidential under seal by 12:00 p.m. on Thursday, May 29, 2025; and

The portions of the Administrative Record Defendants file under seal on Thursday, May 29, 2025, are provisionally sealed until further order of this Court.

SO ORDERED.

Dated: May __, 2025

s/_____
William G. Young
United States District Judge