UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., </br></br> Plaintiffs, </br></br> v. </br></br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., </br></br> Defendants. | Civil Action No. 1:25-cv-10685-WGY |

**DEFENDANTS' UNOPPOSED MOTION
TO FILE THE ADMINISTRATIVE RECORD OUT OF TIME**

Now come the Defendants, by and through undersigned counsel, and hereby move this Honorable Court to accept the Defendants' filing of the administrative record out of time. It was due at 12:00 PM, on May 29, 2025. Defendants uploaded a public version to the Court's CM/ECF website at approximately 12:40 PM, on May 29, 2025, and submitted a sealed version to the clerk by email at 12:43 PM.

As reason therefor, the required final certification of the record from the defendant agencies was delayed unexpectedly despite best efforts, and the delay was not known until shortly before the time to file. So, Defendants were unable to file this motion as a request for an extension of time prior to the Court's deadline.

Plaintiffs have assented to the allowance of this Motion.

Considering the above, the undersigned counsel respectfully moves this Honorable Court to accept Defendants' filing 40 minutes out of time.

Respectfully Submitted,

| | |
|---|---|
| YAAKOV M. ROTH<br>*Acting Assistant Attorney General* | ANTHONY NICASTRO<br>*Acting Director*<br>*Office of Immigration Litigation* |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General* | |
| LEAH B. FOLEY<br>*United States Attorney* | */s/ Ethan B. Kanter*<br>ETHAN B. KANTER<br>*Chief, National Security Unit* |
| SHAWNA YEN<br>*Assistant United States Attorney*<br>*District of Massachusetts* | *Office of Immigration Litigation*<br>*P.O. Box 878, Ben Franklin Station*<br>*Washington, D.C. 20001* |
| *Dated: May 29, 2025* | *Counsel for Defendants* |

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Ethan B. Kanter, Deputy Chief, National Security Unit, certify that, I conferred with Plaintiff's counsel, who assented to the relief sought in this Motion.

*/s/ Ethan B. Kanter*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF and paper copies to those not registered.

*/s/ Ethan B. Kanter*