AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| American Association of University Professors, et al.<br>*Plaintiff*<br>v.<br>Marco Rubio, et al.<br>*Defendant* | )<br>)<br>) Case No. 25-CV-10685<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
American Association of University Professors, American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors-American Federation of Teachers, and Middle East Studies Association.

Date: 05/29/2025

/s/ Courtney Gans
*Attorney's signature*

Courtney Gans, NY Bar 5687496
*Printed name and bar number*
Sher Tremonte LLP
90 Broad St., 23rd Floor
New York, NY 10004

*Address*

cgans@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on May 29, 2025, I electronically filed the foregoing notice in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: May 29, 2025                                    /s/ Courtney Gans
                                                      Courtney Gans