AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| American Association of University Professors, et al. | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 1:25-cv-10685-WGY |
| Marco Rubio, et al. | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                                                         .

Date:     05/30/2025                                                    /s/ Paul F. Stone
                                                                                         *Attorney's signature*

                                                                         Paul F. Stone, District of Columbia #472857
                                                                                  *Printed name and bar number*

                                                                                      U.S. Department of Justice
                                                                     Civil Division, Office of Immigration Litigation
                                                                           P.O. Box 878, Ben Franklin Station
                                                                                      Washington, D.C. 20001
                                                                                                 *Address*

                                                                                     paul.f.stone@usdoj.gov
                                                                                           *E-mail address*

                                                                                            (202) 305-9647
                                                                                         *Telephone number*

                                                                                            (202) 307-8698
                                                                                             *FAX number*

Print     Save As...                                                                                                    Reset

## CERTIFICATE OF SERVICE

    I hereby certify that on May 30 2025, I electronically filed the foregoing "Appearance of Counsel" via the CM/ECF system for the United States District Court for the District of Massachusetts, in accordance with Local Rule 5.2.  I further certify that counsel for all parties are registered with the Court's CM/ECF system and service will be accomplished by that system.

/s/ Paul F. Stone
PAUL F. STONE
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4018