UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY, <br><br> RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and <br><br> MIDELE EAST STUDIES ASSOCIATION, <br><br>      Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY, <br><br> TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, and <br><br> UNITED STATES OF AMERICA <br><br>      Defendants. | Civil Action No.: 1:25-CV-10685-WGY |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Rayford A Farquhar withdraws his appearance as counsel for the Defendants in the above-captioned matter. Assistant United States Attorney Shawna Yen will continue as counsel for the government.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: May 30, 2025            By:   */s/ Rayford A. Farquhar*
                                      RAYFORD A. FARQUHAR
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      John Joseph Moakley U.S. Courthouse
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      617-748-3100
                                      Email: rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 30, 2025            By:   */s/ Rayford A. Farquhar*
                                      RAYFORD A. FARQUHAR
                                      Assistant United States Attorney