## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY, <br><br> RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and <br><br> MIDDLE EAST STUDIES ASSOCIATION, <br><br><div align=center>Plaintiffs,</div><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY, <br><br> TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, and <br><br> UNITED STATES OF AMERICA, <br><br><div align=center>Defendants.</div> | Civil Action No. 1:25-cv-10685-WGY |

## MOTION FOR ADMISSION PRO HAC VICE OF ALEXANDRA CONLON

Pursuant to Local Rule 83.5.3, Edwina Clarke, an attorney admitted to practice before this Court, hereby moves for the admission of Alexandra Conlon of Sher Tremonte to appear and practice before this Court representing Plaintiffs in the above-captioned matter. The applicant meets the requirements of the Local Rule as demonstrated in her declaration, attached hereto.

Dated: June 10, 2025                          Respectfully submitted,

                                              /s/ Edwina Clarke
                                              Edwina Clarke, BBO 699702
                                              Zimmer, Citron & Clarke, LLP
                                              130 Bishop Allen Drive
                                              Cambridge, MA 02139
                                              (617) 676-9423
                                              edwina@zimmercitronclarke.com

                                              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that on June 10, 2025, I electronically filed the

foregoing motion in the United States District Court for the District of Massachusetts using the

CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that

service will be accomplished by the CM/ECF system.

Dated: June 10, 2025

/s/ Edwina Clarke
Edwina Clarke, BBO 699702