UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER,<br><br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,<br><br>RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and<br><br>MIDDLE EAST STUDIES ASSOCIATION,<br><br>       Plaintiffs,<br>  v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY,<br><br>TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and<br><br>UNITED STATES OF AMERICA,<br><br>       Defendants. | Civil Action No. 1:25-cv-10685-WGY |

**<u>DECLARATION OF ALEXANDRA CONLON FOR LEAVE TO APPEAR
PRO HAC VICE</u>**

1

Pursuant to Local Rule 83.5.3, I, Alexandra Conlon, submit this certificate in support of my application, on motion of Edwina Clarke, for leave to appear and practice in this Court in the above-captioned case.

1. I am a member of the bar in good standing in New York State where I am admitted to practice. I was admitted to the New York Bar in 2015 and am a member in good standing. I am also a member in good standing of the bars of the United States District Courts for the Eastern and Southern Districts of New York.

2. I am a member of the bar in the Commonwealth of Massachusetts where I have been admitted to practice since 2014. I am currently seeking reinstatement from an administrative suspension in Massachusetts for failure to comply with the annual registration requirements set forth in Massachusetts Supreme Judicial Court Rule 4:02. I have contacted the Massachusetts Board of Bar Overseers to fix my administrative suspension, and I understand that the process may take several weeks.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not had any previous admission for a limited purpose or admission *pro hac vice* to this Court revoked for misconduct.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

6. Edwina Clarke at Zimmer, Citron & Clarke, LLP, a member in good standing of the bar of this Court, is also counsel of record in this case.

I certify under penalty of perjury that the foregoing is true and correct.

Executed June 9, 2025  
New York, New York                                       /s/ Alexandra Conlon  
                                                          Alexandra Conlon

2