UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>                                       Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, ET AL.,<br><br>                                       Defendants. | Case No. 1:25-cv-10685 (WGY) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF**

Plaintiffs seek leave pursuant to Local Rule 7.1(b)(3) to file the attached three-page reply brief in support of their Motion for a Protective Order Barring Retaliation and Restricting Defendants' Use of Information Disclosed in the Course of Litigation, ECF No. 114. Plaintiffs have conferred with counsel for Defendants pursuant to Local Rule 7.1(a)(2), and Defendants consent to this motion.

Defendants' response was filed on June 9, 2025. Plaintiffs respectfully submit that this additional briefing will assist the court in resolving the pending motion, by allowing Plaintiffs to reply concisely to factual assertions and legal arguments made in Defendants' response that Plaintiffs did not have an opportunity to address in that motion.

| | |
|---|---|
| June 10, 2025 | Respectfully submitted, |
| | /s/ Jackson Busch |
| Edwina Clarke (BBO 699702) | Jackson Busch |
| David Zimmer (BBO 692715) | Ramya Krishnan |
| Zimmer, Citron & Clarke, LLP | Carrie DeCell |
| 130 Bishop Allen Drive | Xiangnong Wang |
| Cambridge, MA 02139 | Talya Nevins |
| (617) 676-9423 | Scott Wilkens |
| edwina@zimmercitronclarke.com | Alex Abdo |

Noam Biale  
Michael Tremonte  
Courtney Gans  
Sher Tremonte LLP  
90 Broad Street, 23rd Floor  
New York, New York 10004  
(212) 202-2603  
mtremonte@shertremonte.com  
nbiale@shertremonte.com  

Jameel Jaffer  
Knight First Amendment Institute  
 at Columbia University  
475 Riverside Drive, Suite 302  
New York, NY 10115  
(646) 745-8500  
jackson.busch@knightcolumbia.org  

Ahilan T. Arulanantham (SBN 237841)  
Professor from Practice  
UCLA School of Law  
385 Charles E. Young Dr. East  
Los Angeles, CA 90095  
(310) 825-1029  
arulanantham@law.ucla.edu  

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I, the undersigned counsel, certify that on June 10, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 10, 2025

/s/ Jackson Busch
Jackson Busch