UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF UNIVERSITY
PROFESSORS, ET AL.,

                Plaintiffs,

     v.

MARCO RUBIO, ET AL.,

                Defendants.

Case No. 1:25-cv-10685 (WGY)

**JOINT MOTION TO ENTER STIPULATION AND PROPOSED ORDER**

On behalf of the parties, Plaintiffs respectfully submit the attached Stipulation and Proposed Order regarding statements of government officials and agents. The parties have conferred and have stipulated that the documents referenced in the Stipulation and Proposed Order, and the statements by government officials and agents contained therein, and quotes attributed to them are authenticated pursuant to Federal Rule of Evidence 901. Accordingly, the parties jointly respectfully request that the Court so-order the attached Stipulation and Proposed Order.

June 10, 2025

Edwina Clarke (BBO 699702)
David Zimmer (BBO 692715)
Zimmer, Citron & Clarke, LLP
130 Bishop Allen Drive
Cambridge, MA 02139
(617) 676-9423
edwina@zimmercitronclarke.com

  /s/*Noam Biale*
Noam Biale
Michael Tremonte
Courtney Gans
Sher Tremonte LLP
90 Broad Street, 23rd Floor

Respectfully submitted,

Ramya Krishnan
Carrie DeCell
Xiangnong Wang
Talya Nevins
Jackson Busch
Scott Wilkens
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org

1

New York, New York 10004  
(212) 202-2603  
mtremonte@shertremonte.com  
nbiale@shertremonte.com

Ahilan T. Arulanantham (SBN 237841)  
Professor from Practice  
UCLA School of Law  
385 Charles E. Young Dr. East  
Los Angeles, CA 90095  
(310) 825-1029  
arulanantham@law.ucla.edu

*Counsel for Plaintiffs*