## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: June 10, 2025
      New York, New York

By: /s/*Noam Biale*
Noam Biale
SHER TREMONTE LLP
90 Broad St., 23rd Floor
New York, NY 10004