AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

American Association of University Professors, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-10685-WGY
Rubio, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 06/10/2025

s/ Victoria M. Santora
*Attorney's signature*

Victoria M. Santora (NY 5324306)
*Printed name and bar number*

USDOJ, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
*Address*

Victoria.M.Santora@usdoj.gov
*E-mail address*

(202) 616-5573
*Telephone number*

(202) 307-8698
*FAX number*

## CERTIFICATE OF SERVICE

*American Association of University Professors, et al. v. Rubio, et. al,*
No. 1:25-cv-10685-WGY

I certify that on June 10, 2025, I served a copy of the foregoing document on all parties by causing this document and its attachments to be filed with the Clerk of the Cout through the CM/ECF system, which will provide electronic notice of this document to all counsel of record.

s/ Victoria M. Santora
VICTORIA M. SANTORA
Trial Attorney
USDOJ, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-5573 | Fax: (202) 307-8698
Victoria.M.Santora@usdoj.gov

*Counsel for Defendants*