UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATIONS OF UNIVERSTIY PROFESSORS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> *Defendants*. | No. 1:25-cv-10685-WGY <br><br> **NOTICE OF SEALED SUBMISSION OF DOCUMENTS FOR** *IN CAMERA, EX PARTE* **REVIEW** |

### INDEX RELATING TO THE SEALED, *IN CAMERA, EX PARTE* SUBMISSION OF DOCUMENTS

Pursuant to the Court's invitation to submit documents for *in camera* inspection, the Government respectfully submits the following:

**Exhibit A.** Report on Department of State Authorities to Counter Anti-Semitism and Recommendations for Familiarizing Institutions of Higher Education with the Security and Related Grounds for Visa Inadmissibility. This document is subject to the deliberative process privilege and the presidential communications privilege and therefore has been withheld from Plaintiffs in full.

Exhibits B-K are Department of Homeland Security documents that relate to specific individuals. These documents are law enforcement sensitive and have not been filed in any other proceedings or otherwise shared with the individuals discussed therein. They have therefore been withheld from Plaintiffs in full.

**Exhibit B.** Letter to Andrea Toll Whiting, Director of Field Operations, U.S. State Department on ███████████;

1

**Exhibit C.**   HSI Report of Analysis on ███████████;

**Exhibit D.**   Letter to Andrea Toll Whiting, Director of Field Operations, U.S. State Department on ███████████;

**Exhibit E.**   HSI Report of Analysis on ███████████;

**Exhibit F.**   Letter to John L. Armstrong, Senior Bureau Official Bureau of Consular Affairs, U.S. State Department on ███████████;

**Exhibit G.**   HSI Report of Analysis on ███████████;

**Exhibit H.**   Letter to John L. Armstrong, Senior Bureau Official Bureau of Consular Affairs, U.S. State Department on ███████████;

**Exhibit I.**   HSI Report of Analysis on ███████████;

**Exhibit J.**   Letter to John L. Armstrong, Senior Bureau Official Bureau of Consular Affairs, U.S. State Department on ███████████;

**Exhibit K.**   HSI Report of Analysis on ███████████.

The following are Department of State documents that relate to specific individuals. These documents are subject to the deliberative process privilege and have not been filed in any other proceedings or otherwise shared with the individuals discussed therein. They have therefore been withheld from Plaintiffs in full.

**Exhibit L.**   Action Memo for the Secretary -- Removal of ███████████ and ███████████ under INA 237(a)(4)(C);

**Exhibit M.**   Action Memo for the Secretary -- Determination of Deportability of ███████████ under INA 237(a)(4)(C);

**Exhibit N.**   Action Memo for the Secretary -- Determination of Deportability of ███████████ under INA 237(a)(4)(C);

      **Exhibit O.**    Action Memo for Senior Bureau Official John Armstrong -- ▇ Visa Revocation.

Respectfully Submitted,

| | |
|---|---|
| BRETT A. SCHUMATE<br>*Assistant Attorney General* | WILLIAM KANELLIS |
| | *Ethan B. Kanter* |
| YAAKOV M. ROTH<br>*Principal Deputy Assistant Attorney General* | ETHAN B. KANTER<br>*Chief, National Security Unit*<br>*Office of Immigration Litigation* |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General* | *P.O. Box 878, Ben Franklin Station*<br>*Washington, D.C. 20001* |
| LEAH B. FOLEY<br>*United States Attorney* | |
| SHAWNA YEN<br>*Assistant United States Attorney*<br>*District of Massachusetts* | *Counsel for Defendants* |

*Dated: June 11, 2025*