# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATIONS OF UNIVERSTIY PROFESSORS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> *Defendants*. | No. 1:25-cv-10685-WGY |

## JOINT MOTION TO ENTER STIPULATION AND PROPOSED ORDER

On behalf of the parties, Defendants respectfully submit the attached Stipulated Clawback Agreement and Federal Rule of Evidence 502(d) Proposed Order. The parties have conferred and have stipulated to procedures applicable to a claim of privilege on a produced document. Accordingly, the parties jointly respectfully request that the Court so-order the attached Stipulation and Proposed Order.

DATED: June 11, 2025                              Respectfully Submitted,

BRETT A. SCHUMATE                                 WILLIAM KANELLIS
Assistant Attorney General

                                                   /s/ Ethan B. Kanter
YAAKOV M. ROTH                                    ETHAN B. KANTER
Principal Deputy Assistant Attorney General       Chief, National Security Unit
                                                   Office of Immigration Litigation
DREW C. ENSIGN                                    P.O. Box 878, Ben Franklin Station
Deputy Assistant Attorney General                 Washington, D.C. 20001

LEAH B. FOLEY
United States Attorney

SHAWNA YEN                                        Counsel for Defendants
Assistant United States Attorney
District of Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Ethan B. Kanter
ETHAN B. KANTER
Chief, National Security Unit
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20001

DATED: June 11, 2025