AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| American Association of University Professors, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-CV-10685 |
| Marco Rubio, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Association of University Professors, American Association of University Professors-Harvard Faculty Chapter, American Association of University Professors at New York University, Rutgers American Association of University Professors-American Federation of Teachers, and Middle East Studies Association.

Date: 06/11/2025

/s/ Alexandra Conlon
*Attorney's signature*

Alexandra Conlon, NY Bar 5331855
*Printed name and bar number*

Sher Tremonte LLP
90 Broad St., 23rd Floor
New York, NY 10004
*Address*

aconlon@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on June 11, 2025, I electronically filed the foregoing notice in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: June 11, 2025                                          /s/ Alexandra Conlon
                                                             Alexandra Conlon