| | |
|---|---|
| **From:** | Kanellis, William G. (CIV) |
| **To:** | Noam Biale |
| **Cc:** | jameel.jaffer; Ramya Krishnan; carrie.decell@knightcolumbia.org; Xiangnong Wang; Talya R Nevins; Jackson Busch; Scott Wilkens; arulanantham@law.ucla.edu; Michael Tremonte; Alexandra Conlon; Courtney Gans; Kanter, Ethan (CIV); Santora, Victoria M (CIV); Strokus, Jessica D. (CIV); Busen, Jesse (CIV); Stone, Paul (CIV); Yen, Shawna (USAMA); Hennes, Stefanie (CIV) |
| **Subject:** | Re: [EXTERNAL] RE: Identity of plaintiffs' witnesses for deposition |
| **Date:** | Friday, June 13, 2025 9:04:29 PM |

Noam, what are the names of these witnesses?

You're saying an unnamed witness in Chicago will be available this Tuesday? As in four days from now? That is simply not enough time to make arrangements. If you mean the following Tuesday, please clarify and we'll make arrangements once you provide his name.

The deposition in London will be on June 24, beginning in the morning. We expect it to be at the U.S. Embassy. Please provide the names of persons from your team, if any, who will be physically present, so that we can clear their access to the embassy. We need that by Monday, no later than 6 p.m.

Sent from my iPhone

> On Jun 13, 2025, at 6:51 PM, Noam Biale <NBiale@shertremonte.com> wrote:

> To follow up: the witness in Chicago is available Tuesday.

> In addition, we have a witness who will be available to be deposed in Claremont, California, on June 20.

<image001.jpg>    **Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com

<image002.jpg>

<image003.jpg>

<image004.jpg>

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Noam Biale
**Sent:** Friday, June 13, 2025 5:12 PM
**To:** 'Kanellis, William G. (CIV)' <William.G.Kanellis@usdoj.gov>
**Cc:** jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Ramya Krishnan

<ramya.krishnan@knightcolumbia.org>; carrie.decell@knightcolumbia.org; Xiangnong
Wang <george.wang@knightcolumbia.org>; Talya R Nevins
<talya.nevins@knightcolumbia.org>; Jackson Busch
<jackson.busch@knightcolumbia.org>; Scott Wilkens
<scott.wilkens@knightcolumbia.org>; arulanantham@law.ucla.edu; Michael Tremonte
<MTremonte@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>;
Courtney Gans <CGans@shertremonte.com>; Kanter, Ethan (CIV)
<Ethan.Kanter@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>;
Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Busen, Jesse (CIV)
<Jesse.Busen@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Yen, Shawna
(USAMA) <Shawna.Yen@usdoj.gov>; Hennes, Stefanie (CIV)
<Stefanie.Hennes@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Identity of plaintiffs' witnesses for deposition

Dear William,

We have confirmed two noncitizen witnesses whose names I will disclose as soon
as the Court enters the protective order.  For planning purposes, one of those
witnesses is based in Chicago and one is based in Cambridge.  As to the latter, he
is having surgery early next week and will be recovering for the remainder of the
week.  Accordingly, the earliest he could be deposed is the week of June 23.  Since
we are all going to be in Boston on the 26th, we thought it might make sense to
schedule his deposition for the 25th or the morning of the 26th.  I am still working on
getting the schedule for the Chicago witness but I will send that to you when I have
it.

Regards,
Noam

<image001.jpg>     **Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com

<image002.jpg>

<image003.jpg>

<image004.jpg>

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication
and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy
or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>
**Sent:** Thursday, June 12, 2025 4:42 PM
**To:** Noam Biale <NBiale@shertremonte.com>

**Cc:** jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; carrie.decell@knightcolumbia.org; Xiangnong Wang <george.wang@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Jackson Busch <jackson.busch@knightcolumbia.org>; scott.wilkens <scott.wilkens@knightcolumbia.org>; arulanantham@law.ucla.edu; Michael Tremonte <MTremonte@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>

**Subject:** Re: [EXTERNAL] RE: Identity of plaintiffs' witnesses for deposition

Please identify the person(s) who will accompany Ms. Duval, if anyone will be physically present with her, so that we can provide them clearance to enter the Embassy.  Also, so that we can make court reporting arrangements, please let me know when she will be available ASAP- again, available times are either beginning Monday afternoon or at some point on Tuesday.  Thanks.

Sent from my iPhone

> On Jun 12, 2025, at 4:17 PM, Noam Biale <NBiale@shertremonte.com> wrote:
>
> Thank you for that information.  It has become clear, however, in today's deposition that you are in fact withholding information known to you, specifically the cable Mr. Armstrong authorized regarding revoking visas.  Further, yesterday, several names were revealed of individuals with relevant knowledge that you did not disclose.  Finally, you did not disclose Mr. Armstrong and Mr. Watson as witnesses – we noticed their depositions based on the declarations submitted in connection with your motion to dismiss.  You have not disclosed any witnesses.  Does the government anticipate calling any witnesses at trial?

<image001.jpg>

**Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com

<image003.jpg>

<image004.jpg>

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>
**Sent:** Thursday, June 12, 2025 12:35 PM
**To:** Noam Biale <NBiale@shertremonte.com>
**Cc:** jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; carrie.decell@knightcolumbia.org; Xiangnong Wang <george.wang@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Jackson Busch <jackson.busch@knightcolumbia.org>; scott.wilkens <scott.wilkens@knightcolumbia.org>; arulanantham@law.ucla.edu; Michael Tremonte <MTremonte@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Noam Biale <NBiale@shertremonte.com>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: Identity of plaintiffs' witnesses for deposition

Thank you for your prompt response.  We will plan on deposing her in London on Monday or Tuesday - whichever is more convenient for her.  We will make arrangements with the US Embassy.  We expect the deposition to last four hours.

Whether or not you are moved, we are not withholding information known to us, and expect the same.  We are providing you responsive information - including witnesses - as it is identified.  We hope for continued cooperation in the next few weeks.

I will provide further details regarding Tuesday as I receive them.  Please do not hesitate to call me to work out details.

Sent from my iPhone

On Jun 12, 2025, at 12:23 PM, Noam Biale
<NBiale@shertremonte.com> wrote:


Hi William,

I am cc'ing the rest of my team.

As an initial matter, you have not identified the relevant
officials, their titles, and roles, as the judge ordered you to
do at the May 6, 2025 conference, so that we may notice
their depositions.  Given that, your complaint about our
supposed delay does not move me.

Regarding Ms. Dubal, she will be in London next week.  We
are going to speak with her today about her schedule for
next week and we will get back to you as soon as we know
when she can sit for her deposition.

As I said before, once the protective order gets entered
and as we confirm the witnesses we intend to call at trial,
we will identify them.

Regards,
Noam

<image001.jpg>      **Noam Biale**
                    90 Broad Street, 23rd Floor | New York, NY 10004
                    tel: 212.300.2445 | fax: 212.202.4156
                    nbiale@shertremonte.com
                    www.shertremonte.com

                    <image002.jpg>

                    <image003.jpg>

                    <image004.jpg>

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Kanellis, William G. (CIV)
<William.G.Kanellis@usdoj.gov>
**Sent:** Thursday, June 12, 2025 11:49 AM

**To:** Noam Biale <NBiale@shertremonte.com>
**Subject:** Identity of plaintiffs' witnesses for deposition

Noam,

We plan on deposing at least two of your witnesses next week.  At your request, we will not seek to depose Ms. Bâli next week because of her personal circumstance.  Please tell me the location of Ms. Dubal so that we can make arrangements to depose her next Monday or Tuesday.   Also, I assume you are calling more than these two witnesses.  If that's the case, please identify the other witnesses and their locations so that we can make arrangements to depose them.

We are trying to work with you, but there remain only a handful of working days between now and trial.  And since you know the identities and whereabouts of your witnesses, there's no excuse for further delaying the disclosure of this information. We've made the two witnesses you've noticed available for deposition on the dates you requested, at some inconvenience to these witnesses.  I ask that you provide us the same courtesy.  If you want to discuss by phone, please call me at +12025325749.  Thanks.

Sent from my iPhone

On Jun 10, 2025, at 6:20 PM, Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov> wrote:

 Noam, who are your other witnesses?  Are you only calling two?  And where are these witnesses located?  We need to make travel and office space arrangements before next week.  Thanks.

Sent from my iPhone

> On Jun 10, 2025, at 5:29 PM,
> Noam Biale
> <[NBiale@shertremonte.com](mailto:NBiale@shertremonte.com)>
> wrote:
>
> Lindsay,
>
> The Court's order of today does not cover information we provide you in discovery. We need an additional protective order for that. We sent our draft protective order on May 10. You have declined to agree to its terms and have now gone back on provisions to which you previously agreed. In addition, we sent you our document requests on May 13. You have provided no response to those requests. You are now giving us one hour to respond before you say you will file a motion to compel. If you think based on this record you have a meritorious motion, go ahead.
>
> That being said, we are prepared now to disclose two of our witnesses who are citizens: Veena Dubal and Asli Bali. Ms. Bali just had a death

in the family and may not be
available next week.

On the protective order, I think
it would be helpful for the court
to indicate the provisions
where we do have agreement
and make clear what is left for
the court to decide. Do you
disagree with that approach?

Noam

<Image.jpeg>

**Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Murphy, Lindsay M. (CIV)
<Lindsay.M.Murphy@usdoj.gov>
**Sent:** Tuesday, June 10, 2025
4:51:30 PM
**To:** Noam Biale
<NBiale@shertremonte.com>;
Alexandra Conlon
<Aconlon@shertremonte.com>
**Cc:** Alexander A Abdo
<alex.abdo@knightcolumbia.org>;
Courtney Gans
<CGans@shertremonte.com>;
jameel.jaffer
<jameel.jaffer@knightcolumbia.org>;
Michael Tremonte
<MTremonte@shertremonte.com>;
Ramya Krishnan
<ramya.krishnan@knightcolumbia.org>;
scott.wilkens

<scott.wilkens@knightcolumbia.org>;
Busen, Jesse (CIV)
<Jesse.Busen@usdoj.gov>; Hennes,
Stefanie (CIV)
<Stefanie.Hennes@usdoj.gov>;
Kanellis, William G. (CIV)
<William.G.Kanellis@usdoj.gov>;
Kanter, Ethan (CIV)
<Ethan.Kanter@usdoj.gov>; Moss,
Benjamin M. (CIV)
<Benjamin.M.Moss2@usdoj.gov>;
Santora, Victoria M (CIV)
<Victoria.M.Santora@usdoj.gov>;
Stone, Paul (CIV)
<Paul.F.Stone@usdoj.gov>;
Strokus, Jessica D. (CIV)
<Jessica.D.Strokus@usdoj.gov>;
Yen, Shawna (USAMA)
<Shawna.Yen@usdoj.gov>
**Subject:** RE: AAUP v. Rubio -
Various Outstanding Items

Hi Noam,

The stipulation re government
statements looks good to file.

We'll mark our calendars for
Thursday at 2pm. But in light of
the Court's order this afternoon
on Plaintiffs' witness protective
order motion, we expect
Plaintiffs to disclose the
identities and locations of your
witnesses by 6pm today so that
we may make the necessary
arrangements.  Otherwise, we
will move to compel.

On the protective order, we
wanted to clarify that Plaintiffs
aren't intending to file it as a
request to enter a stipulated
order. Given our objections to the

provisions referenced earlier, Defendants do not stipulate to it and expect to respond to the motion for a protective order that we presume you'll be filing.

Thanks for your agreement on our proposed clawback order. We'll take care of getting that filed.

Lindsay

---

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Tuesday, June 10, 2025 3:31 PM
**To:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Alexandra Conlon <Aconlon@shertremonte.com>
**Cc:** Alexander A Abdo <alex.abdo@knightcolumbia.org>; Courtney Gans <CGans@shertremonte.com>; jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; scott.wilkens <scott.wilkens@knightcolumbia.org>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>;

Stone, Paul (CIV)
<Paul.F.Stone@usdoj.gov>;
Strokus, Jessica D. (CIV)
<Jessica.D.Strokus@usdoj.gov>;
Yen, Shawna (USAMA)
<Shawna.Yen@usdoj.gov>
**Subject:** [EXTERNAL] RE: AAUP v.
Rubio - Various Outstanding Items

Thank you.  Here is the signed
stipulation with the numbering
issue you pointed out corrected.
We will ask the Court to so-order
it.

Regarding the meet & confer,
today does not work but your
proposed time of 2 PM on
Thursday works (for those of us
not participating in the
depositions).  Why don't we plan
to discuss the pretrial
memorandum and your RFPs and
Rogs at that time?

Regarding the protective order,
we are going to go ahead and ask
the judge to enter it and will note
your objections to paragraphs 3,
6(h), 7, and 10.

We are fine with your change to
the clawback order (but cut the
"the" before "either").

<image001.jpg>          **Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com

<image002.jpg>

<image003.jpg>

<image004.jpg>

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>

**Sent:** Tuesday, June 10, 2025 12:13 PM

**To:** Noam Biale <NBiale@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>

**Cc:** Alexander A Abdo <alex.abdo@knightcolumbia.org>; Courtney Gans <CGans@shertremonte.com>; jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; scott.wilkens <scott.wilkens@knightcolumbia.org>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>

**Subject:** RE: AAUP v. Rubio - Various Outstanding Items

Apologies -- I neglected to attach the signed stipulation re government statements to my last message. It's attached here.

Lindsay

**From:** Murphy, Lindsay M. (CIV)
**Sent:** Tuesday, June 10, 2025 12:10 PM
**To:** Noam Biale <NBiale@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>
**Cc:** Alexander A Abdo <alex.abdo@knightcolumbia.org>; Courtney Gans <CGans@shertremonte.com>; jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; scott.wilkens <scott.wilkens@knightcolumbia.org>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>

**Subject:** RE: AAUP v. Rubio - Various Outstanding Items

Hi Noam

Please see our answers in green to your requests below. If you'd like to meet and confer about Defendants' discovery requests today, we can be available between 12:30pm and 2pm or between 4 and 5pm.

Thanks,
Lindsay

---

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Monday, June 9, 2025 9:26 PM
**To:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Alexandra Conlon <Aconlon@shertremonte.com>
**Cc:** Alexander A Abdo <alex.abdo@knightcolumbia.org>; Courtney Gans <CGans@shertremonte.com>; jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; scott.wilkens <scott.wilkens@knightcolumbia.org>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV)

<Benjamin.M.Moss2@usdoj.gov>;
Santora, Victoria M (CIV)
<Victoria.M.Santora@usdoj.gov>;
Stone, Paul (CIV)
<Paul.F.Stone@usdoj.gov>;
Strokus, Jessica D. (CIV)
<Jessica.D.Strokus@usdoj.gov>;
Yen, Shawna (USAMA)
<Shawna.Yen@usdoj.gov>
**Subject:** [EXTERNAL] AAUP v. Rubio
- Various Outstanding Items

Dear Lindsay:

In no particular order, here are
responses and outstanding
requests on various pending
issues:

1. Pre-trial deadlines – the
   local rules require us to
   meet and confer on a joint
   pretrial memorandum 14
   days before the pretrial
   conference (which would
   be 6/12) and file the
   memorandum no later
   than 7 days before the
   conference (which would
   make it due on 6/19).  We
   think it makes sense to
   have the meet and confer
   on schedule but are
   anticipating that we will
   want to ask jointly for more
   time to file the
   memorandum, since it
   includes things like
   witness and exhibit lists
   that we are unlikely to have
   in final form by the 19th.
   Let us know if that works
   for you. Sure. Let's meet
   on 6/12 to discuss. Would

2pm work for you?

1. Protective Order – we attach the latest version of the protective order. We propose to drop our request for paragraph 10 in exchange for you accepting our addition to paragraph 3. We can then highlight paragraph 7 – the record-keeping provision – as the only point of disagreement for the Court to resolve. If that is satisfactory, please let us know and we will file this indicating that most of it is on consent and moving on the record-keeping provision. Please see our comments in the attached. We are at an impasse on paragraph 7; Plaintiffs' edits to paragraph 3 render the provision too broad for Defendants to be able to agree; also, in re-reviewing the draft, Defendants cannot agree to paragraph 6(h) as written– to the extent that any filings containing PII are submitted in camera, Defendants do not agree to waive privilege in order for non-parties to the litigation to review their PII. Filing the documents containing PII under seal or in camera should sufficiently safeguard that information. Defendants

have already indicated that it is the government's practice to redact PII from filings where necessary and would be willing to consult with Plaintiffs' counsel on appropriate PII redactions for any public filings.

1. Stipulation re Statement of Government Officials – we have accepted your proposed changes and are attaching a signed version. Please send it back to us with your signature. Signed version attached. Note that the statement numbers jump from 21 to 23 (22 is skipped). We're happy to sign again if you wanted to correct the numbering.

1. Clawback agreement – we are awaiting your responses to our proposed edits. Attached with one edit to paragraph 5 for Plaintiffs' review.

1. Administrative Record and Plaintiffs' outstanding discovery requests – two items:

    1. On May 29, we requested that you send us the attachments referenced in the administrative record and the two

specific documents we asked for concerning Ms. Ozturk.  Please provide these immediately or explain why you are declining to do so. Defendants have reviewed these documents and determined that they are subject to law enforcement privilege and deliberative process privilege; we will be submitting them in camera and ex parte for the court's review only.

2. You also told us that you would get us responses and objections to our RFPs and Interrogatories by the end of last week or beginning of this week.  When will you provide those? Defendants are working on finalizing these as quickly as we can; we intend to provide our responses/objections by Wednesday.

1. Defendants' discovery requests – we would like to schedule a meet and confer to discuss your

discovery requests.  Please let us know when you have time in the next couple of days for this. We can meet today between 12:30 and 2pm or between 4pm and 5pm. Let us know if you're free during either of those time blocks.

1. Depositions of Defendants' witnesses – four items:
    1. Alex Conlon from my firm will take the depositions.  Her PHV application is still in process. Please let us know if you consent to her taking the depositions. No objection from Defendants.
    2. When is the next earliest date Watson is available to be deposed?  It is not reasonable to push the ruling from the Court back and then not be at all flexible on the deposition dates. Mr. Watson has arranged his schedule to be available for a deposition tomorrow, at Plaintiffs's request, as has our trial team. If you don't plan to depose him

tomorrow, we'll consider Plaintiffs to have waived that opportunity.

3. Unless you have a ruling granting your motion for a protective order by Wednesday AM, you should provide documents and responses to interrogatories concerning both deponents.  At a minimum, you must provide all documents related to them or for which they are custodians that you do not contend are covered by the deliberative process privilege. We're working as quickly as we can to get these finalized and over to you before tomorrow's depositions.

4. Please also provide us with the names, titles, and roles of other relevant officials, as we have repeatedly requested, so we may notice their depositions. We're working as quicky as we can to identify the relevant officials.

1. Depositions of Plaintiffs' witnesses – We will provide the names of the witnesses we currently plan to call (we are still finalizing our list) immediately upon entry of the protective order and pending a ruling on our non-retaliation order and then will work with you to schedule their depositions. Plaintiffs know who their witnesses are, so there should not be an issue with providing that information. At the very least, Plaintiffs should immediately provide us with the cities where your witnesses will be next week so that we can arrange for travel and court reporters.

Regards,
Noam

<image005.jpg>

**Noam Biale**
Sher Tremonte LLP
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com

<image006.jpg>

<image007.jpg>

<image008.jpg>

<image001.jpg>
<image002.jpg>
<image003.jpg>

&lt;image004.jpg&gt;
&lt;image005.jpg&gt;
&lt;image006.jpg&gt;
&lt;image007.jpg&gt;
&lt;image008.jpg&gt;
&lt;Image.jpeg&gt;