UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,

        Plaintiffs,

   v.

MARCO RUBIO, ET AL.,

        Defendants.

Case No. 1:25-cv-10685 (WGY)

### DECLARATION OF NOAM BIALE

I, Noam Biale, declare as follows:

1. I am a partner at the law firm Sher Tremonte LLP. I represent Plaintiffs in the above-captioned case and have been admitted *pro hac vice* to this court.

2. I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Compel the Names of Plaintiffs' Witnesses.

3. Attached as **Exhibit A** to this declaration is a true and correct copy of email correspondence between the parties.

4. Attached as **Exhibit B** to this declaration is a true and correct copy of a June 12, 2025 letter to Jesse Busen summarizing the topics discussed at the parties' meet and confer earlier that day.

5. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

1

June 16, 2025  
New York, New York

Respectfully submitted,

/s/ Noam Biale
Noam Biale
*Counsel for Plaintiffs*