UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>                Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, ET AL.,<br><br>                Defendants. | Case No. 1:25-cv-10685 (WGY) |

**JOINT MOTION TO ADJOURN DEADLINE FOR JOINT PRETRIAL MEMORANDUM**

The Parties respectfully move for an order adjourning the deadline for the Joint Pretrial Memorandum. Pursuant to Local Rule 16.5, the Parties are required to meet and confer 14 days before the final pretrial conference to discuss the Joint Pretrial Memorandum, and are required to file the Joint Pretrial Memorandum 7 days before the final pretrial conference. The final pretrial conference is scheduled in this matter for June 26, 2025, with trial scheduled to commence on July 7, 2025. On June 12, 2025, consistent with Local Rule 16.5, the Parties met and conferred. The Parties now move to adjourn the deadline for the Joint Pretrial Memorandum to June 25, 2025. Because of the compressed timeline for this case, the Parties require additional time to gather the information required to be filed in the Joint Pretrial Memorandum. Further, the Parties anticipate that the Joint Pretrial Memorandum will be substantially shorter than in the typical civil case and it will be possible for the Court to review it in advance of the 3:00 p.m. final pretrial conference.

    Accordingly, the Parties respectfully request that the Court adjourn the deadline for the Joint Pretrial Memorandum to June 25, 2025.

1

June 18, 2025                                                             Respectfully submitted,

                                                          /s/ Noam Biale

Edwina Clarke (BBO 699702)                        Noam Biale
David Zimmer (BBO 692715)                         Michael Tremonte
Zimmer, Citron & Clarke, LLP                      Courtney Gans
130 Bishop Allen Drive                            Sher Tremonte LLP
Cambridge, MA 02139                               90 Broad Street, 23rd Floor
(617) 676-9423                                    New York, New York 10004
edwina@zimmercitronclarke.com                     (212) 202-2603
                                                  mtremonte@shertremonte.com
Ramya Krishnan                                    nbiale@shertremonte.com
Carrie DeCell
Xiangnong Wang                                    Ahilan T. Arulanantham (SBN 237841)
Talya Nevins                                      Professor from Practice
Jackson Busch                                     UCLA School of Law
Scott Wilkens                                     385 Charles E. Young Dr. East
Alex Abdo                                         Los Angeles, CA 90095
Jameel Jaffer                                     (310) 825-1029
Knight First Amendment Institute                  arulanantham@law.ucla.edu
  at Columbia University
475 Riverside Drive, Suite 302                    *Counsel for Plaintiffs*
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org


BRETT A. SHUMATE
Assistant Attorney General
                                                  WILLIAM KANELLIS
DREW C. ENSIGN
Deputy Assistant Attorney General                 *Ethan B. Kanter*
                                                  ETHAN B. KANTER
LEAH B. FOLEY                                     *Chief, National Security Unit*
United States Attorney                            *Office of Immigration Litigation*
                                                  *P.O. Box 878, Ben Franklin Station*
SHAWNA YEN                                        *Washington, D.C. 20001*
Assistant United States Attorney
District of Massachusetts



Dated: June 18, 2025                              *Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, certify that on June 18, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| Dated: June 18, 2025 | /s/ Noam Biale |
|---|---|
|  | Noam Biale |