UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, ET AL.,<br><br>Defendants. | Case No. 1:25-cv-10685 (WGY) |

**[PROPOSED] ORDER**

Having considered Plaintiffs' ASSENTED-TO MOTION TO FILE UNDER SEAL, the Court hereby ORDERS that:

Plaintiffs shall publicly file non-confidential portions of the Motion to Compel Answers to Plaintiffs' Interrogatories, the Production of Documents, and the Production of Information Improperly Withheld as Privileged ("Motion") by 6:00 p.m. on Friday, June 20, 2025;

If portions of the underlying materials are later unsealed, Plaintiffs shall publicly file portions of the Motion that describe or quote from those portions of the Administrative Record by 6:00 p.m. on the next business day after they are unsealed;

The portions of the Motion that Plaintiffs file under seal are sealed until further order of this Court.

Dated: June __, 2025        /s/ _____
                            William G. Young
                            United States District Judge