AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| American Association of University Professors, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-10685-WGY |
| Rubio, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 06/23/2025

s/ Jessica D. Strokus
*Attorney's signature*

Jessica D. Strokus (VA 91100)
*Printed name and bar number*

USDOJ, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
*Address*

Jessica.D.Strokus@usdoj.gov
*E-mail address*

(202) 616-8779
*Telephone number*

(202) 307-8698
*FAX number*

## **CERTIFICATE OF SERVICE**

*American Association of University Professors, et al. v. Rubio, et. al.*,
No. 1:25-cv-10685-WGY

I certify that on June 23, 2025, I served a copy of the foregoing document on all parties by causing this document and its attachments to be filed with the Clerk of the Cout through the CM/ECF system, which will provide electronic notice of this document to all counsel of record.

s/ Jessica D. Strokus
JESSICA D. STROKUS
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Dep't of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8779
Email: Jessica.D.Strokus@usdoj.gov

*Counsel for Defendants*
