# EXHIBIT 4

**Thursday, June 19, 2025 at 9:28:22 PM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Documents missing from Defendants' discovery |
| **Date:** | Wednesday, June 18, 2025 at 7:40:29 PM Eastern Daylight Time |
| **From:** | Murphy, Lindsay M. (CIV) |
| **To:** | Noam Biale, Alexander A Abdo, Alexandra Conlon, Courtney Gans, Jackson Busch, Jameel Jaffer, Michael Tremonte, Ramya Krishnan, Scott Wilkens, Talya R Nevins, Xiangnong Wang |
| **CC:** | Busen, Jesse (CIV), Hennes, Stefanie (CIV), Kanellis, William G. (CIV), Kanter, Ethan (CIV), Moss, Benjamin M. (CIV), Santora, Victoria M (CIV), Stone, Paul (CIV), Strokus, Jessica D. (CIV), Yen, Shawna (USAMA) |
| **Attachments:** | image001.jpg, image002.jpg, image003.jpg, image004.jpg, image005.jpg, image006.jpg, image007.jpg, image008.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Noam,

We are still running down most of the documents on your list. Some documents, the agencies don't have/don't exist. Others, they're trying to track down. And yet others are being reviewed for responsiveness/privilege. So, we haven't made any decisions not to produce them yet. Two exceptions: Documents 1.c, 1.d, and 1.e, on your list were submitted to the judge in camera and ex parte on June 11; and Document 2.a.i was included in Production Volume 01, shared with you last Friday (DEF-088-DEF-094).

Lindsay

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Wednesday, June 18, 2025 6:22 PM
**To:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Jackson Busch <jackson.busch@knightcolumbia.org>; jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Subject:** [EXTERNAL] RE: Documents missing from Defendants' discovery

Hi Lindsay,

Following up on the list of documents I sent Sunday night, we haven't heard back from you on them

on way or the other, so we assume you are not producing them.  We will file a motion to compel tomorrow.

Please also add to the list of documents we are requesting the cable that is discussed in this article:

https://www.politico.com/news/2025/06/18/social-media-screening-student-visas-00413160

Thanks,
Noam



**Noam Biale**
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com



This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>
**Sent:** Monday, June 16, 2025 12:55 PM
**To:** Alexander A Abdo <alex.abdo@knightcolumbia.org>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Jackson Busch <jackson.busch@knightcolumbia.org>; jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Noam Biale <NBiale@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Subject:** RE: Documents missing from Defendants' discovery

Noam – acknowledging receipt of your letter and letting you know that we're working through the list of documents you sent this morning to determine what we can produce and by when. We're also working to send you ROG responses later today.

Lindsay

---

**From:** Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>
**Sent:** Monday, June 16, 2025 9:26 AM
**To:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>
**Subject:** FW: Documents missing from Defendants' discovery

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Sunday, June 15, 2025 11:53 PM
**To:** Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>
**Cc:** jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; carrie.decell@knightcolumbia.org; Xiangnong Wang <george.wang@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Jackson Busch <jackson.busch@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; arulanantham@law.ucla.edu; Michael Tremonte <MTremonte@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>
**Subject:** [EXTERNAL] Documents missing from Defendants' discovery

Dear All,

Based on our review of the discovery you provided and the deposition testimony of Messrs. Armstrong and Watson, it has become clear to us that there are numerous gaps in Defendants' productions. The attached letter identifies the documents that are missing and should be turned over immediately. Because the 30 day deadline for you to respond to our RFPs and interrogatories has already lapsed, we ask that you respond to the attached letter by **close of business tomorrow** or we will have to file a motion to compel.

Regards,
Noam



**Noam Biale**
Sher Tremonte LLP
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com

