UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,

          Plaintiffs,

v.

MARCO RUBIO, ET AL.,

          Defendants.

Case No. 1:25-cv-10685 (WGY)

**PLAINTIFFS' ADDENDUM TO MOTION TO COMPEL COMPLETE ANSWERS TO PLAINTIFFS' INTERROGATORIES, PRODUCTION OF DOCUMENTS, AND DISCLOSURE OF INFORMATION IMPROPERLY WITHHELD AS PRIVILEGED**

Plaintiffs file this brief addendum to their Motion to Compel that was filed yesterday, June 24, 2025, in order to inform the Court of additional highly relevant information that is missing from Defendants' document productions and that Plaintiffs first learned about during yesterday's deposition of Stuart Wilson, a State Department official. Mr. Wilson, the Deputy Assistant Secretary in charge of the Visa Office in the Bureau of Consular Affairs, testified that:



- ███████████████████████████████████████████
  ███████.

- ███████████████████████████████████████████
  ███.

- ███████████████████████████████████████████
  ███████████.

---

[1] Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats ("E.O. 14161"), The White House (Jan. 20, 2025), https://perma.cc/TJ33-ET28; Additional Measures to Combat Anti-Semitism ("E.O. 14188"), The White House (Jan. 29, 2025), https://perma.cc/7XT9-QHXY.

1

██████████████████████████████████████████████████████████

- ████████████████████████████████████████████████
  ████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████. Plaintiffs' counsel made clear on the record that these documents must be produced immediately and that if not, Plaintiffs would need to move to compel. ████████ ████████ However, counsel for the government could not agree to do so, stating that documents have to go through a multi-stage, time-consuming privilege review before they can be produced. But here, even if there were a colorable claim of privilege as to any of these documents, they should have been provided to the Court for *in camera* review. They have not been. *See* ECF No. 131.

Plaintiffs respectfully request that the Court order Defendants to produce these documents, in addition to the documents identified in Plaintiffs' Motion to Compel.

June 25, 2025                                   Respectfully submitted,

                                                 /s/ Scott Wilkens
Edwina Clarke (BBO 699702)                      Scott Wilkens
David Zimmer (BBO 692715)                       Ramya Krishnan

Zimmer, Citron & Clarke, LLP
130 Bishop Allen Drive
Cambridge, MA 02139
(617) 676-9423
edwina@zimmercitronclarke.com

Noam Biale
Michael Tremonte
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2603
mtremonte@shertremonte.com
nbiale@shertremonte.com

Carrie DeCell
Xiangnong Wang
Talya Nevins
Jackson Busch
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
scott.wilkens@knightcolumbia.org

Ahilan T. Arulanantham (SBN 237841)
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
(310) 825-1029
arulanantham@law.ucla.edu

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2025, I filed Plaintiffs' Addendum to Motion to Compel Complete Answers to Plaintiffs' Interrogatories, Production of Documents, and Disclosure of Information Improperly Withheld as Privileged, and that service will be accomplished by the CM/ECF system.

June 25, 2025                                      /s/ *Scott Wilkens*
                                                                Scott Wilkens

                                                               *Counsel for Plaintiffs*