UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATIONS OF UNIVERSTIY PROFESSORS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> *Defendants.* | No. 1:25-cv-10685-WGY <br><br> **NOTICE OF SEALED SUBMISSION OF DOCUMENTS SUBJECT TO MOTION TO COMPEL FOR *IN CAMERA, EX PARTE* REVIEW** |

### INDEX RELATING TO THE SEALED, *IN CAMERA, EX PARTE* SUBMISSION OF DOCUMENTS

Pursuant to the Court's invitation to submit documents for *in camera* inspection, the Government respectfully submits the following documents, which include privilege redactions that Plaintiffs have challenged in their Motion to Compel. Dkt. # 153. These documents have all been made available to Plaintiffs, with redactions for privilege, either through a document production or in the Certified Administrative Record. Defendants are providing the full text of these documents to the court with redactions marked but not applied for the Court's *in camera* consideration as it reviews Plaintiffs' Motion to Compel and Defendants' Opposition.

Exhibits A-C are Department of State cables that contain law enforcement privileged information. Exhibit D is a Department of State PowerPoint presentation on social media vetting.

**Exhibit A.**    Department of State Cable 17178 [Catch and Revoke: National Security Through Timely Processing of Visa Systems Messages] (DEF-088 – DEF-094);

**Exhibit B.**    Department of State Cable 26168 [on Enhanced Screening and Social Media Vetting for Visa Applicants] (CAR012 – CAR017);

1

**Exhibit C.**   Department of State Cable 45612 [Caught and Revoked: Updated Guidance on Systems Messages](DEF-084 – DEF-087).

**Exhibit D.**   Enhanced Vetting and Social Media Screening of Visa Applicants, April 3-4, 2025 PowerPoint Presentation (DEF-064 – DEF083).

Respectfully Submitted,

| | |
|---|---|
| BRETT A. SCHUMATE<br>*Assistant Attorney General* | WILLIAM KANELLIS<br><br>*Ethan B. Kanter*<br>ETHAN B. KANTER |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General* | *Chief, National Security Unit*<br>*Office of Immigration Litigation*<br>*P.O. Box 878, Ben Franklin Station*<br>*Washington, D.C. 20001* |
| | *Counsel for Defendants* |
| *Dated: June 27, 2025* | |