# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, ET AL., <br><br> Defendants. | Case No. 1:25-cv-10685 (WGY) |

## [PROPOSED] ORDER

Having considered Plaintiffs' MOTION TO FILE UNDER SEAL, the Court hereby ORDERS that:

Plaintiffs shall publicly file non-confidential portions of their Pretrial Brief by 6:00 p.m. on Tuesday, July 1, 2025;

If portions of the administrative record are later unsealed, Plaintiffs shall publicly file portions of the Motion that describe or quote from those portions of the administrative record by 6:00 p.m. on the next business day after they are unsealed;

The portions of the Pretrial Brief that Plaintiffs file under seal are sealed until further order of this Court.

Dated: June __, 2025          /s/ _____
                              William G. Young
                              United States District Judge