# EXHIBIT F

| | |
|---|---|
| **From:** | Murphy, Lindsay M. (CIV) |
| **To:** | "Alexander A Abdo"; "Alexandra Conlon"; "Courtney Gans"; "Jackson Busch"; "jameel.jaffer"; "Michael Tremonte"; "Noam Biale"; "Ramya Krishnan"; "scott.wilkens"; "Talya R Nevins"; "Xiangnong Wang" |
| **Cc:** | Busen, Jesse (CIV); Hennes, Stefanie (CIV); Kanellis, William G. (CIV); Kanter, Ethan (CIV); Moss, Benjamin M. (CIV); Santora, Victoria M (CIV); Stone, Paul (CIV); Strokus, Jessica D. (CIV); Yen, Shawna (USAMA) |
| **Subject:** | AAUP: Responses and Objections to Plaintiffs" Interrogatories |
| **Date:** | Saturday, June 21, 2025 8:47:00 PM |
| **Attachments:** | 06.21.2025 AAUP Defs Responses and Objections to Plfs First Set of Interrogatories.pdf |

Hi Noam,

Attached, please find Defendants' responses and objections to Plaintiffs' interrogatories. Please note that we will be following up on Monday with our verifiers' signatures. They weren't all available to sign tonight, but we wanted to get our response to you as soon as they were ready.

Lindsay

Lindsay M. Murphy

Deputy Chief, National Security Unit

Office of Immigration Litigation – General Litigation and Appeals

Civil Division

U.S. Department of Justice

(202) 616-4018

***This e-mail and any attachments may contain information that is private, confidential, or privileged. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***