# Exhibit A

| | |
|---|---|
| **From:** | Murphy, Lindsay M. (CIV) |
| **To:** | Noam Biale; Jackson Busch; Alexander A Abdo; Alexandra Conlon; Courtney Gans; jameel.jaffer; Michael Tremonte; Ramya Krishnan; Scott Wilkens; Talya R Nevins; Xiangnong Wang |
| **Cc:** | Busen, Jesse (CIV); Hennes, Stefanie (CIV); Kanellis, William G. (CIV); Kanter, Ethan (CIV); Moss, Benjamin M. (CIV); Santora, Victoria M (CIV); Stone, Paul (CIV); Strokus, Jessica D. (CIV); Yen, Shawna (USAMA) |
| **Subject:** | RE: AAUP: Responses and Objections to Plaintiffs" Interrogatories |
| **Date:** | Wednesday, June 25, 2025 12:18:00 AM |

Hi Noam,

For the record, there is no gamesmanship here, and no effort to trick Plaintiffs into gutting their complaint. My message yesterday was clear: "No objection to Plaintiffs amending the complaint for the purpose of removing references to noncitizens whom plaintiffs do not intend to call as witnesses." That is what Jesse suggested in his June 17 message, and it's what I agreed to on the government's behalf yesterday. Neither of us made any suggestions or agreements about incorporating new individuals into the complaint, nor did we appreciate that such was your intent.

Lindsay

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Tuesday, June 24, 2025 11:43 PM
**To:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Jackson Busch <jackson.busch@knightcolumbia.org>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; jameel.jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Subject:** [EXTERNAL] Re: AAUP: Responses and Objections to Plaintiffs' Interrogatories

Lindsay,

I was genuinely surprised to read your email.  In the June 12 meet and confer, I specifically told your team that we were not planning to call all of the pseudonymous noncitizens identified in the complaint and that we planned to call other noncitizen witnesses who were *not* in the complaint but who had also been chilled (our opposition to your motion to compel was also explicit about this possibility, too.  See Dkt. 138, at 2).  That is why we proposed to narrow your requests to the noncitizen witnesses we actually planned to call.

Jesse responded to us and agreed to that proposal so long as we agreed to strike or withdraw from our complaint the allegations concerning noncitizens whom we no longer planned to present.  I wrote him back and accepted that offer, stating specifically that we would **"conform the Complaint to the noncitizens who will actually be testifying."**  You then consented to an amended complaint on those terms.  There was no ambiguity whatsoever in what we were planning to do, and then we did, in fact, send you a draft amended complaint that, other than a few corrections, changed only the descriptions of the noncitizens to conform to those who would actually be testifying.  That you now are withdrawing your consent makes it clear that your engagement on this issue was simply gamesmanship to try to get us to gut our complaint and to set up a second motion to dismiss.  I am truly disappointed by your response given the genuine efforts we have made to work collaboratively with you and the considerable time and resources we expended in what we believed was a sensible compromise.

Given your response, we will not move to amend the complaint, which we were never required to do in order to call different witnesses, and we also will not allow you to turn the discovery process into a fishing expedition into the identities of noncitizens who are too afraid of government retaliation to testify in this case.

Noam



**Noam Biale**
Sher Tremonte LLP
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com



---

**From:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>
**Date:** Tuesday, June 24, 2025 at 8:24 PM
**To:** Jackson Busch <jackson.busch@knightcolumbia.org>, Noam Biale <NBiale@shertremonte.com>, Alexander A Abdo <alex.abdo@knightcolumbia.org>, Alexandra Conlon <Aconlon@shertremonte.com>, Courtney Gans <CGans@shertremonte.com>, jameel.jaffer <jameel.jaffer@knightcolumbia.org>, Michael Tremonte <MTremonte@shertremonte.com>, Ramya Krishnan <ramya.krishnan@knightcolumbia.org>, Scott Wilkens <scott.wilkens@knightcolumbia.org>, Talya R Nevins <talya.nevins@knightcolumbia.org>, Xiangnong Wang <george.wang@knightcolumbia.org>

**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>, Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>, Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>, Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>, Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>, Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>, Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>, Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>, Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Subject:** RE: AAUP: Responses and Objections to Plaintiffs' Interrogatories

Hi Jackson,

Thank you for that clarification. We had not understood that Plaintiffs' intention was to substitute out witnesses referenced in the original complaint for entirely new witnesses with new factual claims. It's also not apparent from our notes or Plaintiffs' write-up of the June 12 meet and confer that such a proposal was ever specifically discussed. As noted in my June 23 email below, the government would not object to Plaintiffs amending the complaint by removing references to noncitizens whom Plaintiffs don't intend to call as witnesses, and into whom Plaintiffs have asked the government not to seek discovery. The proposed amended complaint you've shared with us today goes far beyond the scope of what the government agreed to, and we cannot consent. If you'd like to discuss this further tomorrow, please let us know.

Thanks,
Lindsay

---

**From:** Jackson Busch <jackson.busch@knightcolumbia.org>
**Sent:** Tuesday, June 24, 2025 7:37 PM
**To:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Noam Biale <NBiale@shertremonte.com>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Jameel Jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Subject:** [EXTERNAL] Re: AAUP: Responses and Objections to Plaintiffs' Interrogatories

Ms. Al-Ali is referenced in the original complaint as MESA Member B (at ¶¶ 71-73 in the

original). The other three are not referenced in the original complaint. We made clear to the government during the June 12 meet and confer that our noncitizen trial witnesses and the example noncitizens identified in the original complaint were different sets of people. The second paragraph of our proposed motion (which I reattach here for your convenience) explains the overlap to the Court.

---

**From:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>
**Date:** Tuesday, June 24, 2025 at 6:59 PM
**To:** Jackson Busch <jackson.busch@knightcolumbia.org>, Noam Biale <NBiale@shertremonte.com>, Alexander A Abdo <alex.abdo@knightcolumbia.org>, Alexandra Conlon <Aconlon@shertremonte.com>, Courtney Gans <CGans@shertremonte.com>, Jameel Jaffer <jameel.jaffer@knightcolumbia.org>, Michael Tremonte <MTremonte@shertremonte.com>, Ramya Krishnan <ramya.krishnan@knightcolumbia.org>, Scott Wilkens <scott.wilkens@knightcolumbia.org>, Talya R Nevins <talya.nevins@knightcolumbia.org>, Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>, Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>, Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>, Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>, Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>, Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>, Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>, Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>, Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Subject:** RE: AAUP: Responses and Objections to Plaintiffs' Interrogatories

> **This Message Is From an External Sender**
> This message came from outside your organization.

Thanks, Jackson. Since it's a bit unclear to us from the redline, could you please point out where Ms. Al-Ali, Ms. Arruzza, Ms. Hyska, and Mr. Nickel were referenced as anonymous witnesses in the original complaint?

---

**From:** Jackson Busch <jackson.busch@knightcolumbia.org>
**Sent:** Tuesday, June 24, 2025 4:49 PM
**To:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Noam Biale <NBiale@shertremonte.com>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Jameel Jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens

<scott.wilkens@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Xiangnong
Wang <george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV)
<Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter,
Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>;
Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV)
<Paul.F.Stone@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Yen, Shawna
(USAMA) <Shawna.Yen@usdoj.gov>
**Subject:** [EXTERNAL] Re: AAUP: Responses and Objections to Plaintiffs' Interrogatories

Yes, that timeline is fine with us. The only thing we'd note is that—while the redline may look
messy at first glance—the changes are mostly confined to swapping the example noncitizen
paragraphs. Thanks, Lindsay.

Best,
Jackson

---

**From:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>
**Date:** Tuesday, June 24, 2025 at 4:37 PM
**To:** Jackson Busch <jackson.busch@knightcolumbia.org>, Noam Biale
<NBiale@shertremonte.com>, Alexander A Abdo <alex.abdo@knightcolumbia.org>,
Alexandra Conlon <Aconlon@shertremonte.com>, Courtney Gans
<CGans@shertremonte.com>, Jameel Jaffer <jameel.jaffer@knightcolumbia.org>,
Michael Tremonte <MTremonte@shertremonte.com>, Ramya Krishnan
<ramya.krishnan@knightcolumbia.org>, Scott Wilkens
<scott.wilkens@knightcolumbia.org>, Talya R Nevins
<talya.nevins@knightcolumbia.org>, Xiangnong Wang
<george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>, Hennes, Stefanie (CIV)
<Stefanie.Hennes@usdoj.gov>, Kanellis, William G. (CIV)
<William.G.Kanellis@usdoj.gov>, Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>, Moss,
Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>, Santora, Victoria M (CIV)
<Victoria.M.Santora@usdoj.gov>, Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>, Strokus,
Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>, Yen, Shawna (USAMA)
<Shawna.Yen@usdoj.gov>
**Subject:** Re: AAUP: Responses and Objections to Plaintiffs' Interrogatories

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Jackson,

Thanks for your message. We won't be able to respond by 6pm to confirm our position given the significant edits to the complaint requiring review and other short-fuse deadlines we are working under. Can we get back to you by 10am tomorrow?

Thanks,
Lindsay

---

**From:** Jackson Busch <jackson.busch@knightcolumbia.org>
**Sent:** Tuesday, June 24, 2025 4:05:43 PM
**To:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Noam Biale <NBiale@shertremonte.com>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans <CGans@shertremonte.com>; Jameel Jaffer <jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Yen, Shawna (USAMA) <Shawna.Yen@usdoj.gov>
**Subject:** [EXTERNAL] Re: AAUP: Responses and Objections to Plaintiffs' Interrogatories

Dear Lindsay,

Thank you for relaying the government���s consent to our motion to amend the complaint. As previewed in our earlier email, the proposed changes are limited: we swap out noncitizens who will not testify for noncitizens who will, and make other minor edits to, for instance, account for the passage of time since the original complaint was filed. We've attached a redline so you can see the changes.

To avoid any miscommunication about the scope of the government's consent, we're sending the redline and motion to you before we file. Could you please confirm that the government consents to this filing? We're hoping to file by 6 PM today, so we'd be grateful for a response this afternoon. Happy to discuss if needed.

Best,
Jackson

**From:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>
**Date:** Monday, June 23, 2025 at 1:01 PM
**To:** Noam Biale <NBiale@shertremonte.com>, Alexander A Abdo
<alex.abdo@knightcolumbia.org>, Alexandra Conlon <Aconlon@shertremonte.com>,
Courtney Gans <CGans@shertremonte.com>, Jackson Busch
<jackson.busch@knightcolumbia.org>, Jameel Jaffer
<jameel.jaffer@knightcolumbia.org>, Michael Tremonte
<MTremonte@shertremonte.com>, Ramya Krishnan
<ramya.krishnan@knightcolumbia.org>, Scott Wilkens
<scott.wilkens@knightcolumbia.org>, Talya R Nevins
<talya.nevins@knightcolumbia.org>, Xiangnong Wang
<george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>, Hennes, Stefanie (CIV)
<Stefanie.Hennes@usdoj.gov>, Kanellis, William G. (CIV)
<William.G.Kanellis@usdoj.gov>, Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>, Moss,
Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>, Santora, Victoria M (CIV)
<Victoria.M.Santora@usdoj.gov>, Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>, Strokus,
Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>, Yen, Shawna (USAMA)
<Shawna.Yen@usdoj.gov>
**Subject:** RE: AAUP: Responses and Objections to Plaintiffs' Interrogatories

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hi Noam,

Please find a copy of our ROG responses and objections with verifications included.

No objection to Plaintiffs amending the complaint for the purpose of removing references to noncitizens whom plaintiffs do not intend to call as witnesses.

Lindsay

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Monday, June 23, 2025 12:38 PM
**To:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Alexander A Abdo
<alex.abdo@knightcolumbia.org>; Alexandra Conlon <Aconlon@shertremonte.com>; Courtney Gans
<CGans@shertremonte.com>; Jackson Busch <jackson.busch@knightcolumbia.org>; jameel.jaffer
<jameel.jaffer@knightcolumbia.org>; Michael Tremonte <MTremonte@shertremonte.com>; Ramya

Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens
<scott.wilkens@knightcolumbia.org>; Talya R Nevins <talya.nevins@knightcolumbia.org>; Xiangnong
Wang <george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV)
<Stefanie.Hennes@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Kanter,
Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>;
Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV)
<Paul.F.Stone@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Yen, Shawna
(USAMA) <Shawna.Yen@usdoj.gov>
**Subject:** [EXTERNAL] Re: AAUP: Responses and Objections to Plaintiffs' Interrogatories

Thank you, Lindsay, these are received.  In light of your invocations of privilege and certain
interrogatories you have declined to answer, we will file a motion to compel  those responses.

Regarding, Plaintiffs' discovery, since the Court has now entered the protective order, we plan
to get you a production this week.  We agree to the proposal suggested by Jesse in his 6/17
email that we conform the Complaint to the noncitizens who will actually be testifying.  We
assume we have your consent to file an amended complaint that does that?

Best,
Noam



**Noam Biale**
Sher Tremonte LLP
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com



---

**From:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>
**Date:** Saturday, June 21, 2025 at 8:48 PM
**To:** Alexander A Abdo <alex.abdo@knightcolumbia.org>, Alexandra Conlon
<Aconlon@shertremonte.com>, Courtney Gans <CGans@shertremonte.com>, Jackson
Busch <jackson.busch@knightcolumbia.org>, jameel.jaffer
<jameel.jaffer@knightcolumbia.org>, Michael Tremonte
<MTremonte@shertremonte.com>, Noam Biale <NBiale@shertremonte.com>, Ramya
Krishnan <ramya.krishnan@knightcolumbia.org>, Scott Wilkens
<scott.wilkens@knightcolumbia.org>, Talya R Nevins
<talya.nevins@knightcolumbia.org>, Xiangnong Wang
<george.wang@knightcolumbia.org>
**Cc:** Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>, Hennes, Stefanie (CIV)

<Stefanie.Hennes@usdoj.gov>, Kanellis, William G. (CIV)
<William.G.Kanellis@usdoj.gov>, Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>, Moss,
Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>, Santora, Victoria M (CIV)
<Victoria.M.Santora@usdoj.gov>, Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>, Strokus,
Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>, Yen, Shawna (USAMA)
<Shawna.Yen@usdoj.gov>
**Subject:** AAUP: Responses and Objections to Plaintiffs' Interrogatories

Hi Noam,

Attached, please find Defendants' responses and objections to Plaintiffs' interrogatories.
Please note that we will be following up on Monday with our verifiers' signatures. They weren't
all available to sign tonight, but we wanted to get our response to you as soon as they were
ready.

Lindsay

Lindsay M. Murphy
Deputy Chief, National Security Unit
Office of Immigration Litigation – General Litigation and Appeals
Civil Division
U.S. Department of Justice
(202) 616-4018

***This e-mail and any attachments may contain information that is private, confidential, or
privileged. If you received this e-mail in error, please delete it from your system without
copying it and notify sender by reply e-mail, so that our records can be corrected.***