UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS -- HARVARD FACULTY CHAPTER, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY, <br><br> RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and <br><br> MIDDLE EAST STUDIES ASSOCIATION, <br><br>      Plaintiffs, <br>  v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY, <br><br> TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> DONALD J. TRUMP, in his official Capacity as President of the United States, and <br><br> UNITED STATES OF AMERICA, <br><br>      Defendants. | CIVIL ACTION NO. 25-10685-WGY |

YOUNG, D.J.                                              July 1, 2025

## ADDENDUM
## to the
## PRETRIAL ORDER

No party shall rely upon or refer to any document not already produced (or provided to the Court for in camera inspection) save only for documents produced in the course of discovery already scheduled.

**SO ORDERED.**

                                                                                       WILLIAM G. YOUNG
                                                                                       DISTRICT JUDGE

[2]