UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, ET AL.,<br><br>Defendants. | Case No. 25-10658-WGY |

## **DEFENDANTS' MOTION TO COMPEL THE DEPOSITION OF NADJE AL-ALI**

Defendants respectfully request that the Court order plaintiffs to *immediately* produce Nadje Al-Ali for a deposition on July 3, 4, or 5. Ms. Al-Ali was originally scheduled for a deposition on July 2, 2025, but because of weather-related travel cancellations defendants are unable to depose Ms. Al-Ali on July 2 as originally planned. *See* Ex. A. Defendants have attempted to reschedule the deposition for July 3, 4, or 5, but plaintiffs have rebuffed those efforts. *See id.*

Ms. Al-Ali is a witness central to plaintiffs' case, and the only witness from their original complaint that they plan to call at trial. *See* Dkt. No. 172, Ex. A. It is imperative that defendants depose her before trial, which begins five days from now.

Accordingly, the Government respectfully requests that the Court order plaintiffs to make Ms. Al-Ali available for a deposition on July 3, 4, or 5.

Respectfully Submitted,

| | |
|---|---|
| YAAKOV M. ROTH<br>*Acting Assistant Attorney General* | *William Kanellis*<br>WILLIAM KANELLIS |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General* | ETHAN B. KANTER<br>*Chief, National Security Unit*<br>*Office of Immigration Litigation*<br>*P.O. Box 878, Ben Franklin Station*<br>*Washington, D.C. 20001* |
| *Dated: July 2, 2025* | *Counsel for Defendants* |

## MEET AND CONFER CERTIFICATION

In accordance with Local Rules 7.1(2) and 37.1, Government counsel have repeatedly emailed with counsel for the Plaintiffs in an attempt to find a mutually agreeable time for a deposition, but Plaintiffs' counsel has refused to make the deponent available on July 3, 4, and 5.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*Date: July 2, 2025*                                        By: */s/ William Kanellis*
                                                            WILLIAM KANELLIS

U.S. Department of Justice