# EXHIBIT A

**From:** Safavi, Nancy (CIV)
**Sent:** Wednesday, July 2, 2025 1:28 AM
**To:** Xiangnong Wang
**CC:** Noam Biale; Strokus, Jessica D. (CIV); Courtney Gans; Alexandra Conlon; Michael Tremonte; Alexander A Abdo; Jackson Busch; Jameel Jaffer; Ramya Krishnan; Scott Wilkens; Murphy, Lindsay M. (CIV); Busen, Jesse (CIV); Hennes, Stefanie (CIV); Kanter, Ethan (CIV); Kanellis, William G. (CIV); Santora, Victoria M (CIV); Stone, Paul (CIV); Hockenberry, Tia (CIV)
**Subject:** Re: [EXTERNAL] Re: AAUP: Rescheduling Al-Ali Deposition due to Weather & Flight Cancellations

Hi, we have not been able to get a hold of anybody because phones are down. It seems more likely than not that the deposition in Boston will not go forward tomorrow because of the weather and all the cancellations and outages.

Sent from my iPhone

> On Jul 1, 2025, at 11:02 PM, Xiangnong Wang <george.wang@knightcolumbia.org> wrote:
>
> Hi all,
>
> Please confirm by 11:30 tonight if this deposition is proceeding tomorrow, or we will assume that it is not happening.
>
> Thanks,
> George
>
>> On Jul 1, 2025, at 9:49 PM, Noam Biale <NBiale@shertremonte.com> wrote:
>>
>> This Message Is From an External Sender
>> This message came from outside your organization.
>>
>> Hi All,
>>
>> Can you please let me know if we can move forward tomorrow or if I can cancel my flight?
>>
>> Noam

<Image.jpeg>                     Noam Biale
                                 90 Broad Street, 23rd Floor | New York, NY 10004
                                 tel: 212.300.2445 | fax: 212.202.4156
                                 nbiale@shertremonte.com
                                 www.shertremonte.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Tuesday, July 1, 2025 8:45:34 PM
**To:** Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Courtney Gans <CGans@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Jackson Busch <jackson.busch@knightcolumbia.org>; Jameel Jaffer <jameel.jaffer@knightcolumbia.org>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Hockenberry, Tia (CIV) <Tia.Hockenberry@usdoj.gov>
**Subject:** Re: AAUP: Rescheduling Al-Ali Deposition due to Weather & Flight Cancellations

Please let me know if you can depose our witness later tomorrow.

<Image.jpeg>                     Noam Biale
                                 90 Broad Street, 23rd Floor | New York, NY 10004
                                 tel: 212.300.2445 | fax: 212.202.4156
                                 nbiale@shertremonte.com
                                 www.shertremonte.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Tuesday, July 1, 2025 7:46:06 PM
**To:** Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Courtney Gans <CGans@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Jackson Busch <jackson.busch@knightcolumbia.org>; Jameel Jaffer <jameel.jaffer@knightcolumbia.org>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Busen, Jesse (CIV)

&lt;Jesse.Busen@usdoj.gov&gt;; Hennes, Stefanie (CIV) &lt;Stefanie.Hennes@usdoj.gov&gt;;
Kanter, Ethan (CIV) &lt;Ethan.Kanter@usdoj.gov&gt;; Kanellis, William G. (CIV)
&lt;William.G.Kanellis@usdoj.gov&gt;; Santora, Victoria M (CIV)
&lt;Victoria.M.Santora@usdoj.gov&gt;; Stone, Paul (CIV) &lt;Paul.F.Stone@usdoj.gov&gt;; Safavi,
Nancy (CIV) &lt;Nancy.Safavi@usdoj.gov&gt;; Hockenberry, Tia (CIV)
&lt;Tia.Hockenberry@usdoj.gov&gt;
**Subject:** Re: AAUP: Rescheduling Al-Ali Deposition due to Weather & Flight Cancellations

Unfortunately, our witness is not available either of those days.

&lt;Image.jpeg&gt;

Noam Biale
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Strokus, Jessica D. (CIV) &lt;Jessica.D.Strokus@usdoj.gov&gt;
**Sent:** Tuesday, July 1, 2025 7:34:11 PM
**To:** Noam Biale &lt;NBiale@shertremonte.com&gt;; Courtney Gans
&lt;CGans@shertremonte.com&gt;; Alexandra Conlon &lt;Aconlon@shertremonte.com&gt;;
Michael Tremonte &lt;MTremonte@shertremonte.com&gt;; Alexander A Abdo
&lt;alex.abdo@knightcolumbia.org&gt;; Jackson Busch &lt;jackson.busch@knightcolumbia.org&gt;;
Jameel Jaffer &lt;jameel.jaffer@knightcolumbia.org&gt;; Ramya Krishnan
&lt;ramya.krishnan@knightcolumbia.org&gt;; Scott Wilkens
&lt;scott.wilkens@knightcolumbia.org&gt;; Xiangnong Wang
&lt;george.wang@knightcolumbia.org&gt;
**Cc:** Murphy, Lindsay M. (CIV) &lt;Lindsay.M.Murphy@usdoj.gov&gt;; Busen, Jesse (CIV)
&lt;Jesse.Busen@usdoj.gov&gt;; Hennes, Stefanie (CIV) &lt;Stefanie.Hennes@usdoj.gov&gt;;
Kanter, Ethan (CIV) &lt;Ethan.Kanter@usdoj.gov&gt;; Kanellis, William G. (CIV)
&lt;William.G.Kanellis@usdoj.gov&gt;; Santora, Victoria M (CIV)
&lt;Victoria.M.Santora@usdoj.gov&gt;; Stone, Paul (CIV) &lt;Paul.F.Stone@usdoj.gov&gt;; Safavi,
Nancy (CIV) &lt;Nancy.Safavi@usdoj.gov&gt;; Hockenberry, Tia (CIV)
&lt;Tia.Hockenberry@usdoj.gov&gt;
**Subject:** RE: AAUP: Rescheduling Al-Ali Deposition due to Weather & Flight Cancellations

Hi, Noam.

We can depose her on July 4 or July 5. Which works best for Ms. Al-Ali?

Best,
Jessica

**Jessica D. Strokus**
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation, Appellate Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

202-616-8779
<image001.png>

*This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).*

---

**From:** Noam Biale <NBiale@shertremonte.com>
**Sent:** Tuesday, July 01, 2025 6:22 PM
**To:** Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; Courtney Gans <CGans@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Jackson Busch <jackson.busch@knightcolumbia.org>; Jameel Jaffer <jameel.jaffer@knightcolumbia.org>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Hockenberry, Tia (CIV) <Tia.Hockenberry@usdoj.gov>
**Subject:** [EXTERNAL] Re: AAUP: Rescheduling Al-Ali Deposition due to Weather & Flight Cancellations

Hi Jessica,

Unfortunately, the 3rd does not work for us or for Prof. Al-Ali. We could start later in the day tomorrow or would be open to you taking the deposition remotely. Let us know if either of those options work for you.

Noam

<image002.jpg>

Noam Biale
90 Broad Street, 23rd Floor | New York, NY 10004
tel: 212.300.2445 | fax: 212.202.4156
nbiale@shertremonte.com
www.shertremonte.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>
**Sent:** Tuesday, July 1, 2025 6:16:52 PM

**To:** Courtney Gans <CGans@shertremonte.com>; Noam Biale <NBiale@shertremonte.com>; Alexandra Conlon <Aconlon@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Jackson Busch <jackson.busch@knightcolumbia.org>; Jameel Jaffer <jameel.jaffer@knightcolumbia.org>; Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Scott Wilkens <scott.wilkens@knightcolumbia.org>; Xiangnong Wang <george.wang@knightcolumbia.org>
**Cc:** Murphy, Lindsay M. (CIV) <Lindsay.M.Murphy@usdoj.gov>; Busen, Jesse (CIV) <Jesse.Busen@usdoj.gov>; Hennes, Stefanie (CIV) <Stefanie.Hennes@usdoj.gov>; Kanter, Ethan (CIV) <Ethan.Kanter@usdoj.gov>; Kanellis, William G. (CIV) <William.G.Kanellis@usdoj.gov>; Santora, Victoria M (CIV) <Victoria.M.Santora@usdoj.gov>; Stone, Paul (CIV) <Paul.F.Stone@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Hockenberry, Tia (CIV) <Tia.Hockenberry@usdoj.gov>
**Subject:** AAUP: Rescheduling Al-Ali Deposition due to Weather & Flight Cancellations

Good evening,

Our team has been significantly impacted by the weather cancellations and delays impacting the east coast this afternoon and evening and no one from our team will be in Boston tomorrow morning to take the deposition of Ms. Al-Ali. We are working to rebook our travel with the limited options available, but are not guaranteed to arrive in time to begin the deposition tomorrow as we had initially hoped. Would Plaintiffs be amenable to postponing Ms. Al-Ali's deposition to Thursday, July 3?

Thank you,
Jessica

**Jessica D. Strokus**
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation, Appellate Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
202-616-8779
<image001.png>

*This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).*

<image001.png>
<image002.jpg>
<Image.jpeg>