# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, | |
| | |
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-HARVARD FACULTY CHAPTER, | Civil Action No.: 1:25-CV-10685-WGY |
| | |
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY, | |
| | |
| RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and | |
| | |
| MIDELE EAST STUDIES ASSOCIATION, | |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, | |
| | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY, | |
| | |
| TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, | |
| | |
| DONALD J. TRUMP, in his official capacity as President of the United States, and | |
| | |
| UNITED STATES OF AMERICA | |
| | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Shawna Yen withdraws her appearance as counsel for the Defendants in the above-captioned matter.  The reason is that the U.S. Attorney's Office for the District of Massachusetts has been recused from this matter.

The following attorneys from the Department of Justice will continue as counsel for the government:   William Kanellis, Victoria Santora, and Jessica Strokus, and Ethan Kanter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 7, 2025          By:    /s/ Shawna Yen_____
Shawna Yen
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  July 7, 2025          By:    /s/ Shawna Yen
SHAWNA YEN
Assistant United States Attorney