| Beg. Bates Number | En. Bates Number | Custodian | Document Title | Document Date | From | To | Email CC | Email/Memo Subject | Privilege Designation | Privilege Description | Filing Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 00002 | | | 03/07/2025 | Watson, Andre | Whiting, Andrea Toll | | | none | none | Filed with June 11, 2025 In Camera Submission as law enforcement sensitive, with protective order not yet entered, and regarded as outside the scope of this case as an unresolved issue in the subject's case (a point since clarified), and has not been disclosed publicly, but Defendants would be willing to share it subject to an Attorneys Eyes Only restriction. |
| 00003 | 00003 | William Walker | | 03/09/2025 05:56:44 PM | LE/PII @hsi.dhs.gov] | LE/PII Walker, William S [William.S.Walker@hsi.dhs.gov] | | Re: Draft Statement/Response | Law Enforcement, Personally Identifiable Information | LEP, PII - Contains names and contact information of non-public facing Homeland Security Investigations law enforcement personnel which, if disclosed, could compromise the safety of such individuals | Filed with July 2, 2025 In Camera Submission |
| 00004 | 00004 | William Walker | | 03/09/2025 06:48:29 PM | LE/PII | LE/PII Walker, William S [William.S.Walker@hsi.dhs.gov] | | RE: Draft Statement/Response | Law Enforcement, Personally Identifiable Information | LEP, PII - Contains names and contact information of non-public facing Homeland Security Investigations law enforcement personnel which, if disclosed, could compromise the safety of such individuals | Filed with July 2, 2025 In Camera Submission |
| 00005 | 00010 | LE/PII | | 03/23/2025 07:35:37 PM | LE/PII @ice.dhs.gov] | LE/PII @ice.dhs.gov] | LE/PII @ice.dhs.gov]; LE/PII @ice.dhs.gov]; LE/PII @ice.dhs.gov]; LE/PII @ice.dhs.gov] | FW: Signed memo | Law Enforcement, Personally Identifiable Information, Attorney-Client Privilege, Attorney Work Product | LEP, PII - Contains names and contact information of non-public facing Homeland Security Investigations law enforcement personnel which, if disclosed, could compromise the safety of such individuals; ACP/AW: consists of correspondence between attorneys for ICE's Office of the Principal Legal Advisor (OPLA) and employees of ICE Homeland Security Investigations (HSI) and Enforcement and Removal Operations (ERO) about questions surrounding the applicability of a particular removabilty charge under the Immigration and Nationality Act; updates from ERO to OPLA attorneys regarding issues with arresting a person of interest; ERO employee discussing the use of law enforcement systems and databases to conduct investigations with OPLA attorneys; and conversations between OPLA attorneys discussing HSI investigation results and issues surrounding that person of interest. | Filed with July 2, 2025 In Camera Submission |
| 00011 | 00015 | | Action Memo for the Secretary | 3/8/2025 | Armstrong, John | U.S. Secretary of State | | Removal of [specific individual LPRs], under Section 237(a)(4)(C) of the Immigration and Nationality Act | Deliberative Process, Personally Identifiable Information | DP: contains candid, internal deliberations assessing pre-decisional recommendations on enforcement actions regarding a specific non-citizen (see Armstrong Declaration at Dkt. # 170-8); PII: DOB of non-party individuals on p. 00011 | Filed with June 11, 2025 In Camera Submission, withheld from Plaintiffs in full; Privilege declaration filed in support of opposition to Plaintiffs' motion to compel and upheld on June 30, 2025 when the Court denied the motion to compel (Dkt. # 174) |
| 00016 | 00019 | | Action Memo for Senior Bureau Official John Armstrong | 3/21/2025 | Wilson, Stuart | Armstrong, John | | (SBU) Revocation of F1 Visa for Rumeysa OZTURK | Deliberative Process, Personally Identifiable Information | DP: contains candid, internal deliberations assessing pre-decisional recommendations on enforcement actions regarding a specific non-citizen (see Armstrong Declaration at Dkt. # 170-8); PII: DOB of non-party individual on p. 00016 | Filed with June 11, 2025 In Camera Submission, withheld from Plaintiffs in full; Privilege declaration filed in support of opposition to Plaintiffs' motion to compel and upheld on June 30, 2025 when the Court denied the motion to compel (Dkt. # 174) |