# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., <br><br>                Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, ET AL. <br><br>                Defendants. | Case No. 1:25-cv-10685 (WGY) <br><br> **Notice of Deposition** |

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above-references action will take the deposition of Darren McCormack, Deputy Special Agent in Charge, Homeland Security Investigations, Department of Homeland Security, upon oral examination at 10 a.m. on July 1, 2025 at 90 Broad Street, New York, NY 10004. The deposition will be recorded by stenographic and/or audio/video means, before a notary public or other officer authorized to administer oaths. Plaintiffs hereby provides notice that this deposition may be used for any and all purposes permitted by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Dated: New York, New York
       June 27, 2025

                                                By: */s/ Noam Biale*
                                                Noam Biale
                                                Michael Tremonte
                                                90 Broad Street, 23rd Floor
                                                New York, New York 10004
                                                (212) 202-2603
                                                nbiale@shertremonte.com
                                                mtremonte@shertremonte.com

Ramya Krishnan
Carrie DeCell
Xiangnong Wang
Talya Nevins
Jackson Busch
Scott Wilkens
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org

Ahilan T. Arulanantham
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
(310) 825-1029
arulanantham@law.ucla.edu

*Attorneys for Plaintiffs*