UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATIONS OF UNIVERSTIY PROFESSORS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> *Defendants*. | No. 1:25-cv-10685-WGY |

**DEFENDANTS' ASSENTED-TO MOTION TO SEAL**

Pursuant to Local Rule 7.2, Defendants respectfully move the Court for leave to file under seal the privilege log for Defendants' July 2, 2025, in camera document submission, which is due to be filed by July 11, 2025 at 12:00 pm.  The privilege log includes personally identifiable information in the form of names and email addresses of non-senior-level employees of the Department of Homeland Security and therefore should not be disclosed on the Court's public docket. Defendants will file a redacted version of the privilege log publicly. The unredacted log will be shared with Petitioners' counsel pursuant to the terms of the Amended Protective Order. Dkt. # 178.  Plaintiffs have assented to this request.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM KANELLIS

DREW C. ENSIGN
*Deputy Assistant Attorney General*

*Ethan B. Kanter*
ETHAN B. KANTER
*Chief, National Security Unit*
*Office of Immigration Litigation*
*Civil Division, U.S. Department of Justice*
*P.O. Box 878, Ben Franklin Station*
*Washington, D.C. 20001*

PAUL F. STONE
*Deputy Chief, National Security Unit*
*Office of Immigration Litigation*

Dated: July 11, 2025

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

| | |
|---|---|
| *Date: July 11, 2025* | By: *Ethan B. Kanter*         <br>ETHAN B. KANTER<br>*Chief, National Security Unit*<br>*Office of Immigration Litigation*<br>*P.O. Box 878, Ben Franklin Station*<br>*Washington, D.C. 20001* |