# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATIONS OF UNIVERSTIY PROFESSORS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> *Defendants.* | No. 1:25-cv-10685-WGY <br><br> NOTICE OF MANUAL FILING OF DOCUMENTS FOR IN CAMERA, EX PARTE REVIEW |

This Court has ordered Defendants to submit privilege logs for their June 11, 2025, and July 2, 2025, ex parte submissions for in camera review by July 11, 2025 at 12:00 p.m. *See* Dkt. 184. In conjunction with those privilege logs, Defendants will submit to the Court for in camera, ex parte review, proposed privilege redactions for Exhibit A and Exhibits L-O from the June 11, 2025 submission. *See* Dkt. 131 (June 11, 2025 Notice of Manual Filing with index). Defendants will also submit proposed privilege redactions for the complete in camera submission dated July 2, 2025. *See* Dkt. 181 (July 2, 2025 Notice of Manual Filing).

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM KANELLIS

DREW C. ENSIGN
*Deputy Assistant Attorney General*

*Ethan B. Kanter*
ETHAN B. KANTER
*Chief, National Security Unit*
*Office of Immigration Litigation*
*Civil Division, U.S. Department of Justice*
*P.O. Box 878, Ben Franklin Station*
*Washington, D.C. 20001*

PAUL F. STONE
*Deputy Chief, National Security Unit*
*Office of Immigration Litigation*

Dated: July 11, 2025

*Counsel for Defendants*