UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF UNIVERSITY
PROFESSORS, ET AL.,

                  Plaintiffs,

v.

MARCO RUBIO, ET AL.,

                  Defendants.

Case No. 1:25-cv-10685 (WGY)

**PLAINTIFFS' MOTION TO SEAL**

Pursuant to Local Rule 7.2, Plaintiffs respectfully move the Court for leave to file under seal Plaintiff's Proposal for How to Proceed in Light of the First Circuit's Order ("Proposal"), unredacted copies of which were provided to the Court and Defendants on July 13. The Proposal and the accompanying exhibit relate to certain documents at dispute in Defendants' Petition for a Writ of Mandamus and Emergency Motion for Stay. Petition, *In re Marco Rubio, et al.*, No. 25-1658 (1st Cir. July 11, 2025). While Plaintiffs' Proposal discusses those documents only at a very high level of generality, Plaintiffs move to file their Proposal under seal out of an abundance of caution. The undersigned asked counsel for Defendants for their position on this motion last night, but Defendants have not yet taken one.

As the Court is aware, the First Circuit has stayed "any further disclosure of documents for which the government says it has claimed privilege and where waiver is the only basis stated for rejecting the claim of privilege," pending resolution of the petition. Order, *In re Marco Rubio, et al.*, No. 25-1658 (1st Cir. July 10, 2025).

If the Court grants this motion, Plaintiffs will publicly file the portions of the Proposal that do *not* discuss the documents by 6:00 p.m. EST on the next business day. To the extent that

1

portions of the documents in dispute in the Petition are later unsealed, Plaintiffs will unseal the relevant portions of the Proposal by 6:00 p.m. EST on the next business day. The sealed portions of the Proposal will not be used or disseminated outside of this litigation, nor outside of their intended purpose.

July 14, 2025                                          Respectfully submitted,

                                                       /s/ Ramya Krishnan
Edwina Clarke (BBO 699702)                             Ramya Krishnan
David Zimmer (BBO 692715)                              Scott Wilkens
Zimmer, Citron & Clarke, LLP                           Talya Nevins
130 Bishop Allen Drive                                 Carrie DeCell
Cambridge, MA 02139                                    Xiangnong Wang
(617) 676-9423                                         Jackson Busch
edwina@zimmercitronclarke.com                          Stephany Kim
                                                       Alex Abdo
Noam Biale                                             Jameel Jaffer
Michael Tremonte                                       Knight First Amendment Institute
Alexandra Conlon                                         at Columbia University
Courtney Gans                                          475 Riverside Drive, Suite 302
Sher Tremonte LLP                                      New York, NY 10115
90 Broad Street, 23rd Floor                            (646) 745-8500
New York, New York 10004                               ramya.krishnan@knightcolumbia.org
(212) 202-2603
mtremonte@shertremonte.com                             Ahilan T. Arulanantham (SBN 237841)
nbiale@shertremonte.com                                Professor from Practice
                                                       UCLA School of Law
                                                       385 Charles E. Young Dr. East
                                                       Los Angeles, CA 90095
                                                       (310) 825-1029
                                                       arulanantham@law.ucla.edu

                                                       *Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, certify that on July 14, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 14, 2025

/s/ Ramya Krishnan
Ramya Krishnan