UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS -- HARVARD FACULTY CHAPTER, <br><br> AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY, <br><br> RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS, and <br><br> MIDDLE EAST STUDIES ASSOCIATION, <br><br>                 Plaintiffs, <br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the DEPARTMENT OF HOMELAND SECURITY, <br><br> TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br>                 Defendants. | CIVIL ACTION NO. 25-10685-WGY |

YOUNG, D.J.                                                                    July 14, 2025

## TRANSMITTAL TO THE
## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

Attached hereto is this Court's response to the kind invitation of the First Circuit to comment on the present proceedings for Writ of Mandamus.

Respectfully submitted,

*William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE