## State Department Process and Protocol for Information Sharing, Visa Revocations, and Foreign Policy Determinations





EXHIBIT 4 N