UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>                Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, ET AL.,<br><br>                Defendants. | Case No. 1:25-cv-10685 (WGY) |

**DECLARATION OF STEPHANY KIM FOR LEAVE TO APPEAR PRO HAC VICE**

      Pursuant to Local Rule 83.5.3, I, Stephany Kim, submit this certificate in support of my application, on motion of Edwina Clarke, for leave to appear and practice in this Court in the above-captioned case.

      1.      I am a member of the bar in good standing in every jurisdiction where I am admitted to practice. I was admitted to the New York Bar in 2024 and am a member in good standing.

      2.      There are no disciplinary proceedings pending against me in any jurisdiction.

      3.      I have not had any previous admission for a limited purpose or admission *pro hac vice* to this Court revoked for misconduct.

      4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

      5.      Edwina Clarke at Zimmer, Citron & Clarke, LLP, a member in good standing of the bar of this Court, is also counsel of record in this case.

I certify under penalty of perjury that the foregoing is true and correct.

Executed July 16, 2025          /s/ Stephany Kim
New York, New York              Stephany Kim