# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> *Defendants*. | No. 1:25-cv-10685-WGY <br><br> DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO DESIGNATE DEPOSITION TRANSCRIPTS |

Pursuant to Local Rule 7.1(b)(3), Defendants, by and through their counsel, move this Court for leave to file a surreply in opposition to Plaintiffs' July 22, 2025 reply in support of their motion to designate deposition transcripts. Dkt. No. 227. On July 28, 2025, Defendants' counsel conferred with counsel for Plaintiffs, who indicated that they oppose this motion.

A copy of the proposed surreply is attached hereto as Exhibit A. Defendants seek leave to file a surreply to respond to a new argument Plaintiffs raised for the first time in reply filed on July 22, 2025. *See* Dkt. No. 227. The argument relates to the applicability of Federal Rule of Civil Procedure 32(a)(3) and whether the deposition testimony they seek to introduce qualifies for a hearsay exception. *See* Exh. A at 1. Accordingly, Defendants respectfully request leave to file the attached surreply.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>*Assistant Attorney General* | WILLIAM KANELLIS<br>Attorney |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General* | *Ethan B. Kanter*<br>ETHAN B. KANTER<br>*Chief, National Security Unit Office of Immigration Litigation*<br>*P.O. Box 878, Ben Franklin Station*<br>*Washington, D.C. 20001* |
| Dated: July 28, 2025 | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: July 28, 2025

By: /s/ *Ethan B. Kanter*
ETHAN B. KANTER
Chief, National Security Unit
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20001