UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, ET AL., <br><br> Defendants. | Case No. 1:25-cv-10685 (WGY) |

**PLAINTIFFS' ASSENTED-TO MOTION TO SEAL**

Pursuant to Local Rule 7.2, Plaintiffs respectfully move the Court for leave to file under seal portions of their Proposed Findings of Fact and Requested Rulings of Law. This document contains excerpts from the provisionally-sealed administrative record, Dkt. 106, and from non-public materials provided in discovery and during trial. Defendants consent to this motion.

Plaintiffs will email the Court (copying Defendants) the unredacted version of their Proposed Findings of Fact and Requested Rulings of Law by 6:00 p.m. EST on Monday, August 4, 2025, and will publicly file the non-confidential portions of their Proposed Findings of Fact and Requested Rulings of Law by 6:00 p.m. EST on Tuesday, August 5, 2025. To the extent that portions of the underlying materials are later unsealed or designated non-confidential, Plaintiffs will unseal the relevant portions of their Proposed Findings of Fact and Requested Rulings of Law by 6:00 p.m. EST on the next business day. The sealed portions of Plaintiffs' Proposed Findings of Fact and Requested Rulings of Law will not be used or disseminated outside of this litigation, nor outside of their intended purpose.

August 4, 2025                                   Respectfully submitted,

                                               /s/ Ramya Krishnan

Edwina Clarke (BBO 699702)                       Ramya Krishnan
David Zimmer (BBO 692715)                        Alex Abdo
Zimmer, Citron & Clarke, LLP                     Carrie DeCell
130 Bishop Allen Drive                           Xiangnong Wang
Cambridge, MA 02139                              Talya Nevins
(617) 676-9423                                   Jackson Busch
edwina@zimmercitronclarke.com                    Stephany Kim
                                                 Scott Wilkens
Noam Biale                                       Jameel Jaffer
Michael Tremonte                                 Knight First Amendment Institute
Alexandra Conlon                                   at Columbia University
Courtney Gans                                    475 Riverside Drive, Suite 302
Sher Tremonte LLP                                New York, NY 10115
90 Broad Street, 23rd Floor                      (646) 745-8500
New York, New York 10004                         ramya.krishnan@knightcolumbia.org
(212) 202-2603
mtremonte@shertremonte.com                       Ahilan T. Arulanantham (SBN 237841)
nbiale@shertremonte.com                          Professor from Practice
                                                 UCLA School of Law
                                                 385 Charles E. Young Dr. East
                                                 Los Angeles, CA 90095
                                                 (310) 825-1029
                                                 arulanantham@law.ucla.edu

                                                 *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on August 4, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: August 4, 2025

/s/ Ramya Krishnan
Ramya Krishnan