# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>       Plaintiffs,<br><br>  v.<br><br>MARCO RUBIO, ET AL.,<br><br>       Defendants. | Case No. 1:25-cv-10685 (WGY) |

## [PROPOSED] ORDER

Having considered Plaintiffs' Assented-To Motion to Seal, the Court ORDERS that:

Plaintiffs shall publicly file non-confidential portions of their Proposed Findings of Fact and Requested Rulings of Law by 6:00 p.m. EST on Tuesday, August 5, 2025;

If portions of the underlying materials are later unsealed, Plaintiffs shall publicly file portions of their Proposed Findings of Fact and Requested Rulings of Law that describe or quote from those materials by 6:00 p.m. EST on the next business day after they are unsealed;

The portions of Plaintiffs' Proposed Findings of Fact and Requested Rulings of Law that Plaintiffs file under seal are sealed until further order of this Court.

Dated: August __, 2025

                                 _____
                                 William G. Young
                                 United States District Judge