UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATIONS OF UNIVERSTIY PROFESSORS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> *Defendants*. | No. 1:25-cv-10685-WGY |

**DEFENDANTS' ASSENTED-TO MOTION TO SEAL**

Pursuant to Local Rule 7.2, Defendants respectfully move the Court for leave to file under seal an unredacted version of Defendant's Post-Trial Brief. That brief contains excerpts from documents that have been designated as confidential under the protective order and should not be filed publicly. Plaintiffs have assented to this request. To the extent that portions of the underlying materials are later unsealed or designated non-confidential, Defendants will unseal the relevant portions of the brief by 6:00 p.m. EST on the next business day. The parties agree that the sealed portions of the brief will not be used or disseminated outside of this litigation, nor outside of their intended purpose.

Respectfully Submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General | WILLIAM KANELLIS |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General* | *Ethan B. Kanter*<br>ETHAN B. KANTER<br>*Chief, National Security Unit*<br>*Office of Immigration Litigation*<br>*Civil Division, U.S. Department of Justice*<br>*P.O. Box 878, Ben Franklin Station*<br>*Washington, D.C. 20001* |
| | PAUL F. STONE<br>*Deputy Chief, National Security Unit* |
| Dated: *August 4, 2025* | *Office of Immigration Litigation* |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*Date: August 4, 2025*                                                        By: *Ethan B. Kanter*
                                                                              ETHAN B. KANTER
                                                                              *Chief, National Security Unit*
                                                                              *Office of Immigration Litigation*
                                                                              *P.O. Box 878, Ben Franklin Station*
                                                                              *Washington, D.C. 20001*