UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>       Plaintiffs,<br><br> v.<br><br>MARCO RUBIO, ET AL.,<br><br>       Defendants. | Case No. 1:25-cv-10685 (WGY) |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Rule 83.5.2(c), the undersigned respectfully moves for leave to withdraw as counsel for Plaintiffs in this matter, as September 5, 2025 will be his last day as a legal fellow at the Knight First Amendment Institute at Columbia University. The Knight Institute, Sher Tremonte LLP, Ahilan Arulanantham, and Zimmer, Citron & Clarke, LLP will continue to represent Plaintiffs in this matter, and no party will be prejudiced if the motion is granted. Defendants do not oppose this motion.

September 5, 2025

Respectfully submitted,

/s/ Jackson Busch
Jackson Busch
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jackson.busch@knightcolumbia.org

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, certify that on September 5, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 5, 2025                                              /s/ Jackson Busch
                                                                                           Jackson Busch