UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, ET AL., <br><br> Defendants. | Case No. 1:25-cv-10685 (WGY) |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Rule 83.5.2(c), the undersigned respectfully moves for leave to withdraw as counsel for Plaintiffs in this matter, as October 3, 2025 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. The Knight Institute, Sher Tremonte LLP, Ahilan Arulanantham, and Zimmer, Citron & Clarke, LLP will continue to represent Plaintiffs in this matter, and no party will be prejudiced if the motion is granted. Defendants do not oppose this motion.

October 2, 2025                             Respectfully submitted,

                                            /s/ Talya Nevins
                                            Talya Nevins
                                            Knight First Amendment Institute
                                              at Columbia University
                                            475 Riverside Drive, Suite 302
                                            New York, NY 10115
                                            (646) 745-8500
                                            talya.nevins@knightcolumbia.org

                                            *Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that on October 2, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 2, 2025

/s/ Talya Nevins
Talya Nevins