IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 25-10685-WGY

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.,

    Plaintiffs,

v.

MARCO RUBIO, et al.,

    Defendants.

---

### REQUEST FOR WAIVER OF CONSULTATION

---

As the only matter to be determined in this case is the nature of the remedy, and time is of the essence, Proposed intervenor respectfully requests waiver of any duty of consultation.

Respectfully submitted this 2nd day of October, 2025



K.L. Smith
3649 Evergreen Pkwy. #504
Evergreen, CO. 80437-0504
Manncoulter.fox@gmail.com
(720) 404-5383