Am. Ass'n of Univ. Professors
        v.
Marco Rubio              Civil Case No. 1:25-cv-10685-WGY

turn page

In The United States District Court
For The District of Massachusetts

To The Honorable William G. Young

Motion To Intervene In Civil Case No. 1:25-cv-10685-WGY and To Disqualify Judge William G. Young From Presiding Over The Above Case

    I, Joshua Hall, hereby bring forth this motion to intervene in the above-captioned case as an interested party and to disqualify Judge William G. Young from presiding over this case on the following grounds:

    1) As an American taxpayer who funds the government grants that the universities at issue in this case benefit from, I have a vested interest in the outcome of these proceedings in terms of what sort of speech these non-citizen students are allowed to engage in. I have a right as does the entire American citizenry to not fund universities that allow anti-America, pro-terrorist speech that advocates for Hamas, a designated foreign terrorist organization that has sponsored or engaged in the killing of countless Americans. The speech at issue is being perpetrated by undocumented non-citizens, who do not enjoy the same First Amendment rights

and protections that actual Americans are entitled to and may have their student visas revoked and be removed from our country at will at any time by the executive branch. These non-citizens are foreign alien enemies of our country whose unauthorized pro-Hamas speech risks inciting actual terrorist attacks against not only American Jews, but all Americans. The President of The United States has designated Hamas, the organization with which the non-citizens in this case align and affiliate with, to be a foreign terrorist organization. By extension, the non-citizen plaintiffs are either terrorists or terrorist sympathizers and their speech (which is not protected by The First Amendment) and very presence in our country is a national security threat to my life and the lives of all Americans. I therefore have established standing and have a vested interest in the outcome of these proceedings. I am also one of the 80 million Americans who voted for President Trump and hence I have a vested interest in not having the agenda that I elected him to carry out (which includes removing these terrorist sympathizers from our country and cutting funding from the universities that enable their anti-America behavior) illegally and unConstitutionally infringed upon and undermined by an un-elected district judge. It is an egregious act of judicial overreach and a conspiracy against the rights of the American people to elect our own leaders to enact our agenda in a free and fair election. This is an

unprecedented assault on a duly-elected President, those of us including myself who voted him into office and American democracy itself. I therefore have an interest in ensuring that a co-equal branch of government is not able to sabotage the chief executive's duties and responsibilities to "take care that the laws be faithfully executed" that I elected him to carry out. This is especially true when a district court is acting unconstitutionally and illegally and with demonstrated political bias and malice against those of us who elected this President and in favor of designated foreign terrorists. Finally, I am a Republican candidate for US Congress in Pennsylvania's 10th Congressional District. This case directly impacts my candidacy and the lives of my future constituents as well as our rights. I am running on an agenda of removing these non-citizen terrorist sympathizers from our country and defunding these universities that are enabling and supporting them with respect to this issue. To have an un-elected federal judge misuse and overstep his Constitutional authority to illegally obstruct the duly-elected President of my political party as well as myself from carrying out the will of the voters is a violation of the separation of powers and constitutes a never before seen weaponization of the federal judiciary that unlawfully strips power away from the executive branch and the legislative branch of government, which I am the leading Republican candidate in this district to become a part...

of as a representative of the people. The outcome of this case thus affects my lawful authority as a legislator, my voters and by an extension - my electability. I therefore have established standing as an interested party to intervene in this matter on the grounds of my candidacy for Congress, as well.

2) A federal judge has a duty to recuse himself from any proceeding in which his impartiality might reasonably be questioned. In this case, it is fair to say that it would be well beyond the standard of just "reasonable" to question the impartiality of Judge Young. He recently used this case as a means of engaging in partisan anti-Trump political activism from the bench. He went on a highly personal, unhinged rant against President Trump in a recent opinion issued on this case that had absolutely nothing to do with the case or its merits. Because members of The Trump administration are the defendants in this case, any reasonable observer would conclude by virtue of Judge Young's anti-Trump rhetoric that he is biased against defendants and in favor of plaintiffs. Therefore, he can not fairly and impartially administer justice in this case and his continuing to preside over it would be highly detrimental to the reputation of these proceedings and unethical. Judge Young included as a part of his remarks a famous quote by President Ronald Reagan, who appointed him to the bench, about freedom being just one generation away from extinction. In

follow-up to this quote, he stated, "I've come to believe that President Trump truly understands and appreciates the full import of President Reagan's inspiring message - yet I fear he has drawn from it a darker, more cynical message. I fear President Trump believes the American people are so divided that today they will not stand up, fight for, and defend our most precious constitutional values so long as they are lulled into thinking their own personal interests are not affected. Is he correct?" This statement capped off a pages-long tirade against President Trump that called him a "bully", accused him of violating Americans' rights and ignoring the Constitution. It is beneath a federal judge to engage in such petty, partisan attacks that have nothing to do with the case at issue. At a time when Americans' trust in our nation's once-revered judiciary is at an all-time low, with allegations of political bias and weaponization from the bench left and right, Judge Young's inflammatory comments serve to only further erode that trust. The irony of his remarks is that it is actions of federal judges like himself, not President Trump, that are the actual threat to our freedoms. Un-elected judges who not a single person voted for illegally infringing on a co-equal branch of government to block the President from implementing the agenda that we the people elected him to in a free and fair democratic process is a far greater threat to liberty than anything President Trump has done. He is simply enforcing our

nation's laws which is a lawful exercise of his Article II powers rather than aiding the terrorist sympathizers at issue in this case who seek the destruction of our country. President Trump, like the President who appointed Judge Young, is a devout Constitutionalist who protects and respects the Constitutional rights of every American citizen. Trump has been compared to a modern-day Reagan by prominent individuals who served in the Reagan administration. Based on his rantings and ravings, it would seem that it is Judge Young himself - and not President Trump - who is ignoring our Constitution and Article II in particular. The strange thing in this as well as all of the other cases involving this unprecedented judicial overreach against our President is it seems to be the non-existant Constitutional rights of terrorist-sympathizing illegals that these blatantly left-wing partisan judges are laser focused on protecting without any regard for and often at the expense of the God-given Constitutional rights of actual Americans. I and millions of my fellow Americans find this to be a travesty of justice and an attack on our most cherished rights not by the executive - but by the federal judiciary. In order to restore some semblance of integrity to our nation's judiciary, Judge Young has a duty to - and in fact must - Disqualify himself from presiding over all future proceedings in this case. The American people demand and deserve nothing less than fair, impartial, apolitical judicial officers who stay within their very important Constitutionally

proscribed role of simply "saying what the law is" and nothing more. Given Judge Young's clearly expressed disdain toward President Trump on a personal level and political bias against his administration, who are the defendants in this case, any reasonable observer would go far beyond just questioning his ability to impartially administer justice here. It is in solidarity with President Donald J. Trump and the good people of Pennsylvania's 10th Congressional District that I therefore respectfully move to intervene as an interested party in Civil Case No. 1:25-cv-10685-WGY in this judicial district and to further disqualify Judge William G. Young from presiding over the aforementioned case. I further request that a judicial officer in The District of Massachusetts other than Judge Young be selected to rule on this motion in solidarity with and out of respect for the foundational rule of law, which reflects a belief that in the fair administration of justice, no man can be judge in his own case - no matter how exalted his station or righteous his motives. I am also respectfully asking for a hearing on this motion, should the court deem it appropriate. Finally, I assert and reserve my right on the record to appeal any adverse ruling on this motion to a higher court, should it need to be invoked. I thank the court for considering my motion

Respectfully Submitted, Joshua Hall
Pro Se

Signed this 3rd day of October, 2025

_Joshua A. Hall_
(Signature of Movant/Intervenor)