Am. Ass'n of Univ. Professors
v.
Marco Rubio

Dear Clerk of Court,

Attached please find a motion (8 pages - Front and back) to intervene in Civil Case No. 1:25-cv-10685-WGY in The District of Massachusetts and to disqualify Judge William G. Young from presiding over the aforementioned case. Please file and docket this motion appropriately on the public docket for Civil Case No. 1:25-cv-10685-WGY in this district. I am also respectfully requesting that a judicial officer other than Judge Young be appointed to rule on this motion due to the obvious conflict of Judge Young ruling on a motion for his own disqualification. I further request a hearing on this motion should the court deem it appropriate. Finally, I assert and reserve my right to appeal any adverse ruling on this motion to a higher court, should it need to be invoked. Please mail any ruling on this motion, scheduling of a hearing on it and/or any future material/correspondence pertaining to this case to me, Joshua Hall, at the address below. Thank you kindly for your attention to this matter and have a great day.

MAILING ADDRESS:
Joshua Hall
DCP #104525
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111-1299

Respectfully Submitted, Joshua Hall - Pro Se
Republican For Congress

Signed this 3rd day of October, 2025

Joshua A. Hall
(Signature of Movant/Intervenor)