RE: Ass'n of University Professors
V. Rubio.
Civil Action No. 25-10935

Dear Honorable Judge YOUNG:

I am respectfully writing this letter motion hoping it will be well received.

According, to an USA Today News Articule Thursday October 2, 2025 page 5A, you have made the best of the best rulings this year; ruling against the Trump administration efforts to revoke the legal status of pro-Palestinian students and activists, saying top leaders violated their right to free speech. The USA, Today News Articule was truly well received. I wish to follow suit with filing an amicus curiae brief in the United States Court of Appeals for the First Circuit in the likely notice of appeal being filed seeking to undo your worthy judgment. This would not be the first time I had the well respected occassion filing an amicus curiae in the first circuit court of appeals; in fact, there were many amicus briefs filed in the matter of Worman, etal V. Healey, 922 F.3d 26, 29 & 32 (the analysis); but the pro se, James Murray, pro se, on brief for James Murray, amicus curiae, highlighted my brief as the one making the case a "high-profile case' in the opinion author's own words. C.f. at 29 (1st Cir. 2019).

Fast forward. Updated status report. Enclosed for your immediate "review" please read my 2023 and 2024 Massachusetts Supreme Judicial Court opinions. Read both opinion in pari Materia footnotes 2 & 4 in the 2024 "July 5, 2024 amended decision the honorable Justices decided that I was well qualified to practice "in the United States Supreme Court". That July 5, 2024 amended decision is the first ever of its kind (coming one day after the 4 of July for special reason.

Although I do not need your permission to file an amicus curiae brief, and accompanying motion for leave to file such; I think it will be judicious of me to ask for your permission to file a motion for leave to file am amicus curiae brief; with the actual amicus brief in the court of appeals. Your insight is welcome. You have the inherent power in the first instant having am explicit say in the matter. The brief I intend to file I think will be helpful to the court. Without question it will be in the best interests of the public. Accordingly, I request that this letter motion be granted. Also I ask for a copy of the case docket-sheet.

THUS, RESPECTFULLY SUBMITTED
Dr. James Murray, 09548-007
U.S.P. Terre Haute, P.O. Box.
33, Terre Haute, In. 47808

10-20-25
DATE