# EXHIBIT B

 **Department of State** ✔
@StateDept                                                    ⋯

We've said it before, we'll say it again: The United States has no obligation to host foreigners who support terrorism and actively undermine the safety of Americans.

We continue to revoke the visas of persons engaged in such activity.

Thank you to our partners at @DHSgov for their efforts to remove this individual.

---

 **Tricia McLaughlin** ✔ @TriciaOhio · Oct 26

Thanks to the work of @Sec_Noem and @SecRubio and the men and women of law enforcement, this individual's visa was revoked and he is in ICE custody pending removal.

Under President Trump, those who support terrorism and undermine America...

Show more

---

5:46 PM · Oct 26, 2025 · **2.8M** Views