# EXHIBIT C

**Tricia McLaughlin** 
@TriciaOhio

Thanks to the work of @Sec_Noem and @SecRubio and the men and women of law enforcement, this individual's visa was revoked and he is in ICE custody pending removal.

Under President Trump, those who support terrorism and undermine American national security will not be allowed to work or visit this country.

It's commonsense.



> **Amy Mek**  @AmyMek · Oct 22
> 🚨 NATIONAL SECURITY THREAT — DHS MUST DEPORT SAMI HAMDI
>
> A foreign national is moving freely across the United States — speaking from mosques, universities, and CAIR-run stages — while training U.S. Muslims in digital agitation, electoral sabotage, and political warfare in
> Show more

2:28 PM · Oct 26, 2025 · **3.2M** Views