# EXHIBIT D

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post
George Wang
@xiangnongwang
Post
Department of State
@StateDept
The United States has no obligation to host foreigners who wish death on Americans.
The State Department continues to identify visa holders who celebrated the heinous assassination of Charlie Kirk. Here are just a few examples of aliens who are no longer welcome in the U.S.:
5:55 PM · Oct 14, 2025 · 19M Views
10K 27K 163K 10K
Post your reply
Reply
Department of State @StateDept · Oct 14
An Argentine national said that Kirk "devoted his entire life spreading racist, xenophobic, misogynistic rhetoric" and deserves to burn in hell.
Visa revoked.
23h
just came on here to say charlie kirk can rest in f████ piss and yet again if you have any empathy at all for people like this you can ahead and remove yourself as my friend. i do not give a f██ about the death of a person who devoted his entire life spreading racist, xenophobic, misogynistic rhetoric. it's hot as f██ where this man currently is and it's deserved
1.6K 3.9K 42K 7.2M
Department of State @StateDept · Oct 14
A South African national mocked Americans grieving the loss of Kirk, saying "they're hurt that the racist rally ended in attempted martyrdom" and alleging "he was used to astroturf a movement of white nationalist trailer trash."
Visa revoked.
Neanderthals can't have their cake & eat it... This weekend they went openly anti-black racist & now they're hurt that the racist rally ended in attempted martyrdom? Charlie Kirk won't be remembered as a hero. He was used to astroturf a movement of white nationalist trailer trash!
3:39 AM · Sep 11, 2025 · 2,434 Views
711 2.1K 29K 4.2M
Department of State @StateDept · Oct 14
A Mexican national said that Kirk "died being a racist, he died being a misogynist" and stated that "there are people who deserve to die. There are people who would make the world better off dead."
Visa revoked.
710 2.3K 30K 4.2M
Department of State @StateDept · Oct 14
A Brazilian national charged that "Charlie Kirk was the reason for a Nazi rally where they marched in homage to him" and that Kirk "DIED TOO LATE."
Visa revoked.

Search
Relevant people
Department of State
@StateDept
Follow
Leading U.S. foreign policy and American diplomacy since 1789. For all Department accounts: state.gov/social
What's happening
MICHAEL
In theaters and IMAX April 24
Promoted by Michael
Sports · Trending
Jeanty
6,643 posts
Politics · Trending
Texas
190K posts
Entertainment · Trending
THE WHOLE BLOODY AFFAIR
2,023 posts
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Department of State** @StateDept · Oct 14
A German national celebrated Kirk's death and attempted to justify his murder, writing "when fascists die, democrats don't complain."

Visa revoked.

51 Min.
Wenn Faschisten sterben, jammern Demokraten nicht.
5 4 44

917 2.8K 33K 4.5M

**Department of State** @StateDept · Oct 14
A Paraguayan national charged that "Charlie Kirk was a son of a b**** and he died by his own rules."

Visa revoked.

1.1K 2.9K 29K 8.3M

**Department of State** @StateDept · Oct 14
.@POTUS and @SecRubio will defend our borders, our culture, and our citizens by enforcing our immigration laws.

Aliens who take advantage of America's hospitality while celebrating the assassination of our citizens will be removed.

996 2.3K 28K 1.8M

**Sycamore's Source** @sycamoressource · Oct 14
Fuck you, free speech exist for a reason

85 548 14K 207K

George Wang
@xiangnongwang

