UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:25-cv-10685-WGY |

**FED. R. CIV. P. RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Proposed Intervenor Boston Globe Media Partners, LLC certifies that it is a Delaware limited liability company and is wholly owned by Algonquin Acquisition Company, LLC, also a Delaware limited liability company.

**BOSTON GLOBE MEDIA PARTNERS, LLC**

By its attorneys,

/s/ *Samuel D. Thomas*
Jonathan M. Albano, BBO #013850
jonathan.albano@morganlewis.com
Samuel D. Thomas, BBO #707801
samuel.thomas@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
617-341-7700

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 24, 2025.

                                              */s/ Samuel D. Thomas*
                                              Samuel D. Thomas