UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL.,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 1:25-cv-10685-WGY |

**FED. R. CIV. P. RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Proposed Intervenor The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

**THE NEW YORK TIMES COMPANY,**

By its attorneys,

/s/ *Samuel D. Thomas*
Jonathan M. Albano, BBO # 013850
jonathan.albano@morganlewis.com
Samuel D. Thomas, BBO #707801
samuel.thomas@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110-1726
617-341-7700

**Of Counsel:**

David E. McCraw
mccraw@nytimes.com
Al-Amyn Sumar
al-amyn.sumar@nytimes.com
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
212-556-4031

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 24, 2025.

*/s/ Samuel D. Thomas*
Samuel D. Thomas