UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> *Defendants*. | CIVIL ACTION <br> CASE NO. 1:25-cv-10685-WGY |

**PROPOSED INTERVENORS THE INTERCEPT & THE CENTER FOR INVESTIGATIVE REPORTING'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Proposed Intervenor The Intercept Media, Inc., publisher of The Intercept, certifies that it is a non-profit non-stock corporation that has no parent, subsidiaries, or affiliates. Proposed Intervenor The Center for Investigative Reporting, Inc., publisher of *Mother Jones* magazine and the *Reveal* radio show, certifies that it is a California non-profit public benefit corporation that is tax-exempt under section 501(c)(3) of the Internal Revenue Code. It has no statutory members and no stock.

Respectfully submitted,

Date: December 3, 2025

*/s/ Robert A. Bertsche*
Robert A. Bertsche (BBO #554333)
KLARIS LAW PLLC
6 Liberty Square #2752
Boston, MA 02109
Telephone: 857-303-6938
rob.bertsche@klarislaw.com

Renee M. Griffin*
rgriffin@rcfp.org
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Telephone: (202) 795-9300
rgriffin@rcfp.org
**Pro Hac Vice* appl. forthcoming

*Counsel for Proposed Intervenors The Intercept and The Center for Investigative Reporting*