AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| American Association of University Professors, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-10685-WGY |
| Rubio, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                           .

Date:   12/11/2025

/s/ Jesse Busen
*Attorney's signature*

Jesse Busen (VA 72787)
*Printed name and bar number*

USDOJ, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
*Address*

Jesse.Busen@usdoj.gov
*E-mail address*

(202) 305-7205
*Telephone number*

(202) 307-8698
*FAX number*

## CERTIFICATE OF SERVICE

*American Association of University Professors, et al. v. Rubio, et. al,*
No. 1:25-cv-10685-WGY

    I certify that on December 11, 2025, I served a copy of the foregoing document on all parties by causing this document and its attachments to be filed with the Clerk of the Court through the CM/ECF system, which will provide electronic notice of this document to all counsel of record.

By: */s/ Jesse Busen*
JESSE BUSEN
Trial Attorney
USDOJ, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-7205
Jesse.Busen@usdoj.gov
