UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, ET AL., <br><br> Defendants. | Case No. 1:25-cv-10685 (WGY) |

**PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING**

Plaintiffs respectfully move to continue the hearing on Plaintiffs' Motion for Remedies Against Defendants, currently scheduled for January 5, 2026, because undersigned counsel who will argue that motion will be overseas on previously scheduled travel. A hearing on Plaintiffs' motion was initially scheduled for December 15, 2025. On December 11, 2025, the Court canceled that hearing, ECF No. 295, and on December 15, 2025, the Court rescheduled it for January 5, 2026, ECF No. 297. Undersigned counsel intends to argue Plaintiffs' motion; however, due to longstanding travel plans, she will be outside of the United States from December 23, 2025 to January 7, 2026. Plaintiffs therefore respectfully request that the Court continue the hearing to the afternoon of Wednesday, January 14, 2026 or to any time on Thursday, January 15, 2026 or Friday, January 16, 2026. Counsel for Defendants have indicated that they are available at those times and do not oppose this request.

December 16, 2025

Edwina Clarke (BBO 699702)
David Zimmer (BBO 692715)

Respectfully submitted,

/s/ Ramya Krishnan
Ramya Krishnan

1

Zimmer, Citron & Clarke, LLP
130 Bishop Allen Drive
Cambridge, MA 02139
(617) 676-9423
edwina@zimmercitronclarke.com

Noam Biale
Michael Tremonte
Alexandra Conlon
Courtney Gans
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2603
mtremonte@shertremonte.com
nbiale@shertremonte.com

Xiangnong Wang
Stephany Kim
Raya Koreh
Carrie DeCell
Scott Wilkens
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org

Ahilan T. Arulanantham (SBN 237841)
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
(310) 825-1029
arulanantham@law.ucla.edu

*Counsel for Plaintiffs*

**Local Rule 7.1(a)(2) Certification**

In accordance with Local Rule 7.1(a)(2), I certify that the parties previously met and conferred regarding the foregoing motion and counsel for Defendants have indicated that they do not oppose it.

**Certificate of Service**

I, the undersigned counsel, certify that on December 16, 2025, I electronically filed the foregoing motion in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 16, 2025                    /s/ Ramya Krishnan
                                            Ramya Krishnan