UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>              Plaintiffs,<br><br>     v.<br><br>MARCO RUBIO, ET AL.,<br><br>              Defendants. | Case No. 1:25-cv-10685 (WGY) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Continue Hearing, it is ORDERED that the motion is GRANTED.

The January 5, 2026 hearing on Plaintiffs' Motion for Remedies Against Defendants, ECF No. 277, is continued to January ___, 2026, at _____ am/pm.

Dated: December __, 2025

_____
William G. Young
United States District Judge