UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, in his official capacity, and the DEPARTMENT OF STATE, et al., <br><br> Defendants. | Case No. 1:25-cv-10685-WGY |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Attorney Julia Lum respectfully withdraws her appearance as counsel for Amici Council of UC Faculty Associations, the Berkeley Faculty Association, the Davis Faculty Association, the Irvine Faculty Association, the UC Merced Faculty Association, the Riverside Faculty Association, the San Diego Faculty Association, the San Francisco Faculty Association, the UC Santa Barbara Faculty Association, the UCLA Faculty Association, the Santa Cruz Faculty Association, the University Council – American Federation of Teachers (UC-AFT) Local 1474, the Boston University AAUP Chapter, the Brown University Chapter of the AAUP, the Concerned Stanford Faculty, the Dartmouth College Chapter of the AAUP, the Del Mar College Chapter of the AAUP-AFT, the Massachusetts Institute of Technology Chapter of the AAUP, AAUP Princeton, the Rice University Advocacy Chapter of the AAUP, the Tufts University Chapter of the AAUP, the University of Houston Chapter of the AAUP, the John Hopkins University Chapter of the AAUP, the University of Minnesota Twin Cities

Chapter of the AAUP, the Northwestern University Chapter of the AAUP, the University of Dallas Chapter of the AAUP, the AAUP Advocacy Chapter at the University of Texas at Austin, the AAUP Advocacy Chapter at the University of Texas at Dallas, the Yale University Chapter of the AAUP, and the Wesleyan University Chapter of the AAUP in this matter, as December 31, 2025 will be her last day at the firm Leonard Carder, LLP.

The following attorneys from Leonard Carder, LLP will continue to represent Amici in this matter: Arthur Liou, Philip Monrad, and Peter Saltzman.

Respectfully submitted,

Dated: December 19, 2025

/s/ Julia Lum
Julia Lum (*pro hac vice*)
LEONARD CARDER LLP
1999 Harrison Street, Suite 2700
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

*Counsel for Amici Faculty Associations*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  December 19, 2025                                             /s/ Julia Lum
                                                                                    Julia Lum