UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL.,<br><br>*Defendants*. | CIVIL ACTION<br>CASE NO. 1:25-cv-10685-WGY |

**MOTION FOR LEAVE TO FILE REPLY BRIEF
BY PROPOSED INTERVENORS THE INTERCEPT
AND THE CENTER FOR INVESTIGATIVE REPORTING**

In accordance with Local Rule 7.1(b)(3), Intercept Media, Inc. and The Center for Investigative Reporting, Inc. (collectively, "Proposed Intervenors") seek leave to file the attached reply brief, which is less than five pages, in support of their Motion to Intervene and for Access to Judicial Records, ECF Nos. 288, 289. Defendants do not consent to this motion for leave.

Defendants' response to Proposed Intervenors' Motion was filed on December 12, 2025. Proposed Intervenors respectfully submit that this additional briefing will assist the Court in resolving the pending Motion by allowing Proposed Intervenors to reply concisely to assertions about this case's procedural history and to legal arguments raised for the first time in Defendants' response.

<table>
<tr><td>

December 19, 2025

</td><td>

Respectfully submitted,

INTERCEPT MEDIA, INC. and
THE CENTER FOR INVESTIGATIVE
   REPORTING, INC.

By their attorneys,

*/s/ Robert A. Bertsche*
Robert A. Bertsche (BBO #554333)
KLARIS LAW PLLC
6 Liberty Square #2752
Boston, MA 02109
Telephone: 857-303-6938
rob.bertsche@klarislaw.com

Renee M. Griffin*
rgriffin@rcfp.org
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Telephone: (202) 795-9300
rgriffin@rcfp.org
**Pro Hac Vice* appl. Pending

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: December 19, 2025           By: <u>Robert A. Bertsche</u>
                                                   Robert A. Bertsche (BBO #554333)
                                                   KLARIS LAW PLLC
                                                   6 Liberty Square #2752
                                                   Boston, MA 02109
                                                   Telephone: 857-303-6938
                                                   rob.bertsche@klarislaw.com