UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, ET AL., <br><br> Defendants. | Case No. 25-10658-WG |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to L.C.R. 83.5.2(c), the undersigned counsel respectfully submits this Motion for Withdrawal of Counsel for defendants in the above-captioned case. Plaintiffs do not oppose this motion. The undersigned's last day in the Civil Division of the Department of Justice is January 11, 2026. Defendants remain represented by other counsel from the Department of Justice, as reflected on the Court's docket.

Date: January 7, 2026

Respectfully Submitted,

By:  */s/William Kanellis*
WILLIAM KANELLIS
Civil Division, Department of Justice
P.O. 878, Ben Franklin Station
Washington, DC. 20044
(202) 616-0338
william.g.kanellis@usdoj.gov

*Counsel for Defendants*

2

## L.R. 7.1(a)(2) CERTIFICATION

I, William Kanellis, hereby certify that Government counsel conferred with Plainitffs' counsel regarding this motion on December 22, 2025.  Plaintiffs' counsel did not oppose the filing of this motion.

Date: January 7, 2026                                            By: /*s*/ *William Kanellis*
                                                                                        WILLIAM KANELLIS
                                                                                        U.S. Department of Justice

CERTIFICATE OF SERVICE

I, William Kanellis, hereby certify that on January 7, 2026, I served this document upon all registered parties via the ECF Notice of Electronic Filing (NEF) system.

Date: January 7, 2026                                By: /s/ *William Kanellis*
                                                     WILLIAM KANELLIS
                                                     U.S. Department of Justice