AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| American Association of University Professors, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-10685-WGY |
| Marco Rubio, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 01/14/2026

/s/ Lindsay M. Murphy
*Attorney's signature*

Lindsay M. Murphy (Mass. BBO # 672917)
*Printed name and bar number*

PO Box 878, Ben Franklin Station
Washington, DC 20044

*Address*

Lindsay.M.Murphy@usdoj.gov
*E-mail address*

(202) 616-4018
*Telephone number*

(202) 307-8698
*FAX number*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 14, 2026, I electronically filed the foregoing "Appearance of Counsel" via the CM/ECF system for the United States District Court for the District of Massachusetts, in accordance with Local Rule 5.2. I further certify that counsel for all parties are registered with the Court's CM/ECF system and service will be accomplished by that system.

    /s/ Lindsay M. Murphy
    LINDSAY M. MURPHY
    Senior Litigation Counsel
    Office of Immigration Litigation
    Civil Division, Department of Justice
    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    (202) 616-4018