EXHIBIT

65



Hey          . was lovely to see you last week, however briefly, and I hope I wasn't too belligerent on this point about needing to be ready to be adversarial toward the university. I really valued hearing your perspective, which is much better informed than mine about university workings.

The news about the student protestor, Mahmoud Kahlil's, deportation at Columbia has me fairly climbing the walls this morning. Are you plugged in to anything at the university that gives you a sense of how committed the admin is to protecting our students here? Also, if you'd like to discuss but not over text, lmk

AAUP-00014



No way were you too belligerent!
What would that even mean? I'm
always so happy to hear from you—
and am open to the possibility that
am too trusting of university
leadership as I hold out for a big-tent
pro-democracy movement

I need to read up on this case you
mention

The university, like the city o
Evanston, is committed to not sharing
information with ICE or allowing
immigration enforcement officials
access to university facilities without
a judicial warrant. As far as can tell,
they don't think that they have power
to protect students who are subject
to deportation orc

AAUP-00015



a judicial warrant. As far as can tell,
they don't think that they have power
to protect students who are subject
to deportation orders.

And they're probably right about not
having this power of course. am
glad if they are still committed to not
cooperating with ICE. guess, worry
about their compromising on this
count as a sop to the feds

This Khalil case is horrific

Exactly. He's a permanent residen
and he hasn't had a trial. This could
be many of our students. This could
many of our faculty

RCS message

AAUP-00016

EXHIBIT

66

### To resist Trump, draw meaningful red lines

Many are reckoning with the ways in which the incremental accumulation of Trump 2.0 destruction and brutishness is transforming their day-to-day lives. And we grasp, instinctively, that we must not let the units of bad news blur into one another; we must notice that some changes demand our full attention. These changes are the events that we designate *red lines*.

The impulse to cope with growing authoritarianism by drawing red lines is a good one; at its best, it arrests shifting baseline syndrome, the phenomenon where we continually redefine "normal" in terms of how things are today and, when tomorrow is only *slightly* worse, conclude that nothing much has happened, failing to see our cumulative deterioration since a more remote starting point. It also allows us to act thoughtfully in an information environment designed to derange us.

But our red-line reckoning currently suffers from a few main defects: it is often reactive rather than proactive; theoretical rather than practical; and individual rather than collective. To revive the project of democracy in this country, and to deliberate with dignity in dark times, we must improve this practice in three ways:

### 1. Red lines must be proactive

A dynamic familiar to many organizers is that of being stuck in a reactive loop: something unplanned-for happens, and it feels like a moral imperative that you respond *right now*. Then, halfway through planning your response, something new happens, and this keeps happening until you have expended a great deal of energy and never found the space to identify a strategic orientation to the terrain you're dealing with.

Escaping the reactive loop while a drumroll of urgent moments is already vibrating across the social membrane is very difficult. The ideal solution is one that involves going back in time and building out organizational capacity and a plan for future contingencies adequate to the present moment.

But this isn't possible. In reality, organizers get saved from reactive loops in two ways: first, they can be rescued by forming a coalition with other organizations who have greater pre-existing capacity and, most importantly, a better theorized plan for handling the moment. Second, where there is no one else who already has an authoritative strategy, we break out of the reactive cycle only by letting some moments pass by with minimal response while we develop a branching diagram of future possibilities and decide which of these future events will constitute red lines. These possibilities need to be analyzed with an eye to their significance to the overall terrain. And then we need to figure out which of them will be treated as triggers for which actions. This brings us to point 2.

### 2. Red lines must be practical.

A red line isn't a point at which we are allowed to say "ok, now things are really bad". Their proper function isn't to give us permission to feel some kind of way. Rather, they are *thresholds for escalated action*. They are the point we have identified (ideally in advance, per point 1) as making new forms of resistance appropriate.

It does little good to draw all eyes to the imminence of a constitutional crisis if we don't also deliberate about what sort of political action we will engage in once the crisis is announced. Indeed, in the dithering about whether such a crisis is not already upon us it is hard not to discern an anxiety about what happens when the breaching of this red line is announced by the relevant experts but, due to a failure to organize for this eventuality, the announcement proves practically impotent.

It similarly does little good to designate classroom censorship as the red line at universities if we don't talk about what we will do when this line is crossed. Where the red line is deferred off into the future without a practical plan for what we will do when we get there, it is hard not to suspect that the function of the deferral is to make us acquiesce to all the ways in which our academic mission will be compromised prior to that point so that by the time we are unambiguously there (if Columbia's agreeing to put a department into academic receivership doesn't already count), we will be "without any dignity left to protect" and will simply comply once more.

We must of course be thoughtful about what sort of actions will be effective, and which will be possible. These actions will almost certainly require large numbers of people. And unless you are the general of your own private army, associating mass practical responses with future red lines is something that has to be done alongside at least some of the people who would take part in the mobilization. This brings us to point 3.

### 3. Red lines must be identified collectively

Of course, people around the country are reaching practical conclusions about what they will soon have to do. Some who can are deciding to try to move abroad; others are altering what they allow themselves to say on social media; many non-citizens are deciding that it's too risky to leave the country when they can't be sure they won't be detained on their way back through the border. Some are steeling themselves to the sort of personal and professional sacrifices they will have to make in order not to be morally mutilated by complicity with the regime. But too many of us are making decisions for our own individual action while sitting alone in our cars and living rooms reading the news on our phones. In contrast, the most hopeful glimmers in the national firmament are those cases where people are flexing their abilities to voice collective dissent and to work across differences to form collectives that can be mobilized to stare down the authoritarians and to win.

These three rules for the articulation of red lines function in concert. We need groups of people to meet, educate themselves about what is on the political horizon, and collectively plan what

they will do when they get there. Only if all this is done can the really hard work of effective political resistance even truly begin.

AAUP-00013



**The Daily Northwestern** • April 24, 2024 •
https://dailynorthwestern.com/2024/04/24/uncategorized/lte-an-open-letter-from-171-faculty-do-not-ban-protest-at-nu/

# LTE: An Open Letter from 171 Faculty — Do not ban protest at NU

**171 members of NU Faculty**

Dear President Schill and Provost Hagerty,

Northwestern's University Mission declares its commitment to encourage debate; champion access, diversity and belonging; strengthen our community; and care about one another. NU Student Affairs pledges to uphold a commitment to social justice; confront practices that inhibit equity and justice; seek first to listen and understand; be curious and open to learning; and ask questions instead of ascribing intent.

We, the undersigned NU faculty of different backgrounds and political viewpoints, come together in support of these principles and in the firm belief that the University will violate its own commitments if it were to take any action to block our students' rights to peaceful speech, assembly and dissent.

This is a historic moment in which students across the country and around the world are voicing what they want their universities to be and do in terms of policies, ethics, partnerships and finances. These students' visions are based on an informed understanding of our collective well-being and, oftentimes, in a principled objection to that which impedes it.

As NU affirms, students have a right to ask questions. NU's vision statements require us to listen and engage with respect. The University will fail in its most basic promises and commitments if it moves to shut down student gatherings rather than open spaces for transparent and serious discussion.

Northwestern has a long history of successful student protests and strikes dating back to the 1960s. The students who are engaging in protests today are upholding and strengthening that proud tradition. Should the current administration choose to stand in their way, it will be on the wrong side of history.

We return to NU's pledge to "ask questions instead of ascribing intent." We will not tolerate the weaponization of unfounded presumptions of bigotry to smear and silence students who are not engaging in anything of the sort. And as educators, we will not stand for the criminalization of peaceful protest on our campus.

Signed,

Wendy Pearlman, Professor of Political Science and Middle East & North Africa Studies, WCAS
Elizabeth Shakman Hurd, Professor of Religious Studies & Political Science, WCAS
Elizabeth Smith, Assistant Professor of Instruction, Anthropology and WCAS Advising
Josh Honn, Humanities and Prison Education Librarian, University Libraries
Hannah Feldman, Associate Professor of Art History, WCAS
Ipek Kocaomer Yosmaoglu, Associate Professor of History, WCAS
katrina quisumbing king, Assistant Professor of Sociology, WCAS

EXHIBIT
67

AAUP-00006

Katherine E. Hoffman, Associate Professor, Anthropology & MENA Studies, WCAS

Michelle N. Huang, Assistant Professor, English & Asian American Studies, WCAS

Michael Loriaux, Professor of Political Science, WCAS

Shirin Vossoughi, Associate Professor, SESP

Zach Wood-Doughty, Assistant Professor of Instruction, Computer Science, WCAS

Nitasha Sharma, Professor and Director, Black Studies and Asian American Studies, WCAS

Kalyan Nadiminti, Assistant Professor of English, WCAS

Moya Bailey, Professor of Communication Studies

Doug Kiel, Associate Professor of History, Center for Native American and Indigenous Research (CNAIR), and Kaplan Humanities Institute

Loubna El Amine, Assistant Professor of Political Science, WCAS

Beatriz O. Reyes, Assistant Professor of Instruction, Global Health Studies Program; Native American and Indigenous Studies, CNAIR

Qiu Fogarty, Associate Director, Social Justice Education

Emrah Yildiz, Assistant Professor, Anthropology & Middle East & North African Studies

Sonya Kaleel, Adjunct Faculty/Coach, School of Education & Social Policy / MSLOC

Erica Weitzman, Associate Professor of German, WCAS

Ian Hurd, Professor & Director, Political Science & Weinberg Center for Int'l & Area Studies

alithia zamantakis, Research Assistant Professor, ISGMH and Medical Social Sciences, FSM

Luis Amaral, E.O. Haven Professor, McCormick

Santiago Molina, Assistant Professor of Sociology, WCAS

Steven W. Thrasher, Daniel Renberg Chair, Medill

Brannon Ingram, Associate Professor of Religious Studies, WCAS

Kim Marion Suiseeya, Associate Professor, Political Science, Environmental Policy & Culture

Sirus Bouchat, Assistant Professor, Political Science, WCAS

Rebecca C. Johnson, Associate Professor, English and Middle East & North African Studies

Barnor Hesse, Associate Professor, Black Studies, WCAS

Robert Orsi, Professor, Religious Studies and History, WCAS

Kelly Wisecup, Professor, English and Center for Native American & Indigenous Studies

James Bielo, Associate Professor, Religious Studies, WCAS

Leslie M. Harris, Professor, History, WCAS

Justin L. Mann, Assistant Professor, English and Black Studies, WCAS

Jamie Carlstone, Authority Metadata Librarian, University Libraries

Mark Hauser, Professor and Director, Anthropology and Latin American & Caribbean Studies

Nicole Spigner, Assistant Professor, Black Studies & English, WCAS

Ivy Wilson, Associate Professor, English, WCAS

Martha Biondi, Professor, Black Studies and History, WCAS

Rebecca Zorach, Mary Jane Crowe Professor, Art and Art History, WCAS

Thadeus Dowad, Assistant Professor, Art History, WCAS

Shalini Shankar, Professor, Anthropology & Asian American Studies, WCAS

Shelby Hatch, Associate Professor of Instruction, Chemistry, WCAS

Helen Tilley, Associate Professor, History, WCAS

Sarah Schulman, Ralla Klepak Professor of English, MFA Program in Creative Writing, English

J. Seawright, Professor, Political Science, WCAS

Miriam Petty, Associate Professor, Radio/Television/Film

Sepehr Vakil, Associate Professor, School of Education and Social Policy

Dotun Ayobade, Assistant Professor, Performance Studies and Black Studies, WCAS

Kennetta Hammond Perry, Associate Professor, Black Studies and History, WCAS

Alec Powers, MPH, FSM ISGMH

Mary Pattillo, Professor, Black Studies and Sociology, WCAS

Elham Hoominfar, Assistant Professor of Instruction, Global Health Studies Program

Spencer Evans, Senior Research Technologist, Dermatology

AAUP-00007

Sean Hautretta, Associate Professor, Department of History, WCAS

Lauren Stokes, Associate Professor, History, WCAS
Mérida M. Rúa, Professor, Latina and Latino Studies, WCAS
Gregory Phillips II, Associate Professor, Department of Medical Social Sciences
Tabitha Bonilla, Associate Professor, Human Development & Social Policy, SESP
Brent Huffman, Professor, Medill
Michael Anthony Turcios, Postdoctoral Fellow, Radio/Television/Film; Center for Native American and Indigenous Research
Emily Maguire, Associate Professor, Spanish and Portuguese, WCAS
Saad Ranginwala, MD, Assistant Professor, Feinberg School of Medicine
Jennifer Cole, Assistant Chair, Chemical and Biological Engineering
Megan Hyska, Assistant Professor, Philosophy
Megan Bang, Professor & Director, SESP & Center for Native American & Indigenous Research
Julie Lee Merseth, Assistant Professor, Political Science, WCAS
Curtis Miller, Lecturer, Art Theory & Practice
Kasey Evans, Associate Professor of English, WCAS
Annie Wilkinson, Postdoctoral Scholar, Anthropology, WCAS
Ana Aparicio, Associate Professor, Anthropology and Latina & Latino Studies Program, WCAS
becca greenstein, stem librarian, university libraries
Bimbola Akinbola, Assistant Professor, Performance Studies, WCAS
Ana Arjona, Associate Professor of Political Science, WCAS
Jackie Stevens, Professor, Political Science
Joshua Chambers-Letson, Professor of Performance Studies and Asian American Studies, Performance Studies and Asian American Studies
Anna Parkinson , Associate Professor, German
Michael Metzger, Academic Curator of Cinema and Media Arts, Block Museum of Art
Mary McGrath, Assistant Professor, Political Science, WCAS
Arionne Nettles, Lecturer, Medill
Ray San Diego, Assistant Professor of Instruction, Asian American Studies, WCAS
Sami Hermez, Associate Professor and Director of Liberal Arts Program, Northwestern in Qatar
Jorge Coronado, Professor, Spanish and Portuguese /LACS, WCAS
Samuel Weber, Avalon Foundation Professor of Humanities, German/CLS
David Schoenbrun, Professor, History and African Studies, WCAS
Nichole Pinkard, Professor, School of Education and Social Policy
Averill Curdy Marr, Professor of Instruction, English, WCAS
Hollyamber Kennedy, Assistant Professor, Art History, WCAS
Tracy Vaughn-Manley, Assistant Professor, Black Studies, WCAS
Mariajose Rodriguez Pliego, Assistant Professor, English, WCAS
James Mahoney, Gordan Fulcher Professor of Decision-Making, Political Science and Sociology
Jeffrey A. Winters, Professor, Political Science, WCAS
Ricky Hill, Research Assistant Professor, Sexual and Gender Minority Health & Wellbeing
Nate Cohen, Adjunct Professor of Instruction, Theatre
Michelle Birkett, Associate Professor, Medical Social Sciences
Karen Olivo, Director of Music Theatre Certificate Program, Theatre
Lina Britto, Associate Professor of History, Department of History, WCAS
Kevin Buckelew, Assistant Professor, Religious Studies, WCAS
Liz Hamilton, Copyright Librarian, University Libraries
Alessia Ricciardi, Professor, CLS
LaShandra Sullivan, Associate Professor, Anthropology, WCAS
Gina Petersen, Assessment Librarian, Northwestern University Libraries
Peter H. S. Sporn, MD, Professor of Medicine, Cell and Developmental Biology, and Medical Education, Feinberg School of Medicine
Tara Fickle, Associate Professor, Asian American Studies Program
Alejandra Uslenghi, Associate Professor, Spanish & Portuguese, Comparative Literary Studies

AAUP-00008

Penelope Deutscher, Professor, Philosophy and CLS

Marianne Hopman, Associate Professor, Classics and Comparative Literary Studies
Nick Winters, Assistant Professor, Classics
Hasheem Hakeem, Assistant Professor of Instruction, Department of French and Italian
Namratha Kandula, Professor, Medicine, Feinberg School of Medicine
AJ Christian, Professor, Communication Studies
Tara Gonsalves, Assistant Professor, Sociology
Torsten Menge, Assistant Professor, Liberal Arts, Northwestern in Qatar
Katie Risseeuw, Librarian, University Libraries
Charlotte Rosen, Postdoctoral Scholar in Public Service, Center for Historical Studies
Iñigo Manglano-Ovalle, Professor, Art Theory and Practice
Sulafa Zidani, Assistant Professor, Communication Studies
Patty Loew. Prof. Emerita. Medill; Center for Native American & Indigenous Research
Katia Viot-Southard, Associate Professor of Instruction, French and Italian
Megan Baker, College Fellow, Anthropology
Igal Szleifer, Professor, Biomedical Engineering
Jeong Eun Annabel We, Assistant Professor, Asian Languages and Cultures
Rebecca Ewert, Assistant Professor of Instruction, Sociology
Doron Shiffer-Sebba, Postdoctoral Fellow, Sociology
TJ Billard, Associate Professor, Communication Studies and. by courtesy, Sociology
Leila Tayeb, Assistant Professor in Residence, Communication & Liberal Arts, NUQ
Calvin Liang, Postdoctoral Fellow, Communication Studies
Nasrin Qader, Associate Professor, French and Italian, WCAS
Heather Jaber, Assistant Professor in Residence. Communication & Liberal Arts, NUQ
Gretchen Neidhardt, Librarian, Galter Health Sciences Library and Learning Center
Diego Arispe-Bazán, Assistant Professor, Anthropology, WCAS
Cynthia Robin, Professor and Chair, Anthropology, WCAS
Alfonso Fierro, Assistant Professor. Spanish and Portuguese. WCAS
William Leonard, Professor, Anthropology and Global Health Studies, WCAS
Laura Beth Nielsen, Professor of Sociology. WCAS
Noelle Sullivan, Professor Instruction and Associate Director. Program in Global Health Studies
Amanda Logan, Associate Professor of Anthropology. WCAS
Lauren Beach, Assistant Professor of Medical Social Sciences
Laura Brueck, Professor of South Asian and Comparative Literature. WCAS
Lydia Barnett. Associate Professor of History, WCAS
Rayvon Fouché, Professor, Communication Studies and Medill
kihana miraya ross, Assistant Professor, Black Studies
Diane Knoepke, Adjunct Instructor, MS in Learning & Organizational Change
Aldon D. Morris, Emeritus Professor, Sociology and Black Studies
Karrie Ann Snyder, Associate Professor of Instruction , Sociology, WCAS
Kari Lydersen. Assistant Professor, Medill
Domietta Torlasco, Professor, French and Italian/CLS
Patrick Janulis. Associate Professor. Department of Medical Social Sciences
Charlayne Mitchell, Assistant Professor of Instruction. Global Health Studies
Jonathon Glassman, Wayne V. Jones Research Professor Emeritus, History, WCAS
Mary Ann Weston. Associate Professor Emerita, Medill
Kate Masur, Professor of History, WCAS
J. Michelle Molina, Associate Professor. Religious Studies, WCAS
Lakshmi Padmanabhan, Assistant Professor, Radio. TV. Film
Peter Locke, Associate Professor of Instruction, Global Health Studies
Paul Ramirez. Associate Professor of History, WCAS
Sandra L. Richards. Professor Emerita, Black Studies & Theatre
Nina Cue, gang, Professor, Classics and CLS, WCAS

AAUP-00009

Nina Gurianova, Professor, Slavic and CLS, WCAS

Jose Medina, Walter Dill Scott Professor of Philosophy, WCAS
Caitlin Fitz, Associate Professor of History, WCAS
Michael Rakowitz, Professor of Art Theory & Practice and MENA Studies
Jen Munson, Assistant Professor, Learning Sciences, School of Education and Social Policy
Vilna Bashi, Osborn Professor of Race, Ethnicity, and Global Diversity, Sociology, WCAS
Corey Byrnes, Associate Professor, Kaplan, Asian Languages and Cultures, Comparative Literary Studies
Shayna Silverstein, Assistant Professor, Performance Studies and MENA Studies
Patrick Noonan, Assistant Professor, Asian Languages and Cultures, CLS

If you would like to respond publicly to this op-ed, send a Letter to the Editor to opinion@dailynorthwestern.com. The views expressed in this piece do not necessarily reflect the views of all staff members of The Daily Northwestern.

AAUP-00010



# Supporting Dr. Steven Thrasher

**March 20, 2025**

We are appalled by Northwestern University's denial of tenure to Dr. Steven Thrasher and call upon Dean Charles F. Whitaker of the Medill School of Journalism to reconsider his decision.

This is the latest in a months-long campaign of retaliation against Dr. Thrasher for engaging in constitutionally protected political speech against Israel's war in Gaza and for defending students who stood against it during a peaceful protest at Northwestern last April. At that demonstration, Dr. Thrasher was among a group of faculty who formed a defense line around students who were setting up tents in Dearing Meadow, on the university's main Evanston campus. Northwestern Police attempted to break the defense line, physically assaulting Dr. Thrasher in the process.

One month after that protest, Northwestern University President Michael Schill was called before a Congressional hearing where U.S. Rep. Jim Banks (R-Indiana) publicly pressured him to fire Dr. Thrasher. Weeks later, Dr. Thrasher was one of four Northwestern University employees charged with Class-A misdemeanors for allegedly obstructing police activities during the April protest. When Cook County's State Attorney declined to prosecute and dropped the charges (charges that have since been formally expunged from Dr. Thrasher's record), Northwestern opened up an ad hoc investigation into his teaching and suspended him from the classroom.

The Northwestern University, Illinois and national bodies of the American Association of University Professors (AAUP) all criticized Dean Whitaker's decision to sanction Dr. Thrasher before he was even granted the opportunity for due process. In December, Dr. Thrasher was formally exonerated by a three-faculty committee of his peers from across the university. The day after Dean Whitaker accepted their report which deemed Dr. Thrasher's suspension to be unwarranted, he announced yet another internal investigation of Dr. Thrasher—this time for his participation in the April protest.

In light of this litany of retaliatory actions, we question Dean Whitaker's ability to impartially assess Dr. Thrasher's case for tenure—the denial of which is tantamount to purging Dr. Thrasher from the Northwestern faculty.

Northwestern recognized Dr. Thrasher as an outstanding scholar when they hired him in 2019 as the inaugural Daniel H. Renberg Chair for Social Justice in Reporting, with a Focus on LGBTQ Issues. His chair was formally renewed in 2023, months before the April protest that made him a target of the university's ire.

As an assistant professor, Dr. Thrasher has already earned an international reputation that is not only tenure-worthy, but would garner a full professorship at most universities. Dr. Thrasher's award-winning first book, *The Viral Underclass,* is an incredible and moving piece of journalism that tackles some of the most pressing questions of our collective moment. In this book, he uses viruses as a lens to reveal and understand startling inequalities of race, class, gender, ability, and sexuality. The public reception for *The Viral*

AAUP-00025

*Underclass* was overwhelmingly positive. *The New York Times* named the paperback an Editor's Choice. It was long-listed for the 2023 *PEN/America John Kenneth Galbraith Award for Excellence in Nonfiction Literature* and the *Carnegie Medal for Excellence in Nonfiction.*

In both *The Viral Underclass* and his other work, Dr. Thrasher bears witness and stands in solidarity with people the US often considers disposable. He is part of a cohort of journalists of color who collectively challenge the faux objectivity that has long defined the profession. It is not lost on us that as a Black gay man in the academy, Dr. Thrasher is both a rarity and disproportionately likely to be politically targeted, as data from the AAUP confirms. Until recently, Northwestern has touted its commitment to "diversity and inclusion." The demeaning and disrespectful treatment of Dr. Thrasher is wholly inconsistent with that espoused value. Are Black and LGBTQ faculty welcome only to the extent that they remain silent on issues that matter to them and have profound global significance?

The academy is under attack from people committed to dividing the polity, promoting disinformation, and protecting the powerful. These attacks are central to a well-funded campaign to undermine higher education in America as part of a far-right political project. Journalists, scholars, and teachers like Dr. Thrasher are needed more than ever if we hope to learn about and undo the harms inflicted by unequal systems. We call on Northwestern to reject this new McCarthyism and to reconsider its decision to deny tenure to our colleague, Dr. Steven Thrasher.

Anyone willing and able to offer material support for Dr. Thrasher can do so here.

*Institutional affiliations are offered for identification purposes only*
1. Kiese Laymon, Moody Professor of English and Creative Writing, Rice University
2. Andrew Ross, New York University
3. Lisa Hajjar, Sociology, UC Santa Barbara
4. Cathy Cohen, University of Chicago
5. Hoda El Shakry, Associate Professor of Comparative Literature, University of Chicago
6. Dan Sheehan, Lit Hub
7. A.J. Bauer, University of Alabama
8. Elliott Powell, University of Minnesota
9. Jeanne Theoharis, Distinguished Professor, Brooklyn College
10. Eman Abdelhadi, University of Chicago
11. Lisa Duggan, Professor, New York University
12. Alireza Doostdar, University of Chicago
13. Anton Ford, Associate Professor of Philosophy, University of Chicago
14. Victoria Law, author and independent journalist
15. Julie Orlemanski, Associate Professor of English and Director of Graduate Studies, University of Chicago
16. Darryl Li, University of Chicago
17. Allyson Nadia Field, University of Chicago
18. Daniel Morgan, Professor, University of Chicago
19. Christina Sharpe, CRC, York University
20. Douglas Foster, Professor, Northwestern University
21. Heba Gowayed, CUNY Hunter College & Graduate Center
22. Shantel Gabrieal Buggs, Associate Professor, Florida State University
23. Louise Seamster, University of Iowa

AAUP-00026

Supporting Dr. Steven Thrasher

24. Sonya Posmentier, New York University
25. Zach Samalin, New York University
26. Nicholas Mirzoeff, Professor and chair, NYU
27. Monica Kim, University of Wisconsin-Madison
28. Cynthia Chris, College of Staten Island
29. Bilge Yesil, CUNY College of Staten Island and The Graduate Center
30. A. Naomi Paik, Associate Professor
31. Karma R. Chavez, Professor, University of Texas at Austin
32. Kevin Murphy, University of Minnesota
33. Leah Feldman, University of Chicago
34. Helga Tawil Souri, NYU
35. Sarah Jaffe, author and journalist
36. Jorge Coronado, Northwestern University
37. Rebecca Zorach, Northwestern University
38. Helen Tilley, Associate Professor, History, Northwestern University
39. Martha Biondi Professor, Northwestern
40. Riché Richardson, Cornell University
41. Lewis Wallace, journalist
42. Luís A Nunes Amaral, Northwestern University
43. Tej Nagaraja, Cornell University
44. Dan Berger, University of Washington Bothell
45. Steven High, Concordia University
46. Natasha Mhatre, Western University
47. Felicity Callard, Professor, University of Glasgow
48. Crystal Shackleford, Yale University
49. Spencer Richards
50. Anthony Tomaso, Northwestern alumni (2004)
51. Charlotte Rosen, Haymarket Books, Northwestern University alum
52. Lisa Stampnitzky, University of Sheffield
53. Ben Kiem, University of Toronto
54. Gabriel Winant, University of Chicago
55. John Pringle, PhD, Independent Researcher
56. Erik Reinbergs, Utah State University
57. Lauren Rendon, UChicago
58. Jacqueline Moss, Attorney
59. Anne Alt, Northwestern alumna
60. Siddhartha Mitter, independent journalist
61. Ben Chappell, University of Kansas
62. Austin B. Harvey, Northwestern alum (2004)
63. Jacob Devine, School of Communication '13
64. Ai Miller, University of Minnesota Libraries
65. Danielle Koonce, PhD, Cage Bird Research
66. Will Newsom, Austin Humane Society
67. Cynthia Gao, Middlebury College
68. Zach Schwartz-Weinstein, PhD
69. Michael Metzger, Northwestern University
70. Gyunghee Park, Westchester Community College
71. David Keegan, MD, Cumming School of Medicine, University of Calgary
72. Kat Naphas, Individual

AAUP-00027

Supporting Dr. Steven Thrasher

73. Emily Rodriguez, Massachusetts General Hospital
74. Anthony Weems, Coastal Carolina University
75. Jason Guthartz, Northwestern alumnus
76. Shannan Clark, Montclair State University
77. Lauren Rothman, Journalist
78. John Saunders, Independent Researcher
79. Morgan Harper, University of Toronto
80. Lydia Kiesling, writer
81. Victor Ray, The University of Iowa
82. Jarrad Davis, Medill School
83. S. Gronkiewicz-Doran, Northwestern Alum, 2005
84. Jaime Lawson, Student
85. Patrick Hayes, Michigan State University
86. Jennifer Selwyn, History Department, Cal State, Sacramento
87. Steve Rhodes, photojournalist
88. David Palumbo-Liu, Stanford University
89. Rebecca Duffy, Northwestern University
90. Donovan Miyasaki, Professor, Wright State University
91. Tim Mackie, University of Minnesota Class of 2012
92. Javier Gonzalez, Individual
93. Scott Anton, Illinois Resident
94. Julia Valdes, PhD, Northwestern alumnus
95. Vincent Wong, University of Windsor
96. Jake Mann, Northwestern
97. Tiana Reid, York University
98. Ian Liujia Tian, Assistant Professor, Mount Saint Vincent University, Canada
99. Michael Munnik, Cardiff University
100. Alex Lubin, Penn State University
101. J. Benton Heath, Temple University
102. Dr. Sami Schalk, Professor, University of Wisconsin Madison
103. Leor Galil, Chicago Reader
104. Xine Yao, University College London
105. Steve Macek, North Central College, IL AAUP
106. Lauren Eastwood, Professor of Sociology State University of New York at Plattsburgh
107. Alyssa Harad, PhD
108. Sarah Watkins, Western Washington University
109. Andrew Douglas
110. Ali Alkhatib
111. Anne Kosseff-Jones, Journalist and Editor
112. Andrew Douglas, Morehouse College
113. David Loner, independent scholar
114. Steven Melendez, independent journalist and Medill alum
115. Patrick Michels, Northwestern alum
116. Stacey Watson, artist, Canada
117. Amie M Marie, individual
118. Suzanne Faysal Aref Barghouti
119. Nasar Meer, University of Glasgow
120. Elizabeth Meehan, WCAS '17
121. Torsten Menge, Northwestern University in Qatar

AAUP-00028

Supporting Dr. Steven Thrasher

122. Maryann Germaine
123. Lizabeth Roemer, Professor, U Mass Boston (NU '89)
124. Sarah Schulman, Northwestern
125. Genevieve Lakier, University of Chicago
126. Lee Ann Fullington, Brooklyn College
127. Gavin Mueller, University of Amsterdam
128. Christopher Lioi, individual
129. Nathan Alderman (Medill Alum, 2000)
130. Kristin Bergen
131. Ann Kennedy University of Maine Augusta
132. Timothy Babulski, University of Maine
133. Kay Daly, Independent Writer, Scholar, Teacher
134. Christy Thornton, New York University
135. Mary Ensz, individual
136. Daniel Littlewood, Swarthmore College alum
137. Ferial Pearson, University of Nebraska
138. Benjamin Swerdlow, Lake Forest College
139. Caitlin Finn, individual
140. Maggie Dougherty, Northwestern Medill MSJ
141. Abdellali Hajjat, Associate Professor, Université libre de Bruxelles, Belgium
142. Chelsea Herman
143. Brendan Morales-Doyle, NU Alum, Class of 2016
144. Zaeem Haq, Individual
145. Lisa Gilson, Bates College
146. Benjamin Balthaser
147. Julia Métraux, journalist
148. Sabina Sawhney Retired Hofstra
149. Sarah Tuttle, Assocciate Professor, University of Washington, Seattle
150. Benjamin Balthaser, Associate Professor of English, Indiana University
151. Benjamin J. Robertson, University of Colorado, Boulder
152. Dan Immergluck, Professor, Georgia State University
153. Yasmeen Mekawy, Northwestern University in Qatar
154. Maida Avdic, Individual
155. Erica Weitzman, Northwestern University
156. Merve Fejzula, University of Missouri
157. Lauren Carbajal, NU Alum '13
158. Kat Tenbarge, independent journalist
159. Nicholas Garbaty, Northwestern Alum
160. Prof. Sunny Singh, lindon Metropolitan University
161. Sara Chatfield, Associate Professor, University of Denver
162. Sarah Shamash, Assistant Professor Emily Carr University of Art and Design
163. Audra Mitchell, Professor and CRC, Wilfrid Laurier University
164. Tony S. Jugé, Pasadena City College
165. Kapish Bhutani
166. Jeff Doctor, University of Toronto
167. Tashmia Owen. Artist. Writer.
168. John Horn, individual
169. Sunny Xiang, Yale University
170. James M. McCarthy, individual

AAUP-00029

171. Nandita Sharma, Professor, Sociology, University of Hawaii at Manoa
172. Cory Barker, Penn State University
173. Lauren Brentnell, Texas State University
174. Terri Friedline, Professor of Social Work, University of Michigan
175. Jason Haslam, Dalhousie University
176. Matthew Lloyd Roberts, University of Cambridge
177. Elise A. Mitchell, Swarthmore College
178. Nate Kruger, Vanderbilt University
179. Derek Ludovici, Anthropology Brooklyn College, CUNY
180. Tommy Craggs (Medill '01)
181. Samuel Harper, coopérative de solidarité Pivot
182. Natasha Kessler, Metropolitan Community College
183. Richard W Morrison, Editorial Director, Fordham University Press
184. Chanda Prescod-Weinstein, Theoretical Physicist
185. David Wittenberg, Professor, University of Iowa
186. Dr. Daniela Nadj, St. Mary's University, London
187. Tariq Khan, Yale University
188. Nick Ward, Loyola University
189. David Wells, Northwestern Alum
190. Siobhán McElduff, University of British Columbia
191. Kelsey Fong, Individual
192. Kimiko Soto
193. Jordan Shannon, Seattle University
194. Shannon Bucci, Graduate student of sociology—CU Denver
195. Philip Holden, University of Westminster, London
196. Bailey Remmers, PhD candidate at the University of Texas at Austin
197. Olivia Lewis,
198. Beatrix Hoffman, Northern Illinois University
199. Grace Kyungwon Hong, UCLA
200. Shannon Townsend, Washington University in St Louis
201. Bruce Simon, SUNY Fredonia
202. Janie Breton, Individual
203. Melanie Brewster, Teachers College, Columbia University
204. Rich DeYoung, Individual
205. Michelle Anya Anjirbag, University of Antwerp
206. Lukas Neville, University of Manitoba
207. David Murakami Wood, Canada Research Chair in Critical Surveillance and Security Studies, University of Ottawa
208. Bill Walker, Chicago Resident
209. Julia Chang, Cornell University
210. Saba Igbe, student - University of the West Indies
211. andré carrington, University of California-Riverside
212. Sarah Disbro, Northwestern Medill MSJ
213. Ebony Elizabeth Thomas, University of Michigan
214. John Knefel
215. Florence Ashley, University of Alberta
216. Greg Burris, Northwestern University in Qatar
217. Tage Rai, UCSD
218. Alithia Zamantakis, Northwestern University ISGMH

AAUP-00030

Supporting Dr. Steven Thrasher

219. Summer House, Northwestern University staff
220. Shelby Seier, All Kinds Accessibility Consulting
221. Marie Salter Northwestern Law Alumnus
222. Megan Jennings Quist, Northwestern
223. Keisuke Sista, Depaul University
224. Izzy Grosof, Assistant Professor, Northwestern University
225. Begum Adalet, Cornell University
226. Andres Pinedo, Vanderbilt University
227. Alex Boodrookas, MSU Denver
228. Orven Mallari, University of Michigan
229. Amina M. Steinfels, Associate Professor of Religion, Mount Holyoke College
230. Taylor Tefft, Loyola University
231. Yuri Cartier, Research staff, University of California San Francisco
232. Jonathan Feingold, Boston University School of Law
233. Cass Turner, UCLA
234. Burcu Baykurt, University of Massachusetts Amherst
235. Leigh Kimberg, MD, Professor of Medicine, UCSF (for ID)
236. Jessie Nguyen, Northwestern University
237. Matthew Vega, University of San Diego
238. Sarah Bracke, University of Amsterdam
239. Micol Bez, Northwestern Philosophy and Comparative Literature
240. Leah Munsey, Case Western Reserve University
241. Tyler Coates, journalist and former Northwestern University employee
242. Danielle Welch, individual
243. Hale McSharry, Northwestern '17, NU Loyal
244. Duncan MacKinnon
245. Zinya Salfiti, Northwestern Medill MSJ
246. Lindsay Ballant, former adjunct professor, Maryland Institute College of Art and School of Visual Arts
247. Kevin McQueeney, Loyola University New Orleans
248. Rinaldo Walcott, University at Buffalo
249. Amber Robinson, librarian
250. Victoria Frye, professor, Columbia University
251. Wesley R. Bishop, PhD, Assistant Professor History, Jacksonville State University
252. Khaleel Rahman, Northwestern University
253. Eli V. Kean, Northwestern University
254. Lisa Diedrich, Stony Brook University
255. Katherine Blouin, University of Toronto
256. Matthew Phelan, journalist (MA, NYU SHERP)
257. Frank Edwards, Associate Professor, Rutgers University
258. Sean Bland, Santa Clara University
259. Elia Silbey, Northwestern Student
260. Nesrien Hamid, University of Michigan
261. Kendall Riley, University of Iowa
262. Grace OLeary, Chicago Resident
263. Ujju Aggarwal, The New School
264. aeriell bach, seiu local 73
265. Marla Jaksch, Professor, The College of New Jersey
266. Carrie Tirado Bramen, Professor, University at Buffalo

AAUP-00031

267. Amrie Moraga, California State University Channel Islands
268. Elias Khalil, University of Toronto
269. Olivia Stovicek, editor and journalist
270. James M. Thomas, University of Mississippi
271. David McNally, Distinguished Professor, University of Houston
272. Beth Capper, Assistant Professor, University of Alberta
273. Keith Miyake, University of California, Riverside
274. Kayla Renée Wheeler, Assistant Professor, Xavier University
275. Anthony Rains, Iowa State University (alum)
276. Trey Moody, Creighton University
277. Jessica Daly, College of Lake County
278. Christa Noel Robbins, UVA
279. Dr Mohsin Badat, Queen Mary University London
280. Ruby Daniel, Individual
281. Lyle Jeremy Rubin, Author
282. Salonee Bhaman, NYU
283. W. Carson Byrd, University of Michigan
284. Tristan J Schweiger, Assistant Instructional Professor, University of Chicago
285. Whitney Strub, Rutgers University-Newark
286. Patrick Blanchfield, Brooklyn Institute for Social Research (BISR)
287. Shehram Mokhtar, Northwestern University in Qatar
288. Micah Bazant
289. Tulsi McDaniels with the Chicago Alliance (CAARPR)
290. Altha Cravey, UNC Chapel Hill
291. Molly Schiffer, Northwestern University
292. Kai Ngu, University of Michigan, journalist
293. Paul Renfro, Florida State University
294. Cynthia Franklin, University of Hawai'i
295. Briana Finegan, University of Chicago
296. Anna E. Lindner, Nazareth University
297. Michael Kraus, Northwestern University
298. Noah Berlatsky, journalist
299. Caroline Bowman, Barnard College
300. Lawrence Chillrud, Northwestern University
301. LaToya Baldwin Clark, Professor, UCLA School of Law
302. Joshua L. Mayer, University of Connecticut
303. Nate Holdren, Drake University
304. Cailey Hall, UCLA
305. Laleh Khalili, University of Exeter
306. Daniel Rück, University of Ottawa
307. Jordan Owens, Northwestern Univery
308. Edouard Machery, University of Pittsburgh
309. Richard Wood, Retired Chair, Sociology, DeAnza College, Cupertino, CA
310. Eli Newell, Northwestern University (SoC '18)
311. Mauro Gatti, University of Bologna
312. Peter Chesney, Vanderbilt University
313. Toby Smith, UC Davis
314. Maxim Voronov, York University
315. Ellison Snider

AAUP-00032

316. Julia Steinberger, University of Lausanne, Switzerland
317. Nitish Pahwa, journalist
318. George De Stefano, Alumnus, CUNY
319. Donald Cotter, Mt Holyoke College
320. Caroline Abidin, college graduate, concerned citizen
321. Zsuzsa Kaldy, University of Massachusetts Boston
322. Miriam Posner, UCLA
323. Nicholas Caverly, University of Massachusetts
324. Uahikea Maile, University of Chicago
325. Peter Sheik, individual
326. Albe Gilmore, University of Ottawa
327. Tina Shull, UNC Charlotte
328. Emek Ergun, UNC Charlotte
329. Anne Marie Creighton, University of Michigan, Ann Arbor
330. Aven Peters, Northwestern University
331. Avi Sheehan, UChicago Alum, Northwestern Alum
332. Nadia Aubin-Horth, Professor, Universite Laval, Canada
333. Jonny Diamond, Lit Hub
334. Steven Blevins, Lecturer, Univ. of North Carolina Asheville
335. Natasha Lightfoot, Associate Professor, Columbia University
336. Eric Reinhart, Northwestern University
337. Seema Yasmin, Stanford University
338. C. Riley Snorton, University of Chicago
339. Nikhil Pal Singh, Chair Department of Social and Cultural Analysis, NYU
340. Candice Baumgardner, Western Oregon University
341. Dylan O'Brien, Paraprofessional
342. Anna Drake, Associate Professor, University of Waterloo
343. Leni Zumas, Portland State University
344. Rebecca Slayton, Cornell University
345. Shakuntala Banaji, Professor, London School of Economics and Political Science
346. Susan Kingsland, Individual
347. Michael Tristano Jr., Assistant Professor, Towson University
348. Cristian Valenzuela, Northwestern University
349. Jim Logan, retired journalist
350. Laura Colaneri, University of Chicago
351. Jennifer Nelson, University of Delaware
352. Jonathan Hannau, Roosevelt University
353. Tahera Ahmad (former 15 year Chaplain at Northwestern also wrongfully terminated by the university's discrimination)
354. Allison McCracken, DePaul University
355. Amesika Nyaku, MD, MS; Northwestern University Feinberg School of Medicine
356. Savithry Namboodiripad, University of Michigan
357. David Ponton III, University of South Florida
358. Zeke Pratchett, Individual
359. Derek Silva, Associate Professor, King's University College
360. Kristin Urquiza, co-founder Marked By Covid
361. Danielle Purifoy, UNC Chapel Hill
362. Jason Schulman, John Jay College, CUNY
363. Russell Rickford, Cornell University

AAUP-00033

364. Neel Ahuja, University of Maryland, College Park
365. Teke Wiggin, Northwestern sociology PhD student
366. Jennifer Spitzer, Ithaca College
367. Sebastian Avery Morris, MDiv
368. Aradhana Sharma, Professor, Wesleyan University
369. Vernadette Gonzalez, Ethnic Studies, UC Berkeley
370. Mara Mills, New York University
371. Greg Ryan, London Metropolitan University
372. David Schmid, University at Buffalo
373. Will E. Bachar
374. Brian Goldstone, author and journalist
375. Eraldo Souza dos Santos, Cornell University
376. Meredith Farkas, Portland Community College
377. Yusra Shawar, John's Hopkins University
378. Jackson Tenclay, previous TA at Northwestern
379. Oarteze Hunter, University of California, Los Angeles
380. Eskil Elling, PhD candidate, Northwestern
381. Nicholas Rodelo, Researcher
382. Edgar Rivera Colón, University of Southern California
383. Georgios Argyropoulos, University of Stirling
384. Dominick Knowles, Ph.D., UMass Boston
385. Mark Libin, University of Manitoba
386. Carolyn Elerding, PhD, former tenure-track professor
387. Sherry Wolf, Northwestern, Class of 1987
388. Ashlyn Keefe, Individual
389. Alana Lee Glaser, Associate Professor, St Johns University (PhD, Northwestern University, Dept of Anthropology, 2015)
390. Yasser Munif, Emerson College
391. Andres Fabián Henao Castro, Political Science, University of Massachusetts Boston
392. Susan Marsh, individual
393. Ivón Padilla-Rodríguez, University of Illinois Chicago
394. Kevin Delucio, Western Washington University
395. Ali Watts, Bowling Green State University
396. Cameron, UCSF, nurse
397. Amanda Hernandez, Southwestern University
398. Ana Carolina Díaz Beltran, Assistant Professor, University of Texas Rio Grande Valley
399. Lisa Geiszler
400. Tamara Lee, Rutgers University (BSIE, Northwestern University '96)96)
401. Suzanne Abu-Shaaban, DBA
402. Cairo Dye, NU Alumni
403. Marla Arbach, per-course faculty, various institutions
404. Maria Hantzopoulos, Vassar College
405. Terri Ginsberg, Rutgers University
406. Leanne Betasamosake Simpson, Independent Scholar
407. Jairo I. Funez-Flores
408. Sinan Richards, University College Cork
409. Ira Dworkin, Texas A-M
410. Hakim Williams, Gettysburg College
411. Susan Morrissey, University of California, Irvine

AAUP-00034

412. Bharat Venkat, UCLA

413. Kristin Burnett, professor, Lakehead University

414. Caitlin Schroering, Assistant Professor, Global Studies, UNCC

415. John Palmer, Universitat Pompeu Fabra

416. Sanghyuk Shin, UC Irvine

417. Eli Meyerhoff, Duke University

418. Ryan Griffis, University of Illinois, Urbana-Champaign

419. Michael Loeb, CUNY

420. Sarah Hale, SUNY Buffalo

421. Rana Jaleel, Associate Professor, University of California, Davis

422. Melanie Richter-Montpetit, University of Sussex (UK)

423. Brian Cabral, UT Austin

424. Jih-Fei Cheng, Associate Professor, Scripps College

425. Jeff Liss, City College of San Francisco

426. David Bateman, Associate Professor, Cornell University

427. Michael Litwack, Associate Professor, University of Alberta

428. Jake mattox, Indiana university, south bend

429. Catia Cecilia Confortini, Professor of Peace and Justice Studies, Wellesley College (USA)

430. Dan Hirschman, Associate Professor, Cornell University

431. David Polanski, Independent Scholar

432. Christina Heatherton, Everett and Joanne Elting Associate Professor for Human Rights and Global Citizenship and Associate Professor of American Studies

433. Lara Cohen, Swarthmore College

434. Shama Rangwala, York University

435. Steven Louis Goldstein, Medill '15 alum, proud Jewish supporter of Dr. Thrasher

436. Jack Mirkinson, journalist

437. M. I. Bernal Uruchurtu, UAEM, México

438. Kate Quinn, University College London (UCL)

439. Ari Paul, Fairness and Accuracy in Reporting

440. Elena Shih, Manning Assistant Professor of American Studies

441. Christina Dunbar-Hester, Professor, University of Southern California

442. Angela Jones, Stony Brook University

443. Andrea Brower, Gonzaga university

444. Aria Snedegar, Northwestern '21

445. Miles Hentrup, Florida Gulf Coast University

446. Tricia Gallagher-Geurtsen, UC Santa Cruz

447. Yulia Gilich, Institute for the Critical Study of Zionism

448. Victoria C. Chávez, Northwestern University

449. Alana Lentin, Western Sydney University

450. Zareena Grewal

451. Israel Perez, U of I at Urbana-Champaign

452. Aisha Syed

453. Carolynn Ekbaeck, Graduate Student & Union Organizer, UT San Antonio

454. W. David Ball, Santa Clara Law School

455. Stephen Sheehi, William & Mary

456. Tamara Golan, University of Chicago

457. Lara Sheehi, Doha Institute for Graduate Studies

458. Becca Greenstein, Northwestern University

AAUP-00035

Supporting Dr. Steven Thrasher

459. Sophie McMillan-Myers, University of Chicago

460. Andrés Moreira, Rutgers University

461. J. Mijin Cha, UC Santa Cruz

462. Christina Hanhardt, University of Maryland

463. Nicholas Emmerson, University of Iceland

464. Randy R. Potts, journalist

465. Mostafa Minawi, Cornell University

466. Nicole Guenther Discenza, University of South Florida (but not representing it)

467. Lauren Gutterman, University of Texas at Austin

468. Maurianne Reade, Associate Professor, Northern Ontario School of Medicine University

469. Loretta Capeheart, retired Justice Studies, Northeastern Illinois University

470. Matt Weston, musician - composer

471. Analu Lopez, Librarian

472. Iyko Day, Mount Holyoke

473. Genevieve Renard Painter, Concordia University

474. Brandon Sward, PhD UChicago '23

475. Bill V. Mullen Professor Emeritus Purdue

476. Mimosa Shah, Librarian

477. Jeremy Rotner, Northwestern '14

478. Abigail Boggs, Assistant Professor, Wesleyan University

479. Lene Myong, University of Stavanger, Norway

480. Rouhollah Aghasaleh, Cal Poly Humboldt

481. Gordon Beeferman, Adjunct Professor, New York University

482. John King Associate Adjunct Professor NYU

483. Matthew Murrey, MLS - poet and retired librarian, Urbana, IL

484. Lucie Fiala, Environmental Scientist

485. Gulzar R. Charania, University of Ottawa

486. Mabel Wilson, Columbia University

487. Fereshteh Toosi, Florida International University

488. James Schamus, Columbia University

489. Tommy H. Proffitt III, individual

490. Natalie Araujo Melo, Northwestern University

491. Heike Schotten, Professor of Political Science, UMass Boston

492. Cristina Groeger, Associate Professor of History, Lake Forest College

493. Mary Rambaran-Olm, PhD, unaffiliated

494. Melissa Weiner, College of the Holy Cross

495. Deborah Armintor, University of North Texas

496. Laura Bray, University of Oklahoma

497. Celia E. Naylor, Barnard College

498. Chris Cynn, Virginia Commonwealth University

499. Courtney Joseph, Lake Forest College

500. Nahyan Fancy, DePauw University

501. Michelle Birkett, Northwestern University

502. Susan Rinkunas, independent journalist

503. Ashley Dawson, Distinguished Professor, City University of New York

504. Arionne Nettles, Florida A&M University

505. Nate Wagner, Yale University

506. Viva Butler, individual

AAUP-00036

Supporting Dr. Steven Thrasher

507. Jigna Desai, UC Santa Barbara
508. Fushcia-Ann Hoover, faculty, UNC Charlotte
509. Kathryn Macapagal, Northwestern University
510. Tom Alter, Texas State University
511. Rabab Abdulhadi, San Francisco State University
512. Fadi Ennab, Vanier Scholar, PhD Candidate, University of Manitoba
513. Ira Beare, Northwestern University
514. Maryann Blackburn, individual
515. Anthony Colella, Individual
516. Jessica Rish, DePaul University
517. Steve Rolf, University of Sussex
518. Shabana Mir, Associate Professor
519. Ethan Roberts, Calvary Presbyterian Church
520. Caroline Hugh, MPH, unaffiliated
521. Jamie Carlstone, Northwestern University
522. Sarah Lazare, journalist
523. Margaret Russell, Santa Clara University
524. Adam Murphree, PhD
525. Colleen Wynn, University of Indianapolis
526. Paul de Revere
527. Ben Manski, George Mason University
528. Ragini Shah, Suffolk University NU alum 1993
529. Nitasha Sharma, Professor of Asian American Studies and Black Studies, Northwestern University
530. Danielle Carr, UCLA
531. Violet Fox, Galter Health Sciences Library, Feinberg School of Medicine
532. Maria Arettines, CUNY
533. Ari Appel, (Washington University in St. Louis, undergraduate)
534. Isaac West, Vanderbilt University
535. Steph Brown, University of Arizona
536. Blake Stimson
537. Matthew Kovac, UC Berkeley, Medill '14
538. Theodore Tollefson, Independent Journalist
539. Matt Chorpenning, MSW - Portland State University
540. Jack E Licata, Northwestern University alumnus (B.A., 2013; J.D., 2018)
541. Naoko Shibusawa, Brown University, NU PhD
542. Amira Jarmakani, San Diego State University
543. Raia Small, MFA Candidate at San Francisco State University
544. Elizabeth Ziff, University of Indianapolis
545. Gopalan Nadathur, Professor, University of Minnesota
546. Ashley Lindsey, University of Arkansas
547. Eleanor Chung, MD, University of California-San Francisco
548. Ethan Bleemel, University of Louisville
549. Cristina Kotz Cornejo, Professor, Emerson College
550. Barry Trachtenberg, Rubin Presidential Chair of Jewish History, Wake Forest University
551. Joel Thorson, DePaul University
552. Shubhankar Kashyap, DPhil (PhD), University of Oxford
553. Kerwin Kaye, Wesleyan University
554. Luke Peterson, PhD, University of Colorado Boulder, NU Alumni (2019)

AAUP-00037

555. Henry Rogers, Northwestern University
556. Briana Markoff, Michigan State University
557. Hari Ziyad, Author and Journalist
558. Daisy Baeza
559. Sean Hanretta, Northwestern University
560. Fade Eadeh, Seattle University
561. Lyric Hathaway, Northwestern University
562. Alexander Aviña, Arizona State University
563. Natalie Kouri-Towe, Concordia University
564. Nina Farnia, Albany Law School
565. Peter Jamea Hudson, University of British Columbia
566. Joselyne Ruiz Zuniga (teacher)
567. Kim F. Hall, Barnard College
568. Erik Wade, SUNY Oswego
569. Corinna Mullin, CUNY
570. Eli Valley
571. Shaine Scarminach, University of Connecticut
572. Turner Spencer
573. Elizabeth Ford, educator
574. Desiree Poets, Virginia Tech
575. Christina Garrett
576. John Ritchie, affiliation near Washington DC
577. David Letwin, Rutgers University
578. Marianna Ritchey, Associate Professor, UMass Amherst
579. Manu Karuka, Barnard College
580. Richmond Eustis, Nicholls State University
581. Myrna Moretti, Northwestern '24
582. Jess A. Goldberg, New Mexico Highlands University
583. Qriddur, AWC
584. Sarah Smith, Anti War Committee Chicago
585. Melixa Abad Izquierdo, Farmingdale State College
586. Hilary Fung, Northwestern University
587. Nathaniel Mills, University of Minnesota - Twin Cities
588. Zach Russo, unaffiliated
589. Shannon Heffernan, journalist
590. Andreas Petrossiants, NYU
591. Amy Kristl, Northwestern University
592. Omer Aijazi, University of Manchester
593. Navid Farnia, Wayne State University
594. William Noseworthy, Cornell University
595. Bethany Letiecq, George Mason University
596. Daniel Sidorick, Rutgers University
597. George Duton, UCLA
598. Brian L. Evans, UT Austin
599. Melanie Gleason, public interest attorney
600. Megan Hyska, Assistant Professor of Philosophy, Northwestern University
601. Maria Guglielmo, Brown University
602. Michael Gallope, University of Minnesota
603. Thomas Moore, Policy Analyst

AAUP-00038

Supporting Dr. Steven Thrasher

604. Charlie Thame, Assistant Professor, Thammasat University

605. Michael Billeaux, Madison Area Technical College

606. Joe Jaggi

607. jj skolnik, journalist

608. Greg McGarry, University of San Francisco

609. Jan L Clausen. adjunct faculty, New York University

610. Natascha Chtena, Simon Fraser University

611. Tiffany N. Florvil, University of New Mexico

612. James Factora, journalist

613. Steve Held, Northwestern Alum 1995, independent journalist

614. Susan Stryker, Distinguished Visitor, Clayman Institute for Gender Research, Stanford University, and Professor Emerita of Women's, Gender and Sexuality Studies, University of Arizona

615. Caeli Kean, Anti-War Committee Chicago

616. Marcy Newman, independent scholar

617. Benjamin Hulett, Columbia University

618. Denish Jaswal, Harvard University

619. Lori Carriere, Stony Brook University

620. Jason Grote, writer

621. Sarah Gilbert, Pitzer College

622. Carrie Heckel, NU Alum

623. Zach D Roberts, Independent Photojournalist

624. Jennifer Greiman, Wake Forest University

625. Elinor Keener, Anti-War Committee

626. Hilah Kohen, University of Pennsylvania

627. Alexander Manevitz, Baruch College, CUNY

628. Seth Sanders, UC Davis

629. Jane Lehr, Professor, Cal Poly

630. Andrew Kadi

631. Lisa Uperesa, UCLA

632. Alejandra Marchevsky, Professor, California State University Los Angeles

633. Huda Ayyad

634. Elaine Chang

635. Michelle Moyd, Michigan State University

636. Ralph Ghoche, Barnard College

637. Erin White, Northeastern Illinois Alumn

638. João Florêncio, Professor of Gender Studies, Linköping University

639. May Fu, California State University, Los Angeles

640. Jessica Halliday Hardie, Hunter College CUNY

641. Mattilda Bernstein Sycamore, Author

642. Malek Abisaab, McGill University

643. James Gross Cornell University

644. Sara Heymann, Library worker

645. Sarah Elizabeth, Formerly NYU, Loyola University, UIC, DePaul University & Roosevelt University

646. Avery Gendell, Virginia Tech

647. Norma Rantisi, Concordia University

648. Marcy J. Dinius, Professor of English DePaul University, Northwestern University Ph.D. 2003

AAUP-00039

649. Omar Rahman, Fellow, Middle East Council on Global Affairs
650. Anthony Alessandrini, City University of New York
651. Carl Gelderloos, Binghamton University (SUNY)
652. Maryann Blackburn, Illinois resident
653. Laurel George, New York University
654. Juno Salazar Parrenas, Cornell University
655. Lucien Baskin, CUNY Graduate Center
656. Vivian Lu, Rice University
657. Steven Chappell, 2023 College Media Hall of Fame; 2022 Associated Collegiate Press
Pioneer Inductee;
2018 Missouri College Media Association Educator of the Year
658. Travis Chi Wing Lau, Kenyon College
659. Jordan H. Carver, Yale University
660. May Lin, Cal State Long Beach
661. Michael W. Yarbrough, City University of New York
662. Aaron Katzeman, Getty Research Institute
663. Jason Mittell, Middlebury College
664. Katherine Wilson, Fordham University
665. Haleigh Martin-Morrissey, concerned citizen
666. Charlie Wang, PhD Student, Cornell University
667. Rachele Dini, Lecturer in English and Creative Writing, Coventry University
668. Maha Nassar, University of Arizona
669. Minahil Asim, university of Ottawa
670. Heather Atherton, J.D. Candidate, Northeastern University School of Law
671. Joe Iosbaker, Chicago Alliance Against Racist & Political Repression
672. Jordana Silverstein, University of Melbourne
673. Sonia Alexander, Medill alumna
674. Naomi Braine, Professor of Sociology, Brooklyn College, CUNY
675. Ayden Scheim, Drexel University
676. Maggie Clinton, Middlebury College
677. Meena Hasan, Harvard University
678. Mika Shibuya
679. Kirsten Weld, Harvard University
680. Susila Gurusami, UIC
681. Rebecca Vaughan, CUNY, SUNY
682. Farah Ali, DePauw University
683. Brahim Aoude, professor emeritus-University of Hawaii
684. Teri L. Caraway, Professor of Political Science, University of Minnesota, Twin Cities
685. Edwin Mayorga
686. Aren Aizura, University of Minnesota
687. Don Barry, Cornell University (retired)
688. Christopher J Smith, Texas Tech University
689. Ben Calderwood, UCLA
690. Nick Okafor, Stanford University
691. David Cohen, Swarthmore College
692. Victor Pickard, University of Pennsylvania
693. Stuart Schrader, Johns Hopkins University
694. Gia Yetikyel, Northwestern University alumni
695. Marijke Hecht, The Ohio State University

AAUP-00040

696. Jaden Janak, Assistant Professor of History, St.Olaf College
697. Vernon P Nickerson, MA (BSIE, McC 1981)
698. Elizabeth Koslov, University of California, Los Angeles
699. Shannon Sotomayor, Northwestern University, Brown University
700. Caleb Smith, Brandeis University
701. Semya Hakim, St. Cloud State University
702. Rafael A. Mutis García, Labor4Palestine
703. Georgette Kirkendall
704. Ron J Smith, Bucknell University
705. Sangina Patnaik, Swarthmore College
706. Sophia Lo, Northwestern alum
707. Raya Shapiro, University of Illinois Chicago
708. Samuel P. Catlin, Visiting Assistant Professor of Jewish Thought, University at Buffalo (SUNY)
709. Celena Chong, Northwestern University
710. Christopher Sieving, University of Georgia
711. Saadia Toor, CUNY
712. Helen Smith, University of Wisconsin-Madison
713. Onn Brown, Information Professional
714. John Blank, Berklee College of Music
715. Adam Miyashiro, Stockton University
716. Zack Furness, Penn State University
717. Andrew Ginsberg
718. Rebecca Kurti
719. Amber Martin, Hunter College CUNY
720. David Helps, University of Southern California
721. Ian Alexander, Carnegie Mellon University
722. Gregg Gonsalves, Yale University
723. Brooke Lober, UC Berkeley
724. Anders Tobiason, Boise State University
725. Alicia Badea, University of Chicago
726. Abdul Hasania
727. Eliza Epstein, PhD.
728. Ari Bloomekatz, In These Times
729. Heydy Herbert, Emory University
730. Katie Risseeuw, Northwestern University
731. Jamella Gow, Bowdoin College
732. Kevin Ouyang, PhD Student, Northwestern University
733. Duane Wright
734. helen DeVinney, George Washington University
735. Mike Duncan, University of Houston-Downtown
736. Mark Minch-de Leon, UC Riverside
737. Glen David Kuecker, Professor, DePauw University
738. Frank Anthony, UCLA
739. Joshua Sealy-Harrington, Associate Professor & Chair of Equality Law, University of Windsor, Faculty of Law
740. Jonathan Jenner, University of Manitoba
741. Bikrum Gill, Virginia Tech
742. Abby Kluchin, Ursinus College

AAUP-00041

Supporting Dr. Steven Thrasher

743. Derek Pavlik
744. Amirah Ford, Northwestern University Medill Alum
745. Molly Talcott
746. Lilian Ha, Columbia University
747. Abraham Flaxman, University of Washington
748. Michelle Chen, Cornell University
749. Rahsaan Mahadeo, University of Minnesota
750. Antonio Ramirez, Associate Professor, Elgin Community College
751. Mohammad Fadel, University of Toronto Faculty of Law
752. Adam Schwartz
753. Esther Isaac, PhD Candidate, University of Chicago
754. Nicole Lopez-Jantzen, CUNY: Borough of Manhattan CC
755. Jessie Fredlund, SUNY New Paltz
756. Colin Vanderburg, New York University
757. Nick O'Reilly
758. Dan Erdman, Media Burn Archive
759. Dorotea Gucciardo, PhD, King's University College
760. Lachina McKenzie, Toronto Metropolitan University
761. Momodou Taal, cornell
762. Natalia Reyes, University of Pennsylvania
763. Suzanne Faysal  Aref AlBarghouti
764. Suzanne Kessler ( retired police officer)
765. Marina Seyffert
766. Molly Benitez, Portland State University
767. Dara Orenstein, George Washington University
768. Amanda Lapid, Northwestern alumni
769. Nicholas Holterman, Northwestern Alumnus
770. Natasha Lennard, The New School
771. Natalie Oswin
772. Ronak K. Kapadia, University of Illinois Chicago
773. Justin Flatt, Rutgers University
774. David Boyk, Northwestern University
775. Jonathan Washington, Swarthmore College
776. Alexandra Barraclough, Northwestern Medill Undergraduate and Graduate Alumna
777. Ellen Schrecker, Yeshiva University, (ret)
778. Issac Shihabi
779. Jared McCormick, NYU
780. Margaret Russell, Santa Clara University
781. Kate Zambon, University of New Hampshire
782. Scott Ritner,. University of Colorado Boulder
783. Dwight K Lewis Jr, University of Minnesota TC
784. Cathy Chu, City University of New York
785. Jennifer Goett, Michigan State University
786. Juliane Hammer, UNC Chapel Hill
787. Charisse Burden-Stelly, Wayne State University
788. Ateka Gunja
789. Esrea Perez-Bill, Northwestern University
790. Jason Horn, Medill MSJ alum ('06)
791. Risa Lieberwitz, Cornell University

AAUP-00042

Supporting Dr. Steven Thrasher

792. Jeremy Zallen, Lafayette College
793. Michael Rodríguez-Muñiz, Associate Professor of Sociology, UC Berkeley
794. Jamal Ali, Rutgers University
795. Yasmin Nair, Writer
796. Emily Thuma, University of Washington Tacoma
797. Mari Rubio, The New School
798. Andres Guzman, University of Southern California
799. Michael Anthony Turcios, Northwestern University
800. Rachel Slocum, Portland State University
801. Kate Levin, Associate Professor (Teaching), University of Southern California
802. Molly Geidel, Dartmouth College
803. Charles Fogelman, University of Illinois
804. Briallen Hopper, Queens College, CUNY
805. Kate Bronfenbrenner, Cornell University
806. Seema Golestaneh, Cornell University
807. Donatella Galella, UC Riverside
808. James Holmes, retired
809. Zeynep Korkman, UCLA
810. Naib Mian, Northwestern University
811. Héctor Alcalá, Unversity of Maryland College Park
812. Jalin Sama, Albany Medical College
813. Rae Hamilton-Vargo, Northwestern University class of 2016
814. Tannous Chalhoub, University Professor, Laval
815. Jonathan Basile, University of Toronto
816. Brendan Baum
817. Adam Spanos, University of Southern California
818. Alexandra Mathieu, Yale university
819. Tania Powers - Hofstra University - Bachelor of Arts
820. Corbin Hiday, University of Illinois at Chicago
821. Hana Masri, University of Wisconsin
822. Dina Sorour
823. Ashley Bennett, University of Southern California
824. Winona Xu, UCLA
825. John Keene, Rutgers University-Newark
826. Ashon Crawley, University of Virginia
827. Graeme Blair, UCLA
828. Isabella Schoonover, Northwestern University
829. Levi Vonk, University of Virginia
830. Darren Allumier, University of Wisconsin
831. Courtney R. Baker, Associate Professor, UC Riverside
832. Fernando Hernandez, Ventura College
833. Carlin Christy
834. Stacie Thurman, President Oxnard Educators Association
835. Elizabeth Tang, civil rights attorney
836. Sylvia Chan-Malik, Rutgers-New Brunswick
837. Jonathon Catlin, University of Rochester
838. Asma Sayeed-UCLA
839. Garrett Wright
840. Alyson K. Spurgas, Trinity College

AAUP-00043

841. Hermán Chávez, University of Colorado
842. Harris Kornstien, University of Arizona
843. Armando García, University of California, Riverside
844. Jerome Clarke, American University
845. Armando García, University of California, Riverside
846. Kelly Gillespie
847. Summer Kim Lee, UCLA
848. Annabelle Dowd, Northwestern University alumni
849. Andy Lentz
850. Claire Hancock, Université Paris-Est Créteil, France
851. Stuart Chen-Hayes, CUNY Lehman College
852. Emma Stapely, UC Riverside
853. Farid Azfar, Swarthmore College
854. Matthew Evangelista, Cornell University
855. Carol Quirke, SUNY Old Westbury
856. Elizabeth Anderson, citizen
857. Hailey Bosek, Medill Graduate Student.
858. Zachary Levenson, Florida International University
859. Nir Shafir, UCSD
860. Gail Shuck, Boise State University
861. Reginald Harris, poet & writer
862. Erin Wente, University of Nevada, Las Vegas
863. Anders Riel Müller, University of Stavanger, Norway
864. Sabreen Akhter, Associate Professor, University of Washington
865. Ruari Paterson-Achenbach, University of Cambridge
866. Jennifer Kelly, University of California, Santa Cruz
867. Francisco Perez, University of Utah
868. Professor Christine Ferguson, University of Stirling
869. Anila Daulatzai, UC Berkeley
870. Wendell Nii Laryea Adjetey, McGill University
871. Klementine Burrell-Sander, the University of Sydney
872. Aoife Dare, PhD student, University College Cork, Ireland
873. Steven McAvinue, former Paratrooper and advocate for Human Rights and fact-checking
874. Dana McLachlin, Duke University
875. Ben Ehrenreich, author
876. Keith Zelinske
877. M. V. Ramana, Professor, University of British Columbia
878. Paul O'Keefe, Rutgers University
879. Andrew Delatolla, University of Leeds
880. Mollie Goldstrom
881. Ayesha Omer, York University
882. Premilla Nadasen
883. Arlo Fosburg, UC Santa Cruz
884. Martin Shaw, University of Sussex
885. Varun Bhatnagar, Northwestern alumnus
886. Eli Friedman, Cornell University
887. Afeef Nessouli, Parsons
888. Matthew Nichter, Rollins College

AAUP-00044

889. Francesco Amoruso, University of Exeter

890. Ana Ivasiuc, University College Dublin

891. Sarah Besky, Cornell University

892. Daniel Rizk, University of Maryland

893. Ian Alan Paul, Professor Associat, Universitat Pompeu Fabra

894. Ben Shurina, Rensselaer Polytechnic Institute

895. Faye Gleisser, Associate Professor of Art History, Indiana University

896. Filip Stabrowski, LaGuardia Community College CUNY

897. Lisa Tilley, SOAS University of London

898. Maura Finkelstein, independent writer, anthropologist

899. Ian Greer, Cornell University

900. Lukas Dornieden

901. John Cox, UNC Charlotte

902. Ronald Cox, Florida International University

903. J.T. Roane, Rutgers University

904. Anand Patel, University of Chicago (Northwestern alum)

905. Christo El Morr, York University, Canada

906. Ana Maria Candela, historian (Ph.D. UC Santa Cruz)

907. Kirstie Dorr

908. Prithi Kanakamedala, Bronx Community College and The Graduate Center CUNY

909. Antonia Randolph, University of North Carolina Chapel Hill (Northwestern alum)

910. Derek Chang, Cornell University

911. Cami Touloukian, Doctoral Candidate, Teachers College, Columbia University

912. Saida Hodzic, Cornell University

913. Nancy Stern, The City College of New York, CUNY

914. Sarah Geis, lecturer Northwestern University & University of Chicago

915. Jordy Rosenberg, Professor, University of Massachusetts Amherst

916. Lindsay Thomas, Cornell University

917. Sophia Brown, FU Berlin

918. Justine Modica, Cornell University

919. Michael Kranz, individual

920. Sam Markwell, independent researcher and high school teacher

921. Mia Charlene White, The New School

922. Mark Lance, Professor emeritus, Georgetown University

923. Tarik Aougab, Haverford College

924. Ailish Hopper, Goucher College

925. Kelly Vaughan

926. Matthew Morrison, NYU

927. Anjali Enjeti, Antioch University Los Angeles

928. Farah Bakaari, Cornell University

929. Nadia Ahmad, Yale University

930. Anthony Reed, Vanderbilt University

931. Christina Burt, Evanston resident

932. Leah Bernardo-Ciddio (PhD University of Michigan '24)

933. Tey-Marie Astudillo, Medill School of Journalism Alum, M.S. 2012

934. Robert Clines, Western Carolina University

935. Ritty Lukose, New York University

936. Nanette Milner

937. Misty Saribal, Louisiana State University

AAUP-00045

938. Michelle Billies, Kingsborough Community College, CUNY
939. Shelby Capacio, Journalist
940. Amanda Holman, SESP 2021
941. David Delgado Shorter
942. Ames Robb
943. S. Ani Mukherji, HWS Colleges
944. Emma Teitelman, Cornell University
945. Randeep Samra
946. Florence Rushton, Sheffield University
947. Joseph Getzoff, Boston College
948. Shira Robinson, George Washington University
949. Rebecca Weston, LCSW private
950. Jennifer Doyle, UC Riverside
951. Wendy W. Walters, Emerson College
952. James Rushing Daniel, Seton Hall University
953. Griffin Epstein, George Brown College
954. Khaled Hroub - Professor of Middle Eastern Studies, Northwestern Univeristy/Qatar
955. Jack LaViolette, Columbia University
956. Miriam Markowitz, writer and founder of the Jewish Antifascism Alliance (JAFA)
957. Gina Chen, PhD Candidate at Carnegie Mellon University
958. Rose Werth, Northwestern University
959. David Gruskin, Columbia University
960. Tatiana Sifri
961. Kathleen Mills, Cornell University
962. Caroline Levine, Professor of Humanities, Cornell University
963. Siân Silyn Roberts, Queens College, CUNY
964. Carlos Hernandez
965. Reagan Dunham, University of Chicago
966. Dheepa Sundaram, University of Denver
967. Leila Tayeb, Northwestern University in Qatar
968. Jonathan Flatley, University of Chicago
969. Rachel Jones, City University of New York
970. Casey Mathur, UChicago
971. Sara Lefsyk, Ethel Zine & Micro Press
972. Catherine M. Appert, Cornell University
973. Marisel Vera, Novelist
974. Katherine Vallera, Freelance Journalist, Columbia College Graduate
975. Eliza Bettinger, Cornell University
976. Ebonee Johnson
977. Matt Hindman, University of Tulsa
978. Jessica Ross, Northwestern Univeristy '14 and '17
979. Kathryn Montalbano, University of Kentucky
980. Justin Rawlins, University of Tulsa
981. Elizabeth Elliott, alum, PhD Sociology, Northwestern University
982. Jenna Loyd, UW-Madison
983. Liza Bernstein
984. Hillary Haldane, Quinnipiac University
985. Heather Davis, The New School
986. Nathan Kalman-Lamb, University of New Brunswick

987. Amelia Burke, University of Michigan
988. Aparna Nair
989. Adam Haber, Harvard University
990. Gina Fedock, University of Chicago
991. Erin Durban, University of Minnesota
992. Darlene Evans, Cornell University
993. Cassandra Leveille
994. Elizabeth Dale, University of Florida
995. Professor Ranabir Samaddar
996. Lola Dickinson, Birkbeck, University of London
997. Daniel Wilson, University of Illinois Chicago
998. Patricia Sarrafian Ward, author
999. Avi Steinberg, University of Chicago
1,000. Ashley Sellers, Florida State University, Northwestern alum
1,001. Minju Bae, NYU
1,002. Jennifer Brier, University of Illinois Chicago
1,003. Anna McCarthy, NYU
1,004. Leslyn Stobbs, University of Toronto
1,005. Jieyi Cai, Visiting Assistant Professor, Macalester College
1,006. David Stein, University of California, Santa Barbara
1,007. Simeon Man, UC San Diego
1,008. Jennie Ikuta, University of Missouri-Columbia
1,009. Anjo Brekalo, UW-Madison
1,010. Gail Buttorff, University of Houston
1,011. Nick Burke, University of Sheffield
1,012. Sarah Covington, City University of New York
1,013. Zoe Smith, Loyola University Chicago
1,014. Ameena Ghaffar-Kucher, UPenn
1,015. Cynthia Cox, Northwestern University, 1987
1,016. Andrew Parayil Boge, University of Maryland, College Park
1,017. Auna Stewart
1,018. Frederick Neuhouser, Columbia University
1,019. Jean Beaman/CUNY Graduate Center and University of California-Santa Barbara
1,020. Alan Wald, H. Chandler Davis Collegiate Professor Emeritus, University of Michigan
1,021. Ariel Sheffey, Northwestern University 2020
1,022. Lois Weiner, Professor Emerita, New Jersey City University
1,023. Avik Chatterjee, Boston University
1,024. Charles Gelman, New York University
1,025. Stephen Scapelliti
1,026. Crystal Garcia, Associate Professor, University of Nebraska-Lincoln
1,027. Mark Rice, Baruch College
1,028. Jean Bae, NYU
1,029. Lewis Oh, Northwestern '22
1,030. Shannon Cutler
1,031. Angela Harris, Seattle University School of Law
1,032. Gary Krenz, NU CAS '80, retired Univ of Michigan lecturer and director
1,033. Stephen Wulff, University of Tennessee-Knoxville
1,034. Scott Williams
1,035. Kentaro Toyama, University of Michigan

1,036. Benjamin Goldfrank, Seton Hall University
1,037. Sidra Kamran, Assistant Professor, Lewis & Clark College
1,038. Kiran James, Executive Director, Kalapriya
1,039. India Hilty, University of Chicago Pritzker School of Medicine
1,040. Keith Woodward, University of Wisconsin–Madison
1,041. Stephen Charbonneau, Florida Atlantic University
1,042. Samer Ali, Associate Professor, U of Michigan
1,043. KD Thompson, University of Wisconsin-Madison
1,044. Jennifer Row, university of Minnesota
1,045. Gabriel Mercogliano, Evergreen '19, MCAD
1,046. Alan Hedrick
1,047. Jeremiah Chin, University of Washington
1,048. Shoshana Schwebel, University of British Columbia
1,049. Emmeline Kaiser
1,050. Sam Casey, Northwestern University staff
1,051. Kelly Smith-Frank, Carnegie Mellon 2011
1,052. Jake Nussbaum, The Library Company of Philadelphia
1,053. Christopher Martell, Associate Professor, University of Massachusetts Boston
1,054. V.V. Ganeshananthan, University of Minnesota
1,055. Farnoosh Fathi, Barnard College
1,056. Mobina Hashmi, Brooklyn College - CUNY
1,057. Jane Mantey, Dir. of Narrative and Cultural Strategies at Race Forward and freelance writer.
1,058. Naina Khanna, founding executive director, Positive Women's Network-USA
1,059. Michael Drexler, Professor of English, Bucknell University
1,060. Britt Rusert, UMass Amherst
1,061. Brian Sargent, University of Massachusetts Amherst
1,062. John Willoughby, Economics, American University
1,063. Elizabeth Casline, Northwestern University
1,064. Steve Fernandez, (unable to provide affiliation due to employment risk)
1,065. Megan Wilson
1,066. Alan Maass, Northwestern University, 1984
1,067. Madeline Hennessey, University of Michigan
1,068. Haley Stehulak
1,069. Prathim-Maya Dora-Laskey, Alma College
1,070. Ayasha Guerin, UCLA
1,071. David Young, Retired Educator
1,072. Megan Wilson, Clarion Alley MuralProject
1,073. Zirwat Chowdhury, UCLA
1,074. Gabriel Hetland, SUNY Albany
1,075. Yogita Goyal, Professor, UCLA
1,076. Maggie Brown, The College of Wooster
1,077. Em Gunter, Student Worker, University of Virginia
1,078. Adam Parker, journalist
1,079. R. D. Hamilton, Baruch College, CUNY
1,080. Kathleen Forslund , University of Chicago alum
1,081. Gayatri Gopinath, Professor, NYU
1,082. David Levitsky, Cornell University
1,083. Tali Ruskin, university of Pennsylvania

AAUP-00048

Supporting Dr. Steven Thrasher

1,084. Kaliris Salas, RWJMS

1,085. Ray Bush, Emeritus Uni Leeds

1,086. David Hobbs, University of Lethbridge

1,087. Melissa Barone, teacher

1,088. Robert Lynn, Texas Tech University (PhD student)

1,089. Anjelica O'Brien, SUNY Purchase 2013

1,090. Kuros Charney, William Paterson University

1,091. Jane Marcellus, writer/Medill alum

1,092. Meera Sakthivel, University of Chicago

1,093. Sondra Morin, former Northwestern Employee

1,094. Emmaia Gelman, Institute for the Critical Study of Zionism

1,095. Trevor Lies, University of Kansas

1,096. Katarzyna Bartoszyńska, Ithaca College

1,097. Jacinda Swanson, Western Michigan University

1,098. Dorothy Kim, Brandeis University

1,099. Svati Shah, Associate Professor, UMass Amherst

1,100. Julie DiCaro, Writer

1,096. Katarzyna Bartoszyńska, Ithaca College

1,097. Jacinda Swanson, Western Michigan University

1,098. Dorothy Kim, Brandeis University

1,099. Svati Shah, Associate Professor, UMass Amherst

1,100. Julie DiCaro, Writer

1,101. Miss Rosen, Journalist

1,102. Gina Morong, individual

1,103. Prof. Mario D, Garrett, San Diego State University

1,104. Jules Boykoff, Pacific University

1,105. Natalie Southwick, Medill '10 alum

1,106. Maryam Jamshidi, University of Colorado Law School

1,107. Nadia Segura, Stanford University

1,108. Matthew Thomas Miller, University of Maryland

1,109. Glenn Hendler, Professor of English and American Studies, Fordham University

1,110. Aneil Rallin, Retired Associate Professor of Rhetoric and Composition

1,111. Dr. Earl Aguilera, California State University, East Bay

1,112. Mohammed Albow, University of Denver

1,113. Kate Duva, writer

1,114. Jeff Melnick, UMass Boston

1,115. Sue Breckenridge, Northwestern University alum ('89)

1,116. Emily Fishkin, Northwestern University Class of 2016

1,117. Keona Katrice Ervin, Bowdoin College

1,118. Kelly McHugh, UNC Chapel Hill

1,119. Hannah Jackson, Northwestern alum

1,120. Shannon Gleeson, Cornell University

1,121. Shiraz Ahmed, University of Mississippi (Medill alum 13)

1,122. Maya Mikdashi, Rutgers University

1,123. Ayanna Legros, Northwestern Alumna

1,124. Ronnie Berg, individual

1,125. Daniel Olmos, Associate Professor of Sociology, CSU Northridge

1,126. Leo Parascondola, William Paterson University

1,127. Ryan Marks

AAUP-00049

1,128. Joshua Cooper, University of South Carolina

1,129. Alhaji Conteh, Hunter College-CUNY

1,130. Jennifer Ruth, Professor, Portland State University

1,131. Elena Ailes, School of the Art Institute of Chicago

1,132. Jacob Quinn Shenker, PhD, researcher

1,133. Ann Pellegrini, New York University

1,134. Emma Greenstein

1,135. Walter Meier, San Francisco State University '95

1,136. Raymond Craib, Marie Underhill Noll Professor of History, Cornell University

1,137. Karen Reyes, Medill Alum

1,138. Ernest Hardy, author/journalist

1,139. Samuel Sachs, brother and son of NU alum

1,140. Adrian Avalos, Stanford University

1,141. Dori Rodriguez, Stanford University

1,142. Rashmi Luther, Professor (retired), school of Social Work, Carleton University

1,143. Kristofer Petersen-Overton, Babson College

1,144. Nate Schmidt, PhD, IU Bloomington

1,145. Heather Freeman, PhD

1,146. Jason Read, Professor of Philosophy, University of Southern Maine

1,147. Rosalind Petchesky, Hunter College & the Graduate Center, CUNY (retired)

1,148. Johnicia Bailey, Community Member

1,149. Lukas Daniel Klausner, St. Pölten University of Applied Sciences

1,150. Asli Peker, NYU

1,151. Naka Elelleh, Northeastern University PhD

1,152. Schneur Newfield, Associate Professor of sociology and Jewish Studies, Hunter College, CUNY

1,153. Victoria Barron, Educator

1,154. Joe McComb, University of Colorado Boulder alumni

1,155. Mars Alvarez, Dartmouth College '21

1,156. Michael Letwin, former President, Association of Legal Aid Attorneys/UAW 2325; Labor for Palestine

1,157. Ian Barnard, Professor of Rhetoric and Composition, Chapman University

1,158. Jack Schimmel, class of 2019

1,159. Dr. Eamonn Crudden, Dundalk Institute of Technology, Dundalk, Republic of Ireland

1,160. Kelly Reyna, Emory University

1,161. Hồng-Ân Trương, UNC Chapel Hill

1,162. Queen Adesuyi, Partner, Reframe Health and Justice

1,163. Krishna Stone, activist

1,164. Mila Re, UC Santa Cruz

1,165. Nancy Khalil, UMich Ann Arbor

1,166. Eric Cheyfitz, Ernest I. White Professor of American Studies and Humane Letters, Cornell University

1,167. Cathy Park Hong, Professor, UC Berkeley

1,168. David Faust

1,169. Subini Annamma, Stanford University

1,170. Lauren Baker, PhD Candidate Northwestern University Department of Political Science

1,171. Merryl A. Sloane, academic editor

1,172. Chantal David, Concordia University

AAUP-00050

1,173. Alexis rodriguez, LAUSD, RGBanditos Collective Co-founder
1,174. Refia Aliyeva
1,175. David Klein, Emeritus Professor, Cal State Northridge
1,176. Kathryn Pope, Libraries staff, Columbia University
1,177. JH, University of Reading
1,178. Jill Spiker, Northwestern alum
1,179. Susan Zieger, UC Riverside
1,180. Taylor Billings
1,181. Sandra Radwan, Northwestern Alum '21, Law Student
1,182. Rebecca Cohen, Medill alumna
1,183. Beth Jenkins
1,184. Pheroze Unwalla, University of British Columbia
1,185. Julie Kliegman, Medill '13
1,186. Mohammad Anadani
1,187. Dora Segall, Northwestern alum
1,188. Barbara Strupp, Cornell University
1,189. Boutayna Chokrane, Northwestern Alum
1,190. Lina Asaad,  Graduate from Sciences Po Paris + University of Jordan
1,191. Jana AlSaad
1,192. Murad Banaji, University of Oxford
1,193. Ekin Kiyici, Yeshiva University
1,194. Loraine Frintrup
1,195. Katherine Lee, Sonoma State University
1,196. Jai Broome, University of Washington; WCAS 2013
1,197. Cameron Roberts, Northwestern University
1,198. Taylor Billings
1,199. Sarah Stark, Medill MSJ alumna and freelance journalist
1,200. Tanya Tovar, Northwestern University
1,201. Jared Hanson, individual
1,202. Andrew Bell, Cornell University
1,203. Isabella Soto, Medill '19
1,204. Molly DiTullio
1,205. Violet Barron, Harvard College
1,206. Amanda Lagji, Associate Professor Pitzer College
1,207. Nasser Abourahme, Bowdoin College
1,208. Emma Drake, Northwestern '21
1,209. Melissa Thompson, Professor of Sociology, Portland State University
1,210. Yahya Salem, Northwestern Alum
1,211. Evan Murphy, MS Colorado School of Mines
1,212. Hannah Baggenstoss, NU alum
1,213. Matt Mager
1,214. Charlotte Karem albrecht, University of Michigan
1,215. Zahir Janmohamed, Bowdoin College
1,216. Hanna Kaufman, JD, Illinois resident
1,217. Diane Bush
1,218. Christopher Berardino, UC Riverside
1,219. Jennifer L. Morgan, Professor of History, Dept of SCA, New York University
1,220. Elizabeth Wood

AAUP-00051

1,221. Irie Evans

1,222. Adam Sitze, 951 Professor in Law, Jurisprudence and Social Thought, Amherst College

1,223. Traise Yamamoto, UC Riverside

1,224. Fuson Wang, University of California, Riverside

1,225. Bianca C. Williams, Bowdoin College

1,226. Eran Zelnik, California State University, Chico

1,227. Zenia Kish, Ontario Tech University

1,228. Ranna Shahbazi, Northwestern Alum

1,229. Gabriela Dickson La Rotta, American University Washington College of Law

1,230. Francesca Martinez, NU community member

1,231. Elizabeth Wrigley-Field, McKnight Presidential Scholar and Associate Professor of Sociology, University of Minnesota, Twin Cities

1,232. Kate Ringland, University of California Santa Cruz

1,233. Linus Höller, Medill '23

1,234. Seppo Niemi-Colvin, Indiana University

1,235. Professor David Lloyd

1,236. Enid Blount Press, individual

1,237. Kevin Winkler, City University of New York

1,238. Rachel Rubin, MD, MPH, University of Illinois School of Public Health

1,239. Kera Bolonik

1,240. Sherene Seikaly, UCSB

1,241. sang kil, job suspended professor at San Jose state

1,242. Albert Armstrong, Adjunct Instructor, University of Massachusetts Boston

1,243. Colin Bossen, Distinguished Scholar, Starr King School for the Ministry1,244. Andrew Montequin, Northwestern University

1,244. Ariek Norford, Stony Brook University

1,245. Syeda Masood, Hamline university

1,246. Konstanze Kobel-Höller, journalist

1,247. Sharareh Frouzesh, UC Irvine

1,248. Sonia Hernandez, Texas A&M University

1,249. Lynn Comerford, CSU East Bay

1,250. Carolyne Thrasher, no relation to Dr. Steven Thrasher

1,251. Neha Pashankar, alumni of Northwestern University 2022

1,252. Maureen Milligan, Staff, University at Buffalo, United University Professions (UUP)

1,253. William Meaney, former SBU grad student

1,254. Xelena González, author (Medill '01)

1,255. Ken habib, Cal Poly

1,256. Max Abrams, Medill '21

1,257. Lorraine Nibut, Designing Justice + Designing Spaces

1,258. Constance Penley, Professor Emerita, University of California-Santa Barbara

1,259. Andrew Gurza, Disability Consultant

1,260. Nantina Vgontzas, City University of New York

1,261. Nerissa Russell, Cornell University

1,262. Sam del Corral, Individual

1,263. Diego Alcalá Laboy, Assistant Professor, Albany Law School

1,264. Nour El Didi, Concordia University of Montreal

1,265. Nicholas De Dominic, University of Southern California

1,266. Will Clark, Assistant Professor, San Francisco State University

AAUP-00052

1,267. Scott Tobias, The Reveal
1,268. Marta Knapstad Narlesky
1,269. Mildred Williamson, Retired HIV Services Director, Cook County Health
1,270. Rachel Kwak, UC Davis School of Law, Northwestern University Alumna
1,271. Madisyn Robinson, student
1,272. James Nealy, New York University
1,273. Emi Sawada, University of Illinois, Urbana-Champaign
1,274. Jessica Fremland, Brown University
1,275. Cormac Collins, Brown University
1,276. Eva Davis, Curator and Arts Advocate
1,277. Dylan Rodríguez, Distinguished Professor, University of California
1,278. Jill Rounds, University of Rhode Island
1,279. Kushal Gourikrishna, Northwestern University (2018)
1,280. Daria Reaven, NYU
1,281. Matthew Ritchie, Medill '22
1,282. Jason Rogers, Rogers Law Company, P.C.
1,283. Andrew Lee, University of California, Santa Barbara
1,284. Whitney Jordan, Northwestern alum
1,285. James Walker
1,286. Farshid Baghai, Villanova University
1,287. Sean Malloy, University of California, Merced
1,288. Zane Weissman, Worcester Polytechnic Institute
1,289. Gregory J Seigworth, Millersville University
1,290. Trevor Jensen
1,291. Ashley Shew, Virginia Tech
1,292. Ruth Marshall, Associate Professor, University of Toronto
1,293. Franco Barchiesi, Ohio State University
1,294. Caitlin Wood
1,295. Kate Clancy, Professor of Anthropology, University of Illinois Urbana-Champaign
1,296. Muriel Leung, California Institute of the Arts
1,297. Dan Sloan, WCAS '13
1,298. Corey Campbell, writer
1,299. Ahlam Muhtaseb, Media Studies, California State University, San Bernardino
1,300. Alexandra Andrade
1,301. Chris McGowan, Lecturer, Yale University
1,302. Natasha Raheja, Cornell University
1,303. Morgan O'Neill, University of Toronto
1,304. Maryam Kashani, Associate Professor, University of Illinois at Urbana-Champaign
1,305. Martha Jackson, Northwestern University
1,306. Paul David Wadler, Ph.D.
1,307. Kara Gillmore, colleague
1,308. MT Vallarta, Cal Poly San Luis Obispo
1,309. Claire Alexander, BSN, RN, PMH-BC
1,310. Junaid Rana, University of Illinois at Urbana-Champaign
1,311. Anthony Ratcliff, Professor of Pan-African Studies at Cal State Los Angeles
1,312. Brent Armendinger, Professor of English and World Literature, Pitzer College
1,313. Jim DelRosso, Cornell University
1,314. Jennifer Mogannam, UC Santa Cruz
1,315. Ramin Yadegari, Professor, University of Arizona

AAUP-00053

1,316. Ashraf Tubeileh, Associate Professor, California Polytechnic State University, San Luis Obispo, CA

1,317. Ahmed Deif, California Polytechnic State University

1,318. James Finley, Associate Professor, Texas A&M University - San Antonio

1,319. Devin Bryson, professor, Illinois College

1,320. Taher Saif, University of Illinois at Urbana-Champaign

1,321. Lauren Kang, The University of Chicago Pritzker School of Medicine

1,322. Richard Zili, Chicago resident

1,323. A.W. Peet, Professor, University of Toronto

1,324. Kevin A. Young, UMass Amherst

1,325. Jan Nespor, The Ohio State University

1,326. Deepa Kumar, Professor, Journalism and Media Studies, Rutgers University.

1,327. David Finkel., editor, AGAINST THE CURRENT magazine

1,328. Naib Mian, Northwestern University (Medill '17)

1,329. Millie Thayer, University of Massachusetts, Amherst

1,330. Tim Charlebois, Political Science, Northwestern University

1,331. Shannon Winnubst, Ohio State University

1,332. Sam Wrigglesworth, The Ohio State University

1,333. Ednie Kaeh Garrison, Cal Poly San Luis Obispo

1,334. Gwyneth Lonergan, Northumbria University

1,335. Shane Young

1,336. Jonathan Combs-Schilling, Ohio State University

1,337. Hunter Felt, writer

1,338. Ruth Sergel, Street Pictures

1,339. Jordan Lome, Disability Consultant

1,340. Marisol LeBrón, Associate Professor of Critical Race and Ethnic Studies at UCSC

1,341. Wendi Williams, Medill School of Journalism alum

1,342. Mark S. James

1,343. Charles Schultz IV, Northwestern University Alumnus

1,344. Ross Smith, Vancouver Public Library, CUPE 391

1,345. Reese Owens, Northwestern University

1,346. Leila Kawar, University of Michigan

1,347. K Ware, parent of enrolled Northwestern University Student

1,348. Lauren Manning, Medill '13

1,349. Sarah Unruh, University of Minnesota

1,350. J. E. Vidal

1,351. Maria Bustillos

1,352. Alyssa Baldridge, UNL alum

1,353. Ann Russo, DePaul University

1,354. Luke Jarzyna, graduate student

1,355. Kelly McElroy, Associate Professor, Oregon State University

1,356. Sophia Artola, WCAS 22

1,357. Javier Osorio, University of Arizona

1,358. Mahruq Khan, U of IL, Urbana-Champaign

1,359. Daisy Conant, Medill '22, thesis advisee of Dr. Thrasher (and winner of the Carl Smith Prize for Best Thesis in American Studies, an award I largely attribute to Dr. Thrasher's guidance)

1,360. Laura Kina, Professor, The Art School, DePaul University

1,361. Marji Mendelsohn-parent of 2NW alums.

AAUP-00054

Supporting Dr. Steven Thrasher

1,362. Malini Ranganathan, American University
1,363. Jian Neo Chen, The Ohio State University
1,364. Dylan Stillwood, Columbia University alum, CC '04
1,365. Margaret Miller, CUNY Graduate Center and Brooklyn College
1,366. Mark Berrettini, Professor, Portland State University
1,367. Noe Pliego Campos, Assistant Professor of History, Wabash College
1,368. Matt Kavanagh, Okanagan College
1,369. Lydia Saravia, DePaul University
1,370. Sarah Irving, University of Staffordshire
1,371. Sarah Shulist, Queen's University
1,372. Nakho Kim, Drexel University
1,373. Dan Hu, Medill '23
1,374. Arben Kalziqi, PhD, Georgia Tech '19
1,375. Ruha Benjamin
1,376. Liam Lecka, Medill '21
1,377. Rachel G Riskind, Guilford College
1,378. Mel Katz, The College of New Jersey
1,379. Chaz Baker, Mass College of Liberal Arts
1,380. James Tobias, UC Riverside
1,381. Emma Follman, PhD Candidate, Stanford
1,382. David K. Seitz, Harvey Mudd College
1,383. Noe Montez, Emory University
1,384. Katelyn Taylor, Northwestern University
1,385. Michael Palm, UNC-Chapel Hill
1,386. Sky Minkoff, student, SUNY Oswego
1,387. Dana Knisely-Southerland, Individual
1,388. Dror WARSCHAWSKI, Sorbonne Université, Paris, France
1,389. Jasmin Patrón-Vargas, Texas A&M University
1,390. The Rev. Jarrett Kerbel (NU 89, CAS)
1,391. Dana Francisco Miranda, University of Massachusetts Boston
1,392. Stephanie Flores Loyola University MD
1,393. Constance Istratescu, JD, GGU School of Law
1,394. Emily Runde, Columbia University
1,395. Olivia Stent, Northwestern University
1,396. Masa Dajani, Queen's University
1,397. Dr. Randa Tawil, University of Washington
1,398. Rossa Coyle, Student, Queen's University Belfast
1,399. Greg Peshek (Northwestern Alumni 2013)
1,400. Matt Hauske, Purdue University
1,401. Caryn Bell
1,402. Sara Rezvi, Dominican University
1,403. Ellis Garey, Postdoctoral Fellow, Brown University
1,404. Andrew Cornell, PhD, New York University
1,405. Maya Hislop, Cal Poly San Luis Obispo
1,406. Taylor Bell, University of California, Davis
1,407. J. T. Huitt, Angry
1,408. Gary Hoyano
1,409. Natalia Cecire, University of Sussex
1,410. Jocelyn Leitzinger, University of Illinois Chicago

AAUP-00055

1,411. Tosten Burks, Los Angeles Review of Books
1,412. Eli Lichtenstein, Lewis & Clark College, Northwestern Alum
1,413. Alex Sher, Northwestern University (Medill 2018)
1,414. Matthew Blesse, Individual
1,415. Adam Gordon, Assistant Professor, Northwestern University
1,416. Kelly McKinney, John Abbott College
1,417. Rebecca Dickinson, University of Northern Iowa
1,418. Marios Falaris, Johns Hopkins University
1,419. Mary Wong, University of New Mexico
1,420. Ashara Ekundayo, Artist As First Responder
1,421. Kendra Calhoun, University of Illinois, Urbana-Champaign
1,422. Anup Grewal, University of Toronto
1,423. Anna-Claire Steffen, UMass Amherst
1,424. Constance Gordon, San Francisco State University
1,425. Carrie Matthews, Assoc. Teaching Prof, UW Seattle
1,426. Matthieu Chapman, SUNY New Paltz
1,427. Eliot Cardinaux, Individual
1,428. Neil deMause, journalist
1,429. Denise M. Walsh, University of Virginia
1,430. Diana Casteel, University of Illinois at Chicago
1,431. Alexander Wallace
1,432. Abou Farman, The New School
1,433. Ivan Albertson, Northwestern University
1,434. Sheila Orr
1,435. Ben Curtis, Rhodes College
1,436. Ranita Ray, University of New Mexico
1,437. Ellen Dichner, City University of New York
1,438. Sarah Gessler, Concerned Citizen
1,439. Samer Hassan, Harvard
1,440. Ann Douglas, author
1,441. Natalie Lin, Medill '22
1,442. Nina Harawa at UCLA
1,443. Annelise Orleck, Dartmouth College
1,444. David Kanj, UC Berkeley
1,445. Anne Mahady, PhD (IU alumni)
1,446. Alexandria Ramos, University of Washington (Seattle)
1,447. Victoria Reyes, University of California, Riverside
1,448. Tamara Malhas, University of British Columbia
1,449. Iman Alfayez, Toronto Metropolitan University
1,450. Zein Haj Hasan, University British of Columbia
1,451. Mirian Martinez-Aranda, Sociology, UC Irvine
1,452. Greg Purcell, UMass Amherst
1,453. Angela Inferrera,
1,454. Daniel Abbe (WCAS 2006)
1,455. Axeen James
1,456. Kayla Little, Northwestern University
1,457. Julilly Kohler Hausmann, Cornell University
1,458. Susanna Collinson, UCSC
1,459. Matthew Farish, University of Toronto

AAUP-00056

1,460. Myca Treat
1,461. S. Shimono, UC Berkeley
1,462. Joan S. M. Meyers, Cal Poly, San Luis Obispo
1,463. Andrea Denny-Brown, University of California, Riverside
1,464. Soo-Young Kim, Princeton University
1,465. Erika L. Iverson
1,466. Hilary Strang, University of Chicago
1,467. Laila Sheereen Sakr, UCSB
1,468. Ahmed Elbanna, University of Illinois
1,469. Jade Pagkas-Bather, Assistant Professor of Medicine
1,470. Pedro Alonso Serrano, MPH, CPH
1,471. Jennifer Cypher, PhD
1,472. Laura Quilter, Librarian & Attorney, University of Massachusetts Amherst
1,473. Tristan Cabello (Senior Lecturer, The Johns Hopkins University)
1,474. Zach Watson, University of Virginia
1,475. Alicia Boyce, PhD, Chapman University
1,476. Vivian Yan-Gonzalez, Chapman University
1,477. Alex Chun, Brown University
1,478. Maria Pyra, Northwestern University
1,479. B Waid, CSU Fullerton
1,480. Anna Carvlin, Eastern New Mexico University
1,481. Erika Marin-Spiotta, UW-Madison
1,482. soto jesus
1,483. Brett Story, University of Toronto
1,484. Amber Larks, Washington State University
1,485. Audrey Zhou, Northwestern University '25
1,486. Robin L. Turner, Butler University
1,487. John Gianvito, Emerson College
1,488. Julia Bernier, W&J College
1,489. Nels Highberg, University of Hartford
1,490. Naomi Schneider, University of California
1,491. Natalie Oswin, University of Toronto
1,492. Pamela J. Smock, University of Michigan
1,493. Kendall Thomas, Columbia University
1,494. Faisal Chaudhry, University of Massachusetts
1,495. Brittney Cooper, Rutgers University
1,496. E. Wayles Browne, emeritus, Cornell University
1,497. Barry Eidlin, Associate Professor of Sociology, McGill University
1,498. Jay Jordan, University of Utah
1,499. Ishan Santra, Michigan State University
1,500. Sherryl Kleinman, Professor Emerita, UNC
1,501. Charlotte Jacobs, adjunct associate professor, University of Pennsylvania
1,502. Jodi Howard, Northwestern University 1991
1,503. Mandi Spishak-Thomas, Rutgers University
1,504. Lauren Bailey, NYU '99
1,505. Javiera Barandiaran, UCSB
1,506. Anna Anthropy, DePaul University
1,507. Fatima Suarez, UNLV
1,508. Martin Hunter, Senior Lecturer, Biomedical Engineering, UMass Amherst

AAUP-00057

1,509. Jevan Hutson, University of Washington
1,510. Patricio Boyer, Davidson College
1,511. Ruhan Nagra, University of Utah
1,512. Fatima Suarez, UNLV
1,513. Maile Arvin, University of Utah
1,514. James G. Buell, Ph.D., Independent Researcher
1,515. Sara Johnson, Moore College of Art & Design alumna
1,516. Dalton Lackey, University of Maryland
1,517. Cynthia Wu, Indiana U
1,518. Lauren May Washington, Northwestern University Alum
1,519. Krystal Alvarez-Hernandez, Northwestern University
1,520. Heba Khalil, Nebraska Wesleyan University
1,521. Zoë Plakias, Western Washington University
1,522. Franco Posa, McCormick 2016
1,523. Cole Sias, Northwestern University '22 and '25
1,524. Helen Lee, Medill School of Journalism 2018
1,525. Varda Nisar, Concordia University
1,526. Kamel Awayda, UCSF
1,527. Laura Blecha, Associate Professor, University of Florida, NU alum ('05)
1,528. John Hames, PhD
1,529. Morgan Amonett, Graduate Student, University of Virginia
1,530. Mary Moussa, Hunter College
1,531. Christina Connerton, none
1,532. Julie Ming Liang, Northwestern University Alum
1,533. Kristin Meekes, Ottawa ON
1,534. Michael Angland, Northwestern University
1,535. Naomi Banuelos-Lozano, MA University of Macedonia, BA NU
1,536. Kaya Baker
1,537. David Srouji, UC Irvine, USC
1,538. Foaad Khosmood, California Polytechnic State University
1,539. Tosten Burks, Medill '15
1,540. Raphaëlle Fourlinnie, EHESS, France
1,541. Ian Walling, Whitman College
1,542. Brian Shuve, Harvey Mudd College
1,543. P. Kerim Friedman, National Dong Hwa University, TAIWAN
1,544. Jude bawalsa
1,545. Ann E. Lopez
1,546. Maria Paz Noyen, writer
1,547. Sayeedul Islam Associate Professor Farmingdale state college
1,548. Jodi A. Byrd, University of Chicago
1,549. Mara Kelly, Northwestern University '21
1,550. Atalia Omer, The University of Notre Dame
1,551. Rachel Burten, University of Massachusetts Amherst
1,552. Abbas Khan, Medill alum
1,553. Sole Anatrone, Vassar Collehe
1,554. Connie Chow
1,555. Jessica Cook-Qurayshi, DePaul
1,556. Diane Johnson, Ph.D., independent scholar
1,557. Michael McIntyre, Associate Professor of International Studies, DePaul University

AAUP-00058

Supporting Dr. Steven Thrasher

1,558. Michael Rogerson, NU Alum
1,559. Alex Sayf Cummings, Georgia State University
1,560. Megan Unden, UCSB & Rutgers alum
1,561. Douglas Struck, Senior Journalist-in-Residence, Emerson College
1,562. Taina Maki Chahal, Lakehead University
1,563. Tatiana Anoushian, Northwestern University
1,564. Kathleen Brown, University of Michigan
1,565. Alexandria Boutros, DePaul Alumni
1,566. Laura Tanenbaum, LaGuardia Community College/City University of New York
1,567. Chad Anderson, Incheon National University
1,568. Aaron Dorman, Medill alum and journalist
1,569. Ariel Mae Lambe, University of Connecticut
1,570. Chris Robinson, Clarkson University
1,571. Matt Lazio MD, NU WCAS '01
1,572. Susan Bernofsky, Professor, Columbia University
1,573. Ramon Esquivel, California Polytechnic State University, San Luis Obispo
1,574. Meghan A. Watts, PhD Student, North Carolina State University
1,575. Charlotte Tauss, Northwestern Alum
1,576. Albert Stabler, Illinois State University
1,577. Seth Uzman, PhD Student, University of Houston
1,578. Felice Blake, UC Santa Barbara
1,579. Ishan Daya, Northwestern University ('13)
1,580. Christie Toth, University of Utah
1,581. Laila Farah Depaul University
1,582. RiShawn Biddle, Dropout Nation
1,583. Lewis Rosenbaum, individual
1,584. Alexandra Gjesdahl
1,585. Reza Talebi, University of Leipzig
1,586. Sahar D. Sattarzadeh, University of Texas at Arlington; Nelson Mandela University
1,587. Anwar Samad Montgomery, Northwestern Alum C/O 2022
1,588. Yarden Azoulay Katz, University of Michigan
1,589. Alexis Morin, M. Div '24, Union Theological Seminary
1,590. Layna Hong, Northwestern University
1,591. Dr. Emily B. Wong, Africa Health Research Institute
1,592. Ashley Quiterio, Northwestern University
1,593. Chris Baker, Loyola University Chicago
1,594. Andrew McCumber, Virginia Tech Sociology
1,595. Drew Broussard, Rough Draft Bar & Books / Literary Hub
1,596. Romeo Guzman, Claremont Graduate University
1,597. J. Giacalone, Public School Teacher
1,598. Jorge Zeballos, individual
1,599. Deen Sharp, LSE
1,600. Dusty Baker, Northwestern University
1,601. Chance Douglas, Riverside Culinary Academy '21
1,602. Evelyn zermeno, uci alum
1,603. Matthew Cunningham-Cook, NewsGuild-CWA rank and file
1,604. Allyson Byers, Northwestern University, Medill School alum
1,605. Sana Saeed, independent journalist
1,606. Dr. B. Richard Cook, emerita

AAUP-00059

Supporting Dr. Steven Thrasher

1,607. Fatima Zaheer, Northwestern University 2009
1,608. Adam Pumm, WCAS '10
1,609. Nida Pervez, Northwestern University
1,610. Dylan Flesch, New York Public Radio
1,611. Sana Ali, Northwestern University
1,612. Matt O'Driscoll, reader
1,613. Bassel Ghandour, University of Southern California Alum
1,614. Manal Saleh, NU Class of 2016
1,615. Sarah Shaaban, NU SoC 2012
1,616. Imane Ridouh, Northwestern University
1,617. Heather White, Northwestern University
1,618. Hibah Shariff, Medill 2009
1,619. Scott Kelley, San Diego State University
1,620. Michelle Felix, photographer
1,621. Ariana Thompson-Lastad, University of California San Francisco
1,622. Xiaobo Yuan, Whitman College
1,623. Beth Herbel-Eisenmann, Michigan State University
1,624. Nour Saudi, CUNY Journalism School alum and journalist
1,625. Melissa Phruksachart, Assistant Professor, University of Michigan
1,626. Amanda Fanniff, Northwestern alum
1,627. David A. Briggs
1,628. Karen Sewick
1,629. Ingrid Semaan, University of Connecticut
1,630. Rachel Klein, USC
1,631. Rebecca Givan, Rutgers University
1,632. Brittany Croone, Northwestern alumna
1,633. Sarah Dar, WCAS '09
1,634. Jisoo Kim, University of the South
1,635. Gabriella Martinez, Baldwin Wallace University
1,636. Asma Ahmad, Medill 2010
1,637. Imoye Francis, Individual
1,638. Alissa Weber
1,639. Loren March, York University
1,640. Lydia Platón
1,641. Delaney Glassner, Northwestern alum
1,642. Mariana Gutierrez Lowe, Northwestern University
1,643. S Tanaka Independent Scholar
1,644. Syed Ali, Long Island University
1,645. Shawna Williams, freelance journalist
1,646. Fizza Joffrey, University of Oxford
1,647. Alida Bouris, Associate Professor, University of Chicago
1,648. Professor Priyamvada Gopal
1,649. Dave Lambert, unaffiliated
1,650. Pantea Javidan, Stanford University
1,651. Christopher Alario, librarian, Northwestern University in Qatar
1,652. Ahmad Haidar, McGill university
1,653. Adam El-Sayed, Carleton University (23')
1,654. Steven Pierce, University of Manchester
1,655. Lauren Stokes, Northwestern University

AAUP-00060

1,656. Alan Aja, Brooklyn College (CUNY)

1,657. Catherine Denial, Knox College

1,658. Dr. Pauline Strong, U of Texas at Austin

1,659. Patricia Alessandrini, Rieman and Baketel Fellow for Music, Radcliffe Institute for Advanced Studies, Harvard University

1,660. Paula Fernandez

1,661. Mathew Foresta, Writer

1,662. Claudia Calhoon, CUNY York College

1,663. Jessica Becker, individual

1,664. Kenn Vance, John Jay College CUNY

1,665. Ann Braithwaite, University of Prince Edward Island

1,666. Nathan Tempey, journalist

1,667. Kevin Gannon, Queens University

1,668. Kirk Ahrens, individual

1,669. L.H. Roper, State University of New York–New Paltz

1,670. Jamie McHugh, independent researcher

1,671. Derek Newman, Harvard University '90

1,672. Jaclyn Michael, University of Tennessee at Chattanooga

1,673. Sarah Sophie Flicker

1,674. Dr. Sara Fadlalla, Northwestern University 2011

1,675. Alice Finen, Mistwood Educational Center

1,676. Nishant Shahani, Washington State University Vancouver

1,677. Kaelin Rapport, Northwestern Alum

1,678. Jennifer Ibarra, Northwestern alum

1,679. John Maerhofer, Rutgers

1,680. Stella Linder Byrne

1,681. Heather Jaber, Northwestern University Qatar

1,682. Trisha Remetir, UC Riverside

1,683. Max Cavitch, University of Pennsylvania

1,684. Amit Baishya,Associate Professor, English, University of Oklahoma

1,685. Katherine Gillen, Texas A&M University-San Antonio

1,686. Layla Williams, OU

1,687. Nesrine Chahine, TTU

1,688. Ashley Hope Pérez, The Ohio State University

1,689. Hannah Manshel, University of Hawaii Mānoa

1,690. Raj Chetty, St. John's University

1,691. Howard Brick, Professor Emeritus of History, University of Michigan

1,692. Jackson Smith, University of Oregon

1,693. Sharon Conlon, individual

1,694. Aditi Adve, Northwestern University

1,695. Ashvin R. Kini, Stonehill College

1,696. Min Song, Boston College

1,697. Valerie Booth, Teaching Professor, Drexel University

1,698. Laura Mauldin, University of Connecticut

1,699. Sofía Sánchez, Medill '21, Presented at the American Studies Association after I report I wrote in Dr. T's FIRST class at NU was accepted under his critique and mentorship

1,700. Iszy Hirschtritt Licht, Northwestern University 2015

1,701. Maris Kreizman

1,702. Mingwei Huang, Dartmouth College

AAUP-00061

Supporting Dr. Steven Thrasher

1,703. Dominique Heinke, Northwestern 2007

1,704. Catherine Ndovu, Northwestern University

1,705. Maud McInerney, Haverford College

1,706. Jose Camacho, University of Illinois Chicago

1,707. Dina Sorour

1,708. Megan Teramoto, Pritzker School of Medicine student

1,709. Alessandra Springmann, PhD, individual researcher

1,710. Mary Beth Campbell, individual

1,711. Catherine Morrison, University of Rhode Island

1,712. Matthew Shields, Assistant Professor of Philosophy, Wake Forest University

1,713. Andy Carr, The New School

1,714. King Kaufman, journalist, formerly San Francisco Chronicle, Salon.com, Bleacher Report

1,715. Iris Swarthout

1,716. Knar Gavin, University of Pennsylvania

1,717. Richard Estes, Attorney, Sacramento, CA

1,718. Sal Nicolazzo, UC Davis

1,719. Liam O'Loughlin, Capital University

1,720. Scott Gordon, publisher at Tone Madison and Northwestern alum

1,721. Stanley Thangaraj

1,722. Faith Kares, Northwestern Alum

1,723. Soteria Reid, Northwestern University c/o '21

1,724. Emily Van Duyne, Associate Professor of Writing, Stockton University

1,725. Faria Kamal, Assistant Professor. Columbia University Medical Center

1,726. Saffron Turner, individual

1,727. Noah Tamarkin, Cornell University

1,728. Johanna Riordan, Haverford College Libraries

1,729. Sean Tucker, Professor, University of Regina (Canada)

1,730. Nicole Lopez-Jantzen, Associate Professor of History, Borough of Manhattan CC

1,731. Aviva German, University of Toronto

1,732. Marc Spooner, University of Regina

1,733. Joe Wachter, Harper College

1,734. Danielle Allor, Visiting Assistant Professor, Haverford College

1,735. Que-Lam Huynh, CSU Northridge

1,736. Andie Tipton, Northwestern Class of '24

1,737. Alan Cordle Villegas, Faculty Librarian, Portland Community College

1,738. Ayesha Lat, Northwestern University class of 2022

1,739. Robin Ganev, University of Regina

1,740. Jeannine Tang, Assistant Professor, NYU

1,741. Elyse Crystall, UNC-Chapel Hill

1,742. Sukanya Mukherjee, Architect and Filmmaker

1,743. Tammy Kim, writer

1,744. James Huynh, Assistant Professor of Health Management & Policy, University of Michigan

1,745. Sara Tolbert, Univ of Canterbury

1,746. Trude Bennett, UNC Chapel Hill

1,747. Vorris Nunley, Associate Professor of English and Black Study

1,748. William Richardson

1,749. Carole Boyce Davies, Professor emerita Cornell University

AAUP-00062

1,750. Eleanor Craig, Emory University
1,751. Matthew Ezzell, James Madison University
1,752. Nazia Kazi, Stockton University
1,753. Lounes Chikhi, CNRS, Toulouse
1,754. Jay M. Smith, University of North Carolina-Chapel Hill
1,755. Anisa Mian, Northwestern University '15
1,756. Tyler Jeremiah, Indiana University Northwest
1,757. Matthew J. Smith, Alma College
1,758. Lucila Vargas, University of North Carolina at Chapel Hill
1,759. Layan Masri, Virginia Tech
1,760. Keerthi Yalamanchili, Northwestern alum (2021)
1,761. Alexsandria Sánchez, Northeastern Illinois University
1,762. Jacinda Tran, Harvard University
1,763. Levon J Polinelli, film producer
1,764. Emily Morris, Northwestern class of 2017; University of Michigan
1,765. Amanda Lanthorne, San Diego State University
1,766. Michael Schwalbe, Professor Emeritus, North Carolina State University
1,767. leslie j yerman
1,768. Marcela Alvarez, University of Illinois Urbana-Champaign
1,769. Musa Syeed, Harvard University
1,770. Crystal Rudds, University of Utah
1,771. Jeffrey Gonzales, Individual
1,772. Samantha Iyer, Fordham University
1,773. Ricky Baldwin, union organizer
1,774. Grace Li, University of Chicago
1,775. Robert W. Barrett, Jr., University of Illinois at Urbana-Champaign
1,776. Matt Ferrel, concerned citizen
1,777. Daniella Tello, Northwestern University
1,778. Catherine Skeen, University of Chicago alumna (AB, MA, PhD)
1,779. Nora Livesay, University of MN
1,780. Ruby Phillips, Northwestern Class of 2020 Alumni
1,781. Natalie Vazquez (Northwestern 2020)
1,782. Catherine Henderson, IWMF, Northwestern '21
1,783. Alexander Chee, Professor of English and Creative Writing, Dartmouth College
1,784. Kaitlyn Maloney, Individual
1,785. Mark Bray, Rutgers University
1,786. Janet Lee, Northwestern alumni
1,787. Daniel D. Kelson, Astrophysicist
1,788. Luodan Rojas, Medill 2020
1,789. Elon Green, writer
1,790. Leslye Guadian, Northwestern University '22
1,791. Allyna Mota Melville, Northwestern Medill alum '19
1,792. Annette Braden-Rozier
1,793. Betsy Wilson, Evanston business owner
1,794. Neha Samuel, University of Illinois Urbana Champaign
1,795. Alethea Deyhle, Evanston born and raised, student at University of Illinois Urbana-Champaign
1,796. Adhy Kim, Cornell University
1,797. Christine Karatnytsky, independent theatre archivist

AAUP-00063

1,798. Alyssa Hadley Dunn, Professor of Curriculum and Instruction, University of Connecticut

1,799. Ross Dispenza, Columbia Law School

1,800. Jonathan Rosa, Stanford University

1,801. Bench Ansfield, Temple University

1,802. Anna Guevarra, University of Illinois Chicago

1,803. Timothy Lombardo, University of South Alabama

1,804. Brian Connolly, University of South Florida

1,805. Ann Russo, Professor, DePaul University

1,806. Judith Roeder, SESP Alum

1,807. Nikhil Rao, Harvard University

1,808. McKenzie Scott

1,809. Faith Lazar, Yale

1,810. Jennifer Brody, Harvard Medical School

1,811. Sameer ud Dowla Khan, Reed College

1,812. Michael Galvan

1,813. Jessica Tanner, UNC-CH

1,814. Karlyn Koh, CUNY/LaGuardia

1,815. Dr. Kirt Cundick, Licensed Psychologist

1,816. Matthew Ellis, Portland State University

1,817. Hope McCaffrey, Northwestern University

1,818. Brian Marcus, University of British Columbia

1,819. Adam Mahoney, Medill'20

1,820. Dagmawi Woubshet, University of Pennsylvania

1,821. Tylor Brand, Trinity College, Dublin

1,822. Aree Worawongwasu, University of Hawai'i at Mānoa

1,823. Jeremy Littau, Lehigh University

1,824. Kelda Choc

1,825. Francine Almash

1,826. Elyana B. Walling, University of Texas at Austin Moody College 2014

1,827. Laura Jaliff, Northwestern University

1,828. Yiping Xia, Texas A&M University

1,829. Alex Schlehuber

1,830. Abhi Ramakrishnan, Northwestern University

1,831. Elliott Prasse-Freeman, National University of Singapore

1,832. Kelsey Wright, Northwestern University

1,833. Ariel Halle, Northwestern

1,834. Ria Almo, Northwestern University

1,835. Madeleine Vessely, Northwestern University Graduate Worker

1,836. Diane L. Moore, Harvard Divinity School

1,837. Carolynn Gonzalez, Northwestern University

1,839. Joshua Craft, Northwestern University

1,840. Madeleine Straubel, UNC Chapel Hill

1,841. Neethu Nazar, Northwestern University

1,842. Katherine Furl, UNC Chapel-Hill

1,843. Gulrana Syed, MD, Northwestern Medicine

1,844. Braxton Brewington, UNC Chapel Hill

1,845. Chelsie Greene, Northwestern University

AAUP-00064

Supporting Dr. Steven Thrasher

1,846. Jori Mills, Northwestern University
1,847. Josephine Ong, Dartmouth College
1,848. Jake Pyne, York University, Toronto, Canada
1,849. Steph Tuazon, UCLA
1,850. Irene Siegel
1,851. Amelia Parenteau
1,852. Sarah Aie, Northwestern Medill '24
1,853. Madeline Farr, Northwestern University
1,854. Grace Kulas, Northwestern University '24
1,855. Chen Chen, University of Connecticut
1,856. Judy Lawrence, Northwestern University
1,857. Cedar Turner, Northwestern University '24
1,858. Hope Mcknight, Northwestern University '24
1,859. Seth Lauver, Northwestern Bienen '23
1,860. Natalie Piehl, Northwestern University
1,861. William Matchett, St. Olaf College
1,862. October Krausch, adjunct faculty & journalist
1,863. Steve Bennett, Western Washington University
1,864. Noelle Dubay, University of Maine Farmington
1,865. Tiffanie Green, Medill BSJ '10
1,866. Gundeep Singh, Cornell University
1,867. Kimberly Robertson, Professor, California state  university long beach
1,868. Mary Maddux, Iowa State University
1,869. Giancarlo Sena
1,870. Anand Vaidya, Reed College
1,871. Cory Johnson, Northwestern University
1,872. Alexandra Carter, Humboldt State Alumni
1,873. Cate Be, Humboldt for Palestine
1,874. Tyler Wall, University of Tennessee
1,875. Travis Linneman
1,876. Michelle Brown, University of Tennessee
1,877. Judah Schept, Eastern Kentucky University
1,878. Jon Shefner, University of Tennessee
1,879. Kim Rybacki, SUNY
1,880. Alejandra Carrillo, JD/MBA Candidate 2025
1,881. Tarek Loubani, Western University
1,882. Gabrielle Bozarth, JD-PhD Candidate The University of Chicago
1,883. Andrea Bartz, Northwestern University '08
1,884. Lisa East, University of Tennessee
1,885. Meghan Conley, University of Tennessee
1,886. Natalie Tuseth, University of Chicago
1,887. Bill McClanahan, University of Tennessee
1,888. Katja Stroke-Adolphe, law student, University of Chicago
1,889. Emily Krebs, Fordham University
1,890. Martha Copp, East Tennessee State University
1,891. Joseph Vess, Medill 2001
1,892. Nathan Reeves, University of Tennessee (Bienen '24)
1,893. Abigail Neill, University of Chicago
1,894. Vincent Mousseau, Dalhousie University

AAUP-00065

1,895. Roger Freedman, U. of California, Santa Barbara
1,896. James Suazo, CSULB, UCLA
1,897. Christine Ferguson, University of Stirling
1,898. Charles Post, Graduate Center-CUNY
1,899. Callum Goetz, Northwestern University
1,900. Marwa Tahboub, Northwestern University
1,901. Tabor Whitney, PhD Candidate Northwestern University
1,902. Jorin Graham, Graduate Worker, Northwestern University
1,903. Emily Anderson, Metropolitan Community College
1,904. Chenjerai Kumanyika, NYU Journalism, AAUP
1,905. Jay Cowit, New York University
1,906. Raul Mata Jr., University of Texas at San Antonio, College of Engineering, Class '16
1,907. Daisy Hernández, Northwestern University
1,908. Helen Poynton, Professor, UMass Boston
1,909. Bebel DeMoura Nilo
1,910. Francesca Hyatt, CUNY-Queens College
1,911. Junior C- University of Texas at San Antonio
1,912. Ryan B. Morrison, University of Michigan
1,913. Ashley Clark
1,914. Kelsey Rodgers, UT Austin
1,915. Talila A. Lewis, Esq.; independent public scholar
1,916. Franklin Bell, Evanston resident
1,917. Rayyan Najeeb, Northwestern University
1,918. Neeti Madan, Medill '89
1,919. Yuki Miyamoto, DePaul University
1,920. David Lawton, Professor emeritus, Washington University in St Louis,
1,921. Kay Whitlock, Co-Author, "Queer (In)Justice" & "Considering Hate"
1,922. Susanna Kemp, Medill '22
1,923. Paul McEwan, Muhlenberg College, Northwestern '03
1,924. ronit kitei, alumni
1,925. Michelle R. Martinelli, Medill MSJ, 2016
1,926. Gesina Phillips, Carnegie Mellon University
1,927. Ananth Shankar, Northwestern University
1,928. Michael Harris, Columbia University
1,929. Anna Piela, Northwestern University
1,930. Larkin Stephanos, Northwestern University
1,931. Newland F. Smith, 3rd  Librarian Emeritus Seabury-Western Theological Seminary
1,932. Karin Ruetzel, PhD.
1,933. Gavin Farrow, DePaul University, Resident of Evanston, IL
1,934. Morgan Willison
1,935. Anna Piela, Northwestern University
1,936. Anna Borges, Northwestern Medill '14
1,937. Timothea Papas, NU '67
1,938. Beth Brady
1,939. José Moya, Phd
1,940. Max Sullivan, Medill student
1,941. Ayesha Rahman, Northwestern University, 2019
1,942. Robin Brown
1,943. Mariah Garcia, Attorney and Evanston Resident

AAUP-00066

1,944. Sophia Heath, Northwestern University, Class of 2026

1,945. Kyra Martinez, University of Tennessee

1,946. Asiyah Arastu, Northwestern University

1,947. Justin Liu, Northwestern University '20

1,948. Michelle Bueno Vásquez, Northwestern MS and PhD Candidate

1,949. Erin Bosack, Chicago Area Peace Action (CAPA)

1,950. Camille Beredjick, Medill '13, Medill Equal Media Project Editor-in-Chief

1,951. Paul Farrand, Evanston Reisdent

1,952. Paul O'Connor, Northwestern University

1,953. Heather Shaughnessy, Free Palestine

1,954. Ash Capirala

1,955. Kirby Anwar, CUNY

1,956. Nneoma Adaku, Harvard University

1,957. Nadira Long, Northwestern University '14

1,958. Caitlin Jones, UConn Law

1,959. Zoe Lewis, Northwestern University, Class of 2025

1,960. Wynn Graham Northwestern class of 1968

1,961. Michelle Sheen, Northwestern University

1,962. Ryan Choe, Medill '24

1,963. Kathy McGroarty-Torres, Northwestern University '16

1,964. César Hoyos Álvarez, Northwestern University

1,965. Amanda Torres, CUNY Queens College

1,966. Jackie Stevens, Northwestern University

1,967. Val Dorsey, Northwestern University Class of 2011

1,968. Megha Garg, Northwestern University

Sign in to Google to save your progress. Learn more

* Indicates required question

Name, Affiliation *

Your answer

Email address (won't be shared publicly) *

Your answer

Submit                                                                        Clear form

Never submit passwords through Google Forms.

AAUP-00067

6/23/25, 8:40 PM

Supporting Dr. Steven Thrasher

This content is neither created nor endorsed by Google. Terms of Service  Privacy Policy

Does this form look suspicious? Report

Google Forms

AAUP-00068

Supporting Dr. Steven Thrasher



AAUP-00069