EXHIBIT
**69**

April 17, 2025

To: President Michael Schill and Provost Kathleen Hagerty
CC: Board of Trustees Chair Peter Barris
From: Concerned Faculty

We come together as concerned faculty to ask that you take forceful steps to meet the challenges of the current crisis and strongly defend Northwestern against the ongoing and intensifying attacks on higher education. Bedrock principles of a democratic society, due process, and the rights of free expression and association are now at stake. These attacks threaten Northwestern and other institutions across the United States. In light of this assault, we urge Northwestern's leadership to take these steps:

1. **Legally contest the federal funding freeze and refuse to comply with unprecedented demands that threaten academic freedom and university self-governance.** Freedom from political interference has allowed US universities to stand as leaders in producing cutting-edge knowledge across fields—medicine, science, humanities, engineering, and social sciences, among others. The entire country, indeed the world, benefits from the scientific and medical innovations produced by American universities. We call on you to stand up against intolerable threats to interfere in the conduct of teaching and research, and to refuse any further requests to turn over personal data and academic, disciplinary, and personnel records to the federal government.

2. **Be a leader among peer institutions in condemning attacks on universities.** In addition to condemning attacks, use all opportunities to assert the value of higher education visibly and publicly. Be forceful in making the case for the enduring values that are central to institutions of higher learning and the many contributions the sector makes to our society. Insist on the importance of independent voices to a functioning democracy and civil society, highlight the value of the diversity that exists in our institutions, and encourage free expression and vigorous debate within our community.

3. **Support our international students, staff and faculty** by taking the following steps: avoid voluntary cooperation or information sharing with Immigration and

1

Customs Enforcement or other federal agencies charged with facilitating deportation or other forms of immigration enforcement; maintain the enrollment of international students in the event of visa revocation, legal status termination, detention, and/or deportation; allow any such students and scholars to continue their studies and research remotely, if necessary, ensuring that if enrollment is contingent upon funding through teaching or fellowships, they can continue their coursework, research, and teaching appointments; communicate timely information to international students and scholars, including immediate notification of changes in their legal status; and provide legal counsel for students and scholars whose visas have been revoked without due process.

4. **Work purposefully and proactively with other universities** and Northwestern's alumni networks, taking and creating opportunities to develop coordinated opposition to these anti–democratic attacks.

Thank you for your efforts to stand up for Northwestern and our shared values.

Rebecca Zorach, Professor, Art History, Weinberg College

Shirin Vossoughi, Associate Professor, School of Education and Social Policy

Elizabeth Shakman Hurd, Professor, Religious Studies and Political Science, Weinberg College

Laura Beth Nielsen, Professor of Sociology, Weinberg College

Helen Tilley, Associate Professor, History, Weinberg College

Michael Peshkin, Professor, McCormick School of Engineering

Nitasha Sharma, Professor, Black Studies and Asian American Studies, Weinberg College

Leslie M. Harris, Professor, History and Black Studies, Weinberg College

Rosemary Braun, Associate Professor, Molecular Biosciences, Weinberg College

AAUP-00073

Izzy Grosof, Assistant Professor, Industrial Engineering and Management Science

Megan Bang, Professor, School of Education and Social Policy

Luis A. Nunes Amaral, Professor, McCormick School of Engineering

Jorge Coronado, Professor, LACS and Spanish & Portuguese, Weinberg College

Martha Biondi, Professor, Black Studies and History, Weinberg College

Vilna Bashi, Professor, Sociology, Weinberg College, and the Buffett Institute of Global Affairs

Daisy Hernández, Associate Professor, English, Weinberg College

Sarah Schulman, Ralla Klepak Professor of English, Weinberg College

Anonymous (Weinberg)

Alyson Carrel, Clinical Professor, Pritzker School of Law

Sara Sommervold, Deputy Director, Center on Wrongful Convictions, Pritzker School of Law

Michael Anthony Turcios, Assistant Professor, Department of Radio/Television/Film, School of Communication

Annie Buth, Clinical Associate Professor, Pritzker School of Law

Lina Britto, Associate Professor of History, WCAS

Eric Sirota, Clinical Associate Professor, Tenant Advocacy Clinic, Pritzker School of Law

AAUP-00074

Shayna Silverstein, Associate Professor, School of Communication

Michael Kraus, Professor, Psychology, Weinberg College

Mark Hauser, Professor, Anthropology

Brian J. Reiser, Orrington Lunt Professor of Learning Sciences, School of Education and Social Policy

Karen Olivo, Associate Professor, Director of Music Theatre Area, SoC

Gregory Schwartz, Associate Professor, Ophthalmology and Neuroscience, Feinberg

Sheila Bedi, Clinical Law Professor, Pritzker School of Law

Michael Rakowitz, Alice Welsh Skilling Professor of Art, Department of Art Theory and Practice, Weinberg College

Michelle Birkett, Associate Professor, Medical Social Sciences, Feinberg

Karen M. Ridge, Professor, Medicine (Pulmonary), Feinberg

Ann Shola Orloff, Professor, Sociology, Board of Lady Managers of the Colombian Exposition Chair, Weinberg College

alithia zamantakis, Research Assistant Professor, ISGMH, Feinberg School of Medicine

Barnor Hesse, Associate Professor, Black Studies, Weinberg Collegeies,

Wendy Pearlman, Professor, Political Science, Weinberg College

Darren Gergle, Professor, Communication Studies, School of Communication

AAUP-00075

Brannon Ingram, Associate Professor, Religious Studies, Weinberg College

Brady Clark, Associate Professor of Instruction/College Adviser, Linguistics, Weinberg College

Kennetta Hammond Perry, Associate Professor, Black Studies and History, Weinberg

Angela G. Ray, Associate Professor, Communication Studies. School of Communication

Judith T Moskowitz, Professor, Medical Social Sciences, Feinberg School of Medicine

Amesika Nyaku, MD, MS, Assistant Professor, Department of Medicine, Division of Infectious Diseases, FSM

Leiszle Lapping–Carr, Assistant Professor, Department of Psychiatry & Behavioral Science, Feinberg School of Medicine

Jeremy Keys, Assistant Professor of Instruction, McCormick School of Engineering

Lisa Wilsbacher, Associate Professor, Medicine–Cardiology, Feinberg School of Medicine

Natalie Y Moore, Senior Lecturer, Medill

Tabitha Bonilla, Associate Professor, HDSP, SESP

Nick Davis, Associate Professor, English and Gender & Sexuality Studies, Weinberg College

Moya Bailey, Professor, Communication Studies, School of Communication

AAUP-00076

Galen V. Bodenhausen, Professor, Psychology, WCAS

Marcelo Worsley, Associate Professor, School of Education and Social Policy & McCormick School of Engineering

Shalini Shankar, Professor of Anthropology and Asian American Studies, Weinberg College

Niall M. Mangan, Assistant Professor, Engineering Sciences and Applied Mathematics, McCormick School of Engineering

Tessie Liu, Professor, History and Gender & Sexuality Studies, Weinberg College

Fabian E. Bustamante, Professor, Computer Science, McCormick School of Engineering and Applied Sciences

Lauren Rivera, Professor, Kellogg School of Management

Kathleen Carmichael, Professor of Instruction, Cook Family Writing Program, Weinberg College

Melissa Simon, Professor, Obgyn, Feinberg

Gregory Ward, Professor, Linguistics and Gender & Sexuality Studies, Weinberg College

Jackie Stevens, Professor, Poitical Science

Alejandra Uslenghi, Associate Professor, Spanish and Portuguese – CLS, Weinberg Vollege

Julia Behrman, Associate Professor of Sociology

Abigail Barefoot, Assistant Professor of Instruction, Legal Studies

AAUP-00077

Kevin Boyle, Professor, History, Weinberg College

Stephanie Knezz, Associate Professor of Instruction, Chemistry, WCAS

Sepehr Vakil, Associate Professor, School of Education and Social Policy

John W. Rudnicki, Professor, McCormick School of Engineering

Peter Sporn: Professor of Medicine, Cell and Developmental Biology, and Medical Education; Feinberg School of Medicine

Mary Kwasny, Professor, Preventive Medicine, Feinberg School of Medicine

Namratha Kandula, Professor, Medicine, Feinberg School of Medicine

Susan Pearson, Professor, History, WCAS

Maria Pyra, Asst Professor, Medical Social Sciences, Feinberg

Robert Orsi, Professor, Religious Studies, History, American Studies, Weinberg

Nichole Pinkard, Professor, Learning Sciences, SESP

Pascal Brixel, Assistant Professor, Philosophy, Weinberg College

Michelle Molina, Associate Professor, Religious Studies, Weinberg College

Laura Brueck, Professor and Director, Alice Kaplan Institute for the Humanities

Benjamin Owen, Associate Professor of Research, Chemistry, Weinberg College

Alex Kotlowitz, professor, Medill

Elizabeth Casline, Research Assistant Professor, Institute for Sexual and Gender Minority Health and Wellbeing

AAUP-00078

James Bielo, Associate Professor, Religious Studies, Weinberg College

Rebecca Ewert, Assistant Professor of Instruction, Sociology, Weinberg College

Allison Wade, Assistant Professor of Instruction, Art Theory and Practice, Weinberg College

S.B. West, Associate Professor of Instruction, Gender & Sexuality Studies, Weinberg College

Brent E. Huffman, Professor, Medill School of Journalism

Pablo Durango-Cohen, Associate Professor, Civil & Environmental Engineering, MEAS

Jon Marshall, Associate Professor, Medill

Priyanka Motaparthy, Clinical Professor of Law, Pritzker School of Law

Joe Feinglass, Research Professor of Medicine, Feinberg School of Medicine

Jen Munson, Assistant Professor, School of Education and Social Policy

Jesse Yeh, Asst. Professor of Instruction, Legal Studies, Weinberg College

Cliff Zimmerman, Professor of Practice, Pritzker School of Law

Erica Weitzman, Associate Professor, German, WCAS

Dennis Li, Assistant Professor, Psychiatry/Medical Social Sciences/IPHAM/ISGMH, Feinberg

Josh Honn, Humanities and Prison Education Librarian, University Libraries

Curt M. Horvath, Professor, Molecular Biosciences, Weinberg College

AAUP-00079

Stephen Adam, Associate Professor, Cell and Developmental Biology, Feinberg

Jonathon Glassman, Professor emeritus, History, WCAS

Bradley Stevenson, Research Associate Professor, Earth, Environmental, and Planetary Sciences, Weinberg College

Anonymous (Feinberg)

Magdalena Osburn, Associate Professor, DEEPS, Weinberg College

Ian Grant, MD, Assistant Professor of Neurology, Feinberg School of Medicine

Dedre Gentner, Professor, Psychology, Weinberg College

Mark Sheldon, Distinguished Senior Lecturer Emeritus, Philosophy, Weinberg College

Michelle Driscoll, Associate Professor, Physics & Astronomy, Weinberg College

Jenna Christensen, Assistant Professor, Molecular Biosciences, Weinberg College

Exal Iraheta, Assistant Prof. of Instruction, RTVF/Performance Studies, School of Communication

Steven Epstein, Professor of Sociology and John C. Shaffer Professor in the Humanities

Christina Kiaer, Professor, Art History, Weinberg College

Douglas Foster, Professor, Journalism, Medill School

Rebecca Johnson, Associate Professor of English, Weinberg College

Zayd Dohrn, Professor, Radio/TV/Film, School of Communications

AAUP-00080

Anonymous (Weinberg)

John Flaherty, Professor, Medicine. Feinberg School of Medicine

Kenneth D. Forbus, Professor, Computer Science, McCormick Engineering

Jennifer Jones, Sociology, Weinberg College

Allison Carroll, Assistant Professor, Feinberg School of Medicine

Domietta Torlasco, Professor, French and Italian, Weinberg College

Laura Lackner, Associate Professor, Molecular Biosciences, Weinberg College

Mei-Ling Hopgood, William F. Thomas Professor of Journalism, Medill

Kate Weisshaar, Associate Professor, Sociology, Weinberg College

Ken Gentry, Professor of Instruction, McCormick School

Mary Ann Weston, Associate Professor Emerita, Medill School

Dmitry Tamarkin, Professor, Mathematics, Weinberg College

Aarati Didwania, Profess of Medicine, Department of Medicine, Feinberg School of Medicine

Jonathan Copulsky, Senior Lecturer, IMC, Medill School

Erica Hartmann, Associate Professor, Civil and Environmental Engineering, McCormick School of Engineering

Becca Greenstein, STEM Librarian, University Libraries

Micaela di Leonardo, Professor Emerita, Anthropology, Weinberg College

AAUP-00081

Erin Korth, Research Coordinator, Pulmonary and Critical Care, Feinberg School of Medicine

Abe Peck, Professor Emeritus in Service, Medill/NU

Robert Launay, Professor, Anthropology, WCAS

Nasrin Qader, Associate Professor, French and Italian

Marc Sala, MD, Associate Professor, Feinberg School of Medicine

Janice Radway, Walter Dill Scott Professor Emerita, Communication

Miriam Petty, Associate Professor, Radio/Television/Film

Dayne Swearer, Asst. Professor, Chemistry, Chemical and Biological Engineering

Jessica Villagomez, Lecturer, Medill

Anonymous (Weinberg)

Maureen Daly, Assistant Professor, Psychiatry & Behavioral Sciences, Feinberg School of Medicine

Jonathan Moreira, Associate Professor, Feinberg School of Medicine

Peter Locke, Professor of Instruction, Global Health Studies

Anna Parkinson, Associate Professor, German, Weinberg College

Matt Kiefer, Assistant Professor, Journalism, Medill School

Caryn Ward, Professor, Journalism, Medill

Tristram Wolff, Associate Professor, English, Weinberg College

AAUP-00082

Noelle Sullivan, Director and Professor of Instruction, Program in Global Health Studies, Weinberg College

J.A. Adande, Director of Sports Journalism, Medill

Nicole Stephens Jeanne Brett Chair of Negotiations, Kellogg School of Management

Jennifer Cole, McCormick School of Engineering

Donna R Leff, Emeritus Professor, Journalism, Medill School

Paola Zamperini, Associate Professor, Weinberg College

Doris Garraway, Associate Professor, French and Italian, Weinberg College

Joseph Schofer, emeritus professor of Civil & Environmental Engineering

Cindy Wilson, Clinical Professor, Law School

William Leonard, Professor of Anthropology & Global Health, Weinberg College

Anonymous (McCormick)

Caitlin Body, Professor, Stage Manager AEA, School of Communication

D.Soyini Madison, Professor Emerita, Performance Studies, School of Communication

Cynthia Coburn, Professor, SESP

Anonymous (McCormick)

Jessica Thebus, Professor, Theater, SOC

AAUP-00083

Paul Gowder, Professor, Pritzker

Ashy S. Karim, Assistant Professor, McCormick School of Engineering

Bridget Arimond, Clinical Professor of Law, Northwestern Pritzker School of Law

Danielle Hamilton, Asst. Clinical Professor, Northwestern Pritzker School of Law

Sean Hanretta, Associate Professor, History, WCAS

Andrea Lewis Hartung, Clinical Professor, Pritzker School of Law

Lynn Cohn law, clinical professor

Alessia Ricciardi, Professor, Comp. Lit/French and Italian, Weinberg

Heidi Kitrosser, William W. Gurley Professor of Law, Northwestern -- Pritzker School of Law

Joanna Grisinger, Associate Professor of Instruction, Legal Studies, WCAS

Heather Hendershot, Professor, Medill and School of Communication

Anna Pfenniger, Assistant Professor, Feinberg School of Medicine

John Elson, Emeritus orofeesor of law, Pritzker School of Law

Nicolette Bruner, Assistant Professor of Instruction, Legal Studies and American Studies, Weinberg College

Sylvester A. Johnson

Shari Diamond, Professor, Pritzker School of Law

Anonymous (Weinberg)

AAUP-00084

Kimberly Gray, Professor, Civil & Environmental Engineering, McCormick

Karrie Snyder, Associate Professor of Instruction, Sociology, Weinberg College

Jeremy Birnholtz, Professor, School of Communication

Ed Colgate, Professor, Mechanical Engineering, McCormick

Lisandra Vila Ellis, Assistant Professor, Cell and Developmental Biology, Feinberg School of Medicine

Igal Szleifer, Professor, McCormick School of Engineering

Susanna McColley, Professor of Pediatrics, Feinberg School of Medicine

Cristina Lafont, Professor, Philosophy, Weinberg College

Zach Nissen, Assistant Professor of Instruction, Anthropology, Weinberg

Anonymous (Weinberg)

James Schwoch, Professor, School of Communication

Michael Alpert, Research Associate, Neurobiology, Weinberg College

Christopher Bush, Associate Professor and Chair, French and Italian, Weinberg College

Joe Mathewson, professor, Mdill

Melissa Rosenzweig, Associate Professor of Instruction, Anthropology and Environmental Policy & Culture

Keith Woodhouse, Associate Professor, History, Weinberg College

AAUP-00085

Shana Bernstein, Clinical Associate Professor, Legal Studies, Weinberg

Kyle Henry, Associate Professor, Radio TV Film, Communications

Anonymous (McCormick)

Lisa Beutler, Assistant Professor, Department, Feinberg of Medicine

Jen Brown, Lecturer, Preventive Medicine, Feinberg School of Medicine

Lily Stewart, Visiting Assistant Professor, Religious Studies Department at NU

Gerry Chiaro, Associate Professor, Medill

Murali Prakriya, Professor of Pharmacology, Feinberg School of Medicine

Aaron Shaw, Associate Professor, Communication Studies, School of Communication

Sadie Wignall, Professor, Molecular Biosciences, Weinberg College

Gregory Wagner, Associate Professor, McCormick School of Engineering

Thomas J Billard, Associate Professor, Communication Studies, School of Communication

Robert Nelson, Professor, Sociology, Weinberg College

Gianluca Cusatis, Professor, CEE, McCormick School of Engineering and Applied Science

Jennifer Brace, Assistant Professor of Instruction, Molecular Biosciences, Weinberg College

AAUP-00086

Gregory Phillips II, Associate Professor, Medical Social Sciences, Feinberg School of Medicine

Kevin Lynch, Professor, McCormick School of Engineering

Jason Hartline, Professor, Computer Science, McCormick

Samuel Weber, Avalon Professor, German/CLS Weinberg

Elizabeth Gerber, Professor, Mechanical Engineering, McCormick

J.P. Sniadecki, Radio/TV/Film Department

Jamelia Morgan, Professor of Law, Northwestern Pritzker School of Law

Krista Thompson, Professor, Art History, Weinberg

Stephan Moore, Professor of Instruction, School of Communication

Erin Courtney, Associate Professor, RTVF, School of Communication

Denise Meuser, Professor of Instruction, German, Weinberg College

L. Clayton Dahm, Lecturer, Music Education, Bienen

Pedro A. Serrano, Instructor, Feinberg

Morgan Barry, PhD Candidate, History, Weinberg College

Ezra Friedman, Professor, Pritzker School of Law

Anonymous (Weinberg)

Jeong Eun Annabel We, Assistant Professor, Asian Langs. and Cultures, Weinberg

AAUP-00087

Ji-Yeon Yuh, Assoc. Professor, History and Asian American Studies, WCAS

Linda Gates, Professor of Instruction, Head of Voice, Dept. of Theatre, School of Communication

Ian Hurd, Professor, Political Science

Anonymous (Feinberg)

Hai Zhou, Professor, ECE, McCormick School of Engineering

Douglas Vaughan, Professor, Medicine, FSM

Kyla Ebels-Duggan, Professor, Philosophy, Weinberg College

Anonymous (School of Communication)

Claudio E. Benzecry, Professor, Communication Studies and Sociology, School of Communication and Weinberg

Fay Rosner, WCAS Adviser & Assoc. Prof of Instruction, French

Matthew Kugler, Professor of Law, Pritzker School of Law

Christine Percheski, Associate Professor, Sociology, Weinberg College

Russell Johnson, Assistant Professor, Physical Medicine and Rehabilitation, Feinberg

Anonymous (Weinberg)

Bennett Goldberg, Professor, Physics and Astronomy

Sara Thomas, Research Assistant Professor, Feinberg School of Medicine

AAUP-00088

Christine Helmer, Professor of German, Weinberg College

Paola Morgavi, Professor of Instruction, French and Italian, Weinberg College

Michelle Falkoff, Clinical Professor of Law

Christina Nguyen, Assistant Professor of Instruction, Radio/Television/Film, School of Communications

Rajeev Kinra, Associate Professor, History, Comparative Literature, MENA, ALC, and ISP

Benjamin Golub, Professor, Economics, Weinberg College

Evan Mwangi, Professor, English, Weinberg College

Deborah Rosenberg, Associate Prof of Instruction, Spanish and Portuguese, Weinberg College

Branden Ghena, Assistant Professor of Instruction, Computer Science, McCormick School of Engineering

Seema Shah, Professor, Pediatrics and Medical Ethics, Feinberg School of Medicine

Angira Patel, MD, MPH, Professor, Feinberg School of Medicine

Mita Sanghavi Goel, Professor of Medicine, Feinberg School of Medicine

Vera Brunner-Sung, Associate Professor, Radio/Television/Film, School of Communication

Surendra Shah, Walter p Murphy Professor(Emeritus),Civil Engineering

Stacy Benjamin, Clinical Faculty, Segal Design Institute, McCormick

AAUP-00089

Elizabeth Inglehart, Clinical Associate Professor of Law, Northwestern Pritzker School of Law

Christian Petersen, Professor, Molecular Biosciences, Weinberg College

Rebecca Vonesh, CTD Program Coordinator

David Morton, Professor, McCormick School of Engineering

Barbara Newman, Professor of English, Classics and History

Barry L Nelson, Walter P Murphy Professor Emeritus, IEMS, McCormick

Anonymous (School of Communication)

Gordon Hazen, Professor Emeritus, McCormick School of Engineering

AJ Christian, Professor, Communication Studies, School of Communication

John Anderson, Senior Lecturer, Segal Design Institute

Wendy Murray, Professor, McCormick School of Engineering

Lawrence Stuelpnagel, Clinical Associate Professor Medill/Political Science

Anonymous (Weinberg)

Anonymous (Weinberg)

Shana Cooper, Associate Professor, School of Communication

Carolyn Frazier, Clinical Professor, Pritzker School of Law

Sridhar Krishnaswamy, Professor, Mechanical Engineering, McCormick

A.AUP-00090

Kyle Henry, Associate Professor, Radio/TV/Film, School of Communications

Talia Lerner, Associate Professor, Neuroscience, Feinberg School of Medicine

Anonymous (School of Communication)

Luisa Morales-Nebreda, Assistant Professor, Feinberg

Kari Lydersen, Assistant Professor, Journalism, Medill

Licheng Gu, Professor of Instruction, Weinberg College

Toshiko Uchida, Professor, Medicine and Medical Education, Feinberg

Shobha Mahadev, Clinical Professor of Law, Northwestern Pritzker School of Law

Stephanie Kollmann, Visiting Clinical Professor, Children and Family Justice Center, Pritzker School of Law

Andrea Russell, Assistant Professor, Psychiatry & Behavioral Sciences, Feinberg

Lauren B. Beach, Assistant Professor, Medical Social Sciences, Feinberg School of Medicine

Mark Werwath, Clinical Professor, IEMS, McCormick

Courtney Scherr, Associate Professor, Communication Studies, School of Communication

Laura Kipnis, Professor emeritus, Radio-TV-Film

Michael Angarone DO FIDSA, Associate Professor, Feinberg School of Medicine

Sylvie Romanowski, Professor emerita of French

AAUP-00091

katrina quisumbing king, Assistant Professor, Sociology, Weinberg College

Ariel Rogers, Associate Professor, Radio/Television/Film, School of Communication

Cynthia Robin, Professor, Anthropology, Weinberg College

Edward Malthouse, Professor, IMC and IEMS, Medill and McCormick

Mary Weismantel, Professor, Anthropology, Weinberg College

Zach Wood–Doughty, Assistant Professor of Instruction, Computer Science, McCormick

Anonymous (Weinberg)

Lakshmi Padmanabhan, Assistant Professor, School of Communication

Yusra Cheema, Assistant Professor, Department of Medicine, Feinberg School of Medicine

Theresa L. Walunas, Associate Professor, Medicine, Feinberg School of Medicine

Adia Benton, Associate Professor, Anthropology, Weinberg College

Stephanie Lipscomb Teterycz, Senior Director, Trienens Institute

Anonymous (Pritzker)

JJ Johnson, Pathology, Dermatology, Medical Social Sciences

Haley Bowen, Assistant Professor, History, Weinberg College

Anonymous (School of Communication)

AAUP-00092

Anonymous (Weinberg)

Alona Furmanchuk, Research Asst. Prof., Medicine, Feinberg School of Medicine

Caitlin Fitz, Associate Professor of History, Weinberg College

Neil Golden, Sr. Lecturer, Medill School of Integrated Marketing Communications

Daniel Galvin, Professor, Political Science, Weinberg College

Jennifer Bierman, Professor of Medicine, Feinberg

Baron Reed, Professor, Philosophy, Weinberg

Herbert N. Beller, Professor of Practice Emeritus, Pritzker School of Law

Aashish Didwania, Professor, Medicine

Ingrid Zeller, Professor, German Department, Weinberg College

Megan Baker, Assistant Professor, Anthropology, Weinberg College

Ana Arjona, Associate Professor, Political Science, Weinberg College

Anonymous (McCormick)

Sanjiv Shah, Professor, Medicine/Cardiology, Feinberg

Kate Masur, Professor, History, Weinberg

Carol Haywood, Assistant Professor, Department of Medical Social Sciences, Feinberg

Nausheen Akhter, Associate Professor of Medicine, Feinberg School of Medicine

AAUP-00093

Daniel Arango, Assistant Professor, Department of Pharmacology

Jill Wilson, Professor of Instruction, McCormick School of Engineering

Elizabeth Son, Associate Professor, Theatre, School of Communication

Nina Gurianova, Professor, Russian and Comparative Literature Studies, Weinberg College

Thrasyvoulos Pappas, Professor, ECE

Quinn Mulroy, Assistant Professor, School of Education & Social Policy

Anonymous (Weinberg)

Andreas Waechter, Professor, Industrial Engineering & Management Sciences, McCormick

Anonymous (McCormick)

LaShandra Sullivan, Associate Professor, Anthropology, Weinberg College

Rachel OConor, Assistant Professor, Feinberg School of Medicine

Anonymous (Feinberg)

David Gatchell, Clinical Professor, Segal Design Institute, McCormick School of Engineering and Applied Science

Stephanie Eisenbarth, Professor, Department of Medicine, Feinberg School of Medicine

Robert Murphy, Professor, Department of Medicine (Infectious Diseases), Feinberg School of Medicine

AAUP-00094

Tom Wolff, Research Assistant Professor, Medical Social Sciences, Feinberg

Anonymous (McCormick)

Daniel Evans, Associate Professor of Medicine, Feinberg

Mérida M. Rúa, Professor, Latina and Latino Studies, Weinberg College

Anonymous (Feinberg)

Anonymous (School of Communication)

Rachel Kornfield, Assistant Professor, Feinberg

Anonymous (McCormick)

Megan Hyska, Assistant Professor, Philosophy, Weinberg College

Anonymous (Feinberg)

Jeremy O'Sullivan, Research Assistant Professor, Division of Allergy and Immunology, Feinberg School of Medicine

Chloe Thurston, Associate Professor, Political Science, Weinberg College

Anonymous (Weinberg)

Anonymous (Weinberg)

Steven Morrison, Professor, Music Education, Bienen School of Music

Claudia Yau, Assistant Professor, Philosophy, Weinberg College

Betina Yanez, Associate Professor, Feinberg School of Medicine

AAUP-00095

David Shyovitz, Assoc. Prof. of History, Weinberg College

Kathleen J Green, Professor, Pathology and Dermatology, Feinberg

Matthew Goldrick, Professor, Linguistics, Weinberg College

Lincoln Quillian, Professor, Sociology, Weinberg College

Neil Verma, Associate Professor, Radio/TV/Film, School of Communication

Mary McGrath, Assistant Professor, Political Science, Weinberg College

Ryan Truby, Assistant Professor, Materials Science and Engineering, Mechanical Engineering

Jose Medina, Walter Dill Scott Professor, Philosophy, Weinberg College

Rachel Amdur, Assistant Professor, Medicine, Feinberg School of Medicine

Beatriz O. Reyes, Assistant Professor of Instruction, Global Health Studies Program

Anonymous (Kellogg)

Teresa H Horton, Associate Professor of Research, Anthropology, Weinberg College

Benjamin Singer, MD, Associate Professor, Feinberg

Anonymous (Weinberg)

Anonymous (Feinberg)

Fei Li Kuang, Assistant Professor, Allergy and Immunology, Feinberg School of Medicine

AAUP-00096

Anonymous (Weinberg)

Emily Maguire, Associate Professor, Spanish and Portuguese, WCAS

Will Reno, Professor, Political Science, Weinberg

Kelly Bachta, Assistant Professor, Department of Medicine, Division of Infectious Diseases

Ty Blakeney, Assistant Professor, French and Italian

Emily Esposito, Postdoctoral Scholar, MSS, Feinberg

Eric Zaslow, Henry S. Noyes Chair in Mathematics, Mathematics, Weinberg College

Paul Umbanhowar, Research Professor, Mechanical Engineering, McCormick School of Engineering

Annette D'Onofrio, Associate Professor, Linguistics, Weinberg College

Alexandra Psihogios, Assistant Professor, Medical Social Sciences, Feinberg

Anonymous, Weinberg College

Anonymous, Feinberg

Aaron Godwin, Assistant Professor of Instruction, Theatre, School of Communication

Helen Thompson, Professor, English, Weinberg College

Anonymous, Associate Professor, Medical Social Sciences

Bruce Henschen, Associate Professor, Feinberg School of Medicine

Marquita Lewis, Assistant Professor Feinberg School of Medicine

Peter Slevin, Professor, Medill

Elizabeth Anne Scharle, Assistant Professor, Feinberg School of Medicine

Carole Silver, Professor of Global Law & Practice, Emerita

André de Gouvêa, Professor, Physics and Astronomy, Weinberg College

Amy Partridge, Assoc. Prof. of Instruction, Weinberg College

Cecilia Berin, Professor of Medicine, Feinberg School of Medicine

Robert Weinstock, Clinical Associate Professor of Law, Pritzker School of Law

Frances R. Aparicio, Professor Emerita, Latina and Latino Studies Program, Weinberg College

William A. Muller, MD, PhD, Professor, Pathology, Feinberg School of Medicine

Jeffrey A. Linder, Professor of Medicine, Feinberg School of Medicine

Ciaran Kohli-Lynch, Preventive Medicine, Feinberg School of Medicine

César Hoyos Álvarez, Assistant Professor of Instuction, Spanish and Portuguese, Weinberg College

Alexander Misharin, Associate Professor, Feinberg School of Medicine

Benette Phillips, Research Assistant Professor, Lurie Cancer Center

Katharine Breen, Professor, English, Weinberg College

Christine Schaeffer, Associate Professor, Medicine, Feinberg School of Medicine

AAUP-00098

Michael Maltenfort, Assistant Professor of Instruction, Weinberg College Advising and Mathematics

Noah Chaskin, Assistant Professor of Instruction, English, Weinberg College

Ava Thompson Greenwell, Professor, Medill

Anonymous (School of Communication)

Daniel Majchrowicz, Associate Professor, Asian Languages and Cultures, Weinberg College

Shelby Hatch, Associate Professor of Instruction, Weinberg College

Eli Kean, Assistant Professor of Instruction, Gender and Sexuality Studies, Weinberg College

Anonymous (Weinberg)

Anonymous (School of Communication)

Leonard L. Riskin, Visiting Prof., Pritzker School of Law

Lauren Clark, Core Scientist, Center for Synthetic Biology

Anonymous (SESP)

Anonymous (Center for Synthetic Biology)

Anonymous (SESP)

Caitlin Musil, Research Technician, Feinberg School of Medicine

Cuong Nguyen, Assistant Professor, Dermatology, Feinberg School of Medicine

AAUP-00099

Andrew Tout, Assistant Professor, Medicine, Feinberg School of Medicine

Lisa Del Torto, Professor of Instruction, Cook Family Writing Program, Weinberg College

Andrew Rivers, Professor of Instruction, Physics and Astronomy, Weinberg Collge

Jeffrey Lopez, Assistant Professor, Chemical and Biological Engineering, McCormick

Laura Hein, Professor History, WCAS

William N. West, Professor, English, Classics, and Comparative Literary Studies, WCAS

Anonymous (Weinberg)

Morgan Thompson, Assistant Professor, Philosophy, Weinberg College

Edward Muir, Clarence L. Ver Steeg Professor in the Arts and Science, History, Weinberg College

James O'Laughlin, Associate Professor of Instruction, Cook Family Writing Program, Weinberg College

Julia Yoshino Benavente, Research Assistant Professor, Medicine, Feinberg School of Medicine

David Boyk, Associate Professor of Instruction, Asian Languages and Cultures, Weinberg College

Katie Risseeuw, Preservation Librarian, University Libraries

Elizabeth Addington, Assistant Professor, Medical Social Sciences, Feinberg

AAUP-00100

Anonymous (Feinberg)

Anonymous (Feinberg)

Scott Durham, Associate Professor, French and Italian, Weinberg College

Annie Howard, English Department, Weinberg College

Matt Easterday, Associate Professor, School of Education and Social Policy

Brianna Borger, Assistant Professor of Instruction, Theatre, School of Communication

Anthony S. Chen, Associate Professor, Sociology and Political Science, Weinberg College

Sherwin Ovid, Assistant Professor of Instruction, ATP, Weinberg College

Martina Kerlova, Professor of Instruction, German, WCAS

Corey Byrnes, Associate Professor, Kaplan, Asian Languages and Cultures, Comparative Literary Studies

Lizzie Burslem, Lecturer, Mathematics, Weinberg College

Paul Gillingham, Professor, History, Weinberg College

Ronald T. Ackermann, Professor of Medicine, Feinberg School of Medicine

Wei Chen, Professor, Mechanical Engineering, McCormick

J.-F. Gaillard, Professor, Civil and Environmental Engineering, McCormick

Paul Gillingham, Professor, History, Weinberg College

AAUP-00101

Anonymous (McCormick)

Helen B. Schwartzman Professor Emerita of Anthropology, Weinberg College

Paloma Martinez, Assistant Professor, Radio, TV and Film, School of Communication

Aparna Gupta, Assistant Professor, Feinberg

Gary Martin M.D., Professor of Medicine, Feinberg

David Liebovitz, Associate Professor of Medicine, Feinberg School of Medicine

Dominic Fullenkamp, Assistant Professor, Feinberg School of Medicine

Deborah Douglas, Senior Lecturer, Medill

Felicia D Henderson, Associate Professor, Radio/Television/Film, School of Communication

Anonymous (Feinberg)

Stephen Persell, Professor, Medicine, Feinberg

Heather Colburn, Professor of Instruction, Spanish & Portuguese, Weinberg

Ranya Sweis, Professor of Medicine/Cardiology, Feinberg SOM.

Juned Siddique, Professor, Preventive Medicine, Feinberg School of Medicine

Robert Anthony Ward, Assistant Professor, Cook Family Writing Program, Weinberg College

Alex Birdwell, Assoc. Prof. of Instruction, Segal Design Institute, McCormick

AAUP-00102

Sarah Chuzi, Assistant Professor of Medicine at NU Feinberg

Nabil Issa, MD, Professor of Surgery and Medical Education, Feinberg School of Medicine

Carol Saltoun, Associate Professor, Feinberg

Lucia Stein–Montalvo, Assistant Professor, Civil and Environmental Engineering, McCormick

Alison Flaum, Clinical Professor, Pritzker School of Law

Jon Ziomek, associate professor emeritus, Medill School

Lydia Barnett, Associate Professor, History, WCAS

Michael Certo, Assistant Professor of Pediatrics, Feinberg School of Medicine

Miriam White, Professor, Radio/TV/Film, School of Communication

Anonymous (Feinberg)

Brenna Argall, Professor, Mechanical Engineering, Computer Science, and Physical Medicine & Rehabilitation, McCormick and Feinberg

Ceci Rodgers, professor, Medill School of Journalism,

Ana Maria Acosta, Professor, Physical Therapy and Human Movement Sciences, Feinberg School of Medicine

AAUP-00103



Federal Register
Vol. 90, No. 19
Thursday, January 30, 2025

## Presidential Documents

**EXHIBIT**

**70**

Title 3—

**The President**

Executive Order 14161 of January 20, 2025

**Protecting the United States From Foreign Terrorists and Other National Security and Public Safety Threats**

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the Immigration and Nationality Act (INA), 8 U.S.C. 1101 *et seq.*, and section 301 of title 3, United States Code, it is hereby ordered:

**Section 1.** *Policy and Purpose.* (a) It is the policy of the United States to protect its citizens from aliens who intend to commit terrorist attacks, threaten our national security, espouse hateful ideology, or otherwise exploit the immigration laws for malevolent purposes.

(b) To protect Americans, the United States must be vigilant during the visa-issuance process to ensure that those aliens approved for admission into the United States do not intend to harm Americans or our national interests. More importantly, the United States must identify them before their admission or entry into the United States. And the United States must ensure that admitted aliens and aliens otherwise already present in the United States do not bear hostile attitudes toward its citizens, culture, government, institutions, or founding principles, and do not advocate for, aid, or support designated foreign terrorists and other threats to our national security.

**Sec. 2.** *Enhanced Vetting and Screening Across Agencies.*

(a) The Secretary of State, in coordination with the Attorney General, the Secretary of Homeland Security, and the Director of National Intelligence, shall promptly:

(i) identify all resources that may be used to ensure that all aliens seeking admission to the United States, or who are already in the United States, are vetted and screened to the maximum degree possible;

(ii) determine the information needed from any country to adjudicate any visa, admission, or other benefit under the INA for one of its nationals, and to ascertain whether the individual seeking the benefit is who the individual claims to be and that the individual is not a security or public-safety threat;

(iii) re-establish a uniform baseline for screening and vetting standards and procedures, consistent with the uniform baseline that existed on January 19, 2021, that will be used for any alien seeking a visa or immigration benefit of any kind; and

(iv) vet and screen to the maximum degree possible all aliens who intend to be admitted, enter, or are already inside the United States, particularly those aliens coming from regions or nations with identified security risks.

(b) Within 60 days of the date of this order, the Secretary of State, the Attorney General, the Secretary of Homeland Security, and the Director of National Intelligence shall jointly submit to the President, through the Assistant to the President for Homeland Security, a report:

(i) identifying countries throughout the world for which vetting and screening information is so deficient as to warrant a partial or full suspension on the admission of nationals from those countries pursuant to section 212(f) of the INA (8 U.S.C. 1182(f)); and

(ii) identifying how many nationals from those countries have entered or have been admitted into the United States on or since January 20,

AAUP-01486

2021, and any other information the Secretaries and Attorney General deem relevant to the actions or activities of such nationals since their admission or entry to the United States.

(c) Whenever information is identified that would support the exclusion or removal of any alien described in subsection 2(b), the Secretary of Homeland Security shall take immediate steps to exclude or remove that alien unless she determines that doing so would inhibit a significant pending investigation or prosecution of the alien for a serious criminal offense or would be contrary to the national security interests of the United States.

**Sec. 3.** *Additional Measures to Protect the Nation.* As soon as possible, but no later than 30 days from the date of this order, the Secretary of State, in coordination with the Attorney General, the Secretary of Homeland Security, and the Director of National Intelligence, shall also:

(a) Evaluate and adjust all existing regulations, policies, procedures, and provisions of the Foreign Service Manual, or guidance of any kind pertaining to each of the grounds of inadmissibility listed in sections 212(a)(2)–(3) of the INA (8 U.S.C. 1182(a)(2)–(3)), to ensure the continued safety and security of the American people and our constitutional republic;

(b) Ensure that sufficient safeguards are in place to prevent any refugee or stateless individual from being admitted to the United States without undergoing stringent identification verification beyond that required of any other alien seeking admission or entry to the United States;

(c) Evaluate all visa programs to ensure that they are not used by foreign nation-states or other hostile actors to harm the security, economic, political, cultural, or other national interests of the United States;

(d) Recommend any actions necessary to protect the American people from the actions of foreign nationals who have undermined or seek to undermine the fundamental constitutional rights of the American people, including, but not limited to, our Citizens' rights to freedom of speech and the free exercise of religion protected by the First Amendment, who preach or call for sectarian violence, the overthrow or replacement of the culture on which our constitutional Republic stands, or who provide aid, advocacy, or support for foreign terrorists;

(e) Ensure the devotion of adequate resources to identify and take appropriate action for offenses described in 8 U.S.C. 1451;

(f) Evaluate the adequacy of programs designed to ensure the proper assimilation of lawful immigrants into the United States, and recommend any additional measures to be taken that promote a unified American identity and attachment to the Constitution, laws, and founding principles of the United States; and

(g) Recommend any additional actions to protect the American people and our constitutional republic from foreign threats.

**Sec. 4.** *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

AAUP-01487

Case 1:25-cv-10685-WGY    Document 315-5    Filed 01/22/26    Page 35 of 111

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 20 2025.*

[FR Doc. 2025–02009
Filed 1–29–25; 8:45 am]
Billing code 3395–F4–P

AAUP-01488

Board of Trustees Chair Letter (2025-04-04)

 Board of Trustees Chair Letter (2025-04-04)

**EXHIBIT**

**72**

TO:    Mr. Peter Barris, Chair, and Members of Northwestern's Board of Trustees
FR:    Concerned Faculty, Northwestern University

<u>Add your signature</u>                                    18 March 2025

Dear Mr. Barris and members of Northwestern's Board of Trustees:

We are an ad hoc group of concerned Northwestern faculty and we write to request that the Board of Trustees add consultations with faculty, students, and staff to your deliberations during this emergency. We would like an opportunity to brief members of the Board about how the current threats to higher education, civil liberties, and democratic institutions in the United States and beyond are affecting our campus community. The stakes of this moment are high for us all and we need to pull together.

Many of you have invested deeply in Northwestern over the years. We have too. Many of us began our careers here and have spent decades building programs, directing departments, chairing committees, and doing our part to make Northwestern a premier institution in STEM fields, education, medical research, humanities and the arts, the social sciences, journalism, and law, among other fields. We are deliberately working to bridge schools and disciplines because we know Northwestern is greater than the sum of its parts.

In advance of briefings, we want to share our diagnosis of the current situation.

   **1. There is no time to lose:** The new administration is taking steps that are intended to radically destabilize the foundations of higher education in this country.[1] It takes decades to build first-rate programs of the kind Northwestern has in abundance. When crucial funding and staff are cut on so many fronts simultaneously – as this administration is doing – it can serve only one purpose: to destroy precious repositories of knowledge, expertise, and public goods. Historically, we know that when autocratic leaders have targeted their own universities, it has only weakened democracies and exacerbated or re-entrenched inequalities. We see this happening already.

   **2. Young people need us:** We teach our students to wrestle with big questions and societal challenges, placing these in historical context and tying them to debates at the cutting edge of different fields. We have a responsibility as educators to support critical inquiry, engage with multiple perspectives, and explore different knowledge systems, past and present. Given our role in training teachers, doctors, psychologists, counselors, coaches and many others, disruptions to universities have immediate and widespread effects on our society, including K-12 systems.

   **3. We must speak with one voice in defense of our freedoms:** The Trump administration is breaking laws and trampling on governing norms as fast as possible because they know legal challenges and court proceedings move slowly. On February 4th, Georgetown law professor <u>David Super made this point to a</u> <u>*Washington Post*</u> <u>reporter</u>: "So many of these [administrative actions] are so wildly illegal that I think they're playing a quantity game and assuming the system can't react to all this illegality all at once." Ruth Ben-Ghiat, a historian of fascism at New York University, stated that "We're in a real emergency situation for our democracy."[2]

Northwestern is one of several thousand universities and colleges in the United States. Our collective goal should be to defend our freedoms and call out illegalities as if our lives, and so many others, depend on it, because they do. Malicious and bad faith attacks – on faculty, students, staff, our president, our provost, our research, and our

AAUP-00017

 ## Board of Trustees Chair Letter (2025-04-04)

4. We must not repeat myths of falsehoods: US universities have an unparalleled breadth of intellectual opinion and are home to diverse constituencies. Yet, as most of us know, things were once much more homogeneous. It took decades of effort and social struggle to make universities more representative of and responsive to the needs of our society. In doing so, universities have played a crucial role in building more tolerant and equitable communities. What we are seeing now is a backlash of *intolerance* and *exclusion*, designed to intimidate and silence a plurality of perspectives and debate itself. Universities provide a necessary antidote to false claims because we endorse debate.

**5. We must protect those who stand for human rights and peace:** We would never expect members of the Board of Trustees to have uniform opinions since we ourselves disagree on points of substance. We do expect Board members to share our concern when constitutional and human rights are objectively under attack. Students, staff, and faculty at Northwestern have mobilized on various social, environmental, and geopolitical issues for decades. These campaigns have sought to extend human rights, redress past and ongoing wrongs, and ensure viable futures for all. Serious problems on all fronts will only get worse if US universities comply with draconian directives to arrest, expel, deport, or fire those who dissent from government policies. These directives are anathema to the values and mission of our University.

We hope that in this moment of crisis, you will make the time to hear from representative delegations and begin to exchange strategies on what we can do to sustain the vibrant intellectual community at Northwestern.

CC:     President Michael Schill
        Provost Kathleen Hagerty
        Bryan Brayboy, Dean, School of Education and Social Policy
        Adrian Randolph, Dean, Weinberg College of Liberal Arts
        Francesca Cornelli, Dean, Kellogg School of Business
        E. Patrick Johnson, Dean, School of Communications
        Kelly Mayo, Dean, The Graduate School
        Marwan Kraidy, Dean, Northwestern University in Qatar
        Jonathan Bailey Holland, Dean, Bienen School of Music
        Eric Neilson, Dean, Feinberg School of Medicine
        Hari Osofsky, Dean, Pritzker School of Law
        Christopher Schuh, Dean, McCormick School of Engineering
        Charles Whitaker, Dean, Medill School of Journalism
        Xuemao Wang, Dean of Libraries

Add your signature
Helen Tilley, Associate Professor, History, Anthropology (courtesy), and Law (courtesy)
Shirin Vossoughi, Associate Professor of Learning Sciences, School of Education & Social Policy
Martha Biondi, Professor, Black Studies and History
Leslie Harris, Professor, History and Black Studies
Luis A. Nunes Amaral, Professor, ESAM, McCormick School of Engineering
katrina quisumbing king, Assistant Professor, Sociology
Sheila Bedi, Clinical Professor of Law, Pritzker School of Law
Jorge Coronado, Professor, Spanish and Portuguese
Kate Masur, Professor, Department of History
Michelle Birkett, Associate Professor, Medical Social Sciences
Daisy Hernández, Associate Professor, English
Peter Sporn, Professor of Medicine, Feinberg School of Medicine
Elizabeth Shakman Hurd, Professor of Religious Studies and Political Science
Joanna Grisinger, Associate Professor of Instruction, Legal Studies
Megan Bang, Professor of Learning Sciences, School of Education and Social Policy

AAUP-00018

 Board of Trustees Chair Letter (2025-04-04)

Michael Peshkin, Professor, Mechanical Engineering
Namratha Kandula, Professor of Medicine, Feinberg School of Medicine
Sean Hanretta, Associate Professor, History
Sarah Schulman, Professor, English
Vilna Bashi, William and Cathy Osborne Professor, Sociology
Kevin Boyle, Professor, History
Shayna Silverstein, Associate Professor, Performance Studies
Barnor Hesse, Associate Professor, Black Studies
D. Soyini Madison, Professor Emeritus, Department of Performance Studies
Jessica Winegar, Professor, Anthropology and Middle East and North African Studies
Nick Davis, Associate Professor, English and Gender & Sexuality Studies
Susan Pearson, Professor of History
Dotun Ayobade, Associate Professor, Performance Studies/Black Studies
Adia Benton, Associate Professor, Anthropology
Rebecca Johnson, Associate Professor of English and Middle East and North African Studies
Tristram Wolff, Associate Professor, English & Comparative Literary Studies
Anonymous, Black Studies and Gender and Sexuality Studies
Krista Thompson, Professor, Art History
Megan Baker, Assistant Professor, Anthropology
Ji-Yeon Yuh, Associate Professor, History and Asian American Studies
Keith Woodhouse, Associate Professor, History
Paul Ramírez, Associate Professor, History and Religious Studies (courtesy)
Lauren Stokes, Associate Professor, History
Wendy Pearlman, Jane Long Professor of Arts and Sciences, Political Science
Michael Rakowitz, Professor, Art Theory and Practice and Middle East North African Studies
Nasrin Qader, Associate Professor of French and Comparative Literature
Natalie Y Moore, Senior Lecturer and Director of Audio Programming, Medill
Mérida M. Rúa, Professor, Latina and Latino Studies
Helen Thompson, Professor, English
Tessie P. Liu, Professor, History and Gender & Sexuality Studies
Cynthia Coburn, Professor, SESP
Tabitha Bonilla, Associate Professor, Human Development & Social Policy and Political Science
Angela G. Ray, Associate Professor, Communication Studies
Brian Reiser, Orrington Lunt Professor of Learning Sciences, SESP
Laura Lackner, Associate Professor, Molecular Biosciences
Laura Beth Nielsen, Board of Lady Managers of the Columbian Exposition Chair, Professor of Sociology
Doris Garraway, Associate Professor, French and Italian
Laura Brueck, Professor, Asian Languages and Cultures and Comparative Literary Studies
Corey Byrnes, Associate Professor, Kaplan Institute for the Humanities, Asian Languages and Culture, Comparative Literary Studies
Jenna Christensen, Assistant Professor of Molecular Biosciences
Tara Fickle, Associate Professor, Asian American Studies
Robert L. Nelson, Professor, Sociology
Iñigo Manglano-Ovalle, Professor, Art Theory and Practice
Cynthia Robin, Professor, Anthropology
Shana Bernstein, Clinical Associate Professor, Legal Studies and American Studies
Emily Maguire, Associate Professor, Spanish and Portuguese
Benjamin Frommer, Associate Professor, Department of History
Jonathon Glassman, Professor Emeritus, History
Zach Nissen, Assistant Professor of Instruction, Anthropology

AAUP-00019

 ## Board of Trustees Chair Letter (2025-04-04)

LaShandra Sullivan, Associate Professor, Anthropology

Jeffrey A. Linder, MD, MPH, FACP, Michael A. Gertz Professor of Medicine and Chief, Division of General Internal Medicine

Sadie Wignall, Professor, Molecular Biosciences, and Director, Interdisciplinary Biological Sciences PhD program

Zachary Buchner, Assistant Professor of Instruction, Art Theory & Practice

Anonymous, Assistant Professor, Molecular Biosciences

Joe Feinglass, Research Professor of Medicine, Division of General Internal Medicine

Curt M. Horvath, Professor of Molecular Biosciences

Shelby Blythe, Assistant Professor, Molecular Biosciences

Diego Arispe-Bazán, Assistant Professor, Department of Anthropology

Steven Epstein, Professor of Sociology and John C. Shaffer Professor in the Humanities

Michael Kraus, Professor, Department of Psychology

Bennett Goldberg, Professor of Physics and Astronomy

Shalini Shankar, Professor, WCAS, Anthropology and Asian American Studies

Michelle M. Driscoll, Associate Professor, Physics & Astronomy

Robert Launay, Professor of Anthropology

AJ Christian, Professor, School of Communications

Kenzie A. Cameron, Professor of Medicine, Division of General Internal Medicine

Michael Anthony Turcios, Assistant Professor, Department of Radio/Television/Film; Center for Native American and Indigenous Research; Latina and Latino Studies Program

Santiago J. Molina, Assistant Professor, Sociology

Jen Munson, Assistant Professor, Learning Sciences, SESP

Beatriz O. Reyes, Assistant Professor of Instruction, Global Health Studies Program and NAIS minor

Megan Hyska, Assistant Professor, Philosophy

Hector Carrillo, Professor, Sociology and Gender and Sexuality Studies

Peter van Elswyk, Assistant Professor, Philosophy

Lisa Del Torto, Professor of Instruction, Cook Family Writing Program

Ray San Diego, Associate Professor of Instruction, Asian American Studies Program

S. B. West, Associate Professor of Instruction, Gender & Sexuality Studies, Spanish and Portuguese

Peter Locke, Professor of Instruction, Global Health Studies

Matthew O'Brien Associate Professor of Medicine and Preventive Medicine, Feinberg School of Medicine

Annalise Buth, Clinical Associate Professor, Pritzker School of Law

Cliff Zimmerman, Professor of Practice, Pritzker School of Law

Paul Gowder, Professor of Law, Pritzker School of Law

Alejandra Uslenghi, Associate Professor, Spanish & Portuguese - CLS

Melissa Simon, MD MPH, George H. Gardner MD Professor of Clinical Gynecology, Department of Obstetrics and Gynecology

Marc Sala, MD, Associate Professor, Pulmonary and Critical Care Medicine

Cybele Ghossein, Professor of Medicine - Feinberg school of Medicine

Cara J. Gottardi Pulmonary Medicine/Cell&Developmental Biology

Calvin Liang, School of Communication

Moya Bailey, Professor, Communication Studies

Galen Bodenhausen, Professor, Psychology

Aarati Didwania, Professor of Medicine, Feinberg School of Medicine

Alan R. Hauser, Professor, Feinberg School of Medicine

Becca Greenstein, STEM Librarian, University Libraries

Stacy Benjamin, Clinical Professor, Segal Design Institute

John Anderson, Senior Lecturer, Segal Design Institute

John Lake, Instructor, Segal Design Institute

AAUP-00020

 Board of Trustees Chair Letter (2025-04-04)

Stephanie Knezz, Associate Professor of Instruction, Chemistry
Lakshmi Padmanabhan, Assistant Professor, Department of Radio, TV, Film.
Emma Adam, Edwina S. Tarry Professor of Human Development and Social Policy, School of Education and
    Social Policy
Gregory Ward, Professor, Linguistics, Gender and Sexuality Studies, Philosophy (courtesy)
Frances R. Aparicio, Professor Emerita, Latina and Latino Studies Program
Cristina Lafont, Professor, Philosophy
Pascal Brixel, Assistant Professor, Philosophy
Claire Kirwin, Assistant Professor, Philosophy
Marcela A. Fuentes, Associate Professor, Performance Studies
Murali Prakriya, Professor of Pharmacology
Claudio Benzecry, Professor of Communication studies and Sociology
Aaron Shaw, Associate Professor, Communication Studies
Sepehr Vakil, Associate Professor, SESP
Kennetta Hammond Perry, Associate Professor, Black Studies and History
Allison Carroll, Assistant Professor, Psychiatry and Behavioral Sciences
Ava Thompson Greenwell, Professor, Medill
Karen M. Ridge, Professor of Medicine/Cell & Developmental Biology Feinberg School of Medicine
Deborah Douglas, Senior Lecturer and Director of the Medill Solutions Journalism Hub
Doug Kiel, Associate Professor, History
Samuel Weber, Avalon Professor of Humanities, German & CLS
Anonymous, Philosophy
Jonathan Moreira, Associate Professor, Feinberg School of Medicine
Jennifer Bierman, Professor of Medicine, Feinberg School of Medicine
Laura Hein, Professor of History
Alyson Carrel, Clinical Professor, Law
Jon Marshall, Associate Professor, Medill
Christian Petersen, Professor, Molecular Biosciences
Stephen Adam, Associate Professor, Cell and Developmental Biology
Mita Sanghavi Goel, MD, MPH, FACP, Professor of Medicine and Medical Education, Feinberg School of
    Medicine
Susanna A. McColley, Professor of Pediatrics in Pulmonary and Sleep Medicine
Priyanka Motaparthy, Clinical Professor of Law, Pritzker School of Law
Michael P. Angarone, Associate Professor, Feinberg School of Medicine
Andrea Lewis Hartung, Clinical Professor, Pritzker School of Law
Christine Percheski, Associate Professor of Sociology
Kyla Ebels-Duggan, Professor, Philosophy; Director, Brady Program in Ethics and Civic Life
Alfonso Mondragon, Professor, Molecular Biosciences
Amesika Nyaku, Assistant Professor, Feinberg School of Medicine
Brannon Ingram, Associate Professor, Religious Studies
Niall Mangan, Assistant Professor, ESAM, McCormick School of Engineering
Jennifer A. Jones, Associate Professor, Sociology
Jeremy Birnholtz, Professor, Communication Studies
Benjamin D. Singer, Lawrence Hicks Professor of Pulmonary Medicine, Department of Medicine, Feinberg
    School of Medicine
Karrie Snyder, Associate Professor of Instruction - Sociology
James Mahoney, Professor, Sociology and Political Science
Julia Behrman, Associate Professor of Sociology
Yingdan Lu, Assistant Professor, Communication Studies
Rebecca Ewert, Assistant Professor of Instruction, Sociology

AAUP-00021

 ## Board of Trustees Chair Letter (2025-04-04)

Ann Shola Orloff, Professor, Sociology and Political Science
Kate Weisshaar, Associate Professor, Sociology
Robert Weinstock, Clinical Associate Professor of Law, Pritzker Law School
Laura Pigozzi, Associate Professor of Instruction, Cook Family Writing Program
Duri Long, Assistant Professor, Communication Studies
Darren Gergle, Professor of Communication Studies and Computer Science (by courtesy)
Laurel Harbridge-Yong, Professor, Political Science
Eli Kean, Assistant Professor of Instruction, Gender & Sexuality Studies
Courtney Scherr, Associate Professor, Communication Studies
Lisandra Vila Ellis, Assistant Professor, Cell and Developmental Biology
Betty Tran, Associate Professor of Medicine, Feinberg School of Medicine
Jamie Carlstone, Associate Librarian, Northwestern Libraries
Linda A. Teplin, Owen L. Coon Professor of Psychiatry and Behavioral Sciences
Sara Thomas, Research Assistant Professor, Feinberg School of Medicine
Krishnan Warrior, Assistant Professor of Medicine, Feinberg School of Medicine
Mary Kwasny, Professor, Preventive Medicine
Judith Moskowitz, PhD, MPH, Vice Chair for Faculty Research, Feinberg School of Medicine
Sera Young, Professor of Anthropology
Thomas J Billard, Associate Professor, Communication Studies and Sociology (courtesy)
Christina Normore, Associate Professor, Art History
Marcelo Worsley, Karr Family Associate Professor, Learning Sciences and Computer Science
Almaz Mesghina, Assistant professor of instruction, Psychology
Brady Clark, Associate Professor of Instruction, Linguistics and WCAS Advising
Wendy Espeland, Professor, Sociology
Anonymous, Professor, Microbiology-Immunology
Mimi White, Professor, Radio/TV/Film
Milkie Vu, Assistant Professor, Preventive Medicine
Rajeev Kinra, Associate Professor, History, Comparative Literature, Middle East and North African Studies,
        Asian Languages and Cultures, and International Studies
Morgan Thompson, Assistant Professor, Philosophy
Shobha Mahadev, Clinical Professor of Law, Pritzker School of Law
Anonymous, Assistant Professor, Department of Medicine
Peter Slevin, Professor, Medill
Janice Radway, Walter Dill Scott Professor of Communication Emerita
Rosemary Bush, Associate Professor of Instruction, Earth, Environmental, and Planetary Sciences
Suzan van der Lee, Professor, Earth, Environmental, and Planetary Sciences
Lawrence Stuelpnagel, Clinical Associate Professor Medill/Political Science
Ashlee Humphreys, Professor, Medill School of Journalism, Media, and Integrated Marketing Communications
Brent E. Huffman, Professor, Medill School of Journalism
Caryn Ward, Professor, Medill
Michael A. Deas, Assistant Professor, Medill
Ajay K. Mehrotra, Professor of Law & History
Greg Wagner, Associate Professor, Mechanical Engineering
Gregory Phillips II, Associate Professor, Department of Medical Social Sciences
Jeremy Keys, Assistant Professor of Instruction, Mechanical Engineering
Manjot K Gill, Professor, Ophthalmology and Medical Education
Kathryn Macapagal, Associate Professor, Medical Social Sciences and Psychiatry
Malcolm A. MacIver, Professor, Mechanical Engineering, Biomedical Engineering
Reema Habiby, Associate Professor of Pediatrics
Lisa Wilsbacher, Associate Professor, Feinberg School of Medicine

AAUP-00022

 Board of Trustees Chair Letter (2025-04-04)

Douglas E Vaughan, Professor, Feinberg School of Medicine
Angira Patel MD MPH, Professor of Pediatrics and Medical Education, Feinberg School of Medicine
Carol Haywood, Assistant Professor, Medical Social Sciences
Shawn Smith, MD, Assistant Professor, Feinberg School of Medicine
Michael Beltran, Senior Lecturer, Mechanical Engineering
Magdalena Osburn, Associate Professor, Earth, Environmental, and Planetary Sciences
John W. Rudnicki, Professor, Mechanical Engineering and Civil and Environmental Engineering
Jeff Rice, Senior Lecturer Emeritus, Political Science
Angela Lee, Professor of Marketing, Kellogg School
Jesse Yeh, Assistant Professor of Instruction, Legal Studies
Doreen Weisenhaus, Associate Professor, Medill School of Journalism/Senior Lecturer, Pritzker School of Law,
Gianluca Cusatis, Professor, Department of Civil and Environmental Engineering, McCormick School of
        Engineering and Applied Science
Elizabeth Shogren, Associate Professor, Medill
Douglas Foster, Professor, Medill School
Josh Honn, Humanities and Prison Education Librarian, University Libraries
Eric Sirota, Clinical Associate Professor of Law, Pritzker School of Law
Igal Szleifer, Christina Enroth-Cugell Professor of Biomedical Engineering
Joshua Hauser, Professor, Department of Medicine
Thrasos Pappas, Professor, Electrical and Computer Engineering
Pablo L. Durango-Cohen, Associate Professor, Civil & Environmental Engineering
Wendy Murray, Professor, Departments of Biomedical Engineering and PM&R
Branden Ghena, Assistant Professor of Instructions, Computer Science
Zach Wood-Doughty, Assistant Professor of Instruction, Computer Science
Lynn Cohn, Clinical Professor, Pritzker School of Law
Nivedita Arora, Assistant Professor, Electrical and Computer Engineering & Computer Science, McCormick
Eleanor O'Rourke, Associate Professor of Computer Science and the Learning Sciences
Mahdi Hosseini, Associate Professor of Electrical and Computer Engineering
Hai Zhou, Professor of ECE and CS (courtesy), McCormick School of Engineering
Mark Sheldon, Distinguished Senior Lecturer Emeritus, Philosophy
Katrina T. Obleada, PhD, Assistant Professor in the Department of Psychiatry and Behavioral Health in
        Feinberg School of Medicine
David Gatchell, Clinical Professor of Engineering, Segal Design Institute, McCormick
Baron Reed, Professor, Philosophy
John Flaherty, Professor, Medicine (Infectious Diseases)
Matthew Grayson, Professor of Electrical & Computer Engineering, McCormick
James Bielo, Associate Professor of Religious Studies
Barry Wimpfheimer, Associate Professor, Religious Studies and Law
Ian Hurd, Professor, Political Science, and President-Elect of Faculty Senate
J Michelle Molina, Religious Studies and History
Robert Orsi, Religious Studies and History
Christine Helmer, Peter B. Ritzma Chair of Humanities, Professor, German and Religious Studies (courtesy)
Anna Parkinson, Associate Professor, Department of German
Erica Weitzman, Associate Professor, German and Comparative Literary Studies
Ian Horswill, Associate Professor of Computer Science
Jason Hartline, Professor, Computer Science
Kenneth D. Forbus, Walter P. Murphy Professor of Computer Science & Professor of Education (by courtesy)
Ivuoma Onyeador, Assistant Professor, Management & Organizations (Kellogg), Psychology (courtesy),
        Pritzker (courtesy)
Fabián E. Bustamante, Professor, Department of Computer Science

AAUP-00023

 ## Board of Trustees Chair Letter (2025-04-04)

Anonymous, Professor, Learning Sciences and Human Development and Social Policy
Cindy Wilson, Clinical Professor, Pritzker School of Law
William Reno, Professor of Political Science
Sally Nuamah, Associate Professor, SESP
Kyle Henry, Associate Professor, Radio Television Film
K O, Associate Professor, Director of Music Theater Area, School of Communications

Wendy Muchman, Professor of Practice, Northwestern University Pritzker School of Law
Ed Colgate, Professor, Mechanical Engineering
Tabitha Bonilla, Associate Professor, HDSP and Political Science
Sarah Cushman, Senior Lecturer, History
Lina Britto, Associate Professor, Department of History
Melissa Rosenzweig, Associate Professor of Instruction, Anthropology and EPC
Nicole Stephens Jeanne Brett Chair in Negotiations Professor of Management & Organizations
Annette D'Onofrio, Associate Professor, Linguistics
Quincy Thomas Stewart, Associate Professor, Sociology
Lauren Rivera, Professor of Management and Organizations, Kellogg School of Management
Anonymous, Department of Pediatrics, Division of Pulmonary and Sleep Medicine
Greg J. Beitel
J. Michelle Molina, Religious Studies
Susan Manning, Bergen Evans Professor in the Humanities
Kathleen Carmichael, Professor of Instruction, Cook Family Writing Program
Mark Hauser, Professor, Anthropology
Michael Certo, Assistant Professor of Pediatrics, Feinberg School of Medicine
Zayd Dohrn, Professor, Radio/TV/Film
William R. Leonard, Professor of Anthropology & Global Health Studies
Domietta Torlasco, Professor, French and Italian - CLS
Sarah M. Cushman, Senior Lecturer, History
Mark Sheldon, Distinguished Senior Lecturer Emeritus, Philosophy
Benjamin C. Owen, Associate Professor of Research, Chemistry

---

[1] In a *New York Times* interview on 10th March, Christopher Rufo said that the goal is to "put universities into recession, into declining budgets…in a way that puts them into an existential terror."
[2] During her interview on MSNBC (February 4), Ben-Ghiat referred to this administration's "obsessive haste to purge bureaucracy so quickly," as a *coup*. "I'm a historian of coups," she continued, "and I would use that word." Yale historian of fascism, Timothy Snyder, published his own article the next day headlined "Of Course It's a Coup – Miss the Obvious, Lose Your Republic."
[3] Scholars who study authoritarian leaders have explained that they flourish by invoking a mythic past that bears little resemblance to reality. Autocratic leaders will lie about their targets and repeat these lies until their followers and even opponents start speaking the same language and agreeing to falsehoods.

EXHIBIT

73

# Curriculum Vitae

## Bernhard Nickel · Harvard University

### Spring 2025

## Address

207 Emerson Hall
Department of Philosophy
Harvard University
Cambridge, MA 02138

Email: bnickel@fas.harvard.edu
http://scholar.harvard.edu/bernhardnickel

## Academic Appointments

| | | |
|---|---|---|
| 2013 - | *Professor* | Department of Philosophy<br>Harvard University<br>Cambridge, MA |
| 2011 - 2013 | *Associate Professor* | Department of Philosophy<br>Harvard University<br>Cambridge, MA |
| 2006 - 2011 | *Assistant Professor* | Department of Philosophy<br>Harvard University<br>Cambridge, MA |
| 2005-2006 | *Instructor* | Department of Philosophy<br>Tufts University<br>Medford, MA |
| 2005-2006 | *Visiting Scholar* | Department of Linguistics and Philosophy<br>MIT<br>Cambridge, MA |

## Education

| | |
|---|---|
| 2000 - 2005 | MIT<br>Ph.D. in Philosophy |
| 1995-1999 | Cornell University<br>B.A. in Philosophy and College Scholar |

1

AAUP-00154

# Publications

Nickel, B. "Semantics for Characterizing Sentences". In J. Gajewski, V. Hacquard, B. Nickel, and S. Yalcin, eds., *Recent Work on Modality*, 123–147 (Cambridge, MA: MIT Press, 2006).

—. "Against Intentionalism". *Philosophical Studies*, 136(3), (2007), 279–304.

—. "Generics and the Ways of Normality". *Linguistics and Philosophy*, 31(6), (2008), 629–648.

—. "Ceteris Paribus Laws: Generics and Natural Kinds". *Philosophers' Imprint*, 10(6), (2010a), 1–25.

—. "Generic Comparisons". *Journal of Semantics*, 27(2), (2010b), 207–42.

—. "Generically Free Choice". *Linguistics and Philosophy*, 33(6), (2010c), 479–512.

—. "How General Do Theories of Explanation Need to Be?" *Noûs*, 44(6), (2010d), 305–328.

—. "Philosophy of Language". In *Oxford Bibliographies Online: Linguistics* (Oxford: Oxford UP, 2012a).

—. "Plurals". In G. Russell and D. G. Fara, eds., *The Routledge Handbook of Philosophy of Language*, 392–408 (New York: Routledge, 2012b).

—. "Saying and Doing: The Role of Semantics in the Use of Generic Sentences". *Canadian Journal of Linguistics*, 57(2), (2012c), 289–302.

—. "Dutchmen are Good Sailors: Generics and Gradability". In A. Mari, C. Beyssade, and F. D. Prete, eds., *Genericity*, 390–405 (Oxford, UK: Oxford UP, 2013a).

—. "Dynamics, Brandom-Style". *Philosophical Studies*, 162(2), (2013b), 333–354.

—. "The Role of Kinds in the Semantics of *Ceteris Paribus* Laws". *Erkenntnis*, 79, (2014), 1729–1744.

—. "Explanatory Strategies in Linguistic Practice". In C. Kendig, ed., *Natural Kinds and Classification in Scientific Practice* (Routledge, 2015).

—. *Between Logic and the World* (Oxford: Oxford UP, 2016).

—. "Generics". In B. Hale, A. Miller, and C. Wright, eds., *The Blackwell Companion to the Philosophy of Language, 2nd Edition* (Blackwell, 2017).

—. "Generics, Conservativity, and Kind-Subordination". *Philosophers' Imprint*, 18(13), (2018a), 1–18.

—. "Ways of Normality: Reply to Hoeltje". *Linguistics and Philosophy*, 41(3), (2018b), 289–293.

# Teaching

## Awards and Grants

- Named one of the favorite professors of the Harvard class of 2011, 2022.
- Harvard Initiative for Learning and Teaching Grant to transform an introductory course into a team-based-learning methodology ($8000), 2017.
- Star Family Award for Excellence in Advising, 2018.

AAUP-00155

## Dissertation Committees

(* denotes current)

   

## Senior Theses Supervised

   

# Service

## Department Chair

- AY 2022–25

## Chair of Graduate Admissions Committee

- AY 2010–11
- AY 2012–13
- AY 2013–14

- AY 2022–23
- AY 2024–25

## Director Of Undergraduate Studies

- AY 2014–15
- AY 2015–16
- AY 2017–18

- AY 2018–19
- AY 2019–20
- AY 2020–21

## Other Service

- Member of the executive board, PIKSI Boston: 2015–current
- Member of the Education Policy Committee's subcommittee on evaluating teaching, AY 2017–18.
- Chairperson of the Committee on Course Registration, Harvard University, 2018/19–2021/22
- Member of the Standing Committee on General Education, Harvard University, 2018/19

3

EXHIBIT

74

# Syllabus for PHIL 148r
# Spring 2025

January 24, 2025

## 1  The Topic

The course centers on generic generalizations or generics for short. These are generalizations that describe kinds of things and that do not have any explicit indication about how widely they apply, such as.

(1) Ravens are black.

(2) Tigers have stripes.

(3) Lions have manes.

(4) Lions give birth to live young.

These contrast with explicitly quantified claims, such as the following.

(5) All students work hard.

(6) Some students work hard.

(7) 28% of students work hard.

(8) Few students work hard.

Below is a somewhat narrative schedule of meetings and readings. We'll meet once a week on Wednesdays from 3-5pm in Emerson 310 (the Tanner Room), except at the end of the term when we will have student presentations of their research topics. For these last two meetings, we might meet somewhat longer so that every student can give a presentation and get some feedback.

## 2  Schedule of Meetings and Readings

### 2.1  *Starting Out*

**Meeting 01: Wed, 01/29/2025**
**Overview**

The first meeting of the class will be an overview of the mechanics of the course and of some of the main issues we'll be looking at. If you have the time, read the Stanford Encyclopedia article on Generics. If you can do that and still have time, start reading the introduction to *Generic Book* from 1995.

The study of generics has a somewhat striking history. It began in the late 70s with Greg Carlson's dissertations on generics (Carlson, 1977), and then saw only sporadic work for the next almost 20 years.

1

Then the *Generic Book*, an anthology of various papers on generics, came out and completely invigorated the study of generics in both linguistics and philosophy, not least because several of the editors of the book (mostly Manfred Krifka), wrote a 100+ page introduction to the volume that was a pretty brilliant synthesis and overview of the state of the art at that time, together with some fairly bold hypotheses (Krifka et al., 1995). I can tell you that when I started thinking about generics in graduate school in the early 2000s, that introduction was pretty much the starting and end point of thinking about generics. While the field has certainly moved on, you can still see the traces of the impact that this introduction had on the field.

So if you have some free time, start reading the introduction to the generic book. But to be clear, none of the readings this week is required, unlike in future weeks.

## 2.2   Semantic Approaches

The next several meetings will be devoted to looking at some of the main semantic approaches to generics. That will give us a chance to think explicitly about the range of phenomena to be discussed. What's more, generics have been a really interesting case study in debates about what a semantic theory is intended to accomplish. So as you do the readings for the weeks in this part of the course, pay attention to the types of phenomena that different theorists cite in support of their theories.

### Meeting 02: Wed, 02/05/2025
### Modal Probability

We're going to start out with a theory that I think of as modalized probability, due to Ariel Cohen. The basic idea is that generics make claims not about what's always true, but about what's likely to be true. But it's not just any old likelihood: generics seem to convey generalizations that are, in some sense to be made precise by theorizing, non-accidental.

We're going to look at a couple of early pieces by Cohen, and these are both required readings.

- Cohen (1999)
- Cohen (2004)

Cohen's work introduces some important test cases that a lot of theories of generics need to deal with, and it gives an interestingly unified

### Meeting 03: Wed, 02/12/2025
### Psychological Approaches

One of the most influential (probably the most influential) writer on generics is Sarah-Jane Leslie. Her paper on generics has had a huge impact.

- Leslie (2008)

That paper will be the focus of our conversation in this class meeting. As you'll see, Leslie focuses on cognitive and developmental psychological phenomena to an extent that is completely unlike Cohen.

There have been various reactions to her work, but I want to look at some very recent ones. These are also required, but it's OK if you only read them once. The Leslie piece, by contrast, bears re-reading.

- Almotahari (2024)
- Kirkpatrick (2024a)

2

AAUP-00197

- Neufeld et al. (forthcoming)

**Meeting 04: Wed, 02/19/2025**
**Normality**

Normality approaches are a third main way of thinking about generics. The easiest way into them is to think about the fact that the truth of a generic seems to be quite stable, even as statistics may fluctuate. A standard example to illustrate the point I just made is to consider (9).

(9) Lions have four legs.

That strikes many people as true, and that judgment remains stable even if for a brief time, a bunch of lions have fewer than four legs, perhaps because they've lost a leg in accidents or combat, or there are birth defects, or what have you. The intuition that motivates the normality approach is to say that the generic is about what is normally the case, and so fluctuations like the ones I just gestured at don't impact the assessment of a generic just because these fluctuations are due to abnormal factors.

We'll look at three versions of the normality approach. In the spirit of putting my cards on the table, one of these is mine, so you know where I'm coming from on this material.

- Asher and Morreau (1995)
- Eckardt (1999)
- Nickel (2008)

**Meeting 05: Wed, 02/26/2025**
**Contextualism**

All of the approaches that we're looking at in Weeks 02-04 have something in common: they are all motivated by the idea that there's something distinctive about what generics convey, and that it's the job of a semantic theory to tell us what that is.

The approaches we're looking at this week deny this. They suggest that generics are really context-sensitive, and so they convey massively different propositions in different contexts, so different that there's no common core to all generics.

We're going to be looking at a couple of papers that pursue this route.

- Sterken (2015)
- Nguyen (2020)

This will also give us a chance to talk about a big methodological issue that'll come back later, which is a certain kind of vagueness or fuzziness that infects the use of generics. It's just not clear what they're saying, on any particular occasion of use, because the context in which a generic is used doesn't settle the details. How should we theorize about that? So we'll also read:

- King (2018)

This isn't explicitly about generics, but it captures a lot of the discussions in this arena.

3

AAUP-00198

**Meeting 06: Wed, 03/05/2025**
**Rational Speech Act Theory**

The last approach we're looking at is one that you can think of as a combination of the probabilistic approach of Cohen and the contextualism of Sterken. This is rational speech act (RSA) theory. The key idea behind this approach holds that we should think about the meaning of a sentence not in terms of something like a proposition—an increment of information—that is conveyed by the speaker to an audience. Instead, we should think about the meaning of a sentence in terms of the impact it has on the audience's views. Probability enters the picture because RSA theorists model the views that someone has about the world using probability, in fundamentally Bayesian terms. (I'll give a short primer on Bayesianism, so don't worry if that's new.) The paper by Tessler and Goodman is the main focus of our session. The paper by Degen is an introduction to RSA that doesn't focus on generics. I had to work my way through Degen's paper in

order to really understand what Tessler and Goodman are up to. Finally, the paper by Ryu et al. includes some useful discussion of Tessler and Goodman.

- Degen (2023)
- Tessler and Goodman (2019)
- Ryu et al. (2022)

## 2.3 Stereotypes

Generics are currently seeing a lot of interest from theorists in different disciplines because of their connection to stereotypes. It is, after all, quite natural to express stereotypes using generics. The harmless example I used in the preliminary example, "Germans don't have a sense of humor," is supposed to show you the pattern.

So one question is how to think about stereotypes, and I want to start with a view that's pretty clearly articulated, and which runs counter to a lot of work, one that holds that a lot of stereotypes are just plain accurate. This will be a useful position to have in mind as we look at reactions to it later.

**Meeting 07: Wed, 03/12/2025**
**Jussim on Accurate Stereotypes**

Here, then, is the promised view, due to Lee Jussim. The main text he wrote about this is the book *Social Perception and Social Reality* (Jussim, 2012.) But we'll focus on a discussion in the *Behavioral and Brain Sciences*. That's a journal that identifies a target article and then solicits response pieces from practitioners in lots of different fields.

- Jussim (2017)
- The PDF of Jussim's Précis includes all of the peer commentary. Please read the following commentaries (listed by author names)
    - Bian and Cimpian
    - Bonnefon, Hopfensitz, De Neys
    - Church
    - Kihlstrom
    - Martin

4

AAUP-00199

– Tappin, McKay, Abrams

– Hoover Wilson and Huang

**Meeting 08: Wed, 03/26/2025**
**Reactions to the Accuracy Hypothesis**

The question raised by Jussim's work is what stereotypes are. You can see that in some of the responses in the BBS piece that we're looking at in Meeting 07. So in this session, I want us to look at a few more responses.

- Beeghly (2021)

- Munton (2021)

The goal will be to see how these theories look when seen in the context of generics, especially in view of what their semantics and/or pragmatics might be.

**Meeting 09: Wed, 04/02/2025**
**Are Generics Particularly Pernicious?**

Since theorists think that generics are particularly closely connected to the expression of stereotypes, it's natural to ask whether generics are particularly pernicious (at least in some instances). This session is devoted to looking at some of the work on this topic.

- Wodak et al. (2015)

- Saul (2017)

- Ritchie (2019)

- Tasimi et al. (2017)

- Cella et al. (2022)

## 2.4  Generics and Action Guidance

Everything we've done in the course so far has been about what generics *say*. The last chunk of the course will be about how they influence action. In part, this is motivated by the connection between stereotypes and generics: the thought being that stereotypes are an important thing to study because they influence how people act. In part, this is also motivated by the observation that in many situations where a person has to make a choice, it's natural to couch advice in the form of a generic. Here's an example to illustrate the latter point. Suppose that you're thinking of adopting a dog, but you don't really know much about dogs, you just want to make sure that you get a friendly dog that's a good family pet. Someone might say to you "Golden Retrievers are friendly" by way of giving you advice about a breed.

What makes this a topic to think about is a point I brought up earlier: generics are relatively immune to fluctuations in how widely a feature is present in a population (that's the point about the lions and legs example). But whether an action is successful, or likely to be successful, often depends on precisely this sort of fact, how widely a feature is present in a population. So how can generics reasonably guide action?

We're going to look at a couple of issues that make this rough idea more concrete.

5

AAUP-00200

**Meeting 10: Wed, 04/09/2025**
**Normative Generics**

The first one concerns what are usually called *normative generics*. Here's the standard example.

(10) Boys don't cry.

You can readily imagine this being said to boy who's crying as a way of getting him to not cry, and that's because that's how boys ought to act, at least by the lights of the speaker. In that respect, the generic makes a normative claim.

There's a lively debate about how to analyze them.

- Leslie (2015)
- Hesni (2021b)
- Haslanger (2014)

**Meeting 11: Wed, 04/16/2025**
**Counterexamples and Actuality**

In this meeting, we'll approach the same issue in a quite different way. We're going to try and understand how and why the assertion of generics is sensitive to the assertion of counterexamples. To see the issue, imagine this kinds of dialogue:

(11) A: Ravens are black.

(12) B: Some ravens are white.

(13) A: Ravens are black.

A starts with the assertion of a generic, B observes that there are exceptions, and if A just repeats the generic, something's gone wrong in the conversation. What exactly? This issue interacts in interesting ways with how one might try to argue against a stereotype or generic generalization in various settings.

The first two readings are specifically about generics. The second two are about the same sort of issue for a couple of different constructions, to see if they shed light or provide useful resources.

- Kirkpatrick (2024b)
- Hesni (2021a)
- Ninan (2024)
- Hacquard (2020)

### 2.5 Student Presentations

The last two sessions are devoted to students presenting their research paper topics.

## 3 Assignments

The main assignment for this course is a **research paper** which students will write in stages and with a lot of help from me. Generics are my own area of current research, so I want students to have a sense of what it looks like to do work on an active research area. To get a sense for what the research project looks

6

AAUP-00201

like, and how I support students through it, you can take a look at a similar assignment I've done in the past in my philosophy of language survey course (PHIL 147).

In addition, I'll ask all students to write **three short response papers**. It's always good to have practice in explaining someone else's position and making one or two crisp remarks about that, whether it's a challenge, a way of developing an idea, or what have you. Because the papers are short, they're hard, and I expect students to work on them a lot. Students will sign up at the start of term for which weeks they want to write about. The first draft of the paper is due on the Tuesday before the class meeting, and students then produce a final version of the paper by revising the initial submission on the basis of class discussion and feedback from me.

Finally, participation in class discussion is a major component of the course. The class benefits from the input of many different voices and perspectives, so I want students to be active participants both for their own sake—one learns more if one actually tries to put one's thoughts into words—and for everyone else's.

### 3.1   Grade Breakdown

- Short Response Papers: 10% each (so 20% total), lowest grade will be dropped so long as students submit all three papers.

- Class participation: 20%

- Research paper: 60%. This includes all of the steps towards the paper.

## References

Almotahari, M. "Generic Cognition: A Neglected Source of Context Sensitivity". *Mind and Language*, 39(4), (2024), 472–491.

Asher, N. and M. Morreau. "What Some Generic Sentences Mean". In G. N. Carlson and F. J. Pelletier, eds., *The Generic Book*, 300–339 (Chicago: University of Chicago Press, 1995).

Beeghly, E. "What's Wrong with Stereotypes? The Falsity Hypothesis". *Social Theory and Practice*, 47(1), (2021), 33–61.

Carlson, G. N. *Reference to Kinds in English*. Ph.D. thesis, University of Massachusetts, Amherst (1977).

Cella, F., K. A. Marchak, C. Bianchi, and S. A. Gelman. "Generic Language for Social and Animal Kinds: An Examination of the Asymmetry Between Acceptance and Inferences". *Cognitive Science*, 46, (2022), 1–36.

Cohen, A. "Generics, Frequency Adverbs, and Probability". *Linguistics and Philosophy*, 22, (1999), 221–253.

—. "Generics and Mental Representation". *Linguistics and Philosophy*, 27(5), (2004), 529–556.

Degen, J. "The Rational Speech Act Framework". *Annual Review of Linguistics*, 9, (2023), 519–540.

Eckardt, R. "Normal Objects, Normal Worlds, and the Meaning of Generics". *Journal of Semantics*, 16(3), (1999), 237–278.

Hacquard, V. "Actuality Entailments (Online Edition)". In C. M. H. R. T. E. Z. Daniel Gutzmann, Lisa Matthewson, ed., *The Wiley Blackwell Companion to Semantics*, 1–26 (John Wiley & Sons, Ltd, 2020).

Haslanger, S. "The Normal, the Natural, and the Good: Generics and Ideology". *Politica & Società*, 3, (2014), 365–392.

Hesni, S. "Generics as Instructions". *Synthese*, (199), (2021a), 12587–12602.

AAUP-00202

—. "Normative Generics: Against Semantic Polysemy". *Thought*, 10, (2021b), 218–225.

Jussim, L. *Social Perception and Social Reality* (Oxford, UK: Oxford UP, 2012).

—. "Précis of *Social Perception and Social Reality: Why Accuracy Dominates Bias and Self-Fulfilling Prophecy* (with Peer Commentary and Replies". *Behavioral and Brain Sciences*, 40(1), (2017), 1–65.

King, J. C. "Strong Contextual Felicity and Felicitous Underspecification". *Philosophy and Phenomenological Research*, 97(3), (2018), 631–657.

Kirkpatrick, J. R. "The Acquisition of Generics". *Mind and Language*, 39(4), (2024a), 492–517.

—. "The Dynamics of Generics". *Journal of Semantics*, 40(4), (2024b), 523–548.

Krifka, M., F. J. Pelletier, G. N. Carlson, A. ter Meulen, G. Chierchia, and G. Link. "Genericity: An Introduction". In G. N. Carlson and F. J. Pelletier, eds., *The Generic Book*, 1–124 (Chicago: University of Chicago Press, 1995).

Leslie, S.-J. "Generics: Cognition and Acquisition". *Philosophical Review*, 117(1), (2008), 1–47.

—. ""Hilary Clinton is the Only Man in the Obama Administration": Dual Character Concepts, Generics, and Gender". *Analytic Philosophy*, 56(2), (2015), 111–141.

Munton, J. "Prejudice as the Misattribution of Salience". *Analytic Philosophy*, 64(1), (2021), 1–19.

Neufeld, E., A. Bosse, G. D. Pinal, and R. Sterken. "Giving Generic Language Another Thought". *WIREs Cognitive Science*.

Nguyen, A. "The Radical Account of Bare Plural Generics". *Philosophical Studies*, 177, (2020), 1303–31.

Nickel, B. "Generics and the Ways of Normality". *Linguistics and Philosophy*, 31(6), (2008), 629–648.

Ninan, D. "An Expressivist Theory of Taste Predicates". *Philosophers' Imprint*, 24(13), (2024), 1–23.

Ritchie, K. "Should We Use Racial and Gender Generics?" *Thought*, 8, (2019), 33–41.

Ryu, S. H., W. Yang, and J. C. Park. "Flexible Acceptance Condition of Generics from a Probabilistic Viewpoint: Towards Formalization of the Semantics of Generics". *Journal of Psycholinguistic Research*, 51, (2022), 1209–1229.

Saul, J. "Are Generics Especially Pernicious". *Inquiry*, 66, (2017), 1682–1699.

Sterken, R. K. "Generics in Context". *Philosophers' Imprint*, 15(21), (2015), 1–30.

Tasimi, A., S. A. Gelman, A. Cimpian, and J. Knobe. "Differences in the Evaluation of Generic Statements About Human and Non-Human Categories". *Cognitive Science*, 41, (2017), 1934–1957.

Tessler, M. H. and N. D. Goodman. "The Language of Generalization". *Psychological Review*, 126(3), (2019), 395–436.

Wodak, D., S.-J. Leslie, and M. Rhodes. "What a Loaded Generalization: Generics and Social Cognition". *Philosophy Compass*, 10(9), (2015), 625–635.

8

AAUP-00203

**EXHIBIT**

**75**

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: Political Action and Expression**
**Date:** November 9, 2023 at 4:14:57 PM EST
**To:** philfaculty-list <philfaculty-list@fas.harvard.edu>, philgrad-list <philgrad-list@fas.harvard.edu>, philconc-list@lists.fas.harvard.edu,

Dear Colleagues, Grads, Concentrators, and Staff,

Last week, President Gay reminded us of the University's Statement on Rights and Responsibilities. It explicitly enshrines the right to political action, advocacy, and organization of every member of our campus community. It also reminds us that the exercise of these rights needs to be balanced by concern for the dignity and safety of others.

We live in times that make maintaining this balance challenging. Hamas' terrorist attack claimed the lives of many Israeli civilians, including many children. Israel's military actions have caused the deaths of many Palestinian civilians, including many children. For many members of our department, these are not far-away events but have immediate personal implications. Some have friends and family members in the region whom they have lost over the past days and weeks, or whose safety they worry about given the likelihood of further bloodshed. Many who don't have such personal connections are anguished by the continuing civilian tolls.

Many members of our community want to respond to the crisis through political action. In doing this, it is important that we bear in mind the complexity of which President Gay has reminded us. Political action must be consistent with the goals and values of our community, one dedicated to free inquiry and open debate. This requires judgment and sometimes conversation, in good part because the line between advocacy and

AAUP-00236

harassment, between organizing and threatening, is itself politically contested.

When any of us engage in political action, I ask that we exercise our judgment in good faith. When we are confronted with messages that strike us as not merely as political action but as harassment, discrimination, or a threat, I ask that we make an effort in good faith to raise that issue and resolve it.

Our community isn't a collection of strangers who meet each other briefly in public, with no shared history, aspirations, or goals. Many of us have been working and thinking together for years. I hope that you treat each other with the care appropriate to being part of this community.

As I continue to enforce the rules set out in the Statement on Rights and Responsibilities, some of you may disagree with me over whether a particular political action, be it in voice or deed, falls within the bounds of acceptable behavior. I ask that you believe that I am acting in good faith, and so that if you disagree with me on any particular judgment, you enter into a dialogue with me about it.

Sincerely,
Bernhard.
Department Chair


--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
-------------------------------

AAUP-00237

Open in app ∕                                                     Sign in

# Medium    🔍 Search                                    ✍ Write

# Harvard Faculty Statement In Support of Academic Freedom

Academic Freedom Faculty Statement ( Follow )  6 min read · Nov 13, 2023

👏 8.2K   💬 36                                    🔖  ▶  ⬆

Dear President Gay:

As Harvard faculty, we have been astonished by the pressure from donors, alumni, and even some on this campus to silence faculty, students, and staff critical of the actions of the State of Israel. It is important to acknowledge the patronizing tone and format of much of the criticism you have received as well as the outright racism contained in some of it.

We were nevertheless profoundly dismayed by your November 9 message entitled "Combating Antisemitism." The University's commitment to intellectual freedom and open dialogue seems to be giving way to something else entirely: a model of education in which the meaning of terms once eligible for interpretation is prescribed from above by a committee whose work was, on Tuesday, described to the faculty as only beginning.

**EXHIBIT**

**76**

AAUP-00238

There should surely be limits to what is speakable, even in a university. Saying things that are plainly untrue – denying the Holocaust, for example – merits condemnation. Derogating other members of the community in racist, xenophobic, sexist, homophobic, or transphobic language merits condemnation.

There must, however, be room on a university campus for debate about the actions of states, including of the State of Israel. It cannot be ruled as *ipso facto* antisemitic to question the actions of this particular ethno-nationalist government any more than it would be *ipso facto* racist to question the actions of Robert Mugabe's ethno-nationalist government in Zimbabwe. Nor can arguments that characterize Israel as an "apartheid" state or its recent actions as "ethnic cleansing" or even "genocide" be considered automatically antisemitic, regardless of whether one concurs with such arguments. The University's recently-announced "Discrimination and Bullying Policies and Procedures," it is useful to remember, includes "political belief" (and thus presumably its expression) as a protected category.

It is understandable that in the shadow of the twentieth-century history of Europe, Palestine, and Israel, as well as the attacks of October 7 and the ongoing catastrophe in Gaza, you would want to remind members of our community that their words have meaning. And yet, at a moment when an affiliate of the University has with apparent impunity stood in the yard and accused students of supporting terrorism, your delineation of the limits of acceptable expression on our campus is dangerously one-sided.

Similarly, the phrase "from the river to the sea, Palestine must be free" has a long and complicated history. Its interpretation deserves, and is receiving, sustained and ongoing inquiry and debate. Singling it out as necessarily implying removalism or even eliminationism – when over a million

AAUP-00239

Palestinians have been forced from their homes and over ten thousand civilians, including four thousand children, have been slain in Gaza, actions which the Holocaust historian Omer Bartov suggests in the *New York Times* may amount to a "crime against humanity" being executed with "genocidal intent" – is imprudent as a matter of university policy and badly misjudged as an act of moral leadership.

We call on you to present a balanced commitment to the support of intellectual freedom at Harvard by taking the following steps:

1. Resisting calls to suspend and/or decertify the Palestine Solidarity Committee in retaliation for its public statements and advocacy, and resisting calls to set aside the University's normal disciplinary procedures to prematurely sanction students and employees because of concerns raised about their political activity absent specific allegations of wrongdoing (and those already thusly sanctioned must be reinstated pending a procedurally sound investigation);

2. Directing the President's Advisory Group on Antisemitism to explain its definition of antisemitism to the University community, as requested at the FAS faculty meeting of November 7, before recommending any policies touching upon the freedom of thought and expression on our campus;

3. Explicitly and specifically affirming the University's commitment to the freedom of thought, inquiry, and expression in light of the extraordinary pressure being brought to bear upon critics of the State of Israel and advocates of the Palestinian people, and indicating that there can be no tolerance for a "Palestine exception" to free speech;

4. Creating an advisory group on Islamophobia and anti-Palestinian and anti-Arab racism (as suggested at the FAS faculty meeting of November

AAUP-00240

7).

Sincerely,

1. Walter Johnson, Harvard Faculty of Arts and Sciences

2. Kirsten Weld, Harvard Faculty of Arts and Sciences

3. Vijay Iyer, Harvard Faculty of Arts and Sciences

4. Deidre Lynch, Harvard Faculty of Arts and Sciences

5. Nikolas Bowie, Harvard Law School

6. Diane Moore, Harvard Divinity School

7. Namwali Serpell, Harvard Faculty of Arts and Sciences

8. Khalil Gibran Muhammad, Harvard Kennedy School

9. Sidney Chalhoub, Harvard Faculty of Arts and Sciences

10. Christopher Hasty, Harvard Faculty of Arts and Sciences

11. Salma Abu Ayyash, Harvard Faculty of Arts and Sciences

12. Jesse B. Bump, Harvard T. H. Chan School of Public Health

13. Ryan D. Doerfler, Harvard Law School

14. Atalia Omer, Harvard Divinity School

15. Bram Wispelwey, Harvard T. H. Chan School of Public Health and Harvard Medical School

16. Sara Roy, Harvard Faculty of Arts and Sciences

17. Lucien Castaing-Taylor, Harvard Faculty of Arts and Sciences

18. Neel Mukherjee, Harvard Faculty of Arts and Sciences

AAUP-00241

19. Margareta Matache, Harvard T. H. Chan School of Public Health

20. Soham Patel, Harvard Faculty of Arts and Sciences

21. John Womack, Harvard Faculty of Arts and Sciences

22. Musa Syeed, Harvard Faculty of Arts and Sciences

23. Jacinda Tran, Harvard Faculty of Arts and Sciences

24. Vincent Brown, Harvard Faculty of Arts and Sciences

25. Adhy Kim, Harvard Faculty of Arts and Sciences

26. Richard Thomas, Harvard Faculty of Arts and Sciences

27. Lara Jirmanus, Harvard Medical School

28. Altaf Saadi, Harvard Medical School

29. Hibah Osman, Harvard Medical School

30. Lisa Thompson, Harvard School of Dental Medicine

31. Khameer Kidia, Harvard Medical School

32. Mary T Bassett, Harvard T. H. Chan School of Public Health

33. Sawsan Abdulrahim, Harvard T. H. Chan School of Public Health

34. Cemal Kafadar, Harvard Faculty of Arts and Sciences

35. Lauren Kaminsky, Harvard Faculty of Arts and Sciences

36. Amy Hollywood, Harvard Divinity School

37. Malak Rafla, Harvard Medical School

38. Bassima Abdallah, Harvard Medical School

39. Alejandra Caraballo, Harvard Law School

AAUP-00242

40. Eleanor Craig, Harvard Faculty of Arts and Sciences

41. Matylda Figlerowicz, Harvard Faculty of Arts and Sciences

42. Adam Haber, Harvard T. H. Chan School of Public Health

43. Tara K. Menon, Harvard Faculty of Arts and Sciences

44. Arunabh Ghosh, Harvard Faculty of Arts and Sciences

45. Joel Suarez, Harvard Faculty of Arts and Sciences

46. Karameh Kuemmerle, Harvard Medical School

47. Sam Marks, Harvard Faculty of Arts and Sciences

48. Rosie Bsheer, Harvard Faculty of Arts and Sciences

49. Nader Uthman, Harvard Faculty of Arts and Sciences

50. Glenda Carpio, Harvard Faculty of Arts and Sciences

51. Adaner Usmani, Harvard Faculty of Arts and Sciences

52. Paulina Alberto, Harvard Faculty of Arts and Sciences

53. Sarah Darghouth, Harvard Medical School

54. Alisa Khan, Harvard Medical School

55. Patricia Stoeck, Harvard Medical School

56. Hajirah Saeex, Harvard Medical School

57. Sherar Andalcio, Harvard Medical School

58. Diana L. Eck, Harvard Faculty of Arts and Sciences

59. Gordon Schiff, Harvard Medical School

60. Mahmoud Abu Hazeem, Harvard Medical School

AAUP-00243

61. Rania El Fekih, Harvard Medical School

62. Hicham Skali, Harvard Medical School

63. Ramona Dvorak, Harvard Medical School

64. Kamal Itani, Harvard Medical School

65. Haytham Kaafarani, Harvard Medical School

66. Ousmane Kane, Harvard Divinity School

67. David U. Himmelstein, Harvard Medical School

68. Joycelyn Ronda, Harvard Medical School

69. Christian Williams, Harvard Law School

70. Steffie Woodhandler, Harvard Medical School

71. Ju Yon Kim, Harvard Faculty of Arts and Sciences

72. M. Amin Arnaout, Harvard Medical School

73. Autumn Allen, Harvard Graduate School of Education

74. Avik Chatterjee, Harvard Medical School

75. Farhana Sharmeen, Harvard Medical School

76. Duncan Kennedy, Harvard Law School

77. Aisha James, Harvard Medical School

78. Corey Hardin, Harvard Medical School

79. Caroline Light, Harvard Faculty of Arts and Sciences

80. Karen Huang, Harvard Faculty of Arts and Sciences

81. George Aumoithe, Harvard Faculty of Arts and Sciences

AAUP-00244

82. Michelle Morse, Harvard Medical School

83. Sadeq Rahimi, Harvard Medical School

84. Sugata Bose, Harvard Faculty of Arts and Sciences

85. Lorenzo Bondioli, Harvard Faculty of Arts and Sciences

86. Michael Bronski, Harvard Faculty of Arts and Sciences

87. David Kennedy, Harvard Law School

88. Christina Villarreal, Harvard Graduate School of Education

89. Hilary Rantisi, Harvard Divinity School

90. Kassem Safa, Harvard Medical School

91. Huma Farid, Harvard Medical School

92. Bernhard Nickel, Harvard Faculty of Arts and Sciences

93. Amanda Raffoul, Harvard Medical School

94. Martha Ann Selby, Harvard Faculty of Arts and Sciences

95. Marshall Ganz, Harvard Kennedy School

96. Amir Mohareb, Harvard Medical School

97. Eman Ansari, Harvard Medical School

98. Mohamed Jarraya, Harvard Medical School

99. Liz McKenna, Harvard Kennedy School

100. Maggie Doherty, Harvard Faculty of Arts and Sciences

101. Hussein Rashid, Harvard Divinity School

102. Juliana Morris, Harvard Medical School

AAUP-00245

103. Sandra Smith, Harvard Kennedy School

104. Kaia Stern, Harvard Graduate School of Education

105. Nicholas Bloom, Harvard Faculty of Arts and Sciences

106. Theodore Weatherwax, Harvard Medical School

107. Rita Hamad, Harvard T. H. Chan School of Public Health

108. Emmet von Stackelberg, Harvard Faculty of Arts and Sciences

109. Areej Hassan, Harvard Medical School

110. David Showalter, Harvard Faculty of Arts and Sciences

111. Amina Elbendary, Harvard Faculty of Arts and Sciences

112. Pedja Stojicic, Harvard T. H. Chan School of Public Health

113. Ryan Enos, Harvard Faculty of Arts and Sciences

114. Raif S. Geha, Harvard Medical School

115. Chance Bonar, Harvard Divinity School

116. Nikhil Mathews, Harvard Medical School

117. Hesham Hamoda, Harvard Medical School

118. Talal Chatila, Harvard Medical School

119. Jennifer Leaning, Harvard T. H. Chan School of Public Health

120. Gretchen Brion-Meisels, Harvard Graduate School of Education

121. Nicole Noll, Faculty of Arts and Sciences

122. Jon Hanson, Harvard Law School

AAUP-00246

## Written by Academic Freedom Faculty Statement

79 followers · 1 following

Follow

## Responses (36)



Write a response

What are your thoughts?

 **Soon**
Nov 13, 2023

•••

It is reassuring to see there are still those amongst Harvard faculty with humanity and a conscience that is not easily dissuaded by basic intimidations and the throwing of moneys. A deeply sincere thank you to every single person of the faculty... more

 900    **Reply**

 **Hiam Abbas**
Nov 13, 2023

•••

Thank you for your thoughtfulness and leadership! This voice is so important.

 622    **Reply**

 **sazzy**
Nov 13, 2023

•••

AAUP-00247

Thank you for your leadership!!!

🖐 483    Reply

( See all responses )

## Recommended from Medium



 Jordan Gibbs

### ChatGPT Is Poisoning Your Brain...

Here's How to Stop It Before It's Too Late.

Apr 29   💬 17.9K   👁 832    🔖



🔵 LUHOG Youth

### A Letter to the Youth, Written Using a Red Pen

by Divine Domingo, Alexah Dela Cruz, and Jamee Sarte

May 21   💬 55    🔖

AAUP-00248

6/11/25, 7:13 PM                    Harvard Faculty Statement In Support of Academic Freedom | by Academic Freedom Faculty Statement | Medium



In Long. Sweet. Valuable. by Ossai Chinedum

## I'll Instantly Know You Used Chat Gpt If I See This

Trust me you're not as slick as you think

May 16    ❤ 8.3K    💬 453

In Coding Beauty by Tari Ibaba

## This new IDE from Google is an absolute game changer

This new IDE from Google is seriously revolutionary.

Mar 11    ❤ 5.9K    💬 349





In ThinkDraft by Singh Bhai

## How to Read Someone's Personality in 10 Seconds (Backe...

The Subtle Signs That Reveal Who Someone Really Is.

Jan 27    ❤ 17.6K    💬 471

In Age of Awareness by Sam Westreich, PhD

## Why ChatGPT Creates Scientific Citations—That Don't Exist

It looks convincing, even in White House reports, but it's often a sign of shoddy...

Jun 4    ❤ 5.6K    💬 169

See more recommendations

AAUP-00249

EXHIBIT

77

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: A message from the Chair**
**Date:** November 7, 2024 at 5:53:39 PM EST
**To:** philgrad-list <philgrad-list@fas.harvard.edu>

Dear Grads,

In the wake of Tuesday's election, many of you probably have strong reactions, be these political, emotional, or something else. This is likely true regardless of whether you opposed or supported the Trump campaign.

I will say that I take the campaign's rhetoric about opposition to universities, about deportations, and about the use of the resources of the state to go after political opponents both seriously and literally. I'm also keenly aware of the chilling effects on freedom of expression—one that I suspect many people feel, and not just from a particular segment of the political spectrum —that we've been experiencing, and that may well get worse.

I'm here to support you in whatever way I can. I'm always happy to talk, and that includes talking without any particular agenda but to simply be in community with you.

I hope that you will take me up on this.

Sincerely,
Bernhard.


--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
-------------------------------

AAUP-00250

EXHIBIT

78

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: A Message from the Chair**
**Date:** February 13, 2025 at 10:14:39 AM EST
**To:** philgrad-list <philgrad-list@fas.harvard.edu>

Dear Grads,

The past few weeks since the inauguration of the new Administration have been unlike anything I imagined at the beginning of 2025. There have been a flurry of orders that directly or indirectly target higher education in general and Harvard in particular. Many of these orders are in a state of suspension, by judicial stay, temporary restraining order, and the like. But all of these responses are temporary, and it's clear that a significant aspect of the strategy is to just overwhelm any of the institutions that might oppose the Administration's agenda through sheer volume of activity — to "flood the zone" as they put it themselves. So the fact that the orders haven't gone into effect doesn't tell us anything about the shape of things to come.

On top of these attacks on our institutions, we see orders and policy proposals that fundamentally affect different members of our community. They add to the sense of unreality and threat I feel every day, that I'm sure you feel every day.

This is not the time to be alone. Seeing so many institutions cooperate or remain silent is disheartening. In this moment, it's been a great help to me to speak to other department chairs, to rely on my colleagues to support me as I do my best to support them, and certainly to speak to some of you as I see you around Emerson. I would like to have the opportunity to speak with more of you, to answer questions to the extent I know these answers, to share experiences with you, and simply to be in community with you. I'm around Emerson a lot, and when my office is open, I'm happy for you to just walk in.

I can't make it to happy hour tonight, but I'm planning on attending more grad-centered events beginning next week. The onus of reaching out to me

AAUP-00252

shouldn't just be on you, and it won't be.

- Bernhard.


--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
----------------------------------

AAUP-00253

EXHIBIT
**79**

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: A Message from the Chair**
**Date:** April 17, 2025 at 12:25:17 AM EDT
**To:** philgrad-list <philgrad-list@fas.harvard.edu>, <philconc-list@lists.fas.harvard.edu>
**Cc:** philfaculty-list <philfaculty-list@fas.harvard.edu>

Dear Grads, Dear Concentrators,

After the University rejected the Trump Administration's demands of last Friday, the administration has retaliated, first by freezing several billion dollars in funds previously allocated to the University, taking steps to revoke Harvard's tax-exempt status, and now issuing a demand that Harvard release comprehensive information about disciplinary proceedings involving students who are here on visas. Harvard is in a fight with the federal government. I believe that the fight is worth it.

We are facing serious threats as a community. Students who rely on federal grants for research opportunities may see these opportunities curtailed or extinguished completely. International students are exposed, all the more so against the background of lawlessness with which the government is arresting and deporting people. And of course attacks on Harvard's finances may have far-reaching consequences that we cannot survey yet.

It looks as if Harvard will resist not just the demands set forth in the letter from last Friday, but the retaliatory actions, too (see for instance the end of the Crimson's coverage of the DHS demands re: international students.)

I know that many of you have been profoundly affected by the political fight we're embroiled in.

I see you.

I don't know what the coming weeks and months will bring. I hope that you will stand in solidarity with each other because we won't all be equally affected by everything that happens, and it's important that we not fracture in this moment. Say "hi" to each other in Emerson, ask how the people around you are doing, and be prepared to listen. Allow our shared commitment to philosophy to be a source of connection among us, too. If you need help, reach out. Especially for academic issues, work with your professors to figure out the best way forward. We faculty are all keenly aware of what's going on.

For any of you who want to talk more about this with me, I'll be in my office and available to talk tomorrow (Thursday), starting at 5:30pm. Come to just tell me what's going on with you, share your ideas about moving forward, or discuss some of the issues at stake, such as academic freedom and what it takes to make Harvard a great place to learn for everyone. My dog will be there, too, if you want to just hang out with him.

And of course you can always just stop me in the halls.

Warmly,
Bernhard.


--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
---------------------------------

AAUP-00255

EXHIBIT

80

Begin forwarded message:

**From:** Bernhard Nickel <bnickel@fas.harvard.edu>
**Subject: International Students**
**Date:** May 22, 2025 at 7:15:34 PM EDT
**To:** <philconc-list@lists.fas.harvard.edu>, philgrad-list <philgrad-list@fas.harvard.edu>
**Cc:** philfaculty-list <philfaculty-list@fas.harvard.edu>

Dear Grads, Dear Undergrads,

Many of you have probably heard by now that the Trump Administration is following through on their threat to revoke Harvard's SEVP certification. Secretary Noem of DHS posted the letter to Harvard today on X/Twitter, saying that effective immediately, Harvard will not be able to enroll international students, which means students who are here on F and J visas. Reading the letter, it looks as if the change, if it sticks, will be for next academic year. So at least given the plain meaning of the letter, students who are about to graduate should not be affected by this development. But that's just taking the letter at its word.

Dear international students. I am so sorry that this is happening to you. In its fight with Harvard specifically and higher education generally, the Trump administration is using international students as pawns. It is unconscionable, and the administration should be ashamed. Clearly, the cruelty is the point.

International students are essential members of our community. We welcome you, just as I was welcomed 30 years ago, so that you can contribute your expertise, learning, insight, and passion as you follow your own intellectual paths. I came to the US as a foreign student because I believed in the power of having students from many different parts of the world studying alongside each other. We would all be worse off if we lost the international members of our community.

AAUP-00256

Right now, I only know what's been reported in the national news, but I'm working on learning more about what exactly this means and what steps Harvard is taking in response. I'll share with you whatever I learn over the coming days. And of course, please write to me. I'm also happy to talk in real time, on the phone or on zoom.

Bernhard.

--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
----------------------------------

AAUP-00257



## The Harvard Crimson



**NEWS**
In Fight Against Trump,
Harvard Goes From Media
Lockdown to the Limelight



**NEWS**
The Changing Mean
Lasting Power of the
Name



# The D. E. Shaw Group

# Faculty Deans, Department Administrators Express Support for International Students

EXHIBIT

81

AAUP-00258

≡                                      The Harvard Crimson

By Darcy G Lin, William C. Mao, and Veronica H. Paulus
May 23, 2025

{shortcode-57d3cd5686b56c988cd579fe17a7d187111e34b9}

Harvard College faculty deans and departmental administrators sent messages of support for
international students after the Trump administration revoked the University's ability to enroll
them — even as Harvard's top leaders remain quiet.

"In its fight with Harvard specifically and higher education generally, the Trump administration
is using international students as pawns," Philosophy chair Bernhard Nickel wrote to his
department. "International students are essential members of our community. We welcome
you."

The outpouring of support for international students    and outcry over the uncertainty caused
by the Trump administration's actions    came as Harvard President Alan M. Garber '76 and his
central administration has yet to issue a public statement in response to the announcement.

Department of Homeland Security Secretary Kristi Noem wrote in a Thursday letter that
Harvard's Student and Exchange Visitor Program certification had been halted "effective
immediately" and that current international students must "transfer or lose their legal status."

Noem justified the revocation by claiming that Harvard had failed to sufficiently comply with an
April 16 records request. She also alleged that the University had perpetuated "an unsafe
campus environment that is hostile to Jewish students, promotes pro-Hamas sympathies, and
employs racist 'diversity, equity, and inclusion' policies."

Several of Harvard's department and House administrators wrote in their emails that they had
been told Harvard administrators would share more information shortly and that the
University's lawyers would contest the action in court soon.

"There should be more clarity over the next couple of days, and Harvard has a deep bench of

AAUP-00259

≡                                    The Harvard Crimson

"The action the federal government took today to bar Harvard from having international students is devastating for American excellence, openness and ingenuity," Kornbluh wrote.

Harvard administrators from at least seven departments    including African and African American Studies, Classics, English, Philosophy, Physics, Statistics, and Stem Cell and Regenerative Biology    sent messages to their affiliates in response to the announcement. The faculty deans for Adams, Currier, Eliot, Lowell, Mather, and Winthrop House also emailed residents about the revocation.

"We've heard some hard news today that has caused a lot of anxiety in our community. We want our international students to know that you are an essential part of Adams House. All of us — Deans, House Staff and Tutors — are here to support you," Salmaan A. Keshavjee and Mercedes C. Becerra '91, the faculty deans of Adams House, wrote in an email to residents.

Thursday's move is the latest in the White House's escalating pressure campaign against the University. Three days ago, the administration froze $60 million in federal funding, adding to the more than $2.6 billion that had already been pulled.

The pulled authorization prohibits the University from hosting any international students on F- or J- nonimmigrant visas for the 2025-2026 school year. Noem gave Harvard 72 hours to turn over international students' disciplinary records to have "the opportunity" to regain its SEVP certification.

But it is unclear whether the White House will actually restore the credentials if the University hands over the requested documents.

SCRB department chair Amy J. Wagers and executive director Alice Rushford urged students in an email to stand by each other while they wait for further guidance from Harvard's central administration.

"Our best advice, though we realize it is really insufficient, is to try to stay calm and support one another. We will get through this, too, together," they wrote.

Staff writer Darcy G Lin can be reached at darcy.lin@thecrimson.com.

Staff writer William C. Mao can be reached at william.mao@thecrimson.com. Follow him on X

AAUP-00260



# The Harvard Crimson

**Want to keep up with breaking news?** Subscribe to our email newsletter.

READ MORE IN NEWS

What SEVP Revocation Would Mean for International Students at Harvard

TAGS 

AAUP-00261

6/11/25, 7:12 PM                    Faculty Deans, Department Administrators Express Support for International Students | News | The Harvard Crimson



The Harvard Crimson

1. **18 Universities Seek To Back Harvard in Federal Funding Lawsuit**

2. **12,000 Harvard Alumni Submit Amicus Brief Backing Harvard in Federal Funding Lawsuit**

3. **Harvard Research Cuts Halt More Than 570 Subawards to Other Institutions, Including MGB Hospitals**

4. **Visa to Harvard Postdoc Was Denied Under Trump's Proclamation in Breach of Judge's Temporary Halt**

5. **The Fall of Harvard's Global Development Powerhouse**

FROM OUR ADVERTISERS



BAUME & MERCIER
A Time To Remember: Celebrating Graduation With Baume & Mercier
Graduating from Harvard is not only the end of a journey, it is the beginning of a new chapter. After years of dedication and hard work, it is a moment that deserves to be marked with something meaningful.
SPONSORED



THE CRIMSON BRAND STUDIO
Essential Apps For Every Harvard Student | 2025
With an overwhelming array of apps urging you to download, it's difficult to determine which ones you really need. We've made it easier: check out our top picks for innovative apps like Essayist that are designed to make your life more manageable and productive as that comes...
SPONSORED



THE CRIMSON BRAND STUDIO
The Harvard Crimson Merch Store
The Harvard Crimson Merch Store just dropped our Spring Collection (along with some other longtime favorites), and it's exactly what you didn't know you needed: classic Crimson colors, easygoing fits, and enough style to wear from class to...
SPONSORED



THE CRIMSON BRAND STUDIO
Successful Law School Essays | 2024
With an increasingly competitive Law School admissions process, it's important to understand what makes an applicant stand out. Admissions consultants and test prep experts share accepted Harvard Law School application...
SPONSORED



HUCKBERRY
Huckberry Holiday Guide
Welcome to your one-stop gifting destination for men and women—it's like your neighborhood holiday shop, but way cooler.
SPONSORED

ADVERTISEMENT

Summer 2026 internships in Business Operations, Systematic Investing, and Systems will open in mid-June

The Harvard Crimson

DE Shaw & Co

ADVERTISEMENT

Flight Attendant Reveals How To Fly

onlineshoppingtools

ALSO ON THE HARVARD CRIMSON

Harvard Yard
Encampment
Not ...

Encampment
Protesters
Raising ...

AAUP-00263

≡                              The Harvard Crimson

onlineshoppingtools

## Flight Attendant Reveals How To Fly Business Class For The Price of Economy
Travel Deals

## Why Walgreens Hides This Cheap 87¢ Generic Cialis
fridayplans

## How Long Does $1 Million Last After 60?
Fisher Investments                                                          Learn More

## New York Student Sentenced To Year In Dubai Prison After Touching Airport Security Guard During Layover - Blavity
Blavity.com

## Shoe CEO Drops Business Sneakers Taking The NFL By Storm
Wolf & Shepherd                                                            Shop Now

ADVERTISEMENT

AAUP-00264

The Harvard Crimson

G    Start the discussion...

LOG IN WITH    OR SIGN UP WITH DISQUS ⑦

Name

♡    Share    Best    Newest    Oldest

Be the first to comment.

Subscribe    Privacy    Do Not Sell My Data

AAUP-00265

≡                                        The Harvard Crimson

onlineshoppingtools

**Flight Attendant Reveals How To Fly Business Class For The Price of Economy**

Travel Deals

**Why Walgreens Hides This Cheap 87¢ Generic Cialis**

fridayplans

**How Long Does $1 Million Last After 60?**

Fisher Investments                                                Learn More

**Experts Shocked by New ED Treatment (Works Instantly)**

fridayplans

**The Business Sneaker Loved by CEOs and NFL Stars**

Wolf & Shepherd                                                  Shop Now

The Harvard Crimson

≡                    The Harvard Crimson

Arts                    Rights & Permissions        Subscriptions
Blog                    Corrections                Newsletters
Magazine                Contact Us                 Journalism Programs
Videos                                             Photo Store
Sports                                             Printing Services

Copyright © 2025 The Harvard Crimson, Inc.

AAUP-00267

EXHIBIT

**82**

**From:** "Nickel, Bernhard" <bnickel@fas.harvard.edu>
**Subject:** [Philconc-list] HIO FAQ re: international students
**Date:** May 25, 2025 at 5:54:34 PM EDT
**To:** philgrad-list <philgrad-list@fas.harvard.edu>, philfaculty-list <philfaculty-list@fas.harvard.edu>, "philconc-list@lists.fas.harvard.edu" <philconc-list@lists.fas.harvard.edu>
**Cc:**

Dear Members of the Department,

I don't want to spam your inbox with information that is widely covered in the news or in other announcements you're getting from University Leadership, such as the legal action that Harvard has taken in response to the administration's prohibiting Harvard from enrolling international students, or the temporary restraining order (TRO) that was granted to stay this prohibition. There will be another hearing to see whether the TRO should be extended later this week, and I'm planning on holding a town hall over zoom later this upcoming week or early next week, depending on how things evolve in the coming days.

I wanted to share a link to the Harvard International Office's FAQ regarding the current situation, which I've found pretty informative and contains all of the information that I'm privy to. I'm sharing this with everyone since I know that many of you who aren't here on visas are deeply concerned about what's happening.

hio.harvard.edu

I know that this is a thoroughly unsettling time for international students, and it's difficult to not have this occupy your focus most of the day. I know it's difficult for me. But please take some time to focus on things that nourish your soul: other people, activities that give you meaning. And if you're having

AAUP-00268

a tough time, there are resources out there to help. The HIO FAQ lists them.

We (the department leadership, ██████████████████████████ ██████████████████████████, and I) are also thinking about ways we can respond to the situation. We'll keep you updated. And if you have ideas, please send them our way. This is an unprecedented situation, and so we're trying to come up with creative ways of responding. This is a moment for the wisdom of crowds.

All my best,
Bernhard.
--
Bernhard Nickel
Professor of Philosophy
Department Chair
Emerson 207
Department of Philosophy
Harvard University
Website || Office Hours Sign-Up
----------------------------------

---

Philconc-list mailing list -- philconc-list@lists.fas.harvard.edu
To unsubscribe send an email to philconc-list-leave@lists.fas.harvard.edu

AAUP-00269

# An Open Letter to the Director of the US Holocaust Memorial Museum

### Omer Bartov, Doris Bergen, Andrea Orzoff, Timothy Snyder, and Anika Walke

*The Museum's decision to completely reject drawing any possible analogies to the Holocaust, or to the events leading up to it, is fundamentally ahistorical. It makes learning from the past almost impossible.*

July 1, 2019

On June 17, Representative Alexandria Ocasio-Cortez, Democrat of New York, posted an Instagram live video discussing the detention camps along the southern US border as "concentration camps" in which she used the phrase "Never Again." This drew sharp criticism the following day from Representative Liz Cheney, Republican of Wyoming, and others for allegedly misappropriating a slogan associated with the Holocaust. After several days of heated media and political debate, the United States Holocaust Memorial Museum released a statement on June 24 condemning the use of Holocaust analogies. We received the following open letter addressed to the director of the museum, Sara J. Bloomfield, delivered by the signatories on July 1.

—*The Editors*

**To Director Bloomfield:**

We are scholars who strongly support the United States Holocaust Memorial Museum. Many of us write on the Holocaust and genocide; we have researched in the USHMM's library and archives or served as fellows or associated scholars; we have been grateful for the Museum's support and intellectual community. Many of us teach the Holocaust at our universities, and have drawn on the Museum's online resources. We support the Museum's programs from workshops to education.

We are deeply concerned about the Museum's recent "Statement Regarding the Museum's Position on Holocaust Analogies." We write this public letter to urge its retraction.

Scholars in the humanities and social sciences rely on careful and responsible analysis, contextualization, comparison, and argumentation to answer questions about the past and the present. By "unequivocally rejecting efforts to create analogies between the Holocaust and other events, whether historical or contemporary," the United States Holocaust Memorial Museum is taking a radical position that is far removed from mainstream scholarship on the Holocaust and genocide. And it makes learning from the past almost impossible.



EXHIBIT
83

AAUP-00204

The Museum's decision to completely reject drawing any possible analogies to the Holocaust, or to the events leading up to it, is fundamentally ahistorical. It has the potential to inflict severe damage on the Museum's ability to continue its role as a credible, leading global institution dedicated to Holocaust memory, Holocaust education, and research in the field of Holocaust and genocide studies. The very core of Holocaust education is to alert the public to dangerous developments that facilitate human rights violations and pain and suffering; pointing to similarities across time and space is essential for this task.

Looking beyond the academic context, we are well aware of the many distortions and inaccuracies, intentional or not, that frame contemporary discussions of the Holocaust. We are not only scholars. We are global citizens who participate in public discourse, as does the Museum as an institution, and its staff. We therefore consider it essential that the United States Holocaust Memorial Museum reverse its position on careful historical analysis and comparison. We hope the Museum continues to help scholars establish the Holocaust's significance as an event from which the world must continue to learn.

**Signed:**

David Abraham, Professor, School of Law, University of Miami
Deborah Achtenberg, Professor of Philosophy, Faculty Associate in Gender, Race, Identity, University of Nevada, Reno
James R. Adair, Lecturer in Humanities and Religious Studies, University of Texas at San Antonio
Hugh LeCaine Agnew, Professor of History and International Affairs, Elliott School of International Affairs, George Washington University
Carlos Aguirre, Professor of History, University of Oregon
Michal Aharony, Editor, *The Journal of Holocaust Research*, Weiss-Livnat International Center for Holocaust Research and Education, University of Haifa, Israel
Avril Alba, Ph.D., Senior Lecturer in Holocaust Studies and Jewish Civilisation, University of Sydney, Australia
Ángel Alcalde, Lecturer in History, University of Melbourne, Australia
Natalia Aleksiun, Professor of Modern Jewish History, Touro College
Kimberly Allar, Clinical Assistant Professor of History, Co-Director, Online World War II Studies, School of Historical, Philosophical & Religious Studies, Arizona State University
Barbara Allen, Associate Professor of History, La Salle University
Benjamin L. Alpers, Associate Professor, Honors College, University of Oklahoma
Andrew Altman, Professor of Philosophy, Georgia State University
Tarik Cyril Amar, Koç University, Turkey
Claire Andrieu, Professor of Contemporary History, Sciences Po, Paris, France
Emily Abrams Ansari, Associate Professor of Music History, Western University, Canada

AAUP-00205

Dora Apel, Professor and W. Hawkins Ferry Endowed Chair in Modern and Contemporary Art History, Wayne State University, UK

Kwame Anthony Appiah, Professor of Philosophy and Law, New York University

Rachel Applebaum, Assistant Professor of History, Tufts University

Celia Applegate, William R. Kenan, Jr. Professor of History, Vanderbilt University

Karen Auerbach, Associate Professor of History, University of North Carolina at Chapel Hill

Leora Auslander, Arthur and Joann Rasmussen Professor of Western Civilization in the College and Professor of Modern European Social History in the History Department, University of Chicago

Akil N. Awan, Senior Lecturer in Modern History, Political Violence & Terrorism, Royal Holloway, University of London

Albena Azmanova, Professor of Politics, University of Kent, UK

Jonathan Bach, Professor of Global Studies, The New School

Mark Baker, Adjunct Associate Professor, Australian Centre for Jewish Civilisation, Monash University, Australia

Monique Rodrigues Balbuena, Associate Professor of Comparative Literature and Jewish Studies, Clark Honors College, University of Oregon

Shelley Baranowski, Distinguished Professor of History Emerita, University of Akron

Ben Barkow, Director, The Wiener Library, London, UK

Lawrence Baron, Professor Emeritus, San Diego State University

Deborah Barton, University of Montreal, Canada

Omer Bartov, John P. Birkelund Distinguished Professor of European History, Professor of German Studies, Brown University

Paul R. Bartrop, Professor of History, Director, Center for Judaic, Holocaust, and Genocide Studies, Florida Gulf Coast University

Rachel N. Baum, Senior Lecturer and Deputy Director of the Sam & Helen Stahl Center for Jewish Studies, University of Wisconsin, Milwaukee

Michael Beckerman, Carroll and Milton Petrie Professor of Music, New York University

Jonathan Beecher Field, Associate Professor of English, Clemson University

Jan Claas Behrends, Senior Fellow at the Centre for Contemporary History (ZZF), Potsdam, Lecturer in East European History, Humboldt Universität zu Berlin, Germany

Cristina A. Bejan, Duke University

Mara Benjamin, Irene Kaplan Leiwant Associate Professor of Jewish Studies, Mount Holyoke College Waitman Wade Beorn, Lecturer, Corcoran Department Of History, University of Virginia

Christine Beresniova, Executive Director, South Carolina Council on the Holocaust, Instructor of Anthropology, Ashford University

Nancy Berg, Professor of Hebrew Language and Literature, Washington University in St. Louis

James Berger, Senior Lecturer in American Studies and English, Yale University

AAUP-00206

6/10/25, 10:38 AM                    An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

Michael Berghoef, Professor of Social Work, Ferris State University

Max Bergholz, Associate Professor of History, Concordia University, Montreal, Canada

Teresa Bergman, Professor of Communication, University of the Pacific

Joel Berkowitz, Professor of Foreign Languages and Literature and Director of the Sam & Helen Stahl Center for Jewish Studies, University of Wisconsin-Milwaukee

Lila Corwin Berman, Professor of History, Murray Friedman Chair of American Jewish History and Director of the Feinstein Center for American Jewish History, Temple University

Nathaniel Berman, Rahel Varnhagen Professor of Religious Studies, Brown University

Olga Bertelsen, Assistant Professor of Intelligence Studies, Embry-Riddle College of Security and Intelligence

Svenja Bethke, Lecturer in Modern European History, University of Leicester, UK

David Biale, Emanuel Ringelblum Distinguished Professor, University of California, Davis

Natalie Belsky, Assistant Professor of History, University of Minnesota Duluth

Elissa Bemporad, Associate Professor of East European Jewish History and the Holocaust, Queens College and The Graduate Center, City University of New York

Doris Bergen, Chancellor Rose and Ray Wolfe Professor of Holocaust Studies, University of Toronto, Canada

Frank Biess, Professor of History, University of California, San Diego

Monica Black, Associate Professor of History, University of Tennessee, Knoxville

David Blackbourn, Cornelius Vanderbilt Distinguished Chair and Professor of History, Vanderbilt University

Adam A. Blackler, Assistant Professor of History, University of Wyoming

Muriel Blaive,* Ústav pro studium totalitních režimu (Institute for the Study of Totalitarian Regimes), Prague, Czech Republic

Daniel Blatman, Max and Rita Haber Professor in Contemporary Jewry and Holocaust Studies, Head of the Harman Research Institute of Contemporary Jewry, The Hebrew University of Jerusalem, Israel

Benita Blessing, Instructor, World Languages and Cultures, Oregon State University

Donald Bloxham, Professor of Modern History, University of Edinburgh, UK

Jeffrey Blutinger, Barbara and Ray Alpert Endowed Chair in Jewish Studies, California State University, Long Beach

Paul Boghossian, Silver Professor of Philosophy, New York University

Andrea F. Bohlman, Associate Professor of Music, University of North Carolina at Chapel Hill

Melissa Bokovoy, Chair and Professor, Department of History, University of New Mexico

Alan Brill, Cooperman/Ross Endowed Professor in honor of Sister

Rose Thering, Seton Hall University

Tobias Brinkmann, Malvin and Lea Bank Associate Professor of Jewish Studies and History, Penn State University

James M. Brophy, Professor of History, University of Delaware

Martin D. Brown, Lead Researcher, Centre of Excellence in Intercultural Studies, School of Humanities, Tallinn University, Estonia

Timothy Scott Brown, Professor and Chair of History, Northeastern University

Julia Brüggemann, Professor of History, DePauw University

Diana Kormos Buchwald, Robert M. Abbey Professor of History, General Editor and Director, The Einstein Papers Project, California Institute of Technology

Maria Bucur, John V Hill Professor of History and Gender Studies, Indiana University Bloomington

Darcy Buerkle, Associate Professor, Department of History, Smith College

Peter Bugge, Associate Professor of Central European Studies, Aarhus University, Denmark

Melissa K. Byrnes, Associate Professor and Chair of History, Southwestern University

Joy H. Calico, Cornelius Vanderbilt Professor of Musicology, Vanderbilt University

Carlo Spartaco Capogreco, Associate Professor of Contemporary History, University of Calabria, Italy

Karen D. Caplan, Associate Professor of History, Rutgers University, Newark

Holly Case, Associate Professor of History, Brown University

Michael Casper, University of California, Los Angeles; former Mandel Center Research Fellow

Jonathon Catlin, Department of History, Princeton University

Vitaly Chernetsky, Associate Professor of Slavic Languages and Literatures and Director of the Center for Russian, East European & Eurasian Studies, University of Kansas

Mita Choudhury, Professor of History, Vassar College

Anna Cichopek-Gajraj, Associate Professor of Modern Polish-Jewish History, Arizona State University

Samantha Clarke, Department of History, McMaster University, Canada

Shelly M. Cline, Kansas City Art Institute

Shawn Clybor, History Teacher, Dwight-Englewood School

Brigid Cohen, Associate Professor of Music, New York University

Danny M. Cohen, Distinguished Professor of Instruction, School of Education and Social Policy, Northwestern University

Mark B. Cole, College Associate Lecturer, Cleveland State University, Board Member of the Ohio Council on Holocaust and Genocide Education

Tim Cole, Professor of Social History and Director of the Brigstow Institute, University of Bristol, UK

Alon Confino, Pen Tishkach Chair of Holocaust Studies, University of

AAUP-00298

Massachussetts at Amherst

Jazmine Contreras, Ph.D. Candidate, University of Minnesota

N.D.B. Connolly, Herbert Baxter Adams Associate Professor, Johns Hopkins University

Manuela Consonni, Professor, Pela And Adam Starkopf Chair in Holocaust Studies, The Hebrew University of Jerusalem, Israel

Seth Cotlar, Professor of History, Willamette University

Stef Craps, Professor of English Literature, Director, Cultural Memory Studies Initiative, Ghent University, Belgium

Brian Crim, Associate Professor of History, John M. Turner Chair in the Humanities, Lynchburg University

Martina Cucchiara, Associate Professor of History, Bluffton University

Sarah Cushman, Northwestern University

Mikkel Dack, Professor of History, Director of Research, Rowan Center for Holocaust and Genocide Studies, Rowan University

Peter Davies, Professor of Modern German Studies, University of Edinburgh, UK

Valerie Deacon, Clinical Assistant Professor of History, New York University Shanghai

Rachel Deblinger, Director of Documenting Global Voices Project, University of California, Los Angeles

Andrew Dell'Antonio, Distinguished Teaching Professor of Musicology, University of Texas at Austin

Scott Denham, Charles A. Dana Professor of German Studies, E. Craig Wall Jr. Distinguished Teaching Professor in the Humanities, Davidson College

Andrew Denning, Associate Professor of History, University of Kansas

David Brandon Dennis, Associate Professor of History, Dean College

Christoph Dieckmann, Research Fellow, University of Bern, Switzerland/Germany

Hasia Diner, Professor of History and of Hebrew and Judaic Studies, New York University

Skye Doney, Director of the George L. Mosse Program in History, University of Wisconsin-Madison

Alexandra van Doren, Department of Comparative Literature, University of Illinois Urbana-Champaign; Law Student, Immigration and Human Rights; University of Michigan School of Law

Daniella Doron, Senior Lecturer in Jewish History, Australian Centre for Jewish Civilisation, Monash University, Australia

Thomas L. Doughton, Senior Lecturer, College of the Holy Cross

Lawrence Douglas, James J. Grosfeld Professor of Law, Jurisprudence & Social Thought, Amherst College

Jennifer Dowling, University of Sydney, Australia

Theodora Dragostinova, Associate Professor of History, Ohio State University

Elizabeth Drummond, Associate Professor and Chair of History, Loyola Marymount University

Diana Dumitru, Associate Professor of History, Ion Creanga State Pedagogical University, Moldova

Deborah Dwork, Founding Director, Strassler Center for Holocaust

AAUP-00269

and Genocide Studies, Clark University

Hilary Earl, Professor of History, Nipissing University

Astrid M. Eckert, Associate Professor of History, Emory University

M. Kathryn Edwards, Assistant Professor of History, Tulane University

Rachel L. Einwohner, Professor of Sociology and (by courtesy) Political Science, Purdue University

Dan Ellin, Archivist, International Bomber Command Centre, University of Lincoln, UK

Jane Ellsworth, Professor of Music History, Eastern Washington University

Robert P. Ericksen, Kurt Mayer Chair in Holocaust Studies Emeritus, Pacific Lutheran University

Andrea Erkenbrecher, Freelance Historian, Karlsruhe, Germany

Jennifer Evans, Professor of History, Carleton University

Sidra DeKoven Ezrahi, Professor of Comparative Literature, The Hebrew University of Jerusalem

Erica Fagen, University of Massachusetts at Amherst

Linda E. Feldman, Associate Professor of German (retired), University of Windsor, Canada

Brian K. Feltman, Associate Professor of History, Georgia Southern University

Heather Ferguson, Associate Professor of Middle East/Ottoman History, Claremont McKenna College

Kate Ferguson, Chair of Policy, European Centre for the Responsibility to Protect, University of Leeds, UK; Co-Executive Director, Protection Approaches

Scott Ferguson, Associate Professor of Humanities & Cultural Studies, University of South Florida

Jonathan Beecher Field, Associate Professor of English, Clemson University

Gabriel Finder, Professor of Germanic Languages and Literatures, Ida and Nathan Kolodiz Director of Jewish Studies, University of Virginia

Eugene Finkel,* Associate Professor, School of Advanced International Studies, Johns Hopkins University

Matthew P. Fitzpatrick, Professor of International History, Flinders University, Australia

Monika Flaschka, Visiting Lecturer, Georgia State University

Sam Fleischacker, Professor of Philosophy, Director of Religious Studies and of Jewish Studies, University of Illinois at Chicago

Tiffany N. Florvil, Assistant Professor of History, University of New Mexico

Darcie Fontaine, Associate Professor of History, University of South Florida

Jennifer L. Foray, Associate Professor of History, Purdue University

Russell Arben Fox, Professor of Political Science, Friends University

Richard E. Frankel, Richard G. Neiheisel Professor in European History, University of Louisiana at Lafayette

Michal Frankl, Masaryk Institute and Archives of the Czech Academy of Sciences, Czech Republic

David M.P. Freund, Associate Professor of History, University of

AAUP-00219

Maryland, College Park

Jonathan Friedman, Professor and Director of Holocaust and
Genocide Studies, West Chester University

Danielle Fosler-Lussier, Professor of Music, Ohio State University

Joshua B. Friedman, Perilman Postdoctoral Fellow, Center for Jewish
Studies, Duke University

Kathie Friedman, Associate Professor of International Studies,
Jackson School, University of Washington

Judith Friedlander, Professor of Anthropology, Emerita, Hunter
College, City University of New York

Benjamin Frommer, Associate Professor of History, Northwestern
University

Mary Fulbrook, Professor of German History, University College
London (UCL), UK

Alison Furlong, American Religious Sounds Project

Sheer Ganor, Visiting Fellow in the History of Migration, German
Historical Institute West

Luis-Manuel Garcia, Assistant Professor/Lecturer in Popular Music
Studies and Ethnomusicology, University of Birmingham, UK

Paul Garfinkel, Associate Professor of History, Simon Fraser
University, Canada

Libby Garland, Associate Professor of History, Kingsborough
Community College and The Graduate Center, The City University of
New York

Alexandra Garbarini, Professor of History, Williams College

Leah Garrett, Professor and Director of Jewish Studies, Hunter
College, City University of New York

Edyta Gawron, Assistant Professor, Institute of Jewish Studies,
Jagiellonian University, Krakow, Poland

Lily Geismer, Associate Professor of History, Claremont McKenna
College

Christian Gerlach, Professor of Modern History, University of Bern,
Switzerland

Judith Gerson, Associate Professor of Sociology and Women's and
Gender Studies, Rutgers University

Idit Gil, Academic director of Democracy Studies, M.A Program, the
Open University, Israel

Catherine Gilbert, Marie Skłodowska-Curie Research Fellow, Cultural
Memory Studies Initiative, Ghent University, Belgium

Shirli Gilbert, University of Southampton, UK

Amelia Glaser, Associate Professor of Russian and Comparative
Literature, University of California, San Diego

Amos Goldberg, Professor at The Department of Jewish History and
Contemporary Jewry, The Hebrew University of Jerusalem, Israel

Randall Goldberg, Associate Professor of Musicology and Director of
the Dana School of Music, Youngstown State University

Janet Golden, Professor Emerita, Rutgers University-Camden

David A. Goldfarb, Independent Scholar, New York

Julien Gorbach, Assistant Professor in the School of Communications,
University of Hawaii at Manoa

AAUP-00211

Peter E. Gordon, Amabel B. James Professor of History, Harvard University

L. Janelle Gornick, Assistant Professor of Psychology, Virginia Military Institute

Boris B. Gorshkov, Lecturer in History, The University of Tennessee at Chattanooga

William Glenn Gray, Associate Professor of History, Purdue University

Walter D. Greason, Dean Emeritus, The Honors School; Chair and Associate Professor, Educational Counseling and Leadership, Monmouth University

Judith Greenberg, Adjunct Faculty, Gallatin School of Individualized Study, New York University

Henry Greenspan, Emeritus, University of Michigan

Simone Gigliotti, Holocaust Research Institute, Royal Holloway, University of London, UK

Dorota Glowacka, University of King's College, Canada

Jan Grabowski, Professor of History, University of Ottawa

Ronald Granieri, Army War College

Emily Greble, Associate Professor of History and East European Studies, Vanderbilt University

Julie Greene, Professor of History, University of Maryland at College Park

Neil Gregor, Professor of Modern European History, University of Southampton, UK

Glenda E. Gilmore, Peter V. and C Vann Woodward Professor of History Emeritus, Yale University

Atina Grossmann, Professor of History in the Faculty of Humanities and Social Sciences, Cooper Union, New York City

Gary D. Grossman, Professor of Animal Ecology, University of Georgia

Amanda F. Grzyb, Associate Professor of Information and Media Studies, Western University

Liora Gubkin, Professor of Religious Studies, Director Institute for Religion, Education, and Public Policy, California State University, Bakersfield

Debra Guckenheimer, Lecturer, Sociology and Human Development, California State University, East Bay

Edin Hajdarpasic, Associate Professor of Modern European History, Loyola University Chicago

Anna Hajkova,* Associate Professor of History, University of Warwick, UK

Sara Halpern, Ohio State University

Nancy Harrowitz, Professor of Italian and Jewish Studies, Director of the Minor in Holocaust, Genocide and Human Right Studies, Boston University

Cynthia Haynes, Director of Rhetorics, Communication, and Information Design Ph.D. Program, Professor of English, Clemson University

Valerie Hebert, Associate Professor, Lakehead University Orillia, Canada

Susanne Heim, University of Freiburg

AAUP-00212

Elizabeth Heineman, Professor of History and of Gender, Women's, and Sexuality Studies, University of Iowa

Daniel Kupfert Heller, Kronhill Senior Lecturer in East European Jewish History, Australian Centre for Jewish Civilisation, Monash University, Australia

David Helps, Department of History, University of Michigan

Burkhard Henke, Professor of German, Davidson College

David Henkin, Professor of History, University of California, Berkeley

Laura Herron, Assistant Professor of Jewish Studies and History, Oberlin College

Deborah Hertz, Professor of History, Wouk Chair in Modern Jewish Studies, University of California San Diego

Susannah Heschel, Eli Black Professor of Jewish Studies, Dartmouth College

Benjamin Hett, Professor of History, Hunter College and the Graduate Center, City University of New York

Jim Hicks, Executive Editor, The Massachusetts Review, Senior Lecturer in Comparative Literature, University of Massachusetts at Amherst

Steven High, Professor of History, Concordia University, Montreal, Canada

Faith Hillis, Associate Professor of Russian History, The University of Chicago

Susanne Hillman, San Diego State University/University of California, San Diego

Laura J. Hilton, Professor of History, Muskingum University

Marianne Hirsch, William Peterfield Trent Professor of English and Comparative Literature, Columbia University

Erin Hochman, Associate Professor of History, Southern Methodist University

Tobias Hof, Ludwig-Maximilians-University Munich, Germany

Janine Holc, Associate Professor, Political Science Department, Loyola University

Sandie Holguín, Professor of History, University of Oklahoma

Anna Holian, Associate Professor of History, Arizona State University

Alana Holland, Department of History, University of Kansas

Lynn Holly, Architect

Hannah Holtschneider, Senior Lecturer in Jewish Studies, University of Edinburgh, UK

Claire M. Hubbard-Hall, Senior Lecturer in History, Bishop Grosseteste University, UK

Anne P. Hubbell, Professor, Department of Communication Studies, New Mexico State University

Erika Hughes, Senior Lecturer in Drama and Performance, University of Portsmouth, UK

Judith M. Hughes, Professor Emerita of History, University of California, San Diego

Alexandra Hui, Associate Professor of History, Mississippi State University

Samuel Clowes Huneke, Assistant Professor of History, George Mason

AAUP-00213

University

Tera W. Hunter, Edwards Professor of American History, Princeton University

Jennifer Hurst-Wender, Director of Museum Operations and Education, Preservation Virginia

Samara Hutman, Former Executive Director, Los Angeles Museum of The Holocaust, 2013-2016

Andreas Huyssen, Villard Professor Emeritus of German and Comparative Literature, Columbia University

Natalia Indrimi, Centro Primo Levi New York

Christian Ingrao, Senior Researcher Institut d'Histoire du Temps Présent, CNRS/Université, Paris, France

Steven Leonard Jacobs, Professor of Religious Studies & Aronov Endowed Chair of Judaic Studies, University of Alabama

Paul Jaskot, Professor of Art, Art History and Visual Studies, Duke University

Tomaz Jardim,* Associate Professor of History, Ryerson University, Canada

Joseph E. Jensen, Adjunct Professor, Georgetown University

Steven Jobbitt, Associate Professor of History, Lakehead University

Richard Ivan Jobs, Professor of History, Pacific University

Elisa von Joeden-Forgey, Dr. Marsha Raticoff Grossman Professor of Holocaust and Genocide Studies, Stockton University

Alison Frank Johnson, Professor of History and of Germanic Languages and Literatures; Chair, Department of Germanic Languages and Literatures, Harvard University

Jason Johnson, Associate Professor of History, Trinity University

Nicholas K. Johnson, Deputy Head, Center for German-American Educational History, University of Münster, Germany

Timothy Scott Johnson, Visiting Assistant Professor of History, Texas A&M University Corpus Christi

Benjamin T. Jones, Lecturer in History, Central Queensland University, Australia

Adam Jones, Professor of Political Science, University of British Columbia Okanagan, Canada

Ari Joskowicz, Associate Professor of Jewish Studies, European Studies, and History, Vanderbilt University

Steffen Jost, Head of Education Department, Dachau Concentration Camp Memorial Site, Germany

Jonathan Judaken, Spence L. Wilson Chair in the Humanities, Rhodes College

Robin Judd, Associate Professor of History, Ohio State University

Pieter M. Judson, Professor of 19th and 20th Century History, European University Institute, Florence, Italy

Kathryn Julian, Visiting Lecturer in History, Maryville College

Irene Kacandes, Dartmouth Professor of German Studies and Comparative Literature, Dartmouth College

Carroll P. Kakel, III, Lecturer, Krieger School of Arts & Sciences, Advanced Academic Programs, Johns Hopkins University

Martin Kalb, Assistant Professor of History, Bridgewater College

Brett Kaplan, Professor of Literature, University of Illinois Urbana-Champaign

Marion Kaplan, Skirball Professor of Modern Jewish History, New York University

Thomas Pegelow Kaplan, Leon Levine Distinguished Professor and Director of the Center for Judaic, Holocaust and Peace Studies, Appalachian State University

Alexander Karn, Associate Professor of History, Director, Peace and Conflict Studies Program, Colgate University

Rabbi Henry Jay Karp, Adjunct Professor of Theology, St. Ambrose University

Olga Kartashova, Hebrew and Judaic Studies, New York University

Samuel Kassow, Northam Professor of History, Trinity College

Anthony D. Kauders, Professor of Modern History, Keele University, United Kingdom

Martin Kavka, Professor, Department of Religion, Florida University

Ari Kelman, Chancellor's Leadership Professor of History, University of California, Davis

Michelle Kelso, Assistant Professor of Sociology and International Affairs, The George Washington University

Padraic Kenney, Professor of History and International Studies, Indiana University Bloomington

Audrey Kichelewski, Associate Professor of Contemporary History, Strasbourg University, France

Ben Kiernan, A. Whitney Griswold Professor of History, Yale University

Charles King, Professor of International Affairs and Government, Georgetown University

Lisa Kirschenbaum, Professor of History, West Chester University

Rebekah Klein-Pejšová, Associate Professor of History, Purdue University

Irena Klepfisz, retired, Barnard College, New York

Sarah Knott, Associate Professor of History, Indiana University Bloomington

Adam Knowles, Assistant Teaching Professor of Philosophy, Drexel University

Anne Knowles, McBride Professor of History, University of Maine

Roy G. Koepp, Assistant Professor of Modern European History, Eastern New Mexico University

Ari Kohen, Associate Professor of Political Science and Schlesinger Professor of Social Justice in the Harris Center for Judaic Studies, University of Nebraska-Lincoln

Yuliya Komska, Associate Professor of German Studies, Dartmouth College

Jeffrey S. Kopstein, Professor of Political Science, University of California, Irvine

Alexander Korb, Associate Professor in Modern European History, University of Leicester, UK

Jacques Kornberg, Professor Emeritus, Department of History, University of Toronto, Canada

AAUP-00215

Melissa Kravetz, Associate Professor of History, Longwood University

Barbara Krawcowicz, Post-Doctoral Fellow in Judaic Studies, Norwegian University of Science and Technology, Norway

Leslie Kriebel, Social Science Lecturer, Boston University

Kevin M. Kruse, Professor of History, Princeton University

Lukasz Krzyzanowski, Assistant Professor, Polish Academy of Sciences, Warsaw

Hana Kubatova, Assistant Professor, Charles University Prague, Czech Republic

Emma Kuby, Assistant Professor of History, Northern Illinois University

Thomas Kühne, Director, Strassler Center for Holocaust and Genocide Studies, Clark University

Regina Kunzel, Doris Stevens Chair and Professor of History and Gender and Sexuality Studies, Princeton University

Jacob Ari Labendz, Clayman Assistant Professor and Director of the Center for Judaic and Holocaust Studies, Youngstown State University

Dominick LaCapra, Professor Emeritus of History and Bowmar Professor Emeritus of Humanistic Studies, Cornell University

Richard Lachmann, Professor of Sociology, The State University of New York, Albany

Elizabeth Harrington Lambert, Grand Valley State University

Melinda Landeck, Assistant Professor of East Asian Studies, Austin College

J. Shawn Landres, Senior Fellow, Luskin School of Public Affairs, University of California, Los Angeles

Barry Langford, Professor of Film Studies and Member, Holocaust Research Institute, Royal Holloway, University of London, UK

Neringa Latvyte-Gustaitiene, Faculty of Communication, Vilnius University, Lithuania

Claire Launchbury, Associate Researcher, School of Languages, Cultures and Societies, University of Leeds, UK

Tom Lawson, Professor of History and Pro Vice-Chancellor for the Faculty of Arts, Design and Social Sciences, Northumbria University, UK

Nitzan Lebovic, Associate Professor of History, Apter Chair of Holocaust Studies and Ethical Values, Lehigh University

Kenneth F. Ledford, Associate Professor of History and Law, Case Western Reserve University; Chair, Department of History; Co-Director, Max Kade Center for German Studies

Daniel Lee, Vice-Chancellor's Fellow, Department of History, University of Sheffield, UK

Laurel Leff, Associate Professor of Journalism, Northeastern University

Lori Lefkovitz, Ruderman Professor of Jewish Studies, Northeastern University

Carole Lemee, Senior Lecturer and Researcher, Université Bordeaux, France

Brigitte Le Normand, Associate Professor of History, University of British Columbia, Okanagan; Humboldt Fellow

AAUP-00216

Paul Lerner, Professor of History and Director, Max Kade Institute for Austrian-German-Swiss Studies, University of Southern California

Neil Levi, Professor and Chair of English, Drew University

Eve Levin, Ahmanson-Murphy Professor of History, University of Kansas

Paul A. Levine, Independent scholar, Berlin; formerly Research & Education Director, co-founder, The Uppsala University Programme for Holocaust & Genocide Research, Sweden

Beth Lew-Williams, Assistant Professor of History, Princeton University

Mark Leuchter, Professor of Hebrew Bible and Ancient Judaism, Director of Jewish Studies, Department of Religion, Temple University

Laura Levitt, Professor of Religion, Jewish Studies and Gender, Temple University

Laura S. Lieber, Professor of Religious Studies and Director of Jewish Studies, Duke University

Caroline Light, Senior Lecturer, Studies of Women, Gender, and Sexuality, Harvard University

Anna Lind-Guzik, Judith S. Kaye Fellow, Historical Society of the New York Courts, Bard High School Early College, New York

Thomas Lindenberger, Professor for Totalitarianism Studies, Hannah Arendt Institute at Technische Universität Dresden, Germany

Tabea Linhard, Professor of Spanish, Comparative Literature, and International and Area Studies, Washington University in St. Louis

Marcia Sachs Littell, Professor Emeritus, Stockton University; Founding Director of MA program in Holocaust & Genocide Studies

Francis Lowenthal, (Honorary) Professor of Cognitive Sciences, University of Mons, Belgium

Miriam R. Lowi, Professor, Middle East Politics, Department of Political Science, The College of New Jersey

David Luebke, Professor of History, University of Oregon

Aliza Luft,* Assistant Professor of Sociology, University of California, Los Angeles

Stephen Macekura, Associate Professor, Department of International Studies, Indiana University Bloomington

John MacKay, Professor, Slavic Languages and Literatures and Film and Media Studies, Yale University

James Maffie, Senior Lecturer, Department of American Studies, University of Maryland, College Park

Daniel H. Magilow, Professor of German, University of Tennessee, Knoxville

Thomas Maher, Lecturer, Purdue University

Elissa Mailänder, Associate Professor of Gender History, History of Violence and Sexuality, Sciences Po, Paris, France

Barbara Mann, Chana Kekst Professor of Hebrew Literature, Jewish Theological Seminary, New York

Anastasia Mann, Lecturer in Public and International and Affairs, Princeton University

Kate Manne, Associate Professor at the Sage School of Philosophy, Cornell University

AAU2-00217

Lisa Marcus, Professor of English, Chair, Holocaust and Genocide Studies Program, Pacific Lutheran University

Judy Margles, Director, Oregon Jewish Museum and Center for Holocaust Education

Deborah J. Margolis, Middle East Studies Librarian, Area Studies Coordinator, Michigan State University

Michael R. Marrus, Chancellor Rose and Ray Wolfe Professor Emeritus of Holocaust Studies, University of Toronto, Canada

David Marshall, Professor of History, Suffolk County Community College

Jill Massino, Associate Professor of History, University of North Carolina at Charlotte

Janice Matsumura, Associate Professor of History, Simon Fraser University, Canada

Christopher E. Mauriello, Director, Center for Holocaust and Genocide Studies and Professor of History, Salem State University

James McAuley, University of Oxford

Jared McBride,* Lecturer in History, University of California, Los Angeles

Erin McGlothlin,* Associate Professor of Germanic Languages and Literatures and of Jewish, Islamic and Near Eastern Languages and Cultures, Washington University in St. Louis

Anthony McElligott, MRIA, Professor of History, University of Limerick, Ireland

John McNeill, Professor of History and University Professor, Georgetown University

Frank Mecklenburg, Director of Research, Leo Baeck Institute, New York

Johanna Mellis, Assistant Professor of World History, Ursinus College

Robert Melson, Professor Emeritus, Purdue University

Margaret Eleanor Menninger, Associate Professor of History, Texas State University

David A. Meola, Bert & Fanny Meisler Assistant Professor of History and Director of the USA Jewish & Holocaust Studies Program, University of South Alabama

David A. Messenger, Professor and Chair of History, University of South Alabama

Jolanta Mickutė, Professor of History, Vilnius University and The Lost Shtetl Museum, Vilnius, Lithuania

John Miller, Technology Librarian, Traverse des Sioux Library Cooperative, Mankato, Minnesota

Karen Miller, Professor of History, LaGuardia Community College and the Graduate Center, City University of New York

Michael D. Miller, Independent Scholar, Author of biographical encyclopedias on the senior perpetrators of the Holocaust, San Francisco

Ann Millin, retired, Levine Institute for Holocaust Education, USHMM; Ida E. King Distinguished Visiting Professor, Sara & Sam Schoffer Holocaust Resource Center, Stockton University

Richard H. Minear, Professor of History (Emeritus), University of

AAUP-00312

Massachusetts at Amherst

Amanda Minervini, Assistant Professor, Italian Studies, Colorado College

Guy Miron, Professor of History, Open University of Israel, Israel

Christopher A. Molnar, Associate Professor of History, University of Michigan-Flint

Laura Morowitz, Professor of Art History, Wagner College, New York

Douglas G. Morris, Independent Scholar, Trial Attorney, Federal Defenders of New York, Inc.

Leslie Morris, Professor of German, University of Minnesota

Benjamin Moser, Writer

Imani Danielle Mosley, Assistant Professor of Music, Wichita State University

Dirk Moses, Professor of Modern History, University of Sydney, Australia

Michelle Moyd, Associate Professor of History, Indiana University Bloomington

Samuel Moyn, Henry R. Luce Professor of Jurisprudence and Professor of History, Yale University

Eva Mroczek, Associate Professor of Religious Studies and Jewish Studies, University of California, Davis

Adam Muller, Professor and Director, Peace and Conflict Studies, University of Manitoba, Canada

Alexandru Muraru, Researcher and Lecturer in Political Science, Alexandru Ioan Cuza University of Iasi, Romania

Caitlin Murdock, Professor of History, California State University Long Beach

Devin Naar, Associate Professor of History and Jewish Studies, University of Washington

Norman Naimark, Robert and Florence McDonnell Professor of East European Studies, Stanford University

Stephen Naron, Director, Fortunoff Video Archive for Holocaust Testimonies, Yale University

Benjamin Nathans, Associate Professor of History, University of Pennsylvania

Denisa Nestakova, Research Associate, Comenius University in Bratislava, Slovakia; Herder Institute, Marburg, Germany

John Paul Newman, Senior Lecturer in Twentieth-Century European History, Maynooth University, Ireland

Roberta Newman, Director of Digital Initiatives, YIVO Institute for Jewish Research, New York

Christian Axboe Nielsen, Associate Professor of History and Human Security, Aarhus University, Denmark

Amber N. Nickell, Ph.D. Candidate, Department of History, Purdue University

Bernhard Nickel, Professor of Philosophy, Harvard University

Sr. Cyndi Nienhaus, Associate Professor of Religious Education, Marian University

Carl Nightingale, Professor of Urban and World History, Department of Transnational Studies, University at Buffalo

AAUP-00219

Mary Nolan, Professor of History Emerita, New York University

Marcy Norton, Associate Professor of History, University of Pennsylvania

Meghan O'Donnell, Senior Lecturer of Political and Social History, California State University, Monterey Bay

James W. Oberly, Emeritus Professor of HIstory, University of Wisconsin-Eau Claire

Margaret Olin, Senior Research Scholar, Department of Religious Studies, Program in Judaic Studies, Yale University

Annamaria Orla-Bukowska, Associate Professor, Institute of Sociology at the Jagiellonian University, Kraków and at the Graduate School of Social Research, Warsaw, Poland

Annelise Orleck, Professor of History, Dartmouth College

Andrea Orzoff,* Associate Professor of History and Honors, New Mexico State University

Troy Paddock, Professor of History, Southern Connecticut State University

Katrin Paehler, Associate Professor of History, Illinois State University

Cassandra Painter, Valparaiso University

Roxanne Panchasi, Associate Professor of History, Simon Fraser University, Canada

Elana Passman, Associate Professor of History, Earlham College

Avinoam Patt, Philip D. Feltman Professor of Modern Jewish History, Maurice Greenberg Center for Judaic Studies, University of Hartford

Andy Pearce, Associate Professor in Holocaust and History Education, University College London, UK

Andrew Joseph Pegoda, Women's, Gender, Sexuality Studies Program, Departments of Comparative Cultural Studies and of English, University of Houston

Robert Jan van Pelt, Professor, School of Architecture, University of Waterloo, Ontario, Canada

Devin Pendas, Professor of History, Boston College

Heather R. Perry, Associate Professor of History, University of North Carolina at Charlotte

Terrence G. Peterson, Assistant Professor of History, Florida International University

Joanne Pettitt, Lecturer in Comparative Literature, University of Kent, UK

Toni Pitock, Assistant Professor of History, Co-Director of Judaic Studies Program, Drexel University

Anna Veronica Pobbe, University of Trento, Italy

Keith Pomakoy, Vice President of Academic and Student Affairs, The State University of New York, Sullivan

Emily Richmond Pollock, Associate Professor of Music and Theater Arts, Massachusetts Institute of Technology

Sara Poulin, Doctoral Candidate, Department of History, University of Western Ontario

Renée Poznanski, Head of the Simone Veil Research Centre for Contemporary European Studies, Yaacov and Poria Avnon Professor of Holocaust Studies, Department of Politics and Government (Emerita),

AAUP-00020

Ben Gurion University of the Negev, Israel

Patrice G. Poutrus, Research Fellow, Universität Erfurt, Germany

Kim Christian Priemel, Professor of Contemporary European History, University of Oslo, Norway

Stephanie Pridgeon, Assistant Professor of Spanish and Latin American Studies, Bates College

Dan J. Puckett, Chair, Alabama Holocaust Commission, Professor of History, Troy University

Trevor A. Purvis, Assistant Professor, Department of Law & Legal Studies, Carleton University, Ottawa, Canada

Eric Rauchway, Professor of History, University of California, Davis

Anson Rabinbach, Phillip and Beulah Rollins Professor of History Emeritus, Princeton University

Celia E. Rabinowitz, Dean of Mason Library, Keene State College

Michaela Raggam-Blesch, Institute of Contemporary History, University of Vienna, Austria

Ben Ratskoff, Comparative Literature, University of California, Los Angeles

Ian Reifowitz, Professor of Historical Studies, SUNY Empire State College

Dominique Kirchner Reill, Associate Professor of Modern European History, University of Miami

Richard A. Reiman, Professor of History, South Georgia State College

Donald F. Reindl, Assistant Professor of Translation, University of Ljubljana, Slovenia,

James Retallack, University Professor, Department of History, University of Toronto, Canada

Daniel P. Reynolds, Seth Richards Professor in Modern Languages, Grinnell College

Jeff Rice, Senior Lecturer, Political Science, Northwestern University

Curtis Richardson, Research Fellow, Center for Slavic, East European and Eurasian Studies, University of North Carolina at Chapel Hill

Ned Richardson-Little, Nachwuchsgruppenleiter, University of Erfurt, Germany

Michael Riff, Director, the Gross Center for Holocaust and Genocide Studies, Ramapo College of New Jersey

Jennifer L. Rodgers, Research Assistant Professor of History and Assistant Editor, Einstein Papers Project, California Institute of Technology

Aron Rodrigue, Daniel E. Koshland Professor in Jewish Culture and History, Stanford University

Devorah Romanek, Curator of Exhibits, Maxwell Museum of Anthropology, Albuquerque, New Mexico

Sven-Erik Rose, Associate Professor of German and of Comparative Literature, University of California, Davis

Katherine Roseau, Assistant Professor of French, Mercer University

Mark Roseman, Distinguished Professor of History, Pat M. Glazer Chair in Jewish Studies, Indiana University Bloomington

Warren Rosenblum, Professor of History, Politics, and International Relations, Webster University

AAUP-00221

6/10/25, 10:38 AM

An Open Letter to the Director of the US Holocaust Memorial Museum | Omer Bartov, Doris Bergen, Andrea Orzoff | The New York Review of Books

Neal M. Rosendorf, Associate Professor of International Relations
History, New Mexico State University

Gavriel D. Rosenfeld, Professor of History, Director of Judaic Studies
Program, Fairfield University

Aviel Roshwald, Professor of History, Georgetown University

Lauren Faulkner Rossi, Assistant Professor, Simon Fraser University

Michael Rothberg, 1939 Society Samuel Goetz Chair in Holocaust
Studies, Professor of English and Comparative Literature, University
of California, Los Angeles

Rachel Rothstein, Independent Scholar

Nadia Rubaii, Co-Director, Institute for Genocide and Mass Atrocity
Prevention and Professor of Public Administration, Binghamton
University

Jeff Rutherford, Associate Professor of History, Wheeling Jesuit
University

Douglas Sackman, University of Puget Sound

Emily Sample, Executive Director, Genocide Prevention Program,
George Mason University School for Conflict Analysis and Resolution

Debarati Sanyal, Professor of French, University of California,
Berkeley

Sandrine Sanos, Professor of Modern European History, Texas A&M
University, Corpus Christi

Derek Sayer, Professor Emeritus of Sociology and (by courtesy)
History, University of Alberta, Canada

Rebecca P. Scales, Associate Professor of History, Rochester Institute
of Technology

Allison Schachter, Associate Professor of Jewish Studies, Vanderbilt
University

Charlotte Schallié, Associate Professor of Germanic Studies,
University of Victoria, Canada

Florian Scheding, Senior Lecturer in Music, University of Bristol, UK

Christine Schmidt, Deputy Director and Head of Research, the Wiener
Library, London

Gina Schouten, Assistant Professor of Philosophy, Harvard University

Daniel J. Schroeter, Amos S. Deinard Memorial Chair in Jewish
History, University of Minnesota

Stefanie Schüler-Springorum, Director, Center for Research on
Antisemitism, Institute of Technology, Berlin, Germany

Debra L. Schultz, Assistant Professor of History, Kingsborough
Community College, City University of New York

Kevin M. Schultz, Professor of History and Religious Studies,
University of Illinois at Chicago

Leslie A. Schwalm, Professor of History and Gender, Women's, and
Sexuality Studies, University of Iowa

Peter Schweppe, Assistant Professor of German Studies and History,
Montana State University

Rebecca Scott, Adjunct Professor of History

Steven Seegel, Professor of History, University of Northern Colorado

Raz Segal, Assistant Professor of Holocaust and Genocide Studies,
Stockton University; James J. Sheehan, Professor Emeritus,

AAUP-00222

Department of History, Stanford University

Sasha Senderovich, Assistant Professor of Russian and Jewish Studies, University of Washington

Joshua Shanes, Associate Professor of Jewish Studies, College of Charleston

Scott J. Shapiro, Charles F. Southmayd Professor of Law, Professor of Philosophy, Yale University

Noah Shenker, N. Milgrom & 6a Foundation Senior Lecturer, Australian Centre for Jewish Civilisation, Monash University, Australia

Daniel J. Sherman, Lineberger Distinguished Professor of Art History and History, University of North Carolina at Chapel Hill

David Shneer,* Louis P. Singer Chair in Jewish History, Professor of History and Jewish Studies, University of Colorado Boulder

Marci Shore, Associate Professor of History, Yale University

Jennifer Siegel, Professor of History, Ohio State University

Susanna Siegel, Edgar Pierce Professor of Philosophy, Harvard University

Lewis Siegelbaum,* Jack and Margaret Sweet Professor Emeritus, Department of History, Michigan State University

Zuzana Sihelníková, Department of Mediamatics and Cultural Heritage, University of Žilina, Slovakia

Jordana Silverstein, ARC Postdoctoral Research Associate, School of Historical and Philosophical Studies, University of Melbourne, Australia

Sara Silverstein, Assistant Professor of History and Human Rights, University of Connecticut

Bryant Simon, Professor of History, Temple University

Brad Simpson, Associate Professor of History and Asian Studies, University of Connecticut

Alan Singer, Senior Lecturer in European History, Honors College, University of Wisconsin, Milwaukee

Helene Simreich,* Associate Professor, Religious Studies and Director, Fern and Manfred Steinfeld Program in Judaic Studies, University of Tennessee, Knoxville

Shana Sippy, Assistant Professor of Religion, Centre College/Danville, KY, Co-Director, Religious Diversity in MN Initiative/Research Associate, Carleton College

Dawn Skorczewski, Research Professor of English, Brandeis University

David Slucki, Assistant Professor in Jewish Studies, College of Charleston, co-director of Zucker/Goldberg Center for Holocaust Studies, College of Charleston

William Smaldone, E.J. Whipple Professor of History, Willamette University

Dana Smith, Assistant Professor of Holocaust and Genocide Studies, Keene State College

Helmut Walser Smith, Martha Rivers Ingram Professor of History, Vanderbilt University

Timothy Snyder, Richard C. Levin Professor of History, Yale University

Jennifer Sorensen, Independent Researcher & Writer, New Jersey

Daniel Soyer, Professor of History and Jewish Studies, Fordham

AAUP-00223

University

Roland Spickermann, Associate Professor, University of Texas of the Permian Basin

Leo Spitzer, Vernon Professor of History, Emeritus, Dartmouth College

Martha Sprigge, Assistant Professor of Musicology, University of California, Santa Barbara

Ronit Y. Stahl, Assistant Professor of History, University of California, Berkeley

Jason Stanley, Jacob Urowsky Professor of Philosophy, Yale University

David E. Stannard, Emeritus Professor of American Studies, University of Hawaii at Mānoa

Paul Steege, Associate Professor of History, Faculty Director, Lepage Center for History in the Public Interest, Villanova University

Richard Steigmann-Gall, Associate Professor of History and former Director of Jewish Studies, Kent State University

Sarah Abrevaya Stein, Professor of History, Maurice Amado Chair of Sephardic Studies and Sady and Ludwig Kahn Director, Alan D. Leve Center for Jewish Studies, University of California, Los Angeles

Gerald J. Steinacher, Professor of History and Hymen Rosenberg Professor of Judaic Studies, University of Nebraska-Lincoln

Sybille Steinbacher, Professor of Holocaust Studies, Goethe-Universität Frankfurt am Main, Germany

Alexandra Steinlight, Past & Present Postdoctoral Fellow, Institute of Historical Research, University of London, UK

Philipp Stelzel, Assistant Professor of History, Duquesne University

Frances Glazer Sternberg, Lecturer, Jewish Studies Program, University of Kansas

Oren Baruch Stier, Professor of Religious Studies, Director, Holocaust and Genocide Studies & Jewish Studies Certificate Program, Steven J. Green School of International and Public Affairs, Florida International University

Lauren Stokes, Assistant Professor of History, Northwestern University

Alexa Stiller, Research Fellow, University of Bern, Switzerland

Dan Stone, Professor of Modern History and Director, Holocaust Research Institute, Royal Holloway, University of London, UK

Elizabeth Strauss, Assistant Professor of History, Mount St. Mary's University

Dorian Stuber, Isabelle Peregrin Odyssey Professor of English, Hendrix College

Thomas J. Sugrue, Professor of History and Social and Cultural Analysis, New York University

Jelena Subotic, Professor of Political Science, Georgia State University

Charley Sullivan, Department of History, University of Michigan

Irena Šumi, Assistant Professor of Anthropology, University of Ljubljana, Slovenia

Marina Swoboda, Adjunct Lecturer in History, Anglo-American University in Prague, Czech Republic

Guillaume de Syon, Professor of History, Albright College

AAUP-00224

Frances Tanzer, Visiting Assistant Professor, Strassler Center for Holocaust and Genocide Studies, Clark University

Naomi S. Taub, Department of English, University of Illinois Urbana-Champaign

Nicholas Terry, Senior Lecturer in Modern European History, University of Exeter, UK

Kai M. Thaler, Assistant Professor of Global Studies, University of California, Santa Barbara

Fabien Théofilakis, Assistant Professor, Centre d'histoire sociale des mondes contemporains, University of Paris 1 Panthéon Sorbonne, France

Jennifer Thompson, Associate Professor, Maurice Amado Professor of Applied Jewish Ethics and Civic Engagement, Jewish Studies Interdisciplinary Program, California State University, Northridge

Annette Timm, Professor of History, University of Calgary, Canada

Lisa Todd, Associate Professor of History, University of New Brunswick, Canada

Barry Trachtenberg,* Rubin Presidential Chair of Jewish History, Director, Jewish Studies Program, Wake Forest University

Corey L. Twitchell, Assistant Professor of German, Southern Utah University

Matthew Unangst, Assistant Professor of History, Jacksonville University

Daniel Unowsky, Professor of History, University of Memphis

Estibalitz Ezkerra Vegas, Lecturer, Basque Studies, University of California, Santa Barbara

J. David Velleman, Professor of Philosophy and Bioethics, New York University

Alana M. Vincent, Associate Professor of Jewish Philosophy, Religion, and Imagination, University of Chester, UK

Oren Vinogradov, Department of Music, University of North Carolina at Chapel Hill

Elizabeth Vlossak, Associate Professor of History, Brock University, Canada

Nikolaus Wachsmann, Professor of Modern European History, Birkbeck College, University of London

Anika Walke,* Associate Professor of History, Washington University in St. Louis

Charles Walker, MacArthur Foundation Endowed Chair in Global Human Rights, University of California, Davis

James Waller, Cohen Professor of Holocaust and Genocide Studies, Keene State College

Kenneth Waltzer, Professor of History Emeritus, James Madison College, Michigan State University

Steven M. Wasserstrom, Moe and Izetta Tonkin Professor of Judaic Studies and the Humanities, Reed College

Keith David Watenpaugh, Professor and Director of Human Rights Studies, University of California, Davis

Leslie M. Waters, Assistant Professor of History, The University of Texas at El Paso

AAUP-00225

Ulrike Weckel, Professor of History in the Media and in the Public, Justus-Liebig University, Giessen, Germany

Joanne Weiner Rudof, Archivist Emeritus, Fortunoff Video Archive for Holocaust Testimonies, Yale University

Alice Weinreb, Associate Professor of Modern History, Loyola University Chicago

Lori R. Weintrob, Professor of History and Director, Holocaust Center, Wagner College

Gary Weissman, Associate Professor of English and affiliate faculty member of Judaic Studies, University of Cincinnati

Eric D. Weitz, Distinguished Professor of History, City College and the Graduate Center, City University of New York

Angela West, Program in History and Culture, Drew University

Benjamin Thomas White, Lecturer in History, University of Glasgow, UK

Thomas White, Associate Director/Coordinator of Educational Outreach, Cohen Center for Holocaust and Genocide Studies, Keene State College

Jonathan Wiesen, Professor of History, University of Alabama at Birmingham

Michał J. Wilczewski, Visiting Lecturer, University of Illinois at Chicago

George Williamson, Associate Professor of History, Florida State University

Rebecca Wittmann, Chair, Department of Historical Studies, University of Toronto Mississauga, Associate Professor, Department of History, University of Toronto, Canada

Sebastian Wogenstein, Associate Professor of German and Comparative Literature, Interim Director, Center for Judaic Studies and Contemporary Jewish Life, University of Connecticut

Diane Wolf,* Professor of Sociology, University of California, Davis

Yoke-Sum Wong, Managing Editor, *Journal of Historical Sociology*, Alberta University of the Arts, Canada

Jamie L. Wraight, Director, The Voice/Vision Holocaust Oral History Archive, University of Michigan, Dearborn

Kathleen Wroblewski, Assistant Professor of History, Missouri State University

Yasemin Yildiz, Associate Professor of German and Comparative Literature, University of California, Los Angeles

Stephenie Young, Faculty Research Associate at the Salem State University Center for Holocaust and Genocide Studies and Professor of English, Salem State University

Tara Zahra, Homer J. Livingston Professor of History, University of Chicago

Michael Zank, Professor of Religion, Jewish Studies, and Medieval Studies and Director, Elie Wiesel Center for Jewish Studies, Boston University

Kimberly E. Zarecor, Professor of Architecture, Iowa State University

Jonathan Zasloff, Professor of Law, University of California, Los Angeles

AALTK-00226

Steven Zipperstein, Daniel E. Koshland Professor in Jewish Culture
and History, Stanford University

Eve Zucker, Lecturer, Department of Anthropology, Yale University

- *First signatories*

AAUP-96727