

EXHIBIT
169

**Subject:** Re: Potential Immigration Sweeps
**Date:** January 7, 2025 at 6:56 PM
**To:**
**Cc:** u

Hi ,

Thanks for the quick reply. I'm happy to wait to learn more about what you discover once you're back from the sources you mention below. I really appreciate your help.

I don't know if you remember Mike Tyson's heyday, but there was a time when he was such a weird and strange figure that just about nothing I would have heard about him would surprise me. I mean, he was really into pigeons, for instance. I remember some public person talking about someone being in the Tyson Zone: that person is so weird that you would not dismiss out of hand anything you might hear about them. Trump is definitely in the Tyson Zone for me. I mean, deploying the military to take over Greenland???

All the best,
Bernhard.
--

---

> On Jan 7, 2025, at 12:46 PM, wrote:
>
> Dear Bernard,
>
> I'm at the airport returning from a conference in California, so I apologize for not being able to give your concern the attention it deserves. I can say that I got briefings as early as November from all of the University, the FAS, and the College about plans they were making on this front. As you know, the FAS encouraged all international students to return before, I think, January 20th. But I know other safeguards are being put in place as well. I'll be sure to check in about some of the details once I'm back. If you have specific questions, let me know and I'll try to put you in touch with someone closer to the process. In the meantime, let me know if there's anything else I can do.
>
> Best,
>
> --



**Sent:** Tuesday, January 7, 2025 4:51:13 AM
**To:**
**Subject:** Potential Immigration Sweeps

Dear ,

Like many chairs, I suspect, I'm concerned about anti-immigration and anti-immigrant policies that the new administration might pursue, targeted especially against our students. That concern came to the fore again this morning when I read this article in The NY Times about preparations school distracts are making. Do you know if Harvard is countenancing coming up with protocols for what to do should immigration agents actually come to campus?

Perhaps I am being overly dramatic. I admit that my sense of what is likely to happen with the incoming administration and what is an implausible fear is not well calibrated. Any advice or information would really help me.

Thanks a lot,
Bernhard.

--



EXHIBIT
170

**Subject:** Sommer
**Date:** March 11, 2025 at 9:29 AM
**To:**

Lieber

Wir haben schon eine ganze Zeit nicht miteinander gesprochen. Ich hoffe, es geht Dir gut. (Ich verfolge natürlich immer noch auf Strava.)

hat mittlerweile Sommerpläne machen können, weil sie in einem Sommerprogramm angenommen worden ist. Das bedeutet, daß sie und ich zwischen dem 15. Mai und dem 15. Juni in Europa sein können. Wahrscheinlich nicht den ganzen Monat, aber das sind so die Grenzdaten, in denen wir uns bewegen. Und da wollte ich mal sehen, wie das bei Euch in die Pläne passen könnte.

Alles Liebe,
Bernhard.

--



EXHIBIT
171

**Subject:** Fwd: immigration resources
**Date:** March 31, 2025 at 1:21 PM
**To:** philfaculty-list philfaculty-list@fas.harvard.edu

Dear Colleagues,

I just received this from GSAS yesterday. Many of the resources mentioned below such as the legal representation clinic and the "know your rights" resources are relevant for faculty who are here on visas or "Green Cards" as well, so I wanted to share them with you.

All the best,
Bernhard

Begin forwarded message:

**From:**
**Subject:** Immigration resources
**Date:** [illegible]
**To:** [illegible]
**Reply-To:**

View this email in your browser

HARVARD Kenneth C. Griffin
GRADUATE SCHOOL OF ARTS AND SCIENCES
OFFICE OF THE DEAN

The message below was sent to GSAS students earlier today

Dear Harvard Griffin GSAS Students,

We've heard from many concerned students and others in our community regarding recent reports of US immigration enforcement actions. While there are still many unknowns, we want to make sure that you're aware of the latest available resources and information.

1. **HIO information sessions:** The Harvard International Office (HIO) is hosting a "know your rights" information session for all Harvard international students and scholars who wish to attend on Wednesday, April 2, 2025, at 5:00 p.m. EST. To register for this session, please ensure you are logged into Zoom, then register here. Additional sessions are likely to be scheduled in the future as well.
2. **Know your rights information:** Even if you are not a US citizen, you still have constitutional rights. More information and resources can be found on the Mass.gov website and the Immigration Legal Resource Center website.
3. **University policy on enforcement requests:** When law enforcement requests access to nonpublic documents or campus spaces, it is University practice to engage the Office of the General Counsel (OGC) and the Harvard University Police Department to ensure that proper procedures are followed. You can read more about the University's policy here.
4. **Contact information:** If you have any concerns, you should contact HIO. During business hours (Monday through Friday from 9:00 a.m. to 5:00 p.m. EST), you should contact your HIO Advisor, email internationaloffice@harvard.edu, or visit virtual on call advising hours. Additional helpful information, including a guidance document from OGC on entering or re-entering the US at ports of entry, can be found on HIO's "Travel Concerns" webpage. If you're a United States citizen, please contact your Dean of Student's Office.
5. **Legal assistance:** Finally, if you find yourself needing legal assistance, the Harvard Representation Initiative is a pro bono legal clinic and all Harvard affiliates who have concerns about their immigration status are

eligible to consult with an attorney to determine whether further legal pro bono representation is advisable.

We realize that this is a very difficult and uncertain time for many. Please know that the staff at the Office of Student Services and the Office of Equity, Diversity, Inclusion & Belonging are available to support students. Please reach out to them if you need additional assistance beyond the resources noted above. Our team will continue to communicate and share information that benefits the Harvard Griffin GSAS community as we learn more.

While the HIO has been in regular contact with international students about visas and related issues, we all as a community have concerns about the well-being of our students and peers. We hope that this information will not only provide needed guidance but will also better enable all of us to support those around us who need it.

With all best wishes,

     

Office of the Dean
Harvard Kenneth C. Griffin Graduate School of Arts and Sciences
University Hall, Harvard Yard
[illegible]
[illegible]

This e-mail is a communication from the Harvard Griffin GSAS Office of the Dean.

Please do NOT unsubscribe yourself, as this e-mail list is used to provide important and timely information to Harvard Griffin GSAS students.

Want to change how you receive these e-mails?
You can update your preferences or unsubscribe from this list.



EXHIBIT
172

**Subject:** Additional Conversation
**Date:** April 2, 2025 at 2:46 PM
**To:** philgrad-list philgrad-list@fas.harvard.edu

Dear All (prospective and current grads),

These are unusual times for higher education in general and Harvard specifically, given the various attacks and threats the Trump Administration has levied against Higher Ed. So I've been thinking that it might be good for all of you, prospective and current grads, to just have a conversation about where things stand, what I know about the University's strategy, where there is uncertainty, and so on.

So I'd like to propose that we have an additional event as part of the prospective grads' visit, tomorrow (Thursday) starting at 5 in the grad lounge on the third floor of Emerson where we can have an open conversation about these issues. We'll go as long as we need to and then go to the reception.

All the best,
Bernhard.

--

 

EXHIBIT
173

**Subject:** Re: Harvard Representation Initiative
**Date:** April 3, 2025 at 6:48 AM
**To:**

Hi

Thanks a lot for that, I really appreciate it. And if at any time you need support or advocacy, there are a lot of chairs and directors of study in FAS who are ready to provide that.

All the best,
Bernhard.
--

> On Apr 2, 2025, at 8:58 AM,
>
> Hi Bernhard:
>
> I am so sorry that you and other colleagues are having to deal with this anxiety-provoking situation. I am in regular conversation with , my amazing colleague who runs our Immigration Law Clinic, as well as HU administration, about the resources that are needed to enable HRI to do all that is being asked of it. I believe we have a plan in place that will work but will continue to monitor the situation closely.
>
> Yours,
>
> **Date:** Tuesday, April 1, 2025 at 9:33 PM
> **To:**
> **Subject:** Harvard Representation Initiative
>
> Dear ,
>
> I'm writing with a perhaps unusual question. There was an FAS Faculty Meeting today, and it's become clear that many international members of our community are scared and anxious about traveling, being picked up, detained, deported, etc. This is likely to get worse.

That raises the concern that the Representation Initiative may well find itself overwhelmed by the demands members of our community place on it. So I wanted to ask you, in your role as Dean of HLS: do you think that the Representation Initiative can deal with the demand or does it need to grow to meet the moment? If the latter, are there plans to expand capacity to deal with this likely increase in demand? And is there anything that we (faculty, and for that matter, chairs of FAS departments) can do to help make sure that there is enough bandwidth to provide this incredibly important resource?

I should perhaps say: I'm here on a Green Card, and I'm scared in a way I've never been before. But knowing that something like the Representation Initiative is available to people at Harvard means a lot to me.

Thanks a lot,
Bernhard.



EXHIBIT 174

**Subject:** A note from From the Grad Workers Union re: immigration
**Date:** April 21, 2025 at 11:27 AM
**To:**

Dear Colleagues,

Some of the grads sent me the document below re: international students. I'm forwarding it to you in case it's helpful (especially the first part about course policies).

CryptPad
W
Encrypted Document

All the best,
Bernhard.

—

## Requests for faculty support in the face of ongoing visa revocations

*At this moment, many of our non-citizen students are personally fearful for their safety. We are hoping that our faculty, as leaders in our campus communities, will be willing to do everything they can to protect these students and enable them to continue to pursue their educational goals in spite of the many threats they face.*

*To this end, we hope faculty will consider taking the following actions in their personal capacities to support their students:*

1. Review your course policies to build in **flexibility for students that may need to complete their coursework or final examinations remotely**; work with the registrar as needed to ensure this is an option for your course.

2. **Review Know Your Rights basics** from organizations like the Massachusetts Immigrant Rights Alliance to ensure you know how to react in an emergency situation (bit.ly/MIRAtraining)

3. In conversations with your school administration, **help students advocate for University-wide safety and support reforms,** listed below.

## University-wide recommendations to strengthen non-citizen student support

1. **Exercise all legal rights to protect student records, enrollment status, disciplinary records, employment records, or personal information of any Harvard affiliates** from immigration authorities or other federal agencies. Refuse to comply with or institute surveillance practices of Harvard affiliates, including those participating in political speech and protests on campus.

2. **Commit** to not terminating a student's enrollment or worker status if their SEVIS or Visa status changes; **create consistent remote schooling options** for students and workers that may need to complete their schooling or appointments outside of the United States.

3. For students that do not have the option to continue their schooling remotely (e.g., due to violent or unsafe conditions in their home country) **work with peer educational institutions outside the United States who can host them** and provide student visa support so they have a safe place to continue their education

4. **Hire additional staff for the Harvard Representation Initiative (HRI),** which handles immigration concerns for all Harvard affiliates. HRI currently has two staff attorneys for our 10,000+ person community.

5. **Ensure all schools within the University provide the same standard of protection and benefits** for their students and workers (i.e., no non-citizen affiliate should have access to better resourcing or benefits due to the school they are enrolled in)

6. **Issue immediate notifications** to all students, faculty, and staff if Harvard University representatives (including, but not limited to, University administrative staff, the Office of General Counsel, or Harvard International Office) receive a request from immigration officials to access records or campus buildings

7. **Create an emergency fund** for legal services and other immigration-related expenses that is accessible for all non-citizen Harvard affiliates (e.g., travel for students that may need to leave the United States).

8. **Clarify definition of non-public spaces** (e.g., through a publicly accessible map), where non-citizen affiliates can be safe from warrantless ICE presence.

9. **Affirm that no Harvard affiliates, including non-citizens, will be punished for the content of their speech,** particularly on the basis of political dissent and solidarity with Palestine.

## Recommendations met by the University to date

1. Publicly commit to **proactively tracking SEVIS changes** twice daily and immediately informing students if their status has been changed by the State Department.

EXHIBIT 175

**Subject:** Re: Happy birthday!
**Date:** April 22, 2025 at 11:32 AM
**To:**

Hey man,

Been a couple of days, the world is completely topsy-turvy again. Boy do people love Harvard. One of the undergrads was interviews, I think in The Boston Globe, and said "right now, there's as much school spirit as there is at the Harvard/Yale Game!" I found that both awesome and silly.

Anyway, yes, I'd love to come out to see you. I'll be in touch. (Stretch goal: Organize something that involves !)

b

> On Apr 16, 2025, at 4:55 PM, wrote:
>
> No worries! Yes, what a crazy time. I realized that I never gave Harvard any sort of forwarding address, so I haven't received anything from them (even an email) since 2019. I just updated everything and I plan to donate money, as well. I've always made a joke of the fact that I don't want to donate to extremely rich universities that leave so much to be desired when it comes to their internal decision making, but of course, the university and I have an enemy in common now. And my other alma mater, Columbia, seems to have capitulated.
>
> The offer to crash here is still on the table. And I have plans to come to Boston in 2026. I do hope to see you before then, but either way, let's get together.
>
> Life is good. I took my mountain bike for a spin last weekend. It kicked my ass in a good way.
>
> Oh, I'll be in NYC 5/27-5/29, if you happen to be there. We're seeing Othello.
>
> On Mon, Apr 14, 2025 at 7:56 PM wrote:
>
> 
>
>> Hey ,
>>
>> Good lord things have been weird here, and they're getting worse. I'm just writing to say "sorry" for dropping the ball on this. Since I'm going to be on sabbatical next year, and I may not be able to travel internationally — I'm still here on a Green Card — I may have a lot more opportunities to come and see you.
>>
>> But seriously: Damn.

I hope things are good with you,
Bernhard.

--

On Feb 26, 2025, at 9:32 AM [REDACTED] wrote:

Hi, Bernhard,

There's not a time after my spring break that's particularly good or particularly bad. Let me know if and when you're coming and I'll make room in my schedule.

I did go ahead and buy a mountain bike--a used 2022 Stumpjumper Evo Pro. I paid $3250 for it. Size XL. I also bought a hitch-mounted rack that can hold two bikes, but I haven't installed it yet.

[REDACTED]

On Tue, Feb 25, 2025 at 7:19 PM Nickel, Bernhard [REDACTED] wrote:

Hi [REDACTED],

So it turns out that something's come up, and I won't be able to get out to Reno over my spring break. Gah!

However, I got in touch with [REDACTED], and there's definitely an option for me to come out later in the spring term to spend a bit of time at UNR, give a talk, and then hang out w/ you for a bit. Being not a snow-person but more of a hiking etc. person, later in the spring might be better anyway.

Are there times later in the term that would work for you?

Thanks again. I do really hope to be able to see you and as much of your family as makes sense.
-b

--

On Feb 1, 2025, at 12:59 AM, [redacted] wrote:

Hi, Bernhard,

Sorry about the delay, but because of the holidays [redacted] and her ex-husband took a while to sort out the custody schedule. We are not going to have her son [redacted] the weekend of Friday 3/21-Sunday 3/23, and as I mentioned, Monday, 3/24, is the beginning of my Spring Break. I have to teach one class on Friday, 3/21, until noon pacific time, but I can take the rest of that day off. We get [redacted] back on Friday, 3/28.

No pressure, of course, but if you wanted to visit, that would be an ideal weekend. We'll have a spare room.

[redacted]

On Sat, Dec 28, 2024 at 5:53 PM Nickel, Bernhard <[redacted]> wrote:

That might actually work out well. I was just looking at the map of the west coast, and I can totally see myself heading out to Reno at the start of my spring break, renting a car, and then taking a road trip to CA and/or OR, and then spend a couple of days with you at the start of your break/end of mine. Happily, I'm only teaching once a week—the joys of teaching a seminar—and that's on Wednesdays, so it'd be easy for me to extend my spring break by a couple of days, i.e., organize my time in Reno around whenever is most convenient for you. It'd definitely be nice to see you and spend some time with you.

(Heck, I might contact [redacted] and see if I can do something at UNR.)

Anyway, it's still a ways off in the distance, but I didn't want to lose the opportunity of coming out to see you in person. And of course no worries if anything comes up.

Hope the truck is working out,
B

--

On Dec 28, 2024, at 2:22 AM, [redacted] wrote:

I can take most Friday afternoons off if I give advance notice.

On Fri, Dec 27, 2024 at 11:19 PM [redacted] wrote:

Alas, my spring break is a week later, the week of Monday, 3/24. But any of those

weekends would work for me if you were thinking of a shorter trip. And I could also give you our spare bedroom if [redacted] is going to be at his dad's.

I hope to have my mountain bike by then.

Really cool to hear about your getting to spend some quality time with [redacted]. Apologies for the late reply. [redacted] bought a truck today. I spent nearly the whole day at the auto dealership. Eventually she wants to fit it with one of those attachment campers.

On Fri, Dec 27, 2024 at 6:55 AM Nickel, Bernhard [redacted] wrote:

Oh my lord, this is hilarious. Google is suggesting that you sound like a bot!

Anyway, I hope you had a good holiday over the past couple of days, and are having a good transition into the new year. I'm getting to spend a bunch of time with [redacted], which is really nice for both of us. We're both trying to take time off from work and failing. :)

I'm still thinking about coming out to Reno. I wonder if maybe around my spring break would be an option, which is March 15th.

Cheers,
b

--

On Dec 22, 2024, at 11:16 AM, [redacted] wrote:

Thank you! See attached for how Gmail suggested I might reply.

On Sat, Dec 21, 2024 at 3:16 PM Nickel, Bernhard [redacted] wrote:

--

<Screen Shot 2024-12-22 at 8.16.18 AM.png>

<476433900_10107768775238942_6154702279940379123_n.jpg>
<476241453_10107768775233952_3269592253556539916_n.jpg>



EXHIBIT
176

**From:** Nickel, Bernhard [redacted]
**Subject:** Hi
**Date:** May 26, 2025 at 9:32 PM
**To:** [redacted]

Dear [redacted],

I hope you're doing well. I've been thinking about you recently because I taught a seminar on generics this spring semester and one of my grads wrote her research paper on the topics you cover in you generic excluded middle paper. It was a great piece to take off from. I also taught your paper on the dynamics of generics in the seminar proper, and students were quite taken by the phenomena.

Anyway, I'm about to finish my term as chair here in the department, and that means that I can finally (finally!!!) get back to doing philosophy. I remember you mentioning that there might be a chance for me to present some stuff in the class you were slated to teach. If that's still an option, do please let me know. I've got a couple of things in the works that I'd be eager to share with folks.

I'd originally hoped to come to Europe in person this summer, but with all of the immigration concerns that have come up with the Trump administration, I'm being very cautious about leaving the country. Otherwise, it would have been great to come and visit you in Oxford, maybe on the way to Edinburgh to see [redacted]. Ah, well. Sic transit gloria Mundi.

All my best,
Bernhard.

—

[redacted]



EXHIBIT
177
From:
Subject: Meeting with me
Date: June 5, 2025 at 9:25 AM
To:
Bcc:

Dear Students (grads and undergrads),

When the revocation of the SEVP certification was first announced, I mentioned that I'd hold a meeting to give students a chance to discuss the situation this week. I've been holding off on that because the SEVP issue seemed to be in abeyance. Since then, of course, new developments have taken place: there's President Trump's new Travel Ban; the revocation of visas aimed specifically at Chinese students; and most recently the announcement that students on visas sponsored by Harvard will not be allowed to enter the country. The coverage in the papers of this last order leaves me uncertain about its precise impact, and the HIO hasn't updated its FAQs to reflect it. I gather that they are still finding their feet on this, too.

No matter whether the particular policies and actions we've seen so far can be successfully challenged in the courts, they have already created a lot of uncertainty. The likelihood that there will be more such actions exacerbates that uncertainty. That uncertainty is, I wager, very much part of the point.

I also know that navigating it requires a lot of very personal and individual decisions. For that reason, I've decided to not hold an open zoom call right now, and instead, to offer office hours with me over zoom so that you can talk to me individually about your situation, and for us to see if there's any problem solving we can do together. I've set up some appointment slots via google for different times of day since I know that many international students are in different time zones (when you sign up, make sure that your calendar is set to the correct time zone). Right now, I've only set up a few to see if there's interest. If there is, I'll set up additional slots, so if these fill up, check back later. Here's the link to sign up.

Extra OH with Bernhard - Bernhard Nickel's Office Hours
calendar.app.google

31

Also, if any of you would be interested in having a group meeting, please tell me and I'll work on organizing one.

Before I sign off, let me just say: seeing the way the Trump Administration is going after international students fills me with anger and sadness. You all deserve better than this. I stand in solidarity with all of you, and I want to work with you to figure out what we can do, even as we are subject to forces that we cannot control.

All my best,
Bernhard.

—



AAUP-00916



EXHIBIT 178

**From:** 
**Subject:** Fwd: External Examiner Visit Schedule
**Date:** June 17, 2025 at 10:48 AM
**To:** 

Dear ,

I've been meaning to contact you about this, and more generally, about coming out to Hong Kong to see you. I've been busy with the divorce (which I'm hoping will be finalized soon), and of course there are all of the immigration related policies, etc., that the Trump Administration has been pursuing.

Since I'm not an American citizen, I've been reluctant to leave the country — I canceled a planned trip to Germany to see family, for instance — and so I'm not sure when it would make sense for me to come out. Maybe we can talk some time in the near-ish future about that?

Sorry this is so difficult, and I hope you're well,
Bernhard.
--

Begin forwarded message:

**From:** 
**Subject:** External Examiner Visit Schedule
**Date:** June 16, 2025 at 12:26:05 AM EDT
**To:** 
**Cc:** 

Dear Prof. Nickel,

Thank you for being our Philosophy UG Programmer External Examiner for the period of 2021/22 to 2025/26.

In accordance with HKU guidelines, we cordially invite you to visit our university in person to conduct the programme review, expected to span one week. We recognize your busy schedule; nonetheless, to streamline the planning process, we would appreciate it if you could suggest a couple of potential dates that are convenient for you. We will cover your round-trip business class airfare, as well as hotel accommodation and subsistence allowances during your stay.

Please do not hesitate to contact us if you have any questions or need additional information.

Thank you so much.

Best regards

Philosophy Department
School of Humanities

Run Run Shaw Tower, Centennial Campus,
The University of Hong Kong