

**Wednesday, July 2, 2025 at 17:24:22 Central European Summer Time**

**Subject:** Re: Immigration message for members today
**Date:** Tuesday, March 11, 2025 at 1:22:58 AM Central European Standard Time
**From:** Veena Dubal
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**CC:** ▉▉▉▉▉▉▉

Okay, going to add more thing since a judge has since blocked his deportation.

▉▉▉▉, can you please use this version instead?


Dear AAUP Members:

We are alarmed by the ICE detention of former Columbia graduate student and legal permanent resident Mahmoud Khalil for what appears to be First Amendment protected speech. And we forcefully condemn Secretary of State Marcio Rubio's statement on X that the federal government will be revoking the visas and green cards of immigrants based on their constitutionally protected speech and association.

This open threat combined with Mr. Khalil's detention has stoked a great deal of understandable fear among our non-citizen members. Green card revocation is rare absent a criminal conviction, and we believe these actions and threats to be unprecedented and illegal. Indeed, late Monday, a federal judge temporarily blocked Mr. Khalil's deportation.

Over the past six weeks, we have been working with you and your AAUP chapter leaders to proactively prepare for these events. Here are the resources you can find at our Political Attacks on Higher Education website:
- Recommendations to AAUP chapter leaders and members for dealing with ICE on your campus
- Rights and risks for workers who are in the United States on visas
- Issue brief on immigration-related campus concerns
- Know Your Rights flyers
- Family preparedness plan template

As these events continue to unfold, we recommend that non-citizen faculty, students, and staff who believe that they may be similarly targeted by the federal government take the following precautionary measures:

1. Contact an immigration attorney who has experience with deportation defense. For recommendations, you may consider contacting your local chapter/affiliate of the National Lawyers Guild, American Civil Liberties Union, or Council on American-Islamic Relations.

2. Review your rights. You are under no legal obligation to open the door to immigration authorities absent a JUDICIAL WARRANT (i.e., a warrant signed by a judge). Please familiarize yourself with the difference between a judicial warrant and an

administrative warrant.

Finally, we call on higher education stakeholders with US citizenship to close ranks around, and demand that college and university administrators and governing boards affirmatively protect, our non-citizen colleagues and students.

We will be in touch with more information in the coming days and weeks.

In solidarity,

Veena Dubal

General Counsel, AAUP

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

**From:** ███████████████
**Date:** Monday, March 10, 2025 at 5:16 PM
**To:** █████
**Cc:** ████████████████     Veena Dubal <vdubal@aaup.org>
**Subject:** Fw: Immigration message for members today

Belatedly realizing that I accidentally left ████ off this morning email. Ach, really sorry about that.

████, this is now for Tuesday morning.

Thanks,

--██

Get Outlook for iOS

**From:** ██████████████████
**Sent:** Monday, March 10, 2025 8:47 AM

**To:** 

**Subject:** Immigration message for members today

Hi Gwen,

Here is an email from Veena that needs to be sent to all members today. The "From" should be "Veena Dubal, AAUP General Counsel," and the subject line "Resources for Non-Citizen AAUP Members."

Please share the Action Network draft with , Veena, and me for final approval.

Thank you!

--▇

Dear AAUP Members:

We are alarmed by the ICE detention of former Columbia graduate student and legal permanent resident Mahmoud Khalil for what appears to be First Amendment protected speech. And we forcefully condemn Secretary of State Marcio Rubio's statement on X that the federal government will be revoking the visas and green cards of immigrants based on their constitutionally protected speech and association.

This open threat combined with Mr. Khalil's detention has stoked a great deal of understandable fear among our non-citizen members. Green card revocation is rare absent a criminal conviction, and we believe these actions and threats to be unprecedented and illegal.

Over the past six weeks, we have been working with you and your AAUP chapter leaders to proactively prepare for these events. Here are the resources you can find at our Political Attacks on Higher Education website:

- Recommendations to AAUP chapter leaders and members for dealing with ICE on your campus
- Rights and risks for workers who are in the United States on visas
- Issue brief on immigration-related campus concerns
- Know Your Rights flyers
- Family preparedness plan template

As these events continue to unfold, we recommend that non-citizen faculty, students, and staff who believe that they may be similarly targeted by the federal government take the following precautionary measures:

1. Contact an immigration attorney who has experience with deportation defense. For recommendations, you may consider contacting your local chapter/affiliate of the National Lawyers Guild, American Civil Liberties Union, or Council on American-Islamic Relations.

2. Review your rights. You are under no legal obligation to open the door to immigration authorities absent a JUDICIAL WARRANT (i.e., a warrant signed by a judge). Please

familiarize yourself with the difference between a judicial warrant and an administrative warrant.

Finally, we call on higher education stakeholders with US citizenship to close ranks around, and demand that college and university administrators and governing boards affirmatively protect, our non-citizen colleagues and students.

We will be in touch with more information in the coming days and weeks.

In solidarity,

Veena Dubal

General Counsel, AAUP



**EXHIBIT 180**

Wednesday, July 2, 2025 at 16:47:21 Central European Summer Time

**Subject:** Immigration downhill & KYR - May 23
**Date:** Monday, May 12, 2025 at 3:42:10 PM Central European Summer Time
**From:** Veena Dubal
**To:** ████████████████████████████████████
          Asli Bali

Dear All:

████████████ & █████████████ have kindly agreed to do another immigration townhall for MESA and AAUP on May 23rd from 4-6pm PT.

[As some of us discussed separately, this is a little late in the semester, but given that it is just two weeks away, I think it's the best path forward.]

For the email to AAUP & MESA members, I would like to include some of the key immigration resources that Anna has put together.

@███, Is this something you can help me with?

@███, do you think we can plan for the email to go out tomorrow?

@███ & @asli, does this time work for you? I'll be getting off of a flight at 3:30pm, and rushing home, so I may miss the first 30 min. Or I can take the call from the airport.

Thanks so much,
Veena

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors





**EXHIBIT**

**181**

Wednesday, July 2, 2025 at 16:49:51 Central European Summer Time

**Subject:** Re: OGC email
**Date:** Wednesday, May 28, 2025 at 12:19:31 AM Central European Summer Time
**From:** Veena Dubal
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I would love that. I am drowning in tasks. Thank you SO MUCH.

--

Veena Dubal, JD, PhD
General Counsel, American Association of University Professors



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Tuesday, May 27, 2025 at 3:15 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

**Subject:** Re: OGC email

Definitely. We had talked about sending it to chapter leaders, but I don't think that got drafted. Would you like someone from external relations to draft something simple just with this? We are also sending out the chapter digest this week, which has a bunch of stuff and does have this in it again.

**Sent:** Tuesday, May 27, 2025 4:08:46 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮

**Subject:** OGC email

Hi, ▮▮▮▮ :

After today's immigration townhall, I would like to send another email re: immigration that highlights our new OGC memo specifically. I keep hearing from people that they didn't see it in the previous email (I think b/c it had so much in it).

Is that possible?

Thank you!

AAUP-00956    **1 of 2**

Veena

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors



**EXHIBIT**

**182**

Wednesday, July 2, 2025 at 16:53:51 Central European Summer Time

| | |
|---|---|
| **Subject:** | Re: webinar on travel information |
| **Date:** | Wednesday, May 7, 2025 at 3:29:50 PM Central European Summer Time |
| **From:** | Veena Dubal |
| **To:** | ▇▇▇▇▇▇ |
| **CC:** | ▇▇▇▇▇▇ |
| **Attachments:** | image001.png |

HI, All:

I'm including ▇▇ here. ▇▇▇▇, AAUP and MESA want to do another travel webinar before the summer is out. Preferably on 5/14 or 15. Do one of those dates work for you?

We won't have ▇▇ or ▇▇ (they have a big hearing on the 22) but we need to get this event notification out. Can you do it one of these days around 6 or 7pm ET? And if so, would you like to have someone else join you? Do you have any thoughts/suggestions on who this might be?

Once we have the date, we can send out the event invite, and then work out who might support you.

Solidarity,
V

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

**From:** ▇▇▇▇▇▇▇▇▇
**Date:** Monday, May 5, 2025 at 11:18 AM
**To:** ▇▇▇▇▇▇▇▇
**Cc:** ▇▇▇▇▇▇
**Subject:** RE: webinar on travel information

Thanks, Veena,

Ok great; I think this week isn't possible. I'm also not entirely sure about the comms schedule in terms of advertising, but I know the 5/20 webinar is being advertised in the next

few days, so the turnaround time for this would be tight and potentially not sufficient. Would we just use the same **text** as the first webinar or do you have edits? (It's *copied* below.)

Do any of these possible **dates,** work for you and ▇▇ ? We can ask ▇▇▇▇▇ the contractor putting together the KYR resources if these work for her, if we want an emphasis on those resources?

**6 or 7 pm ET:**
- **Monday 5/12**
- Tuesday—there's a CDAF webinar already
- **Wednesday 5/14**—I may not be able to join but I can assess the calendar
- **Thursday 5/15**—I can likely make this work
- Or we can look at **5/28** and beyond (I can't do 5/27), in addition to August

*Immigration Actions: What to Know*
*A specialist in deportation law will share information about current immigration actions and the overall political landscape. Members will learn about the rights of legal permanent residents (green card holders), visa holders, and US citizens, and be empowered to advocate and protect both themselves and coworkers.*

Thanks!!

*Note: My workday may look different from yours; please do not feel obligated to respond outside of your typical working hours.*



**From:** ▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Monday, May 5, 2025 1:08 PM
**To:** ▇▇▇▇▇▇▇▇▇▇
**Cc:** ▇▇▇▇▇▇▇▇▇▇
**Subject:** Re: webinar on travel information

We should definitely do one in August. But I do think one in the next week or so would be good. Let me think of other people. ▇▇▇▇▇ can still do the travel portion.

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.
Professor of Law
University of California, Irvine

http://ssrn.com/author=1780991

**From:** █████████████
**Sent:** Monday, May 5, 2025 9:39:53 AM
**To:** ████████████████████
**Cc:** ████████████████
**Subject:** RE: webinar on travel information

Hi Veena and ███,

It does seem late; there will be another AAUP webinar on 5/20 on the mutual defense pacts and it feels like it might be hard to pull it off with other speakers ahead of 5/20.

Do you think there's any value in still offering it the week of 5/26 or really anyone traveling will have already traveled or made their related decisions? We'd want it to have maximum impact and not seem way too late to the game.

Alternatively, we could keep it in mind for late summer ahead of return travel? We could pencil in the date and speakers and, in this fear-inducing ever-shifting landscape, keep assessing what new factors arise before then?

What do you think, ████?

*Note: My workday may look different from yours; please do not feel obligated to respond outside of your typical working hours.*



**Sent:** Monday, May 5, 2025 11:34 AM
**To:** ████████████████
**Cc:**
**Subject:** Re: webinar on travel information

Hi both: I finally heard back from ███ and ███ but they can't do this until after their next hearing in Mahmood's case, which is not until May 22. I think that is too late. What do you think?

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.
Professor of Law
University of California, Irvine
http://ssrn.com/author=1780991

---

**From:** ███████████████
**Sent:** Friday, May 2, 2025 5:18:26 AM
**To:** ███████████████
**Cc:** ███████████████
**Subject:** RE: webinar on travel information

Ah yes, the endless loop of circling back!
Fingers crossed!

*Note: My workday may look different from yours; please do not feel obligated to respond outside of your typical working hours.*



**Sent:** Friday, May 2, 2025 8:15 AM
**To:** ███████████
**Cc:** ███████████████
**Subject:** Re: webinar on travel information

Thank you! They got back to me to tell me.... That they would get back to me 😩. I'll ping them again today.

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.
Professor of Law
University of California, Irvine
http://ssrn.com/author=1780991

**From:** ███████████████████
**Sent:** Friday, May 2, 2025 4:27:40 AM
**To:** ███████████████
**Cc:** ███████████████
**Subject:** RE: webinar on travel information

Hi Veena,

Just a hopeful ping that ████ or ████ got back to you? If not, should we consider other panelists?

Thanks, and hope your construction site life is wrapping up,

██

*Note: My workday may look different from yours; please do not feel obligated to respond outside of your typical working hours.*

████████████████████████

**Sent:** Friday, April 25, 2025 2:31 PM
**To:** ████
**Cc:** ████████████
**Subject:** Re: webinar on travel information

Hi, Both!

I just texted ████ and ████████ immigration attorneys) and ████████ (for travel specifically). They are the ones who did this for us last time. I'll be in touch with possible dates as soon as I hear back. This would be a know your rights for our members as we get into the summer and people need to travel.

Warmly,
Veena

--

Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

**From:** ████████████████████████
**Date:** Wednesday, April 23, 2025 at 8:28 AM
████████████████
**Cc:** ████████████████████████
**Subject:** RE: webinar on travel information

Hi Veena,

I think today is a big day for the case for the AAUP with the Knight Institute, but I wanted to lift this up in your inbox for when you resurface.

████ and I talked to ███ about this yesterday, and she'd like us to support you on this webinar on legal issues and border crossing. I'm happy to do all the organizing tasks and take as much as possible off your plate.

We could look at the following **dates**, depending on your availability as well as another additional panelists:

Monday, 5/5 4:00-6:00 pm ET
Tuesday, 5/6, 5:30-8:00 pm ET
Wednesday, 5/7 4:00-8:00 pm ET
Thursday, 5/8 4:00-8:00 pm ET

Monday, 5/12 4:00-6:00 pm ET

If you have ideas for additional **panelists** or more specifics on the **topic**, just let me know and we can begin the planning/executing process.
Thank you!
████

*Note: My workday may look different from yours; please do not feel obligated to respond outside of your typical working hours.*



**From:** ████████████████████
**Sent:** Friday, April 18, 2025 8:50 AM
**To:** ████████████████ Veena Dubal <vdubal@aaup.org>
**Subject:** webinar on travel information

Hi Veena,

Happy Friday...made it... Wanted to follow up on the webinar idea I mentioned in the Tuesday meeting.

First, we had a really successful webinar yesterday on the Day of Action (~100 participants) going over the "Academic Freedom Field Guide" material and the resources that ███ has drawn together. We did breakout room to get ideas for additional resources that people need, and have a long list of possible next steps.

As I mentioned, we were talking about proposing a follow up webinar on KYR travel stuff. Sounds like that's something you are also thinking of organizing. And you had some ideas of who might be able to participate in such an event?

If this is something that CDAF/███ can help organize, ie take off your plate, happy to do so. (The tentative date we were thinking is Apr 30 @ 04:00).

All the best,

███████

Director, AAUP's <u>Center for the Defense of Academic Freedom</u>
Associate Professor, Trinity College

Author of "<u>Manufacturing Backlash</u>"



**CENTER FOR THE DEFENSE OF ACADEMIC FREEDOM**

<u>Check out our resources</u> & <u>join our newsletter</u>!



**EXHIBIT**
**183**

Wednesday, July 2, 2025 at 17:15:40 Central European Summer Time

**Subject:** Re: following up on immigration webinar
**Date:** Saturday, April 26, 2025 at 1:33:38 AM Central European Summer Time
**From:** Veena Dubal
**To:** ███████████, Asli Bali

Yes this is all great!  Asli has also a new document that she is working on that will be helpful.
I'm including her here.  Thank you!

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.
Professor of Law
University of California, Irvine
http://ssrn.com/author=1780991


**From:** ██████████████████
**Sent:** Friday, April 25, 2025 3:53:44 PM
██████████████████████
**Subject:** following up on immigration webinar

Hi Veena, two questions:

1--We talked on the immigration webinar about sending out guidance to attendees/registrants.
Folks that were on the webinar seem super busy & maybe not likely to be able to come up with
specially targeted resources. OK if I draft something based on the resources we have on hand now?
They are as follows:

**Immigration**

- AAUP letter to college and university legal offices: Institutions Should Not Provide Student and Faculty Info To Enable Deportations
- We need to know what is happening on your campus so we can legally and strategically respond. Please let us know what is going on by using this intake form.
- Fact sheet on dealing with ICE on your campus (AAUP General Counsel)
- Fact sheet on rights and risks for workers who are in the United States on visas (American Federation of Teachers)
- Issue brief on immigration-related campus concerns (American Council on Education)
- Know Your Rights flyers (AFL-CIO)
- Family preparedness plan template (Immigrant Legal Resource Center)
- Info about an AAUP Lawsuit About Trump Policy of Arresting and Threatening to Deport Students and Faculty for Lawful Speech

2—In conjunction with sending these resources, can we ask the MESA members who attended the webinar to join?



American Association of University Professors

www.aaup.org
Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

**From:** ▮▮▮▮▮
**Sent:** Thursday, April 10, 2025 11:25 AM
**Cc:** ▮▮▮▮▮
**Subject:** FW: Please forward to the appropriate place - preparation for international students

Hi Veena & ▮▮▮

Two related things—a chapter leader sent me the attached immigration defense doc that he has put together for his campus

Is that still on and is there anything I can do to help with that? A number of folks have requested it.



American Association of University Professors

www.aaup.org
Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

**From:** ▮▮▮▮▮
**Sent:** Tuesday, April 8, 2025 6:35 PM
**To:** ▮▮▮▮▮
**Cc:** ▮▮▮▮▮
**Subject:** Re: Please forward to the appropriate place - preparation for international students

Thanks for this. I'll add to our resource page. That page is a little specific to my research institute

and school, but there may be some items that are useful there.

Best



I acknowledge and honor the Ute, Cheyenne and Arapaho Tribes, and all of the original peoples of the land upon which the University of Denver stands.

---

**From:**
**Sent:** Tuesday, April 8, 2025 2:53 PM
**To:**
**Cc:**
**Subject:** FW: Please forward to the appropriate place - preparation for international students

Hi       thanks for reaching out. The resources we have are at
https://www.aaup.org/issues/political-attacks-higher-education

Some other resources more related to digital security are in progress and will be sent out to chapter leaders when they are done.

If you have come across anything really useful, can you send it to me?



American Association of University Professors



www.aaup.org
Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

**From:** ████████████████
**Sent:** Monday, April 7, 2025 11:24 AM
**To:** ████████████████████████████
**Subject:** Fw: Please forward to the appropriate place - preparation for international students

Hello,

Can you please help with this request below.

Thank you so much!

████████

---

**From:** ████████████████████████
**Sent:** Wednesday, April 2, 2025 10:06 PM
████████████████████████████████████
**Subject:** Please forward to the appropriate place - preparation for international students

I hope you are well. Apologies to dump in your inbox; please forward if the message should go somewhere else. I have pulled together resources on knowing your rights, legal assistance, advice on scrubbing social media, and other ways international students, staff, and faculty might prepare for any emergency related to immigration status at my university. I wanted to send a note to see if AAUP has any additional resources, links, advice faqs, or any other types materials I might include.

Thanks in advance
█

I acknowledge and honor the Ute, Cheyenne and Arapaho Tribes, and all of the original peoples of the land upon which the University of Denver stands.

**EXHIBIT**

**184**

Wednesday, July 2, 2025 at 17:19:31 Central European Summer Time

| | |
|---|---|
| **Subject:** | Readnow -- Run of Show for Tonight |
| **Date:** | Thursday, March 27, 2025 at 5:49:57 PM Central European Standard Time |
| **From:** | Veena Dubal |
| **To:** | ███████, Asli Bali |
| **CC:** | ██████████████████████████ |
| **Attachments:** | image001.png |

Hi, All:

The AAUP and MESA are deeply grateful to you for the amount of time, attention, expertise, and effort you are putting into this webinar. Here is a run of show that reflects the agenda that we created last night. Please join the webinar with your participant link at **2:45pm PT/ 5:45pm ET.**

3pm – Veena & Asli introduction –
3:05pm – ████ Pep Talk
3:10pm – ████ – General KYR on most important themes
3:20pm – ████ – Rights of Visa holding students/faculty
3:27pm – ████ – Best Practices When Traveling & What to Expect

3:35pm – Veena asks the Team questions from Pre-assembled list of questions.
4pm – Veena/Asli ask the Team questions asked AT the webinar in the Q&A
4:15pm – The Team Offers SUMMARY TAKE HOME POINTS.
4:30pm – END

Please let me know if you have questions.

Solidarity,
Veena

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page



**From:**
**Date:** Thursday, March 27, 2025 at 8:15 AM
**To:**
**Cc:**

**Subject:** Re: Readnow --dress for tomorrow--for guys, jacket and tie or not?

Hi all,

So sorry, I set two alarms after putting the little one to sleep, but wasn't able to do it. I'm happy to join tonight to talk about best practices at the border after having decided to travel.



On Thu, Mar 27, 2025 at 10:11 AM Asli Bali <bali.asli@gmail.com> wrote:

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:74318833-cbf9-3923-9180-4434fa5353c7



**From:**
**Sent:** Thursday, March 27, 2025 3:04:47 AM

**Cc:**                                                                  'Asli Bali'
<bali.asli@gmail.com>
**Subject:** RE: Readnow --dress for tomorrow--for guys, jacket and tie or not?

Tks!



_is available and accessible. We are fully operational both in-office and remotely, and continue to provide all services with little or no delay._



This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is prohibited. If you are not the intended recipient, please contact me and delete all copies. Thank you.

---

**From:** █████████████████████████
**Sent:** Wednesday, March 26, 2025 11:33 PM
**To:** ██████████████████████████████████
**Cc:** ███████████████████████████████ 'Asli Bali'
**Subject:** Re: Readnow --dress for tomorrow--for guys, jacket and tie or not?

Not at all necessary to wear jacket and tie!  Only if you want.

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.

Professor of Law

University of California, Irvine

http://ssrn.com/author=1780991

---

**From:** █████████████████████████████
**Sent:** Wednesday, March 26, 2025 11:01:44 PM
**To:** ████████████████████████████████████████
**Cc:** ███████████████████████████████  'Asli Bali'
**Subject:** RE: Readnow --dress for tomorrow--for guys, jacket and tie or not?

Let us know please; not sure of audience custom so whatever you think is fine, but advise.

Tks!

█

---

**Sent:** Wednesday, March 26, 2025 8:29 PM
**To:** ████████████████████████████████████████
**Cc:** ██████████████████████████  'Asli Bali'
**Subject:** Re: Readnow -ZOOM LINK

The one I sent is what I have. Here is the zoom link for our 9pm PT /midnight ET call.

AAUP-00973

AAUP Legal Department is inviting you to a scheduled Zoom meeting.

Topic: AAUP Legal Department's Personal Meeting Room

Join Zoom Meeting

https://us06web.zoom.us/j/9098285884?pwd=ZyttY1lneXM0WjJxeVB3U00yYUpmdz09

Meeting ID: 909 828 5884

Passcode: 848034

---

One tap mobile

+16694449171,,9098285884#,,,,*848034# US

+12532158782,,9098285884#,,,,*848034# US (Tacoma)

---

Dial by your location

• +1 669 444 9171 US

• +1 253 215 8782 US (Tacoma)

• +1 346 248 7799 US (Houston)

• +1 719 359 4580 US

• +1 720 707 2699 US (Denver)

• +1 253 205 0468 US

• +1 386 347 5053 US

• +1 507 473 4847 US

• +1 564 217 2000 US

• +1 646 558 8656 US (New York)

• +1 646 931 3860 US

• +1 689 278 1000 US

• +1 301 715 8592 US (Washington DC)

• +1 305 224 1968 US

• +1 309 205 3325 US

• +1 312 626 6799 US (Chicago)

• +1 360 209 5623 US


Meeting ID: 909 828 5884

Passcode: 848034


Find your local number: https://us06web.zoom.us/u/kenFIMAfSl


--

Veena Dubal, JD, PhD

**General Counsel, American Association of University Professors**


Professor of Law

Professor of Anthropology (by courtesy)

University of California, Irvine, School of Law

SSRN Author Page



**From:** ██████████████████████████
**Date:** Wednesday, March 26, 2025 at 8:27 PM
**To:** ████████████████████████████████
**Cc:** ███████████████████████████ 'Asli Bali'
**Subject:** RE: Readnow - WEBINAR QUESTIONS

Hi Veena—is there an updated list of questions or going off the ones you sent yesterday is fine?

██



**From:** ████████████████████████
**Sent:** Tuesday, March 25, 2025 4:13 PM
**To:** ████████████████████████████████████
**Cc:** ███████████████████████████ 'Asli Bali'
**Subject:** Re: Readnow - *WEBINAR QUESTIONS*

████ is on the east coast and repping ████ He just got a TRO to prevent her detention.

I don't think he needs to join though.

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.

Professor of Law

University of California, Irvine

http://ssrn.com/author=1780991

**From:** ███████████████████████████
**Sent:** Tuesday, March 25, 2025 4:09:44 PM
███████████████████████████████████████
**Cc:** ███████████████████████            'Asli Bali'

**Subject:** RE: Readnow - WEBINAR QUESTIONS

Thanks Veena—agree re 2:50; and we should go over these q's at our 9 pm PT ca;; tomorrow night both to bat around if Q's and discuss who answers what. I have only glanced at but wil look at later tonight. Can ███ join call tomorrow night or are they on east coast time ?

███████

**From** ███████████████
**Sent:** Tuesday, March 25, 2025 1:05 PM
**To:** ███████████████████████████████
**Cc:** ███████████████████████            Asli Bali

**Subject:** Readnow - WEBINAR QUESTIONS

███████████████████████



███████████ is my friend and colleague from CUNY CLEAR who *may* be able to join us on Thursday for the webinar,

Attached are the questions for the webinar that we have received thus far.

Let's get on at 2:50pm PT on Thursday to make sure everything works.   Thanks for doing this.  Pls text if you have any questions.

Solidarity,

Veena

--

Veena Dubal, JD, PhD

General Counsel, American Association of University Professors

Professor of Law

Professor of Anthropology (by courtesy)

University of California, Irvine, School of Law

SSRN Author Page

---

**From:** ███████████████████████
**Date:** Saturday, March 22, 2025 at 4:13 PM
████████████████████████████████████

**Cc:** █████████████████████████████  Asli Bali
████████████████████

**Subject:** Re: Readnow -- Webinar information for THURSDAY, 3PM PT--call tomorrow sometime (or shortly?) (readnow for █████

Great! And yes, will do

---

**From:** Veena Dubal <vdubal@aaup.org>
**Sent:** Saturday, March 22, 2025 6:58:54 PM
**To:** ███████████████████████████████████████████████████████
**Cc:** ███████████████████████████████████████████████████████

**Subject:** Re: Readnow — Webinar information for THURSDAY, 3PM PT--call tomorrow sometime (or shortly?) (readnow for █████

Hi, All:

This sounds great. I am including our amazing senior staff member ████████████ here.

████████ in addition to █████ his colleagues ████████████ and ████████████ will be joining as experts for the webinar. Can we register them as panelists? And also register Asli Bai as a panelist?

Thank you!

Veena

--

Veena Dubal, JD, PhD

General Counsel, American Association of University Professors

Professor of Law

Professor of Anthropology (by courtesy)

University of California, Irvine, School of Law

SSRN Author Page

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Saturday, March 22, 2025 at 3:50 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Readnow -- Webinar information for THURSDAY, 3PM PT--call tomorrow sometime (or shortly?) (readnow for ▮▮▮▮

Damn! didn't add my own readnow! (☺) resending so reply ot this thread please.

▮

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Saturday, March 22, 2025 3:48 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Readnow -- Webinar information for THURSDAY, 3PM PT--call tomorrow sometime (or shortly?)

Hi Veena— I would like ▮▮▮▮ who is cocounsel with me on ▮▮▮ case, and our partner on our employment based imm team to be on panel also. ▮▮▮▮ will add expertise on non imm visa issues like J's. O's H's OPT, SEVIS etc. I assume you have to add them and send email to register as I cant just forward as their names would not be there??

How about a call tomorrow afternoon or evening  or shortly if all available –if better?  I am free from 2 on tomorrow —and can be earlier if afternoon or evening not good for anyone.

I could also talk in a bit if better; busy starting at 5 today



**From** ████████████████████
**Sent:** Saturday, March 22, 2025 9:44 AM
**To:** █████████████████████████
**Subject:** Readnow -- Webinar information for THURSDAY, 3PM PT

You need to register below! I'll call you later today to talk about the contents of the webinar.

--

Veena Dubal, JD, PhD

General Counsel, American Association of University Professors

Professor of Law

Professor of Anthropology (by courtesy)

University of California, Irvine, School of Law

SSRN Author Page

From: ████████████████████████████████
Date: Saturday, March 22, 2025 at 2:30 AM
To: ████████████████  ████████████████
Subject: Trump's Immigration Actions: What to Know



Dear AAUP Member,

Please join us Thursday, March 27, at 3:00 p.m. Pacific time/6:00 p.m. Eastern, for a webinar cosponsored by the AAUP and Middle East Studies Association.

Register here.

Deportation law specialist Marc Van Der Hout will share information about current immigration actions and the overall political landscape. Members will learn about the rights of legal permanent residents (green card holders), visa holders, and US citizens, and be empowered to advocate and protect both themselves and coworkers.

In solidarity,

Veena Dubal
AAUP General Counsel



Sent via ActionNetwork.org. To update your email address, change your name or address, or to stop receiving emails from American Association of University Professors, please click here.

Error! Filename not specified.

- tzi -



**EXHIBIT**

**185**

Wednesday, July 2, 2025 at 17:22:31 Central European Summer Time

**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET
**Date:** Friday, March 21, 2025 at 1:51:12 AM Central European Standard Time
**From:** Veena Dubal
**To:** ███████████████████████████

Hi, I'm sorry for the delay. I have been trying to get in touch with this security expert at the ACLU, and I haven't heard back, so let's just do this like a normal webinar. ███ description below is PERFECT. Please send out when you can. Thank you. Also, it is fine if the email comes from me.

Thank you, ███

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

**From:** ████████████████████
**Date:** Thursday, March 20, 2025 at 9:55 AM
**To:** Veena Dubal ████████████████████████████████

**Subject:** RE: Immigration Webinar - March 27th - 3pm PT/6pm ET

Ok, we won't. We need a title for the webinar and for the email
--we could include immigration resources/fact sheets that we have on the web (as many more will see the email than attend the webinar)
--it could come "from" the AAUP, or Veena?
--will we record? If so, we could also plan on a followup to all members with the link and other immigration resources. WE had talked earlier about sending something to members specifically about immigration, but did not



American Association of University Professors

█████████████████████████

www.aaup.org

Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

**From:** Veena Dubal <█████████>
**Sent:** Thursday, March 20, 2025 12:51 PM
**To:** ███████████████████████████████████████████
**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

Please don't send yet. I'm going to work on it a little bit. I have a call until 11am so you will hear from me before 2pm PT.

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

**From:** ████████████████████████
**Date:** Thursday, March 20, 2025 at 9:42 AM
**To:** Veena Dubal <████████████████████████████████
███████████████████████████████
**Subject:** RE: Immigration Webinar - March 27th - 3pm PT/6pm ET

Great! we will get this up and out to members and shared with AFT

███████████████████

American Association of University Professors

████████████████████

www.aaup.org
Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

**From:** Veena Dubal ◄ ▬▬▬▬▬ ►
**Sent:** Thursday, March 20, 2025 12:32 PM
**To:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

Love!!!!

--
Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

---

**From:** ▬▬▬▬▬▬▬▬
**Date:** Thursday, March 20, 2025 at 9:24 AM
**To:** Veena Dubal ◄ ▬▬▬▬▬ ►  ▬▬▬▬▬▬▬▬
**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

How about this for an event description?

A specialist in deportation law will share information about current immigration actions and the overall political landscape. Members will learn about the rights of legal permanent residents (Green Card holders), visa holders, and U.S. citizens, and be empowered to advocate and protect themselves and co-workers

▬▬

---

**From:** Veena Dubal ▬▬▬▬▬▬▬ ►
**Date:** Thursday, March 20, 2025 at 12:00 PM
**To:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

Ok let me get everything together today. Yes we can share with AFT. Mesa also joining.

A French scientist was detained and sent back at the border because they found messages critical of Trump on his phone. I think we all need to take our border travel very seriously. Including Us citizens.

AAUP-00985   **3 of 5**

Sent from a handheld device.

Veena Dubal, J.D., Ph.D.
Professor of Law
University of California, Irvine
http://ssrn.com/author=1780991

---

**From:** ██████████████████████
**Sent:** Thursday, March 20, 2025 7:58:35 AM
**To:** ████████████████████████████████████
████████████████████

**Subject:** RE: Immigration Webinar - March 27th - 3pm PT/6pm ET

The date works from my perspective and it's certainly needed information. We would want to get an email out to members soon so people have time to sign up.



American Association of University Professors



www.aaup.org

Follow the AAUP on BlueSky, Facebook, Twitter, Instagram, and Flickr.

**From:** ██████████████████████
**Sent:** Thursday, March 20, 2025 10:54 AM
**To:** ████████████████████████████████████████████

**Subject:** Re: Immigration Webinar - March 27th - 3pm PT/6pm ET

This is great. Can we share this with AFT Higher ed?

On 3/19/25 11:29 PM, Veena Dubal wrote:

> Hi, All:
>
> We have been talking about doing an immigration KYR webinar of sorts.
>
> I know the proposed time (in subject of the email) is right before our member meeting,

but it's what works best for our speaker ████████. He is going to give basic information on what's been happening, what the legal rights of our LPR members are versus visa holders v. citizens, and what best practices are for our members – esp during travel.

I think a lot of people are desperate for this information. Do you think it's okay to move forward with the date/time?

Warmly,
Veena

--

Veena Dubal, JD, PhD
General Counsel, American Association of University Professors

Professor of Law
Professor of Anthropology (by courtesy)
University of California, Irvine, School of Law
SSRN Author Page

## MESA 2020 Submission Statistics

**EXHIBIT
186**

Abstracts Total: 1,543
Top three categories were in history (513), political science (257), and anthropology (156)
Bottom categories were in journalism (3), library science (3), medicine/health (3), and psychology (3)

Individual Abstracts: 657
Pre-Organized Panel Abstracts: 886

Pre-Organized Panels: 235
Roundtables: 33
Thematic Conversations: 10 (3 new, 7 from previous years)
Special Sessions: 0 (room for 6 or more as needed)
Workshops: 4 (room for 3 or more as needed)

Pre-Organized Panels Acceptance Rate -- 95% = 224
Individual Abstracts Acceptance Rate -- 75% = 493
Out of the 493 abstracts, assemble 99 panels with 5 papers per panel
 **Panels Total:** 323

**Roundtables** Acceptance Rate -- 95 = 31
**Thematic Conversations** Rate -- 100% = 10

**Special Sessions**: 0 (6 -- potentially) = 6
**Workshops**: 4 (3 more potentially) = 7

Overall: 377

AAUP-01094

EXHIBIT
**187**

MESA 2021 Submission Statistics

**Abstracts Total**: 1,427
**Individual Abstracts**: 622
**Pre-Organized Panel Abstracts**: 805
**Top Three Categories (self-identified discipline)**:
1. History (440)
2. Political Science (214)
3. Anthropology (136)
**Bottom Three Categories**:
1. Business & Public Administration (1)
2. Journalism (3)
3. Medicine/Health (4)

**Pre-Organized Panels**: 196
**Roundtables**: 59
**Special Sessions**: 0 submissions so far (deadline: April 1st, unless late-breaking issues)
**Workshops**: 7
1. Professional Development Workshop – MESA and AMEWS
2. Non-Academic Jobs Development Workshop – MESA and AMEWS
3. Committee on Anti-Racism and Anti-Discrimination Workshop
4. Anti-Sexual Harassment Workshop – ASH Ombuds and Queer Studies Interest Group
5. CUMES
6. Librarian Workshop – ████████ (MELA)
7. Fulbright Workshop – █████ (IIE)

Projected Acceptance Rates
**Pre-Organized Panels Acceptance Rate** – 95% = 186
**Individual Abstracts Acceptance Rate** – 75% = 466
- Out of the 466 individual abstracts, assemble ~ 93 panels with 5 abstracts per panel
~ 279 Panels
**Roundtable Acceptance Rate** – 95% = 56

**Special Sessions**: 0 as of now
**Workshops**: 7 as of now

There are a total of 54 rooms available per session time slot, give or take some repurposing/concessions to the convention center as of 3/1/2021

Tentative Sessions Projected Overall Total: 342

AAUP-01085

## Overall Abstracts: Total Submissions by Discipline

Anthropology: 136
Architecture & Urban Planning: 20
Art/Art History: 44
Business & Public Administration: 1
Communications: 11
Economics: 8
Education: 17
Geography: 19
History: 440
International Relations/Affairs: 50
Journalism: 3
Language: 20
Law: 24
Linguistics: 9
Literature: 134
Media Arts: 49
Medicine/Health: 4
Philosophy: 24
Political Science: 214
Religious Studies/Theology: 50
Sociology: 93
Unknown: 56

### Preorganized Panel Abstracts: Submissions by Discipline

Anthropology: 85
Architecture & Urban Planning: 11
Art/Art History: 27
Business & Public Administration: 1
Communications: 4
Economics: 6
Education: 8
Geography: 8
History: 277
International Relations/Affairs: 25
Journalism: 1
Language: 15
Law: 14
Linguistics: 5
Literature: 82
Media Arts: 29
Medicine/Health: 2
Philosophy: 16
Political Science: 95
Religious Studies/Theology: 26
Sociology: 43
Unknown: 25

### Individual Paper Abstracts: Submissions by Discipline

Anthropology: 51
Architecture & Urban Planning: 9
Art/Art History: 17
Business & Public Administration: 0
Communications: 7
Economics: 2
Education: 9
Geography: 11
History: 163
International Relations/Affairs: 25
Journalism: 2
Language: 5
Law: 10
Linguistics: 4
Literature: 52
Media Arts: 20
Medicine/Health: 2
Philosophy: 8
Political Science: 119
Religious Studies/Theology: 24
Sociology: 50
Unknown: 31

AAUP-01086

## MESA 2022 Submission Statistics

EXHIBIT
**188**

Abstract Types
**Individual Abstracts**: 441
**Preorganized Panel Abstracts**: 558
Total: 999

**Top Three Categories** (self-identified discipline):
1. History (319)
2. Political Science (144)
3. Literature (120)

**Bottom Three Categories**:
1. Journalism (1)
2. Library Science (1)
3. Archeology (3)

**Preorganized Panels**: 114
**Roundtables**: 30
**Special Sessions**: 0 submissions so far
- Deadline: April 1st, unless late-breaking special session arises

Acceptance/Rejection Rates for 2022

| Meeting | 2022 (Denver) | |
|---|---|---|
| Submission Type | Proposed | Accepted Rejected |
| Individual Abstracts | 441 | 363 (82.31%) 78 (17.69%) |
| Preorganized Panels | 114 | 112 (98.61%) 2 (1.39%) |
| Roundtables | 30 | 30 (100%) 0 (0%) |

**Deferred Submissions from 2021**

| Meeting | 2022 (Denver) |
|---|---|
| Submission Type | Automatically Accepted |
| Individual Abstracts | 61 |
| Preorganized Panels | 25 |
| Roundtables | 5 |
| Special Sessions | 1 |

Total Sessions and Individual Abstracts (Includes Deferred):
**Preorganized Panels**: 137
**Individual Abstracts**: 424
- Out of the 424 IAS, assemble ~ 84 panels with 5 abstracts per panel
**Tentative Panel Total**: 221
**Roundtables**: 55
**Special Sessions**: 1
**Workshops**: 6 (rough estimate)
1. ACSS Workshop – TBD
2. Professional Development Workshop? – I have not heard from ▇▇▇
3. Graduate Student Workshop – TBD (▇▇▇  ▇▇▇ point of contact)
4. CUMES Undergraduate Research Workshop
5. CAA Workshop?
6. ASH Workshop?

There are around a total of 31 rooms available per session time slot, give or take some repurposing.

Tentative Sessions Projected Overall Total: 283

AAUP-01087

Overall Abstracts: Total Submissions by Discipline

| Discipline | Individual Abstracts | Preorganized Panel Abstracts | Total Submissions |
|---|---|---|---|
| Anthropology | 44 | 40 | 84 |
| Archeology | 2 | 1 | 3 |
| Architecture & Urban Planning | 7 | 7 | 14 |
| Art/Art History | 17 | 6 | 23 |
| Communications | 3 | 4 | 7 |
| Economics | 4 | 4 | 8 |
| Education | 4 | 12 | 16 |
| Geography | 1 | 3 | 4 |
| History | 109 | 210 | 319 |
| International Relations/Affairs | 24 | 15 | 39 |
| Journalism | 0 | 1 | 1 |
| Language | 5 | 11 | 16 |
| Law | 6 | 2 | 8 |
| Library Science | 1 | 0 | 1 |
| Linguistics | 4 | 0 | 4 |
| Literature | 50 | 70 | 120 |
| Media Arts | 18 | 27 | 45 |
| Medicine/Health | 0 | 4 | 4 |
| Philosophy | 7 | 2 | 9 |
| Political Science | 70 | 74 | 144 |
| Religious Studies/Theology | 20 | 16 | 36 |
| Sociology | 31 | 25 | 56 |
| Unknown | 14 | 24 | 38 |

AAUP-01088



**EXHIBIT 189**

## MESA 2023 Program Report
April 20, 2023

The Call for Papers submission period was January 10, 2023, to February 23, 2023 (extended one week from the original February 17 deadline to accommodate those affected by the earthquakes in Turkey and Syria).

The Program Committee of 26 members, chaired by ███████ of Harvard University reviewed 283 sessions and 645 individual papers. A subset of members plus ███████ a PhD candidate at Harvard University, along with ███████ and ███ of the MESA office met March 31-April 1 to assemble panels from the accepted individual abstracts. This culminated in 374 sessions to be placed on the program, not counting the special sessions and workshops which are in progress or to be determined.

### Submissions
283 sessions
- 214 panels (199 accepted, 15 rejected)
- 67 roundtables (61 accepted, 6 rejected)

645 individual papers (616 accepted, 29 rejected)

| Submission Type | Proposed | Accepted Rejected | % |
|---|---|---|---|
| Individual Abstracts | 645 | 616 | 95.5 |
| | | 29 | 4.5 |
| Preorganized Panels | 214 | 199 | 93.0 |
| | | 15 | 7.0 |
| Roundtables | 67 | 61 | 91.0 |
| | | 6 | 9.0 |

### MESA 2023 Sessions (approximately 380 total)
- 199 preorganized panels
- 114 assembled panels (from 616 abstracts)
- 61 roundtables
- 5-10 special sessions, current events, and workshops (these are in progress and/or to be determined)

We are planning on 13 session times, which means there will be 29-30 concurrent sessions during a session time. We have plenty of space rented at the Montréal convention center, so this won't be an issue. We also anticipate at least a 20 percent reduction in these figure from acceptance to attendance, based on historical patterns.

### Abstract Statistics
Total = 1557
- 645 individual abstracts
- 912 abstracts on preorganized panels

With the upgrade to the new myMESA, we allowed submitters to identify multiple disciplines. In the old myMESA, submitters could only identify one. So our trend statistics and disciplinary breakdowns will require some adjustments when published in the forthcoming MESA spring newsletter. Mostly, it turns out that anthropologists are most likely to work across disciplines! (Or, at least to identify as such.)

AAUP-01689

| Count | Discipline |
|---|---|
| 341 | History, |
| 137 | Political Science, |
| 103 | Literature, |
| 98 | Anthropology, |
| 54 | Sociology, |
| 31 | Art/Art History, |
| 30 | Other, |
| 29 | Religious Studies/Theology, |
| 27 | History, Literature, |
| 24 | Political Science, Sociology, |
| 23 | International Relations/Affairs, Political Science, |
| 22 | International Relations/Affairs, |
| 21 | Media Arts, |
| 20 | History, Religious Studies/Theology, |
| 15 | Language, |
| 15 | Law, |
| 14 | Anthropology, Sociology, |
| 13 | Communications, |
| 13 | History, International Relations/Affairs, |
| 12 | History, Sociology, |
| 11 | Anthropology, History, |
| 9 | Architecture & Urban Planning, |
| 9 | History, Philosophy, Religious Studies/Theology, |
| 9 | Literature, Religious Studies/Theology, |
| 8 | Education, |
| 8 | History, International Relations/Affairs, Political Science, |
| 8 | History, Literature, Religious Studies/Theology, |
| 7 | Anthropology, Religious Studies/Theology, |
| 7 | Architecture & Urban Planning, Art/Art History, |
| 7 | History, Language, Literature, |
| 7 | History, Media Arts, |
| 6 | Economics, History, |
| 6 | Geography, History, |
| 6 | History, Law, |
| 6 | History, Medicine/Health, |
| 6 | History, Political Science, |
| 6 | International Relations/Affairs, Political Science, Sociology, |
| 5 | Anthropology, Art/Art History, |
| 5 | Anthropology, Political Science, Sociology, |
| 5 | History, Law, Religious Studies/Theology, |
| 5 | Language, Literature, |
| 5 | Philosophy, |
| 5 | Philosophy, Religious Studies/Theology, |

AAUP-01090

| | |
|---|---|
| 4 | Anthropology, Geography, |
| 4 | Anthropology, History, Religious Studies/Theology, |
| 4 | Anthropology, Political Science, |
| 4 | Geography, |
| 4 | History, Language, |
| 4 | History, Other, |
| 4 | International Relations/Affairs, Other, Political Science, |
| 4 | Language, Linguistics, |
| 4 | Linguistics, |
| 4 | Literature, Other, |
| 4 | Psychology, |
| 3 | Anthropology, Education, |
| 3 | Anthropology, History, Political Science, Religious Studies/Theology, Sociology, |
| 3 | Anthropology, History, Sociology, |
| 3 | Art/Art History, History, |
| 3 | Education, Language, |
| 3 | History, Philosophy, Political Science, |
| 3 | Journalism, |
| 3 | Law, Political Science, |
| 3 | Literature, Philosophy, Religious Studies/Theology, |
| 3 | Literature, Sociology, |
| 2 | Anthropology, Art/Art History, History, Religious Studies/Theology, |
| 2 | Anthropology, History, Literature, |
| 2 | Anthropology, History, Medicine/Health, |
| 2 | Anthropology, International Relations/Affairs, Political Science, Sociology, |
| 2 | Anthropology, Literature, Religious Studies/Theology, |
| 2 | Anthropology, Other, Sociology, |
| 2 | Anthropology, Political Science, Religious Studies/Theology, Sociology, |
| 2 | Archaeology, Art/Art History, History, |
| 2 | Architecture & Urban Planning, Art/Art History, History, |
| 2 | Architecture & Urban Planning, History, |
| 2 | Art/Art History, Media Arts, |
| 2 | Communications, Journalism, |
| 2 | Economics, Geography, History, |
| 2 | Economics, International Relations/Affairs, Political Science, |
| 2 | Education, Literature, |
| 2 | Geography, History, Literature, |
| 2 | Geography, International Relations/Affairs, Political Science, |
| 2 | History, International Relations/Affairs, Literature, |
| 2 | History, International Relations/Affairs, Political Science, Sociology, |
| 2 | History, Journalism, Literature, |
| 2 | History, Language, Law, Religious Studies/Theology, |
| 2 | History, Language, Literature, Media Arts, |
| 2 | History, Literature, Medicine/Health, |
| 2 | History, Literature, Other, |

AAUP-01091

| 2 | History, Philosophy, |
|---|---|
| 2 | International Relations/Affairs, Law, Sociology, |
| 2 | International Relations/Affairs, Media Arts, Political Science, |
| 2 | Law, Political Science, Sociology, |
| 2 | Literature, Media Arts, |
| 2 | Other, Political Science, |
| 2 | Philosophy, Political Science, Sociology, |
| 2 | Political Science, Psychology, Sociology, |
| 2 | Political Science, Religious Studies/Theology, Sociology, |
| 2 | Religious Studies/Theology, Sociology, |
| 1 | Anthropology, Archaeology, |
| 1 | Anthropology, Archaeology, Architecture & Urban Planning, History, Political Science, |
| 1 | Anthropology, Archaeology, Geography, History, |
| 1 | Anthropology, Archaeology, History, |
| 1 | Anthropology, Archaeology, History, Literature, |
| 1 | Anthropology, Archaeology, History, Sociology, |
| 1 | Anthropology, Architecture & Urban Planning, |
| 1 | Anthropology, Architecture & Urban Planning, Geography, |
| 1 | Anthropology, Architecture & Urban Planning, Geography, Political Science, |
| 1 | Anthropology, Architecture & Urban Planning, Geography, Sociology, |
| 1 | Anthropology, Art/Art History, Communications, Language, Media Arts, |
| 1 | Anthropology, Art/Art History, Education, Geography, History, International Relations/Affairs, |
| 1 | Anthropology, Art/Art History, History, International Relations/Affairs, Law, Political Science, Sociolc |
| 1 | Anthropology, Art/Art History, History, Literature, Media Arts, |
| 1 | Anthropology, Art/Art History, History, Literature, Religious Studies/Theology, |
| 1 | Anthropology, Art/Art History, History, Other, |
| 1 | Anthropology, Art/Art History, History, Political Science, |
| 1 | Anthropology, Art/Art History, Literature, |
| 1 | Anthropology, Communications, |
| 1 | Anthropology, Communications, Journalism, |
| 1 | Anthropology, Communications, Language, Linguistics, |
| 1 | Anthropology, Communications, Law, |
| 1 | Anthropology, Communications, Political Science, Religious Studies/Theology, Sociology, |
| 1 | Anthropology, Economics, History, International Relations/Affairs, Other, Sociology, |
| 1 | Anthropology, Education, History, Sociology, |
| 1 | Anthropology, Education, Other, |
| 1 | Anthropology, Education, Political Science, Religious Studies/Theology, Sociology, |
| 1 | Anthropology, Education, Religious Studies/Theology, |
| 1 | Anthropology, Geography, History, Language, Law, Political Science, Sociology, |
| 1 | Anthropology, Geography, History, Political Science, Sociology, |
| 1 | Anthropology, Geography, History, Religious Studies/Theology, Sociology, |
| 1 | Anthropology, Geography, International Relations/Affairs, Sociology, |
| 1 | Anthropology, Geography, Other, Sociology, |
| 1 | Anthropology, History, International Relations/Affairs, Philosophy, Political Science, Psychology, Religious Sociology, |

AAUP-01092

| | |
|---|---|
| 1 | Anthropology, History, International Relations/Affairs, Political Science, Sociology, |
| 1 | Anthropology, History, International Relations/Affairs, Sociology, |
| 1 | Anthropology, History, Language, Linguistics, |
| 1 | Anthropology, History, Law, |
| 1 | Anthropology, History, Linguistics, Literature, |
| 1 | Anthropology, History, Linguistics, Philosophy, |
| 1 | Anthropology, History, Political Science, |
| 1 | Anthropology, History, Political Science, Religious Studies/Theology, |
| 1 | Anthropology, History, Political Science, Sociology, |
| 1 | Anthropology, International Relations/Affairs, Other, |
| 1 | Anthropology, International Relations/Affairs, Other, Political Science, Religious Studies/Theology, Sociolo |
| 1 | Anthropology, International Relations/Affairs, Religious Studies/Theology, |
| 1 | Anthropology, International Relations/Affairs, Sociology, |
| 1 | Anthropology, Language, Literature, Medicine/Health, Sociology, |
| 1 | Anthropology, Language, Medicine/Health, |
| 1 | Anthropology, Law, |
| 1 | Anthropology, Law, Religious Studies/Theology, |
| 1 | Anthropology, Linguistics, Literature, Other, |
| 1 | Anthropology, Literature, |
| 1 | Anthropology, Literature, Media Arts, |
| 1 | Anthropology, Literature, Sociology, |
| 1 | Anthropology, Media Arts, Other, Political Science, Religious Studies/Theology, |
| 1 | Anthropology, Media Arts, Political Science, |
| 1 | Anthropology, Media Arts, Sociology, |
| 1 | Anthropology, Medicine/Health, |
| 1 | Anthropology, Other, Political Science, Religious Studies/Theology, |
| 1 | Anthropology, Other, Religious Studies/Theology, Sociology, |
| 1 | Anthropology, Political Science, Religious Studies/Theology, |
| 1 | Archaeology, |
| 1 | Archaeology, Architecture & Urban Planning, History, |
| 1 | Archaeology, Art/Art History, |
| 1 | Archaeology, Art/Art History, Economics, History, International Relations/Affairs, |
| 1 | Archaeology, Art/Art History, Religious Studies/Theology, |
| 1 | Archaeology, History, |
| 1 | Archaeology, History, International Relations/Affairs, Law, |
| 1 | Archaeology, History, International Relations/Affairs, Political Science, |
| 1 | Architecture & Urban Planning, Art/Art History, Education, History, |
| 1 | Architecture & Urban Planning, Art/Art History, History, Other, Sociology, |
| 1 | Architecture & Urban Planning, Art/Art History, Language, Literature, Media Arts, Other, Philosophy, Psyc Studies/Theology, |
| 1 | Architecture & Urban Planning, Economics, Political Science, |
| 1 | Architecture & Urban Planning, Geography, |
| 1 | Architecture & Urban Planning, Geography, History, |
| 1 | Architecture & Urban Planning, Geography, History, International Relations/Affairs, Language, Political Sci |
| 1 | Architecture & Urban Planning, Geography, History, Other, Sociology, |

AAUP-01093

| | |
|---|---|
| 1 | Architecture & Urban Planning, Geography, History, Sociology, |
| 1 | Architecture & Urban Planning, Geography, Literature, Philosophy, Sociology, |
| 1 | Architecture & Urban Planning, Geography, Political Science, |
| 1 | Architecture & Urban Planning, History, Law, |
| 1 | Architecture & Urban Planning, History, Media Arts, |
| 1 | Architecture & Urban Planning, History, Media Arts, Other, Psychology, Sociology, |
| 1 | Architecture & Urban Planning, Literature, |
| 1 | Architecture & Urban Planning, Political Science, |
| 1 | Art/Art History, Communications, History, International Relations/Affairs, Media Arts, Political Science, |
| 1 | Art/Art History, Communications, Media Arts, |
| 1 | Art/Art History, Education, History, |
| 1 | Art/Art History, Education, History, International Relations/Affairs, Other, |
| 1 | Art/Art History, Education, History, Literature, |
| 1 | Art/Art History, History, International Relations/Affairs, Philosophy, |
| 1 | Art/Art History, History, Law, Religious Studies/Theology, |
| 1 | Art/Art History, History, Library Science, Other, |
| 1 | Art/Art History, History, Literature, Media Arts, |
| 1 | Art/Art History, History, Media Arts, |
| 1 | Art/Art History, History, Media Arts, Political Science, Sociology, |
| 1 | Art/Art History, History, Media Arts, Sociology, |
| 1 | Art/Art History, International Relations/Affairs, Literature, Media Arts, Sociology, |
| 1 | Art/Art History, Language, Literature, Other, Religious Studies/Theology, |
| 1 | Art/Art History, Literature, Media Arts, |
| 1 | Art/Art History, Literature, Media Arts, Philosophy, |
| 1 | Art/Art History, Media Arts, Other, |
| 1 | Art/Art History, Media Arts, Other, Philosophy, Psychology, Sociology, |
| 1 | Art/Art History, Media Arts, Other, Philosophy, Sociology, |
| 1 | Art/Art History, Other, |
| 1 | Art/Art History, Philosophy, |
| 1 | Business & Public Administration, Economics, International Relations/Affairs, Political Science, Sociology, |
| 1 | Business & Public Administration, History, International Relations/Affairs, Political Science, |
| 1 | Communications, Education, Language, Literature, Political Science, Sociology, |
| 1 | Communications, Geography, |
| 1 | Communications, Geography, History, International Relations/Affairs, |
| 1 | Communications, History, Literature, Other, Philosophy, Political Science, |
| 1 | Communications, History, Media Arts, |
| 1 | Communications, International Relations/Affairs, Journalism, Political Science, |
| 1 | Communications, International Relations/Affairs, Political Science, |
| 1 | Communications, Journalism, Literature, |
| 1 | Communications, Language, Linguistics, Philosophy, |
| 1 | Communications, Media Arts, |
| 1 | Communications, Other, |
| 1 | Communications, Political Science, |
| 1 | Economics, |
| 1 | Economics, Geography, International Relations/Affairs, Political Science, |

AAUP-01094

| 1 | Economics, History, International Relations/Affairs, |
| 1 | Economics, History, International Relations/Affairs, Political Science, |
| 1 | Economics, History, Law, Political Science, |
| 1 | Economics, History, Other, |
| 1 | Economics, International Relations/Affairs, |
| 1 | Economics, Political Science, |
| 1 | Economics, Sociology, |
| 1 | Education, Geography, History, Library Science, Linguistics, Religious Studies/Theology, |
| 1 | Education, History, |
| 1 | Education, History, Language, Literature, |
| 1 | Education, History, Law, Religious Studies/Theology, |
| 1 | Education, History, Literature, Religious Studies/Theology, |
| 1 | Education, Language, Linguistics, |
| 1 | Education, Linguistics, |
| 1 | Education, Political Science, Religious Studies/Theology, |
| 1 | Education, Political Science, Sociology, |
| 1 | Education, Sociology, |
| 1 | Geography, History, International Relations/Affairs, |
| 1 | Geography, History, International Relations/Affairs, Literature, Media Arts, Political Science, Sociology, |
| 1 | Geography, History, International Relations/Affairs, Other, Political Science, |
| 1 | Geography, History, International Relations/Affairs, Political Science, |
| 1 | Geography, History, International Relations/Affairs, Political Science, Sociology, |
| 1 | Geography, History, Language, Other, |
| 1 | Geography, History, Law, Political Science, |
| 1 | Geography, History, Literature, Media Arts, |
| 1 | Geography, History, Media Arts, |
| 1 | Geography, History, Religious Studies/Theology, |
| 1 | Geography, History, Religious Studies/Theology, Sociology, |
| 1 | Geography, International Relations/Affairs, Literature, Philosophy, Political Science, |
| 1 | Geography, International Relations/Affairs, Political Science, Sociology, |
| 1 | Geography, Law, Literature, |
| 1 | Geography, Literature, |
| 1 | Geography, Media Arts, |
| 1 | Geography, Political Science, Sociology, |
| 1 | Geography, Sociology, |
| 1 | History, International Relations/Affairs, Journalism, |
| 1 | History, International Relations/Affairs, Journalism, Literature, Sociology, |
| 1 | History, International Relations/Affairs, Language, Linguistics, Media Arts, |
| 1 | History, International Relations/Affairs, Law, Political Science, Religious Studies/Theology, |
| 1 | History, International Relations/Affairs, Political Science, Religious Studies/Theology, |
| 1 | History, International Relations/Affairs, Religious Studies/Theology, |
| 1 | History, Journalism, Literature, Religious Studies/Theology, |
| 1 | History, Language, Law, Political Science, Religious Studies/Theology, |
| 1 | History, Language, Linguistics, Literature, |
| 1 | History, Language, Literature, Medicine/Health, Philosophy, Religious Studies/Theology, |

AAUP-01095

| | |
|---|---|
| 1 | History, Language, Literature, Other, |
| 1 | History, Language, Literature, Other, Philosophy, Religious Studies/Theology, |
| 1 | History, Language, Literature, Religious Studies/Theology, |
| 1 | History, Language, Other, |
| 1 | History, Language, Political Science, |
| 1 | History, Law, Linguistics, Literature, Political Science, |
| 1 | History, Law, Political Science, |
| 1 | History, Law, Political Science, Religious Studies/Theology, |
| 1 | History, Law, Political Science, Religious Studies/Theology, Sociology, |
| 1 | History, Library Science, |
| 1 | History, Linguistics, Religious Studies/Theology, |
| 1 | History, Literature, Media Arts, |
| 1 | History, Literature, Philosophy, |
| 1 | History, Literature, Philosophy, Religious Studies/Theology, |
| 1 | History, Media Arts, Medicine/Health, |
| 1 | History, Media Arts, Philosophy, Sociology, |
| 1 | History, Medicine/Health, Philosophy, |
| 1 | History, Medicine/Health, Psychology, |
| 1 | History, Philosophy, Political Science, Religious Studies/Theology, |
| 1 | History, Religious Studies/Theology, Sociology, |
| 1 | International Relations/Affairs, Law, Other, Political Science, |
| 1 | International Relations/Affairs, Law, Other, Sociology, |
| 1 | International Relations/Affairs, Law, Political Science, |
| 1 | International Relations/Affairs, Medicine/Health, Political Science, |
| 1 | International Relations/Affairs, Other, Religious Studies/Theology, |
| 1 | International Relations/Affairs, Philosophy, Political Science, Religious Studies/Theology, |
| 1 | Journalism, Media Arts, |
| 1 | Journalism, Political Science, |
| 1 | Language, Linguistics, Literature, Sociology, |
| 1 | Language, Media Arts, |
| 1 | Language, Philosophy, |
| 1 | Law, Literature, |
| 1 | Law, Medicine/Health, Philosophy, |
| 1 | Law, Medicine/Health, Religious Studies/Theology, |
| 1 | Law, Other, |
| 1 | Law, Philosophy, Political Science, Religious Studies/Theology, |
| 1 | Law, Philosophy, Religious Studies/Theology, |
| 1 | Law, Religious Studies/Theology, |
| 1 | Library Science, |
| 1 | Linguistics, Literature, |
| 1 | Media Arts, Other, |
| 1 | Medicine/Health, |
| 1 | Medicine/Health, Other, |
| 1 | Medicine/Health, Other, Sociology, |
| 1 | Medicine/Health, Sociology, |

AAUP-01096

| | |
|---|---|
| 1 | Other, Political Science, Sociology, |
| 1 | Other, Sociology, |
| 1 | Philosophy, Political Science, |
| 1 | Philosophy, Political Science, Religious Studies/Theology, |
| 1 | Political Science, Religious Studies/Theology, |

AAUP-01097



EXHIBIT
190

## MESA 2024 Program Report
April 10, 2024

The Call for Papers submission period was January 10 to February 15, 2024. There were 85 panels, 22 roundtables, and 448 papers submitted.

The 2024 Program Committee consisted of 30 members, chaired by ▮▮▮ ▮▮▮ of Georgia Tech. They reviewed 105 sessions and 443 individual papers, because there were some submissions that were deferred from last year. A subset of the 30 members met by Zoom on April 5 to assemble accepted papers into 77 panels. A total of 185 sessions (pre-organized, deferred, and assembled) are to be placed on the program. We anticipate an additional 5-10 sessions from special sessions, current events, and workshops, which are in progress or to be determined.

In recent years, the assembling of panels has changed from an in-person format to being done via Zoom. An in-person meeting required two days, hiring an assistant, and a lot of paper preparation and cost. Meeting virtually has reduced the amount of time required by committee members. The Secretariat staff now works cooperatively with the chair to organize abstracts into working groups, primarily by discipline. Within these groups, topics/tags are identified to subdivide into smaller groups. This advance work by the Secretariat staff has meant that the spring meeting now takes one day.

### Submissions Summary
110 sessions
- 84 panels reviewed: 82 accepted, 2 rejected
- 21 roundtables reviewed: 21 accepted
- 5 deferred sessions (4 panels, 1 roundtable)

448 individual papers
- 443 reviewed: 413 accepted, 30 rejected
- 5 deferred papers

| Submission Type | Proposed | Accepted Rejected | % |
|---|---|---|---|
| Individual Abstracts | 443 | 413 | 93.2 |
| | | 30 | 6.8 |
| Preorganized Panels | 84 | 82 | 97.6 |
| | | 2 | 2.4 |
| Roundtables | 21 | 21 | 100.0 |
| | | 0 | 0.0 |

### Sessions Summary (currently 185 total)
- 84 preorganized panels
- 77 assembled panels (from 418 abstracts)
- 22 roundtables

The schedule includes 10 session times, 2 each day from November 11-15, allowing for 18-20 concurrent sessions for each session slot. Consideration will be given to try to accommodate time zones, with those residing in the Middle East and Europe scheduled during the first session time (mid-day East Coast), and those on the West Coast scheduled in the second (afternoon East Coast).

AAUP-01098

**Abstract Submissions by Discipline (includes accepted, rejected, deferred)**
Total = 814
- 448 individual abstracts
- 366 abstracts on preorganized panels

Worth noting is a decrease in the percentage of history abstracts, which is generally between 35-40%, but around 25% this year. A further comparison of disciplines will appear in the Spring IMES issue.

| | |
|---|---|
| 210 | History |
| 134 | Anthropology |
| 90 | Political Science |
| 88 | Literature |
| 63 | Interdisciplinary |
| 44 | Sociology |
| 34 | International Relations/Affairs |
| 25 | Art/Art History |
| 24 | Religious Studies/Theology |
| 18 | Media Arts |
| 16 | Law |
| 12 | Architecture & Urban Planning |
| 10 | Geography |
| 9 | Other |
| 7 | Communications |
| 6 | Philosophy |
| 6 | Education |
| 5 | Language |
| 4 | Linguistics |
| 2 | Education, |
| 2 | Archaeology |
| 1 | International Relations/Affairs, |
| 1 | Education, Language, |
| 1 | International Relations/Affairs, Political Science, Psychology, |
| 1 | Journalism |
| 1 | Business & Public Administration |

**Abstract Submissions by Type**
Total = 814
Members: 726
- 392 Fellows
- 56 Associates (this could be a misclassification by user)
- 278 Students

Exemptions: 88 (42 have a country identified: 15 Europe, 20 Middle East, 2 Southeast Asia, 5 US)

AAUP-01099

**Abstract Submissions by Geographical Location**
Total = 765

We use mailing address country to identify location; some have left this blank.

There is a marked increase in submissions from abroad.

**North America = 504**
454    United States
50    Canada

**South America = 1**
1    Brazil

**Australasia = 5**
4    Australia
1    New Zealand

**Asia (excluding MENA/SWANA) = 17**
3    China
2    India
9    Japan
1    South Korea
2    Taiwan

**Africa (excluding MENA/SWANA) = 1**
1    Kenya

**Middle East/Southwest Asia = 100**
1    Algeria
3    Bahrain
5    Egypt
3    Iran
1    Iraq
13    Israel
1    Jordan
3    Kuwait
5    Lebanon
1    Pakistan
2    Palestinian Territories
13    Qatar
2    Saudi Arabia
1    Tunisia
39    Turkey
5    United Arab Emirates

**Europe = 137**
3    Austria
1    Belgium
2    Czechia
1    Denmark
4    Finland
6    France
36    Germany
3    Greece
3    Hungary
4    Ireland
7    Italy
1    Luxembourg
9    Netherlands
4    Norway
1    Poland
1    Portugal
2    Romania
2    Spain
1    Sweden
3    Switzerland
43    United Kingdom

AAUP-01160



EXHIBIT
191

# Membership Report
April 3, 2025
Submitted by ███ ███

## 2024 Membership Figures
We ended 2024 with 1811 individual members and 42 institutional members. Membership numbers for 2024 were down as anticipated, due primarily to the virtual annual meeting format.

## 2025 Individual Membership
For 2025, the membership year-end total is estimated to be 2400-2600. The range depends on the percentage of members who joined by the Call for Papers deadline, which is typically between 80-90 percent. Both the total at the CFP deadline and the expected year-end membership are about 10 percent below expectations for a DC meeting. We attribute the drop to the political and economic environment in the United States, which is overwhelming to our membership, and potential impacts include reduced funding and travel restrictions.

### New Members
As of April 3, we have 344 individuals who have not been MESA members previously. Typically, a third to half of the members don't renew the following year. In recent years the numbers of new members are 231 in 2024; 515 in 2023; 315 in 2022; 409 in 2021; 511 in 2020; 510 in 2019.

### Membership Type
The following table shows the breakdown of spring figures by membership type (fellows, students, associates, as well as totals) from 2005-25. It is important to account for minor fluctuations due to the date of the spring meeting.

| Spring Statistics | Fellows | Students | Associates | Total |
|---|---|---|---|---|
| 2025 (4/3/25) Wash, DC Meeting | 1621 | 539 | 48 | 2208 |
| 2024 (4/11/24) Virtual Meeting | 1088 | 363 | 51 | 1502 |
| 2023 (4/21/23) Montréal Meeting | 1758 | 600 | 75 | 2433 |
| 2022 (3/30/22) Denver Meeting | 1629 | 502 | 56 | 2187 |
| 2021 (3/10/21) Virtual Meeting | 1733 | 642 | 68 | 2443 |
| 2020 (3/18/20) Virtual Meeting | 1746 | 662 | 54 | 2462 |
| 2019 (3/20/19) New Orleans Mtg | 1767 | 664 | 87 | 2518 |
| 2018 (3/21/18) San Antonio Mtg | 1422 | 551 | 77 | 2050 |
| 2017 (4/28/17) Wash, DC Meeting | 1750 | 656 | 60 | 2466 |
| 2016 (3/1/16) Boston Meeting | 1702 | 693 | 102 | 2497 |
| 2015 (4/6/15) Denver Meeting | 1737 | 658 | 88 | 2483 |
| 2014 (3/25/14) Wash., DC Mtg | 1671 | 726 | 125 | 2522 |
| 2013 (4/10/13) New Orleans Mtg | 1860 | 798 | 86 | 2744 |
| 2012 (4/23/12) Denver Meeting | 1530 | 626 | 121 | 2277 |
| 2011 (4/15/11) Wash., DC Mtg | 1726 | 732 | 144 | 2602 |
| 2010 (4/26/10) San Diego Mtg | 1555 | 594 | 154 | 2303 |
| 2009 (4/22/09) Boston Mtg | 1569 | 746 | 123 | 2438 |
| 2008 (4/25/08) Wash., DC Mtg | 1813 | 774 | 160 | 2747 |
| 2007 (5/4/07) Montréal Mtg | 1601 | 657 | 162 | 2420 |
| 2006 (4/26/06) Boston Mtg | 1608 | 511 | 152 | 2271 |
| 2005 (4/15/05) Wash., DC Mtg | 1557 | 448 | 68 | 2073 |

AAUP-01101

## MESA MEMBERSHIP– SPRING COMPARISONS

| | Fellows | Students | Associates | Total |
|---|---|---|---|---|
| **2025** *(4/3/2025)* DC Meeting | 1621 | 539 | 48 | **2208** |
| F / M / NB / other / blank | 803/776/8/11/23 | 279/235/7/2/16 | 21/22/1/2/2 | 1103/1033/16/15/41 |
| US | 1116 | 378 | 22 | 1516 |
| Resident outside N America | 391 | 92 | 20 | 503 |
| Canada/Mexico | 92/1 | 57/0 | 6/0 | 155/1 |
| Residence not specified | | | | 33 |
| **2024** *(4/11/2024)* Virtual Meeting | 1088 | 363 | 51 | 1502 |
| F / M / NB / other / blank | 565/514/2/6/12 | 204/144/9/3/4 | 22/16/0/0/1 | 791/674/11/9/17 |
| US | 730 | 243 | 21 | 994 |
| Resident outside N America | 302 | 87 | 13 | 402 |
| Canada/Mexico | 61/0 | 33/0 | 2/0 | 96/0 |
| Residence not specified | | | | 10 |
| **2023** *(4/21/2023)* Montréal Meeting | 1758 | 600 | 75 | **2433** 54 added in April |
| F / M / NB / other / blank | 768/759/3/1/227 | 187/173/3/3/234 | 17/35/0/0/23 | 972/967/6/4/484 |
| US | 1059 | 295 | 25 | 1379 |
| Resident outside N America | 384 | 69 | 26 | 479 |
| Canada/Mexico | 133/2 | 44 | 3 | 184 |
| Residence not specified | | | | 357 |
| **2022** *(3/30/22)* Denver Meeting | 1629 | 502 | 56 | **2187** |
| F / M / NB / other / blank | 795/779/1/0/54 | 250/200/2/2/48 | 23/30/0/0/3 | 1068/1009/3/2/105 |
| US | 1138 | 389 | 26 | 1553 |
| Resident outside N America | 393 | 79 | 27 | 499 |
| Canada/Mexico | 98 | 34 | 2 | 134 |
| Residence not specified | 0 | 0 | 1 | 1 |
| **2021** *(3/10/21)* Montréal Meeting | 1733 | 642 | 68 | **2443** |
| F / M / NB / other / blank | 852/805/3/3/70 | 322/263/1/1/55 | 29/29/1/0/9 | 1203 / 1097 / 5 / 4 / 134 |
| US | 1097 | 442 | 37 | 1576 |
| Resident outside N America | 504 | 137 | 25 | 666 |
| Canada/Mexico | 129/3 | 62/1 | 6/0 | 201 (197/4) |
| Residence not specified | | | | |
| **2020** *(3/18/20)* Wash., DC Meeting | 1746 | 662 | 54 | **2462** |
| Female / male (not specified) | 845 / 864 (37) | 347 / 268 (47) | 29 / 19 (6) | 1221 / 1151 (90) |
| US | 1223 | 505 | 35 | 1763 |
| Foreign (not in North America) | 457 | 111 | 18 | 586 |
| Canada/Mexico | 64/2 | 46/0 | 1/0 | 113 (111/2) |
| **2019** *(3/20/19)* New Orleans Meeting | 1767 | 664 | 87 | 2518 |

AAUP-01102

| | | | | |
|---|---|---|---|---|
| Female / male (not specified) | 823 / 910 (34) | 347 / 272 (45) | 46 / 35 (6) | 1216 / 1217 (85) |
| US | 1198 | 524 | 55 | 1777 |
| Foreign | 488 | 91 | 28 | 607 |
| Canada/Mexico | 78/3 | 47/2 | 4/0 | 134 (129/5) |
| **2018** *(3/21/18)* **San Antonio Meeting** | **1422** | **551** | **77** | **2050** |
| Female / male (not specified) | 662 / 741 (19) | 263 / 250 (38) | 39 / 34 (4) | 964 / 1025 (61) |
| US | 1003 | 454 | 58 | 1515 |
| Foreign | 355 | 69 | 18 | 442 |
| Canada/Mexico | 64 | 28 | 1 | 93 |
| **2017** *(4/28/17)* **Wash., DC Meeting** | **1750** | **656** | **60** | **2466** |
| Female / male (not specified) | 781 / 936 (33) | 321 / 306 (29) | 35 / 21 (4) | 1137 / 1263 (66) |
| US | 1232 | 517 | 40 | 1789 |
| Foreign | 449 | 107 | 19 | 575 |
| Canada | 69 | 32 | 1 | 102 |
| **2016** *(3/1/16)* **Boston Meeting** | **1702** | **693** | **102** | **2497** |
| Female / male (not specified) | 791 / 884 (27) | 335 / 336 (22) | 56 / 40 (6) | 1182 / 1260 (55) |
| US | 1116 | 528 | 68 | 1712 |
| Foreign | 517 | 132 | 33 | 682 |
| Canada | 69 | 33 | 1 | 103 |

| Fall Statistics | Fellows | Students | Associates | Total |
|---|---|---|---|---|
| 2024 *Virtual Meeting (12/31/24)* | 1291 | 471 | 49 | 1811 |
| 2023 *Montréal Meeting (12/31/23)* | 1957 | 712 | 106 | 2775 |
| 2022 *Denver Meeting (12/31/22)* | 1727 | 576 | 96 | 2399 |
| 2021 *Virtual Meeting (12/31/21)* | 1937 | 725 | 94 | 2756 |
| 2020 *Virtual Meeting (12/31/20)* | 1926 | 834 | 84 | 2844 |
| 2019 *New Orleans Mtg (12/31/19)* | 1937 | 715 | 70 | 2722 |
| 2018 *San Antonio Mtg (12/31/18)* | 1644 | 606 | 41 | 2291 |
| 2017 *Wash, DC Meeting (12/31/17)* | 1915 | 724 | 54 | 2693 |
| 2016 *Boston Meeting (12/31/16)* | 1996 | 801 | 61 | 2858 |
| 2015 *Denver Meeting (12/31/2015)* | 1902 | 718 | 70 | 2690 |
| 2014 *Wash, DC Meeting (12/31/14)* | 2019 | 840 | 105 | 2964 |
| 2013 *New Orleans Mtg (12/31/13)* | 2023 | 876 | 104 | 3003 |
| 2012 *Denver Meeting (12/31/2012)* | 1780 | 708 | 103 | 2591 |
| 2011 *Wash, DC Meeting (12/31/11)* | 1918 | 845 | 166 | 2929 |
| 2010 *San Diego Meeting (12/31/10)* | 1806 | 716 | 186 | 2708 |
| 2009 *Boston Meeting* | 1879 | 875 | 164 | 2918 |
| 2008 *Washington, DC Meeting* | 2012 | 838 | 192 | 3042 |
| 2007 *Montreal Meeting* | 1857 | 730 | 192 | 2779 |
| 2006 *Boston Meeting* | 1948 | 613 | 186 | 2752 |
| 2005 *Washington, DC Meeting* | 1861 | 585 | 157 | 2603 |
| 2004 *San Francisco Meeting* | 1899 | 548 | 201 | 2648 |
| 2003 *Anchorage Meeting* | 1694 | 432 | 208 | 2334 |
| 2002 *Washington, DC Meeting* | 1809 | 521 | 194 | 2524 |

AAUP-01103

EXHIBIT
192

| Membership counts | by Jan 15 | % of total | by Jan 31 | % of total | by Feb 7 | % of total | by CFP deadline | % of total | by May 1 | % of total | by July 1 | % of total | by Sept 1 | % of total | by Nov 1 | % of total | Total membership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 - Boston, MA | 649 | 22.07% | 940 | 31.96% | 1336 | 53.62% | 2064 | 70.16% | | | | | | | | | 2941 |
| 2010 - San Diego, CA | 641 | 23.67% | 998 | 26.85% | 1170 | 43.20% | 1976 | 72.97% | | | | | | | | | 2708 |
| 2011 - Washington, DC | 822 | 28.06% | 1129 | 36.54% | 1313 | 44.82% | 2314 | 79.00% | | | | | | | | | 2929 |
| 2012 - Denver, CO | 599 | 23.12% | 962 | 37.13% | 1142 | 44.30% | 1920 | 73.68% | | | | | | | | | 2591 |
| 2013 - New Orleans, LA | 938 | 31.24% | 1300 | 43.29% | 1506 | 50.15% | 2580 | 85.91% | 2772 | 92.30% | 2835 | 94.40% | 2915 | 97.06% | 2966 | 98.76% | 3003 |
| 2014 - Washington, DC | 615 | 20.73% | 1107 | 37.18% | 1363 | 45.99% | 2338 | 78.88% | 2604 | 87.85% | 2669 | 90.04% | 2726 | 91.97% | 2908 | 98.10% | 2964 |
| 2015 - Denver, CO | 1094 | 40.67% | 1446 | 53.75% | 1665 | 61.90% | 2370 | 88.10% | 2519 | 93.64% | 2569 | 95.55% | 2615 | 97.21% | 2684 | 99.77% | 2690 |
| 2016 - Boston, MA | 761 | 26.62% | 1076 | 37.64% | 1288 | 45.05% | 2441 | 85.35% | 2600 | 90.94% | 2666 | 93.98% | 2738 | 95.76% | 2834 | 99.26% | 2859 |
| 2017 - Washington, DC | 656 | 24.56% | 1041 | 38.36% | 1247 | 46.35% | 2300 | 85.43% | 2467 | 91.61% | 2529 | 93.91% | 2586 | 96.03% | 2659 | 98.73% | 2693 |
| 2018 - San Antonio, TX | 629 | 27.49% | 846 | 36.92% | 1065 | 46.48% | 1994 | 87.03% | 2108 | 92.01% | 2163 | 94.40% | 2203 | 96.15% | 2276 | 99.43% | 2291 |
| 2019 - New Orleans, LA | 689 | 25.31% | 1077 | 39.56% | 1313 | 48.24% | 2439 | 90.84% | 2562 | 94.12% | 2617 | 96.14% | 2652 | 97.42% | 2703 | 99.30% | 2722 |
| 2020 - Virtual (was DC) | 546 | 19.18% | 854 | 30.01% | 1051 | 36.27% | 2366 | 83.13% | 2479 | 84.10% | 2549 | 89.35% | 2582 | 90.72% | 2842 | 99.86% | 2846 |
| 2021 - Virtual (was Montréal) | 809 | 29.40% | 1052 | 38.20% | 1213 | 44.10% | 2405 | 87.42% | 2513 | 91.3% | 2576 | 93.6% | 2610 | 94.90% | 2663 | 96.80% | 2751 |
| 2022 - Denver, CO | 529 | 21.79% | 968 | 39.87% | 1143 | 47.08% | 1941 | 79.86% | 2257 | 92.96% | 2263 | 93.20% | 2295 | 94.52% | 2336 | 97.03% | 2428 |
| 2023 - Montréal, Canada | 588 | 21.44% | 866 | 31.64% | 991 | 36.13% | 2366 | 86.26% | 2419 | 88.19% | 2555 | 93.15% | 2606 | 95.01% | 2721 | 99.20% | 2743 |
| 2024 - Virtual | 446 | 24.63% | 648 | 35.78% | 735 | 40.59% | 1391 | 76.81% | 1511 | 64.34% | 1634 | 90.27% | 1674 | 93.44% | 1781 | 98.34% | 1811 |
| 2025 - Washington, DC | 634 | 0.00% | 791 | 0.00% | 953 | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | |
| | | | | | | | | | | | | | | | | | |
| Average (All) | | 25.62% | | 37.96% | | 44.97% | | 81.89% | | 80.30% | | 93.17% | | 55.02% | | 94.80% | |
| Average (15-24) | | 24.49% | | 36.50% | | 43.59% | | 84.62% | | 89.97% | | 93.11% | | 94.65% | | 93.66% | |

| For estimating membership total | 750 | 25% | 1110 | 37% | 1320 | 44% | 2460 | 82% | 2700 | 90% | 2910 | 97% | 2850 | 95% | 2940 | 98% | 3000 |
| | 725 | 25% | 1073 | 37% | 1276 | 44% | 2378 | 82% | 2610 | 90% | 2813 | 97% | 2755 | 95% | 2842 | 98% | 2900 |
| | 700 | 25% | 1036 | 37% | 1232 | 44% | 2296 | 82% | 2520 | 90% | 2716 | 97% | 2660 | 95% | 2744 | 98% | 2800 |
| | 675 | 25% | 999 | 37% | 1188 | 44% | 2214 | 82% | 2430 | 90% | 2619 | 97% | 2565 | 95% | 2646 | 98% | 2700 |
| | 650 | 25% | 962 | 37% | 1144 | 44% | 2132 | 82% | 2340 | 90% | 2425 | 93% | 2470 | 95% | 2548 | 98% | 2600 |
| | 625 | 25% | 925 | 37% | 1100 | 44% | 2050 | 82% | 2250 | 90% | 2325 | 93% | 2375 | 95% | 2450 | 98% | 2500 |
| | 600 | 25% | 888 | 37% | 1056 | 44% | 1968 | 82% | 2160 | 90% | 2313 | 93% | 2280 | 95% | 2352 | 98% | 2400 |
| | 575 | 25% | 851 | 37% | 1012 | 44% | 1886 | 82% | 2070 | 90% | 2136 | 93% | 2185 | 95% | 2254 | 98% | 2300 |
| | 550 | 25% | 814 | 37% | 968 | 44% | 1804 | 82% | 1980 | 90% | 2046 | 93% | 2090 | 95% | 2156 | 98% | 2200 |
| | 525 | 25% | 777 | 37% | 924 | 44% | 1722 | 82% | 1890 | 90% | 2053 | 93% | 1995 | 95% | 2052 | 98% | 2100 |

AAUP-01140

**EXHIBIT**

**193**

# MESA 2022
## Denver, Colorado | December 1-4

# PRELIMINARY PROGRAM

An overview of 250 sessions, book exhibit, and the virtual FilmFest.

Please see the MESA 2022 searchable program for current information on this year's program. You may also search previous programs from 2009-2021.

## Schedule of Events

**Thursday, December 1**
| | |
|---|---|
| 3:00-6:00 PM | Book Exhibit |
| 3:00-5:00 PM | Session I |
| 5:30-7:30 PM | Session II |

**Friday, December 2**
| | |
|---|---|
| 8:30-10:30 AM | Session III |
| 9:00 AM-6:00 PM | Book Exhibit |
| 11:00 AM-1:00 PM | Session IV |
| 1:30-3:30 PM | Session V |
| 4:00-6:00 PM | Session VI |
| 7:00-9:30 PM | Presidential Panel & Awards Ceremony |
| 9:30-11:00 PM | Reception |

**Saturday, December 3**
| | |
|---|---|
| 8:30-10:30 AM | Session VII |
| 9:00 AM-6:00 PM | Book Exhibit |
| 11:00 AM-1:00 PM | Session VIII |
| 1:15-2:45 PM | Members Meeting |
| 3:00-5:00 PM | Session IX |
| 5:30-7:30 PM | Session X |
| 9:00 PM-1:00 AM | Dance Party |

**Sunday, December 4**
| | |
|---|---|
| 8:00 AM-12:00 PM | Book Exhibit |
| 8:30-10:30 AM | Session XI |
| 11:00 AM -1:00 PM | Session XII |
| 1:30-3:30 PM | Session XIII |

### REGISTRATION HOURS

| | |
|---|---|
| 8:00 AM - 7:00 PM | Thursday, Dec. 1 |
| 8:00 AM - 5:00 PM | Friday, Dec. 2 |
| 8:00 AM - 6:00 PM | Saturday, Dec. 3 |
| 8:00 AM - 1:30 PM | Sunday, Dec. 4 |

## Denver welcomes MESA

Denver is a major airline hub and is relatively easy to get to for most. It also happens to have large convention hotels that can accommodate a group of MESA's size. After receiving positive feedback following the 2012 and 2015 annual meeting, we look forward to returning once again.

The meeting will take place at the Sheraton Denver Downtown Hotel, which is perfectly located on the 16th Street Mall, a 16-block, tree-lined, downtown pedestrian promenade that boasts numerous outside cafes, lots of shopping, and public art.

The hotel is within walking distance of Denver's large collection of Victorian houses. Examples of Queen Anne, Richardson Romanesque, and Shingle styles are ample. Free electric shuttle buses run up and down the mall. At one end you can walk to the Denver Art Museum and the Colorado State Capitol Building, modeled on the U.S. Capitol. On the other end you can get off the shuttle and walk over three pedestrian bridges, one of which takes you to Denver's hip LoHi neighborhood filled with restaurants and brew pubs.

## Conference Registration
### Pre-register by November 8
or on-site beginning
Thursday, December 1 at 8:00 AM

To register, https://mesana.org/annual-meeting/registration

| Category | By Nov 8 | On-site |
|---|---|---|
| Full/associate | $175 | $225 |
| Student/retired member | $85 | $135 |
| Student non-member | $150 | $200 |
| Other non-members | $300 | $350 |

AAUP-01141



**MESA** 2022
Denver, Colorado | December 1-4

*We extend a special thank you to our*
**MESA 2022 CONFERENCE SPONSORS**



Fostering International Scholarship, Education, and Cultural Dialogue



**POWERED BY: NOOR MAJAN ARABIC INSTITUTE**
*A new study experience for Arabic students in Nizwa, Oman*

## Al-Monitor

## American University in Cairo Press

## Arabic Language Institute in Fez

## Cambridge University Press

## Fulbright U.S. Scholar Program

## I.B. Tauris / Bloomsbury

## Institute of International Education

## Indiana University Press

## Persian Heritage Foundation

## Stanford University Press



# MESA 2022
Denver, Colorado | December 1-4

## CONFERENCE HOTEL INFORMATION

The conference will be held at the Sheraton Denver Downtown Hotel located on the 16th Street Mall. Please consider booking your stay at the conference hotel where MESA has contracted special discounted rates.

### SHERATON DENVER DOWNTOWN HOTEL

Address: 1550 Court Place, Denver, Colorado 80202
Phone: 303-893-3333
Parking: On-Site (Daily Rate): $45; Valet (Daily Rate): $54

Room Rates: Passkey to Book at Hotel
Single:      $179
Double:      $179
Triple:      $199
Quad:        $219



To receive these room rates, make your reservation **by November 8, 2022.**

## TRAVEL FROM DENVER INTERNATIONAL AIRPORT TO THE SHERATON

Denver is a airline hub and a convenient location when traveling within the US. It is about a 30-45 minute commute by car. An estimated cost of a taxi from the airport is $65-$80; for Lyft or Uber estimate $40-$50.

Denver's Regional Transportation District (RTD) provides rail and bus services for much more affordable transportation. Their Trip Planner service is a useful tool for getting from Point A to Point B.

*Example:* Use Denver International Airport as Point A, and the Sheraton Downtown Denver Hotel as Point B, then plan travel. You will be given specific instructions with time estimates for each leg of the trip. See illustration at right.

**RTD Trip Planner:**
https://www.rtd-denver.com/app/plan



Page 3 · MESA 2022 Preliminary Program

AAUP-01143



# MESA 2022

Denver, Colorado | December 1-4

## CONFERENCE POLICIES AND SPECIAL ACCOMMODATIONS

### PERSONAL BEHAVIOR

The MESA meeting is a harassment-free event for everyone regardless of gender, sexual orientation, disability, physical appearance, race, age or religion. Any attendee who displays inappropriate behavior or creates a disturbance or safety hazard will be subject to having their registration revoked. If you are being harassed or notice an act of harassment, please see the MESA Help Desk located in the registration area, and/or email ash@mesana.org

### DISCLAIMER

The opinions, statements, presentations, data, images, videos, documents, and other information expressed or otherwise shared by presenters or other participants at the meeting are for informational purposes only. The views and opinions expressed by presenters are not those of MESA, unless expressly indicated otherwise. MESA is not responsible for the accuracy, quality, or reliability of any of the materials presented, or liable for any damages arising therefrom. MESA shall not be responsible for any defamatory, offensive, or illegal conduct of any meeting attendee.

### SOCIAL MEDIA

Speakers presenting materials that they do not wish to be shared live should make a request to the audience at the beginning of their presentations. Follow MESA on **Twitter**, **Facebook**, and **Instagram** for the latest on **#MESA2022** and the field of Middle East studies.

### NO-SHOW POLICY

We understand that things come up at the last minute that prevent a participant from attending the meeting. As a courtesy to your co-panelists, please notify MESA if you cannot attend the meeting. If you are scheduled to participate in the annual meeting in any capacity and you don't show up and haven't informed the MESA Secretariat, you will be considered a "no-show" and will not be eligible to participate in the next year's meeting. A no-show is someone who is not physically present at their panel at the conference and hasn't notified the MESA Secretariat beforehand.

### CHILD CARE SUBSIDY AVAILABLE

MESA does not directly provide on-site child care, but registered MESA attendees can hire a local service to care for children during the Annual Meeting, and MESA will reimburse up to $200 of expenses. We support working parents, and we thank our members for their generous contributions to the MESA Annual Meeting Child Care fund, which permits your association to subsidize the cost of childcare for attendees. For further information, see https://mesana.org/annual-meeting/childcare.

### LACTATION ROOM

A private room has been designated for parents needing to nurse their children. Please see the MESA Help Desk located on the Concourse Level to obtain access.

### PRAYER & QUIET ROOM

MESA has designated the Gold Room located in the Tower Building for prayer and quiet space.

### INTERVIEW ROOM

If you are an employer and wanting a private area to conduct interviews, please contact Kat Teghizadeh at kat@mesana.org by November 8. After that time, you will need to make arrangements on-site.

### BUSINESS SERVICES

The FedEx Office Print & Ship Center located at the Sheraton Denver Downtown provides services and supplies such as shipping, copying and printing services, and various office supplies. For further information, email usa3025@fedex.com or call 303-218-5465



# MESA 2022
### Denver, Colorado | December 1-4

## BOOK EXHIBIT

Publishers and vendors of interest to our members have booth space in the Book Exhibit, conveniently located on the concourse near MESA registration and panels. Take the opportunity to browse all of the latest publications in the field beginning Thursday, December 1 at 3:00 PM.

## Exhibitors

Aga Khan Documentation Center at MIT
Aga Khan University - ISMC
Al Balqa Applied University Language Center
American Research Center in Egypt
American University in Cairo Press
Amideast Education Abroad
Arab American Language Institute in Morocco (AALIM)
The Arab Gulf States Institute in Washington (AGSIW)
Arab Studies Institute
Arabic Language Institute in Fez (ALIF)
AramcoWorld
Brill
Cambridge University Press
CAORC
Columbia University Press
Critical Language Scholarship Program
Daaris (Noor Majan Arabic Institute)
Dar Almanduman Co.
De Gruyter
Duke University Press
Edinburgh University Press
Foundation for International Education (FIE)
Georgetown University Press
Gingko

Hackett Publishing Company
I.B. Tauris (Bloomsbury)
Indiana University Press
Ingram Academic Services
Intellect Books
Interlink Publishing
ISD, Distributor of Scholarly Books
Lynne Rienner Publishers
Middlebury Language Schools
NYU Press/Library of Arabic Literature
Persian Heritage Foundation
Persiana Books & Journals
Princeton University Press
Read, Learn, and Play (Arabic)
Sijal Institute for Arabic Language and Culture
Stanford University Press
Sultan Qaboos Cultural Center
Syracuse University Press
University of Arizona MENAS Arabic Special Programs
University of California Press
University of Texas Press
University of Wisconsin, Middle Eastern & Mediterranean
    Language Institute (MEDLI)

## MESA'S COOPERATIVE BOOK DISPLAY

MESA's Cooperative Book Display is a low-cost option for authors and/or publishers to display titles at the exhibit hall without the cost of renting booth space. To place an order to include your titles or items in the Cooperative Book Display, complete the form and submit payment by November 1, 2022. One copy of each title is needed for display and becomes the property of MESA. For more information, contact Marielle Geerling at marielle@mesana.org.



# MESA 2022
## Denver, Colorado | December 1-4

## 39ᵀᴴ ANNUAL MESA FILMFEST

The MESA FilmFest is a valued part of the MESA Annual Meeting, and the change to a virtual FilmFest allows registered attendees to view films the week before through the week after the conference. Only MESA 2022 registrants will have access to view films by streaming from the FilmFest site. Registrants will be provided the login details prior to the start of the FilmFest.

Here are some of the films we expect to screen.

### An Act of Worship



In *An Act of Worship* Pakistani-American filmmaker Nausheen Dadabhoy weaves a glorious tapestry of personal stories, vérité, archival footage, and home movies together, to open a window into the world of Muslim Americans. Due to their first-hand knowledge and intimate access to the Muslim community, the filmmaking team is able to take charge of the account, which has previously been shaped by outsiders. The film follows three women activists who have come of age since 9/11 and who are part of a new generation of Muslims in America. One is a community organizer of a sanctuary city initiative in New York, another is a young hijab-wearing activist in Michigan learning how to overcome society's expectations of her, and the third is a California lawyer advocating for her community while balancing motherhood. Interwoven with each woman's tale is a historical timeline that takes a look back at pivotal moments affecting Muslim community, From the Boston Bombing to the Muslim Ban, the film's chronicle explores the collective memory of the community through a lyrical combination of home videos and re-told stories. The portrait the film creates shows a community that has undergone enormous change as it emerges from the shadows to shape its own narrative and resist further marginalization.

### Beirut: Eye of the Storm



Four young women in Beirut document the momentous October 2019 uprising against the ruling regime. They are journalist Hanine Rabah, camerawoman Lujain Jo, and Noel and Michelle Keserwany, two artist sisters whose avant-guard songs have made them a voice for their generation. The prevailing mood is one of hope and change. But a few months later, Covid-19 locks down the city, and all optimism evaporates with the economic collapse and the massive explosion at Beirut's port. Will the young women be able to hold onto their dreams of a new Lebanon? *Beirut: Eye of the Storm* explores the women's vision of a new Lebanon and their special relationship with their city, Beirut.

### Blind Trust: Leaders & Followers in Times of Crisis



*Blind Trust* celebrates the life and work of psychiatrist and psychoanalyst Dr. Vamik Volkan, a five-time Nobel Peace Prize nominee who has spent over four decades bringing enemy groups together in areas of conflict all over the world. Blind Trust traces Dr. Volkan's life journey from his birthplace on the ethnically divided island of Cyprus to his development of a model of diplomacy based on the emotional life of nations. This look into his pioneering fieldwork and peace-building missions in Europe, the Middle East, and the US sheds light on how large-group identity and shared trauma can both unite us and divide us for generations.

### Gair (Outsider)



Eager to fit in with his high school friends in Abu Dhabi, Armaan distances himself from his parents and his Indian identity. Ali, a taxi driver, yearns for his family in Pakistan as he struggles to make ends meet and provide for his daughter's education. One day, when Armaan plans to go partying with his friends, their divergent lives serendipitously intersect, unravelling questions of identity, position and privilege in Abu Dhabi.

### The Translator



A fascinating thriller about an Arabic-English translator during the 2000 Olympics set in Australia who was forced into exile after an ill-fated mistranslation, who is obligated to return to Syria after his brother was taken into custody by the Assad regime in 2011. During the Sydney Olympics, Sami, who was the translator for the 14-member Syrian team, was asked about his opinion on regarding the succession of Bashar al-Assad to power. His response was distorted in translation which significantly insulted the regime and ultimately led him to seek asylum in Australia. Eleven years later the start of the Arab Spring would lead him back to his home country to help his activist brother Zaid, who had been arrested. As the unending civil war is now in its second decade, *The Translator* highlights the significance on the power of language and contrasts the different between translating others words and sticking up for oneself.



**MESA 2022**

Denver, Colorado | December 1-4

## MESA MEMBERS MEETING
## DECEMBER 3, 2022
## 1:15-2:45 PM MST

The Members Meeting is an annual meeting of the membership open to all members. Voting is restricted to fellow and student MESA members. The meeting mainly consists of reports (see agenda below). Members play an important role by voting for the Nominating Committee and on any resolutions that are being presented. A member in good standing can add names to the list of people who will be invited to run for the Nominating Committee, augmenting those proposed by MESA's Board.

**Quorum**
A minimum of 35 voting-eligible members must be in attendance for votes to be taken. Failing that, the meeting can be held but votes cannot be taken.

**Resolutions**
When important issues are before the membership, resolutions are sometimes presented at the members meeting. Resolutions can originate from MESA's Board or from the membership. For resolutions to be acted upon at the 2022 Members Meeting, they must be in the hands of the MESA Secretariat by Thursday, November 14, 2022. Instructions for submitting resolutions can be found in MESA's Bylaws which are posted on MESA's website at mesana.org.

MESA Members Meeting *Sample Agenda*

1. Call to Order
2. Adoption of Meeting Rules
3. Adoption of the Agenda
4. In Memoriam and Moment of Silence
5. Announcement of 2022 MESA Election Results
6. 2023 MESA Nominating Committee Call for Names
7. Update from President Eve Troutt Powell
8. Report of Executive Director Jeffrey D. Reger
9. Reports of Editors: Joel Gordon for IJMES and Heather Ferguson for RoMES
10. Committee Reports
11. New Business
12. Adjournment

### VOLUNTEER PANEL CHAIRS NEEDED

Volunteers are invited to chair put-together panels at the MESA 2022 annual meeting. MESA only assigns chairs, who may also take it upon themselves to serve as discussants. There are many such panels on the program. To volunteer, please complete the form located on MESA's website.

Please note that MESA membership and annual meeting pre-registration are required of all meeting participants on the program, including volunteer panel chairs.



# MESA 2022
Denver, Colorado | December 1-4

## MEETINGS IN CONJUNCTION

**AASA – Arab American Studies Association**
*Thursday, 12/1*
**Board Meeting**, 12-1pm in Director's Row G
**Business Meeting,** 1-2pm in Director's Row J

**AATA – American Association of Teachers of Arabic**
*Thursday, 12/1*
**Executive Board Meeting**, 9am-12pm in Director's Row I
**Annual Panel**, 1-3:30pm in Director's Row I
**Annual Business Meeting**, 4-5pm in Director's Row I

**AATP – American Association of Teachers of Persian**
*Thursday, 12/1*
**Business Meeting & Awards Ceremony**, 11am-2pm in Governor's Sqare 15

**AGAPS – Association for Gulf and Arabian Peninsula Studies**
*Thursday, 12/1*
**Board Meeting**, 9am-12pm in Director's Row J
**Business Meeting**, 12:30-2:30pm in Plaza Court 7

**AIMS – American Institute for Maghrib Studies**
*Thursday, 12/1*
**Annual Business Meeting**, 1:15-2:30pm in Director's Row E

**AIYS – American Institute for Yemeni Studies**
*Thursday, 12/1*
**Board Meeting**, 11am-12pm in Director's Row E
*Sunday, 12/4*
**Information Meeting**, 11am-12pm in Director's Row G

**Al-Monitor**
*Friday, 12/2*
**Roundtable Conversation:** *Energy, Innovation and the future of Middle East Economies*, 5:30-6:45pm in Director's Row E, with refreshments, wine and cheese served
**Rama Chakaki**, aiXplain
**Karen Young**, Columbia University
**Andrew Parasiliti**, Al-Monitor
**Greg Cohen**, Al-Monitor

**AMEWS – Association for Middle East Women's Studies**
*Thursday, 12/1*
**Board Meeting**, 12pm-2:30pm in Plaza Court 8
**Business Meeting**, 7-8pm in Governor's Square 10
*Saturday, 12/3*
**Reception**, 7:30-9:30pm in Director's Row H

**CASA–Center for Arabic Study Abroad**
*Locations will be shared via invitations/ communications*
*Thursday, 12/1*
**Governing Board Dinner Meeting** 6:30-9:30pm
*Friday, 12/2*
**Consortium Annual Luncheon** 11:30am-1pm
*Saturday, 12/3*
**Alumni Reception** 7-9pm

**HARVARD, CMES**
*Saturday, 12/3*
**Reception**, 8-10pm in Governor's Square 12

**MEM – Middle East Medievalists**
*Thursday, 12/1*
**Board Meeting**, 9-11am in Director's Row G
**Business Meeting**, 12-1pm in Governor's Square 12
**Reception** 8-10pm in Governor's Square 17

**MESA – Middle East Studies Association**
*Thursday, 12/1*
    **Committee on Undergraduate Middle East Studies
(CUMES) Poster Presentation**, 4-5pm outside
Governor's Square 9/17
    **IJMES Editorial Board Meeting**, 1-2:30pm in
Governor's Square 17
*Friday, 12/2*
    **Committee on Academic Freedom Meeting**, 9-11am
in Silver
    **Meeting of Officers of MESA's Affiliated
Associations**, 9-10am in Director's Row J
    **Global Academy Fellows Meeting**, 11am-1pm in
Director's Row J
*Saturday, 12/3*
    **Middle East Center and Program Directors Meeting**,
10am-12pm in Plaza Ballroom A
    **RoMES Editorial Board Meeting**, 11:30am-1pm in
Director's Row G
    **MESA Members Meeting**, 1:15-2:45pm in Plaza
Ballroom D

**MEOC – Middle East Outreach Council**
*Thursday, 12/1*
    **Business Meeting**, 8-9pm in Director's Row F

**OTSA – Ottoman and Turkish Studies Association**
*Thursday, 12/1*
    **Board Meeting**, 11am-1pm in Director's Row F
    **Reception**, 7:45-8:30pm in Director's Row H
    **Members Meeting**, 8:45-10:15pm in Director's Row I

**PARC – Palestinian American Research Center**
*Thursday, 12/1*
    **Board Meeting**, 10am-2pm in Plaza Court 4

**PSU – Pennsylvania State University**
*Thursday, 12/1*
    **Department of History and Middle East Studies at
Penn State Reception**, 8-11pm in Plaza Court 1

**SSA – Syrian Studies Association**
*Saturday, 12/3*
    **Annual Meeting**, 8-11pm in Director's Row E

AAUP-01149

## THURSDAY, DECEMBER 1, 2022                    SESSION I    3:00 PM

### Roundtable
### I-01: The Future of Political Islam

Organized by **Jocelyne Cesari**

Chair: **Jocelyne Cesari**

**Jocelyne Cesari,** Georgetown University
**Bob Hefner,** Boston University
**Sultan Tepe,** University of Illinois at Chicago
**Aaron Rock-Singer,** University of Wisconsin-Madison
**Ihsan Yilmaz,** Deakin University
**Vedi Hadiz,** Asia Institute

### Roundtable
### I-02: The Regional Legacies of the 2006 Lebanon-Israel War

Organized by **Waleed Hazbun**

**Nader Hashemi,** University of Denver
**Jeannie Sowers,** University of New Hampshire
**Waleed Hazbun,** University of Alabama

### I-03: "Ottomans on the Moon!" Pious Conservatism and Neo-Ottoman Nostalgia in Turkish Popular Culture

Organized by **Pierre Hecker**

Discussant: **Valentina Marcella,** University of Naples L'Orientale

**Ali Sonay,** University of Bern *"A War of Series"? Middle Eastern History between Competing Narratives in Turkish and Arab Television Dramas*
**Kaya Akyildiz,** Bahcesehir University *Home is where the Heart is? Neo-Ottomanist Sea & Space Military Doctrines in 'New Turkey'*
**Ivo Furman,** Istanbul Bilgi University *Superheroes for a 'New Turkey' - Neo-Ottoman Representations in Hakan Muhafiz and Akıncı*
**Pierre Hecker,** Philipps University Marburg *Dreams of Empire: The Role of Ottoman Nostalgia in Turkish State Propaganda*

### I-04: Migration and Displacement in the Late Ottoman Empire

Organized by **Milena Methodieva**

Chair/Discussant: **Onur Yildirim,** Middle East Technical University

**Milena Methodieva,** University of Toronto *Calamity of Calamities: Narratives of Displacement and the Russo-Ottoman War of 1877-78*
**Ella Fratantuono,** UNC Charlotte *The Limits of the Hijra: Hamidian Islamism and Migration Management*
**Vladimir Hamed-Troyansky,** UC Santa Barbara *Refugees' "Abandoned Land" in the Post-1878 Balkans*

### I-05: Symbolic Politics in the Islamic Republic of Iran and the Republic of Turkey

Organized by **Olivia Glombitza**

Chair/Discussant: **Mehran Kamrava,** Georgetown University Qatar

**Olivia Glombitza,** Autonomous University of Barcelona *Islamic Revolutionary Ideology and its Narratives: Making Sense of the Nuclear Issue*
**Senem Aslan,** Bates College *Crying in Politics: Emotional Communication in AKP's Turkey*
**Hakki Tas,** GIGA *The Contours of AKP Populism: Continuity and Change in Turkish Foreign Policy*

### I-06: Mothers and Matrilineal Lineages in the Early Islamic World

Organized by **Robert Haug**

**Sponsored by the Middle East Medievalists (MEM)**

Discussant: **Alison M. Vacca,** Columbia University

**Robert Haug,** University of Cincinnati *Dajjāja bt. Asmā' al-Sulami: A Basran Matriarch*
**Elizabeth Urban,** West Chester University *Maternal Kinship Ties in Ibn Sa'd's Ṭabaqāt*
**Alyssa Gabbay,** UNC Greensboro *Mu'awiyya as Ibn Hind: Maternal Ascription in Early Islam*
**Leone Pecorini Goodall,** University of Edinburgh *Ummahāt al-Khulafā': Matrilineality and caliphal succession in the Marwānid period*

**I-07: North African Conceptions of Sovereignty in the Nineteenth Century**

Organized by **Jessica Marglin**

**Sponsored by the American Institute for Maghrib Studies (AIMS)**

Chair/Discussant: **James McDougall,** University of Oxford

**Jessica Marglin,** University of Southern California *Sovereignty, Extraterritoriality, and Legal Belonging in Nineteenth-Century North Africa*
**Youssef Ben Ismail,** Columbia University *On the Nature of Ottoman Caliphal Authority in the Maghrib*
**Samuel Kigar,** University of Puget Sound *The Inter-Religious Roots of Territoriality in the Far Maghreb*

**I-08: Gender and the New History of Capitalism in MENA**

Organized by **Susanna Ferguson**

Chair/Discussant: **Sherene Seikaly,** UC Santa Barbara

**Susanna Ferguson,** Smith College *The Laboring Body: Pregnancy, Breastfeeding, and the Porous Body in the Arabic Women's Press*
**Kristen Alff,** North Carolina State University *Unveiling Myths of the Limited Liability Corporation: Gender, Marriage, and the Early-20th Century Levantine Company*
**Toufoul Abou-Hodeib,** University of Oslo *From Women to Workers: Limits to Revolutionary Subjects in the PLO's Economic Program*
**Hanan H. Hammad,** Texas Christian University *Gendering the History of the Labor: Reconceptualizing Women's Labor Activism in Egypt*
**Kylie Broderick,** UNC Chapel Hill *The Role of Advertisements in Periodicals Circulating in the Interwar Arab and North Atlantic Worlds*

**I-09: 20 Years Since 'Rule of Experts': Current Paths in the Study of Technopolitics**

Organized by **Mattin Biglari** and **Rana Baker**

**Owain Lawson,** Oberlin College *Technopolitics and Vernacular Development in Postcolonial Lebanon*
**Ibrahim Elhoudaiby,** Columbia University *Cost of Science: The Suez Canal International Scientific Commission Report*
**Mattin Biglari,** SOAS University of London *The Technopolitics of Iranian Oil Nationalisation*

**Rana Baker,** Columbia University *Durable Flows: Technical Expertise and Capitalist Development in Egypt*

**I-10: Afterlives of Quarantine: Space, Materiality, and Biopolitics in the Eastern Mediterranean**

Organized by **Marianne Dhenin**

Chair: **Khaled Fahmy,** University of Cambridge
Discussant: **Jennifer Derr,** UC Santa Cruz

**Alaa Attiah M.,** University of Toronto *Al-Tur Quarantine Station: Where is the exit?*
**Marianne Dhenin,** Leibniz Institute of European History *Razed Slums, Salubrious Dwellings: How 19th-Century Disease Shaped Egypt's Built Environment*
**Karim Malak,** Durham University *Quarantine Rewind: Quarantine in the Eastern Mediterranean under Mehmet Ali, 1831-3*
**Yosra Hussein,** Columbia University *Escaping Quarantine: Practices of Resistance during the Cholera Epidemic in Egypt (1883-1896)*

**I-11: The One State Paradigm Shift: Emerging Realities and Growing Discrepancies in Israel/Palestine**

Organized by **Smadar Ben-Natan**

Chair: **Amal Jamal**

**Smadar Ben-Natan,** University of Washington, Seattle *The One Carceral State: Mass Incarceration and Carceral Citizenship in Israel/Palestine*
**Lisa Strombom,** Lund University and **Anders Persson,** Linnaeus University *One or two states as a solution to the Israeli/Palestinian conflict – the EU caught between international norms and realpolitik*
**Amal Jamal,** Tel Aviv University *The Politics of Inclusive Exclusion and the Categorical Imperative of Shared-Sovereignty*
**Ian Lustick,** University of Pennsylvania *The Reality of Annexation in Right-Wing Discourse–The Case of Ribonut (Sovereignty)*

**I-12: In search of Zomia: Non-State Politics in the Middle East and North Africa**

Organized by **Bareez Majjid** and **Alessia Colonnelli**

**Dastan Jasim,** GIGA *Civic Culture and Support for Democracy amongst Kurds in Iran, Iraq, and Turkey*
**Johannes Becke,** Heidelberg University *No Friends but the Mountains? Comparing the Politics of State Evasion in Southeast Asia to the Middle East and North Africa*

**Bareez Majjid,** Heidelberg University *From Forced Orality to Monumentalization; (de)Politization of Memory in the Kurdistan Region of Iraq*
**Alessia Colonnelli,** Heidelberg University *Inventing a State-Making Past for a Non-State Community? Amazigh Nationalism between Colonial Fantasy and Anti-Colonial Nation-Building*

### I-13: The Sonic, the Social, and the Novel

**Drew Paul,** University of Tennessee Knoxville *Tunnels and Resistance: Dystopia, Dissent, and the Underground in Contemporary Egypt*
**Roberta L. Dougherty,** Yale University Library *Song in Mahfuz 2019 Bayn al-Qasrayn: Recreating and Appreciating the Diegetic 201CSoundtrack201D of a Modern Egyptian Novel*
**Passent Moussa,** University of Essex *Power and Subjectivity in the post-1952 Egypt: A sociological reading of Naguib Mahfouz's Karnak Café (Al-Karnak)*
**Nada Ayad,** The Cooper Union *Troubling Time(s): Excavations, Evacuations, and Futurity in Ahdaf Soueif's In the Eye of the Sun*
**Ghada Mourad,** UC Irvine *Filles-Fleurs, Filles-Cicatrices: Decolonial Sexuality in Mohamed Leftah's Demoiselles de Numidie*
**Sanabel Abdelrahman,** University of Philipps-Marburg *The Prison as a Nightmare Space: Gholeb Halasah's The Storytellers*

### I-14: Does Middle Eastern Modernism Exist?

Organized by **Levi Thompson**

Chair: **Levi Thompson,** University of Texas at Austin
Discussant: **Ziad Dallal,** Bard College

**Hajar Mahfoodh,** University of Bahrain/University of Surrey *Adunis: Modernism in the Levant*
**Maziyar Faridi,** Clemson University *Notes on the Anxieties of Nima Yushij's Aesthetics*
**Elias G. Saba,** Grinnell College *I'm not European: Khalil al-Khūri and Arabic Literary Modernism*
**Asad Alvi,** University of Texas at Austin *Two Moments of Catachresis: Qurratulain Hyder and Intizar Hussain*
**Kyle Anderson,** SUNY Old Westbury *The Village Novel and Literary Modernism in Egypt*

### I-15: Caring for humans and non-humans in Egypt

Organized by **Nefissa Naguib** and **Beth Baron**

**Beth Baron,** CUNY *Birth Work: Imperial Doctors, Provincial Dayas, and Parturient Women in Egypt*
**Noha Fikry,** University of Toronto *To Kill and to Care: Reflections on Rearing Animals and Making Meat in Rural Egypt*
**Nefissa Naguib,** University of Oslo *Recipe for Care: Women, and Faith-based Food justice in Cairo*
**Mohamed Gamal-Eldin,** Independent Scholar *Landscaping Gardens in Urban Egypt: Hospitals and Gardens in 19th-20th Century Cairo, Alexandria and the Suez Canal Cities*
**Jeffrey Culang,** Independent Scholar *Mayat al-Nil: Water Pollution and the Politics of Care in Postcolonial Egypt*

### I-16: Cyberspace and Social Movements and the Authoritarian Governance of Digital Public Sphere

**Banu Akdenizli,** Northwestern University Qatar *A First for the Country, The Qatari Shura Elections: An Exercise in Empowerment? Candidates' Twitter Use During the Campaign*
**Sara O. Sayed-Ahmed,** Columbia University *Intimate anonymous conversations: Egyptian women-only Facebook groups as educational spaces*
**Renee Spellman,** University of Arizona *Palestinian Feminist Activism in Digital and Non-Digital Spaces: Stances, Discourses, and Risks*
**Mariam Karim,** University of Toronto *Tracing Arab Women's Movements: Information Activism from the Twentieth Century*
**Sima Ghaddar,** UCLA *Competing Event Narratives: Mobilization and Counter-mobilization Strategies During Lebanon's 2019 Uprising*

### I-17: Constructing Identity in Ethno-Religious Spaces

**Joe Macaron,** University of Bath *External interventions in multi ethnoreligious conflicts: the case of contemporary Levant*
**Lily Hindy,** UCLA *State Repression, Everyday Resistance and Complex Alliances: Kurds in Iraq, 1968 – 2003*
**Lorenz Nigst,** Aga Khan University *When Gigantic Armies Are Set in Motion: Druze Millenarian Poetry and Why It Matters*

**Deena Al-halabieh,** UC Santa Barbara *Enslaved African Muslims on Display: Examining Performances of Religious Piety in 19th Century America*
**Joshua Schreier,** Vassar College *Constantine Riots of 1934: Muslims, Jews, and Citizenship*

### I-18: National and Transnational Political Economies

**Ethan Mefford,** UCLA *The north and south of Morocco's 19th century oil economy*
**Robert J. Bell,** NYU *The 1953 Farmer's Share Law: Iran's Oil-Less Pivot to Rural Development*
**Robert Mogielnicki,** AGSIW *Empowering the Dragon: Political Implications of Evolving Chinese Demand for Gulf Oil and Gas*
**Janicke Stramer-Smith,** Weber State University *Follow the Money: Economic interests and the political behavior of militaries in a comparative perspective*
**Sami Al Daghistani,** Norwegian School of Theology, Religion & Society/Columbia University *Tracing the Modern Epistemology of al-Iqtisad al-Islami*
**Nazak Birjandifar,** Mount Royal University *The Politics of Tax Reform in Safavid Iran: The Case of Gilan*

AAUP-01153

## THURSDAY, DECEMBER 1, 2022                    SESSION II    5:30 PM

**Roundtable**
**II-01: Finding Arab Palestine in Israeli Archives**

Organized by **Shay Hazkani** and **Basma Fahoum**

**Sponsored by the Palestinian American Research Center (PARC)**

**Shay Hazkani,** University of Maryland, College Park
**Leena Dallasheh,** Cal Poly Humboldt
**Nimrod Ben Zeev,** Van Leer Jerusalem Institute
**Basma Fahoum,** Stanford University
**Mezna Qato,** University of Cambridge

**Roundtable**
**II-02: Big Data and Mega Corpora
in the Middle East Studies**

Organized by **Charles Kurzman,** UNC Chapel Hill and **Richard Nielsen,** MIT

**Rochelle Terman,** University of Chicago
**Peter Verkinderen,** AKU-ISMC
**Mustafa Yavas,** NYU Abu Dhabi

**Special Workshop**
**II-03: From Middle East Scholar to Global Storyteller:
Landing an Agent and a Commerical Book Deal**

Organized by **John Ghazvinian**

**John Ghazvinian,** University of Pennsylvania

**II-04: Persian and Ottoman Literature: Gender, Rhetoric, and Sexuality**

**Leyla Tajer,** HELP University Malaysia *Presence of Persian Spiritual Literature in the 16th Century South East Asian Sufi Tradition: A Fresh Visit to Hamzah Fansuri's Writings*
**Amanda Caterina Leong,** UC Merced *Re-thinking Medieval Race and Female Javānmardi: Khvaju Kirmani's Khamsa and the Kitab-i Samak 'Ayyar*
**Amin Mahini,** CSUN *Fatalism and Intercession: Evolution of Gender and Love in the poem of Varqa and Golshah by Ayyuqi*

**Domenico Ingenito,** UCLA *(Un)Gendering the Body in Medieval Persian Pornography*
**Ipek Sahinler,** University of Texas at Austin *"Before" Homosexuality in Ottoman Literature*
**Thomas Parsa,** Independent Scholar *The Sukhan-sanj of Lahore: Munir Lahori's (1610-1644 CE) Criticism, Exegesis, and Ornate Prose*

**II-05: Ottoman Archaeologies:
Actors, Processes, and Epistemologies**

Organized by **Ceren Abi** and **Artemis Papatheodorou**

**Ceren Abi,** Netherlands Institute in Turkey *"Exceptional Opportunities": Archaeology in the Ottoman Empire during World War I*
**Artemis Papatheodorou,** Koç University *Ottoman Greek Indigenous Archaeologies*
**Filiz Tütüncü Çağlar,** Forum Transregional Studies Berlin *Ottoman Archaeologists at Work: Theodore Macridy and His Archaeological Legacy*
**Elvan Cobb,** Hong Kong Baptist University *The Pursuit of the Ancient Past in Ottoman Lands: The Dawn of 'Scientific' Archaeology and Ottoman Modernization*

**II-06: "Affective Authoritarianisms":
Affect, Emotions and Authoritarian Governance in the Arab World and Turkey**

Organized by **Cilja Maren Harders**

Chair/Discussant:  **Cilja Maren Harders,** Freie Universität Berlin

**Zeynep Korkman,** UCLA *Feeling with Others: Oppositional Political Affect in Turkey*
**Ricarda Ameling,** Freie Universität Berlin *The Changing Narrative of the 25 January Revolution under al-Sisi - a Genealogy of Diminishing*
**Bahar Firat,** Freie Universität Berlin *"Ours is a love story": Analyzing Erdoğan's governing with love as form of affective authoritarianism*
**Amira Abdelhamid,** University of Sussex *Aspirational Citizenship: Figurations of the 'honourable citizen' and the making of Egypt's counter-revolution*

**II-07: Between Family and State: Children and Youth as Subjects of Concern**

Organized by **Reda Rafei**

Sponsored by the Association of Middle East Children and Youth Studies (AMECYS)

Chair: **Dylan James Baun,** University of Alabama in Huntsville

**Reda Rafei,** Texas Tech University *Al-Haz al-Awfar wa al-Ghibta al-Rajiha: Parents and the Wellbeing of Children in the Second Half of the 18th Century Ottoman Tripoli through the Sijillat of the Islamic Sharia Court*
**Atacan Atakan,** University of Arizona *Exploration of the Dim Fringes: Children's Sexuality, Gender, and Corporeality in Ottoman Empire during the Late Nineteenth and Early Twentieth Centuries*
**Melis Sulos,** CUNY Graduate Center *Performative Construction of Childhood*
**Samar Nour,** University of Toronto *"Mental Hygiene" and Child Governmentality in Egypt*

**II-08: Yemeni Poetry in Perspective**

Organized by **Daniel Martin Varisco**

Sponsored by the American Institute for Yemeni Studies (AIYS)

Chair: **Flagg Miller,** UC Davis

**Daniel Martin Varisco,** American Institute for Yemeni Studies *The Late 11th Century CE Almanac Poem of Nashwān b. Saʿīd al-Ḥimyarī*
**Sam Liebhaber,** Middlebury College *Muḥammad al-Zubayrī: Between literary neo-classicism and oral folk poetry*
**Emily J. Sumner,** University of Minnesota *A Dialogic Approach to Chanted Poetry in Yemen's Civil War*
**Muhammad Aziz,** Yale University *Three Poets from Yemen*

**II-09: Transnational Revivals: Middle Eastern Voices in Modern Egyptian Culture**

Organized by **Orit Bashkin**

Chair/Discussant: **Israel Gershoni,** Tel Aviv University

**Orit Bashkin,** University of Chicago *An Egyptian Iraqi Nahda 1890-1935*

**Mostafa Hussein,** University of Michigan, Ann Arbor *The Place of Hebrew in Nahda Movement in Egypt*
**Yaseen Noorani,** University of Arizona *World Literature, Eastern Literature and the Struggle over Literary Identity in Inter-War Egypt*

**II-10: Safavid Revolution: Conversion, Polemical Encounters, and Sectarian Violence in the Early Modern Middle East**

Organized by **Yusuf Unal**

**Yusuf Unal,** Emory University *The Bone of Contention: Safavid Revolutionary Exhumations and Sectarian Violence in the Early Modern Middle East*
**Devin J. Stewart,** Emory University *Observations on Sunni-Shiite Polemics in the Safavid Period*
**Ayşe Baltacıoğlu-Brammer,** NYU *Conversion, Adaptation, or Modification: "Becoming" Qizilbash in the Early Modern Ottoman Empire*
**Riza Yildirim,** Emory University *Revolution Against Whom?: Another Look at the Safavid Takeover of Iran in 1503*
**Ferenc Csirkes,** Sabanci University *Qizilbash Identity in Late Safavid and Afsharid Iran: Resistance, Piety, and Pilgrimage in the Divan of Rahima*

**II-11: Contested Culture: Identity Formation, Nationalism, and the State in the Modern Middle East**

Organized by **Michael Brill, Bruno Schmidt-Feuerheerd, and Ahmed Alowfi**

Chair/Discussant: **Kristin Smith Diwan,** AGSIW

**Bruno Schmidt-Feuerheerd,** University of Cambridge *Intellectual production and cultural entrepreneurship: the grass-roots origins of Saudi national identity*
**Haya Al-Noaimi,** Georgetown University *Alter/Native Futures: Chronographies of Power and Contested Cultures in the Contemporary Arab Gulf*
**Ahmed Alowfi,** University of Illinois at Urbana-Champaign *Cosmopolitanism in a Nation-building Project: Evidence from the Art Fields in the Post-2015 Saudi Arabia*
**Michael Brill,** Princeton University *Michel ʿAflaq and Syrian Baʿthists in the Service of Saddam Hussein's Regime*
**Hamad H. Albloshi,** Kuwait University *Identity and Political Cartoons: Arab Nationalists and Ajam in Kuwait in 1960s*

**II-12: Mobilization, Demobilization, and Protest in Jordan**

Organized by **Curtis R. Ryan**

Chair: **Curtis R. Ryan**

**Curtis R. Ryan,** Appalachian State University *Waves of Protest and Activism in Jordan After the Arab Spring: Changing Protests and Changing State Responses*
**Janine A. Clark,** University of Toronto at Mississauga *LGBTQ Activism in the MENA*
**Summer Forester,** Carleton College *Bureaucracy as Backlash: Institutional Opposition to Women's Activism in Jordan*
**EJ Karmel,** University of Guelph *Demobilizing Jordan's "Arab Spring": The Impact of Moral Injury*
**Jillian M. Schwedler,** CUNY Hunter College *Questioning Hashemite Jordan: Spatial Dimensions of Protest in and against the Hashemite Kingdom*

**II-13: Post-WWI Political Projects and Resistance experiments in North Africa**

Organized by **Odile Moreau**

Chair/Discussant: **Julia Clancy-Smith,** University of Arizona

**Stuart Schaar,** Brooklyn College, CUNY *Tunisia Awakes, 1918-1930*
**Odile Moreau,** Montpellier 3 University/Paris 1 Panthéon Sorbonne *The rise of a new form of warfare in North Africa: from guerrilla warfare to the proclamation of the 'Rif Republic'*
**Daanish Faruqi,** Duke University *The role of 19th century Moroccan Sufi currents in globalizing North African conceptions of spiritual authority in the post-WWI period*

**II-14: 9/11 @ 20: Narrative Legacies and Digital Frontiers in the Global War on Terror**

Organized by **Nathaniel Greenberg** and **Waleed Mahdi**

Chair/Discussant: **Waleed Hazbun,** University of Alabama

**Nathaniel Greenberg,** George Mason University *Glossy Earths & Muddy Waters: Digital Influence Hubs in the Era of Terror*
**Nadia Oweidat,** Kansas State University *The Rise and Fall of Digital Activism in MENA*
**Omar Al-Ghazzi,** London School of Economics *Post-truth and post-morality in communicating the war on terror*
**Waleed Mahdi,** University of Oklahoma *Egyptian Militainment as a War on Terror Legacy*

**II-15: The Entanglement of Islam and Christianity: Inclusion, Diversity, and Justice**

Organized by **Alexander Shepard**

Chair/Discussant: **John Walbridge,** Indiana University Bloomington

**Alexander Shepard,** Indiana University Bloomington *The Portrayal of Jesus in Usul Al-Kafi.*
**Azadeh Aghighi,** Indiana University Bloomington *The People of the Book and Shi'ism; The Image of Ahl al-Kitāb in Nahj al-Balāgha*
**Eduardo Acarón-Padilla,** Indiana University Bloomington *(Re)Imagining Timur: The Poetics of Representation and Divine Kingship in 'Abd-Allah Hatifi's and Christopher Marlowe's Books of Timur*
**SeyedAmir Asghari,** Indiana University *Presence, Manifestation, and Visitation in Abrahamic Religions: The Notion of "Presence" in Shi'ism*
**Ahmed Hassan,** Indiana University *Judaism, Christianity and Islam in Local History of Egypt*

**II-16: Politics of Built Space and the Environment**

**Alireza Karbasioun,** Columbia University *Call me the Khan: Architectural Inscription of an Empire of Oil in the Persianate World*
**Motasem Abuzaid,** Georgetown University *Networks, Urban Space, and Mobilization in Hama and Aleppo*
**Tyler Schuenemann,** University of Massachusetts Amherst *Spectacles of (Mis)Rule: Making Political Grievances out of Environmental Hazards in Oman*
**Ali Murat Ozkaratas,** Istanbul University *Socio-Economic and Spatial Differentiation in North Kurdistan (Turkey): Gated Communities of Kayapinar*
**Samia Rab Kirchner,** Morgan State University *Community Food Sovereignty as Shared Heritage: The Case of Protests Against the River Ravi Redevelopment in Lahore-Pakistan*
**Vahid Vahdat,** Washington State University *Carnival Nonmovements and the Repoliticization of Urban Space in Yazd, Iran*

**II-17: No Asylum in this Land: Discourses of Trauma, Madness and Mental Health in the Middle East**

Organized by **Renee Ragin Randall** and **Beverly Tsacoyianis**

Chair: **Ellen Amster,** McMaster University

**Renee Ragin Randall,** University of Michigan *Ghada al-Samman's Crucible: The Supernatural, The (Im)Moral and the Mad in her Lebanese Civil War Trilogy*

**Beverly Tsacoyianis,** University of Memphis *Committed: Madness and Duty in Palestinian and Israeli History*
**Lamia Moghnieh,** University of Copenhagen *The Anguish of the Intellectuals: Trauma, Modernity and the Ethics of Living-in Violence in Lebanon*

### II-18: Inscribing Lineages and Narrating Selves from Mecca to Melaka

Organized by **Ali Karjoo-Ravary**

Chair: **Belle Cheves,** Harvard University

**Ali Karjoo-Ravary,** Columbia University *At the Prophet's Feet: Crafting Lineage in the Medieval Middle East*
**Teren Sevea,** Harvard Divinity School *From Creation to Circumcision: Imagining History in Early Modern Malay*
**Jyoti Balachandran,** Penn State University *Entangled Lineages: The Rise of a Historian-Jurist in Sixteenth-century Mecca*
**William Sherman,** UNC Charlotte *The Maliks in the Mountains: Afghan Genealogies, Historical Imagination, and Empire*

### II-19: Rethinking Women's Empowerment in the MENA

Organized by **Ella Williams**

Chair: **Michael J. Willis,** University of Oxford

**Ella Williams,** Oxford University *Education and Empowerment: Girls' Education in the High Atlas Mountains*
**Katja Zvan Elliott,** Al Akhawayn University *Failed Women" of Morocco: The Narratives of Lives in Poverty*
**Andrea Sakleh,** Independent Scholar *Palestinian Women's Empowerment through Social and Generational Gender Shaping*
**Melinda Cohoon,** University of Washington *Politics of the Everyday: Iranian Women Gamers and Cyberspace Censorship*

## FRIDAY, DECEMBER 2, 2022                    SESSION III    8:30 AM

### Roundtable
### III-01: Beyond 'The Club': New directions in the study of Turkish Jewish lives

Organized by **Kerem Oktem**

Chairs: **Kerem Oktem** and **Ipek K. Yosmaoglu**

**Kerem Oktem,** Ca' Foscari University of Venice
**Ipek K. Yosmaoglu,** Northwestern University
**Devi Mays,** University of Michigan
**Louis Fishman,** Brooklyn College

### Roundtable
### III-02: Arab News and its Future Trends

Organized by **Omar Al-Ghazzi**

Chair: **Marwan M. Kraidy,** Northwestern University Qatar

**Omar Al-Ghazzi,** London School of Economics
**Abeer AlNajjar,** American University of Sharjah
**Zahera Harb,** City University of London
**Hanan Badr,** University of Salzburg
**Mohammad Ayish,** American University of Sharjah

### Roundtable
### III-03: Statelessness in the Modern Middle East

Organized by **Laura Robson** and **Jennifer Dueck**

Chair: **Ilana Feldman,** George Washington University

**Janet Klein,** University of Akron
**Robert Fletcher,** University of Missouri
**Laura Robson,** Pennsylvania State University
**Noora Lori,** Boston University
**Jennifer Dueck,** University of Manitoba

### III-04: Social and Political Life of the Ottoman Empire

Chair: **Rao Mohsin Ali Noor,** Johns Hopkins University

**Sean Tomlinson,** University of Arizona *Transnational Ottoman Military Officer Families from the Mashriq in the Interwar Period*
**E. Attila Aytekin,** Middle East Technical University *Practice of Cosmopolitanism in late Ottoman Ankara: Everyday Cosmopolitanism and the Trial of Armenian Activists in 1890s*
**Anthony Edwards,** Washington and Lee University *An Ottoman Nahḍawī: The Life and Times of Dr. Ibrāhīm Bey (1822–1864)*

**Ahmet Izmirlioglu,** Utah State University *Ottoman Commercial Tribunals-Hegemonic Rivalries During Tanzimat*
**Erdem Idil,** University of Toronto *Impurity, dirtiness, and disturbance in Early Modern Istanbul: Reconceptualizing space and alterity through seventeenth-century fetva collections*
**Onur Yildirim,** Middle East Technical University *Student Rebellions of the Sixteenth-Century Ottoman Empire Revisited: The Case of Bursa*

### III-05: Ottoman and Turkish Environmental Histories in a Global Context

Chair/Discussant: **Elizabeth Williams,** University of Massachusetts Lowell

**M. Fatih Calisir,** Kirklareli University *The Ottoman Response to the "Great Frost" of 1708-1709 in Europe*
**Andrea Duffy,** Colorado State University *The Politics of Conservation in Nineteenth-Century Ottoman Anatolia*
**Dale Stahl,** University of Colorado Denver *Master Plans and Science Fictions: Imaginative Constructions and World-Making in the Southeast Anatolia Project*

### III-06: Sultans of Swings: The Zigzagging of State, Society, and Economy in the New Maghreb

Organized by **William Lawrence**

### Sponsored by the American Institute for Maghrib Studies (AIMS)

Chair: **William Lawrence**

**Yahia Zoubir,** Kedge Business School *The 'New Algeria' since the Fall of the Sultanistic Regime: Reforms or Continuity by Other Means*
**Monica Marks,** NYU Abu Dhabi *Political Fragmentation, Autocratic Consolidation, and the Crisis of Democracy in Tunisia*
**Azzedine Layachi,** St. John's University *Navigating from Crisis to Crisis: The Maghreb and the Political Liability of its Economies*
**William Lawrence,** American University *The Origins, Cross-Regional Dynamics, and Future of Microprotest in the Maghreb*
**Zaynab El Bernoussi,** International University of Rabat *Constitutional Tales and the Quest for Dignity in Morocco and Tunisia since 2011*

### III-07: Weaponized Allegories: The Hermeneutics of Classical Persian Literature and Culture

Organized by **Kamran Talattof**

**Organized under the auspices of the Roshan Graduate Interdisciplinary Program in Persian and Iranian Studies**

Chair/Discussant: **Yaseen Noorani,** University of Arizona

**Narges Nematollahi,** University of Arizona *Allegorical Readings of the Shahnameh*
**Sajedeh Hosseini,** University of Arizona *The Ṭuṭīnāma of Ḵⁱᵃja Żiāʾ -al-Dīn Naḵšabī; Form, Content, and Didactic Elements*
**Shabbir Agha Abbas,** University of Arizona *Allegory of the Sun and the Moon in Pietistic Literature; From Panegyric to Polemical Usage*
**Kamran Talattof,** University of Arizona *In Search of Religion and Dantean Moments in Nezami's Story of Mahan*

### III-08: The Politics of Multiparty Coalition Governments in the Arab World

Organized by **Francesco Cavatorta**

**Organized under the auspices of Middle East Law and Governance**

Chair: **Francesco Cavatorta,** Universite Laval

**Vincent Durac,** University College Dublin *Tribes, Sects, Parties and Governing Coalitions in Lebanon and Yemen*
**Tereza Jermanová,** Charles University and **Jens Heibach,** GIGA *Coalition Maintenance during Democratization: Comparative Insights from Tunisia and Yemen*
**Maia Carter Hallward,** Kennesaw State University, **Taib Biygautane,** Kennesaw State University, and **Stephanie Stapleton,** Kennesaw State University *Doomed for Failure? Coalition Formation Experience Under Foreign Intervention in the MENA*
**Mohamed Daadaoui,** Oklahoma City University *Between the Scepter and the Rifle: Multiparty Coalition Governments under Authoritarian Tutelage in Morocco and Algeria*

### III-09: Affective Labor in the Modern Middle East

Organized by **Leila Pourtavaf**

Chair: **Leila Pourtavaf**
Discussant: **Sara Pursley,** NYU

**Sumayya Kassamali,** University of Toronto *Thinking the "Female" of the Female Migrant Domestic Worker in Contemporary Beirut*
**Ayse Su,** University of Cambridge *Escaping Liberty: Captivity and Labour in the Ottoman Mediterranean, 1890-1912*
**Leila Pourtavaf,** York University *The Servant Class of Gulistan: Gender, Race and Affective labor in the Late-Qajar Harem*

### III-10: Between Family and State: Feminist Critiques of Womanhood in Egypt

Organized by **Yosra Moussa Sultan** and **Eman S. Morsi**

**Yosra Moussa Sultan,** NYU *"The Woman Question" Revisited: The New Family Ideology, the Mother/Child Dyad, and Women's Emancipation in Modern Egypt*
**Eman S. Morsi,** Dartmouth College *In Search of Female Authors: Male Gatekeepers, the "New Woman", and the Nasserite State*
**Reem Awny Abuzaid,** University of Warwick *Feminist Legal Activism against family values in Egypt*

### III-11: Politicization of Engineering Students at the time of the 1979 Revolution: Aryamehr University of Technology (1966-1979)

Organized by **Mina Khanlarzadeh**

Chair: **Sepehr Vakil**

**Mina Khanlarzadeh,** Northwestern University *The Female STEM Students Navigating their Paths from Qirtī to 'Inqilābī at the Campus of AUT (1966-1979)*
**Sepehr Vakil,** Northwestern University *The politicization of engineering students: Critically fabulated learning scenes from the Global South*
**Mahdi Ganjavi,** Northwestern University *The Struggle For Autonomy: Faculty and Student Activism at Aryamehr University of Technology (1976-1979)*

AAUP-01159

**III-12: Measuring the Past: Mixed Methods in the Study of Historical Change across the Middle East**

Organized by **Kevan Harris**

Chair: **Kevan Harris**

**Daniel L. Tavana,** Pennsylvania State University *Endogenous Opposition*
**Kevan Harris,** UCLA *Legacies of Land Reform in Modern Iran: Historical and Contemporary Variation across Nine Provinces*
**Gilad Wenig,** UCLA *The Consequences of Military Coups: Evidence from Egypt and Syria*
**Allison Spencer Hartnett,** University of Southern California *State Building and Regressive Redistribution: Evidence from Colonial Property Reforms in Jordan*

**III-13: Transnational Anti-Racist Movements**

Chair: **Thomas Simsarian Dolan,** American University in Cairo

**Nour MJ Hodeib,** CUNY Graduate Center *Grooving on the Barricades: Leftist Artists and African-American Music in the Lebanese Civil War*
**Phil Hoffman,** UCLA *Limits of Solidarity: Coverage of Malcolm X's Visits to the Middle East in the Syrian Press*
**Noura Erakat,** Rutgers University-New Brunswick *Deadly Exchange: Upending Circuits of State Violence*
**Fabiola Hanna,** The New School *Reckoning with our Role as Immigrants to Stolen Land*
**Sara Hussein,** UCLA *Pan-African Cairo: Black Radicals and the Anticolonial Struggle in Nasserist Egypt*

**III-14: Literature as Resistance: Social Unrest and Catastrophe**

Chair: **Jonas M. Elbousty,** Yale University

**Aycan Akçamete,** University of Texas at Austin *Human Rights Narratives in the Stage Adaptation of Can Dündar's #WeAreArrested*
**Rachel Green,** University of Massachusetts Amherst *Ecological Catastrophe Unfolds All Around: Kaleidoscopic Solastalgia in Israeli, Palestinian and Arab Gulf Literatures*
**Uri Horesh,** Achva Academic College and **Saleem Abu Jaber,** Achva Academic College *Universalist freedom and Palestinian resistance in the writings of Shafiq Habib*
**Jeannette E. Okur,** University of Texas at Austin *Kurdish Prison Literature Goes Mainstream in Turkey*
**Aya Labanieh,** Columbia University *They Know Our Streets: Minorities as "Conspirators" at the Nexus of Imperial & National Interests*

**III-15: Security, Surveillance, and Militarization**

**Sertac Sen,** Brown University *We are All Crocodile Birds: Feeding (On) Mars in Turkish Thrace*
**Sophia Goodfriend,** Duke University *Carceral Convenience*
**Toni Rouhana,** University of Sheffield *Sect Habitus and the Politics of "Security and Safety" the Case of Syria*
**Eric Schoon,** Ohio State University *State of Suspicion: Personal Risks, Collective Fates, and the Politics of Daily Life in Turkey*
**Özgür Özkan,** University of Washington *When the Revolution Devours Its Own Children: Coups, Self-Purging, and Military Effectiveness in Turkey (1960-2007)*

**III-16: Teaching Language with Music and Music with Language: Pedagogical Innovations in Ethnomusicology and Arabic Language Instruction**

Organized by **Elizabeth C. Saylor** and **Youssef El Berrichi**

Chair/Discussant: **Anne K. Rasmussen**

**Elizabeth C. Saylor,** North Carolina State University *Arabic Language Through Cultural Arts, Radio, and Music Listening*
**Anne K. Rasmussen,** College of William and Mary *Singing in Arabic: Experience, Enlightenment, Embodiment, Empowerment*
**Youssef El Berrichi,** AMIDEAST *Tajwīd in the Foreign Language Classroom: Qur'anic Recitation and Arabic Language Learning*
**Rachel Colwell,** West Chester University *The Sonic Nexus: Language in MENA Music Teaching*
**Beau Bothwell,** Kalamazoo College *Teaching, Transcribing, and (Not) Translating Arabic Music Theory for Anglophone Students*

**III-17: al-Azhar and Egyptian Politics**

**Yasser Sultan,** Georgetown University *Al-Azhar, War Narratives and the Making of Contemporary Egyptian Nationalism*
**Mary Elston,** Harvard University *Countering Extremism Through Knowledge: A Twenty-First Century Biographical Dictionary*
**Ibrahim Gemeah,** Cornell University *Azharis Abroad: The Role of Islam in Nasser's Foreign Policy*

AAUP-01160

### III-18: Recovering Rayy

Organized by **Renata Holod**

**Theodore Van Loan,** University of Pennsylvania *Archive as Archaeological Site: Visualizing the Erich Schmidt Excavations of Rayy*
**Meredyth Winter,** Philadelphia Museum of Art/Colgate University *The Sultan's Silks: A Cache of Seljuk-Era Textiles from Rayy*
**Rocco Rante,** Louvre Museum *Rayy Abstract*
**Renata Holod,** University of Pennsylvania *Recovering Rayy: Erich Schmidt's Excavations of the late 1930s at Rayy, Iran, and their Contribution to the Study of the Material Culture of Medieval Iran*

### III-19: Beyond National Literatures: Translation, Exchange, and the Creation of the Modern Middle East

Organized by **Annie Greene**

Chair/Discussant: **Levi Thompson,** University of Texas at Austin

**Cagdas Acar,** University of Chicago *Translation as Planning and the Elasticity of "Kütübḫāne": Abdullah Cevdet's Publishing Project*
**Annie Greene,** Loyola University Chicago *Narrating Literary Histories, Translating Linguistic Presents: A Nahda Project of Ottoman Baghdad*
**Francesca Chubb-Confer,** University of Chicago *Telling the Secrets of the Self: Nicholson, Iqbal, and Translating Modernist Islam*
**Stephanie Kraver,** University of Chicago *Conjuring Hittin in Darwish and Ravikovitch's Post-1967 Poetics*

AAUP-01161

## FRIDAY, DECEMBER 2, 2022                    SESSION IV   11:00 AM

**Roundtable**
**IV-01: The Compassionate Classroom: Teaching Middle East Studies in the Covid Era**

Organized by **Pheroze Unwalla** and **Victoria Hightower**

**Organized under the auspices of the Committee for Undergraduate Middle East Studies (CUMES)**

**Heather J. Sharkey,** University of Pennsylvania
**Pheroze Unwalla,** University of British Columbia
**Victoria Hightower,** University of North Georgia
**Kristi N. Barnwell,** University of Illinois at Springfield
**G. Carole Woodall,** University of Colorado at Colorado Springs

**Roundtable**
**IV-02: On Sextarianism**

Organized by **Sherene Seikaly**

Chair/Discussant: **Sherene Seikaly,** UC Santa Barbara

**Maya Mikdashi,** Rutgers University
**Paul Amar,** UC Santa Barbara
**Lara Deeb,** Scripps College

**Roundtable**
**IV-03: Envisioning New Directions and Post-Pandemic Practices for Teaching and Learning in the Field of Turkish and Turkic Languages**

Organized by **Banu Ozer Griffin,** American Association of Teachers of Turkic Studies

**Sponsored by the American Association of Teachers of Turkic Languages (AATT)**

Chair: **Iilknur Lider,** University of Pittsburgh

**Kağan Arık,** University of Chicago
**Emrah Sahin,** University of Florida
**Gozde Mercan,** University of Toronto
**Meryem Demir,** Harvard University

**Special Session**
**IV-04: Professional Development Workshop Proposal Writing and Research Design: How to Fund Your Ideas**

Organized by **Suad Joseph**

**Suad Joseph,** University of California, Davis

**Special Session**
**IV-05: The Stubborn Persistence of Lines Drawn in the Sand: One Hundred Years of Statehood and What it means to Be Iraqi**

Organized by **Amanda Long,** TARII

**Sponsored by The Academic Research Institute in Iraq (TARII)**

Chair: **Dina Rizk Khoury,** George Washington University

**Nadje Al-Ali,** Brown University *Our River – Our Sky*
**Qussay Al-Attabi,** Kenyon College *Al-Hashd al-Sha'bi in Post-ISIS Iraq*
**Nada M. Shabout,** University of North Texas *Descendants of al-Wasiti: be an Iraqi Artist*
**Zainab Saleh,** Haverford College *Genealogies of Migration in Iraq*

**IV-06: Food, Animals, Poetry, and Marriage: New Approaches for Studying Individuals and Communities at the Margins of Early Modern Ottoman Social History**

Organized by **Arlen Wiesenthal** and **Zeynep Tezer**

Chair/Discussant: **Gottfried Hagen,** University of Michigan

**Zeynep Tezer,** University of Chicago *Beyond Officialdom and Patronage: Alternative Careers and SelfFashioning among the Ottoman Educated Elites during the sixteenth and seventeenth centuries*
**Arlen Wiesenthal,** University of Chicago *Something Wicked This Way Comes?: "Outsider" Perspectives on the Violence and Abuses of the Sultan's Court Out-of-Doors in Seventeenth Century Ottoman Municipalities*
**Isin Taylan,** Yale University *Popular and Intellectual Approaches to Food as Social and Political Critique in the Early Modern Ottoman Empire*
**Ashley Sanders,** UCLA *Women's Roles in Ottoman Algerian Socio-Politics*

**IV-07: The Diversity of Ottoman Legal Discourse: Overlapping Property Claims and the Land Regime in the Ottoman Empire**

Organized by **Abdurrahman Atcil** and **Christopher Markiewicz**

**Abdurrahman Atcil,** Sabanci University *Jurisprudence as the Language of Opposition in Early Modern Egypt: Egyptian Scholars and Ottoman Tax Reform*
**Evgenia Kermeli,** Hacettepe University *Retaining and Expanding Monastic Waqf Land in the Early Modern Ottoman Empire*
**Malissa Taylor,** University of Massachusetts Amherst *Ibn 'Abidin and the widening consensus on miri land law: where does one find the law of miri land?*
**Christopher Markiewicz,** University of Birmingham *Ottoman Fatwas and the Controversy on Taxing Egyptian Waqf Lands in the Sixteenth Century*

**IV-08: Rulers and Scholars in the Premodern Islamic World**

Organized by **Han Hsien Liew**

**Sponsored by the Middle East Medievalists (MEM)**

Discussant: **Hayrettin Yucesoy,** Washington University in St. Louis

**Mohammed Allehbi,** Vanderbility University *The Shurṭa in al-Andalus: An Alternative History of Islamic Criminal Justice*
**Kameliya Atanasova,** Washington and Lee University *'Army shaykhs': Ottoman Sufis on the Battlefield*
**Han Hsien Liew,** Arizona State University *Legitimizing Politics: Ibn al-Jawzi's Reassessment of Ruler-Scholar Relations*
**Karen Taliaferro,** Arizona State University *Will the Real Scholar Please Stand Up? Dialectic and the Mutakallimūn in the thought of Ibn Rushd*

**IV-09: Gender and Sexuality in the Premodern Islamic World**

Organized by **Allison Kanner-Botan**

**Sabeena Shaikh,** McGill University *On the margins: Gender and Sexuality in a Liminal Time and Place*
**Allison Kanner-Botan,** University of Chicago *Letters from Layla: Reading 'Ishq as Active Engagement*
**Alexandra Hoffmann,** University of Chicago *Masculinities, Homoeroticism, and Mystical Love in Zolāli's Maḥmud o Ayāz (1615 CE)*

**Tobias Scheunchen,** University of Chicago *Marriage, Dowers, and Value-Creation in Classical Islamic Law*

**IV-10: Rethinking Internationalist Solidarity with the Palestinian Revolution**

Organized by **Samar Saeed**

Chair: **Fadi Kafeety,** University of Houston/AAEF Center for Arab Studies

**Lubna Taha,** Independent Scholar *On Cinema and Revolutions: Tricontinental Militancy and the Palestinian Revolution*
**Samar Saeed,** Georgetown University *Remembrance through the Arts: Political Posters of the Palestinian Revolution during the 1960s in Jordan*
**Jeremy Randall,** CUNY Graduate Center *Global Revolution Starts with Palestine: The Japanese Red Army's Solidarity with the PFLP*
**Erica Augenstein,** University of Houston *Organizing and Theorizing Resistance: The Formation of the General Union of Palestinian Writers and Journalists*

**IV-11: Race and Racialization in Egypt**

Organized by **Sara Seweid-DeAngelis**

Discussant: **Nefertiti Takla,** Manhattan College

**Sara Seweid-DeAngelis,** University of Minnesota, Twin Cities *Gendered Anti-Blackness in 20th-Century Egyptian Print Media*
**Aida Bardissi,** London School of Economics *Indigeneity In Absentia: Racializing the Nubian People in Nasserite Film*
**Razan Idris,** University of Pennsylvania *Tahsin al-Nasal: Eugenics, Race, and "Improving the Offspring" in Modern Egypt*
**Beshoy Botros,** Yale University *Takwin Jins, Formulating Racializing Assemblages in Modern Egypt*

**IV-12: Occult Bodywork**

Organized by **Matthew Melvin-Koushki,** University of South Carolina

Chair/Discussant: **Jane H. Murphy,** Colorado College

**Shreeyash Palshikar,** University of Pittsburgh *Jadoo and Jadu-tona: Islamic Magic and Mysticism in Modern India*
**Ellen Amster,** McMaster University *Kabbalists, Sufis, and Solomon's Magic Ring: Magic Healing Amulets as Historical Artifacts of Judeo-Islamic Exchange in Morocco*

**Patrick J. D'Silva,** University of Colorado at Colorado Springs *From the Subtle Body to Concrete Results: The "Science of the Breath" (`ilm-i dam) in Early-Modern Persian Occultism*
**Behzad Borhan,** McGill University *The Evolution of the Karāmāt Narratives in Sufi Literature*

### IV-13: Scripting Change in Saudi Arabia: Narratives and Narrators, Policies and Policymakers

Organized by **Andrew Leber**

Chair/Discussant: **Andrew Leber,** Tulane University

**Sultan Alamer,** George Washington University *The Death of Wahhabism: A Bottom-Up Analysis of the state-religion relations in Saudi Arabia:*
**Luai Allarakia,** University of Richmond *The Shura Council and the Changing Demographics of the New Saudi Arabia*
**Kristin Smith Diwan,** Arab Gulf States Institute in Washington *Saudi Arabia's State Populism*
**Majed Binkhunein,** SOAS University of London *The Nation as a Brand: Citizen-Making, Technopolitics, and the of Discourse of Reforms in (Re)-shaping Class in Under Saudi Vision 2030*
**Nora Doaiji,** Harvard University *Anti-Ottomanism in Saudi History Textbooks: A New or Local Narrative?*

### IV-14: Populist Movements and Democracy Formation

Chair: **Hasan Bulent Kahraman,** Işık University

**Sevgi Adak,** Aga Khan University *Grassroots Familialism? Politics of the Family and Conservative Local Networks in Contemporary Turkey*
**Murat Somer,** Koç University *Return to Point Zero in Turkey: Prospects for Democratic Transition and Resolving the Turkish-Kurdish Conflict*
**Kaori Mita,** Chuo University *Rise of Populism in Kuwait*
**Spyros A. Sofos,** London School of Economics *The Meanings of the People in Turkish Politics: A Genealogy of Populism*
**Kerem Oktem,** Ca' Foscari University of Venice *Democratic counter-politics in the context of autocratization and personalization of power: The case of the Istanbul Metropolitan Municipality*
**Feyza Burak-Adli,** Northwestern University *Agent of Change or Guardian of Tradition?: Sufism, Gender, and Nationalism in Cold War Turkey*

### IV-15: Language, Culture and Politics in the Interwar Period in the Maghreb

Organized by **Ahmed Idrissi Alami**

**Mohammed Hirchi,** Colorado State University *From Lyautey to Ropars: language politics and the French Republican Model*
**Ahmed Idrissi Alami,** Purdue University *Popular Sufi Orders and Nationalist Salafism in 1930s Morocco*
**Mbarek Sryfi,** University of Pennsylvania *Progressive Political Reform and Social Conservatism in Interwar Morocco*
**Silvia Marsans-Sakly,** Fairfield University *Waging War Under the Ramparts: Ali Douagi's Satire and Song*

### IV-16: History and Future in Palestinian Diaspora Literature

Organized by **Benjamin Schreier** and **Hella Cohen**

**Benjamin Schreier,** Pennsylvania State University *The Futures of Palestinian American Literature*
**George Abraham,** Northwestern University *Permission to Speculate: Death Worlds and Palestinian Literary Imaginations*

### IV-17: Challenges and Perceptions of Diaspora

Chair: **Azzedine Layachi,** St. John's University

**Zahra Babar,** Georgetown University Qatar *The Paradox of Technical Education and the Pakistani Migrant in the Gulf*
**Tamir Sorek,** Pennsylvania State University *From basketball to soccer: North African Jews' generational transformation in sports interest*
**Erfan Saidi Moqadam,** University of Richmond *Racialization and Claiming Whiteness among Iranian-Americans in the U.S. South*
**Sarah Tobin,** Chr. Michelsen Institute *Examining the Possibilities for Economic Citizenship Among Arab Muslim Immigrant Entrepreneurs in Norway*

## V-18: Faith-Based Activism, Charity, and the Maxims of Governance in Contemporary Shi'i Politics

### Organized by **Fouad Gehad Marei**

**Mara Leichtman,** Michigan State University *Transnational Networks between Kuwait and East Africa: The Case of a Shi'i Islamic NGO in Tanzania*
**Eric Lob,** Florida International University and **Amirhossein Mahdavi,** Brandeis University *Electoral Authoritarianism and Regime Underperformance: The Case of Iran*
**Fouad Gehad Marei,** University of Birmingham *'Partners not Recipients': FBOs, liberal-peace actors and the humanitarian-development-peace nexus in Beirut's southern suburbs*
**Oula Kadhum,** Birmingham University *Iraqi Shia Transnational Charities in the Age of ISIS and Counter-Terrorism*

## IV-19: Art, Media, and Cultural Imaginations of Dubai

### Organized by **Sonali Pahwa**

**Rana AlMutawa,** NYU Abu Dhabi *Everyday Life in the "Glitzy" City: Making Home in Spectacular Dubai*
**Beth Derderian,** College of Wooster *Outside the Triptych: Artists Reframe the UAE*
**Sonali Pahwa,** University of Minnesota *Language and the Performance of Locality By Dubai Influencers*

## IV-20: Political Economy, Forms of Resistance and Policy Challenges in (Post)Conflict Contexts

### Organized by **Jennifer Olmsted**

Chair/Discussant: **Jeannie Sowers,** University of New Hampshire

**Rasmieyh R. Abdelnabi,** George Mason University *Women's Work, Political Violence, and Palestinian Embroidery: Between Precarity and Cultural Continuity*
**Bassam Yousif,** Indiana State University *New Institutional Dynamics in Iraq*
**Edward A Sayre,** University of Southern Mississippi *The Impact of the Syrian Refugee Crisis on Economic Outcomes and Political Attitudes of Young People in Lebanon and Jordan*
**Jennifer Olmsted,** Drew University *Syrian Women Refugees: Caught Between Patriarchy, Nationalism, and Capitalism*

## IV-21: Narrating Catastrophe and Loss

### Organized by **Jonas M. Elbousty**

Chair: **Jonas M. Elbousty**

**Jonas M. Elbousty,** Yale University *Narrating Catastrophe and Longing in Alktreb's "Homs and The Studio of Good People"*
**Esra Tasdelen,** College of Dupage *The Human Body as Metaphor: Fragmentation and Catastrophe in Ahmad Saadawy's 'Frankenstein in Baghdad'*
**Doaa A. Omran,** University of New Mexico *Suad Amiry's Sharon and My Mother-in-Law: Post-Nakba Autotheoretical Biomythographies*
**Touria Khannous,** Louisiana State University *Tropes of death and Arab Nationalism in Nazik Al-Malaika's poem "Cholera"*

## FRIDAY, DECEMBER 2, 2022                    SESSION V    1:30 PM

**Roundtable**
**V-01: Common Challenges, New Opportunities: Connections between the Middle East and Latin America**

Organized by **Amy Fallas** and **Maru Pabon**

**Organized by the Arab American Studies Association (AASA)**

Chair: **Eman S. Morsi,** Dartmouth College

**Amy Fallas,** UC Santa Barbara
**Maru Pabon,** Yale University
**Farah Bazzi,** Stanford University
**Diogo Bercito,** Georgetown University
**Phoebe Carter,** Harvard University
**Nofret B. Hernandez V.,** CIDE

**Roundtable**
**V-02: Research Methods, Fieldwork and Publishing under State Scrutiny**

Organized by **Lisa Reber**

**Amin Moghadam,** Ryerson University
**Noora Lori,** Boston University
**Lisa Reber,** University of Michigan
**Idil Akinci,** University of Edinburgh

**Roundtable**
**V-03: Gender, Capitalism, Law and Empire: A Tribute to Judith Tucker**

Organized by **Rochelle Anne Davis,** Georgetown University and **Fida Adely,** Georgetown University

Chair: **Beth Baron,** CUNY

**Nadya Sbaiti,** Georgetown University Qatar
**Sara Scalenghe,** Loyola University Maryland
**Hoda Yousef,** Denison University
**Ellen Fleischmann,** University of Dayton
**Zeinab Abul-Magd,** Oberlin College

**Special Session**
**V-04: The Crisis in Ukraine and the Middle East**

Organized by **Nader Hashemi**

**Organized under the auspices of Alwaleed Center for Muslim-Christian Understanding at Georgetown University and the Center for Middle East Studies at the University of Denver**

Chair: **Nader Hashemi,** University of Denver

**Juan Cole,** University of Michigan *Crescent of Instability: From Russia-Ukraine to the Middle East*
**Asli Bali,** UCLA *Ukraine and Realignment in the MENA Region*
**Marc Lynch,** George Washington University *Ukraine's effects on Middle East Alliances*
**Sarah Leah Whitson,** Democracy in the Arab World Now *Ukraine and the Solidification of the Middle East Axis of Autocrats*

**V-05: New Trajectories for the Digital Humanities and Ottoman Studies**

Organized by **Tyler Kynn** and **Fatma Aladağ**

**Sponsored by the Ottoman and Turkish Studies Association (OTSA)**

Chair: **Nora Barakat,** Stanford University

**Tyler Kynn,** University of Memphis *A Digital Hajj: Historical Simulations, Twine, and Making the Hajj Trail*
**Fatma Aladağ,** Independent Scholar *Mapping early 16th century Ottoman cities and provincial organization: The application of Geographical Information System to the Ottoman studies*
**Merve Tekgürler,** Stanford University *Handwritten Text Recognition for 18th Century Ottoman Turkish Documents*
**Burcak Ozludil,** New Jersey Institute of Technology *Simulating Spaces of Madness: The Ottoman Experience*
**Yasir Yilmaz,** Austrian Academy of Sciences *QhoD: Digital Scholarly Edition of Habsburg-Ottoman Diplomatic Sources 1500–1918. Achievements and Future Implications of a Digital Editing Project in Habsburg-Ottoman Diplomatic History*

AAUP-01166

## V-06: 'Portfolio Capitalism' and the Ottoman Empire

Organized by **Michael O'Sullivan**

Chair/Discussant: **Choon Hwee Koh,** National University of Singapore

**Dimitrios Stergiopoulos,** UC San Diego *Georgios Zarifis and Christos Zografos: The Political Ambitions of Ottoman Greek Bankers and the Crisis of the Empire in the 1870s*
**Michael O'Sullivan,** UCLA *Gujarati Capitalists, Middle Power, and Ottoman Economic Internationalism*
**K. Herman Adney,** UCLA *Portfolios of Regional Enterprise: Commerce, Politics, and Law in 1880s Ottoman Macedonia*
**Ellen Nye,** Yale University *An Empire of Obligation: English Merchants as Ottoman State Fiscal Agents, 1670-1720*

### V-07: Arab Women Filmmakers On The Move: Films, Discourses, Supports, And Transnational Reception

Organized by **Flo Martin** and **Nadia G. Yaqub**

Chair/Discussant: **Terri Ginsberg,** Concordia University

**Samirah Alkassim,** George Mason University *Khadijeh Habashneh and Women's Films in the Long 70s of the Revolution*
**Flo Martin,** Goucher College *Arab Women's Transnational Film on 'the Move': Kaouther Ben Hania's Man Who Sold His Skin (2021)*
**Nadia G. Yaqub,** UNC Chapel Hill *For the Self Expression of the Arab Women: Women, Cinema, and Commitment of the long 1970s*

### V-08: Maghrib x Mashriq: Gendered Negotiations of Transnational Ties

Organized by **Sara Rahnama**

**Christopher Silver,** McGill University *Raissa Embarka v. Baidaphon: the Case of a Middle Eastern Record Label in the Maghrib*
**Sara Rahnama,** Morgan State University *The Professional Women of the Mashriq in Interwar Algeria*
**Katrina E. Yeaw,** University of Arkansas at Little Rock *Educated in the Mashriq: The Influence of International Education on Women' Rights in Libya*
**Anny Gaul,** University of Maryland, College Park *Anticolonial "Good Food" and the Mashriqi Culinary Imaginary*

## V-09: Social Movements, Protests and Radical Currents

Chair: **Khalil Dahbi,** GIGA

**Jérémie Langlois,** University of Wisconsin-Madison *To Whom Do We Concede? Explaining Regime Responses to Public Sector Strikes in Algeria*
**Aslam Kakar,** Rutgers University *Kurds in Turkey and Pashtuns in Pakistan: A comparative analysis of social movements in response to state violence*
**Sofia Fenner,** Colorado College *Beyond Hopeless: Communist Trajectories in Sudan and Egypt*
**Fadi Kafeety,** University of Houston/AAEF Center for Arab Studies *Revolutionary Horizons: The Movement of Arab Nationalists and the Marxist Turn in the Arabian Peninsula and Palestine*
**Carolyn Ramzy,** Carleton University *"We will Vote with our Feet": Coptic Women Contest Liturgical Exclusions Off and Online*

### V-10: Labor Organizations, Leverage, and Capacity

Organized by **Keenan Wilder**

Chair/Discussant: **Rima Majed,** American University of Beirut

**Tyson Patros,** New York University *Making Revolutionary Constitutions? Labor's Constitutional Campaigns in Egypt and Tunisia, 2012-2013*
**Keenan Wilder,** Brown University *Transnational Origins of Colonial Labor Policy in Tunisia and Egypt*
**Rebecca Gruskin,** Hamilton College *Labor Embodied: Organizational Strategies and Survival Strategies in the Gafsa Mineworkers 1937 Strike*
**Robert Hildebrandt,** George Washington University *Beyond "Hebrew Labor";: Palestinian Citizens' Experiences in the Contemporary Histadrut*
**Ahmad Al-Sholi,** Stony Brook University *Trade Unions in Morocco and the Arab Spring*

### V-11: Medicine, Politics, and Resistance

Organized by **Sam Pulliam**

Chair: **Sam Pulliam**
Discussant: **Jennifer Derr,** UC Santa Cruz

**Soha Bayoumi,** Johns Hopkins University *Women Doctors and Narratives of Resistance in Egypt*
**Ernest Tucker,** US Naval Academy *Clara Barton, the American Red Cross and the Ottoman Red Crescent: Performative Humanitarianism at the Dawn of Modern Emergency Assistance*

**Sam Pulliam,** George Washington University *A Lack of Care: The Politics of (Not) Treating Madness in Colonial Egypt*
**Yasmin Shafei,** American University of Beirut *Reading Resistance Through Citizen Petitions in 19th Century Egypt*

### V-12: Ideologies and Instruments of Nation-State Building

Chair: **Meriam Belli,** University of Iowa

**Alaa Tartir,** The Graduate Institute *Violent Extremism Threat Assessment in the Southern Libya Borderlands*
**Salam Alsaadi,** University of Toronto *Why "Black Knights" support certain Fellow Autocrats more than others? Evidence from Egypt, Sudan, and Tunisia*
**Daniel Levine,** University of Alabama *"He Knew of a Surety": Realism, Zionist National-Security Discourse, and the Absent Sublime*
**Guy Eyre,** King's College/GIGA *Of friends and foes: Schmitt, shibboleths, and Salafi (anti-)politics in Morocco and Algeria*
**Gunes Murat Tezcur,** University of Central Florida *Instrumentalization of Religion in Turkey: Polarization, Partisanship, and Nationalism*
**David Rahimi,** Independent Scholar *"Home of Ruby Wine and Rosy Lips";: Tourism in Post-WWII Pahlavi Iran*

### V-13: The Syrian Revolution and the Global War of Narratives

Organized by **Daanish Faruqi**

Chair: **Daanish Faruqi,** Duke University

**Marc Owen Jones,** Hamad bin Khalifa University *Deception, not disinformation: Bots, astroturfing and Gulf-aligned narratives in the Syria social media space*
**Andrea Stanton,** University of Denver *Erasure as Disinformation: Visual and Textual Messaging in the Syrianpresidency Instagram Account*
**Nour Halabi,** University of Leeds *Journalistic Integrity in covering the Syrian Revolution and the Global War on Terror*

### V-14: The Resilience Industry: Resilience Discourse and Cultural Production

Organized by **Shir Alon** and **Melissa Melpignano**

**Shir Alon,** University of Minnesota, Twin Cities *The Risky Business of the Occupation: New Narratives of Resilience in Palestinian Literature*
**Melissa Melpignano,** University of Texas at El Paso *Throwing Like a Palestinian Girl: Resisting Resilience*
**Irene Fernandez Ramos,** Independent Scholar *Performing Survival in Palestinian Theatre: From Sumud to Transformative Resilience*
**Liron Mor,** UC Irvine *Insourcing Resilience: Self-Writing and Self-Help in Palestine-Israel*

### V-15: Thinking with Iraq on Climate Change

Organized by **Mona Damluji**

Chair: **Bridget Guarasci**
Discussant: **Gokce Gunel,** Rice University

**Mona Damluji,** UC Santa Barbara *Blackouts, Heat Waves and the Narrative of Perpetual Crisis in Iraq*
**Bridget Guarasci,** Franklin & Marshall College *Living with Water Insecurity in Iraq*
**Huma Gupta,** MIT *Material Systems and the Production of Scarcity in Iraq*
**Kali Rubaii,** Purdue University *Anomaly: on Teratogenic Violence in Iraq*

### V-16: Data in the Middle East Classroom

Organized by **David Joseph Wrisley**

**Organized under the auspices of the Committee for Undergraduate Middle East Studies (CUMES)**

Chair: **David Joseph Wrisley,** NYU Abu Dhabi

**Jihan Mohammed,** Michigan State University *Studying Sectarianism in the Middle East: An Overview and Critique of the Methodologies and Methods*
**Mai Zaki,** American University of Sharjah *Modern Arabic literature as data: Lessons and possibilities*
**Amin Marei,** University of Pennsylvania *Online learning for all "Arabs": Examining the pedagogical approach of a cross-cultural Massive Open Online Course (MOOC) for multicultural "Arab" learners*
**Sara Ann Knutson,** University of British Columbia *Towards a Pedagogy of Data and the Digital in the Middle East Classroom*
**Suphan Kirmizialtin,** NYU Abu Dhabi *Decolonizing Digital Sources for the Middle Eastern History Classroom*

## V-17: Politics of Publishing, Censorship, and Translation in post-WWII Arabic Literature

Organized by **Dima Ayoub** and **Haytham Bahoora**

**Dima Ayoub,** Middlebury College *The Paratextual Life of Translation*
**Haytham Bahoora,** University of Toronto *Self-Censorship and the "Deviant" Literary Plot*
**Qussay Al-Attabi,** Kenyon College *Digital Poetry and the Poets of Social Media in Iraq*
**Ghenwa Hayek,** University of Chicago *The Routes of Diaspora Publishing*

## V-18: Music Production and Ethnomusicology

**Marcel Camprubí,** Princeton University *The Emergence of Musical Notation in Medieval Baghdad*
**Elizabeth Tower,** University of Michigan *Palestinian Hip-Hop Culture: Intermediality, Access Points, and a Movement Towards the Mainstream*
**Jared Holton,** UC Santa Barbara *Fingerprinting Sound in Tunisian Andalusian Music: Musical Processes of Territorializing Difference*

**Melissa Camp,** UNC Chapel Hill *"My Country"/Her Song: Habiba Messika's Nationalism on Baidaphon Records (1927-1930)*
**Dunya Habash,** University of Cambridge *Syrian Musicians in Istanbul: Reconceptualising Aesthetic Agency through Displacement*
**Andrea Shaheen Espinosa,** Arizona State University *The Syrian Diasporic Imaginary of the U.S. Southwest: Arabness, Trauma, and Musical Identities*

## V-19: Decolonial Praxis: Translation and Method in Arabic Studies

Organized by **Jeffrey Sacks**

**Chair/Discussant**: Anthony Alessandrini, CUNY

**Jeffrey Sacks,** UC Riverside *Reading Cedric Robinson in Arabic: Notes Toward a Decolonial Praxis in Arabic Studies*
**Amanda Batarseh,** UC San Diego *Al-ana wal-makan: Hussein al-Barghouti's Critical Interventions on Place*
**Rana Sharif**, UC Riverside *Narration as Method: A Palestinian Digital Poetics*

## FRIDAY, DECEMBER 2, 2022                    SESSION VI    4:00 PM

### Roundtable
### VI-01: Doing Palestinian Ethnography While Palestinian

Organized by **Amahl Bishara,** Tufts University

**Organized under the auspices of Insaniyyat and the Palestinian American Research Center (PARC)**

Chair: **Anne Meneley,** Trent University

**Rami Salameh,** Birzeit University
**Nayrouz Abu Hatoum,** Concordia University
**Amahl Bishara,** Tufts University
**Sa'ed Atshan,** Emory University
**Nadeem Karkabi,** University of Haifa

### Roundtable
### VI-02: Disability Studies in the Middle East and North Africa: Past, Present, Future

Organized by **Beverly Tsacoyianis** and **Sara Scalenghe**

Chair: **Sara Scalenghe,** Loyola University Maryland

**Beverly Tsacoyianis,** University of Memphis
**Sona Kazemi,** Ohio State University
**Shahd Alshammari,** GUST
**Halla Attallah,** Georgetown University
**Timothy Y. Loh,** MIT
**Christine Sargent,** University of Colorado Denver

### Roundtable
### VI-03: Demystifying the Methods of Digital Middle East Projects

Organized by **Ada Petiwala**

Chair: **Ada Petiwala**

**Ada Petiwala,** NYU
**Jared McCormick,** NYU
**Helga Tawil Souri,** NYU

### Special Session
### VI-04: MESA Publications Workshop

Organized by **Joel Gordon** and **Heather Ferguson**

**Joel Gordon,** University of Arkansas
**Heather Ferguson,** Claremont McKenna College
**Brahim El Guabli,** Williams College

### VI-05: Rethinking Ottoman Iraq through Environmental and Medical Histories

Organized by **Hande Yalnizoglu Altinay**

**Hande Yalnizoglu Altinay,** University of Oxford *A Comparative Look at Ottoman Quarantines: The View from Baghdad in the Mid-Nineteenth Century*
**Isacar Bolaños,** CSU Long Beach *The Limits of Quarantine in Late Ottoman Iraq*
**Mustafa Emre Günaydı,** Iowa State University *Lost Promises of Infrastructure: Fighting the Euphrates in Late Ottoman Iraq*
**Sara Farhan,** University of Northern British Columbia *Medical Pluralism, Professionalization, and Public Health in late Ottoman Iraq, 1868-1917*

### VI-06: The "Intimate Other" Practices of Exclusion of non-Turkish members of Late Ottoman Society

Organized by **Mostafa Minawi**

**Mostafa Minawi,** Cornell University *The Rise and Fall of Arab-Ottoman Imperialists of Istanbul*
**Adam Mestyan,** Duke University *Ottoman Genealogical Politics: 'Ali Haydar and the Economy of Şerafet, 1880s-1920s*
**Burcu Karahan Richardson,** Stanford University *Anxiety over Masculinity in Ottoman Erotic Fiction*
**Cevat Dargin,** Princeton University *Colonizing Dersim across Empire and Nation–State (1877–1938)*

### VI-07: COVID and Gender: Policies, Strategies, and Impact

Organized by **Rita Stephan**

**Sponsored by the Association for Middle East Women's Studies (AMEWS)**

Chair/Discussant: **Rita Stephan**

**Salma Al-Shami,** Princeton University *A Regional Perspective on Women's Rights and Roles During the COVID-19 Pandemic*
**Rita Stephan,** USAID *Real Men Don't Wear Masks*
**Maro Youssef,** University of Southern California *The Success of Tunisia's Feminist Movement During the Coronavirus Pandemic*
**Mayyada Abu Jaber,** Independent Scholar *Harmony of Feminine and Masculine Leadership during COVID-19 Pandemic in Jordan*

AAUP-01170

**VI-08: The Yemeni Crisis and Obstacles Facing Peace Process**

Organized by **Omar Aljawfi** and **Khaled Al-Hammadi**

**Organized under the auspices of the Mokha Center for Strategic Studies and Washington Center for Yemeni Studies**

Chair: **Ateq Garallah**

**Omar Aljawfi,** Washington Center for Yemeni Studies *Obstacles to Successful Negotiations toward a Sustainable Peace: Investigation on Kuwait, Stockholm and Riyadh agreements*
**Mohammed Alshuwaiter,** Washington Center for Yemen Studies *The Impact of the War on Yemen's Justice System*
**Khaled Al-Hammadi,** Mokha Center for Strategic Studies *The deadly arrests in the current armed conflict in Yemen*
**Ateq Garallah,** Mokha Center for Strategic Studies *The Complexities of the Current Political Scene and Future Prospects of Yemen*

**VI-09: Restating Capitalism: History, Theory, and Social Transformation in the Middle East and North Africa**

Organized by **Ali M. Ugurlu, Ellis Garey,** and **Hengameh Ziai**

Discussant: **Kristen Alff,** North Carolina State University

**Lorenzo Bondioli,** University of Cambridge *Commercial Capitalism in the Pre-Modern Middle East?*
**Deren Ertas,** Harvard University *Imperial Geologies: The Political Ecology of Mining in Eastern Asia Minor, 1775-1875*
**Hengameh Ziai,** SOAS University of London *Producing 'Economy' and 'Religion': A Genealogy of Political Economy in Ottoman Sudan*
**Ellis Garey,** NYU *Freedom from Work: the 1908 Ottoman Constitutional Revolution & the Strikes of Beirut*
**Ali M. Ugurlu,** Columbia University *Freedom: The Life of a Concept in the Ottoman Age of Capitalization (1820s-1870s)*

**VI-10: Pilgrims, Intellectuals, and Activists: Shi'is in the Global History of Ideas and Mobility**

Organized by **Dahlia El Zein**

**Dahlia El Zein,** University of Pennsylvania *The Shi'i Nahdawis*
**Firoozeh Kashani-Sabet,** University of Pennsylvania *A Global Fight: Persian Shia Narratives of Decolonization in Late Pahlavi Iran*
**Noor Zaidi,** University of Maryland *Being Shia in the Modern' World- the Rise of the Sayyeda Zaynab Shrine*
**Zeinab Eskandari,** University of Pennsylvania *Moving Across Borders: An Investigation of Iranian Pilgrims' Encounters on the Iran-Ottoman Borderlands, 1848-1925*

**VI-11: Contested Borderlands, Contested Subjecthoods: Space, Materiality, and Language**

Organized by **Hazal Ozdemir**

**Hazal Ozdemir,** Northwestern University *Armenian Nationality and Bureaucratic Border-Building at the End of Empire*
**Bahadin Kerborani,** University of Chicago *The Servant of the Kurdish Language: Kurdîzade Ahmed Ramiz*
**Idil Ozkan,** Northwestern University *Building a Linguistic Wall: Historical Reparations and the Limits of Belonging in Sephardi Citizenship Law*
**Mariam Taher,** Northwestern University *In the Shadow of Territory: Gendered Mobilities in Siwa, Egypt*

**VI-12: Cookbooks and Their Writers: Culinary Diasporas and Middle Eastern Imaginations**

Organized by **Jennifer Dueck**

**Jennifer Dueck,** University of Manitoba *Food Writing as Masculine Identity: The Lives and Livelihoods of George Mardikian and Irfan Orga*
**Heather J. Sharkey,** University of Pennsylvania *Middle Eastern-American Community Cookbooks: Culinary Nostalgia and Transnational Belonging*
**Andrew P. Haley,** University of Southern Mississippi *Cabbage Tamales: Arab Recipes and America's Segregated South*
**Gaétan Du Roy,** Radboud University *Coptic recipes online: Negotiating community boundaries in diaspora*
**Antonio Tahhan,** Independent Scholar *Molokhia*

## VI-13: Strategies of Authoritarian Regimes

Chair: **Francesco Cavatorta,** Universite Laval

**Sultan Tepe,** University of Illinois at Chicago *Offending the State: Understanding the Mechanisms of Censorship and Marginalization in the Authoritarian Regimes*
**Ibrahim Oker,** University of Minnesota, Twin Cities *The Authoritarian Origins of Comprehensive Social Legislation: Insights from the Middle East and North Africa*
**Cagil Albayrak,** University of Kansas *Coup-proofing, Military Purges and Authoritarian Power Grab in Hybrid Regimes*
**Jean Lachapelle,** Université de Montréal *Repression and Support for Authoritarian Rule*
**Hesham Sallam,** Stanford University *Regime-Sponsored Parties in Sisi's Egypt: Origins, Historical Evolution, and Limitations*
**Ann Marie Wainscott,** Miami University *Benign Bureaucracies? Religion Ministries as Authoritarian Instruments of Repression, Co-optation and Legitimation*

## VI-14: Reassessing the Role of the Arab League in the 21st Century Arab World

Organized by **James Worrall**

**James Worrall,** University of Leeds *Reaction Norms? Understanding Arab League and GCC Interventionism in the Arab Spring*
**Mona Saleh,** GIGA *Dispute Settlement in Libya: The Role of the Arab League*
**Silvia Ferabolli,** Federal University of Rio Grande do Sul *The limits of knowing the International Relations of the Arab World through the study of the Arab League*

## VI-15: The Mind-Bending Poets: The Aesthetics and Development of the khayālbandī Movement in Early Modern Persian Literary History

Organized by **Shaahin Pishbin**

**Shaahin Pishbin,** University of Chicago *Into the Savage Garden of Poetry: the Functions of Metapoesis in the Lyric Poems of Jalāl Asīr*
**Paul Losensky,** Indiana University *Imagination Games: Ten Fantasias on the Beloved's Features from Zolālī's Mahmud o Ayaz*
**Nathan L. M. Tabor,** Western Michigan University *Moving the Target: Emulation and Imagination in Persian and Urdu Salons of Delhi's 1720s*
**Zoë Woodbury High,** University of Chicago *"All the Tongues are Ears, and All the Ears are Tongues": Prose Style and Abstraction in the Work of Ẓuhūrī Turshīzī*

## VI-16: The Pragmatics of Citizenship on the Arabian Peninsula and Beyond

Organized by **Keye Tersmette**

Chair: **Keye Tersmette,** Harvard University

**Reem Elghonimi,** Independent Scholar *A Cultural Paradigm of National Belonging: Non-political Dimensions of Rights*
**Sabeen bin Zayyad,** University of Calgary *Ana Muwatin, Ana Ghair Muwatin: The Nuances of Citizenship in the United Arab Emirates*
**Catherine Baylin Duryea,** St. John's University School of Law *Law and Citizenship in Kuwaiti Social Mobilization in the 1980s-1990s*
**Mohammad Al-Mailam,** American University *Cartographies of Citizenship, Laboratories of Law: Making Kuwaiti Citizenship at the Margins, 1896-1959*

## VI-17: Media and Labor in the Middle East

Organized by **Claire Cooley**

Discussant: **Hatim El-Hibri,** George Mason University

**Claire Cooley,** University of Texas at Austin *Not Afraid of My Sponsor: Race and Media Infrastructures of Migrant Labor in the Gulf*
**Kaveh Askari,** Michigan State University *Circulation Worries*
**Blake Atwood,** American University of Beirut *Creative Work and Care in Beirut*

## VI-18: Islamic Exegesis and Theology

**Mohammed Ahmed,** Independent Scholar *The Literary role of Jews in Qur'anic Exegesis: A Comparative Analysis of al-Ṭabarī's Tafsīr*
**Carlos Grenier,** Florida International University *God in Slippers: Deciphering the West Anatolian Hurufi Community of the Fifteenth Century*
**Mustafa Kaya,** University of Chicago *An al-Ghazali in the Fifteenth Century: A Comparative Reading of Khwafi's Apology of Sufism*
**Mushegh Asatryan,** University of Calgary *Constructing Sunnis: the making of a heresiological category*
**Kenan Tekin,** Yalova University *Beginnings or Principles: Commentaries and Glosses on the Notion of Mabādiʾ in Ibn Ḥājib's Mukhtaṣar al-Muntahā*
**Joseph Vignone,** Harvard University *"Powers Impossible to Alter": the Influence of Māturīdī Theology over Rāghib al-Iṣfahānī's Concept of Natural Endowment*

AAUP-01172

### VI-19: Urban Natures

Organized by **Aleksandar Shopov, Timur Hammond,** and **Berin Gölönü**

Discussant: **Esra Akcan,** Cornell University

**Aleksandar Shopov,** Binghamton University *Urban Cultures of Flower Breeding in Ottoman Istanbul*
**Weaam Alabdullah,** Kuwait University *Human and Non-Human Actors in Kuwait's Al-Shaheed Park*
**Reem Alissa,** Kuwait University *Conocarpia: Towards a Measured Narrative of Kuwait's Copious, Desired and Despised Urban Tree*
**Timur Hammond,** Syracuse University *Weedy Property: Trees of Heaven and Istanbul's Urban Transformations*
**Berin Gölönü,** University at Buffalo *The Migrants and Occupants of Istanbul's New "People's Gardens"*

### VI-20: Educational Reform and Adaptation

Chair: **Mirna Lattouf,** Arizona State University

**Sahar Aghasafari,** University of South Carolina Lancaster *Iranian National Art Curriculum, and Discrimination: How a Multicultural Education Reform Can Help*
**Derya Dogan,** Indiana University Bloomington *The Discourse(s) of Promoting Islamic Schooling on YouTube in the American Context*
**Parin Somani,** Independent Scholar *A Comparative Review on the Impact of Covid-19 on Indian and Pakistani Education, Civilization, Culture and Societal Development*
**Alyssa Bivins,** George Washington University *Contentious Education in East Jerusalem after the Naksa: 1967-1977*

AAUP-01173

## SATURDAY, DECEMBER 3, 2022                          SESSION VII    8:30 AM

**Roundtable**
**VII-01: Book Roundtable on This Flame Within: Iranian Revolutionaries in the United States**

Organized by **Manijeh Moradian**

**Manijeh Moradian,** Barnard College
**Golnar Nikpour,** Dartmouth College
**Abdel Razzaq Takriti,** University of Houston
**Bassam Haddad,** George Mason University

**Roundtable**
**VII-02: The Iraq War at Year Twenty**

Organized by **Michael Brill** and **Wisam Alshaibi**

Chair/Discussant: **Dina Rizk Khoury,** George Washington University

**Michael Brill,** Princeton University
**Wisam Alshaibi,** UCLA
**Alissa Walter,** Seattle Pacific University
**Joseph Kotinsly,** University of Texas at Austin

**Roundtable**
**VII-03: Rethinking "Discourse": New Frequencis for Politicla and Social Analyses in the Middle East**

Organized by **Sean Foley**

**Abdulaziz Alghashian,** Lancaster University
**Lana Salman,** Ghent University
**Sean Foley,** Middle Tennessee State University
**Michelle D. Weitzel,** Graduate Institute of Geneva
**Andrea Stanton,** University of Denver

**Workshop**
**VII-04: Global Academy Research Workshop**

Organized by **Mimi Kirk,** Middle East Studies Association

**Hamid Alawadhi,** Point Park University
**Bengi Gumrukcu,** Rutgers University
**Dilsa Deniz,** Harvard Divinity School
**Hossein Hafezian,** Montclair State University
**Ahmad Mohammadpour,** Troy University

**VII-05: Ottoman Diplomacy**

Chair: **Virginia Aksan,** McMaster University

**Nihat Celik,** San Diego State University *To Declare War or Not? Foreign Policy Decision-making in the Ottoman Empire*
**Alison Terndrup,** Northeastern University *Enamel and Brilliants: Snuffboxes in Ottoman Diplomatic Networks of the Nineteenth Century*
**Jilian Ma,** Koç University *Travel Mobility between China and the Ottoman Domain in the Late Nineteenth Century*
**Ismail Noyan,** Simon Fraser University *Application of Tanzimat Reforms and Protégé issue at the Habsburg Ottoman border in the 1860s*
**Fatih Dogan,** Sabanci University *Lawmaking on the Frontier: The Fatwas of an Ottoman Provincial Mufti, Ali Akkirmani (d. 1618)*
**Emrah Sahin,** University of Florida *Ottoman Foreign Policy Traditions: A Critical New Approach*

**VII-06: Women and Economy in Modern Turkey**

Organized by **Semih Gökatalay**

Chair: **Zehra F. Kabasakal Arat,** University of Connecticut
Discussant: **James Ryan,** NYU

**Semih Gökatalay,** UC San Diego *Female Entrepreneurship in early Republican Turkey*
**Reuben Silverman,** UC San Diego *What Süreyya Ağaoğlu Saw in London: Turkish Women's Activism at the Dawn of the Cold War*
**Gozde Emen Gokatalay,** Independent Scholar *Immigrant Women from the Balkans and their Economic Integration into Turkey in the Early Cold War*
**Oyku Safak-Cubukcu,** Ankara Yildirim Beyazit University *Women's Agricultural Development Cooperatives under Neoliberalism*

**VII-07: Talat's Assassin Speaks: T ehlirian's Memoir Revisited**

Organized by **Armen Manuk-Khaloyan**

Discussant: **Ipek K. Yosmaoglu,** Northwestern University

**Armen Manuk-Khaloyan,** Georgetown University
*Druzhiny: Life and Death on the Russo-Ottoman Front, 1914-1917*

AAUP-01174

**Mustafa Aksakal,** Georgetown University *The Murders of Harutyun Megerdichian and Talat Pasha*
**Aimee Genell,** University of West Georgia *The Minority Question in the Armistice Press in Istanbul*
**Ayse Parla,** Boston University *Justice, Revenge and the Haunting of Soghomon Tehlirian*

### VII-08: Integrating Islam in the History of Pre-Modern Europe and the West

Organized by **Brian A. Catlos**

#### Organized under the auspices of T he Mediterranean Seminar

Chair/Discussant: **Brian A. Catlos,** University of Colorado Boulder

**Reem Taha,** UC Santa Barbara *Arabo-Islamic Travel Writing as Literary Historiography: Narrating the Memory of al-Andalus*
**Constantine Theodoridis,** Princeton University *Hussein's Progress: In Search of an Ottoman Embassy to Europe (1618-1619)*
**Sarah Davis-Secord,** University of New Mexico "*Christians and Muslims in Dialogue in Early Medieval Italy*"
**Emma Snowden,** Hollins University *Medieval North Africa as a Colonial Power*

### VII-09: Teaching the Middle East in Primary and Secondary Education

Organized by **Kristin Tassin**

#### Organized under the auspices of the Committee for Undergraduate Middle East Studies (CUMES)

Discussant: **Kristin Tassin,** Benjamin Franklin High School

**Susan L. Douglass,** Georgetown University *Teaching the Middle East in Primary and Secondary Education*
**Matthew MacLean,** Independent Scholar *Teaching the Middle East: Views from a Specialized Public High School in New York City*
**Nora Lester Murad,** Independent Scholar *A Framework for Evaluating K-12 Materials Involving Palestine*
**Virginia Cady,** Hutchison School *Teaching Middle East History: Best Practices in Pedagogy and Content in the High School Context*

### VII-10: Mobility and Patriarchy in the Mahjar

Organized by **Randa Tawil**

#### Sponsored by the Arab American Studies Association (AASA)

Chair: **Suad Joseph,** University of California, Davis

**Charlotte Karem Albrecht,** University of Michigan, Ann Arbor *Women Wanderers: The Syrian American Elite and Sexual Normativity*
**Randa Tawil,** Texas Christian University *Policing One's Own: Syrian Interpreters at the US Mexico Borderlands 1900-1924*
**Kristin Shamas,** University of Oklahoma *Bint Business: Syrian Entrepreneurialism and Patriarchy in a Settler-Extractive State*

### VII-11: Theory and its Institutions in Modern Intellectual History

Organized by **Angela Giordani**

**Angela Giordani,** Yale University *Towards an Institutional History of Philosophy in Twentieth-Century Egypt*
**Murad Idris,** University of Michigan *Violence, Colonialism, and Capitalism in an Islamist Key: Reading al-Da'wa, 1951-1953*
**Nada Khalifa,** Columbia University *Rashid Rida and the Sociology of Early Islam*
**Esmat Elhalaby,** University of Toronto *Clovis Maksoud and the Idea of Non-Alignment*

### VII-12: Transnational Arab Cinema Histories

Organized by **Pelle Valentin Olsen** and **Deborah Starr**

Discussant: **Ghenwa Hayek,** University of Chicago

**Ifdal Elsaket,** Netherlands-Flemish Institute in Cairo *Historians and the Cinema: New Approaches to Cinema History and a Case-Study of Cinema-Going in Interwar Egypt*
**Deborah Starr,** Cornell University *Kouka, Global Cinema, and Transnational Constructions of Race and Gender*
**Heba Arafa Abdelfattah,** Grinnell College *Film and British Cultural Hegemony in Egypt: The Case of Rivoli Cinema*
**Pelle Valentin Olsen,** Roskilde University *A Tale of Three Brothers: Ezra, Me'ir, and Hayyawi Sawda'i and the Role of Iraqi Jews in the Iraq Cinema Industry, 1909-1951*
**Samhita Sunya,** University of Virginia *Experimentation on Tape: "Film Hindi" in Arab City Films*

### VII-13: Citizenship, Tribalism and Statehood in Jordan

Chair: **Sabeen bin Zayyad,** University of Calgary

**Sean Yom,** Temple University *The Politics of Anti-Corruption Crackdowns: The Case of Jordan*
**Taraf Abu Hamdan,** Central European University *The State Starts When the Tribe Ends States, Tribes, and Rural Communities*
**Lillian Frost,** Virginia Tech and **Steven Schaaf,** University of Mississippi *Citizenship In the Shadow of Law: The Exercise and Contestation of Authoritarian Power in Jordan*
**Jose Ciro Martinez,** University of York *Sensing the State: Baking Political Authority in Contemporary Jordan*
**Jamil Wekhian,** Kent State University *Negotiations of Power Between Nonviolent Protesters and the Nation-State: The Idiosyncratic Case of Jordan's 2018 Tax Law Demonstrations*

### VII-14: Revolutionary Movements, Civil Society, and Advocacy

Chair: **Sahar Razavi,** California State University, Sacramento

**Mounah Abdel Samad,** San Diego State University *Tunisian Civil Society Legislative Advocacy*
**Sarah Anne Rennick,** Arab Reform Initiative *Political Socialization in Transitional Tunisia: Assessing Differences between Post-2011 Youth Generations*
**Guliz Dinc,** Ankara Yildirim Beyazit University *The Trials and Tribulations of Domestic Human Rights Civil Society Organizations under AKP rule*
**Gennaro Gervasio,** Roma Tre University *Workers in Iraq's 'October Revolution'*

### VII-15: Gulf Cooperation Council Foreign Policies

Chair: **Mara Leichtman,** Michigan State University

**Martin Hvidt,** University of Southern Denmark *UAE's Power Projections Into The Horn Of Africa: The Case Of Ports And Logistics Networks*
**Joshua Goodman,** Air War College *From API to the Abraham Accords: Saudi Arabia and Arab-Israeli Peace After the Arab Spring*
**Abdulla Al-Etaibi,** Australian National University *National Narrative, Role & Foreign Policy: Kaabt Al-Mathium & Qatar's Foreign Policy during Arab Spring*
**Samira Musleh,** University of Minnesota Twin Cities *Islamic Marital Economy beyond the Middle East*

### VII-16: Arabic Rhetoric, Exegesis, and Interpretation

Chair: **Ahmed Idrissi Alami,** Purdue University

**Rachel Friedman,** University of Calgary *Revisiting classical texts on Qur'anic language: Exegetical and linguistic concerns in I'jaz al-Qur'an discourse*
**Daryoush Mohammad Poor,** Institute of Ismaili Studies *Allegory and Metaphor: Multiple Genres of Muslim Exegesis of the Qur'ān*
**Ilona Gerbakher,** Columbia University *We Are Such Stuff as Dreams are Made of: Dreaming Reality and the Reality of Dreaming in Medieval Sufi Instruction Manuals*
**Betty Rosen,** UC Berkeley *Secrets Sounded Out: Aḥmad Fāris al-Shidyāq, Zakī al-Arsūzī, and the Poetics and Politics of Arabic Linguistic Exceptionalism*
**Avigail Noy,** University of Texas at Austin *No Comparison: The Poetics of Verses That Do Not Contain Tashbīh in Classical Arabic Poetry*

### VII-17: The Making and Unmaking of Health in Precarious Times

Organized by **Livia Wick**

Discussant: **Livia Wick,** American University of Beirut

**Aysecan Terzioglu,** Sabanci University *New Concerns and Solidarities: Being a Syrian Refugee in Turkey during the COVID-19 Pandemic*
**Yeşim Yasin,** Acibadem University *'One is in the Air': Ambient Air Pollution in the Era of the Pandemic from the One Health Perspective*
**Weeam Hammoudeh,** Birzeit University *Acute and Chronic Uncertainties in the Palestinian Context: reflections on uncertainty before and after the covid-19 pandemic in the occupied Palestinian territory (oPt)*
**Farha Ghannam,** Swarthmore College *The Social Life of a Virus: A Comparative Look at COVID-19 in Egypt and Jordan*

### VII-18: Islamic Law and Jurisprudence

**Kamal Gasimov,** University of Michigan *Adam's Fall as An Origin of Social Order: 'Abd al-Wahhab al-Sha'rani (d. 973/1565) on Genealogy of Islamic Law, Human Deficiency, and Salvation*
**Rezart Beka,** Georgetown University *Articulations of the Jurisprudence of Reality in Contemporary Islamic Thought*
**Latifeh Aavani,** Harvard University *The Making of the Concept of Modern Law (qānūn) During the Pre-Constitutional Period in Iran (1850-1900)*
**Mohannad Abusarah,** University of Toronto *Back to the Origin: Modern Islamic Reformation's Break with the Tradition*

**VII-19: Redistributed Temporalities: Thinking Arab Presenters and Futures through Mediated Pasts**

Organized by **Peter Limbrick**

Chair: **Peter Limbrick**

**Peter Limbrick,** UC Santa Cruz *Suspended Life: The Essay Documentaries of Jocelyne Saab*
**Raed El Rafei,** UC Santa Cruz *Awakened Belly Dancers, Arab Queer Imaginaries and the Revolution*
**Laura Marks,** Simon Fraser University *Talismanic Movies*
**Tarek El-Ariss,** Dartmouth College *Pulleys, Cisterns, and Jerricans: The Story of Water from War to Pandemics*

**VII-20: Environment, Climate Change, and Urban Planning**

**Anna Zadrożna,** Sabanci University *Planning a "Green City", Imagining Green Future(s): Politics and Practices of Environmental Governance in Turkey*
**Dobroslawa Wiktor-Mach,** Cracow University of Economics and **Marcin Skupinski**, Cracow University of Economics *Unstable Climate in Unstable Land: Kurdish Environmentalists Facing Climate Catastrophe*
**Yossef Ben-Meir,** High Atlas Foundation *Decentralized renewable energies and the water-energy-food nexus in rural Morocco*
**Nimah Mazaheri,** Tufts University *Who in the Middle East is Concerned about Climate Change? Evidence from Recent Surveys*

AAUP-01177

## SATURDAY, DECEMBER 3, 2022                    SESSION VIII  11:00 AM

**Roundtable**
**VIII-01: Reimagining Sephardic Studies:**
**Perspectives from outside the Fold**

Organized by **Nancy Ko, Jessie Stoolman,**
and **Rachel Smith**

**Organized under the auspices of the**
**UCLA Center for Jewish Studies**

Discussant: **Rachel Smith**

**Nancy Ko,** Columbia University
**Jessie Stoolman,** UCLA
**Ryan Zohar,** Middle East Institute
**Rachel Smith,** UCLA

**Roundtable**
**VIII-02: Enter the Global Gulf – breaking Free from**
**Regional Particularism**

Organized by **Courtney Freer**

**Courtney Freer,** Emory University
**Zahra Babar,** Georgetown University Qatar
**Matteo Legrenzi,** Ca' Foscari University of Venice
**Jessie Moritz,** Australian National University

**Roundtable**
**VIII-03: The Maghreb Archiving Project**

Organized by **Paraska Tolan-Szkilnik**

**Hassan Ould Moctar,** SOAS, University of London
**Paraska Tolan-Szkilnik,** Suffolk University
**Brahim El Guabli,** Williams College
**Muriam Haleh Davis,** UC Santa Cruz
**Sumayya Ahmed,** Simmons University
**Samia Errazzouki,** UC Davis

**Special Session**
**VIII-04: After the Vote:**
**The Transformative Power of MESA**

Organized by **Mezna Qato** and **Dana Sajdi**

Chairs: **Mezna Qato,** University of Cambridge and
**Sherene Seikaly,** UC Santa Barbara

**Dana Sajdi,** Boston College
**Beth Baron,** CUNY
**Abdel Razzaq Takriti,** University of Houston

**VIII-05: Translating Status and Privilege in**
**(post-)Ottoman Moments of Transition**

Organized by **Barbara Henning**

**Organized under the auspices of DFG Priority**
**Programme 1981: Transottomanica**

Chair: **Mostafa Minawi,** Cornell University

**Yusuf Ziya Karabicak,** JGU Mainz *Leaving the Revolution
Behind: Negotiating a New Status for the Orthodox
Patriarchate of Constantinople after 1821*
**Ibrahim Halil Kalkan,** AAT University of Science and
Technology and **Owen Miller,** Bilkent University *How the
powerful maintained their power: Land, violence and &
identity in fin de siècle Palu*
**Barbara Henning,** JGU Mainz *Who do you think you
are? Descendants of the Prophet Muhammad and their
attempts to safeguard privileges in late- and post-imperial
contexts*
**Esther Moeller,** Universität der Bundeswehr München
*(Post)Ottoman discourses and practices of humanitarian
aid in Egypt and beyond*
**Zeynep Ertugrul,** BGSMCS/EHESS *Local Elites and the
Making of Münevver (Luminaries) in early republican
Turkey (1930-1950)*

**VIII-06: Afterlives of Violence: Archival Traces,**
**Survivor Objects, and Affective Experiences i**
**n Turkey and Syria**

Organized by **Heghnar Watenpaugh**

**Sponsored by the Ottoman and Turkish Studies**
**Association and the Society for Armenian Studies**

Chair: **Heghnar Watenpaugh,** UC Davis

**Erdağ Göknar,** Duke University *Affective Archives of
Atrocity: The Afterlives of Genocide Trials in Occupied
Istanbul*
**Aslihan Gunhan,** Cornell University *What Trees May
Remember: Absence, Architecture, and Environment in the
Upper Euphrates*
**Carel Bertram,** San Francisco State University
*Encountering Homeland: Survivor Objects, Embodied Data,
and Moments of Meaning-Making at the Place of a Lost
Ottoman Past*
**Elyse Semerdjian,** Whitman College *Phantom Limbs:
Embodied Horror And The Uncanny Within Unmarked
Spaces Of Mass Atrocity*

**Yael Navaro,** University of Cambridge *Negative History, Negative Ethnography: Writing Turkey from the Vantage Point of Absentees*

### VIII-07: Iran's Place in the World: Visions and Ambitions in the Last Century

Organized by **Tabby Anvari,** Iran 1400 Project

**Organized under the auspices of the Iran 1400 Project**

**Aram Hessami,** Montgomery County Community College *Two Regimes and Four Grand Projects: Iran in the Last Century*
**Robert Steele,** London School of Economics *Iran's Relations with Southern Africa in the 1970s: Oil, Race and the Cold War*
**Shabnam Holliday,** University of Plymouth *'Liberal world order', 'rogue state' status, and legitimacy: Iran- US relations and world order*
**Mehdi Rezania,** University of Alberta *Sori tā Sorayā: A Hundred Years of Development of Iranian Art*
**Annie Tracy Samuel,** University of Tennessee at Chattanooga *Israel-Palestine and Iran's Place in the World*

### VIII-08: Social Networks, Subjectivities, and Sexualities in the Middle East

Organized by **Tugce Kayaal**

Chair/Discussant: **Seçil Yilmaz,** Franklin and Marshall College

**Elizabeth Berk,** Yale University *HIV/AIDS, Civil Society Activism, and Subjectivities in Beirut, Lebanon*
**Deena Naime,** University of Southern California *Druze Feminist Praxis Through the Space of the "Zyara"*
**Tugce Kayaal,** Furman University *Âşüftes of the Empire: Sex Work, Liminal Social Categories, and Making of Women's Experiences in the Wartime Ottoman Empire*

### VIII-09: Infrastructures of Learning: Authority, Mobility and Nation in the 20th Century Middle East

Organized by **Hilary Falb Kalisman**

Chair: **Ellen Fleischmann,** University of Dayton

**Hilary Falb Kalisman,** University of Colorado Boulder *Apostles of Knowledge: Modernity, Domesticity and the Transnational Schoolmistresses of 20th century Iraq*
**Elizabeth Williams,** University of Massachusetts Lowell *The Politics of Agricultural Education: Exerting Rural Influence under the French Mandate*

**Daniella Farah,** Rice University *Competing Visions of Iranian Jewish Education in the Twentieth Century*
**Nadya Sbaiti,** Georgetown University Qatar *Learning on Display: Intersections of Tourism and Education in Interwar Lebanon*

### VIII-10: Reading the Cosmic Scripture: Lettrism from the Thirteenth Century to the Present

Organized by **Matthew Melvin-Koushki**

Chair: **Matthew Melvin-Koushki,** University of South Carolina

**Cyril V. Uy II,** James Madison University *Real Talk: Language, Revelation, and Play in the Work of Sa'd al-Dīn Ḥamūya (d. 1252)*
**Mohammad Amin Mansouri,** University of Toronto *'Azīz al-Dīn Nasafī, Lettrism, and the Qur'an*
**Tuna Artun,** Rutgers, State University of New Jersey *Sheikh Ilyās b. ʿĪsā Akhiṣārī and his intellectual milieu*
**Amina Inloes,** Islamic College *Illicit lettrism? A scriptural-historical account of the differences between Sunni and Shiʿi contemporary attitudes towards*

### VIII-11: Political Uses of Cultural Forms

**Minsoo Jeon,** Central European University *Translation as Rewriting: Yazıcızâde ʿAli's Political Use of Poetry in Tevârîḫ-i Âl-i Selçuk*
**Margaret Morley,** Indiana University *Inciting Debauchery: Attention and Corporeal Economies in Egyptian Dance*
**Zia Khoshsirat,** UCLA *Pride and Profit: An Ethnography of Spiritual Persian Poetry in Los Angeles*
**Benjamin Jones,** Georgetown University *Contested Heritage: Arabs, Berbers, and Bowles in the Making of Music of Morocco*
**Yael Mizrahi-Arnaud,** NYU *Integration versus Separation: The Struggle for Sephardic Representation in Echo's from the East*
**Roger A. Deal,** University of South Carolina Aiken *Squares and Triangles: The Coded Sexual Records of a Turkish Bureaucrat*

### VIII-12: Racial Categories and Racialized Bodies

Chair: **Razan Ghazzawi,** University of Sussex

**Hania Abou Al-Shamat,** University of Florida and **Enshirah Barakat,** University of Florida *Muslim Immigrants' Claim for U.S. Citizenship and Islam's (In)Visibility in the Courtroom, 1900-1944*

**Sonia Tamar Seeman,** University of Texas at Austin *Decolonizing "The Dark Girl" - Racializations in Late Ottoman Cultural Forms*

**Sahar F. Aziz,** Rutgers Law School *Palestine, American Empire and the Racial Muslim*

**Noa Shaindlinger,** Worcester State University *"Israel's Oriental Problem:" Race and Political Dissent in 1960s Israel*

**Ameen Omar,** Hamad Bin Khalifa University *After Emancipation: How the Gulf Relates to Slavery and Racism*

### VIII-13: Peace History and the Modern Muslim World

#### Organized by **Juan Cole**

**Juan Cole,** University of Michigan *Ahmadou Bamba's Nonviolent Critique of French Imperialism in Senegal*

**Elizabeth F. Thompson,** American University *Islam and the Great War: Rashid Rida's Engagement with the Paris Peace Conference*

**Amal Hassan Fadlalla,** University of Michigan *Sudan's Unfinished Revolution*

**Asma Afsaruddin,** Indiana University *Jihad as non-violent struggle and peacemaking in the writings of Jawdat Said and Wahiduddin Khan*

### VIII-14: Rebel Movements and Insurgencies

Chair: **Didier Leroy,** Royal Higher Institute for Defence

**Nathaniel Shils,** UCLA *Strategic Adaptation and the Pursuit of Self-Determination: Palestinian Dilemmas and Prospects for Change*

**Nareg Seferian,** Virginia Tech *Siunik in the Changing Geopolitical Culture and Geo-body of Armenia*

**Victoria Gilbert,** Wofford College *Insurgent Histories: Historical Analogies and Mobilizing Insurgencies in Syria and Iraq*

**Silvana Toska,** Davidson College *Rebel Governance in Yemen: Explaining Divergencies in Public Goods Provisions in Rebel Controlled Areas*

**Christophe Muller,** Aix-Marseille University *Terrorism, Insurgency, State Repression, and Cycles of Violence*

**Maya Rosenfeld,** Hebrew University of Jerusalem *Revisiting the First Intifada and the Resolutions of the 19th PNC Session (Algiers 1988): What Prevented the PLO from Advancing towards Palestinian Independence?*

### VIII-15: When Options are Limited: Youth in the Middle East and North Africa in the Midst of Displacement, Unemployment and Covid-19

#### Organized by **Matthew Walleser**

#### Sponsored by the Association of Middle East Children and Youth Studies (AMECYS)

Chair: **Matthew Walleser,** Centre for Lebanese Studies

**Vahid Abedini,** Florida International University *Youth Activism in Times of Crisis: Iranian Youth under Maximum Pressure and the COVID-19*

**Oroub El Abed,** Independent Scholar *When Options are Limited: Youth in the Middle East and North Africa in the Midst of Displacement, Unemployment and Covid-19*

**Basma El Doukhi,** University of Kent *Rethinking Palestinian youth roles in the camps of Lebanon*

**Mjriam Abu Samra,** Independent Scholar *Making Transnational Politics during a Global Pandemic: Palestinian Youth Activism at the Time of Covid-19*

**Mary Elaine Hegland,** Santa Clara University *Challenges Facing Iranian Youth: To Migrate or Not to Migrate*

### VIII-16: Purposes of Arabic Eloquence: Sincerity, Fun, Edification, and Competition

#### Organized by **Jennifer Tobkin**

Discussant: **Cory Jorgensen,** George Washington University

**Jennifer Tobkin,** George Washington University *Khālid al-Kātib: A Lover, Not a Fighter, for the Most Part*

**Kirsten Beck,** Queens College, CUNY *The Kuthayyir ʿAzza Narratives in al-Isfahani's Kitab al-Aghani*

**Kaley Keener,** University of Pennsylvania *Tongue and Taste in the Poetry of Mansūr al-Hallāj*

**Samer M. Ali,** University of Michigan *Present Everywhere Visible Nowhere: Linguistic Revolution in Early Arabo-Islamic Culture and the Question of Ontology*

**Ali Hussein,** University of Haifa *Humorizing the Love Theme in an Early Islamic Poem*

AAUP-01180

### VIII-17: Literature and Identity: Navigating Social Boundaries

Chair: **Hanan Elsayed,** Occidental College

**Youssef Yacoubi,** Seton Hall University *Women's Biographies in the Arab World: From the Rhetorics of Exemplarity to the Politics of the Memoir and the Novel*
**Shae Omonijo,** Harvard University *Afro-Oriental(ist) Anxieties: Disarticulating the Boundaries Between Africa and the Middle East*
**Rania Said,** University of Massachusetts Boston *The Tunisian #MeToo Movement: Les Siestes du grand-père: récit d'inceste by Monia Ben Jémia as a Case Study*
**Maru Pabon,** Yale University *In Search of the Voice of the People: Mahmoud Darwish's Poetic Realism and its Third-Worldist Genres*
**Fidan Cheikosman,** University of Edinburgh *Understanding Turkish Representations of Identity Through the Pamukian Novel*

### VIII-18: What Comes Next for Islam and Modernity?

Organized by **Basma N. Radwan** and **Doha Tazi Hemida**

**Tahir Sheikh Umar,** Columbia University *Medieval History of Islamic Rational Sciences: A Quest for Decentralization of West African Epistemology*
**Basma N. Radwan,** Columbia University *A Comparative Reading of Al-Ghazâlî's and Brillat-Savarin's Epistemologies of Eating*
**Doha Tazi Hemida,** Columbia University *Sovereignty and Possession: Baqillani and Bodin*

### VIII-19: Muslim Diasporas in North America

Chair: **Adil Elkhiyari,** Qalam wa Lawh Center

**Ozgun Basmaz,** Purdue University *A Turkish Woman with Multiple Identities: Untangling the Knots of Intersectionality in the Representations of Halide Edib in the U.S.*
**Eman Abdelhadi,** University of Chicago *Raising Strangers - Gendered Parenting among American Muslims*
**Rula Kahil,** University of Toronto and **Maleeha Iqbal,** University of Toronto *Grandmothers Behind the Scenes: Subordinate Integration, Core Work, and Power in Syrian Canadian Refugee Resettlement*
**Basileus Zeno,** Amherst College *Legal Violence and the "War on Terror:" How the immigration policies in the United States exclude (im)migrants from the Middle East*

**Ehsan Estiri,** Utah State University *Discourses of Association and Differentiation: How Muslim Iranian Angelinos Talk Back to America Through Islamic Discourses*
**Hina Azam,** University of Texas at Austin *Muslim American Fiction: Trends, Themes, and the Construction of Religion*

### VIII-20: Language, Linguistics, and Pedagogy

Chair: **Uri Horesh,** Achva Academic College

**Alyeh Mehin,** University of Arizona *English Language Education in Iran: Dominant and Alternative Discourses*
**Nasser Hajjaj,** Johns Hopkins University *The Biases in the standardized Arabic Grammar created by traditional Arabic Grammarian Sibawiah: A Case Study of the Glottal Sounds Change*
**Hany Fazza,** Georgetown University in Qatar *AFL Students' Perceptions of the Use of an Interactive Digital Platform to Enhance Reading Strategies: An Activity Theory Perspective*
**Magda El-Sherbini,** Ohio State University Library *Development of an Arabic Open Access Multilanguage Thesaurus Based on the Linked-Data Approach*
**Kamilia Rahmouni,** Virginia Commonwealth University and **Elsayed Issa,** University of Arizona *Second Dialect Acquisition: Attitudes and Motivational Orientation among Heritage Learners of Arabic*

### VIII-21: Representing Violence, Mediating Bodies

Chair: **Natalie Honein,** American University of Sharjah

**Azadeh Safaeian,** Northwestern University *"To Crip" the Blessed: Disabily Representation in The Marriage of the Blessed*
**Ethan Pack,** UCLA *Post-Zionism and Violence: Case Studies from Two Israeli Television Dramas*
**Farah Aridi,** Doha Institute for Graduate Studies *Spatiality of Sound: A Tale of Two Cities*
**Re'ee Hagay,** Cornell University *Torn Cosmopolitanism: Eli Hamo's Archive of a Mizrahi Utopia*
**Heather Jaber,** University of Pennsylvania *The YouTube Conversion: Egypt, Lebanon, and the digital economy of atonement*
**Dima Nasser,** Brown University *The Visual Poetics of Pain and Deformation in Lan vis-à-vis Sittat rusūm*

## SATURDAY, DECEMBER 3, 2022                    SESSION IX    3:00 PM

### Roundtable
### IX-01: Race and White Supremacy in Middle East Studies

Organized by **Samer M. Ali**

**Organized under the auspices of Middle Eastern Literatures and the Journal of Arabic Literature**

**Samer M. Ali,** University of Michigan
**Touria Khannous,** Louisiana State University
**Clarissa Burt,** United States Naval Academy
**Robert Vitalis,** University of Pennsylvania
**Nizar F. Hermes,** University of Virginia

### Roundtable
### IX-02: Officers and Entertainment: Popular Culture and the State in Egypt

Organized by **Zeinab Abul-Magd**

Chair: **Peter Gran,** Temple University

**Joel Gordon,** University of Arkansas
**Zeinab Abul-Magd,** Oberlin College
**Hoda Yousef,** Denison University
**Paul Sedra,** Simon Fraser University
**Adel Iskandar,** Simon Fraser University
**Dina El-Baradie,** Georgetown University
**Atef Said,** University of Illinois at Chicago
**Hanan H. Hammad,** Texas Christian University

### Roundtable
### IX-03: Reproductive Investments: Bodies, Labor, and Power in the Middle East and North Africa

Organized by **Christine Sargent** and **Jess Marie Newman**

**Weeam Hammoudeh,** Birzeit University
**Christine Sargent,** University of Colorado Denver
**Jess Marie Newman,** Cornell University
**Eda Pepi,** Yale University
**Alize Arican,** Boston University

### Roundtable
### IX-04: The State and its Crises in Iran: The Politics of Managing Change

Organized by **Nazanin Shahrokni**

Chair: **Peyman Jafari**

**Nazanin Shahrokni,** London School of Economics
**Peyman Jafari,** Princeton University
**Azam Khatam,** York University
**Amin Moghadam,** Ryerson University
**Maziyar Ghiabi,** Exeter University
**Golnar Nikpour,** Dartmouth College
**Vahid Abedini,** Florida International University

### Special Session
### IX-05: Collaboration, Criticality and Crisis: Producing Knowledge in and on the Arab Region

Organized by **Seteney Shami,** Arab Council for the Social Sciences

Chair: **Eve Troutt Powell,** University of Pennsylvania

**Mohammed A. Bamyeh,** University of Pittsburgh *Arab Knowledge Systems and the Challenge of a less Colonial Future*
**Dina Rizk Khoury,** George Washington University *Knowledge Production, Activism and the Politics of Crises in the US and the MENA region*
**Driss Ksikes,** Independent Scholar *Decolonizing thought, imaginaries and practices: Crisis as opportunity for alternative epistemologies in North Africa*
**Hanan Sabea,** AUC *Possibilities in Permanent Crises: Collaborative Translations as Nodes in Knowledge Production*

### IX-06: Late Ottoman Communities: Between Intellectualism and Political Action

Organized by **Kutay Onayli**

Chair: **Cemil Aydin,** UNC-Chapel Hill
Discussant: **Julia Phillips Cohen,** Vanderbilt University

**Jacob Daniels,** Independent Scholar *Liberty and Limits: The Jews of Edirne and a New Public Sphere, 1908-1912*
**Ugur Z. Peçe,** Lehigh University *Words and Deeds: The Cretan Factor in the Ottoman Empire*

**Kutay Onayli,** Princeton University *The Empire of Rum: Greek Ottoman Visions of the Imperial Long Durée*
**Varak Ketsemanian,** Princeton University *The Armenian Constitutional Order in the Late Ottoman Empire: From Reform to Crisis*

### IX-07: Borders and (Dis)Orders in Turkey's Kurdish Conflict

Organized by **Amy Austin Holmes** and **Lisel Hintz**

Chair: **Gunes Murat Tezcur**
Discussants: **Gunes Murat Tezcur,** University of Central Florida and **Mehmet Gurses,** Florida Atlantic University

**Khatchig Mouradian,** Columbia University *'Bring a Stone from Ani': A Peoples' History of the Armenia-Turkey Border*
**Dilan Okcuoglu,** American University *Comparative Study of Violence: Local Mechanisms and Experiences on Kurdish Borderlands in Turkey, Iraq and Iran*
**Amy Austin Holmes,** Council on Foreign Relations and **Diween Hawezy,** Independent Researcher *Deterring Kurdish Autonomy: A New Dataset on the Turkish-Kurdish Conflict in Syria and Iraq*
**Lisel Hintz,** Johns Hopkins University SAIS *Pride, Prejudice, and Presidency: A Social Identity Approach to Turkey's Failed Peace Process*
**Aysegul Aydin,** Colorado University, Boulder *Toponymic Cleansing and Insurgent Violence*

### IX-08: Privileges, Autonomy, and Legal Authority at the Edge of Empire

Organized by **Emily Greble**

Chair: **Elizabeth F. Thompson,** American University
Discussant: **Aimee Genell,** University of West Georgia

**Tolga U. Esmer,** Central European University *Cultures of Paramilitarism: Terror and Protection Rackets in the Making of the Post-Ottoman Order, 1808-1838*
**Emily Greble,** Vanderbilt University *Legal Improvisation in Pre-Tanzimat Ottoman Serbia (1820s-30s))*
**William Smiley,** University of New Hampshire *Autonomy, Enslavement, and International Law in the Ottoman Empire*
**Kelly O'Neill,** Harvard University *Shrubs and Sheepfolds: Landownership and Spatial Culture in the Crimean Khanate*

### IX-09: Moving the Margins: How Excavating North African and Middle Eastern Women's Historical Narratives Expands the Archive

Organized by **Sophia Mo** and **Elya Assayag**

Sponsored by the American Institute for Maghrib Studies (AIMS)

**Sophia Mo,** Columbia University *Reading Motherhood at the Margins of Algerian Feminist Retellings of Resistance*
**July Blalack,** Middlebury College *Crossing the Line: Gender, Slavery, and Political Solidarity in Mauritanian Women's Novels*
**Elya Assayag,** Columbia University *Unstitching the French law: Marriage Law and Domestic Violence in Colonial Morocco (1912-1956)*

### IX-10: Premodern Fables and their Audience

Organized by **Neguin Yavari**

Organized under the auspices of the Ilex Foundation and the Middle East Medievalists (MEM)

Chair: **Olga M. Davidson**
Discussant: **Neguin Yavari,** University of Leipzig

**Gregory Nagy,** Harvard University *The Dancing Peacock in the Jātakas and Herodotus on Courtship and Political Power*
**Guy Ron-Gilboa,** Bar-Ilan University *Thus Spoke the Ant: A Tale of Solomon between Qiṣaṣ al-anbiyāʾ and Jewish Aggadah*
**Christine Van-Ruymbeke,** Cambridge University Press *Kalīla wa Dimna Fables and their Audience and Translations in Premodern France*
**Olga M. Davidson,** Boston University *The Poetic Agenda of Ferdowsi in Aetiologizing the Iranian Reception of Kalīla wa Dimna*
**Istvan T. Kristo-Nagy,** Exeter University *By the Faylasūf, for the Faylasūf: Ibn al-Muqaffaʾ's Kalīla wa-Dimna as Philosophy*

**IX-11: Global Jewish History, Zionism, and Palestine: Complex Entanglements**

Organized by **Corey Sherman**

**Benjamin Berman-Gladstone,** NYU *Influencing Empire: How 'Aden's Jewish Emergency Committee Paved the Way to Operation On Eagles' Wings*
**Liora R. Halperin,** University of Washington, Seattle *Native Sons, Native Settlers: The 'Union of the Sons of the Yishuv,' 1939-1965*
**Yair Wallach,** SOAS, University of London *The Arab Ashkenazi – on Jewish Ashkenazi Migration to the Middle East beyond the Zionist Prism*
**Corey Sherman,** UC Hastings College of Law *Navigating Neqama: Jewish Americans in Mass Media*

**IX-12: Religious Reform, Encounters, and Contestations**

**Ehsan Sheikholharam,** Duke-UNC Consortium for Middle East Studies *The Aga Khan's 2019s Notion of Pluralism: Negotiating a Minority Identity in Secular Settings*
**Ahmad Kindawi,** Independent Scholar *Toward a New Synthesis in Saudi Arabia*
**Sopanit Angsusingha,** Georgetown University *Gendered Encounters: American Protestant Missionary Education and Gender Differences in Basra, Iraq (1910s-1940s)*
**Aziza Khazzoom,** Indiana University Bloomington *Comparing Definitions of Antisemitism and Islamophobia*
**Marya Hannun,** Georgetown University *'Almanac of Religion': Locating Abd al-Rahman's Afghanistan on the map of Islamic Reform*
**Wael Abu-Uksa,** Hebrew University of Jerusalem *Heterodox Christianity and Harmonization between the Three Monotheist Religions in Nineteenth-Century Syria: The 'Heresy' of Khristufurus Jibara*

**IX-13: Making and Unmaking the Nation**

Chair: **Magda El-Sherbini,** Ohio State University Library

**Ozlem Altiok,** University of North Texas *Secularism as hegemonic morality: Religion in ideological struggles in the making of modern Turkey*
**Negin Nabavi,** Montclair State University *Commercial Advertising and the Constitutional Press in Iran*
**Lars Erslev Andersen,** Danish Institute for International Studies *The Dialectic of Secularization and the Unresolved Balance Between Religion and Politics in the Current Crisis in Lebanon*
**Mohamed Ben Hammed,** Columbia University *On "Duration Disorder:" The Post-Naksa Trope of Arab Discontinuous Time—Its Philosophical Problems and Orientalist Origins*

**IX-14: Intervention and Humanitarianism n the Syrian Conflict**

Chair: **Ghassan E. El-Eid,** Central Connecticut State University

**Eyal Zisser,** Tel Aviv University *Russia in Syria: A Long Road to Victory*
**Zachary Manning,** University of New Mexico *A Souq of Bones, Buzzards, and Aid Workers Negotiating Emergency Humanitarian Aid in Syria: 2011-2021*
**Tarik Basbugoglu,** Glasgow Caledonian University *How did the Syrian refugees become "others" for Turkey? The AKP`s humanitarian and security-oriented narratives during the Syrian Civil War*
**Nihal Kayali,** UCLA *Uncertain Practices: How Syrian Doctors Work in Istanbul*
**Natalie Kouri-Towe,** Concordia University *Queer Theory and the Challenge of "Family" in Refugee Resettlement*

**IX-15: Poetic Trends and Movements In Post-Revolutionary Iran**

Organized by **Fatemeh Shams** and **Farshad Sonboldel**

Discussant: **Mahdi Ganjavi,** Northwestern University

**Vahid Davar Ghalati,** University of St. Andrews *Bizhan Elahi or Maryam Heydarzadeh: On Collective Hypocrisy*
**Fatemeh Shams,** University of Pennsylvania *Exile Persian Poetry of 1980s and 1990s*
**Farshad Sonboldel,** UC Santa Barbara *Staging Persian Poetry: Poetics and Politics of Persian Performance Poetry (The 1990s- Present)*

**IX-16: Rethinking Resistance and Transnationalism in the Middle East and its Diasporas**

Organized by **Evyn Lê Espiritu Gandhi**

Chair: **Shir Alon,** University of Minnesota, Twin Cities

**Sara Almalla,** UC San Diego *Radical Movements Towards Refugee Futures: Displaced Syrians and Kurds (Re)building Lives in Precarity*
**Evyn Lê Espiritu Gandhi,** UCLA *Exilic Poetics and the Refugee Settler Condition: A Relational Reading of Vietnamese Israeli and Palestinian Poetry*
**Sunaina Maira,** UC Davis *Un-forgetting Yemen: War Stories and Un-banned Poems*
**Alborz Ghandehari,** University of Utah *Remembering the Past, Rethinking the Future: The Resurgence of the Marxist Left in Iran's Student Movement*

AAUP-01184

## IX-17: Politics of Photographic Portraiture

Organized by **Zeinab Azarbadegan** and **Özge Calafato**

Chair/Discussant: **Salim Tamari,** Institute for Palestine Studies

**Zeinab Azarbadegan,** Vienna School of International Studies *Ittihad-i Islam in WWI: Portraits of Islamic Unity Between the Ottomans and Iranians*
**Sary Zananiri,** Leiden University *Costumes and the Image: Authenticity, Identity and Photography in Palestine*
**Özge Calafato,** University of Amsterdam *From Ottoman to modern Turkish: Politics of Photographic Inscriptions*

## IX-18: Currents in Islamist Thought

**Samuel Scurry,** University of Arkansas *Consulting the Ancestors: Moderate Salafism and Fatwa Production in 1920s Arabia*
**Quinn Mecham,** Brigham Young University *Party Systems in North Africa: Islamists and their Competitors*
**Michaelle L. Browers,** Wake Forest University *Zaynab al-Ghazali's A King and A People's Hope*
**Katerina Dalacoura,** London School of Economics *The International Thought of Turkish Islamists: History and Historiography*
**Raihan Ismail,** Australian National University *Al-Azhar and the Salafis in Egypt: Contestation of two traditions*
**Massimo Ramaioli,** Al Akhawayn University *Shared Anxieties in Late Modernity: Between 'Weak Thought' and Salafi Islamism*

## IX-19: The Creative City in the Arab World

### Organized by **Colin McLaughlin-Alcock** and **Claire Panetta**

**Ahmad Gharbieh,** AUB *Mapping, Access, Discord: Case Studies from Beirut*
**Colin McLaughlin-Alcock,** Carleton College *The rise of Jordan's creative class*
**Claire Panetta,** Pace University *Future Dreams: Mural-Making and Participatory Urbanism as Sites of Politics in Post-Uprising Cairo*
**Kyle Craig,** Northwestern University *Street Art and the Urban Politics of Color in Amman, Jordan*

## IX-20: Transformations in Gender Culture

Chair: **Wilson Chacko Jacob,** Concordia University

**Katie J. Hickerson,** University of Chicago *Gendering the Mahdist jibba: Performativity and Power in an Indigenous Empire*
**Ayda Melika,** Urban Media Institute *Women Change-Makers: Social and Environmental Sustainability in Contemporary Iran*
**Gwyneth Talley,** University of South Dakota *UNESCO and Riding Tradition: What's next for the Moroccan Equestrian Games*
**Amina Tawasil,** Columbia University *The Women of Howze-ye Kowsar*
**Isabel Käser,** London School of Economics *Claiming Spaces: Youth, Art and Gender in the Kurdistan Region of Iraq Post-ISIS*

## IX-21: Patriarchy's Women: Power, Gender & (Self-) Representation

### Organized by **Idun Hauge** and **Kelly Hannavi**

**Idun Hauge,** Georgetown University *Ladies of Culture: Civilizing Lebanon through Festivals and Flowers, 1943-1975*
**Kelly Hannavi,** University of Michigan *Labor and Land: Syriac Orthodox Christian Women's Spiritual Practices in the 19th c. Ottoman East*
**Noa Davidyan,** Ben Gurion University of the Negev *The Muslim Sisters in Egypt during the 20th century*

AAUP-01185

## SATURDAY, DECEMBER 3, 2022          SESSION X     5:30 PM

**Roundtable**
**X-01: On Digital Ethnography & MENA Landscapes**

Organized by **Sa'ed Atshan,** Emory University
and **Heba Ghannam**

**Sponsored by the Association for Middle East Anthropology (AMEA)**

**Hsain Ilahiane,** Mississippi State University
**Carl Rommel,** University of Helsinki
**Farha Ghannam,** Swarthmore College
**Heba Ghannam,** American University
**Karem Said,** University of Houston
**Maria Frederika Malmström,** Lund University/CUNY Graduate Center

**Roundtable**
**X-02: Solidarities Across Borders: Teaching and Writing Women, Gender, and Sexuality History in MENA**

Organized by **Susanna Ferguson**

**Susanna Ferguson,** Smith College
**Nova Robinson,** Seattle University
**Murat C. Yildiz,** Skidmore College
**Nefertiti Takla,** Manhattan College
**Reem Bailony,** Agnes Scott College
**Seçil Yilmaz,** Franklin and Marshall College

**Roundtable**
**X-03: Permission to Narrate: Palestine in the American Academy**

Organized by **Yara M. Asi**

Chair/Discussant: **Yara M. Asi**

**Brian Boyd,** Columbia University
**Penelope Mitchell,** Palestinian American Research Center
**Alex Winder,** Brown University
**Yara M. Asi,** University of Central Florida
**Amahl Bishara,** Tufts University
**David Mills,** Harvard University

**Special Session**
**X-04: The Future of Social Sciences and Humanities in the Arab World**

Organized by **Nathan J. Brown**

Chair: **Nathan J. Brown,** George Washington University

**Ahmad Salim Dallal,** American University in Cairo
**Seteney Shami,** Arab Council for the Social Sciences
**Hillary Wiesner,** Carnegie Corporation of New York
**Lisa Anderson,** Columbia University
**Marwan M. Kraidy,** Northwestern University Qatar

**X-05: "Ordinary Ottomans": Borders, Frontier Effects, and Experiences of the End of Empire**

Organized by **Jordi Tejel Gorgas**

Discussant: **Firoozeh Kashani-Sabet,** University of Pennsylvania

**Jordi Tejel Gorgas,** University of Neuchâtel *Gendered "Frontier Effects" along the Turkish-Syrian Border, 1926-1946*
**Robert Fletcher,** University of Missouri *'Those Migrating Masses': Locusts and Bedouins on the Borders of the British Middle East*
**Matthieu Rey,** Wits University/CNRS *Building Cities and Borders from « below »: Armenians and Urban Cultures*
**Laura Stocker,** University of Neuchâtel *'Divide and Rule' in the Desert: Bedouins and Border Regimes in the Iraqi-Syrian Borderlands in the 1920s*

**X-06: Fairs And Festivals In Turkey: Transformations From The Early Republic Into The 21st Century**

Organized by **Hale Yilmaz**

Chair: **Roger A. Deal,** University of South Carolina Aiken
Discussant: **Semih Gökatalay,** UC San Diego

**Hale Yilmaz,** Southern Illinois University Carbondale *Small-Town Fairs in Film and Photography*
**Naz Vardar,** Simon Fraser University *Carnival Festivities in the Early Turkish Republic: Social Expansion and Changing Public Discourse*
**Hakki Gurkas,** Kennesaw State University *Revival of Alevi-Bektashi Tradition in Festive Culture*

**X-07: Alternative Modes and Frameworks of Justice**

**Hannah Ridge,** University of Chicago *Israeli Ethnicity, Peace, and Democracy: A Conjoint Analysis*
**Mustafa Kemal Topal,** University of Central Florida *Kurdish Women's Democratic Experiment in Post-Conflict Northern Syria*
**Douaa Sheet,** CUNY Graduate Center *The Demand for Dignity as an Evaluative Standard of Justice*
**Yeter Tan,** Binghamton University *Possibility of Alternative Adjudication: A Case of Alternative Justice System Developed by the Kurds in Turkey*
**Madonna Aoun Ghazal,** UCLA *Property Devolution Practices Ex Testamento in Late Ottoman Beirut*

**X-08: Resonances: The Work and Legacy of Etel Adnan (1925-2021)**

Organized by **Pauline Homsi Vinson**

**Sponsored by the Arab American Studies Association (AASA)**

Chair: **Ghassan Abou-Zeineddine,** University of Michigan-Dearborn
Discussant: **Amira Jarmakani,** San Diego State University

**Pauline Homsi Vinson,** University of Michigan, Dearborn *Unsettling Narratives of Migration: Art, Embodied Feminism, and the Idea of the Journey in the work of Etel Adnan*
**Nadine Sinno,** Virginia Polytechnic Institute *"The Only True Love is the Love of the Stranger": Violence and Exclusion in Adnan's Sitt Marie Rose*
**Rachel Norman,** Linfield University *Painting in Arabic: Post-Language and Linguistic Departure in Etel Adnan's Oeuvre*

**X-09: The State of Kurdish Studies**

Organized by **Ozum Yesiltas**

**Organized under the auspices of the Ahmed Foundation for Kurdish Studies**

Chair: **Mehmet Gurses**
Discussant: **Dilan Okcuoglu,** American University

**Vera Eccarius-Kelly,** Siena College *Crossing Boundaries: The Intersection of Kurdish and Diaspora Studies*
**Michael M. Gunter,** Tennessee Tech University and **Mohammed M.A. Ahmed,** Ahmed Foundation for Kurdish Studies *Earlier Kurdish Studies (1940S-1970s)*

**Ozum Yesiltas,** Texas A&M University *Kurdish Studies in the United States*
**Mehmet Gurses,** Florida Atlantic University *The Rise of "Kurdish Studies": Challenges and Opportunities Ahead*

**X-10: The Long World War I of the Eastern Mediterranean: 1910-1923**

Organized by **James Tallon**

Chair: **James Tallon**
Discussant: **Meltem Toksoz,** Wesleyan University

**James Tallon,** Lewis University *The Long World War I of the Ottoman Empire as a Crucible of Transformation*
**Jonathan McCollum,** Brigham Young University *The Italo-Ottoman War and the Long War in the Mediterranean*
**Charalampos Minasidis,** University of Texas at Austin *Is the Neighbor a Friend or a Foe? Pontus' Long War (1912-23)*

**X-11: Petrocultures of the Middle East: Textual, Photographic, Cinematic and Literary Representations of Oil**

Organized by **Peyman Jafari**

Chair: **Peyman Jafari**

**Nelida Fuccaro,** NYU Abu Dhabi *Seeing like an Oil Company: the Corporate Photography of Labour in the Arab World*
**Peyman Jafari,** Princeton University *Missionaries of Oil Modernity: Culture and Corporate Oil Publications in 20th Century Iran*
**Sanaz Sohrabi,** Concordia University *Audiences of oil Across Borders: Visual Petrocultures of Decolonization Through a Transnational Lens*

**X-12: The Global Nexus of Political Religion and Populism: Comparative Lessons from the Middle East**

Organized by **Nora Fisher-Onar** and **Yusuf Sarfati**

Chair: **Nora Fisher-Onar**

**Sebnem Gumuscu,** Middlebury College *Party Capture, Populism, and Pluralism: Lessons from Islamist Parties*
**Halil Yenigun,** Stanford University *Turkey's Religious Populism and the Limits of Islamist Models of Popular Sovereignty*
**Nora Fisher-Onar,** University of San Francisco *(Anti-) Pluralism as Analytical Tool: Comparing Populism and Political Religion across "East" and "West"*

**Yusuf Sarfati,** Illinois State University and **Karabekir Akkoyunlu,** SOAS University of London *Blood Gambit: How populist incumbents fuel conflict to reverse electoral setbacks -- evidence from Turkey and Israel*

**Cengiz Gunay,** Austrian Institute for International Affairs *Building a "moral community" – polarisation and partisanship in Turkey*

### X-13: Peacebuilding in Muslim Societies: Local Initatives in Conflict Managment

Organized by **Samir Boudinar,** Al Hokama Center for Peace Studies and **Sanae Alouazen,** Al Hokama Center for Peace Studies

**Ohannes Geukjian,** AUB *Why the Tai'f Agreement did not Bring Sustainable Peace and Stability to Post-War Lebanon?*

**Ibrahim Fraihat,** Doha Institute for Graduate Studies *Conflict Mediation in the Arab World: Perspectives from the Field*

**Dima Smaira,** AUB *Navigating Dahiyeh, Negotiating Everyday Peace: Mediation practices across Beirut's Southern Suburbs*

### X-14: After Syrian Literature

Organized by **Mari Odoy** and **Dima Ayoub**

**Sponsored by the Syrian Studies Association (SSA)**

Chair: **Dima Ayoub,** Middlebury College
Discussant: **Mohja Kahf,** University of Arkansas

**Mari Odoy,** University of Minnesota *A Woman in the Crossfire, A Novelist in Translation: the "memoirization" and Translation of Syrian Novelist Samar Yazbek*

**Razan Ghazzawi,** University of Sussex *Pedagogies of Protest*

**Johanna Sellman,** Ohio State University *Silence and Mobility in Samar Yazbek's Al-Mashā'a*

### X-15: Classical Matters: Periodization, Diversity, and Inventeness

Organized by **Nizar F. Hermes**

Chair: **Muhsin J. Al-Musawi,** Columbia University

**Nizar F. Hermes,** University of Virginia *Bakr Ibn Ḥammād al-Tāhartī: A Peripatetic Maghribi Poet in Different Wor(l)ds*

**Muhsin J. Al-Musawi,** Columbia University *Plagiarism as a Dynamic in Innovation and Inventiveness*

**Suzanne Stetkevych,** Georgetown University *From Classical to Poatclassical: Late Abbasid Poetics and Aesthetics*

**Huda J. Fakhreddine,** University of Pennsylvania *Ibn al-Mut'azz in Kitāb al-Badi: A Poet and Activist*

**Chiara Fontana,** Ca' Foscari University of Venice *The Name of the Key: Al-Sakkākī's Literary Craftsmanship and Pragmatic Poetics in Miftāḥ al-'Ulūm*

**Kevin Blankinship,** Brigham Young University *A Banū Sāsān Underworld Poem by Naṣrid Andalusī Jurist 'Umar al-Mālaqī (d. after 1440 CE)*

### X-16: The Casual Consumption of the Middle East: The Region's (Re-)Construction in Entertainment

Organized by **Mekarem Eljamal** and **John Kallas**

Chair: **Kylie Broderick,** UNC Chapel Hill

**Janina S. Santer,** Columbia University *Reading al-Īdhā'a: Popular Culture in Postcolonial Lebanon (1940s-1950s)*

**Mekarem Eljamal,** Columbia University *Utopias and Dystopias: Urban Imaginations in Palestine+100*

**Sena Duran,** University of Michigan *"Aroused at the Signs of Empire": Fantasies of the Middle East in Stag Film*

**John Kallas,** NYU Abu Dhabi *Animating the Orient: Art's Cultic Aura in a Unipolar World*

### X-17: MENA Migrations: State-Diaspora Relations

Organized by **Leila Zonouzi**

**Leila Zonouzi,** UC Santa Barbara *Alienation and Marginalization of Dissidents: Diaspora Formation in the 2010s*

**Gözde Böcü,** University of Toronto *Repression through Time: Legacies of Transnational Repression in the Diaspora*

**Canan Sahin,** Queen's University *Forced Migration Waves And Complex Racialization Dynamics In West Istanbul: Surplus Labour, Hyper-Exploitation And Racialized Encounters Among The Displaced Kurds And Syrians*

### X-18: Arts, Artifacts and, Iconography

**Bernard O'Kane,** AUC *Turning the Corner: Strategies in Monumental Islamic Epigraphy and Decoration*

**Fatih Tarhan,** Princeton University *Enacting the Divine through Nūr (Light) - The Islamic Concept of Naẓar in Medieval Mosque Lamps*

**Adriana De Miranda,** Ca' Foscari University Venice *Wonderful Mechanics between Hellenism and the Islamic Age*

AAUP-01188

**Michael A. Lally,** Temple University *America as Beyond the Orient and the Ottoman Empire as the West: A look at Piri Reis' 1513 World Map*
**Caroline Angle Maguire,** University of Maryland, College Park *La Collaboration Patiente et Éclairée: North Africans' Contributions to Local Museum Formation in Algeria, 1830 - 1900*
**Sadegh Ansari,** SUNY Geneseo *Science in the Margins: Using Digital Humanities Tools to Study the Marginalia of Two Manuscripts on the Science of Music from Medieval Islamic World*

### X-19: Marginalization, Dispossession, and Exclusion

**Navid Fozi,** Bridgewater State University *Iranian Zoroastrians, Nationalism, and the Dilemma of Cultural Ownership*
**Leen Alfatafta,** George Washington University *The Holy Land Experience and Long Distance Dispossession*
**Roxana-Maria Aras,** University of Michigan *In Search for Futures Lost: Waqf, Parish, and Locality among Rum Orthodox in Beirut*
**Hrag Papazian,** UCLA *Christian, Muslim, and Alevi Armenians: Parallel regimes of religious and racial exclusion in Turkey*
**Lara Khattab,** Mount Allison University *Precarity and the Political Economy of Violence in Northern Lebanon: Studying Informality and Resistance in the Northern Lebanon*

### X-20: Empire, Health, and Disease in the 19th and 20th century MENA

Organized by **Christopher S. Rose**

**Stephanie Boyle,** City Tech *Clot Bey and the Establishment of Medical Orientalism in Egypt*
**Shaherzad Ahmadi,** University of St. Thomas *Families and Physicians: Rebutting the Experts*
**Christopher S. Rose,** Our Lady of the Lake University *Trial by Virus: Imperial Anti-Contagionism and the 1883 Cholera in Egypt*

## SUNDAY, DECEMBER 4, 2022                    SESSION XI    8:30 AM

### Roundtable
### XI-01: The Politics of Culture in 'New Turkey'

Organized by **Danielle V. Schoon**

Chair: **Kaya Akyildiz**

**Danielle V. Schoon,** Ohio State University
**Kaya Akyildiz,** Bahcesehir University
**Pierre Hecker,** Philipps University Marburg
**Ivo Furman,** Istanbul Bilgi University
**Valentina Marcella,** University of Naples L'Orientale

### Roundtable
### XI-02: West and East and the Problem of History

Organized by **Henry Clements** and **Philip Balboni**

**Henry Clements,** Yale University
**Candace Lukasik,** University of Mississippi
**Hengameh Ziai,** SOAS University of London
**Mattin Biglari,** SOAS, University of London
**Philip Balboni,** UC Berkeley

### XI-03: Economic Structures in the Ottoman Empire

Chair: **Ayşe Baltacıoğlu-Brammer,** NYU

**Shawn Broyles,** Oklahoma State University *Slaves in Sicils and Shurut Manuals: The Changing Legal Realities of Subservience in the Early Modern Ottoman State*
**Christopher Whitehead,** Ohio State University *Taking the Empire by Force: The Ottoman Household Cavalry's "Usurpation" of Tax Collection in the Early Seventeenth Century*
**Eunjeong Yi,** Seoul National University *Janissary Regiments and Officers in Business Seen through Istanbul Court Records (1660-1700)*
**Turkana Allahverdiyeva,** University of Bonn *Non-elite Household Female Slaves and Agency in Early Eighteenth-century Crimean Khanate*
**Sultan Toprak Oker,** University of Minnesota, Twin Cities *A Blurred Boundary Between Public and Private Space: The Ottoman Tavern in Seventeenth-Century Istanbul*

### XI-04: Being an Ottoman in the Early Modern Era

Organized by **Cihan Yuksel**

Discussant: **Palmira Brummett,** University of Tennessee

**Cihan Yuksel,** University of Houston *Ottoman-Mamluk Encounters Through A Tale Of Three Genres*
**Pınar Emiralioğlu,** Sam Houston State University *Between Old and New: Cartographical Knowledge and Being an Ottoman in the Seventeenth Century*
**Baki Tezcan,** UC Davis *East European Captive-turned-Ottomans in the Early Modern Era and the Modern Anxieties about Their Religious Choices: Albertus Bobovius/ Ali Ufki and İbrahim Müteferrika*

### XI-05: Arabic Instruction and the New Realities in the Middle East and North Africa (MENA): Reflections on Pedagogies

Organized by **Jamila Chahboun**

### Organized under the auspices of the Middle East Studies Department at Dartmouth College

Chair: **Mokhtar Bouba**

**Christian Sinclair,** Arabic Language Institute in Fez (ALIF) *Connecting Language Learning and Language Communities: An Engaged Approach to Learning Arabic Dialects*
**El Mostafa Ouajjani,** Dartmouth College *Building Linguistic and Cultural Competence for Study-Abroad Programs: New Perspectives*
**Khulood Kittaneh,** NYU Abu Dhabi *experiential learning pedagogy at NYUAD*
**Mokhtar Bouba,** Dartmouth College *Teaching and learning Arabic in Study Abroad: A reflection on indigenous pedagogies*
**Jamila Chahboun,** Dartmouth College *Challenges and Prospects of Arabic language instruction at Dartmouth: a reflection on students' perspectives.*

## XI-06: Activism, Resistance and Rebellion

**Anne De Jong,** University of Amsterdam *The Unity Intifada as Tipping Point Pillarization as Strategy for Activism and Resistance in Palestine*
**Ameena Yovan,** University of Chicago *The Zanj Rebellion in Muslim Histories*
**Susan Benson-Sokmen,** University of Toronto *Kurdish Women and Memorial Resistance*
**Julia Gettle,** Brown University *A Revolutionary Year: Armed Resistance and Statebuilding from Below in the 1958 Lebanese Crisis*
**Natalie Honein,** American University of Sharjah *Discursive Interruptions: Juxtaposing Arab Women's Activism*

## XI-07: Global Perspectives on Medieval Middle East

**Armen Abkarian,** University of Michigan *The Crown of Togarmah: Mediating Discourses of Sovereignty in Cilician Armenia*
**Ali A. Olomi,** Penn State Abington *Queen of the Stars: Buran and The Role of Women in Astrological Knowledge in the Abbasid Caliphate*
**Mustafa Banister,** Utah State University *Negotiating the Uncertain: Ibn 'Arabshah's Dialogue Construction as a Reading of Fifteenth-Century Mamluk Succession Politics*

## XI-08: Climate, Water, and Ecology

Chair: **Michael Christopher Low,** University of Utah

**Eleni Zaras,** NYU *Roots of Green Infrastructure in Nineteenth Century Egypt? A Closer Look at the Suez Canal Company and its Horticultural Interests*
**Alex Schultz,** UC Santa Barbara *Waiting in Line at Taps: Water Carriers and the Disruption of Water Infrastructure Modernization in Egypt*
**Mohamed Abdou,** NYU *Elusive Fish in a Pond: State-Fishermen Contestation &amp; the Formation of Sovereignty in the Manzala Lake Region of Lower Egypt, 1834-1914*
**Zeead Yaghi,** UC San Diego *Planning National Unity: An Investigation of State Development and Modernization in Rural Lebanon 1958-1970*
**Carly Krakow,** London School of Economics *Toxic Saturation and Health Devastation in Iraq: The Indelible Damage of War*

## XI-09: Gender and Political Participation

**Mona Tajali,** Agnes Scott College *The Impact and Role of National Women's Machineries: Case Studies from Afghanistan, Iran and Turkey*
**Kathleen Doody,** University of Arkansas *Representation of Women in Electoral Politics during Tunisia's Democratic Decade*
**Lindsay J. Benstead,** Portland State University *Explaining the Gender Gap in Political Engagement in the Arab World*
**Bethany Shockley,** American University of Sharjah *Support for Female Candidates in the UAE: An Experimental Exploration of Intersectional Identities*
**Jean-Baptiste Allegrini,** University College London *Lebanese Women Searching for their Political Destiny: The 2018 Parliamentary Elections' Gender and Sectarian Hurdles in Scrutiny*

## XI-10: Trajectories of Rebel Governance in the Syrian war

Organized by **Tiina Hyyppä**

Chair/Discussant: **Steven Heydemann,** Smith College

**Tiina Hyyppä,** University of Helsinki *Civil Governance in Protracted Conflicts: Evidence from Syria*
**Silvia Carenzi,** Scuola Normale Superiore *Building Legitimacy: A Comparative Analysis of Militant Islamist Groups in Syria*
**Joseph Daher,** European University Institute *Syria, Political Economy of Zones of influence between division and cooperation*

## XI-11: Anticolonial and Anti-imperial Mobilizations

Chair: **James Clark,** University of Nebraska Omaha

**Fatima-Ezzahrae Touilila,** Columbia University *The Caliphate question: archive of a crisis in the imperial order (1914-1926)*
**Emily Schneider,** Northern Arizona University *The Role of Ideological Conversion in the Palestine Solidarity Movement*
**Tom Woerner-Powell,** University of Manchester *Many Paths to Peace: Islam, Pacifism, Decoloniality, and Interdisciplinarity*
**Chris Rominger,** University of North Florida *Transnational Origins of the Anti-Colonial Maghrib: Scenes of Empire and Rebellion from Southern Tunisia, 1915-16*

## XI-12: Literary Dissemination and Reception

**Ian VanderMeulen,** NYU *Authority of the Absurd: Humor and Satire in an Islamic Discursive Tradition*
**Tristan Leperlier,** CNRS/Columbia University *The Internationalisation of Maghreb Literature: Between France and the USA?*
**Tariq Adely,** George Washington University *Localizing "Jordanian" Authors: Practices of Place and Scale on Literature-Focused Facebook Pages*
**Marjan Moosavi,** University of Maryland, College Park and **Mehdy Sedaghat Payam,** University of Maryland, College Park *Iranian Drama by Vectors: A Computational Analysis of Iranian Plays*
**Nusaiba Imady,** University of Minnesota *Mayy Ziyāda and Archival Fabulation: The Fabrication of History in Waciny Laredj's May-Nights of Isis Copia*
**Nancy Linthicum,** University of South Carolina *Reading Egyptian Literature at Home and Abroad: Transnational Reception of Miral al-Tahawy's Brooklyn Heights*

## XI-13: Transnational Networks of Migration

Chair: **Veronica Anghel,** Independent Scholar

**Rhoda Kanaaneh,** Columbia University *The Right Kind of Suffering: Arab Gender and Sexuality Asylum Seekers in the United States*
**Ayda Apa-Pomeshikov,** University of Washington *Syrian Forced Migrants as Humanitarian Professionals*
**Kenny Schmitt,** Al-Quds Bard College *Gazan Christians: After Migration and the Dilemmas of Remaining*
**Bogna Hall,** Polish Academy of Sciences *Seizing the right to asylum: an ethnography of Yemenis' border transgressions*
**Gehad Abaza,** UC Santa Barbara *Making home(s) in the 'Non-Existent': Syrian War-Time Migration in Abkhazia*
**Hasmik Tovmasyan,** University of Calgary *War, Transgenerational Trauma, and the Syrian Armenian Refugees in Canada*

## XI-14: Rural-Urban Womanscapes And Fourth Wave Feminism In Morocco

Organized by **Naziha Houki** and **Alka Kurian**

Chair: **Alka Kurian**
Discussant: **Souad Eddouada**

**Naziha Houki,** Al Akhawayn University *Social Media Engagement With Moroccan 4th Wave Feminist Content*
**Alka Kurian,** University of Washington Bothell *Fourth Wave Feminism In Morocco*
**Souad Eddouada,** Iben Tofail University *Moroccan Feminisms and the Urban/Rural Divide*

## XI-15: The Politics of Media

**Nareman Amin,** University of Pennsylvania *Bassem's Satire: Bringing Down the Beard with Humor*
**Anwar Alsaad,** Kuwait University *Humor In Short Narrative Texts And Jokes Created And Distributed Via Social Media In Kuwait During Covid-19*
**Michael Battalia,** Princeton University *Fake News in 1870s Beirut*
**Hanadi Al-Samman,** University of Virginia *Strangers in My House: Conspiracy Theory of Queer Representation in Arab Media*
**Jabbar Al-Obaidi,** Bridgewater State University *Political Environment and Media Development in Iraq Historical, Professional, and Political Overview*
**Arash Mohammadavvali,** Leiden University *Internal dynamics of the official Iranian memory of Iran-Iraq War*

## XI-16: Islamic Law, Theology and Philosophy

**Annalise Pforr,** Hellenic College Holy Cross *Texts, Practices, and Embodied Experiences: Religious Experience in the White Monastery of 4th Century Upper Egypt*
**Mina Khalil,** Harvard Law School *Making Society: Doctrinal Shifts on the Eve of Transformation in Nineteenth-Century Ottoman Egypt*
**Rachel M. Scott,** Virginia Tech *Mutual Aid: Reading Abu Hamid al-Ghazali's Treatise on Friendship with an Anarchist Lens*
**Zain Alattar,** UC Berkeley *The Avicennian and Akbarian turn in Shiite Theology: an analysis of two sections of that 'Ali ibn Sulaymān al-Baḥrāni's (d. ca. 1274 CE) al-Ishārat wa-l-Tanbhīhāt*
**John Walbridge,** Indiana University Bloomington *Rediscovering Suhrawardi: The Evidence of Manuscripts and Texts*
**Pouyan Shahidi,** Indiana University Bloomington *From experimentation to discovery: Ibn al-Haytham's color analysis in celestial natural philosophy*

## XI-17: The Middle East and Beyond

Chair: **Arash Azizi,** New York University

**Mustafa Aslan,** Justus-Liebig-Universität Gießen *Perceptions of 'the West' between Iran and Turkey: A Comparative Study of Jalal Al-e Ahmad and Necip Fazıl Kısakürek*
**Paola Rivetti,** Dublin City University *Beyond Orientalism? The Construction of Oriental and Middle East Studies in Italy*
**Ramy Marcos,** Hartford Seminary *Ecclesiastical Warfare: Historical Study of the Cultural Conflict between the American Mission and Coptic Orthodox Church in 1867*

**Nicholas E. Roberts,** University of the South *Zion on Display: Biblical Theme Parks and the Evangelical Imagination*
**Evren Altinkas,** University of Guelph *Americans in the Turkish War of Independence and Their Impact on the Change of American Public Opinion Towards Nationalists*

### XI-18: Visual Arts, and Images of Nationhood, Legacy, and Memory

Chair: **Sadam Issa,** Michigan State University

**Insia Malik,** CUNY Graduate Center *The Transnational Vocal Talent Competition Arab Idol and the Construction of Arabness*
**Liat Berdugo,** University of San Francisco *A Tree in Palestine: A photographic view of afforestation as a tool for colonization and control*
**Faezeh Faezipour,** University of Arizona *Legacy and Memory: Portraits of the Iranian Constitutional Revolution Leaders*
**Elisa Pierandrei,** Independent Scholar *Photography and Cultural Heritage: How the Van-Leo Collection Captured the Surreal Majesty of Cairo*
**Chelsea Haines,** Arizona State University *Gershon Knispel's Transatlantic Solidarities*
**Suzy Halajian,** UC Santa Cruz *Reimagining Narratives of Crisis: Contemporary Art and Speculative Politics*

### XI-19: (Re)producing Rural Life: Critical Agrarian Perspectives of Labor in the MENA

Organized by **Gabi Kirk** and **China Sajadian**

**Organized under the auspices of the Jadaliyya Environment Page**

Chair: **Gabi Kirk,** UC Davis

**China Sajadian,** CUNY Graduate Center *"Men Don't Weed": The Agrarian Question of Debt among Syrian Refugee-Farmworkers in Lebanon's Bekaa Valley*
**Brittany Cook,** Louisiana State University *The Social Reproduction of Wheat Production across Jordan*
**Schluwa Sama,** Independent Scholar *The Production of Values among Small-Scale Farmers in Iraqi Kurdistan*
**Anna Simone Reumert,** Columbia University *Future Returns: Indebtability and Crop Speculation Among Migrant Returnees in Sudan*

AAUP-01193

## SUNDAY, DECEMBER 4, 2022          SESSION XII  11:00 AM

### Roundtable
### XII-01: Transformation of the Global through 1979

Organized by **Maryam Alemzadeh**
and **Mohammad Ataie**

Chair: **Eric Lob,** Florida International University

**Maryam Alemzadeh,** Princeton University
**Mohammad Ataie,** Brandeis University
**Raphaël Lefèvre,** Aarhus University/Oxford University
**Toby Matthiesen,** Ca' Foscari University

### Roundtable
### XII-02: Connected Histories of Science, Islam, and the State in the Globalizing Middle East, 18th-20th centuries

Organized by **Sahar Bazzaz** and **Jane H. Murphy**

Chair: **Sahar Bazzaz,** College of the Holy Cross

**William Carruthers,** University of East Anglia
**Jane H. Murphy,** Colorado College
**Elise K. Burton,** University of Toronto
**Kenan Tekin,** Yalova University
**Victoria N. Meyer,** University of Arizona

### Workshop
### XII-03: Global Academy Workshop on Current Events in Afghanistan

Organized by **Mimi Kirk**, Middle East Studies Association

**Sharif Hozoori,** Cornell University
**Sayed Husseini,** Marymount University
**Haroun Rahimi,** American University of Afghanistan
**Omar Sadr,** University of Pittsburgh

### XII-04: Shifting Tides in Late Ottoman Times

**Yeliz Cavus,** Loyola University Maryland *Writing National History with Imperial Resources: The transformation of the Ottoman Historical Society to Turkish Historical Society*
**Hakeem Naim,** Northern Arizona University *The Ottoman Intelligentsia and the Genesis of the Afghan Mashrūtah Movement*
**Yigit Bayman,** University of Arizona *Ottoman Imperialism in Yemen in the Early Twentieth Century, Colonial Caliphate*

**Jennifer Manoukian,** UCLA *Cultural Nationalism and the Spread of a 'National Language' among Arabophone, Turcophone and Kurdophone Armenians in the Ottoman Empire, c. 1840 to c. 1860*
**Humza Azam Gondal,** Princeton University *Pan-Islamism and its Discontents: The Worldview of İttihad-ı İslam in the Late Ottoman Empire*
**Erdem Sönmez,** Social Sciences University of Ankara *Ranke in the Middle East: The Emergence of Modern Historiography in the Late Ottoman Empire*

### XII-05: Revisionist Ottoman History: Discoveries in the Archives and Beyond

Organized by **Christine Isom-Verhaaren**

Discussant: **Eric Dursteler,** Brigham Young University

**Christine Isom-Verhaaren,** Brigham Young University *Sailing in the Archives*
**Linda T. Darling,** University of Arizona *Archival Documents and Group Disaggregation in the Ottoman State*
**Kent Schull,** Binghamton University, SUNY *Navigating Criminal Justice related Sources for the Ottoman Empire: A "History from Below" Approach*
**Fariba Zarinebaf,** UC Riverside *Bordering and Surveying the Borderland: Azerbaijan under Ottoman Rule*
**Alex Schweig,** University of Arizona *Multiple Routes to the Anatolian Subject: Decentering Modernization Narratives in Late Ottoman Anatolia Through Source Diversity*

### XII-06: Mapping AKP's Civilizational Ideology in Turkey

Organized by **Gizem Zencirci**

Discussant: **Katerina Dalacoura,** London School of Economics

**Alev Cinar,** Bilkent University/Stanford University *Debating Civilization in Contending Muslim Conservative Journals in Turkey*
**Ayse Ayten Bakacak,** Ankara Yildirim Beyazit University *Islamist Contestation of AKP's Civilizationist Discourse: The Iktibas Journal*
**M. Nergiz Altinsoy,** Independent Scholar *Founders of AKP's Civilizationist Ideology: Ahmet Davutoğlu and İbrahim Kalin in a Comparative Perspective*
**Gizem Zencirci,** Providence College *"The Hidden Codes of Civilization": Reviving Ottoman Ahi (Craft) Guilds and Rebuilding Islamic Business Ethics*

**Seda Baykal,** University of Pittsburgh *Bringing Madrasa Back: Higher Education and Institutionalization of Islamic Civilization In Contemporary Turkey*

### XII-07: Emotional Wellbeing in the MES Classroom: Teaching on the Middle East in Times of Distress

### Organized under the auspices of the Committee for Undergraduate Middle East Studies (CUMES)

Organized by **Pheroze Unwalla**

Chair: **Victoria Hightower,** University of North Georgia

**Kristi N. Barnwell,** University of Illinois at Springfield *Compassion and Community in the MES Classroom: Reflections on Teaching through Collective Trauma*
**Jenna Rice Rahaim,** Macalester College *Empathy and Embodiment in the Islamic Studies Classroom*
**Pheroze Unwalla,** University of British Columbia *Emotion(ality) and Emotive Writing: A SOTL Study into the Impacts in/on the Middle East Studies classroom*

### XII-08: Reconceptualizing Knowledge and Narratives

**James Whidden,** Acadia University *Zaghlul's Memoirs: Significance in the Revolutionary Processes, 1919*
**Khalil Dahbi,** GIGA *Narrating a New World: The Moroccan Marxist-Leninist Movement in the Post-Cold War Era*
**Mona Khneisser,** University of Illinois at Urbana-Champaign *Unsettling Crisis: Rethinking Crisis Narratives & Epistemes in Theorizing Political Economy & the Everyday in Lebanon*
**Anna Rebrii,** Binghamton University *Transforming Knowledge Production: Epistemological and Methodological Contributions of the Kurdish and Zapatista Movements*
**Rand al-Jumaily,** University of Toronto *Re-examining Iraq's Simele Massacre*
**Selin Ünlüönen,** Oberlin College *Shah Tahmasb's Juvenelia and the Limits of a Patron's Biography*

### XII-09: Religious and Political Developments in Modern Egypt

Chair: **Mohammad Salama,** George Mason University

**Peter Gran,** Temple University *Updates and Revisions in the Study of the Egyptian Reformer Shaykh Hasan Al-`Attar, d. 1835*
**Amy Fallas,** UC Santa Barbara *Death of a Prime Minister: The Assassination of Boutros Ghali and Mediating*

*Sectarianism in Egypt, 1906-1911*
**Mathias Ghyoot,** Princeton University *Brothers Behind Bars: Researching the History of the Muslim Brotherhood in Egypt, 1948-1975*
**Farida Makar,** University of Oxford *The Malleability of Progressive Education: The early Nasser Years*
**Arthur Zárate,** San José State University *Debating Islamic "Tradition": Can the Concept Account for Change or Novelty in Islam?*
**Erika Biagini,** Dublin City University *The Egyptian Muslim Brotherhood after its Ousting from Government: A Meso-Level Analysis*

### XII-10: Wage Labor and Markers of Social Class

Chair: **Hee Eun Kwon**

**Crystal Ennis,** Leiden University *Rethinking Wages and Class in Global Gulf Labour Markets*
**Hee Eun Kwon,** UC San Diego *Performance of Cosmopolitanism in the United Arab Emirates*
**Yavuz Yasar,** University of Denver *Social Reproduction in Turkey since the 2000s*
**Mikiya Koyagi,** University of Texas at Austin *Pedaling in Pahlavi Iran: A History of the Bicycle*
**Matt Buehler,** University of Tennessee *Racism and Labor Market Threat (Mis)Perceptions: An Original Survey Exploring Moroccan Attitudes about sub-Saharan Migrants*

### XII-11: Contemporary Palestine: Critical Perspectives and Arguments on Control, Autonomy, and Resistance

Organized by **Alaa Tartir**

Chair/Discussant: **Alaa Tartir,** The Graduate Institute

**Ghada Sasa,** McMaster University *"Making the Desert Bloom" or Desertifying Palestine?*
**Gabi Kirk,** UC Davis and **Paul Kohlbry,** University of Chicago *Situating the Transnational in Rural Palestine*
**Yara M. Asi,** University of Central Florida *The Bureaucracy of Mortality: The Structural Violence of Medical Permits for Palestinians in the West Bank and Gaza Strip*
**Jeremy Wildeman,** University of Ottawa/Carleton University *Western Intervention, Liberal Idealism and the Denial of Palestinian Self-Determination.*

## XII-12: Despair, Decay and Politics of Impasse

**Omar Yousef Shehabi,** Yale Law School *No Alternative to Despair? Sahrawis, Palestinians, and the International Law of Nationalism*

**Asli Bali,** UCLA *Democratic Decay in Turkey: The Use and Abuse of Constitutionalism*

**Omar Safadi,** University of Chicago *"Bigger Than You and Me": Geopolitical Games, Collective Action, and the Affects of Political Helplessness in Contemporary Lebanon*

**Alon Burstein,** Hebrew University of Jerusalem *Let's Trust in God: The Religionization/Secularization Processes of Violent Groups*

## XII-13: Rediscovering the Arabic Novel

**Nuha Askar,** Goethe University *The DeformNation Theory: The Fragmentation of the Nation in the Narratives of Postcolonial Nation-States*

**May Kosba,** Graduate Theological Union *Fateful Triangles: Locating Egyptian Race-Consciousness in Bahā' Tāher's Wāhat al-ghurūb*

**Adam Spanos,** Independent Scholar *The Presentist Novel in 1950s Lebanon*

**Kyle Wanberg,** NYU *Consumption as a Narrative Device: Sonallah Ibrahim's The Committee*

**Rania Mahmoud,** University of Arkansas *A Sufi Evaluation of the Egyptian National Project in Bahaa Taher's Sunset Oasis*

## XII-14: The Reconfiguration of Gender, Violence and Sexuality

**Vickie Langohr,** College of the Holy Cross *Are Poor Men More Likely to Harass? Social Class in Discourse About, and Criminal Prosecution of, Public Sexual Harassment in Egypt*

**Alessandra Bonci,** Laval University *How pious illiberal Muslim women challenge the national identity in the post-revolutionary Tunisia*

**Serpil Atamaz,** CSU Sacramento *Nowhere is Safe: Sexual Violence in Early Republican Turkey*

**Rosemary Admiral,** University of Texas at Dallas *From Premodern to Modern: Navigating Law, Society, and Gender in Morocco*

**Babak Tabarraee,** University of Texas at Austin *Men at Work: Revisiting Filmfarsi and the Hegemonic Masculinities of the Pre-Revolutionary Iranian Cinema*

**M. Ruth Dike,** University of Louisville *Men "Doing Domesticity:" Reproductive Labor & Gendered Subjectivities in Urban Morocco*

## XII-15: Cultural Contestations: The Geopolitics and Reception of Turkish TV Dramas

Organized by **Yesim Kaptan**

Chair/Discussant: **Yesim Kaptan**

**Ece Algan,** CSU San Bernardino and **Yesim Kaptan,** Kent State University *Cultural production under government control: The case of Turkish TV industry*

**Petra De Bruijn,** Leiden University *Primetime Piety. The depiction of religion in Turkish television drama.*

**Yasemin Celikkol,** Northwestern University in Qatar and **Sashreek Garg,** Northwestern University in Qatar *The Popular Geopolitics of Turkish TV Series in India*

**Marc Saurina,** Universidad Carlos III de Madrid *Need of cultural translation? Exploring dubbing and subtitling practices into Spanish of Turkish TV Series*

## XII-16: The Afterlives of the Arab Spring: Exile and Diaspora Mobilization Post-2011

Organized by **Miray Philips** and **Amr ElAfifi**

**Miray Philips,** University Of Minnesota *Diasporic Coptic Activism, Generational Divides, and the Challenge of Framing Islam/ophobia*

**Yasmine Kherfi,** London School of Economics *The Politics of Syrian Archival Practices in Exile*

**Amr ElAfifi,** Syracuse University *The political psychology of exile*

**Negar S. Razavi,** Northwestern University *Navigating the Middle East in Washington*

**Saif Alislam Eid,** Arab Center for Research and Policy Studies *Exiled young leaders: how does the exile affect the Egyptian student activism leader?*

**Kelsey Norman,** Rice University *When is return migration possible? Egyptian exiles and informal transnational repression*

## XII-17: Architecture and Politics of Urban Spaces

Chair: **Vahid Vahdat,** Washington State University

**Robert Flahive,** Virginia Tech *"You need to give structure for perception, how to perceive our history": Harnessing architectural history to refashion settler colonialism in Tel Aviv*

**Noah Hysler Rubin,** Bezalel Academy of Art and Design *Municipal Engineer Ben Zion Guini and the transition from Ottoman to British planning in Jerusalem/Palestine*

**Muna Guvenc,** Brandeis University *Manifesting Identity through Urban Politics*
**Ahmed Abdelazim,** University of Wisconsin-Madison *Preachers of Islamic architecture: Locating the "Islamic" in Egypt's architectural discourse during 1980s*

## XII-18: Literary Translation and Cultural Contact

**Nergis Erturk,** Pennsylvania State University *Liubovnye romany: A Suat Derviş Novel in Russian Translation*
**Pierre Folliet,** Yale University *The Politics of Multilingualism on the Eve of Algeria's Independence: Arabization, Secularism, and Francophone Berber Intellectuals*
**Nicholas Mangialardi,** Williams College *"A Journey from East to East": Arabic Travel Writing from Japan*
**Maria Swanson,** United States Naval Academy *Nasīb 'Arīḍah's Translations, Arabizations and Emulations of the Russian Poetry and Their Impact on His Creative Works*
**Berkay Uluc,** University of Michigan, Ann Arbor *Rethinking Arabic-Turkish Literary Contact: 19th-century Robinson Crusoe Translations*
**Marina Mayorski,** University of Michigan *Translated Modernity: Ladino Adaptations of French Fiction in the Late Ottoman Empire*

## XII-19: Care Work and Healing Practices

Chair: **Yasmin Shafei,** AUB

**Sabrina Lilleby,** University of Texas at Austin *Self-help and Community Care in Post-Revolutionary Cairo*
**Josephine Chaet,** University of Illinois at Chicago *The Politics of Care (al-r'āiaa): Organizational Patronage in hashmī a-shamālī*
**Tess Waggoner,** New York University *Listening (Imp)Acts: Sound, Trauma and the "Bellephonic"*
**Noora Lari,** Qatar University *Building Capacities: Youth Civic Engagement in a post-Pandemic Era*
**Ayca Alemdaroglu,** Stanford University *Reading life through immature death or dying young in Turkey*
**Ahmed Ezzeldin Mohamed,** Stanford University *Explaining Government Responsiveness in Ramadan in the Muslim World*

AAUP-01197

## SUNDAY, DECEMBER 4, 2022                    SESSION XIII    1:30 PM

**Roundtable**
**XIII-01: Ottoman geographical knowledge and the early modern information order in the light of Sayyid `Ali Akbar's Khataynameh**

Organized by **John Curry**

Chair: **Kaveh Hemmat**

**John Curry,** University of Nevada, Las Vegas
**Kaveh Hemmat,** Benedictine University
**Hyunhee Park,** CUNY Graduate Center/John Jay College
**Gottfried Hagen,** University of Michigan
**Baki Tezcan,** UC Davis

**XIII-02: Captives, Clergymen, Soldiers, Refugees: Mobile Actors and their Accounts on the Transottoman Space**

Organized by **Gul Sen**

**Albrecht Fuess,** University of Marburg *Europeans as military experts and interpreters in the Mamluk Sultanate and beyond*
**Andreas Helmedach,** Ruhr-University Bochum *The Life and Crisis of a Venetian Soldier: Colonel Francesco Muazzo in the First Morean War (1684-1699)*
**Mihai D. Grigore,** Leibniz Institute of European History *There and Back Again: The Patriarch of Antioch and What the Ottoman Authorities Learned from His Journey to the Orthodox Rulers*
**Gul Sen,** University of Bonn *"From Now on You Are Captives of the Russian State!" Narrating the Experience of War Captivity in the Eighteenth Century*
**Suraiya Faroqhi,** Ibn Haldun University *The memoirs of two refugee women*

**XIII-03: Civilizational Thought in the Islamic Intellectual Field in Turkey**

Organized by **Alev Cinar**

Chair: **Alev Cinar,** Bilkent University/Stanford University
Discussant: **Cemil Aydin,** UNC Chapel Hill

**Talha Koseoglu,** Eskisehir Osmangazi University *Cold War Origins of Civilizational Thinking in Turkey: Journal of Islamic Civilization*
**Enes Ateş,** Mardin Artuklu University *The Formation of Civilization-Centered Thought in Turkey: Sezai Karakoc and The Dirilis (The Rebirth) Thesis*

**Ismail Yazici,** Bilkent University *Occidentalism, Internationalism, and Nativism in Islamic Civilizational Thought: Reflections on Nuri Pakdil's Writings*
**Fatma Murat Elmacioglu,** Bilkent University *The Idea of Civilization and City in the Writings of Lütfi Bergen: Şehir against Kent*

**XIII-04: Intellectual Movements in Modern Egypt**

**Ahmad Agbaria,** University of Texas at Austin *The Post-Ottoman Order: On the Philosophical Project of Ahmad Amin*
**Sarah Azmeh,** Indiana University Bloomington *Muhammad Al-Khidr Ḥusayn and the Nationalist Modernity of the Free Officers: A "Modern" Yet Authentic Egypt?*
**Weston Bland,** University of Pennsylvania *Salama Musa and "Religious Fascism"*
**Atar David,** University of Texas at Austin *The Social Dilemma: Why, Who, and How to Feed Egyptian Citizens in the Interwar Period*
**Eftychia Mylona,** Leiden University *Education in transition: The Greeks and the education in Egypt,1960s-1980s*
**Rami Ginat,** Bar-Ilan University *Lutfi al-Khuli and the Exgyptian Peace Movement: A Missed Opportunity*

**XIII-05: The Shifting Terrain of Power and Politics in Iran**

Chair: **Annie Tracy Samuel,** University of Tennessee at Chattanooga

**Ali Reza Eshraghi,** UNC Chapel Hill MidEast Center *Neither the Will to Power, Nor Power of the Will: IRGC and the Contingent Politics of Growth*
**Vahid M. Mazdeh,** UC Berkeley *History and Politics: Readings of the Constitutional Revolution in Post-1979 Iran*
**Sohail Jannessari,** Universitat Pompeu Fabra *The disappearing urban-rural divide in Iran's elections*
**Ehsan Kashfi,** University of Alberta *The Politics of Street Names: Reconstructing Iran's Collective Identity*

**XIII-06: A Thumb on the Scale: Exploring the Limits of U.S. Narratives of Neutrality in the Middle East after Camp David**

Organized by **Laila Ballout**

**Nathaniel George,** Harvard University *Kissinger's Congo Men: Race, Empire, and Counterrevolution in Congo, Southeast Asia, and the Eastern Mediterranean*

**Laila Ballout,** Wichita State University *"Preserving our Shared Western Values: U.S. Neutrality in the Lebanese Civil War and the Campaign to Strengthen Ties between the Lebanese Phalange and the United States",*
**Alex Hobson,** US Naval War College *Sheikh Muhammad Fadlallah and the Fragility of U.S. Power in the Middle East in the 1980s*
**Daniel Chardell,** Harvard University *Let My People Go— Where? Soviet Jewish Migration, Israeli-Palestinian Peace, and the Limits of U.S. Neutrality, 1989-1991*

### XIII-07: History of Medicine, Health Care, and Collectivism

**Iman Darwish,** Harvard University *Ibn Abī al-Ash'ath Book of Simples: The Formative Period of the Arabic Tradition of Materia Medica*
**C. Carter Barnett,** Johns Hopkins University *Gazan Society and Missionary Medicine, 1882-1954*
**Samuel Dinger,** NYU *The Sakan Shababiyy, or the World Improvised: Masculine Care and the Production of Domestic Space in Exile*

### XIII-08: Constructing, Shifting and Breaching Borders

Chair: **David Siddhartha Patel,** Brandeis University

**Mitch Bacci,** Harvard University *Opiate Trafficking as Everyday Resistance in the Interwar Eastern Mediterranean*
**Golaleh Pashmforoosh,** York University *From Ienj Boats to Nuclear Reactors: the Rise of Bushehr, 1850-1989*
**Jackson Perry,** George Washington University *When Is an ex-Spahi Just an ex-Spahi? Accommodation and Sovereignty in the Saharan Borderlands of Nineteenth-Century Algeria*
**Yasmine Zarhloule,** University of Oxford *The Revival of Cooperatives, Productive Citizens & Neoliberal Practices: Examining Bordering practices in Eastern Morocco*
**Bilal Salayme,** Graduate Institute of Geneva and **Osama Seyhali,** Marmara University *It has never been separated! The role of religious orders in unmaking the Turkish-Syrian border in Syria's Jazira Region*
**Bret Windhauser,** University of Washington *Placing the Frontier: Imperialism and Expansion Along the Iraq-Kuwait Border*

### XIII-09: Managing the Pandemic

Chair: **Elizabeth Berk,** Yale University

**Andreas Rechkemmer,** Hamad Bin Khalifa University *COVID-19 Policy Tracker: MENA Government Responses to the Crisis*
**Gamze Cavdar,** Colorado State University *State Capacity and Gender in the Age of COVID-19*
**Suzanne Morrison,** Zayed University *The Securitization of COVID-19 in the Occupied Palestinian Territories*
**Fahed Al-Sumait,** American University of Kuwait *Assessing the Digital Impacts of COVID-19 in Kuwait*
**Jinan Al-Habbal,** London School of Economics *Protesting through a Pandemic: Youth Activism in Lebanon*

### XIII-10: Bringing in the Other Islamists – comparing Shia and Sunni Islamism

Organized by **Jeroen Gunning** and **Morten Valbjorn**

Chair: **Morten Valbjorn,** Aarhus University

**Younes Saramifar,** Aarhus University/Vrije Universiteit Amsterdam *We are History:  Historical Affect, radical cosmologies and militancy in the MENA region*
**Courtney Freer,** Emory University *An Islamist Disadvantage?: Revisiting Electoral Outcomes for Islamist Parties in the Middle East*
**Toby Matthiesen,** Ca' Foscari University *Comparing State Sponsorship for Sunni and Shii Islamist movements*
**Raphaël Lefèvre,** Aarhus University/Oxford University and **Jeroen Gunning,** Aarhus University/London School of Economics *A Regional Jihad? The Transnational Dynamics of Shia Islamist Armed Groups*
**Andrew Leber,** Tulane University and **Morten Valbjorn,** Aarhus University *What We Talk About When We Talk About Islamists*

### XIII-11: Armed Conflicts and Ideological Warfare

**Sara Dima Abisaab,** NYU *Geographies of War: Scalar Containment Through Municipal Politics in Post-War Lebanon*
**Francisco Javier Martinez,** University of Zaragoza *Reassessing chemical warfare in Morocco's Rif War, 1921-1927. Actors, initiatives, effects*
**Lina Wang,** University of Washington *Turkey's "Good Muslims and Good soldiers" in Korea: Turkish Prisoners of War in Communist Camps*
**Ismet Herdem,** Indiana University *Pragmatism and Conflict in the Turkish-Iranian Paradox*

**Emrullah Uslu,** Independent Scholar *Populism, Elitism, and Violence in Political Islam: Comparing Muslim Brotherhood and Gulen Network*

### XIII-12: Literary Narratives, Music, Material Culture

Chair: **Sadegh Ansari,** SUNY Geneseo

**Rama Alhabian,** Hamilton College *What is Modern about Repetition? Mimesis and Mimicry in Nasif Al-Yazji's Maqamat Collection Majma al-Bahrayn*
**Ahmad Rashid Salim,** UC Berkeley *The Ballads of Bedil: Literature, Mystics, and the Musicians of Kabul*
**Ahmet Yusuf Yuksek,** NYU *"Bir Lokma, Bir Hırka (a Morsel of Food and a Cloak):" The Material Culture of the Pre-Modern Mevlevi Culinary and Clothing Traditions*
**Lubna Safi,** UC Berkeley *How the Andalusī Qaṣīdah Sees? The Transformative Capacity of Takhyīl and the Poetic Image*
**Kaveh Hemmat,** Benedictine University *Depictions of East Asia and the Islamicate Prehistory of Early Modern Utopias*
**James Clark,** University of Nebraska Omaha *Fact and Fiction: A Look at Two Works by Mirza Hasan Khan E'temad os-Saltaneh*

### XIII-13: New Models for Citizenship and Statehood

Chair: **Özgür Özkan,** University of Washington

**Diane E. King,** University of Kentucky *The Kurdistan Region of Iraq and the Changing Middle East Political Map*
**Mehdi Faraji,** NYU *From "Civilized" to "Independent" Citizens: The Literacy Campaign and Citizenship in pre- and postrevolutionary Iran*
**Mohammed Salih,** University of Pennsylvania *The Islamic State's Visions of Political Community and Statehood vis-à-vis Nationalism*
**Berna Turam,** Northeastern University *Bar Association Safeguarding Istanbul's Recount Election: The Bar-City Alliance For Democracy*
**Bilgehan Ozturk,** Sakarya University *Madkhali-Salafis as a 'Counter-Revolutionary' Tool in Libya*

### XIII-14: National and Transnational Cinema

**Farzaneh Ebrahimzadeh Holasu,** University of Nevada Reno *Everyday Resistance and Quite Encroachment in Shirin Neshat's Women Without Men (2009) and Mahdokht (2004)*
**Anna Levett,** Oberlin College *As If: Documentary Cinema After the Arab Uprisings*
**Meryem Belkaid,** Bowdoin College *Documentaries and nation-building in Algeria*
**Reem Kosba,** Graduate Theological Union *Orientalist*

*Myths of Ancient Egypt in Egyptian Cinema: A Case of Bride of the Nile*
**Mariam Abazeri,** University of Miami *Women of the Sun: The Politics of Collective Mediamaking and Transnational Productions*

### XIII-15: Religious Discourse and Identity Construction

**Azadeh Vatanpour,** Emory University *A Collective Enterprise: Discursive Construction of Yarsan Identity*
**David Larsen,** NYU *Dawud al-Ta'i, Self Distancing, and Manumission*
**Babak Rahimi,** UC San Diego *Shīʿī Iranian clerical Authority in the Age of Social Media*
**Edith Szanto,** University of Alabama *Healing in Contemporary Arab Twelver Shi'ism*
**Afsane Rezaei,** Utah State University *Vernacular Authority and the Reformulation of Religious Observance*
**Sergey Salushchev,** UC Santa Barbara *Take Me to Karbala: Body, Piety, and the Imperial Thanatopolitics in the Shi'a Community in the Nineteenth Century Caucasus*

### XIII-16: Constructing and Challenging Gender Norms

**Kholoud Hussein,** Cornell University *Silver Screen Cinderella: Soad Hosny and the Fashioning of a Cultural Image*
**Damla Isik,** Regis University *Developing the Peri-urban: Slow City, Slow Food, and Women's Entrepreneurship in Seferihisar, Turkey*
**Nevine El Nossery,** University of Wisconsin-Madison *When Comics Dismantle Taboos in Morocco*
**Nada Ali,** UCLA *Unveiling in the time of Revolution and Coup*
**Namie Tsujigami,** Sophia University *Consumption-driven Entrepreneurship among Women in Saudi Arabia*
**Khadidja Bouchellia,** University of Arkansas *Silent Screams in Maghreb Cinema: Depictions of Abortion in the films The Silences of the Palace (1994) and Razzia (2017)*

### XIII-17: A Project-Based Language Learning (PBLL) Approach to Developing Advanced Communicative Skills, Multiliteracy and Intercultural Competence: Examples from the Arabic Language Flagship

Organized by **Sonia Shiri**

**Ahmed Hanafy,** University of Maryland *Drive and Survive: An Arabic Project-Based Language Learning Project*
**Attia Youseif,** Indiana University *Make Yourself at Home: Hospitality in Arab and American Culture*
**Abdessamad M'barki,** University of Arizona and **Sonia Shiri,** University of Arizona *"Help My Association: Project Based Language Learning in a Hybrid Study Abroad Context"*



# ESA MEMBERSHIP & REGISTRATION



*fax* 520-207-3166
*email* sara@mesana.org
*post* MESA, 3542 N. Geronimo Ave., Tucson AZ 85705 (USA)

Complete and return form to the MESA Secretariat by no later than **November 8, 2022***
for pre-registration rates or register through myMESA and pay on-line.
* Session participants required to pre-register by May 18, 2022

Name _____

Affiliation _____

Email (req) _____

**Amounts shown are in US$**

## Membership Dues
Individuals should complete a profile in their myMESA account

| | |
|---|---|
| Student member | ❏ $ 65 |
| Retired member | ❏ $ 85 |
| Fellow or Associate member | ❏ $ 75 (income less than $30,000) |
| | ❏ $100 (income $30,001 - $40,000) |
| | ❏ $125 (income $40,001 - $50,000) |
| | ❏ $150 (income $50,001 - $60,000) |
| | ❏ $175 (income $60,001 - $70,000) |
| | ❏ $200 (income $70,001 - $80,000) |
| | ❏ $225 (income $80,001 - $90,000) |
| | ❏ $250 (income $90,001 - $100,000) |
| | ❏ $275 (income $100,001 - $125,000) |
| | ❏ $300 (income $125,001 - $150,000) |
| | ❏ $350 (income greater than $150,001) |

## Registration Category

| | |
|---|---|
| Student/retired MESA member | ❏ $ 85 |
| Full/associate MESA member | ❏ $175 |
| Student, non-MESA member | ❏ $150 |
| All other non-MESA members | ❏ $300 |

## Payment Information

❏ Visa /MasterCard /Discover/AMEX
❏ Check (payable to MESA, in US$ and drawn on US bank)
    Send to MESA, 3542 N. Geronimo Ave, Tucson AZ 85705

Card Number _____

Exp Date _____     CVV* (3 or 4 digit code) _____

Cardholder Name _____

Billing Address _____

Signature _____

Email receipt to _____

**Refund Policy**  Participants: Requests for refunds must be received by September 1, 2022.
All others: Requests for refunds must be received by November 8, 2022.
Send refund inquires to *sara@mesana.org*

AAUP-01201