

**EXHIBIT 194**

# MESA 2023

Montréal, Québec, Canada
November 2-5, 2023

# PRELIMINARY PROGRAM

MESA's largest program ever — with over 370 sessions, an extensive book exhibit, and a virtual FilmFest.

Please see the MESA 2023 <u>searchable program</u> for current information on this year's program. You may also search previous programs from 2009-2022.

## Schedule of Events

**Thursday, November 2**
| | |
|---|---|
| 3:00-6:00 PM | Book exhibit |
| 3:00-5:00 PM | Session I |
| 5:30-7:30 PM | Session II |

**Friday, November 3**
| | |
|---|---|
| 8:30-10:30 AM | Session III |
| 9:00 AM-6:00 PM | Book exhibit |
| 11:00 AM-1:00 PM | Session IV |
| 1:30-3:30 PM | Session V |
| 4:00-6:00 PM | Session VI |
| 7:00-9:30 PM | Presidential Address & Awards Ceremony |
| 9:30-11:00 PM | MESA Reception |

**Saturday, November 4**
| | |
|---|---|
| 8:30-10:30 AM | Session VII |
| 9:00 AM-6:00 PM | Book exhibit |
| 11:00 AM-1:00 PM | Session VIII |
| 1:15-2:45 PM | Members meeting |
| 3:00-5:00 PM | Session IX |
| 5:30-7:30 PM | Session X |
| 8:30 PM-1:00 AM | Stand-up Showcase & MESA Dance Party |

**Sunday, November 5**
| | |
|---|---|
| 8:00 AM-12:00 PM | Book exhibit |
| 8:30-10:30 AM | Session XI |
| 11:00 AM-1:00 PM | Session XII |
| 1:30-3:30 PM | Session XIII |

## REGISTRATION HOURS

| | |
|---|---|
| 11:00 AM - 7:00 PM | Thursday, Nov. 2 |
| 8:00 AM - 5:00 PM | Friday, Nov. 3 |
| 8:00 AM - 6:00 PM | Saturday, Nov. 4 |
| 8:00 AM - 1:30 PM | Sunday, Nov. 5 |

## Special Events at MESA 2023

### Friday, November 3
**7:00-11:00 PM**

**Presidential Address**
Eve M. Troutt Powell, University of Pennsylvania

**MESA Awards Ceremony**
Honoring excellence in Middle East studies

**MESA Reception**
Held immediately following, in celebration.

### Saturday, November 4
**8:30 PM-1:00 AM**

**Stand-up Showcase and MESA Dance Party**
Join us for a stand-up comedy show highlighting a diverse lineup of some of the funniest Montréal-based comedians of Middle Eastern descent, followed by a dance party dedicated to the celebration of diverse music from the Middle Eastern and North African regions and their diaspora. *Co-sponsored with the Institute for Islamic Studies at McGill University.*

## Conference Registration
**Pre-register by September 29**
or on-site beginning
Thursday, November 2 at 11:00 AM

To register, <u>https://mesana.org/annual-meeting/registration</u>

| Category | By Sept 29 | On-site |
|---|---|---|
| Full/associate | $175 | $225 |
| Student/retired member | $85 | $135 |
| Student non-member | $150 | $200 |
| Other non-members | $300 | $350 |

AAUP-01202



**MESA 2023**

Montréal, Québec, Canada
November 2-5, 2023

*We extend a special thank you to our*

## MESA 2023 CONFERENCE SPONSORS

### GOLD LEVEL





### SILVER LEVEL



EDINBURGH | *Connecting people and ideas*
University Press | edinburghuniversitypress.com

### BRONZE LEVEL





AAUP-01203



## MESA 2023

Montréal, Québec, Canada
November 2-5, 2023

## LOCATION

### PALAIS DES CONGRÈS DE MONTRÉAL



The MESA Annual Meeting will be held at the Palais des congrès de Montréal (main entrance is 1001 Place Jean-Paul-Riopelle) and easily accessed by all forms of transportation. This convention center is reknowned for its architectural beauty and iconic multicolored glass façade. The Palais des congrès is a part of the underground city shopping promenade and is the location of the Place-d'Armes station on the orange line of the Montréal Metro.

## CONFERENCE HOTELS

MESA has contracted for discounted room nights at three hotels near the convention center. The cut-off date for receiving discounted rates is **October 9, 2023**. Booking your room at one of these hotels helps to cover most of the costs of the Annual Meeting, and therefore allows us to subsidize our registration rates.

### DOUBLETREE BY HILTON MONTRÉAL

1255 JEANNE MANCE STREET
To book a room at the Doubletree by Hilton Montréal, use this passkey or by phone call 1-800-361-8234 and mention **MESA Annual Meeting 2023**.

| | |
|---|---|
| Single/Double | CAD$259 (approx. US$191) |
| Triple | CAD$284 (approx. US$209) |
| Quadruple | CAD$309 (approx. US$227) |

### NEEDING A ROOMMATE?

MESA maintains a "roommates wanted" page on its website where those wanting to share rooms can find each other. If you are interested in sharing a room at the conference hotel during the MESA annual meeting, visit MESA's website at **https://mesana.org/annual-meeting/roommate-locator.**

### LE WESTIN MONTRÉAL

270 ST. ANTOINE QUEST
To book a room at Le Westin Montréal, use this link.

| | |
|---|---|
| Single/Double | CAD$259 (approx. US$191) |
| Triple | CAD$299 (approx. US$220) |
| Quadruple | CAD$339 (approx. US$250) |

### INTERCONTINENTAL MONTRÉAL

360 SAINT-ANTOINE STREET WEST
To book a room at the Intercontinental, use this passkey.

| | |
|---|---|
| Single/Double | CAD$279 (approx. US$205) |
| Triple | CAD$299 (approx. US$220) |
| Quadruple | CAD$319 (approx. US$235) |



## MESA 2023

Montréal, Québec, Canada
November 2-5, 2023

# MESA MEMBERS MEETING
## NOVEMBER 4, 2023
## 1:15-2:45 PM EDT

The members meeting is an annual meeting of the membership open to all members. Voting is restricted to full and student MESA members. The meeting mainly consists of reports (see agenda below). Where members play an important role is in voting for the Nominating Committee and on any resolutions that are being presented. A member in good standing can add names to the list of people who will be invited to run for the Nominating Committee, augmenting those proposed by MESA's Board.

**Quorum**
A minimum of 35 voting-eligible members must be in attendance for votes to be taken. Failing that, the meeting can be held but votes cannot be taken.

**Resolutions**
When important issues are before the membership, resolutions are sometimes presented at the members meeting. Resolutions can originate from MESA's Board or from the membership. For resolutions to be acted upon at the 2023 Members Meeting, they must be in the hands of the MESA Secretariat by Wednesday, October 18, 2023. Instructions for submitting resolutions can be found in MESA's Bylaws, which are posted on MESA's website at **mesana.org**.

MESA Members Meeting *Sample Agenda*

1. Call to Order
2. Adoption of Meeting Rules
3. Adoption of the Agenda
4. In Memoriam and Moment of Silence
5. Announcement of 2023 MESA Election Results
6. 2024 MESA Nominating Committee Call for Names
7. Update from President Eve Troutt Powell
8. Report of Executive Director Jeffrey D. Reger
9. Reports of Editors: Joel Gordon for *IJMES* and Heather Ferguson for *RoMES*
10. Committee Reports
11. New Business
12. Adjournment

## VOLUNTEER PANEL CHAIRS NEEDED

We welcome volunteers to chair put-together panels (assembled by the Program Committee out of accepted individual abstracts). Chairs may take it upon themselves to also serve as discussants. Panels needing chairs (as of August 30, 2023) are designated with "Volunteer needed". To volunteer, **please complete the form located on MESA's website.** Please note that MESA membership and annual meeting pre-registration are required of all meeting participants on the program, including volunteer panel chairs.

AAUP-01205



**MESA 2023**

Montréal, Québec, Canada
November 2-5, 2023

# CONFERENCE POLICIES AND SPECIAL ACCOMMODATIONS

### PERSONAL BEHAVIOR

MESA is committed to providing a safe, welcoming, and supportive environment for all members and participants in MESA events. Intolerance, discrimination, and harassment undermine the values of MESA's mission and purpose, which is to facilitate professional opportunities for all participants and members. We strive to maintain dialogue, create a culture of care, and provide space for the academic exchange of ideas. MESA supports the identities of all participants, regardless of gender, gender identity or expression, race, color, national or ethnic origin, religion or religious belief, age, marital status, sexual orientation, disabilitiy, veteran status, or immigration status.

All attendees of MESA events are expected to adhere to these values, including conference participants, students, guests, staff, contractors and exhibitors, and participants in professional and social events.

Any attendee who creates an unwelcoming environment for others through inappropriate behavior, or who creates a disturbance or safety hazard, will be subject to having their registration revoked, and potentially be barred from attending future meetings.

If you are being harassed or notice an act of harassment, please see the MESA Help Desk located in the registration area, and/or email *ash@mesana.org*.

### DISCLAIMER

The opinions, statements, presentations, data, images, videos, documents, and other information expressed or otherwise shared by presenters or other participants at the meeting are for informational purposes only. The views and opinions expressed by presenters are not those of MESA, unless expressly indicated otherwise. MESA is not responsible for the accuracy, quality, or reliability of any of the materials presented, or liable for any damages arising therefrom. MESA shall not be responsible for any defamatory, offensive, or illegal conduct of any meeting attendee.

### NO-SHOW POLICY

A "no-show" is someone who is not physically present at their panel at the conference and hasn't notified the MESA Secretariat beforehand. Please notify the Secretariat (meeting@mesana.org) if you cannot attend your session in any capacity so that we may have accurrate records and update the program.

### SOCIAL MEDIA

Speakers presenting materials that they do not wish to be shared live should make a request to the audience at the beginning of their presentations. Follow MESA on Twitter (now X), Facebook, and Instagram for the latest on **#MESA2023** and the field of Middle East studies.

### CHILD CARE SUBSIDY AVAILABLE

MESA does not directly provide on-site child care, but registered MESA attendees can hire a local service to care for children during the Annual Meeting in Montreal, and MESA will reimburse up to $200 of expenses. We support working parents, and we thank our members for their generous contributions to the MESA Annual Meeting Child Care fund, which permits your association to subsidize the cost of child care for attendees. For further information, see https://mesana.org/annual-meeting/childcare.

### LACTATION ROOM

A private room has been designated for parents needing to nurse their children. Please see the MESA Help Desk located on Level 5 to obtain access.

### PRAYER & QUIET ROOM

MESA has designated Room 440 for prayer and quiet space.

### COMPLIMENTARY WHEELCHAIR

Wheelchairs may be borrowed for use at the Palais but must be reserved in advance. For more information, go here.



**MESA 2023**

Montréal, Québec, Canada
November 2-5, 2023

# BOOK EXHIBIT

Publishers and vendors of interest to our members have booth space in the Book Exhibit, conveniently located near MESA registration and panels on the fifth level of the Palais. Take the opportunity to browse all of the latest publications in the field beginning Thursday, November 2 at 3:00 PM.

## EXHIBITORS

Aga Khan University Institute for the Study of Muslim Civilisations
American University in Cairo Press
Arab American Language Institute in Morocco (AALIM)
Arab Gulf States Institute in Washington
Arabic Language Institute in Fez (ALIF)
Arabic & Persian at University of Maryland
AramcoWorld
Brill
Cambridge University Press
Columbia University Press
The Council of American Overseas Research Centers (CAORC)
Dar Almandumah
Duke University Press
e-Marefa Database "Academic Arab Content"
Edinburgh University Press
FIE: Foundation for International Education
Georgetown University Press
Gingko
Hackett Publishing Company
I.B. Tauris
Indiana University Press
Ingram Academic & Professional

Institute for Advanced Study in the Global South at Northwestern University in Qatar
Intellect Books
Interlink Publishing
ISD LLC
Jordan Language Academy
Middle East Institute
Middlebury Language Schools & Schools Abroad
Library of Arabic Literature
Noor Majan Arabic/Daaris Institute - Oman
Oneworld Academic
Pathfinder Press
Princeton University Press
Qasid Arabic Institute
Sijal Institute for Arabic Language and Culture
Stanford University Press
Sultan Qaboos Cultural Center
Syracuse University Press
TAFL Center, Alexandria University
University of Alberta Press
University of California Press
University of Texas Press
University of Toronto Press

# MESA'S COOPERATIVE BOOK DISPLAY

MESA's Cooperative Book Display is a low-cost option for authors and/or publishers to display titles at the exhibit hall without the cost of renting booth space. To be a part of the Cooperative Book Display, complete the form and submit payment by October 1, 2023. One copy of each title is needed for display and becomes the property of MESA. For more information, contact MESA at meeting@mesana.org

AAUP-01207

# 40TH ANNUAL MESA FILMFEST

MESA's 40th Annual FilmFest, which will be held virtually, has dozens of new and innovative shorts and features, including both documentaries and narrative films. The virtual format allows meeting registrants to stream films on demand during the conference, as well as the week prior and the week after the in-person events. Only 2023 Annual Meeting registrations will have access to the view the films during this three-week window.

Here are some of the films we expect to screen.

## Fraiha

Based on the real-life childhood events of writer-director Amal Al-Shammari, Fraiha recounts her inspirational childhood memory when Amal (6) was helped to overcome her classroom literacy struggles by her loving mother Fraiha (45). Amal



returns home from school in a state of despair, unable to grapple with the work assigned by her teacher and mocked by the other students. Waiting at home for her, Fraiha attempts to console her emotional daughter and encourages her to work even harder on her homework. As a result of her continued support, Amal's schoolwork improves immeasurably, and she impresses both her teacher and fellow students. When Amal is awarded a merit certificate, Fraiha struggles to read it and Amal realises that her mother cannot actually read. This revelation inspires her even more and fills Amal with love and pride for her inspirational mother.

## Sister

Julie is the new receptionist at T-Hotel, Abu Dhabi, where she is welcomed by an enthusiastic yet culturally insensitive South Asian manager and a no-nonsense supervisor, Mary. Hoping that their similar backgrounds can bring them closer, Julie struggles to impress Mary who is keen on maintaining her reputation if she is to become the next manager. Julie quickly learns that friendly associations simply



cannot unfold within the workspace but remains hopeful about the possibilities of finding warmth and solidarity in the new city. Eating one sweet at a time, Julie and Mary subtly embark on a friendship unlike any other.

## in the whiteness is a poetic exploration of identity



through the eyes of a Harari woman, displaced from the Horn or Africa via war, now living in Canada. She uses poetry and movement as a meditative method of reconnecting with her roots and in doing so, establishes a magical bond with her ancestors.

## Transfer is a documentary film that showcases the

story of three Syrian activist friends (Amer, Muhammad and Sami, the director) during their last days in five-year siege imposed by the Assad regime in Eastern Ghouta. Each carried a different civil role to support their cause and community. They worked and hoped for a better future for their homeland, Syria.



Unfortunately, their dreams turned into nightmares. They were forced to leave their homeland and be separated. Amer ended up staying in northern Syria, Muhammad in Germany and Sami became a refugee in France. In the larger context, the film shows the situation in which the inhabitants of Eastern Ghouta had managed to survive the last military campaign carried out by the Syrian regime and the Russian air forces in February 2018.

The film explores the consequences of war on individuals and communities. Through the stories of the three main characters, it tackles issues of solidarity, death, forced displacement, exile and separation.

## Om Layoun, or The Mother of Sources, is a documentary

film (feature length) that aims to open a societal debate, in Tunisia and elsewhere, on the absolute and urgent need to better manage available water resources through the adoption of new economic models oriented towards more water and ecological, social, intergenerational and economic justice. The film is built on a simple idea: Water is a common good for all humanity, and access to it, according to needs, is a fundamental human right that should not suffer any precondition.



As a necessary condition for biological and societal life, water must not be considered in any way as a marketable commodity, as is the case today. This is what Om Layoun tries to demonstrate, discuss and defend by showing situations of scandalous waste and/or shocking deprivation induced by the internal mechanisms of the water market and, more generally, by the dominant extractivist economic model.

AAUP-01208

# MESA 2023

Montréal, Québec, Canada
November 2-5, 2023

# OTHER EVENTS

**MESA-organized Meetings & Events**
*Thursday, 11/2*
  **Committee on Undergraduate Middle East Studies (CUMES) Poster Presentation**, 4-5pm
*Friday, 11/3*
  **Committee on Academic Freedom Meeting,** 10:45am-1:15pm
  **Meeting of Officers of MESA's Affiliated Associations,** 9-10am
*Saturday, 11/4*
  **Middle East Center and Program Directors Meeting**, 9:30-11am
  **MESA Members Meeting**, 1:15-2:45pm
  **MESA Global Academy Reception,** 5-7pm

**AATA – American Association of Teachers of Arabic**
*Thursday, 11/2*
  **Board Meeting**, 9am-12pm
  **Panel**, 1-3:30pm
  **Business Meeting**, 4-5pm
  **Reception**, TBD

**AATP – American Association of Teachers of Persian**
*Thursday, 11/2*
  **Business Meeting & Awards Ceremony**, 11am-2:30pm

**AATT – American Association of Teachers of Turkic Languages**
*Saturday, 11/4*
  **Reception**, 7:30-9:30pm

**AIMS – American Institute for Maghrib Studies**
*Thursday, 11/2*
  **Business Meeting**, 1:00-2:30pm

**AIYS – American Institute for Yemeni Studies**
*Thursday, 11/2*
  **Business Meeting**, 9-10:30am

**AIS - Association for Iranian Studies**
*Thursday, 11/2*
  **Business Meeting**, 2-4pm

AAUP-01209

**AGAPS – Association for Gulf and Arabian Peninsula Studies**
*Thursday, 11/2*
   **Board Meeting**, 9am-12pm
   **Business Meeting**, 12:30-2:30pm
   **Reception**, 6-9pm

**AMEWS – Association for Middle East Women's Studies**
*Thursday, 11/2*
   **Board Meeting**, 1-3pm
   **Business Meeting**, 7:30-8pm
   **Reception**, 8-10pm

**Arabic Study Abroad Options at Alexandria University**
*Saturday, 11/4*
   **Informational Meeting**, TBD

**Consortium of Middle East National Resource Centers**
*Saturday, 11/4*
   **Meeting**, 11:15am-12:45pm

**MEM – Middle East Medievalists**
*Thursday, 11/2*
   **Board Meeting**, 9:30-11am
   **Business Meeting**, 12-2pm

**OTSA – Ottoman and Turkish Studies Association**
*Thursday, 11/2*
   **Board Meeting**, 4-5pm
   **Reception**, 8-9pm
   **Members Meeting**, 9-10:30pm

**PARC – Palestinian American Research Center**
*Thursday, 11/2*
   **Board Meeting,** 11am-2pm

**POMEPS – Project on Middle East Political Science at George Washington University**
*Thursday, 11/2*
   **Reception**, 8-10pm

**PSU – Pennsylvania State University, Department of History and Middle East Studies**
*Thursday, 11/2*
   **Reception**, 8-10pm

**SSA – Syrian Studies Association**
*Saturday, 11/4*
   **Annual Business Meeting**, 3-5pm

**UCLA**
*Saturday, 11/4*
   **Reception**, 5-7pm

AAUP-01210



SESSION I    3:00 - 5:00 PM              THURSDAY, NOVEMBER 2, 2023

**ROUNDTABLE**
**I-1: Locality and the Production of Knowledge in the Long Nineteenth Century: Extending Connections Across Middle East Studies and History of Science**

Organized by **Jane Murphy**

**Jane Murphy,** Colorado College
**Sahar Bazzaz,** College of the Holy Cross
**Peter Gran,** Temple University
**Liat Kozma,** Hebrew University of Jerusalem
**Elise Burton,** University of Toronto

**ROUNDTABLE**
**I-2: Decolonial Feminist Praxis:**
**The Question of Voice and Community**

Organized by **Rita Stephan**

**Sponsored by Association for Middle Eastern Women's Studies (AMEWS)**

Chair: **Rita Stephan,** North Carolina State University

**Zeina Zaatari,** University of Illinois at Chicago
**Esraa Al-Muftah,** University of British Columbia
**Laila Mourad,** York University
**Sarah Sabban,** American University of Beirut

**ROUNDTABLE**
**I-3: From Colonial Finance to Financialization: Concepts, Methodologies, and Research Questions**

Organized by **Myriam Amri** and **Hicham Safieddine**

Chair: **Omar AlShehabi,** University of Leeds

**Hicham Safieddine,** University of British Columbia
**Hengameh Ziai,** SOAS, University of London
**Myriam Amri,** Harvard University
**Riya Al Sanah,** University of Exeter

**ROUNDTABLE**
**I-4: Palestine and the Rhetoric of Human Rights**

Organized by **Karim Mattar**

Chair: **Karim Mattar**
Discussant: **Samera Esmeir,** UC Berkeley

**Karim Mattar,** University of Colorado at Boulder
**Stephanie Kraver,** University of Chicago
**Nouri Gana,** UCLA
**Yasmine Khayyat,** Rutgers University-New Brunswick

**ROUNDTABLE**
**I-5: Higher Education amidst War and Revolution: University and Radical Pedagogy in Northeast Syria**

Organized by **Sardar Saadi**

Chair: **Sardar Saadi,** Wageningen University

**Atefeh Ramsari,** University of Bielefeld
**Anna Rebrii,** Binghamton University, SUNY
**Gulay Kilicaslan,** Carleton University

**I-6: MENA as Carceral States**

Organized by **Amr ElAfifi and Walaa Quisay**

Chairs: **Amr ElAfifi** and **Walaa Quisay**
Discussant: **Amr ElAfifi**

**Amr ElAfifi,** Syracuse University and **Yousuf Abdelfatah,** Princeton University *Counting and Discounting: How to Know a Carceral State When You See One?*
**Mohamud Mohamed,** University of Pennsylvania *Inside Barre's Prison: Carcerality and Its Consequences in Socialist Somalia*
**Walaa Quisay,** University of Edinburgh *Carceral Theology in Post-2013 Egypt*
**Mina Ibrahim,** University of Marburg/ Shubra's Archive/ MENA Prison Forum *Narrating Syrian Prisons in Germany: Legal Consciousness before the Koblenz Trials*

**I-7: Exploring the Inspirations and Ambitions Behind "Woman, Life, Liberty"**

Organized by **Sydney Martin**

**Organized under the auspices of the Iran 1400 Project**

Discussant: **Sydney Martin,** Iran 1400 Project

**Arash Azizi,** New York University *Iran and Three Revolutions: Comparing 1906, 1979 and 2022 in a Global Perspective*
**Tom Walsh,** University of Durham *Social Media, Visuality, Music, and Iran's Gen-Z Uprising*
**Rahim Haji Agha,** Jagiellonian University *The Slogan Jin, Jiyan and Azadi (Woman, Life, Freedom) and the Transformation of Iran's Political Space*
**Zeinab Eskandari,** University of Pennsylvania *Socio-Cultural Patriarchy, One of the Root Causes of the Women, Life, Freedom Movement*

AAUP-01211



### I-8: Islamists in Government

Organized by **Francesco Cavatorta**

Chair: **Francesco Cavatorta**, Universite Laval

**Maryam Ben Salem,** Faculty of Law and Political Science, University of Sousse *Ennahda in Government in Tunisia: A Sociological Analysis*
**Sebnem Gumuscu,** Middlebury College *Islamization and Declining State Capacity in Turkey*
**Vincent Durac,** University College Dublin *Hamas in Gaza: From Violent Non-State Actor to Pragmatic Governance*
**Mohamed Daadaoui,** Oklahoma City University *Strategic Miscalculation or Regime Pawns: The Rise and Fall of the PJD Islamists in Morocco*

### I-9: Narrating Premodern Islamic Diplomacy: Imperial Strategy or Authorial Agency?

Organized by **Malika Dekkiche**

Chair: **Malika Dekkiche**

**Malika Dekkiche,** University of Antwerp *"And On That Day an Envoy Reached Us From…": 15th Century Accounts of Reception of Embassies in Mamlūk Chronicles*
**Alessandro Rizzo,** Ludwig Maximilian University of Munich *Managing and Representing Diplomacy with the Mamluk Sultanate: The Case of the Venetian and French Missions to Cairo in 1512, through an Analysis of the Diplomatic Sources*
**Gowaart Van Den Bossche,** Ghent University *Letters "Lacking a Signature" Full of the "Clattering of the Persians": A Narratological and Material Analysis of Early Ilkhanid-Mamluk Diplomacy*
**Bogdan Smarandache,** UMR 8167 Orient et Méditerranée *"He (the English King) Called Together a Party of the Khawāss": Depictions of Interfaith Encounters in Ayyūbid and Mamlūk Accounts of the Third Crusade*

### I-10: Mamluk Arabic Literature, or New Wine in Old Bottles

Organized by **Kevin Blankinship and David Larsen**

Chair/Discussant: **Jeannie Miller,** University of Toronto

**Kevin Blankinship,** Brigham Young University *Organic Unity in the "Personified Letter" of Ibn Ḥijja al-Ḥamawī (d. 837/1434)*
**Li Guo,** University of Notre Dame *Sex and the City of Cairo: Re-reading Ibn Dāniyāl's "The Enchanted and the Enchanter (al-Mutayyam wa-l-Yutayyim)"*
**Ghassan Osmat,** University of Toronto *Jibrāyil Ibn al-Qilāʿī's (d. ca. 1516) Madīḥa ʿalā jabal Lubnān: Liturgical Epic in the Time of Interconfessional Crisis*
**David Larsen,** New York University *Derivative Virtuosity in the Mantiq al-Tayr of Ibn al-Wardī*

### I-11: Premodern Fables in a Comparative Frame

Organized by **Niloofar Fotouhi,** Ilex Foundation

**Organized under the auspices of the Ilex Foundation**

Chair: **Olga M. Davidson**
Discussant: **Neguin Yavari,** Independent Scholar

**Olga M. Davidson,** Boston University *Fable as Parable: The Plant of Immortality in Ferdowsi's Shāhnāma and the Holy Grail in the Medieval French Vulgate Arthurienne En Prose*
**Gregory Nagy,** Harvard University *Fables Compared: The Case of Ancient Greek Sybaritic Tales*
**Amanda Luyster,** College of the Holy Cross *When Is a Story Not a Story? Secular Narrative Imagery on the Alhambra Ceilings and the Chivalric Order of the Banda*
**Richard Van Leeuwen,** University of Amsterdam *Wisdom Narratives and Ritual: Framed Story Cycles in A Thousand and One Nights in a Comparative Perspective*

### I-12: The Sisi Regime and the Limits of Authoritarian Upgrading in Egypt

Organized by **Hesham Sallam** and **Dina Shehata**

Chair/Discussant: **Joel Beinin,** Stanford University

**Hesham Sallam,** Stanford University *Sisi and the Youth of the Counter-Revolution: The Limits of Regime Cooptation Strategies in Egypt*
**Dina Shehata,** Independent Scholar *Urban Planning as a Tool for Authoritarian Control in Sisi's Egypt*
**Erin Snider,** Texas A&M University *The Political Economy of Renewable Energy in Sisi's Egypt*
**Adel Iskandar,** Simon Fraser University *Egypt's Media Paradoxes Under Sisi: From Outsourcing to Outing Sources*

### I-13: Rethinking Jewish Migration to and from the Middle East and North Africa

Organized by **Michael Rom**

Chair: **Lior B. Sternfeld,** Pennsylvania State University
Discussant: **Shay Hazkani,** University of Maryland, College Park

**Michael Rom,** University of British Columbia *From the Land of the Pharaohs to the Land of the Future: Egyptian Jewish Immigration to Brazil, 1956-61*
**Roy Orel Shukrun,** McGill University and University of Groningen *Mediating Migration, Brokering Belonging: Rethinking the Alliance Israélite Universelle in Narratives of Moroccan Jewish Departure, 1943-1983*
**Angy Cohen,** University of Calgary *The Same Past, Differing Memories: Impact of Immigration Experiences on the Personal Memories of Spanish-Moroccan Jews in Israel and Argentina*

**Yair Wallach,** SOAS, University of London *Between Migrants and Colonisers: Rethinking Jewish European Migration to the Eastern Mediterranean*
**Orit Bashkin,** University of Chicago *Gendered Migrations: Iraqi Jewish Women and the Quest for Emancipation*

### I-14: Protest Politics and Social Transformation in the Late Ottoman Empire

Organized by **Matthew Ghazarian**

Discussant: **Ugur Z. Peçe,** Lehigh University

**Matthew Ghazarian,** Smith College *Natural Allies and Natural Alibis: Famine, Drought, Discontent in the Ottoman East, 1906-08*
Önder Eren Akgül, Kadir Has University *"The Çiftlik Occupations": Revolution and Counter-Revolution in the Ottoman Rural Geography, 1908-1913*
**Önder Eren Akgül,** Kadir Has University *"The Çiftlik Occupations": Revolution and Counter-Revolution in the Ottoman Rural Geography, 1908-1913*
**Ellis Garey,** New York University *Popular Anti-Imperialism and Worker Protest in Late Ottoman Greater Syria, 1908-1914*
**Joan Chaker,** Harvard University *Muleteers as the Last Mile: Global Capitalism and the Energy Transition*

### I-15: Digital Technologies and the Transition in Arab Media and Arab Cultural Debates

Organized by **Eid Mohamed**

Chair: **Eid Mohamed**

**Eid Mohamed,** Qatar University *Expertise and Authority: Contesting Media Priorities in the Arab World*
**Sahar Khamis,** University of Maryland *Discourses of Online Arab Resistance in the Diaspora in the Post-Arab Spring Era*
**Mai Zaki,** American University of Sharjah *The Rise of Arab Influencers: Identity and Language in Cyberspace*
**Mustafa Menshawy,** Lancaster University *The Death of A Media Discourse? Reframing the 1973 War in Egypt*

### I-16: Children, Family, and State: Evolving Conceptions of Childhood in the Ottoman Empire

Organized by **Reda Rafei**

Chair: **Nada Moumtaz,** University of Toronto

**Reda Rafei,** Texas Tech University *Invisible Subjects: Children of the Empire Before the Age of Modernization*
**Ugur Akpinar,** Graduate Center, CUNY *Beyond Compassion: The Politics of Childcare in the Ottoman Empire*
**Madonna Aoun Ghazal,** University of California, Los Angeles *Marital Problems in the Shari'a Court in Fin de Siècle Beirut*
**Melis Sulos,** Graduate Center, CUNY *To Whom Belongs Children?*

**Christine B. Lindner,** Murray State University *Transnational Family Networks in Ottoman Syria: The Case of the DeForest Family*

### I-17: De-exceptionalizing the Arabian Peninsula: Pirates, Pilgrims, Archives

Chair: **James Onley**

**James Onley,** American University of Sharjah *Gulf History and Colonial Archives in Britain and India*
**Bret Windhauser,** Graduate Center, CUNY *Prohibited Pilgrims: Smuggling to and through 20th Century Hajj*
**Lawson Pace,** Central European University *The Shipborne Shadow of Empire: Discourses of Piracy in British-Ottoman Relations in the Late Nineteenth-Century Persian Gulf*
**Saleh Alkhulaifi,** University of Cambridge *Genesis of the Gulf Emirate: Contemporary Conceptions of an Arab Polity, 1766-1810*
**Nicholas Roberts,** Norwich University *A Tolerated Terror: Raḥmah bin Jābir and the Forging of a Global Gulf*

### I-18: Ottoman Social and Environmental Engineering in the Long Nineteenth Century

Chair: **Amal Cavender,** George Washiington University

**Stephen Pascoe,** University of New South Wales *A Malthusian Middle East? Recasting Population through the Ottoman Age of Reform*
**Ayse Ozil,** Sabancı University *"Hans" of the Galata Port: International Trade and the Making of the Urban Landscape in Late Ottoman Istanbul*
**Sumeyye Kocaman,** University of Oxford *Transport Technologies and Pan-Ideologies: Late Ottoman Era Experience of Globalisation (1870-1908)*
**Seriyye Akan,** Binghamton University, SUNY *An Example of Ottoman Biological Materialism? A Closer Look at Fikri Tevfik's Hüceyre Hayatın Esası (Cell: The Essence of Life)*
**Sean Lawrence,** West Virginia University *A New Rumelia: Imperial Nostalgia and the Remaking of Anatolian Environments*
**Baris Tasyakan,** University of California San Diego *"The Exordium of Ottoman History Has Perished": The Bursa Earthquake of 1855 and Reconstruction of a Tanzimat City*

### I-19: Redefining Subjectivities in the Maghreb: Memory, Performance, Politics

Chair: *Volunteer needed*

**Kaoutar Ghilani,** University of Cambridge *Failing the Nation? The Rise and Fall of Arabization in Postcolonial Morocco*
**Idriss Jebari,** Trinity College Dublin *Learning to Overcome Revolutionary Defeat: Memoirs as Sites of Inter-Generational Transmission for the Tunisian Left (1967-2011)*
**Elizabeth Matsushita,** Reed College *Making the Nation in Tunisia's Post-Colonial Radio*



**Elizabeth Perego,** Ohio State University *Performing Masculinity in Algerian Theater of the Interwar Period, 1926-1939*

### I-20: Topics in Transnational Studies of the Middle East

Chair: **Ohannes Geukjian,** American University of Beirut

**Erik Freas,** Borough of Manhattan Community College, CUNY *Zionism and the Manner of Palestinian National Identity's Formulation*
**Emine Ö. Evered,** Michigan State University *Dry Aspirations: An Early Trajectory of US-Middle East Relations*
**Rami Ginat,** Bar-Ilan University *Conceptualizing Normalization: The Case of Egyptian–Israeli Relations*
**Simon Payaslian,** Boston University *Nasserism and the Armenian Exodus from Egypt and Syria*
**Limor Lavie,** Bar-Ilan University *Egyptian State Media in Opposition to the Government: Al-Ahram's Political Orientation under Morsi as a Case Study*

### I-21: Social Transformations in the Gulf: Identity and Belonging

Chair: **Lauren Clingan,** Princeton University

**Salma Serry,** University of Toronto *Migrant Menus: Placemaking and Belonging in Dubai's Food History*
**Vorachai Israsena Pichitkanjanakul,** Qatar University *Royal Customs, Traditions, and the Role of the Female Royals: A Comparative Analysis of Qatar and Thailand*
**Philippe Thalmann,** University of Cambridge *An Ethnography of Social Transformation in Saudi Arabia*
**Hee Eun Kwon,** University of California, San Diego *More Than a National Dress: The Symbolic Context of Ábaya*
**Joud Alkorani,** Radboud University Nijmegen *Belonging Beyond Citizenship: Relationality in Dubai*

### I-22: Gender Entanglements and Neoliberal Imperatives

Chair: *Volunteer needed*

**Yaprak Damla Yildirim,** Yale University *Femicide and Masculinist Restoration in Islamist Neoliberalism*
**Dina Najjar,** International Center for Agricultural Research in Dry Areas *Wheat Cooperatives in Morocco: Structure, Governance, Benefits and the Impact of COVID-19*
**Ola Galal,** New York University *Mediating Justice: Victimhood and Public Denouncement in Cases of Gender Violence in Tunisia*
**Mariam Omar,** University of Ottawa *How Does Donning a Hijab Influence Fieldwork on Sexual and Reproductive Health in Libya?*

### I-23: Death, Love and Protest in Iran

Chair: *Volunteer needed*

**Hajar Ghorbani,** University of Alberta *Governing the Dead's Territories: Tehran's Beheshte-e Zahra Cemetery*
**Mojtaba Mahdavi,** University of Alberta *"What Are the Iranians Dreaming About?" The Zan, Zendegi, Azadi Movement and Iran's Post-Islamist Renaissance*
**David Siddhartha Patel,** Harvard Kennedy School *The Market for Ayatollahs: Competition and Religious Authority Between Najaf and Qom*
**Amirhossein Mahdavi,** University of Connecticut and **Ahmad Medadi,** American University *Impact of Economic Sanctions on Iran's Teacher Movement*

### I-24: The Maghreb between the Local and Global: Tourism, Informal Economies, and the Politics of Sports

Chair: *Volunteer needed*

**Kira Jumet,** Hamilton College *Translating Sports Achievements into Diplomatic Results: The Political Impact of Morocco's 2022 World Cup Success*
**Jie Gao,** University of Arizona *Casual Informality and Social Reproduction: The "Huan Qian" Practice in the Chinese Business Community in Morocco*
**Claire T. Oueslati-Porter (She/Her),** University of Miami *Engendering the Tunisian Beach Vacation*
**Laurence Deschamps-Laporte,** Université de Montréal *Is it All About Peace? Internationalizing Morocco's Regional Strategic Interests through the Abraham Accords*
**Khalil Dahbi,** GIGA Institute of Middle East Studies *The Moroccan Radical Left: Post-Cold War Trajectories and Fluctuating Political Relevance (1990s -2022)*
**Dan Brown,** College of Charleston *My Government Did This: Comparing the Negative Case of Lebanon's Antifragile Regime*

### I-25: Employment and Labor Relations in the MENA

Chair: *Volunteer needed*

**Robert Hildebrandt,** George Washington University *Racial Capitalism in Jisr al-Zarqa: Re-Thinking Settler-Colonialism Through Palestinian Citizen Labor Exploitation in Israel*
**Froilan Malit Jr,** University of Glasgow *Labor Migration and Knowledge Production –– Power Structures and Politics across the Gulf Cooperation Council States*
**Bethany Shockley,** American University of Sharjah *Employment Experiences and Expectations in the Rentier State: Evolving Economic and Social Relations*
**Maya Rosenfeld,** Hebrew University of Jerusalem *On the Contribution of the Palestinian Authority to Formation of a New Middle Class in the Occupied Palestinian Territories, 1994-2017*

AAUP-01214

SESSION II  5:30 – 7:30 PM                    THURSDAY, NOVEMBER 2, 2023

**ROUNDTABLE**
**II-1: Dynamics of Disruption: Ethnographic Practice in Contemporary Turkey**

Organized by **Eric Schoon**

Chair/Discussant: **Eric Schoon,** Ohio State University

**Anoush Tamar Suni,** Northwestern University
**Nihal Kayali,** University of California, Los Angeles
**Danielle Schoon,** Ohio State University
**Seda Saluk,** University of Michigan, Ann Arbor
**Gokhan Mulayim,** Boston University

**ROUNDTABLE**
**II-2: Women, Gender, and Sexuality Studies in the Middle East: Knowledge Production in the Contemporary Moment**

Organized by **Zeina Zaatari**

Chair: **Zeina Zaatari,** University of Illinois at Chicago

**Kirsten Scheid,** American University of Beirut
**Cortney Hughes Rinker,** George Mason University
**Shahrzad Mojab,** University of Toronto
**Rania Maktabi,** Østfold University College Norway
**Hanadi Al-Samman,** University of Virginia

**ROUNDTABLE**
**II-3: Arabic Glitch: On the Negotiation of Digital Space for Hegemony and Resistance**

Organized by **Adel Iskandar**

Chair: **Bassam Haddad,** George Mason University

**Adel Iskandar,** Simon Fraser University
**VJ Um Amel,** University of California, Santa Barbara
**Alexandra J Juhasz Juhasz,** Brooklyn College, CUNY
**Mohamed Elshahed,** New York University

**ROUNDTABLE**
**II-4: Pedagogies of Genocide: Critical and Comparative Approaches to Mass Atrocity and Political Violence in the Middle East**

Organized by **Erdag Göknar, Hulya Adak,** and **Melanie Tanielian**

Chairs: **Erdag Göknar, Hulya Adak,** Sabanci University, and **Melanie Tanielian,** University of Michigan, Ann Arbor

**Erdag Göknar,** Duke University
**Helen Makhdoumian,** Vanderbilt University
**David Kazanjian,** University of Pennsylvania

**ROUNDTABLE**
**II-5: Reassembling the Pieces: Settler Colonialism and the Reconception of Palestinian Health**

Organized by **Weeam Hammoudeh**

**Sponsored by**
**Palestinian American Research Center (PARC)**

**Weeam Hammoudeh,** Birzeit University
**David Mills,** Harvard School of Public Health
**Yara Asi,** University of Central Florida
**Bram Wispelwey,** Harvard Medical School
**Osama Tanous,** Harvard School of Public Health

**II-6: The Politics of Reproduction in the MENA—Birth, Midwifery, Illegal Mothers, and Abandoned Children**

Organized by **Ellen Amster**

Chair: **Soha Bayoumi,** Johns Hopkins University

**Ellen Amster,** McMaster University *The Muslim Midwife: A Politics of Birth, Obstetrics, and Women's Agency in Colonial and Postcolonial Morocco*
**Ginger Feather,** University of Kansas *Living on the Margins of Intersectional Gendered Legal Discrimination: a Comparative Case Study of Morocco and Tunisia*
**Beth Baron,** City College and Graduate Center, CUNY *Hard Labors: The Body as an Archive*
**Firoozeh Kashani-Sabet,** University of Pennsylvania *Abandonment and Neglect: Children, Natural Disasters, and Survival in Iran*

**II-7: Visual and Aural Histories of (De)Colonization in North Africa**

Organized by **Lacy Murphy**

**Sponsored by**
**American Institute of Maghrib Studies (AIMS)**

Chair: **Lacy Murphy,** Washington University in St. Louis

SESSION II  ❖  5:30 - 7:30 PM                    THURSDAY, NOVEMBER 2, 2023

**Daniel Coslett,** Drexel University *Modernity, Identity, and the Architecture of Postcolonial Tourism in Downtown Tunis*
**Sheyda Aisha Khaymaz,** The University of Texas at Austin *Theorizing Tinariwen: Desert as a Decolonial Tool in Kel Tamasheq Imagination*
**Katarzyna Falecka,** Newcastle University *The Afterlives of Images from the Algerian War of Independence*
**Adel Ben Bella,** Brown University *Vision(s) of Algeria in the Making: Liberating Multiplicities in the Photography of Mohamed Kouaci*

### II-8: The Rojava Experiment
### in Post-Conflict Northern Syria

Organized by **Mustafa Kemal Topal**

Chair: **Gunes Murat Tezcur,** Arizona State University

**Mustafa Kemal Topal,** University of Central Florida *Kurdish Women's Success in Rojava*
**Anna Rebrii,** Binghamton University, SUNY *Commoning the Justice System in North East Syria*
**Marcin Skupinski,** University of Warsaw *Nurturing Life and Propelling the Revolution: Water, Oil and Radical Politics in North and East Syria*

### II-9: The Shatat and the Literary Imagination

Organized by **Keith Feldman**

### Sponsored by
### Arab American Studies Association (AASA)

**Keith Feldman,** University of California, Berkeley *The Shatat, Form, and Minoritarian Knowledges*
**Amanda Batarseh,** University of California, San Diego *Place & Movement: Developing a Radical Reading Practice in Palestinian/Palestinian-American Literature*
**Rana Sharif,** University of California, Riverside *Technomediated Poetics and Digital Storytelling: Palestinian Embodied Subjectivities and the Palestine Writes Literature Festival*
**Benjamin Schreier,** Pennsylvania State University *Palestine and the History of Arab American Literature*

### II-10: The Yemeni Crisis:
### Opportunities and Challenges for Peace

Organized by **Khaled Al-Hammadi**

### Organized by Mokha Center for Strategic Studies

Chairs: **Khaled Al-Hammadi,** Ryerson University and **Ateq Al-Khadher Al-Garbi**

**Ateq Al-Khadher Al-Garbi,** Mokha Center for Strategic Studies of Yemen *Requirements for Transitional Justice and Peacebuilding in Yemen*
**Najeeb Ghanem,** Independent *Political Obstacles and Future of Peace Building in Yemen.*
**Huda Mukbil,** University of Ottawa *International Policy Orientations in Yemen Crises*
**Khatab Alrawhani,** London School of Economics and Political Science *The Role of Media in Yemen's War: An Analysis of Its Impact and Future Recommendations*
**Dheya Al-saeedi,** Mokha Research Institute *Exploring the Complex Relationship between Yemeni Tribes and the Modern State: A Historical Analysis of State-Construction and State-Destruction*

### II-11: Environmental Crisis and Political Movements
### in MENA & the Indian Ocean World

Organized by **Wilson Chacko Jacob**

**Wilson Chacko Jacob,** Concordia University *The Sayyid vs El Niño: Dhofar and the Indian Ocean World, 1875-1879*
**Zozan Pehlivan,** University of Minnesota, Twin Cities *The Sheikh Ubeydullah Rebellion: A Political Uprising during the High Days of Famine in Kurdistan*
**Conor Kilroy,** Concordia University *The Voices of Mosul's "Marsh People": An Environmental History of Oil Exploration and Building the "Northwest Passage" to India in Late-Nineteenth-Century Iraq*

### II-12: Under the Hammer: Trafficking, Trading, and
### Salvaging the Middle Eastern and North African
### Written Heritage

Organized by **Cecilia Palombo** and **Sabine Schmidtke**

Chair: **Sabine Schmidtke**

**Cecilia Palombo,** University of Chicago *Quranic Manuscripts in the Art Market and in Scholarship: A Symbiotic Relationship*

AAUP-01217

**Valentina Sagaria Rossi,** Università degli studi Tor Vergata *Different Sources, Shared Fortunes: The Collection of Folios from Arabic and Persian Manuscripts in the National Museum of Oriental Art (Rome)*
**Josh Mugler,** Hill Museum & Manuscript Library *Manuscript Collection and Digitization in Post-ISIS Mosul*
**Sabine Schmidtke,** Institute for Advanced Study *Lost Treasures: Medieval Arabic Manuscripts of Iraqi Provenance in Private Hands*
**Luise Loges,** University of Glasgow *Studying Cuneiform in Times of Conflict - A Scholar's Dilemma*

### II-13: Baha'i History, Texts, and Contexts

Organized by **Mina Yazdani, Zackery Heern,** and **Omid Ghaemmaghami**

Chair/Discussant: **Farzin Vejdani,** Toronto Metropolitan University

**Zackery Heern,** Idaho State University *Islam in the Writings of Bahā'u'llāh*
**Saghar Sadeghian,** Willamette University *The Role of the Babi/Baha'i Movement in Empowering Women in Qajar Iran*
**Alyssa Gabbay,** University of North Carolina at Greensboro *Around Iran in 400 Days: Heshmat Moayyad's Yad-e Yaran*
**Omid Ghaemmaghami,** Binghamton University, SUNY *The Writing and Early Promulgation of the Kitáb-i-Aqdas*
**Mina Yazdani,** Eastern Kentucky University *The Anti-Baha'i Pogrom of 1903: The Prince, the Prime Minister, and the Clerics*

### II-14: Reflections on Palestine Advocacy in Canada

Organized by **Jeremy Wildeman**

Chair: **Jeremy Wildeman,** Carleton University
Discussant: **Nadia Abu-Zahra,** University of Ottawa

**Yasmeen Abu-Laban,** University of Alberta and **Abigail Bakan,** University of Toronto *Anti-Palestinian Racism, Antisemitism and Anti-racism: Towards an Analytic of Solidarity as Praxis*
**Maurice Jr. M. Labelle,** University of Saskatchewan *Re-presenting Palestine: Sami Hadawi and Palestinian Decolonization in Canada*
**Mira Sucharov,** Carleton University *Canada's Israel Lobby and the Palestinians*

**Emily Regan Wills,** University of Ottawa *Palestinian Organizations in Ottawa: Understanding Communities in Practice*
**Rachad Antonius,** University of Quebec at Montreal *Palestinian Advocacy in Canada: Evolution and External Factors of Success*

### II-15: Taking It Over: Civil Servants and Informal Agents as (Inter)faces of the Everyday State

Organized by **Marie Vannetzel** and **Giedre Sabaseviciute**

**Marie Vannetzel,** National Center for Scientific Research *Baking It Work! Gambits and Ethics of the Subsidized Bakers in Egypt*
**Prunelle Aymé,** Sciences Po (Paris Institute of Political Studies) *Building Bridges: Women between Local Party Branches and Municipal Welfare Offices in Turkey Under JDP's Rule*
**Giedre Sabaseviciute,** Czech Academy of Sciences *"Writers, Not Civil Servants": Running Cultural Palaces in Cairo*
**Sahar Aurore Saeidnia,** Institut français du Proche-Orient *Fragmented Public Action, Local Policy Intermediaries and the Authoritarian State Effect in the Islamic Republic of Iran*
**Assia Boutaleb,** Paris 1 Panthéon-Sorbonne *"The King is Ours Too": Moroccan Public Hospital Administrators Face the Test of RAMED*

### II-16: Translation as Archive: Documenting Cross-Cultural Contact in Middle Eastern and Eastern Mediterranean Histories

Organized by **Erdem Idil** and **Berkay Uluç**

Chair: **E. Natalie Rothman,** University of Toronto Scarborough

**Erdem Idil,** University of Toronto *Translating the Archive, Archiving the Translator: Everyday Histories of Venetian Dragomans in Early Modern Istanbul*
**Berkay Uluç,** University of Michigan, Ann Arbor *Translingual Registers of Ottoman Modernity*
**Okcan Yildirimturk,** Free University of Berlin *Making the Ottoman State Comprehensible to all: Translating and Vernacularising the Ottoman Turkish Parlance*
**Thomas Alexander Sinclair,** University of Cyprus *The Sources for Mahmut Efendi's History of Athens*



**II-17: Art, Performance, and Power in Modern Egypt**

Organized by **Carmen M.K. Gitre**

Chair/Discussant: **Margaret Litvin,** Boston University

**Carmen M.K. Gitre,** Virginia Polytechnic Institute *France, Britain, and Cultural Control of Interwar Egypt*
**Aliaa Dawoud,** Graduate Center, CUNY *How the Musalsal 'Haret El Yahoud' Was an Early Indication of Sisi's Foreign Policy*
**Jillian Campana,** American University in Cairo *Exploring the Attitudes about/of Sexual Harassment and Assault in Egypt through Performance*

**II-18: North Africa and the Balkans: Towards A Connected History of Two Ottoman Regions**

Organized by **Jovo Miladinovic**

Chair: **Lale Can,** City College of New York, CUNY
Discussant: **Amy Singer,** Brandeis University

**Jovo Miladinovic,** University of Konstanz *A Trans-Adriatic Story of Ulcinj: Negotiating Maritoriality in the 18th Century Mediterranean through the Balkan-Maghreb Connections*
**M'Hamed Oualdi,** Sciences Po (Paris Institute of Political Studies) *A Maritime Road from Venice to the Balkans and Tripoli: Exploring New Connections across the Mediterranean during the Second Half of the 18th Century*
**Peter Kitlas,** New York University Abu Dhabi *From Tercüman in North Africa to Consuls in Istanbul: Triangulating Imperial Knowledge Production across the 18th Century Mediterranean*

**II-19: MENA as Carceral States II**

Organized by **Walaa Quisay** and **Smadar Ben-Natan**

Chair/Discussant: **Walaa Quisay,** University of Edinburgh

**Saif Alislam Eid,** Doha Institute for Graduate Studies *Deconstructing the Authoritarian Policies in Egyptian Prisons after 2013: Implementing on Education*
**Enis Demirer,** University of Toronto *Erotics of Survival: Queer Experiences of Detention at Sansaryan Inn*
**Abdullah Alaoudh,** George Washington University *Incarceration Literature in Saudi Arabia in Post 2011*

**Smadar Ben-Natan,** University of Washington, Seattle *The Carceral State in Israel/Palestine Before and After the Second Intifada: Between Reconciliation and Radicalization*
**Insiya Raja,** University of Oxford *Entrenched Repression: Illiberal Practices in Egypt*

**II-20: Contested Histories of (Ottoman) Slavery and Race in Turkey**

Organized by **Ezgi Guner, Ezgi Cakmak, and Aysegul Kayagil**

**Sponsored by
Ottoman and Turkish Studies Association (OTSA)**

Discussant: **Mostafa Minawi,** Cornell University
Chair: **Ipek Kocaömer Yosmaoglu,** Northwestern University

**Ezgi Guner,** University of Edinburgh *Heritage through Negation: Atlantic Slavery, and the Moral Economy of Neo-Ottomanism in Turkey*
**Ezgi Cakmak,** Rutgers University-Newark *"Real Slaves" of the Empire: Entangled Histories of Africanness and Slavery in the Late Ottoman Empire*
**Aysegul Kayagil,** New School for Social Research *Ghosts of Ottoman Slavery: Race in the Making of Hegemonic Turkishness*
**Baki Tezcan,** University of California, Davis *Racialization at the Ottoman Court: Eunuchs and their Distinctive Careers*

**II-21: New Horizons in the 21st Century Gulf's Cultural Production**

Organized by **Thomas Fibiger**

**Thomas Fibiger,** Aarhus University *Religion-as-Civilization in Global Gulf Museums: The Exhibition Narrative at the Louvre Abu Dhabi*
**Thabiti Willis,** Carleton College *Africa, Music, and Heritage in the Gulf*
**Fergus Reoch,** Barker Langham *Al-Mirwiyat al-'Arabiyya fi Matahif al-Jazira (Arabian Narratives in Arabian Museums)*

AAUP-01219



## II-22: Politics of Urban Reconstruction in Syria and Turkey

Organized by **Najib B. Hourani**

### Sponsored by
### Middle East Research and Information Project

Chair: **Najib B. Hourani**

**Najib B. Hourani,** Michigan State University *Alternative Urban Imaginaries and the Reconstruction of Syrian Cities*
**Giulia Annalinda Neglia,** Polytechnic University of Bari *Landscape Strategies for Urban Recovery in the Wake of Traumatic Events*
**Anas Soufan,** Harvard University *Rebuilding Syrian Cities: Heritage as Human Right*
**Tuba Inal Cekic,** Hertie School Berlin *A Sui Generis Law to Overcome All Obstacles in Urban Transformation*

## II-23: Conceptualizing the Social in the Late and Post-Ottoman World

Organized by **Ziad Dallal, Nader Atassi,** and **Ali M. Ugurlu**

**Ali M. Ugurlu,** Columbia University *Freedom Quest: Kemal, Hassun and the Normative Grounds of Critique in the Ottoman 19th Century*
**Nader Atassi,** Columbia University *Arabs, Young Turks, and the Making of a Syrian National Economy in the Early Twentieth Century*
**Ziad Dallal,** Bard College *Civilized Communities and The Logic of (In)Commensurability*
**Bengisu Zeynep Ertugrul,** Humboldt Universität zu Berlin *Categorizing the Social World in the Late Ottoman Empire and Early Republican Turkey*

## II-24: State Power and Social Order in the Early Modern Era

Chair: **Mark L. Stein,** Muhlenberg College

**Yuxuan Cai,** University of Cambridge *Organizing the Coastal Defenses around Thessaly and Central Greece in the Late 15th and Early 16th Centuries*
**Safa Hamzeh,** University of California, Los Angeles *Supervening Crises and Social Formation in Early Modern Ottoman Aleppo, 1697 – 1786*

**Rana Munteha Aldemir,** Central European University *The Emotional Experience on Tombstones in 17th and 18th Century Ottoman Istanbul*
**Faika Celik,** Celal Bayar University *Gendering the Margins: Gypsy/Roma Women Seeking Justice in Early Modern Ottoman Istanbul*
**Camilla Pletuhina-Tonev,** Princeton University *Disciplining Subjects and Believers: The Orthodox Rite as a Link Between the Ottoman Imperial Subjecthood and the Christian Faith*
**Ali Atabey,** University of Texas at San Antonio *Contested Spaces: Intercommunal Relations and the Treatment of Churches in 17th Century Galata*
**Turkana Allahverdiyeva,** University of Bonn *Slave Conversion into Islam: Being a Kâfiru'l-mille and Müsellemi'l-mille Slave in the Early Modern Era Crimean Khanate*

## II-25: Discourses and Practices of Scientific Development in the Twentieth Century

Chair: *Volunteer needed*

**Soheila Ghaziri,** Université de Montréal *To Beirut and Back: Medical Pathways and Circulating Physicians in Interwar Levant*
**Saghar Bozorgi,** University of Texas at Austin *"Know Yourself": Discourses on Health and Mental Health between 1940 and 1960 in Iran*
**Robert Bell,** New York University *A Pioneering Editor and the Angel of Sarbandan: Two Iranian Women's Rural Development Strategies during the 1950s and 1960s*
**Mattin Biglari,** SOAS, University of London *The 'Gift of Skill': Rural Development, Peasant Subjectivity and the Near East Foundation in Iran*
**Arthur Zárate,** San Jose State University *What is Secular Arab Nationalism? Secularity, Statism, and the Social Imaginary in Nasser's Egypt*

## II-26: Science, Prophecy, and the Occult from the 10th to 12th Centuries

Chair: **John Walbridge,** Indiana University Bloomington

**Alex Matthews,** University of Chicago *A Fāṭimid Version of the Occult Sciences*
**Ahmed Tahir Nur,** Yale University *Avicenna's "Subtle Epistle" on the Classification of the Sciences: A Success Story*

SESSION II 🕮 5:30 - 7:30 PM          THURSDAY, NOVEMBER 2, 2023

**Kaveh Niazi,** Independent Scholar *Science Across Barriers of Space, Time, and Language: The Remarkable Case of Qaṭṭān Marwazī's Kayhān Shinākht*
**Gamze Akbaş,** Ohio State University *The Secrets of Women: Female Agency in 'Abd al-Raḥmān al-Shayzarī's 12th Century Treatise on Sexual Health*

#### II-27: Iran: Political Conflict and Regional Power

Chair: **A.R. Joyce,** Middle East Policy Council

**Wassim Mroue,** University of Edinburgh *The Drivers of Intra-sect Relations in Civil Wars: A Close Look at the Emergence of the AMAL-Hezbollah Alliance*
**Annie Tracy Samuel,** University of Tennessee at Chattanooga *Iran's Militaries and the Iran-Iraq War*
**Reza H. Akbari,** American University *Etched in Mistrust: Continuity and Change in U.S.-Iran Nuclear Negotiations (1969–1978)*
**Reyhaneh Javadi,** University of Alberta *Codification of Sharia and Women's Rights in Iran: A Narration of Legal Exclusion and Resistance*
**Carl Forsberg,** Air War College *The Specter of the Left: The US and the Iranian Revolution*

#### II-28: Borders and Borderlands: The New Politics of the Middle East

Chair: **James Clark,** University of Nebraska Omaha

**Toni Rouhana,** University of York *Syria's Civil War: Sect Habitus and the Evolution of Human Rights Discourse*
**Umit Seven,** Middle East Technical University *Contested Authority, Violence, and Humanity in the Syrian Civil War*
**Zachary Manning,** University of New Mexico *Negotiating Death: Hadi Jumaans' Successful Humanitarian Missions in Yemen—A Strategic Analysis*
**Nora Fisher-Onar,** University of San Francisco *Capturing Complexity: A New Key to (Ottoman and Turkish) Politics*
**Sertaç Sehlikoglu,** University College London *Imaginative Encounters: Turkish Neo-Ottomanist Dreams in the Balkans*

#### II-29: Debating Islamic Law: Imams, Intellectuals, and Salafists

Chair: *Volunteer needed*

**Zoltan Pall,** Austrian Academy of Sciences *Regenerating Ambiguity: Kuwaiti NGOs and Adapting Salafism to Cambodia's Sociocultural Environment*

**Ahmed Achrati,** Osher Lifelong Learning Institute *Transcendence in the Qur'an and Ambiguities in the Tawhidic Discourses*
**Massimo Ramaioli,** Al-Akhawayn University *Islamic Gramscian Intellectuals: 'Ulama, New Religious Intellectuals and the Dynamics of Political Modernity*
**Ali Ekber Cinar,** McGill University *Is "Islamic Law" Really Islamic "Law"? Reading Islamic Legal Tradition through the Lens of Hartian Concept of Law*
**Gaber Mohamed,** Al-Azhar University *Interrogating Two Concepts in Islamic Criminal Jurisprudence: Victim's Family vs. Offender's Family*
**Dragos Stoica,** Concordia University *What Does Harlem Have to Do With Cairo? A Comparison between Malcolm X's and Sayyid Qutb's Islamic Totalism*

#### II-30: Institutions and Actors in Diverse Polities

Chair: *Volunteer needed*

**Salman Rafi Sheikh,** Lahore University of Management Sciences *Changing Majoritarian Constitutions: Punjab and the Politics of the 18th Amendment in Pakistan*
**Omar Sadr,** University of Pittsburgh *Political Order, Religion, and Pluralism in Afghanistan*
**Aaron Eldridge,** University of Toronto *Sectarianism Interrupted: Rum Orthodox Christian Monasticicm and Islam in Lebanon*
**Kelly Stedem,** Bucknell University *Sermons & Politics: The Role of Religious Institutions in Political Messaging*
**Kallan Larsen,** University of North Carolina at Chapel Hill *Group Dynamics, Religious Diversity, and Political Tolerance in Lebanon*

#### II-31: Understanding Anti-Black and Anti-Arab Racism from a Comparative Perspective

Chair: *Volunteer needed*

**Canan Sahin,** Queen's University at Kingston *Racialized Fractures among Urban Surplus Populations: Hierarchy of Exploitation among Syrians, Kurds and the Poor Turks in West Istanbul*
**Sahar Sadeghi,** Muhlenberg College *Ausländers, "Good Foreigners" and the Persistence of Racial Nationalism*
**Noura Salahaldeen,** University of Vienna *Crossing the Bridge: Becomings of the African Community of Jerusalem beyond al-Quds*
**Dalal Daoud,** Queen's University *Nation-building and Afro-Arabs in Saudi Arabia*

SESSION III  8:30 - 10:30 AM                    FRIDAY, NOVEMBER 3, 2023

**ROUNDTABLE**
**III-1: Teaching 9/11 and the Global War on Terror**
**at the Undergraduate Level**

Organized by **Sarah Ghabrial**

**Organized by MESA's Committee for**
**Undergraduate Middle East Studies (CUMES)**

**Sarah Ghabrial,** Concordia University
**Pheroze Unwalla,** University of British Columbia
**Jay Shelat,** Ursinus College
**Mariam Durrani,** American University
**Shaimaa Hassan,** University of East London

**ROUNDTABLE**
**III-2: The October 1973 War at 50: Legacies of Regional**
**Militarization, Oil Politics, and US Hegemony**
**at the Dawn of Neoliberalism**

Organized by **Jacob A. Mundy**

**Sponsored by Middle East Report/Middle East**
**Reporting and Information Project (MERIP)**

Chair: **Jacob A. Mundy**

**Kaveh Ehsani,** DePaul University
**Christopher Dietrich,** Fordham University
**Jacob A. Mundy,** Colgate University

**ROUNDTABLE**
**III-3: Loss, Recovery, and Community Engagement:**
**Archiving the MENA**

Organized by **Leila Zonouzi**

Chair: **Leila Zonouzi,** University of California, Santa
Barbara

**Amy Fallas,** University of California, Santa Barbara
**Michael Akladios,** University of Toronto
**Mohamed Elshahed,** New York University
**Farida Makar,** University of Oxford

**ROUNDTABLE**
**III-4: Digital Humanities: Creating Big Data Sets and**
**Ensuring Their Reuse into the Future**

Organized by **Mathew Barber**

**Organized under the auspices of The Centre for Digital**
**Humanities at Aga Khan University, Institute for the**
**Study of Muslim Civilisations**

Chair: **Leif Stenberg,** Aga Khan University

**Mathew Barber,** Aga Khan University
**Jonathan Parkes Allen,** University of Maryland, College
Park
**Sarah Bowen Savant,** Aga Khan University
**Irene Kirchner,** Georgetown University
**Mai Zaki,** American University of Sharjah
**Eid Mohamed,** Qatar University
**Intisar Rabb,** Harvard Law School

**ROUNDTABLE**
**III-5: Officially Silenced Narratives**
**in Republican Turkey**

Organized by **Umit Kurt,** University of Newcastle

Chair: **Ipek Kocaömer Yosmaoglu,** Northwestern
University

**Baris Unlu,** University of Virginia
**Baki Tezcan,** University of California, Davis
**Yavuz Kose,** University of Vienna
**Fatma Müge Göçek,** University of Michigan, Ann Arbor

**III-6: Packrats and Hoarders of Arabic Literature**

Organized by **Samuel England**

Chair: **Samuel England**

**Adam Talib,** American University in Cairo *Arabic Poetry
Media: A History of Collecting and Collection*
**Samuel England,** University of Wisconsin-Madison *Four
Lines, 33 rpm: Ruba'iyyat in Arabic Public Spheres*
**Emily Drumsta,** The University of Texas at Austin *A New
Register of the Arabs: Poetry as Ur-Science and Diwan in
Ahmad Zaki Abushady's al-Shafaq al-Baki (1926)*
**Yasmine Ramadan,** University of Iowa *Blood, Filth, and
Excretions: The Abject in Contemporary Egyptian Fiction*



SESSION III  8:30 - 10:30 AM                      FRIDAY, NOVEMBER 3, 2023

### III-7: Alternative Sovereignties

Organized by **Omar Shehabi**

Discussant: **Asli Bali**

**Omar Shehabi,** Yale Law School *From Crémieux to Gerezim: Performative, Constitutive and Disfiguring Citizenship in the Contested Spaces of the Middle East and North Africa*
**Lily Hindy,** University of California, Los Angeles *"Selling" the Kurdish Plight in Iraq to an International Audience: The Messaging of Kurdish Diaspora Organizations after the Human Rights Revolution (1975-2005)*
**Kian Tajbakhsh,** Columbia University *Decentralization, Sovereignty and Democratization under the Islamic Republic of Iran: Do Local Electoral and Civic Institutions Offer Interstitial Spaces for Building Practices of Self-Rule?*
**Asli Bali,** Yale Law School *Rethinking Self-Determination: Experiments with Confederalism in the MENA Region*
**David Mednicoff,** University of Massachusetts Amherst *Syrian Refugee Governance at the Intersection of Transnational and Local Actors- Lessons for Contested Political Spaces of the MENA?*

### III-8: Representing Revolution, Revolutionary Representations: Visual Activism about Palestine from the 1960s to the Digital Age

Organized by **Nadia G. Yaqub**

**Nadia G. Yaqub,** University of North Carolina at Chapel Hill *Refracted Solidarity: Palestine in Mid-Twentieth Century Arab Cinema*
**Umayyah Cable,** University of Michigan, Ann Arbor *Producing Education, Circulating Solidarity: The Association of Arab American University Graduates' Educational Filmstrips of the 1970s*
**Claire Begbie,** Concordia University *Representing the Palestinian Struggle in Post-Camp David Egypt: Neoliberalism and Transnational Solidarity Cinema*
**Dina Matar,** SOAS, University of London *Poster Art: Spaces of Appearance*
**Meryem Kamil,** University of California Irvine *Cardboard Drones and Balloon Ballistics: Tactical Media in the 2018 Great March of Return*

### III-9: "Wake Work" and Revolution: Dilemmas of Mourning, Memory, and Contested Futures

Organized by **Alice Wilson**

Chair: **Eray Çaylı,** University of Hamburg
Discussant: **Sophie Chamas,** SOAS, University of London

**Alice Wilson,** University of Sussex *Unofficial Commemoration among Dhufar's Former Revolutionaries*
**Charis Boutieri,** King's College London *Diluted Afterlives of Revolution: Tunisia Militants and the Trappings of Liberal Translation*
**Huseyin Rasit,** Ritsumeikan University *Revolution, Imperialism, Geopolitics: Managing Precarity and Sustainability in Rojava's Revolution*
**Marlene Schäfers,** Utrecht University *Digital Wake Work: On Forging Martyrial Immortality Online*

### III-10: Epics and Narratives in Medieval Turco-Persianate Culture

Organized by **Colin Mitchell**

**Sponsored by Middle East Medievalists (MEM)**

**Colin Mitchell,** Dalhousie University *Davidic Distancing?: Old Exemplars and New Priorities in Early Safavid History*
**Kaveh Hemmat,** Benedictine University *Labor and Power in the Persian Epic Tradition and Its Intertexts*
**Nasrin Askari,** University of Birmingham *The Timeless Tales of the Mūnis-nāma as Mirrors for Princesses*
**Abolfazl Moshiri,** University of Toronto *The Mythical Sun: The Legacy of Shams-i Tabrīzī in the Mevlevi Hagiographies*

### III-11: The Caucasus within the Ottoman World

Organized by **Vladimir Hamed-Troyansky**

Chair/Discussant: **Seteney Shami,** Arab Council for the Social Sciences

**Vladimir Hamed-Troyansky,** University of California, Santa Barbara *North Caucasian Refugee Resettlement in the Late Ottoman Empire*
**Tuna Basibek,** University of Washington, Seattle *The Slave Trade on the Russian-Ottoman Border in the Caucasus, 1800-1860*
**Murat Yasar,** SUNY Oswego *16th-century Ottoman Territory- and Subject-Making Strategies in the Northwestern Caucasus*

AAUP-01223

SESSION III  8:30 - 10:30 AM                     FRIDAY, NOVEMBER 3, 2023

**III-12: Commodified Ruins & Broken Promises: Development, Violence and Contestation in the Age of Tourism**

Organized by **Idun Hauge & Laith Shakir**

Chair/Discussant: **Waleed Hazbun,** University of Alabama

**Idun Hauge,** Georgetown University *Promising Baalbek: Tourism, Development & Anxieties in the Town of Baalbek, 1943-1975*
**Juan Ramirez,** Georgetown University *Tourism in Tunisia after Fifty Years of French Occupation: French Colonial Capitalism in Interwar Tunisia*
**Laith Shakir,** New York University *Iraqi Antiquities and Tourism Development, 1921-1932*
**Elisa Wynne-Hughes,** Cardiff University *Neoliberal Tourism: Difference, Desire and Dispossession in Revolutionary Cairo*

**III-13: Negotiating Iranian Identity: Between Prescriptions & Subscriptions of Belonging**

Organized by **Mohammad R. Kalantari** and **Olivia Glombitza**

Chair: **Luciano Zaccara,** Qatar University

**Olivia Glombitza,** Autonomous University of Barcelona *Salam Farmandeh: Identity Prescription & Youth Mobilization in the Islamic Republic of Iran*
**Mehran Kamrava,** Georgetown University Qatar *State, Communal, and Individual Identities in Iran*
**Mohammad R. Kalantari,** Royal Holloway, University of London *Whither Iranian Religiosity: Being an Iranian in the Modern Era*
**Kristin Soraya Batmanghelichi,** University of Oslo *Gilded Backdoors?: Purchasable Belonging for Iranians in Istanbul Post-2009*

**III-14: At the Edges of Lebanon: Communities and the Spatial Politics of Infrastructural Development**

Organized by **Diala Lteif** and **Zeead Yaghi**

Chair/Discussant: **Jens-Peter Hanssen,** University of Toronto

**Diala Lteif,** University of Cambridge *My Way or the Highway: On Infrastructure and Urban Policies in 1960s Beirut, Lebanon*

**Molly Oringer,** University of California, Los Angeles *Whose Jewish Saida?: On Absence, Memory, and the Legacy of the Jewish Community in Southern Lebanon*
**Zeead Yaghi,** University of California, San Diego *Rural Lebanon: On Land Dispossession, Development, and Infrastructure 1958-1970*
**Cynthia Kreichati,** McGill University *A Gift of the Litani: The Politics of Electricity in Lebanon*

**III-15: Slavery and Its Legacies in the Modern Arabic Novel**

Organized by **Ahmed Idrissi Alami**

**Caroline Seymour-Jorn,** University of Wisconsin-Milwaukee *Slavery, Identity and Memory in the Novels of Radwa Ashour and Samiha Khrais*
**Ahmed Idrissi Alami,** Purdue University *Undoing the Burden of Blackness*
**Heather Porter Abu Deiab,** McGill University *History, Racism and Futurism in Laila Lalami's The Moor's Account*

**III-16: Over, Under, and Around the State: Accessing Social Services in Turkey**

Organized by **Nihal Kayali**

**Nihal Kayali,** University of California, Los Angeles *Temporary Rights and the Privatization of Refugee Healthcare Providers*
**Merve Erdilmen,** McGill University *Multi-Scale Approach to Queer Refugee Organizing: LGBTQI+ Refugee-Led Organizations in Turkey and Beyond*
**Author's Name Withheld by Request** *Sibyan Mektebi in Istanbul, Turkey: Why Did the Islamic Preschools Emerge and Expand?*

**III-17: After the Armageddon: Ottoman Military, Intellectuals, and Press, 1918-1923**

Organized by **Yigit Akin** and **Veysel Simsek**

Chair: **Laila Parsons,** McGill University

**Veysel Simsek,** McGill University *Demobilization of the Ottoman Army, 1918-1919*
**Yigit Akin,** Ohio State University *Post-War Peace, Popular Politics, and the "Ethnicization" of the Ottoman Public Sphere, 1918-1920*



SESSION III     8:30 - 10:30 AM                    FRIDAY, NOVEMBER 3, 2023

**Fatma Esen,** Georgetown University *Pre-Print Censorship in Allied Occupied Istanbul: Who Censored What, When, Where, and Why (1918-1923)*
**Ari Sekeryan,** Independent Scholar *Imagining the End: Political Engagement of Armenian Intellectuals in Occupied Istanbul (1918-1922)*

### III-18: Scales of Migration: Knowledge Production in the Middle East and Its Global Linkages

Organized by **Marjan Wardaki**

Chair/Discussant: **Stacy Fahrenthold,** University of California, Davis

**Marjan Wardaki,** Yale University *Medical Knowledge-Migrants in Islamicate Germany and the Birth of New Medical Centers*
**F. Walter Lorenz,** University of North Georgia *Mobilizing Agricultural Science: Migrants, Locals, and Olive Branches in Civilizing Late Ottoman Libya*
**Joshua Donovan,** Boston College *Migrant Memories: Orthodox Christian Accounts of Violence and Displacement During the 1860 "Events" in Damascus*

### III-19: In Honor of Franklin Lewis I: Ghazal Poetics

Organized by **Samuel Hodgkin,** Yale University

Chair: **Jane Mikkelson,** Yale University

**Saeed Zarrabi-Zadeh,** University of Erfurt *Transformation of the Soul in Mystical Islam: The Case of Jalal al-Din Rumi*
**Shaahin Pishbin,** University of Chicago *The Maṭlaʿ-i Dīvān: On the Importance of Ghazal #1*
**Paul E. Losensky,** Indiana University Bloomington *Can the Ghazal Ever be Read as Autobiography?: Toponyms in the Poetry of Saʾeb Tabrizi*
**Hajnalka Kovacs,** Harvard University *Zeniths and Nadirs: The Theme of the Miʿrāj in Bēdil's Ghazals*

### III-20: Mobility, Movement, and Belonging Across Borders

Organized by **Omer Shah**

**Omer Shah,** Pomona College *Optimizing Mecca: Islam, Infrastructure, and Logistics*
**A. George Bajalia,** Wesleyan University *Barzakh as Method: Waiting for the Right to Belong in Tangier, Morocco*

**Sumayya Kassamali,** University of Toronto *City of Exiles: Reframing "Migrant Labour" in Beirut, Lebanon*
**Hala Habib,** Columbia University *Resemblances and Departures: Reimagining Mourning in Afghanistan*

### III-21: Images in Islam: Past and Present

Organized by **Ali Asgar Alibhai** and **Laura Thompson**

Discussant: **Christiane J. Gruber,** University of Michigan, Ann Arbor

**Ali Asgar Alibhai,** The University of Texas at Dallas *Image-Making in Fatimid Society: An Interdisciplinary Discourse in Jurisprudence, Material Culture, and Social History*
**Laura Thompson,** Harvard University *Contemporary Blasphemy Prosecutions in Tunisia: The Case of Al Abdellia and Nessma TV*
**Han Hsien Liew,** Arizona State University *Al-Māwardī's Commentaries on the Anthropomorphic Qurʾānic Verses*
**Fayrouz Ibrahim,** Nova Scotia College of Art and Design *Reimagining Islamic Images: A Historical and Contemporary Analysis of Images in Islamic Politics and Art*

### III-22: Varieties of Slavery and Unfreedom in Medieval Islamic History

Organized by **Philip Grant**

Chair/Discussant: **Rachel Schine,** University of Maryland, College Park

**Philip Grant,** University of California, Irvine *What Is a "Slave Revolt"? Comparative Perspectives on the Zanj Rebellion (255-269/869-883)*
**Brian J. Ulrich,** Shippensburg University *Portrayals of the Slave Trade in the Book of the Wonders of India*
**Elizabeth Urban,** West Chester University *Freedwomen in Early Islamic History*

### III-23: Colonization and Decolonization in Israel/Palestine

Chair: **Ghassan E. El-Eid,** Central Connecticut State University

**Yara Nassar,** Arab Center for Research and Policy Studies *Who Supports Hamas in Palestine? Public Political Perceptions of Palestinians in the West Bank and the Gaza Strip*

AAUP-01225

SESSION III ❀ 8:30 - 10:30 AM                 FRIDAY, NOVEMBER 3, 2023

**Sebaah Hamad,** University of California, Santa Barbara *Sumud: Palestinian Resistance and Place-Making*
**Aisha Mershani,** Gettysburg College *Decolonizing Resistance: Stone Throwing and Palestine Solidarity Activism*
**Clayton Goodgame,** Princeton University *The Return of Ideology: Religion and Social Theory in the Middle East*

### III-24: State, Citizenship, and Identities

Chair: **Ohannes Geukjian,** American University of Beirut

**Ali Karimi,** University of Calgary *Passport and Persecution: A History of Travel Permit in Afghanistan*
**Lara Christmann,** Johannes Gutenberg University Mainz *"Whatever We Are Doing Here in Oman Goes Back to the Family": Spatial Practices and Situational Identity of Young Urban Omani in Muscat*
**Khachig Tololyan,** Wesleyan University *Beyond Westphalia and after Foucault: Stateless Power in the Armenian Diaspora*
**Mehdi Faraji,** New York University *Making a Pious-Revolutionary Public: The Rise and Fall of the Friday Prayer in Postrevolutionary Iran*
**Esha Momeni,** University of California, Los Angeles *Hijab Propaganda and the Reinforcement of Hostile Masculinity in Post-Revolutionary Iran*
**Youssef Yacoubi,** Seton Hall University *The "Retardation" of Unitarian Postcoloniality in North Africa: Psycho-Colonialism, Psycho-nationalism, and the Dismemberment of the Arab Maghreb Union.*

### III-25: Queer Politics and Subjectivities

Chair: **Johnathan Norris,** Boston University

**Ali Yildirim,** University of Minnesota, Twin Cities *Deviant Attachments: An Argument on Minoritization, Political Dissent, Aleviness, and Queerness in Turkey*
**Saffo Papantonopoulou,** University of Arizona *Excavating (Post)-Ottoman Queer Subject Formation in Greece and Turkey: The Relationship between Lubunca and Kaliarnta*
**Jamie Pelling,** Princeton University *Sex and the City: Sexual Fantasy in 1920s Istanbul*
**Paraska Tolan-Szkilnik,** Cornell University *Maghreb Mithlya: Histories of Queer People in the 2011 Tunisian Revolution*
**Hatim Rachdi,** Hamad Bin Khalifa University *"'Iilaa Mataa": Cis-heteronormativity and The Everyday Production of "The Carceral Continuum"*

### III-26: Democratic Backsliding in Tunisia

Chair: *Volunteer needed*

**Mahmoud Tharwat El Hewaig,** Georgetown University *The Roots of the Predetermined Trajectory of the Tunisian Revolution*
**Youssef Chouhoud,** Christopher Newport University *Political Tolerance and Democratic Backsliding in Tunisia*
**Fabrizio Leonardo Cuccu,** Dublin City University and **Alessandra Bonci,** Arnold-Bergstraesser-Institut *Religion and Security in Democratizing Tunisia: Re-enacting Surveillance through Religious Narratives and Gendered Dynamics*
**Ahmed Elbasyouny,** Indiana University Bloomington *Tunisia's Presidential Coup: Lessons for Constitutional Design*
**Moutaa Amine El Waer,** University of Montreal *Everyday Statecraft in Context of Political Crisis: Insights from the Tunisian University*

### III-27: Geopolitics and the Struggle for the Middle East: The U.S., Russia and China

Chair: *Volunteer needed*

**Rasha Altameemi,** University of North Texas *US and Soviet Interference in the Iran-Iraq War, 1980-1988*
**Mustafa Caner,** Sakarya University *How China Has Challenged the Us' Hegemonic Position in the Middle East*
**Matt Buehler,** University of Tennessee, Knoxville *The Lost Colony: American Power in Morocco*
**Ehsan Sheikholharam,** University of North Carolina at Chapel Hill *Bypassing Islam: War in Ukraine and a New Discourse of Civilizational Clash*

### III-28: Theorizing Islamism(s): New Methods and Perspectives

Chair: *Volunteer needed*

**Humeyra Biricik,** University of Oxford *Re-evaluating the Inclusion-Moderation Hypothesis: Evidence from Erdogan's Evolving Rhetoric*
**Sarah Fischer,** Marymount University *Attracting Women Voters to Islamist Parties: What Policies Produce Party Support?*
**Martin Kear,** University of Sydney *Battling to Remain in Politics - Understanding Hamas's Hybrid Resistance*
**Suhyla Behiry,** Georgetown University *The Muslim Brotherhood in Exile: Party Cleavages and Political Adaptation*

SESSION III    8:30 - 10:30 AM                    FRIDAY, NOVEMBER 3, 2023

## III-29: Climate Change, The Environment, and Natural Disasters

Chair: **Reza Sohrabi,** Carleton University

**Nimah Mazaheri,** Tufts University *Environmental Quality and Public Perceptions in the Middle East: Survey Evidence about Water, Air, and Pollution*

**Lauren Baker,** Northwestern University *Performing and Contesting Green Leadership: The Politics of Trash at COP27*

**Andreas Rechkemmer,** Hamad Bin Khalifa University *Crises, Climate Change, and Social Justice – Policy Implications for the Middle East*

**Stephen P. Gasteyer,** Michigan State University *Desalting Hydro-Modernity: Climate Change, Water Scarcity, and the (Neo)Colonial Imaginaries of Water Development*

**Martin Hvidt,** University of Southern Denmark *Analyzing a Paradox: How High Oil Prices Have Become a Driver for the Green Transition in the Gulf Countries*

**Ahmet Öztürk,** Independent *Reassessing Dams and Transboundary River Development Projects in the Context of Natural Disasters: The Challenges and Setbacks After the Recent Earthquakes in the Southern Türkiye*

## III-30: Women's Work in the Middle East and Beyond: Critical Junctures

Organized by **Rasmieyh Abdelnabi**

Chair/Discussant: **Najwa Adra,** Austrian Academy of Sciences

**Rasmieyh Abdelnabi,** George Mason University *Palestinian Women Embroiders: Embodying Palestinian Indigenous Sovereignty*

**Sarah Sabban,** American University of Beirut *Crafting National Heritage: Women's Associations and the Promotion of Arts and Crafts in French Mandate Lebanon*

**Wafaa Hasan,** University of Toronto *Anti-Palestinian Gendered and Racial Childism/Motherhoods in the Toronto Public School System*

**Farha Ghannam,** Swarthmore College *Between the Visible and Invisible: Ethics of Care, Gender, and Class in Urban Egypt*

AAUP-01227



**SPECIAL SESSION**
**IV-1: Rewriting Histories and Narratives from the Arab Region: Alternative Archives, Marginalized Voices**

While formal research and knowledge production institutions in the Arab region continue to suffer from a dismal array of constraints and shortcomings, there is an explosion of initiatives interrogating, critiquing and providing alternatives to longstanding narratives of nationalism, identity, political structures and lifeworlds. Mostly organized through para-institutional and interstitial modalities, often ephemeral and short-lived, these initiatives create new archives, highlight marginalized voices and construct alternative narratives and visions of the future. This roundtable will examine issues such as methodological nationalism, revolutionary knowledge, digital activism and domestic archives. The importance of these efforts from the Arab region is in the production of new insights and interpretations of pasts, presents and futures but also as a critique of existing formal institutions of knowledge production in the region.

Organized by **Seteney Shami**
on behalf of
**the Arab Council for the Social Sciences and MESA**

Chairs: **Seteney Shami,** Arab Council for the Social Sciences and **Dina Rizk Khoury,** George Washington University

**Mohammed A. Bamyeh,** University of Pittsburgh
**Sami Hermez,** Northwestern University in Qatar
**Hana Sleiman,** University of Edinburgh
**Reem Joudi,** Arab Council for the Social Sciences

**ROUNDTABLE**
**IV-2: Lebanese Studies: Current Stakes, Future Possibilities, and Ethical Commitments**

Organized by **Andrew Arsan**

**Organized under the auspices of
the Centre for Lebanese Studies**

Chair: **Andrew Arsan**

**Andrew Arsan,** University of Cambridge
**Owain Lawson,** University of Toronto
**Diala Lteif,** University of Cambridge

**Nadya J. Sbaiti,** Georgetown University School of Foreign Service in Qatar
**Munira Khayyat,** American University in Cairo
**Ziad M. Abu-Rish,** Bard College

**ROUNDTABLE**
**IV-3: Queer/Trans Critique of Middle East Studies**

Organized by **Asli Zengin**

Chair: **Asli Zengin,** Rutgers, State University of New Jersey

**Elif Sari,** University of British Columbia
**Sima Shakhsari,** University of Minnesota, Twin Cities
**Razan Ghazzawi,** Oregon State University
**Sophie Chamas,** SOAS, University of London

**ROUNDTABLE**
**IV-4: Histories of Capitalism and Race in the Middle East and Indian Ocean**

Organized by **Mattin Biglari, Hengameh Ziai,** and **Sarah El-Kazaz**

Chairs: **Mattin Biglari,** SOAS, University of London, **Hengameh Ziai,** SOAS, University of London, and **Sarah El-Kazaz,** SOAS, University of London

**Timothy Mitchell,** Columbia University
**Johan Mathew,** Rutgers, State University of New Jersey
**Nada Moumtaz,** University of Toronto
**Fadzilah Yahaya,** Yale University

**ROUNDTABLE**
**IV-5: Collaborative Field Building in Amazigh/Berber Studies: Academia and Community in North Africa**

Organized by **Ellen Amster**

Chair/Discussant: **Ellen Amster**

**Ellen Amster,** McMaster University
**Manaal Alsabagh,** McMaster University
**Paul Silverstein,** Reed College
**Brahim El Guabli,** Williams College
**Katherine E. Hoffman,** Northwestern University
**Nabil Boudraa,** Oregon State University

**ROUNDTABLE**
**IV-6: Early Republican History**
**One Hundred Years after 1923**

Organized by **Hale Yılmaz**

Chair: **Hale Yılmaz**

**Hale Yılmaz,** Southern Illinois University Carbondale
**Kyle Evered,** Michigan State University
**Roger A. Deal,** University of South Carolina Aiken
**G. Carole Woodall,** University of Colorado at Colorado Springs
**Ozge Calafato,** University of Amsterdam
**Senem Aslan,** Bates College
**Emine Ö. Evered,** Michigan State University

**IV-7: The Decline of Rise:**
**Re-examining the Ottoman Rise Paradigm**

Organized by **Amy Singer** and **Samet Budak**

Chair: **Gottfried Hagen,** University of Michigan, Ann Arbor
Discussant: **Cemal Kafadar,** Harvard University

**Amy Singer,** Brandeis University *The Case of Edirne: Behind the Scenes of the Rise Narrative*
**Patricia Blessing,** Princeton University *Architecture and Ottoman Rise: Away from the Sinan Paradigm*
**Samet Budak,** University of Michigan, Ann Arbor *An Alternative History of the Beginnings of the Ottoman Enterprise: Thinking Outside the Box of Official History*
**Dimitris Kastritsis,** University of St. Andrews *Imagining Ottoman World History in the Middle of the 15th Century CE*
**Linda T. Darling,** University of Arizona *What Was the Rise of the Ottoman Empire?*

**IV-8: Finding Meaning in 2 Billion Words**
**of Arabic Books**

Organized by **Sarah Bowen Savant**
on behalf of
**The Centre for Digital Humanities at Aga Khan University, Institute for the Study of Muslim Civilisations**

Chair: **Leif Stenberg,** Aga Khan University

**Sarah Bowen Savant,** Aga Khan University *Did Ibn al-ʿAsākir (d. 571/1176) Use a Library to Create the Largest Pre-modern Book in Arabic?*

**Aslisho Qurboniev,** Aga Khan University *The Application of Stylometry to Premodern Arabic Texts: The Elusive Case of the Rasāʾil Ikhwān al-Ṣafāʾ*
**Mathew Barber,** Aga Khan University *Chronicling Crisis in Pre-modern Arabic Texts: Formula Versus Description*
**Ryan Muther,** Northeastern University *Source Attribution Using Generative Language Models: A Case Study on Maqrizi*
**Robert Kevin Jaques,** Indiana University Bloomington *Reconstructing and Presenting the "Lost" Witnesses of Ibn Isḥāq's Sīrah*
**Lorenz Nigst,** Aga Khan University-ISMC, Centre for Digital Humanities *Un-scatter the Field, Simplify the Search: Text Reuse and Pre-Modern Scholarly Tool-Building*

**IV-9: Middle Eastern Diaspora:**
**US Multiethnic and Multiracial Collaborations**

Organized by **Kimberly W. Segall**

Chair: **Stan Thangaraj**

**Kimberly W. Segall,** Seattle Pacific University/University of Washington *Digital Solidarities of U.S. Muslim Women*
**Stan Thangaraj,** Stonehill College *Constantinople Cafe and Copper Binds: Kurds, Lebanese, and the Emergence of Butte, Montana*
**Candace Lukasik,** Mississippi State University *Geopolitical Reverberations: Sectarian Memory and the (Im)Possibilities of Arab American Studies*
**Joseph Hermiz,** University of Chicago *The United States v. Shmuil David: Racializing Assyrians in post-World War I America*

**IV-10: Popularizing Folklore, Folklorizing the Popular:**
**Memory, Co-optation, and Commodification in Moroccan Music**

Organized by **Benjamin Jones**

**Benjamin Jones,** Georgetown University *Singing the Sahara: Claiming the Western Sahara in Popular Music*
**Cynthia Becker,** Boston University *Moroccan Cover Art: Marketing Popular Music in the 1970s and '80s*
**Kendra Salois,** American University *Between Renewal and Extraction: Ghiwanien Methodologies in Moroccan Heritage Pop*
**Said Graiouid,** SIT Study Abroad *Nass El-Ghiwane, Decoloniality, and "Resistant Imagination"*



SESSION IV    11:00 AM - 1:00 PM                    FRIDAY, NOVEMBER 3, 2023

### IV-11: Materiality & Documentary Culture in the Early Islamic World

Organized by **Kyle Longworth** and **Tobias Scheunchen**

Chair: **Fred M. Donner,** University of Chicago
Discussant: **Cecilia Palombo,** University of Chicago

**Kyle Longworth,** University of Chicago *Monetary Liquidity & Political Propaganda: The Mint in Marv during the Second Islamic Civil War (62/681-73/692)*
**Tobias Scheunchen,** University of Chicago *To Sue, or Not to Sue – Muslims and Christians Going to Court in Late Antique Egypt: The Documentary Evidence*
**Theresa Grabmaier,** Ludwig Maximilian University Munich *The Life of the People in the Fayyūm: A Network Analysis Approach to the Berlin Arabic Papyri Collection*
**Raashid Goyal,** Cornell University *Turning Documents into History, and History into Documents: The Dhimma of God and His Messenger in the First Islamic Century*

### IV-12: Energy, Rivalry, and Insecurity in the Middle East

Organized by **Bruce Rutherford**

Chair: **Bruce Rutherford**
Discussant: **Natalie Koch,** Syracuse University

**Tobias Zumbraegel,** Heidelberg University *The Technopolitics of Hydrogen: The Oil- and Gas-Exporting Gulf States' Quest for Relevance in a Climate-Constrained World*
**Jeannie Sowers,** University of New Hampshire *Territorial Fragmentation and the Targeting of Oil and Water Infrastructures in Libya*
**Bruce Rutherford,** Colgate University *Managing the Rise of China in the Middle East: The Case of Egypt*
**Drew Kinney,** Syracuse University *Calm amongst the Chaos: Jordanian Foreign Relations within a Region in Crisis*

### IV-13: Demystifying the Middle East in the Undergraduate Classroom through Virtual Exchanges

Organized by **Marcus Smith**
on behalf of
**MESA's Committee for Undergraduate Middle East Studies (CUMES)**

Chair/Discussant: **Melinda McClimans**

**Marcus Smith,** Lindenwood University *Teaching Cultural Competency through Virtual Exchange Partnership with the University of Mosul*
**Danielle Schoon,** Ohio State University, **Melinda McClimans,** Ohio State University, and **Suncem Kocer,** Koc University *Virtual Education Abroad in Istanbul, Turkey: Utilizing the Principles and Practices of Collaborative Online International Learning*
**Maia Carter Hallward,** Kennesaw State University *Engaging with the Other Online*
**Lamees Fadl,** The City University of New York *Approach to Integrating Virtual Exchange Pedagogy in Arabic Language Classes: The Cases of COIL and GSACS Programs at CUNY*
**Gwyneth Talley,** American University in Cairo *Nebraska Meets Cairo – Exploring Cross-Cultural Diversities with Arab Society*

### IV-14: Ecocritical Terrains: Rethinking Tamazghan and Middle Eastern Landscapes

Organized by **Edwige Tamalet Talbayev**

Chair: **Edwige Tamalet Talbayev**

**Edwige Tamalet Talbayev,** Tulane University *Elemental Borders: Reframing the Geophysical Maghreb*
**Ramyar Rossoukh,** Brandeis University *Colonizing Mars in the Arabian Desert*
**Tracy Valcourt,** Independent Scholar *"Pure Landscape" and Atmospheric Ambiguation: Picturing Deserts*
**Anna Levett,** Oberlin College *Tunisia's Post-Revolutionary Cinematic Landscapes*
**Matthew Brauer,** University of Tennessee, Knoxville *Earthquakes in Maghribi Literature: Land, Body, and Language in al-Ṭāhir Waṭṭār's al-Zilzāl (The Earthquake)*

SESSION IV · 11:00 AM - 1:00 PM                FRIDAY, NOVEMBER 3, 2023

### IV-15: At the Intersection of Health and Gender in the Middle East in the Midst of Military, Economic and Natural Disasters

Organized by **Livia Wick**

Chair: **Livia Wick,** American University of Beirut

**Aysecan Terzioglu,** Sabanci University *Understanding the Syrian Refugees' Particular Experiences in Turkey through Gender and Health Issues*
**Weeam Hammoudeh,** Birzeit University *Navigating Adolescence under Occupation and Prolonged Displacement: The Health and Mental Wellbeing of Palestinian Refugee Adolescent Girls in the West Bank and Jordan*
**Basak Can,** Koc University *Gendering Biomedical Care in Chronic Kidney Disease in Turkey*
**Doaa Hammoudeh,** University of Oxford *Slow and Gendered Violence: Experiences of Young Palestinians Living on the Margins of Jerusalem*

### IV-16: The Predicament of Islamic Decoloniality: Hegemony and Critique in Contemporary Islamic Thought in Turkey

Organized by **Alev Cinar**

Discussant: **Nora Fisher-Onar,** University of San Francisco

**Alev Cinar,** Bilkent University *The Predicament of Islamic Decoloniality: Sufi Political Thought and the "Great East" Project of Necip Fazıl Kısakürek*
**Enes Ateş,** Mardin Artuklu University *"Muslim Society" as Resistance: İsmet Özel's Islamism as a Form of Islamic Decolonial Thought in Turkey*
**Seda Baykal,** University of Pittsburgh *The Dilemmas of Decoloniality in the Turkish Academia: The Case Ibn Khaldun University*
**Ayşe Ayten Bakacak,** Ankara Yildirim Beyazit University *Between Assimilation and Defiance: "Obedient Resistance" in Academia, The Example of İstanbul Şehir University*

### IV-17: Authority in and of Islam: Manifestations and Contestations

Organized by **Zunayed Ahmed Ehsan**
on behalf of the
**College of Islamic Studies, Hamad Bin Khalifa University**

**Zunayed Ahmed Ehsan,** Hamad Bin Khalifa University *Theology as Political Theory: Maulana Bhashani's Method of Doing Theology for Social Transformation*
**Mohammed Asaf Pazheri,** Independent Scholar *"Swearing to God": A Study on Dispute Settlement and Islamic Legal Authority in Kodinhi Juma Masjid in Kerala in India*
**Osman Qazi,** Hamad Bin Khalifa University *Celebrating the Birth of the Prophet in British India: Aḥmad Raẓā Khān Barelwīs Fatwas on the Mawlid*
**Uvaise Karattiyattil,** Hamad Bin Khalifa University *Islamic Law in Postcolonial India: A Study of the Qadis of Calicut (1947-2020)*
**Annas Rolli Muchlisin,** Hamad Bin Khalifa University *Yūsuf Al-Qaraḍāwī's Attitudes toward Taqrīb Al-Madhāhib: From Ecumenicism to Sectarianism?*

### IV-18: Iran and the Struggle for "Normalcy": Woman, Life, Freedom

Organized by **Pouya Alimagham**

Chair/Discussant: **Pouya Alimagham**

**Pouya Alimagham,** Massachusetts Institute of Technology *Cascading Dissent: Situating "The Hijab Protests" in Iran's Post-1979 History*
**Yalda Hamidi,** Minnesota State University, Mankato *Woman, Life, Freedom and the Question of Normalcy: A Note Toward an Anti-racist Transnational Feminist Lens*
**Mahrou Zhaf,** St. Lawrence University *The Islamic Republic's Perverse State of Mind and the Female Resistance*

### IV-19: Digital Divides and Censored Stories: Contemporary Challenges to Arab Media Access

Organized by **Andrew Leber**

**Andrew Leber,** Tulane University *Murder as a Signal of Censorship: Jamal Khashoggi and Repression of Saudi Op-Ed Columnists*

AAUP-01231


**Ildiko Kaposi,** Independent Scholar *Shades of Literary Censorship in Kuwait*
**Fahed Al-Sumait,** American University of Kuwait *Identifying Communities of Exclusion in Kuwait's Digital Media Landscape*

### IV-20: In Honor of Franklin Lewis II: Persian and Other Literatures: Multilingualism and Translation

Organized by **Ferenc P. Csirkes**

Chair: **Pouneh Shabani-Jadidi,** University of Chicago

**Ferenc P. Csirkes,** Sabanci University *Turkic Poetry and the "Fresh Style" in Safavid Iran*
**Theodore Beers,** Freie Universitat Berlin *The "'Ali ibn al-Shah" Preface to "Kalila and Dimna" between Persian and Arabic*
**Nargis Ali Virani,** Emory University *Jalaluddin Rumi's Multilingual Poems*
**Francesca Chubb-Confer,** Whitman College *The Ghazal Complex: Iqbal and the Problem of Certitude*
**Cameron Cross,** University of Michigan, Ann Arbor *Translating the Divan-e Shams: Poetics, Politics, and Pedagogy*

### IV-22: Forms of Refusal and Reshaping the Urban in Middle Eastern Cities

Organized by **Dina Makram-Ebeid** and **Momen El-Husseiny**

Chair: **Dina Makram-Ebeid** and **Momen El-Husseiny**

**Momen El-Husseiny,** American University in Cairo *Mega-Peripheries and Cairo's New Administrative Capital: Contradictions of Squatting and Unsettled Livelihoods around the New Urban Future*
**Dina Makram-Ebeid,** The American University in Cairo *Post-coloniality, An Unfinished Project: Labor, Class and the Reshaping of the Urban in a Steel Town in Cairo*
**Alaa Attiah M,** University of Toronto *Marginality and Sovereignty in Postcolonial Context*

### IV-23: Anti-Colonial Resistance Across the Arab Gulf

Organized by **Erica Augenstein**

Discussant: **Samah Selim,** Rutgers, State University of New Jersey

**Erica Augenstein,** University of Houston *Publishing the Revolution: Palestinians and Anti-Colonial Literature in the Arab Gulf, 1950s-1970s*
**Ibrahim Badshah,** University of Houston *Necessary Impossibilities: Activist Translations of Anti-Colonial Arabic Literature into Malayalam*
**Iqra Raza,** University of Houston *Spectres of Revolution: The Spectral Politics of Resistance in Sonallah Ibrahim›s "Warda"*
**Said Al Hashmi,** University of Houston *Revolution in Omani Memory: Rethinking Anti-Colonial Resistance in the Work of the "Green Mountain Angels" and "A Woman from Dhofar"*

### IV-24: Queer Artistic and Cultural Practices of Southwest Asia North Africa

Organized by **Anne Marie Butler** and **Deena Naime**

Chair: **Natalie El-Eid,** Syracuse University

**Anne Marie Butler,** Kalamazoo College *Sexual Deviance as Decolonial Praxis: Tunisian Artist Aicha Snoussi's Anti-Knowledge Archives*
**Raed El Rafei,** University of California, Santa Cruz *Queer (In)Visibility and the Production of Queer Space in Post-War Lebanese Film*
**Deena Naime,** University of Southern California *Sobhiyat w Zyarat: Queer Intimacies in Druze Women's Spaces*

### IV-25: Islamic Thought, Texts, and Modernity in the Late Nineteenth and Early Twentieth Centuries

Chair: **Mohammad Salama,** George Mason University

**Samuel Scurry,** University of Arkansas *Qasim Amin's Detractor: Muhammad al-Bulaqi and the Challenge to the Late Sunni Legal Tradition at al-Azhar*
**Scott Bursey,** Florida State University *On the Modalities of Ignorance: Muhammad and Sayyid Qutb on Contrasting Conceptions of Jāhiliya*
**Wael Abu-Uksa,** Hebrew University of Jerusalem *Three Concepts of Tolerance in 19th Century Arabic*
**Michael Battalia,** Princeton University *Muḥammad Naṣīf (1885-1971) and the Revival of Philology as an Intellectual Craft in Early Twentieth Century Hijaz*
**Mariam Elashmawy,** Freie Universitat Berlin *The Commendatory Republic in 1930s Egypt: Al-Taṣawwuf al-Islāmī, Bookish Ties, and the Network of Book Commendations in al-Ma'rifā*

SESSION IV 🜨 11:00 AM - 1:00 PM                    FRIDAY, NOVEMBER 3, 2023

## IV-26: Governance and Citizenship in the Late Ottoman Empire

Chair: **Virginia Aksan,** McMaster University

**Sadreddin Berk Metin,** Simon Fraser University *Reconquering Istanbul: Islam and Legitimacy Crisis in the Ottoman Empire (1808-1839)*
**M. Safa Saracoglu,** Bloomsburg University of Pennsylvania *Codifying Corruption in 19th Century Ottoman Governance*
**Ismail Noyan,** Simon Fraser University *Towards a More Entangled Ottoman Intellectual History: The Case of Mecelle (1868-1889)*
**Mahade Hasan,** University of Illinois at Urbana-Champaign *The Evolution of the Concept "Citizenship" in Ottoman Empire: A Historical Perspective*
**Stefan Winter,** Université du Québec à Montréal/Koç University *The Ottoman Province of Kilis and the Origins of the "Kurd Dagh", 18th-19th Century*
**A. Hilal Ugurlu,** MEF University, Istanbul *Invisible Supporters of the New Order: Life and Networks of Royal Women in Istanbul under Selim III*

## IV-27: Doing Fieldwork in the MENA Region

Chair: *Volunteer needed*

**Noha Fikry,** University of Toronto *Inhospitable Homes & Hospitable Families: On Humans, Animals, and Food in Rural Egypt*
**Gokhan Mulayim,** Boston University *Field Precarity: Ethnographic Work in a Field in Flux in Contemporary Turkey*
**Tiina Hyyppä,** University of Helsinki *Researcher Vulnerability, Positionality and Objectivity in Conflict Research*
**Eric Schoon,** Ohio State University *Power Asymmetries Inverted: Suspicion, Insecurity, and Ethnographic Positionality in Turkey*

## IV-28: Courts and Constitutional Law in MENA

Chair: *Volunteer needed*

**Monique C. Cardinal,** Université Laval *One Hundred Years of History of Islamic Law and Jurists in Syria (1919-2019): The Struggle to Preserve a Legal System*
**Ahmet Barış Ekiz,** University of Michigan, Ann Arbor *Making the Case for Ottoman Legal Humanism: A Reappraisal of the Ottoman Juristic Writing in the Reign of Bayezid II*
**Carly Krakow,** New York University/London School of Economics and Political Science *A Totalitarianism of Our Time: International Law and Structures of Transnational Environmental Injustice in Palestine, Iraq, and the United States*
**Sila Ulucay,** University of Oxford *Political Trials in Istanbul: Spectacles of Power, Obedience, and Resistance*

## IV-29: Ritual and Faith

Chair: **Asma Afsaruddin,** Indiana University Bloomington

**Satoru Nakamura,** Kobe University *The Perceptions of Muhammad bin ʿAbd al-Wahhāb on Takfīr and Jihād*
**Reem Shaikh,** University of Texas at Austin *Rebellion and Legitimacy in the Hanbali School of Law*
**Azadeh Aghighi,** Indiana University Bloomington *Incorporating Contemporary Science in Qurʾānic Exegesis*
**Nadia Duvall,** SOAS, University of London *Sayyid Quṭb and the Decline of the Islamic Humanistic Tafsīr Traditions*

AAUP-01233



**SPECIAL SESSION**
**V-1: Yassin al-Haj Saleh: Reflections on Revolution and the Struggle for Democracy in Syria**

Yassin al-Haj Saleh is the most important progressive Syrian intellectual and activist working today. Described as "the intellectual voice of the Syrian revolution," his writing has included incisive and critical commentary on modern Syrian history, contemporary Syrian politics, the war in Syria and the crisis of state-society in the broader Arab world. The focus of this roundtable will be on the 2011 Syrian revolution against the Assad regime and the lessons learned from this brutal experience. Saleh will look back on the revolution and look forward. He will also engage with Syria experts on the question of the Syrian uprising, what went wrong, what went right, and what the future prospects of reconstituting a new movement for democracy in the coming years might look like.

Organized by **Steven Heydemann**
on behalf of the
**Center for Middle East Studies at the University of Denver and the Middle East Program at Smith College**

Chair/Discussant: **Steven Heydemann,** Smith College

**Yassin Al-Haj Saleh,** Independent Scholar
**Marwa Daoudy,** Georgetown University
**Wendy Pearlman,** Northwestern University

**ROUNDTABLE**
**V-2: Finding Palestine in Israeli Archives**

Organized by **Basma Fahoum** and **Shay Hazkani**

**Sponsored by**
**Palestinian American Research Center (PARC)**

**Basma Fahoum,** Stanford University
**Nimrod Ben Zeev,** Tel Aviv University
**Shay Hazkani,** University of Maryland, College Park
**Mezna Qato,** University of Cambridge

**ROUNDTABLE**
**V-3: Armenians, Kurds, and the Politics of Ottoman Historiography**

Organized by **David E. Gutman** and **Richard Antaramian**

Chair: **David E. Gutman**

**Richard Antaramian,** University of Southern California
**David E. Gutman,** Manhattanville College
**Fatma Müge Göçek,** University of Michigan, Ann Arbor
**Dzovinar Derderian,** University of California, Berkeley

**ROUNDTABLE**
**V-4: Demystifying the Middle East in the Classroom through Literature and Film**

Organized by **Gwyneth Talley** and
**Marcus Smith,** Lindenwood University

Chair: **Gwyneth Talley**

**Hande Ozkan,** Transylvania University
**Kara A. Peruccio,** University of Maine
**Lamees Fadl,** The City University of New York
**Gwyneth Talley,** American University in Cairo
**Susan Tyrrell,** University of North Texas

**ROUNDTABLE**
**V-5: Ethnographic Research in Middle Eastern Cities: Challenges, Possibilities, and Pathways**

Organized by **Kristin V. Monroe**

**Sponsored by Association of Middle East Anthropology (AMEA)**

Chair: **Kristin V. Monroe**

**Alize Arican,** Boston University
**Kareem Rabie,** University of Illinois at Chicago
**Susanne Dahlgren,** Finnish Institute in the Middle East
**Kristin V. Monroe,** University of Kentucky
**Sophia Goodfriend,** Duke University
**Pascal Menoret,** Center for Economic, Judicial, and Social Study and Documentation

SESSION V (15)  1:30 - 3:30 PM                    FRIDAY, NOVEMBER 3, 2023

**ROUNDTABLE**
**V-6: New Afghanistan Studies in/and Middle Eastern Studies: Archives, Themes, and Approaches**

Organized by **Jawan Shir Rasikh**

**Sponsored by
American Institute of Afghanistan Studies (AIAS)**

Chair: **Shah Mahmoud Hanifi,** James Madison University
Discussant: **Jawan Shir Rasikh,** University of Pennsylvania

**Marya Hannun,** University of Exeter
**Khalilullah Afzali,** University of California, Los Angeles
**Zubairullah Hashimi,** University of Pennsylvania
**Nabi Saqee,** University of Oxford

**V-7: From the Womb to the Tomb: Birth, Disease, Sex, and Death in the Modern Middle East**

Organized by **A. Tylor Brand**

Chair/Discussant: **Elizabeth Thompson,** American University

**A. Tylor Brand,** Trinity College Dublin *Death and Praxis: The Lebanese Famine of World War I and the Problem of Mortality in Crisis Historiography*
**Isacar Bolaños,** California State University, Long Beach *Pandemic Influenza in Ottoman Iraq*
**Seçil Yilmaz,** University of Pennsylvania *IUD Alliances: Transnational Politics of Family Planning in Turkey in 1960s*

**V-8: US-Gulf Cultures of Empire**

Organized by **Natalie Koch** and **Neha Vora**

Chair: **Neha Vora**

**Natalie Koch,** Syracuse University *Cultures of Arid Empire: US-Gulf Imperial Entanglements and Their Desert Imaginaries*
**Karine Walther,** Georgetown University Qatar *Americans' Technological Empire in Arabia*
**Andrea Wright,** College of William and Mary *Security through Social Change: American Management Practices at Oil Projects in the Arabian Peninsula, 1940s to 1960s*
**Danya Al-Saleh,** University of Washington, Seattle and **Neha Vora,** Lafayette College *Gulf Petro-Education, Climate Action, and US Empire*

**Michael Christopher Low,** University of Utah *Copying California: The Water Prince and the Cold War Roots of Saudi Mega-Projects*

**V-9: Tunisian Democracy in Crisis**

Organized by **Salih Yasun**

Chair: **Salih Yasun**
Discussant: **Aytuğ Şaşmaz,** Bryn Mawr College

**Haifa Souilmi,** University of Oregon *A Tale of Two "Exceptions": Everyday Politics of Democratic Backsliding and Elites' Conflicting Views on Democracy in Tunisia*
**Matthew Gordner,** University of Toronto *What Went Wrong? NGOization in Tunis(ia), 2011-2023*
**Bedirhan Mutlu,** George Washington University and **Salih Yasun,** Virginia Military Institute *Explaining Enduring Party System Weakness in Post-Revolutionary Tunisia*
**Ihsan Mejdi,** University of Exeter *The Nexus Between Kinship and Politics During Times of Democratic Crisis in Tunisia*
**Hannah Kazis-Taylor,** Princeton University *Authoritarian Economic Legacies and Democratic Backsliding in Tunisia*

**V-10: The Ottoman Empire as Sea Power: Maritime Activities and Technologies (15th–18th Centuries) Seen from the Transottoman Perspective**

Organized by **Gul Sen** and **Christine Isom-Verhaaren**

**Organized under the auspices of the Priority Program "Transottomanica" of the German Research Foundation**

Chair: **Linda T. Darling,** University of Arizona

**Gul Sen,** University of Bonn *Criminals and Forced Labor: Mobility Dynamics in the Ottoman Naval Arsenal (16th-18th Centuries)*
**Albrecht Fuess,** Philipps University Marburg *Conquerors by the Sea: The Ottoman Naval Advance in the Eastern Mediterranean in the Last Decades of the Mamluk Sultanate (1480-1517)*
**Suraiya Faroqhi,** Ibn Haldun University *Supplying the Naval Arsenal of Istanbul with Cotton and Hemp (Sixteenth and Seventeenth Centuries)*
**Samuel Stevens,** Koc University *Ottoman Amphibious Warfare in the Early Sixteenth Century: The 1522 Siege of Rhodes in the Chronicle Tevarih-i Feth-i Fedos*

AAUP-01235

SESSION V ⚜ 1:30 - 3:30 PM                    FRIDAY, NOVEMBER 3, 2023

**Christine Isom-Verhaaren,** Brigham Young University
*Selecting an Admiral in the Ottoman Empire: When Favoritism Trumped Expertise*
**Andreas Helmedach,** Ruhr-University Bochum
*Technological Change in Venetian Warfare against the Ottomans in the Cretan and Morea Wars 1645-1718*

### V-11: Refugee Migration and the Middle East: Revisiting Theoretical Frameworks

Organized by **Emma Empociello**
and **Sevin Gulfer Sagnic**

Chair: **Dawn Chatty,** University of Oxford
Discussant: **Emma Empociello**

**Sevin Gulfer Sagnic,** University of California, San Diego
*Laissez Passe Anatomy of a Border Push: Locating State in Migration Policies*
**Gerasimos Tsourapas,** University of Glasgow *Migration Rentiers -- The Political Economy of Mobility in the Middle East*
**Emma Empociello,** Sciences Po Bordeaux *Beyond Rent and Externalization: Jordan's Changing Border Policy*
**Ethan Pack,** University of California, Los Angeles *African Asylum Seekers in Israel/Palestine: Refugees, Return, and "Infiltration"*

### V-12: Cultural Hubs in the Arab Region

Organized by **Nadia von Maltzahn**
on behalf of
**Lebanon's Art World at Home and Abroad (LAWHA)**

Chair: **Nadia von Maltzahn**
Discussant: **Idriss Jebari,** Trinity College Dublin

**Nadia von Maltzahn,** LAWHA/Orient-Institut Beirut *Beirut as a Regional Hub for Art Education?*
**Monique Bellan,** Orient-Institut Beirut *The Transnational Moment: Looking at Beirut through Its Art Galleries*
**Amin Alsaden,** Independent Scholar *Pan-Arabism in Baghdad: Revisiting the Genesis of Regional Artistic Solidarity*
**Samar Ben Romdhane,** Ajman University *Building a Cultural Hub in the Arab Region: The Role of Public Relations in Shaping Sharjah's Image*

### V-13: Rethinking Turkey: Politics of Method and Analysis of the Republic's First Century

Organized by **Asli Z. Igsiz**

Chair/Discussant: **Nilay Ozok Gundogan,** Florida State University

**Asli Z. Igsiz,** New York University *Rethinking "Civilization" and National Cultural Politics in Turkey*
**Banu Bargu,** University of California, Santa Cruz
and **Gunes Murat Tezcur,** Arizona State University
*Monumentalizing the Founding: Republican Fidelity and Secular Devotion*
**Evren Savcı,** Yale University *Sex and the Republic*
**Serra Hakyemez,** University of Minnesota, Twin Cities
*The Centennial Paranoia: What Has Happened to the Nation's Fathers?*

### V-14: Imagining New Worlds in the 21st Century: Lessons from the Two Waves of Arab Uprisings

Organized by **Rusha Latif** and **Rima Majed**

**Atef Said,** University of Illinois at Chicago *Whose Political Imaginary? Insights from Decolonial Epistemologies to Explicate the Arab Spring Uprisings*
**Rusha Latif,** Independent Researcher *Challenging Reductive Tropes: Beyond Spontaneity and Leaderlessness in the Egyptian Revolution*
**Zahra Ali,** Rutgers, State University of New Jersey *Theorizing Uprisings in the Arab Worlds: Iraq's Thawra Teshreen*
**Rima Majed,** American University of Beirut *Thinking Through Contradiction: Lebanon's Thawra Against Sectarian Neoliberalism*

### V-15: Race in the Maghrib and the Arabian Peninsula – Comparisons, Connections, Contestations

Organized by **Catey Boyle**

Chair: **Mandana E. Limbert,** Queens College, CUNY

**Catey Boyle,** Harvard University *Sites of Servitude: Transregional Slave Trades, Difference, and Belonging in Tunis (1736-1895)*
**Omar Sayfo,** Utrecht University/Migration Research Institute *"The Khawaga Complex" - Representations of the European Other on Egyptian Screens*



SESSION V    1:30 - 3:30 PM                    FRIDAY, NOVEMBER 3, 2023

**Faisal Abdullah Abualhassan,** Johns Hopkins University
*Bonds and Bondage between the Sahara and the Arabian Peninsula, 1920-1960*
**Idil Akinci,** University of Edinburgh *Deserving Citizens and Migrants: Shifting Parameters of Race and Nation in the UAE*

### V-16: Perso-Mongol Experimentation and the History of (Occult) Science

Organized by **Matthew Melvin-Koushki** and **Jonathan Brack**

Chair: **Mahdi Tourage,** King's University College
Discussant: **Matthew Melvin-Koushki,** University of South Carolina

**Jonathan Brack,** Ben-Gurion University of the Negev *Chinese Medical Experience and Islamic Reason: Eurasian Knowledge Transmissions and the Ilkhanid Sino-Persian Translation*
**Lisa Alexandrin,** University of Manitoba *The "Wisdom of Sīniyyah" and Messianic Taxonomies in Sa'd al-Dīn Ḥamūyeh's (d.ca. 1252 CE) Kitāb al-Maḥbūb*
**Hadi Jorati,** University of Massachusetts Amherst *The Maragha Observatory Complex as a Locus of Tajriba*
**Lillian McCabe,** Yale University *The Tried and the True: Experimentation and Inspiration in Fakhr al-Dīn al-Rāzī's Kitāb al-Sirr al-Maktūm*
**Mohammad Amin Mansouri,** University of Toronto *Scientific Cosmopolitanism, Mongol Imperialism, and 'Azīz Nasafī's Works*

### V-17: Muslim-Jewish Convergence in North Africa: 1934-1962

Organized by **Joshua Schreier**

**Joshua Schreier,** Vassar College *Algerian Salafism, Colonialism, and the Jews*
**Alma Heckman,** University of California, Santa Cruz *Moroccan Jewish and Muslim Anti-Fascism in the Interwar Period*
**Malick Ghachem,** Massachusetts Institute of Technology *A Teacher and His Student on the Path from WWII to Tunisian Independence*
**Susan Gilson Miller,** University of California, Davis *Oujda and Jerada; A Revisionist Vie*

### V-18: Unwinding Empires: Crisis Management and Fantasies of Power in the Late Colonial Middle East

Organized by **Charles Anderson**

**Charles Anderson,** Western Washington University *Britain's "Discovery" of Settler-Colonialism in Palestine and the Origins of the 1939 White Paper*
**Elizabeth Williams,** University of Massachusetts Lowell *The Limits of Extraction: Ecology and Colonial Administration in Mandate Syria, 1920-1940*
**Aaron G. Jakes,** University of Chicago *Currency Blockade: The Suez Crisis, Imperial Money, and Economic Sovereignty*
**Michael Provence,** University of California, San Diego *Mandatory Murder: The First Arab Coup d'État and the Quick Demise of Independent Iraq*

### V-19: Unearthing Capitalism: Social-Environmental Histories of Resource Extraction and Resistance

Organized by **Deren Ertas** and **Rebecca Gruskin**

Chair: **Deren Ertas**
Discussant: **Kristen Alff,** North Carolina State University

**Rebecca Gruskin,** Hamilton College *The Nature of Illness: Manufacturing Germs, Space, Gender, and Race in Tunisia's Gafsa Phosphate Mines (1920s-1980s)*
**Brahim El Guabli,** Williams College *Saharanism as an Extractive Practice*
**Mark Drury,** Georgetown University *Sahara as Revolutionary Subject: Industrialized Resource Extraction, Drought and Anti-Imperialism in Northwest Africa during the Late 1960s and Early 1970s*
**Deren Ertas,** Harvard University *The Ergani Copper Road: The Infrastructures of Extractivism in Early Republican Turkey (1922-1938)*

### V-20: From Gaza to Ottawa: Transnational Palestine in the Cold War Era

Chair: **Terri Ginsberg,** City University of New York

**Martin Bunton,** University of Victoria *Canada and Palestine, from 1939 to 1947*
**Omar Zahzah,** Independent Scholar *Re-Aggregating the "Radical," the "Terrorist," and the "Extremist:" Centering Political and Racial Convergences in American Terrorcraft*
**Noa Shaindlinger,** Worcester State University *Experimental Occupation: Israel's 125 Days in Gaza, 1956-7*



**Chelsi Mueller,** Embry-Riddle Aeronautical University *The 1969 al-Aqsa Fire: A Transnational and Transcultural Perspective*
**Julia Gettle,** Brown University *Political Life in the Shadow Years: Palestinian Popular Mobilization in the 1950s*

### V-21: Law, Finance, and Knowledge Production in the Early Ottoman Era

Chair: *Volunteer needed*

**Morgan Tufan,** Stanford University *"Otlu Sulu Yol Var Mı?" The Role of Cartographic Intelligence in Sixteenth-Century Ottoman Expansion*
**Günay Kayarlar,** University of Michigan, Ann Arbor *An Ottoman Scholar's Exile Memoirs: Karaçelebizade Abdülaziz's* Gülşen-i Niyaz
**Şeyma Nur Temel,** Sabanci University *Between Government and Sacred: The Ottoman Sultanic Waqfs in Ebussuud's Fatwas*
**Vefa Erginbas,** Providence College *A Preliminary Inquiry: Were Ottoman Darülhadis Madrasas Agents of Ottoman Sunnitization?*

### V-22: Orthodoxy and Literary Innovation: Science, Religion, and Poetry

Chair: **Arafat Razzaque,** University of Toronto

**Anna Galietti,** Stanford University *Temporalities and Sociopolitical Functions of the Naqā'id in a Poetic Exchange between al-Farazdaq (d. 110/728) and Jarīr (d. 111/729)*
**Anthony Baldwin,** Southern Baptist Theology Seminary *A Perfumer and a Patriarch: Caliph al-Mahdī through Christian Eyes*
**I-Wen Su,** National Chengchi University *Ibrāhīm b. Ya'qūb al-Sa'dī al-Jūzjānī (d. 259/873?): His Approach and Contribution to Hadith Criticism*
**Jeremy Farrell,** Leiden University and **Carlos Balhana,** University of Cambridge *A Topic-Model of the Sufi Doctrines of Abu al-Qasim al-Junayd (d. 910–11 CE)*
**Iman Darwish,** Harvard University *A Question of Power: Scientific Methodology in Medieval Arabic Botany*
**Mohammad Khalil,** Michigan State University *Al-Maturidi on the Qur'an's Mosaic "Kill Yourselves" Command (2:54)*

### V-23: Lebanon: Violence, Sectarianism, and Resistance

Chair: **Mirna Lattouf,** Arizona State University

**Sara Dima Abisaab,** Georgetown University *On Specters of Violence and the Afterlives of War: The Production of Space in Post-War Lebanon*
**Susann Kassem,** University of Oxford *"Whose Map Are You Implementing?": The Experience of South Lebanese Border Communities and Their Turn to Resistance*
**Estella Carpi,** University College London *A Crowd Psychology of Healthcare in Northern Lebanon*

### V-24: Gender and Power Relations in MENA

Chair: **Serra Kocak,** Binghamton University, SUNY

**William C. Young,** Independent Researcher *When the Groom is a Stranger in the House, or: Why Do Some Arab Weddings Have No Bridal Procession (zifāf)?*
**Banafsheh Pourzangi,** University of California, Los Angeles *A Review of Professional Female Athletes in Iran*
**Ahmed Abdelazim,** University of Wisconsin-Madison *Men's Game: Religiosity and Sexuality in Egyptian Football*
**Isabel Käser,** University of Bern *Policing Gender and Sexuality: The Role of Gossip in the Kurdistan Region of Iraq*
**Tara Deubel,** University of South Florida *Autonomy and Income Generation through Amazigh Women's Argan Oil Production in Southwestern Morocco*

### V-25: Protests and Their Discontents: Managing Protests through Repression and Reform

Chair: *Volunteer needed*

**Hossein Hafezian,** Montclair State University *Protesting Iran: The Roots and Results of 2022 Protest Movement*
**Zep Kalb,** University of California, Los Angeles *Concessions and Broken Promises: New Evidence on Protest Bargaining in Iran*
**Parvaneh Hosseini Fahraji,** Worcester State University *Contesting Patriarchal Structure by Negotiating Gender and Sexuality Borders in Sports Fields in Iran*
**Sahar Razavi,** California State University, Sacramento and **Hanieh Molana,** California State University, Sacramento *"Discredited": Diaspora Iranians and the Paradox of Public Shaming*

SESSION V ⟨⟩ 1:30 - 3:30 PM                    FRIDAY, NOVEMBER 3, 2023

### V-26: Technology, Media and Autocratic Resilience

Chair: *Volunteer needed*

**Martin Pimentel,** Georgetown University and **Albert Vidal Ribe,** Georgetown University *The Effects of Foreign State Media on Political Preferences in the Maghreb*
**Bruno Schmidt-Feuerheerd,** University of Cambridge *The Nationalist Twitter Warriors of Saudi Arabia – A Bottom-Up Movement to the Rescue of the Nation*
**Ehsan Kashfi,** University of Alberta *Digital Nationalism: Twitter and the Rise of "New" Iranian Nationalism*
**Samer S. Shehata,** University of Oklahoma *Arab First Ladies and the Legitimation of Authoritarian Regimes*
**Roman Pomeshchikov,** University of Washington, Seattle *The Politics of Digital Transformation and Bureaucratic Change in Türkiye*
**Lisel Hintz,** Johns Hopkins University *Recipe for (New) Turkey: Politics of Cooking Shows as Gender Edutainment*

### V-27: Authoritarian Survival Strategies

Chair: **Danae Panissié,** University of Tuebingen

**Sean Yom,** Temple University *Corruption, Authoritarianism, and Regime Strategies in the Arab World*
**Khalil Al-Anani,** Independent Scholar *Survival at Any Cost: State Violence in Egypt After 2013*
**Nadine Sika,** American University in Cairo *Regime Breakdown, Autocratization and Repression Evidence from the MENA*
**Nasir Almasri,** Harvard University *Colonialism and Path Dependence: How Repression Continues to Shape Opposition in Egypt, Iraq, and Palestine*
**Abdelrahman Rashdan,** Georgia State University *Military Norms of Political Supremacy (MNPS): Explaining Coup Recurrence in Sudan*

### V-28: Public Opinion and Participation in MENA Countries

Chair: **Michael Hoffman,** University of Notre Dame

**Kota Suechika,** Ritsumeikan University *Reconsidering "State-Diffusion" in Jordan: Evidence from a List Experiment Survey*
**Quinn Mecham,** Brigham Young University *Why Do Voters in Monarchies Support Political Parties? Evidence from Morocco and Jordan*

**Yasmina Abouzzohour,** Princeton University *What Drives Public Trust in the Military in Non-Democracies: Evidence from Libya (2014-2019)*
**Hannah Ridge,** University of Chicago *Ethnodoxy in the Arab World: Measurement and Validation*
**Mark A. Tessler,** University of Michigan, Ann Arbor *Political Culture, Elections, and the implications for Governance in Six Arab Countries*

### V-29: The Making of Modern Arabic Literature

Chair: *Volunteer needed*

**Maroun El Houkayem,** Duke University *Reassembling the Orient: Louis Cheikho and the Bibliothèque Orientale*
**Adam Spanos,** University of Southern California *Anachronic Nahda: Belatedness and Desynchronization in the Early Arabic Novel*
**Raja Lahiani,** United Arab Emirates University *Translating Poetic Overtones: Optimality Theory as a Quality Assessment Framework*
**Philip Balboni,** University of California, Berkeley *Consolation, Critique, and the "Phenomenon" of Sabahattin Ali's Madonna in a Fur Coat*
**Karim Elhaies,** New York University *Egyptian Neo/Noir: Death and Murder in Post-1967 Egyptian Cinema*
**Daniel Behar,** Hebrew University of Jerusalem *Taḍāfur Poetics: Modes of Collaborative Composition in Modern Arabic Poetry*

### V-30: Disciplinary Epistemologies

Chair: *Volunteer needed*

**Ilkim Buke Okyar,** Yeditepe University *Postcolonialism, Popular Culture and World Politics: Studying Colonial Hierarchies through Political Cartoons*
**Mohammad Fakhreddine,** Georgetown University *Canonization and Exclusion in the Arabic Poetic Tradition*
**Kamran Karimullah,** University of Manchester *Fact and Value in Islam*
**Omar Almagharebi,** Arab Center for Research and Policy Studies *Beyond «Arabic Thought»: The Problem of Categorizing Knowledge*
**Wajd Beshara,** Arab Center for Research and Policy Studies *A Critique of Postcolonialism: How the Postcolonial Framework Feeds Reactionary Politics*
**Hina Azam,** University of Texas at Austin, *Fictional Islam: Moral Imagination in Contemporary Muslim American Literature*

SESSION V    1:30 - 3:30 PM                    FRIDAY, NOVEMBER 3, 2023

**V-31: Comparative Insights on Uprisings and Protests**

Chair: *Volunteer needed*

**Majd Abuamer,** Arab Center for Research and Policy Studies *Post Uprisings Melancholia: An Emerging Dilemma of Arab (A)political Nihilism*
**Sareh Afshar,** Brown University *If Knowledge Is for Cutting, What Is Cutting for? On Iranian Women\* Rising & Cuts that Wander*
**Payam Yousefi,** Harvard University *Sineh-zani Chants for Women, Life, Freedom: Case Studies on the Role of Iranian Mourning Rituals within Contemporary Protest*
**Nahid Siamdoust,** University of Texas at Austin *Women Reclaim their Voices in the Music of Iran›s Woman, Life, Freedom Uprising*
**John Miller,** University of North Carolina at Chapel Hill *Prophecy and Political Theory in the Philosophy of Abdolkarim Soroush*

---

**3:30-4:00 PM**

Join us for a
**Complimentary
COFFEE BREAK**
held in the
Book Exhibit

**sponsored by MESA**

---

AAUP-01240

SESSION VI ☙ 4:00 - 6:00 PM                    FRIDAY, NOVEMBER 3, 2023

**ROUNDTABLE**
**VI-1: Revisiting the Arab Sixties**

Organized by **Tamara Maatouk** and **Ifdal Elsaket**

Chair/Discussant: **Joel Gordon,** University of Arkansas

**Tamara Maatouk,** Graduate Center, CUNY
**Ifdal Elsaket,** Netherlands-Flemish Institute in Cairo
**Andrew Simon,** Dartmouth College
**Ghenwa Hayek,** University of Chicago
**Amy Kallander,** Syracuse University
**Jeremy Randall,** Graduate Center, CUNY

**ROUNDTABLE**
**VI-2: Late Ottoman Migration**

Organized by **Vladimir Hamed-Troyansky**

Chair: **Akram F. Khater,** North Carolina State University

**Vladimir Hamed-Troyansky,** University of California, Santa Barbara
**Stacy Fahrenthold,** University of California, Davis
**Ella Fratantuono,** University of North Carolina at Charlotte
**Lucia Carminati,** University of Oslo
**F. Walter Lorenz,** University of North Georgia
**Chris Gratien,** University of Virginia

**ROUNDTABLE**
**VI-3: Roundtable on Gender, Nation, Emigration and the State: A Tribute to Laurie Brand**

Organized by **Miriam R. Lowi**

Chair: **Miriam R. Lowi,** College of New Jersey

**Nadejda Marinova,** Wayne State University
**Zachary Lockman,** New York University
**Mark A. Tessler,** University of Michigan, Ann Arbor
**Youssef Chouhoud,** Christopher Newport University
**Beth Baron,** City College and Graduate Center, CUNY
**Asli Z. Igsiz,** New York University
**Hania Abou Al-Shamat,** University of North Carolina at Charlotte

**ROUNDTABLE**
**VI-4: Conducting Fieldwork on Sex, Sexuality, and Sexual and Reproductive Health in the Middle East and North Africa**

Organized by **Lisa L. Wynn** and **Angel M. Foster**

Discussant: **Lisa L. Wynn** and **Angel M. Foster,** University of Ottawa

**Mina Ibrahim,** University of Marburg/ Shubra's Archive/ MENA Prison Forum
**Lisa L. Wynn,** Macquarie University
**Mariam Omar,** University of Ottawa
**Sabrine Chengane,** University of Ottawa

**ROUNDTABLE**
**VI-5: Teaching Turkish in North America on the Centennial of the Republic**

Organized by **Gozde Mercan**

**Sponsored by American Association of Teachers of Turkic Languages (AATT)**

Chair: **Veysel Simsek,** McGill University

**Gozde Mercan,** University of Toronto
**Roberta Micallef,** Boston University
**Jeannette E. Okur,** University of Texas at Austin

**ROUNDTABLE**
**VI-6: Rethinking Critical Security Studies**

Organized by **Sami Hermez**

Discussant: **Sami Hermez,** Northwestern University in Qatar

**Zahra Babar,** Georgetown University Qatar
**Haya Al-Noaimi,** Northwestern University in Qatar
**Noha Aboueldahab,** Georgetown University Qatar
**Omar Dahi,** Hampshire College

AAUP-01241

SESSION VI ✦ 4:00 - 6:00 PM                          FRIDAY, NOVEMBER 3, 2023

**VI-7: Individualizing a Mass Medium: Key Figures in Arab-World Radio Broadcasting, 1930s-1950s**

Organized by **Andrea L. Stanton**

Discussant: **Chris Silver,** McGill University

**Andrea L. Stanton,** University of Denver *Broadcasting Women's Religious and Cultural Modernism in 1940s Palestine*
**Margaret Peacock,** University of Alabama *"Imagine, O Arabs!": Ahmed Sa'id and the Rise of Egyptian Radio*
**Janina Santer,** Columbia University *"Mudir al-Idha'a al-Lubnanya" – Mohamad Sabra and the Radio in Postcolonial Lebanon*
**Emily Mellen,** University of Virginia *The Invisible Voices of Radio Bari*

**VI-8: Revoicing Resistance in Yemen**

Organized by **Marieke Brandt**

**Sponsored by
American Institute for Yemeni Studies (AIYS)**

Chair: **W. Flagg Miller**

**Sam Liebhaber,** Middlebury College *The Roots of Yemen's Poetic Revolution: 'Alī Nāṣir al-Qarda'ī*
**Marieke Brandt,** Austrian Academy of Sciences *Biography and Resistance in 20th Century Yemen: A Case Study from the Northern Highlands*
**Anne-Linda Amira Augustin,** University of Leipzig *Chanting for Southern Independence: The Role of Slogans in the Dissemination of the Southern Movement's Counternarrative*
**W. Flagg Miller,** University of California, Davis *Heritage Activism through the Literary Arts: Publishing as Resistance Practice in Contemporary Yemen*
**Emily Sumner,** University of Minnesota, Twin Cities *"Qūwat al-Qūwah": Performing the Zāmil's Power*

**VI-9: Blurring Disciplinary Boundaries: Intellectual History in the Middle East, 1200–1500**

Organized by **Elias G. Saba**

Chair: **Elias G. Saba**

**Elias G. Saba,** Grinnell College *Law and Language in the Writings of Jamal al-Din al-Asnawi*

**Christian Mauder,** University of Bergen *Legal Riddling as a Strategy to Change the Balance of Power among the Schools of Law: ʿAbd al-Barr Ibn al-Shiḥna's (d. 1505) al-Dhakhāʾir al-Ashrafiyya fī Alghāz al-Hanafiyya in Context*
**Alexis Wick,** Koc University *The Navigator's Craft: Aḥmad Ibn Mājid on Discipline, Theory and Method*
**Matthew Keegan,** Barnard College *Riddles of Inheritance Law in Adab and Fiqh*

**VI-10: Land Tenure, Land Use and Agriculture in the Mamluk Era and Beyond**

Organized by **Daniel Martin Varisco**

Discussant: **Albrecht Fuess,** Philipps University Marburg

**Daniel Martin Varisco,** Austrian Academy of Sciences *The Microeconomics of Highland Yemeni Agriculture in the Late 13th Century*
**Sajjad Nejatie,** University of British Columbia *Towards an Agrarian Empire: Agricultural Development in the Durrānī Polity (1747–1818)*
**Takao Ito,** Kobe University *Land Tenure in 15th-Century Egypt according to al-Tuḥfa al-Saniyya of Ibn al-Jīʿān*
**Anthony Quickel,** Philipps-Universität Marburg *Weather and Farming in Mamluk Egypt*

**VI-11: Politics, Decoloniality, and Resistance in the Islamic Intellectual Field in Turkey**

Organized by **Gizem Zencirci,** Providence College

Chair: **Alev Cinar,** Bilkent University

**Ismail Yazici,** Bilkent University *Challenging the Islamic Intellectual Field in Turkey Through Translation: The Case of Hamza Türkmen*
**Zeynep Önal Aytaç,** Bilkent University *A Muslim Feminist NGO: The Case of Havle Women's Association in Turkey*
**Kadir Can Celik,** Bilkent University *From Unorthodox Sufism to Muslim Anarchism: Contesting Decolonial Movements in the Islamic Intellectual Field in Turkey*
**Fatma Murat Elmacioglu,** Bilkent University *A Muslim Agora: Challenging Modern Urbanity in Two Fronts in Cihan Aktaş's Work*

AAUP-01242

**VI-12: Architectures of Conflict: Repression and Resistance in Securitized Middle Eastern Cities**

Organized by **Ronay Bakan** and **Motasem Abuzaid**

Chair/Discussant: **Najib B. Hourani,** Michigan State University

**Motasem Abuzaid,** University of Oxford and **Obayda Amer Ghadban,** Marmara University *Spearheading Local Mobilization: Social Structures and Insurgency in the Syrian Countryside*
**Nour Munawar,** Doha Institute for Graduate Studies *Politics of Heritage in Syria: From Destruction to Reconstruction*
**Maya Breau,** Birmingham University *The Impact of Military Checkpoints on the Civilian Population›s Perception of Security in Lebanon*
**Ronay Bakan,** Johns Hopkins University *Counterinsurgent Urbanism: Mastering Heritage in Post-Conflict Diyarbakır*
**Farah Aridi,** Doha Institute for Graduate Studies *Narratives of Violence: Spatial Implications of Discursive Practices*

**VI-13: Navigating the Complexities of Transitional Justice in Post-Conflict Arab Spring Countries Syria and Yemen**

Organized by **Mohammed Alshuwaiter**

**Mohammed Alshuwaiter,** Qanun, The Arabic Human Rights Platform *Transitional Justice Efforts in Yemen: Challenges and Opportunities*
**Ghuna Bdiwi,** University of Ottawa *Should We Call for Criminal Accountability During Ongoing Conflicts?*
**John Packer,** University of Ottawa *The Concept of Transitional Justice and International Practices*

**VI-14: Between the Living and the Dead: The Afterlives of War East of the Mediterranean**

Organized by **Mac Skelton** and **Omar Dewachi**

Chair: **Omar Dewachi,** Rutgers, State University of New Jersey

**Annika Schmeding,** Harvard University *Burial Interrupted – Caring for the Nomadic Dead in Afghanistan*
**Mac Skelton,** American University of Iraq, Sulaimani *Tracing Geographies of Illness & Toxicity During War*

**Foroogh Farhang,** Brown University *Syrian Traveling Dead: Informal Cross-Border Mobility between Lebanon and Syria*
**Alexander Shams,** University of Chicago *Walking Pilgrimages in Iraq as Spaces of Solidarity and Defiance*

**VI-15: Mutations of the Archive in Times of Rupture**

Organized by **Secil Dagtas** and **Veronica Ferreri**

Chair: **Secil Dagtas** and **Firat Bozcali**

**Veronica Ferreri,** Ca' Foscari University of Venice *Scattered and Remade: Archives of Legal Documents Between Wartime Syria and Europe*
**Secil Dagtas,** University of Waterloo *The Matters of History: The Material Forms and Archives of Interfaith History in Southern Turkey*
**Emrah Yildiz,** Northwestern University *Mutating Maps: Territory, Population Density, and Economies of Sovereignty in Post-Revolutionary Syria*
**Firat Bozcali,** University of Toronto Mississauga *Archives of Injustice: Court Files, Evidence (Non)Collection, and Legal Materialities in Turkey*
**Maysam Taher,** New York University *Creation, Traffic, Ruination, Destruction: Archiving between Two Mediterranean Shores*

**VI-16: The Role of Cultural Exchanges and Connections in the Making of Iran and the Persianate World, from Delhi to Samarqand and the Persian Gulf (16th c.-present)**

Organized by **Werner Gaboreau**

**Werner Gaboreau,** Université Sorbonne Nouvelle *From the Outer Edge of the Empire to Europe: Perceptions of Europeans Scholars Shaped by Persian Sources of the Margins*
**Victor Baptiste,** Ecole Pratique des Hautes Etudes *The Identity of Go-Betweens: Persian Poets and Indian Tales*
**Sacha Alsancakli,** National Institute of Oriental Languages and Cultures *A Study in Abu'l-Khayrid Cultural History: Two Eastern Turkish Translations of Persian Historiographical Classics Produced at the Court of Kūchkūnjī Khān (r. 1512-30)*
**Romain Mascagni,** National Institute of Oriental Languages and Cultures *Emancipation or Replication from the Musical Elite? The Case of Contemporary Omani Baloch Musicians*

AAUP-01243

SESSION VI ❈ 4:00 - 6:00 PM                    FRIDAY, NOVEMBER 3, 2023

**VI-17: Frontier Effects in North Africa: Centering Margins and Borderlands**

Organized by **Jacob A. Mundy** and **Matthew Hal Ellis**

Chair/Discussant: **Jacob A. Mundy,** Colgate University

**Matthew Hal Ellis,** Sarah Lawrence College *Libyan Cross-Border Mobility and Italian Colonial Citizenship, 1911-1942*
**Mariam Taher,** Northwestern University *Checkpoints: Negotiating Gender in the Shadow of the Border*
**Laura Robson,** Penn State University *Refugee Frontiers? The Algerian War of Independence and the Creation of a North African Border Regime, 1954-1962*
**Karen Eugenie Rignall,** University of Kentucky *Extraction and the Creation of Resource Frontiers in the Colonial Moroccan Periphery*
**Jose Ciro Martinez,** University of York *Pursuing Opacity: Geographies of Visibility in the Western Mediterranean*

**VI-18: Muslim Maritime Violence in the Pre-Modern Mediterranean (650-1650)**

Organized by **Travis Bruce**
on behalf of
**The Mediterranean Seminar**

Discussant: **Joshua White,** University of Virginia

**Travis Bruce,** McGill University *Questioning Normative Views of Early Medieval Muslim Maritime Raids: Crete and Sicily*
**Eda Ozel,** Harvard University *Moral Economy of Maritime Violence in Ottoman Tunisia*
**Sarah C. Davis-Secord,** University of New Mexico *Peace and Violence on the Tyrrhenian Sea*

**VI-19: A Global-Microhistorical Study of the 17th-Century Mediterranean World: The Armenian Brothers, Hasan Agha and Anton Çelebi**

Organized by **Mehmet Kuru**

**Mehmet Kuru,** Sabanci University *The Trans-Mediterranean Family of Hasan Agha and Anton Çelebi*
**Christopher Whitehead,** Ohio State University *The Career of Customs Officer Hasan Agha as a Financier for the Ottoman State (1646–56)*
**Özden Mercan,** Hacettepe University *A Man of Two Worlds: Anton Çelebi's Extraordinary Life in Livorno*

**VI-20: Teaching Palestine: Resistance Memories, Living Archives & Pedagogical Praxis**

Organized by **Rabab Abdulhadi**

**Rabab Abdulhadi,** San Francisco State University *Whose Narratives & Why Commemorate? From Kanafani to Said, (Do We have) Permission to Narrate?*
**Jamila Ghaddar,** Dalhousie University *Memory for Return: Nakba Histories, Resistant Archives and the Dr. Constantine Zurayk Collection*
**Jaime Veve,** Transit Workers Union, Local 100 *Memories and Implications of 1960s Movements: Challenging Dominant Structures of Power & Solidarity in Academia and Social Movements*
**Adnan Husain,** Queen's University *Resistance History and Liberatory Pedagogy: Crusader States and Crusade Historiography in Occupied Palestine*

**VI-21: Children, Women, and Sexuality in the Late Ottoman Empire**

Chair: **Kara A. Peruccio,** University of Chicago

**Zeynep Gul Erel Çalan,** Amasya University *Ballroom Before the Republic: How Did the Ottomans Welcome the Ballroom Dance Genres?*
**Atacan Atakan,** University of Arizona *Children's Sexuality in Late Ottoman Empire and Its Legacies in Contemporary Turkey*
**Milena Methodieva,** University of Toronto *Charity, Morality, and Patriotism: Women Migrants in the Late Ottoman Empire*
**Malissa Taylor,** University of Massachusetts Amherst *"When He Is Grown…" The Rights of Orphans and the Legal Character of Miri Land in the Later Ottoman Centuries*

**VI-22: Seeding the Turkish Republic: From Sunflowers to Stray Cats**

Chair: **Hasan Bulent Kahraman,** Isik University

**Mary Tezak,** Georgetown University *Defining Republican Women: Nostalgia, Smuggling, and Itinerant Women Traders in the Republic of Turkey*
**Dogan Gurpinar,** Istanbul Technical University *The Meanings of Names: Promise of Modernity, Upper Mobility and Nation in the Republican Turkey*
**Kaleb Herman Adney,** University of California, Los Angeles *Soviet Flowers and American Anxieties – Vasfi Hakman and Turkey's Seed Oil Industry in the Cold-War Era*

AAUP-01244

SESSION VI    4:00 - 6:00 PM                    FRIDAY, NOVEMBER 3, 2023

**Zeynep Yesim Gokce,** University of Bonn *A Brief History of Mutual Dependence: Stray Cats and Streets of Istanbul in the 1930s*
**Abigail Schoenfeld,** Princeton University *Spelling a Nation: Linguistics, Language, and Alphabet Reform between Turkey & Soviet Azerbaijan, 1918-1940*

### VI-23: Policing Labour and Migration

Chair: *Volunteer needed*

**Maureen Abi-Ghanem,** Columbia University *On the Temporality and Isolation of Refugee Spaces in Beirut (Lebanon)*
**Yasmine Zarhloule,** University of Oxford *"Holding the Wall": Centring Idleness in the Moroccan Eastern Region*
**Mustafa Bokesmati,** Concordia University *Foreign Labour in Kuwait: Situating Migrant Identities and Legal Policing*
**Crystal Ennis,** Leiden University *Lineages of Differentiation and Resistance in Governing Gulf Labour*
**Timothy J. Fitzgerald,** James Madison University *An Unexpected Knock on the Door: Rethinking Ottoman Population Transfers in the 16th Century*

### VI-24: Ambiguities of Sovereignty: The Crises of Humanitarianism, Climate Change, and Refugees

Chair: **Umit Seven,** Middle East Technical University

**Ayda Pomeshikov,** University of Washington, Seattle *Belonging Beyond Citizenship: Refugee Women's Practices of Home-making and Community Building*
**Houman Oliaei,** Babson College *The Politics of Return: Iraq Yezidis and the Ongoing Displacement in Post-ISIS Iraq*
**Danae Panissié,** University of Tuebingen *Deprivation of Lives - Root Causes of Forced Migration in the MENA Region*
**Nils Lukacs,** University of Hamburg *The Idea of Iraq - Twenty Years of Iraqi History since the Fall of Saddam Hussein through the Lens of the Iraq Chamber of the Hamburg Administrative Court*

### VI-25: Women's Movements and Activism

Chair: **Sarah Fischer,** Marymount University

**Hayal Hanoglu,** Cracow University of Economics *Gender Negotiations within Kurdish Families and Activism in Turkey and Diaspora*
**Vickie Langohr,** College of the Holy Cross *Conditions for Government Action Against Public Sexual Harassment: The Case of Egypt*

**Azadeh Momeni,** Carleton University *Art and Politics: A Comparative Study of the American Women's Suffrage Movement and Iranian Woman, Life, Freedom Movement*
**Saly El Wazze,** American University of Beirut *"Listen to the Advertising People": Representations of Gender-Based Violence in Lebanese NGO Campaigns*
**Yeter Tan,** Binghamton University *Justice in the Hands of Women: An Alternative Justice Mechanism of the Kurdish Women's Movement*
**Serra Kocak,** Binghamton University, SUNY *Islamic Feminisms: Particularities, Limitations, and Contributions*

### VI-26: Gulf Studies: Advances and Shortcomings

Chair: **Kristin Smith Diwan,** Arab Gulf States Institute in Washington

**Gwenn Okruhlik,** Independent Researcher *A Brutal Opening: Embrace, Ambivalence and Betrayal in Saudi Arabia*
**Lauren Clingan,** Princeton University *Masculinity Challenged: Emotional Responses to State Support for Women's Employment in the United Arab Emirates*
**Khushboo Shah,** University of Cambridge *The State, Business, and Social Relations: A Case Study of Non-Citizen Entrepreneurs in Qatar*
**Md Mizanur Rahman,** Gulf Studies Center, Qatar University and **Mirdef Alqashouti,** Durham University *Why Gulf Studies?*

### VI-27: Mongolia and Central Asia

Chair: *Volunteer needed*

**Fatima Al-Muntafik,** Pennsylvania Western University *The Mongolian Empire*
**Joseph Leonardo Vignone,** Gonzaga University *"How Great a Teacher is the Night!" Sleeplessness in Medieval Islamic Scholarly Culture*
**Rebecca Hill,** Sultan Qaboos Cultural Center *Navigating Human-Animal Relations through Fixed Stars*
**Minsoo Jeon,** Columbia University *A New Reading of Yazıcızade 'Ali's Tevarih-i Al-i Selçuk: An Ottoman Echo of Timurid Historiography*
**Parisa Zahiremami,** University of King's College, Halifax *The Patronage of Sanā'ī's Ḥadīqat al-Ḥaqīqah: The Glorification of Sulṭān Maḥmūd of Ghazna and the Legitimization of Bahrāmshāh*
**Amanda Leong,** University of California, Merced *Re-thinking the Iranian Diaspora from a Premodern, Sino-Iranian Perspective: A Study of Three Poems by Li Shunxian, A Medieval Chinese-Persian Poetess*

AAUP-01245

SESSION VI    4:00 - 6:00 PM                    FRIDAY, NOVEMBER 3, 2023

## VI-28: Digital Spheres

Chair: *Volunteer needed*

**Hamdi Echkaou,** Indiana University of Pennsylvania and **Jaouad El Bakili,** Al Akhawayn University in Ifrane *The Role of Media in Representing Hassani Culture: A Study of Online Newspapers in the Southern Provinces of Morocco (ONSPM)*
**Yasemin Celikkol,** Northwestern University in Qatar *Japanese Digital Citizen Diplomacy in Turkey*
**Corina Lozovan,** Universidade Católica Portugeusa *The Young and the Restless in the Virtual Sphere: Everyday Life in Contemporary Omani Society*
**Faegheh Hajhosseini,** SUNY Buffalo State *The Nature of the Secret in Iranian Shi'i Philosophy—A Vista to a More Democratic World*
**Anas Alahmed,** Eureka College *The Electronic Flies' Machine in the Arab World and the Struggle for People's Power*
**Sashreek Garg,** Northwestern University in Qatar *Gender Stereotyping and Harassment on Social Media: Attacks Against Rana Ayyub and Muslim Minorities in India*

## VI-29: Visual Archives: Memory, Play, and War

Chair: *Volunteer needed*

**Lacy Murphy,** Washington University in St. Louis *Weaponizing Photography during the Algerian War*
**Manar Moursi,** Massachusetts Institute of Technology *Testing Waters and Oils: Constructions of Modernity and Post-Coloniality in Depictions of Egyptian Mediterranean Beaches, 1930-1970*
**Alexandra Schultz,** New York University Abu Dhabi *At the Water's Edge: Play and Leisure at the Beach in the Nasser Era*

## VI-30: Experimental Pedagogies

Chair: *Volunteer needed*

**Jabbar Al-Obaidi,** Bridgewater State University *Middle Eastern Student Mobility and Global Engagement: Internationalize Curriculum through COIL and Travel Courses*
**Shereen El Ezabi,** American University in Cairo *Rendering Religious References; Towards the Superior AFL Level through Short Stories of Mahfouz*
**Maryah Converse,** University of Arizona *Toward Gender-Just L2 Arabic Education: Attitudes and Practices of Arabic Instructors in Comparison to Spanish and Italian*
**Adil Elkhiyari,** Qalam wa Lawh Center *Student-Led Projects: Engaging Students in Arabic Immersion Programs*
**Hany Fazza,** Georgetown University Qatar *Integration of Interactive E-Books into Digital Pedagogy for Teaching Arabic Alphabet Online*

AAUP-01246

SESSION VII  8:30 -10:30 AM                    SATURDAY, NOVEMBER 4, 2023

**WORKSHOP**
**VII-1: Writing Beyond the Academy:**
**Securing an Agent and a Commercial Book Deal**

Organized and presented by
**John Ghazvinian,** University of Pennsylvania

**ROUNDTABLE**
**VII-2: Interdisciplinary Transgressions: Liberatory**
**Palestinian Scholarship and Praxis**

Organized by **Amanda Batarseh**

Chair: **Amanda Batarseh**

**Amanda Batarseh,** University of California, San Diego
**Nayrouz Abu Hatoum,** Concordia University
**Jennifer Mogannam,** University of California, Davis
**Rana Sharif,** University of California, Riverside
**Loubna Qutami,** University of California, Los Angeles

**ROUNDTABLE**
**VII-3: Beyond Case Study and Exception:**
**the Middle East and North Africa**

Organized by **Sherene Seikaly**

**Sherene Seikaly,** University of California, Santa Barbara
**Julia Elyachar,** Princeton University
**Tareq Radi,** New York University
**Muriam Haleh Davis,** University of California, Santa Cruz

**ROUNDTABLE**
**VII-4: Exploring Revolution and Its Others**
**—Counterrevolution, Cooptation, and**
**Counterinsurgency—As Projects of Social Change**

Organized by **Alice Wilson**

**Alice Wilson,** University of Sussex
**Killian Clarke,** Georgetown University
**Laura Ruiz De Elvira,** Institut de Recherche pour le
Développement
**Abdel Razzaq Takriti,** University of Houston
**Mark Drury,** Georgetown University

**ROUNDTABLE**
**VII-5: The Treaty of Lausanne at 100: New Research**
**from the Lausanne Project**

Organized by **Andrew Patrick**
on behalf of the
**Gingko Library**

Chair: **Andrew Patrick**

**Andrew Patrick,** Tennessee State University
**Cemil Aydin,** University of North Carolina at Chapel Hill
**Leonard Smith,** Oberlin College
**Yigit Akin,** Ohio State University
**Aimee Genell,** Boston University

**VII-6: Sovereign Bodies From the Balkans to Bengal**

Organized by **Arlen Wiesenthal** and **Rao Mohsin Ali Noor**

**Arlen Wiesenthal,** University of Chicago *"Circles of Life":*
*Imperial Pregnancies and Deaths as Biological Impacts*
*of Courtly Residence Patterns in Early Modern Ottoman*
*Municipalities*
**Rao Mohsin Ali Noor,** Johns Hopkins University *The*
*Pyropolitics of Sacred Kingship: Spectacle, Performance,*
*and Messianism at the Ottoman Circumcision Festival of*
*1582*
**Ünver Rüstem,** Johns Hopkins University *Sovereignty*
*Materialized: Sartorial Presence and Perpetuity in Ottoman*
*Kingship*
**Andrew Halladay,** University of Chicago *The Caliph*
*Unqualified: Representation and Disembodiment in the*
*Khilafat Movement*

**VII-7: Late Ottoman History of Palestine**

Organized by **Mohannad Abusarah**

Chair/Discussant: **Dana Sajdi,** Boston College

**Mohannad Abusarah,** University of Toronto *The*
*Transformation of 19th Century Intellectual History in*
*Palestine: An Insight from Al-Khalidi Family*
**Carter Barnett,** Johns Hopkins University *Patients,*
*Healers and the Medical Economy of 19th-Century*
*Palestine*
**Zachary Foster,** Princeton University *The Idea of*
*"Palestine", 1600-1850*

AAUP-01247

SESSION VII ✦ 8:30 -10:30 AM                     SATURDAY, NOVEMBER 4, 2023

**VII-8: The Syrian Refugee Crisis: Historical Antecedents, Literary Production, and Religious Humanitarianism**

Organized by **Daanish Faruqi**

**Sponsored by Syrian Studies Association (SSA)**

Discussant: **Steven Heydemann,** Smith College

**Daanish Faruqi,** Rutgers University-Newark *Religious Humanitarianism and the Syrian Refugee Crisis: On Sufi International Aid Networks*
**Dawn Chatty,** University of Oxford *Refuge in the Levant and Eastern Mediterranean: Post-Colonial Transnational Migration or Arena of Containment?*
**Sena Taha,** Ibn Haldun University *Writing Refugee Lives*
**Luigi Achilli,** European University Institute *Fleeing the War: Syrian Minors' Irregular Migration to Europe*

**VII-9: Crime in the City: Urbanization and Criminalization in the Late 19th and Early 20th Centuries**

Organized by **Kelsey Rice**

Chair: **Ilham Khuri-Makdisi,** Northeastern University

**Kelsey Rice,** Berry College *Crime and Politics in Baku: The Development of the Qochu Criminal Class*
**Ilkay Yilmaz,** Freie Universitat Berlin *Political Crime and the Mobility of Ideas in the Eastern Anatolian Cities During the Late Ottoman Empire (1878-1908)*
**Farzin Vejdani,** Toronto Metropolitan University *Policing Criminal Soundscapes in Nineteenth-Century Iranian Cities*

**VII-10: Authoritarian Control and Public Attitudes**

Organized by **Salam Alsaadi**

Discussant: **Ann Wainscott,** University of Miami

**Salam Alsaadi,** University of Toronto *Ambiguous Identities: Ineffective Ethnic Stacking in Sudan›s Bashir Regime*
**Ameni Mehrez,** Central European University *How Populist are the People? Measuring Populist Attitudes in Tunisia*
**Sharan Grewal,** College of William and Mary *A Paradox of Professionalism: Why Tunisia's Military Closed the Parliament*

**Jean Lachapelle,** University of Montreal *Repression and Support for Authoritarian Rule*

**VII-11: The Law Is the Law, Sometimes: Interdisciplinary and Transnational Approaches to Legal Studies in and on the Middle East**

Organized by **Maya Mikdashi** and **Asli Bali**

Chair: **Asli Bali,** Yale Law School

**Maya Mikdashi,** Rutgers, State University of New Jersey *Ethnographic and Transnational Approaches to Law and Legal History: A Woman Stands Before the Court in Lebanon*
**Lisa Hajjar,** University of California, Santa Barbara *The Guantanamo Phenomenon: Exposing the Fragility of the Rule of Law*
**Noura Erakat,** Rutgers, State University of New Jersey *What Palestine Teaches Us about Law in the Middle East*

**VII-12: Waiting for Water: Negotiating Water, Land, and Life in Morocco**

Organized by **Brittany Landorf**

**Sponsored by American Institute for Maghrib Studies (AIMS)**

Chair: **Zakaria Rhani,** Mohammed V University

Discussant: **James A. Miller,** American Institute for Maghrib Studies

**Brittany Landorf,** Emory University *"And Then the Rains Came": Water and Saintly Authority in Morocco*
**Emily Hayes-Rich,** University of New Mexico *The Fight for Hidden Waters: Water Management at the Edge of the Sahara*
**Andie Madsen,** Montana State University *Water in the Desert: Merging Sensory Ethnography and Historical Research*
**Jamie Fico,** Fulbright Morocco *Living on Luck: Water, Land, and Watermelon Production in Southeast Morocco*
**Ethan Mefford,** University of California, Los Angeles *The River Has Run Dry: Water, Agriculture, and Social Organization in 19th Century Fez, Morocco*

AAUP-01248

SESSION VII ✦ 8:30 -10:30 AM                    SATURDAY, NOVEMBER 4, 2023

**VII-13: New Directions in the History and Politics of Labor in Lebanon**

Organized by **Zachary Cuyler**

Chair/Discussant: **Ziad M. Abu-Rish,** Bard College

**Zachary Cuyler,** New York University *Oil Workers and the Lebanese "Brotherhood of Labor"*
**China Sajadian,** Vassar College *The Value of "Girls' Hands": Crises of Agrarian Reproduction in Lebanon's Biqa' Valley*
**Anna Reumert,** The New School *Migrants After Labor in Lebanon*
**Samuel Dinger,** New York University *Embracing illegality? Status regularization and the production of precarity among Syrians in Lebanon*
**Elizabeth Saleh,** American University of Beirut *Salvaging Labor at a Beirut Scrapyard*

**VII-14: The Removal of Doubts: Producing Natural Knowledge in the Ottoman Empire**

Organized by **Yasemin Akcaguner**

Chair: **A. Tunç Sen,** Columbia University
Discussant: **Nir Shafir,** University of California, San Diego

**Yasemin Akcaguner,** Columbia University *The Mirror of Bodies: Anatomical Science ('Ilm-i Teşrīḥ) in the Ottoman Empire*
**Cem Turkoz,** Harvard University *Physics or Natural Philosophy in the Ottoman Empire: A Preliminary Study*
**Maryam Patton,** Harvard University "*The Benefit of this Science is Clear": Astrology, Nature, and History Among Early Modern Ottomans*
**Dimitrios Giagtzoglou,** University of Crete *The Hidden Power of the Letters: The Knowledge of Cifr in the Ottoman Empire*

**VII-15: At the Edges of the Communal in the Eastern Mediterranean**

Organized by **Joseph Leidy, Weston Bland, Amy Fallas,** and **Alaa Murad**

Discussant: **Arbella Bet-Shlimon,** University of Washington, Seattle

**Joseph Leidy,** University of Oxford *Jubran Massuh and Mahjar Experiences of Interwar Sectarianism*

**Amy Fallas,** University of California, Santa Barbara "*The First Duty of Charity": The Coptic Hospital and the Making of a Sectarian Corridor in Twentieth Century Cairo*
**Weston Bland,** University of Pennsylvania *Legislating Community in Early Liberal Era Egypt*
**Alaa Murad,** Brandeis University "*To Risk Stirring the Hearts": Negotiating Ottomanism through the Popularization of Islamic History*

**VII-16: On the Edge: Post-Conflict Political Generations of Women and Youth Activists in the 'Second Wave' of the Arab Spring**

Organized by **Rola El-Husseini** and **Sarah Anne Rennick**

Chair/Discussant: **Michaelle L. Browers,** Wake Forest University

**Rola El-Husseini,** Lund University *The Revolution Is Female but Is it Feminist? Female Participation in the 2019 Lebanese Revolution*
**Liv Tonnessen,** Chr. Michelsen Institute *Women, Protest and Backlash: Igniting Feminist Mobilization in Sudan*
**Sarah Anne Rennick,** Arab Reform Initiative *Disrupted Youthhood, Ruptured Youth: Post-Conflict Social Imaginaries and Diverging Mobilization Dynamics among Iraqi Youth*
**Seréna Nilsson Rabia,** University of Bergen *The Role, Experiences and Challenges of Female Politicians during and after the Algerian Hirak*

**VII-17: Children's Incarceration in Modern Egypt**

Organized by **Hanan H. Hammad**

**Sponsored by Association of Middle East Children and Youth Studies (AMECYS)**

Chair: **Dylan Baun,** University of Alabama in Huntsville
Discussant: **Heidi Morrison,** University of Wisconsin-LaCrosse

**Hanan H. Hammad,** Texas Christian University *From a Potential Threat to Free Labor: The Incarceration of Children in Cairo during WWII*
**Samar Nour,** University of Toronto *Juvenile Delinquency and Childhood Governmentality in Egypt 1883-1950*
**Maryam Fouad,** The American University in Cairo *Egyptian State's Construction of a Moral Female Minor Body in Confinement*

SESSION VII ✦ 8:30 - 10:30 AM                    SATURDAY, NOVEMBER 4, 2023

**VII-18: "Now We All Live in Saddam's World": The Regional Legacies of the US Invasion of Iraq**

Organized by **Michael Gasper**

Chair: **Arang Keshavarzian,** New York University

**Michael Gasper,** Occidental College *The Sectarian Present: The Post-Iraq Invasion Middle East*
**Waleed Hazbun,** University of Alabama *American Illusions of Regional Order and Their Violent Consequences*
**Samera Esmeir,** University of California, Berkeley *Internationalized Domestication*
**Karim Makdisi,** American University of Beirut *The Global Battle over Lebanon in the Aftermath of the US Invasion of Iraq*

**VII-19: Tracing Transnational Indigenous Expression in Amazigh Cinema**

Organized by **Lucy McNair**

**Yahya Laayouni,** Commonwealth University of Pennsylvania *The Role of Amazigh Cinema in Indigenous Film Practice: Imagining New Possibilities*
**Habiba Boumlik,** LaGuardia Community College, CUNY *Filmmakers Multilocality*
**Soubeika Bahri,** University of Colorado at Denver *A Sociolinguistic Approach to the Cinematic Discourse in Amazigh Film*
**Lucy McNair,** LaGuardia Community College, CUNY *Reading Indigenous Female Narratives in Amazigh Films*

**VII-20: Revisiting the Gulf's Anti-Imperialist Currents in the Twentieth Century**

Organized by **Talal Al-Rashoud**

Chair/Discussant: **Crystal Ennis,** Leiden University

**Hsinyen Lai,** University of St. Andrews *Approaching 'the International' of Arab Nationalism: Origins, Vectors and the Case of Bahrain under British Colonialism*
**Kanwal Hameed,** German Orient Institute of Beirut *The Many Faces of Jamila – Women and Lineages of Revolt in Bahrain*
**Omar AlShehabi,** University of Leeds *The 'Political Commodity': Oil and US-Middle East Relations in the Historiography of* 'Abdulrahman *Munif*
**Fadi Kafeety,** University of Houston *The Kuwaiti Press and Third World Liberation Struggles during the 1960s*

**Talal Al-Rashoud,** Kuwait University and **Wafa Alsayed,** Gulf University for Science and Technology *Arabia's Anti-Colonial Hub: Kuwait and the Bahraini Nationalist Movement (1956-1966)*

**VII-21: Politics of Gender and Desire in the Persian Qasida**

Organized by **Domenico Ingenito**

Chair: **Dominic Brookshaw**

**Domenico Ingenito,** University of California, Los Angeles *Seducing a Prince: Eroticism and Politics in Early Persian Poetry*
**Jane Mikkelson,** Yale University *Ambition as Expansion of the Self in Odes by Fayżī (d.1595) and Makhfī (d.1702)*
**Justine Landau,** Université Sorbonne Nouvelle *Unsex Me Here: Anvari and the Feminine Panegyric in the Saljuq Era*
**Dominic Brookshaw,** University of Oxford *In Praise of Khatuns: Gender-Fluid Panegyric in Ilkhanid and Post-Mongol Iran and Iraq*

**VII-22: Re-linking Arabic Instruction with Its Socio-cultural Environment: New Challenges and Opportunities**

Organized by **Jamila Chahboun** on behalf of **Dartmouth College**

Chair: **Mokhtar Bouba**

**Jamila Chahboun,** Dartmouth College *Teaching Arabic to Heritage Learners: Reflections on Pedagogy for Students of Arabic Heritage at Dartmouth College*
**Jaouad El Bakili,** Al Akhawayn University in Ifrane *Strategies of Developing Intercultural and Transcultural Competence for Heritage Students and Non-native Speakers: A Case Study- Al Akhawayn University*
**Mokhtar Bouba,** Dartmouth College *Teaching the Medina: An indigenous approach to Arabic instruction*
**Housni Bennis,** Washington University in St. Louis *Enhancing Intercultural Competence through Folktales for Heritage Students*
**Rayed Khedher,** Wake Forest University *Using Migrants' Stories and Narratives in Teaching Arabic as a Foreign Language*

AAUP-01250

SESSION VII ✦ 8:30 -10:30 AM                    SATURDAY, NOVEMBER 4, 2023

### VII-23: Power, Discipline and Fragility: Tracing the Historical and Intellectual Roots of Masculinities in Turkey

Organized by **Aylin Özman** and **Selin Akyuz**

**Selin Akyuz,** TED University *A Historical and Methodological Perspective on Critical Studies on Men and Masculinities in Turkey: Towards Competing Conceptualizations?*
**Aylin Özman,** TED University *The Construction of Ideal Forms of Masculinities in the Early Republican Political Thought in Turkey - Soldiers, Citizens, and Fathers*
**Cimen Gunay-Erkol,** Ozyegin University *Peyami Safa's Conservative Nationalism and Phantom Masculinity*
**Asli Cirakman,** Middle East Technical University *"World is a Domain of Collision": Political Mobilization of a Destructive Masculinity in the Works of Nihal Atsız*
**Feyda Sayan Cengiz,** Manisa Celal Bayar University *"A Pawn on the Chess Board": Political Masculinities in Yakup Kadri Karaosmanoğlu's Memoirs*

### VII-24: Gender, Law and Non-normativity in Egypt, Turkey and the Caucasus

Chair: **Elizabeth Brownson,** University of Wisconsin, Riverside

**Beshouy Botros,** Yale University *Portraits of Transfemininity in Asyut: Supernatural Ways Beyond the Binary in Mid-Century Upper Egypt*
**Serpil Atamaz,** California State University, Sacramento *Women's Murders in the Early Turkish Republic*
**Sara Seweid-DeAngelis,** University of Minnesota, Twin Cities *Eunuchs, the Effendiyya, and the Making of Modern Egyptian Masculinity*
**Sean Tomlinson,** University of Arizona *Siblinghood, Marriage, Fictive Kinship, and Male Relationships between Ottoman Army Officer "Brothers" from the Mashriq in Memoirs of the Late Ottoman and Early Mandate Periods*

### VII-25: Colonialism and Its Discontents in Modern Iran

Chair: *Volunteer needed*

**Mina Khanlarzadeh,** Northwestern University *Alienation, Translation, and Their Postcolonial Critics*
**Iqan Shahidi,** University of Cambridge *"Decline" in the Writings of Fardid & Al-e Ahmad*
**Nader Sohrabi,** Free University of Berlin *Democracy by Petition: The Constitutional Movement of Iran*

**James Clark,** University of Nebraska Omaha *Naser od-Din Shah, the Telegraph, and the Kurdish Revolt of 1880*
**James M. Gustafson,** Indiana State University *Engineering a Modern Society: A British Commercial Mission to Southeastern Iran and a Covert Persian Counter-Narrative, 1904-5*

### VII-26: Environmental Degradation and Activism

Chair: *Volunteer needed*

**Cagdas Dedeoglu,** Yorkville University *Beyond Dichotomies: Understanding Proenvironmental Behaviour in Turkey*
**Kaveh Ehsani,** DePaul University *Toxic Environments: Legacies of Warfare and Authoritarian Modernization in Iran & Iraq*
**Lama Tawakkol,** University of Manchester *Neither Top-down, nor Bottom-up: The World Bank's Bisri Dam in Lebanon as Inter-scalar Development*

### VII-27: Legacies of Revolution and Counterrevolution

Chair: **Hania Abou Al-Shamat,** University of North Carolina at Charlotte

**Norma Claire Moruzzi,** University of Illinois at Chicago *Gender and the Revolutions: Tunisia 2010-2011 / Iran 2022-2023*
**Ian Wallace,** University of North Carolina at Chapel Hill *Rural Rebellion in the Post-colonial Rif: Peripheralization and Political Tension*
**Isaac Friesen,** University of Cambridge *Democracy Historicized: Rethinking Revolution, Repression and Representation in Contemporary Egypt*
**Amer Bitar,** Independent Scholar *Authority Representation as a Visual Cultural Discourse in the Middle East*

### VII-28: Resisting Occupation in Palestine

Chair: **James F. Goode,** Grand Valley State University

**Moara Assis Crivelente,** University of Coimbra *Emancipatory Diplomacy for Self-Determination and the National Liberation of Palestine and Western Sahara*
**Corey Sherman,** University of California Hastings College of the Law *Palestine on Appeal*
**Christina Kiel,** Tulane University and **Zulal Fazlioglu Akin,** Ohio State University *Culture in Conflict: Contextualizing Palestinian Cultural Diplomacy*

                    AAUP-01251

SESSION VII ✹ 8:30 -10:30 AM                    SATURDAY, NOVEMBER 4, 2023

**Manal A. Jamal,** James Madison University *Analogical Reasoning, History, and Political Organizing*
**Oren Kroll-Zeldin,** University of San Francisco *Embodied Actions: Co-Resistance Towards a Different Future in Palestine/Israel*
**Jasmin Habib,** University of Waterloo *Resistance, Resilience, and the Palestinian Experience or, Minding the Gaps of Settler Colonial Studies*

### VII-29: The Human, Non-Human and Dystopian Representation

Chair: *Volunteer needed*

**Samuel Martin,** University of Cambridge *Ghostly Riders and Meccan-ical Bodies: Cars and the Petromodern Subject in Saudi Arabian Novels*
**Garrett Shuffield,** The University of Texas at Austin "*They Sleep in the Same Room as their Cattle*": *Human-Animal Encounters and Anticolonial Epistemology in Tawfiq al-Ḥakīm's ʿAwdat al-rūḥ*
**Nancy Linthicum,** University of South Carolina *Post-'Arab-Spring' Dystopian Literature: Gendered Surveillance in Basma Abdel Aziz's al-Ṭābūr*
**Maya Aghasi,** American University of Sharjah *Trashscapes of the Modern Middle East: Space, Marginalization, and Disempowerment*
**Jens Schmitt,** Ludwig Maximilian University of Munich *Ibn Abī l-Ashʿath (10th ct. CE) on Animal Hybrids*

### VII-30: Staging Performance and Music

Chair: *Volunteer needed*

**Solmaz Shakerifard,** University of Washington, Seattle *A Red Tongue Imperils the Green Head: Artistic Lineage Informing Iranian Musicians' Involvement in Woman, Life, Freedom Movement*
**Nicholas Mangialardi,** Williams College *Egyptian Music Fandom and the Afterlife of Abd al-Halim Hafiz*
**Rustem Ertug Altinay,** Kadir Has University *Staging the National Utopia: Militarism and the Politics of Turkification in Late Ottoman Children's Performances*
**Hicham Chami,** Columbia University "*Ḥarsh (Rough) but Ḥaluw (Sweet)*": *Voicing a Jebli Identity in a Stratified Moroccan Music Culture*
**Payam Pilvar,** University of Ottawa and **Siavash Rokni,** Université du Québec à Montréal *Blurring the Red Line: How Women in Iran Have Pushed Back at the Ban on Solo Singing in Public*

## 10:30-11:00 AM

Join us for a
**Complimentary
COFFEE BREAK**
held in the
Book Exhibit

**sponsored by MESA**

AAUP-01252

SESSION VIII    11:00 AM - 1:00 PM    SATURDAY, NOVEMBER 4, 2023

**SPECIAL SESSION**
**VIII-1: Academic Freedom and
the Israel/Palestine Conflict: Lessons from the
Kenneth Roth Scandal at Harvard**

On January 5, 2023, news broke that Kenneth Roth, the longtime Executive Director of Human Right Watch (HRW), was denied a fellowship at the Harvard Kennedy School. In truth, he was first offered a fellowship and it was subsequently revoked by the Dean in deference to private donors/special interest groups who were upset by HRW's criticism of Israel's human rights record. After a faculty revolt, buttressed by global media coverage, Roth's fellowship was reinstated, but the broader lessons from this controversy have not been systematically examined. This special session, with Kenneth Roth's participation, seeks to examine this topic. Threats to academic freedom in the context of the Israel-Palestine conflict have a long and sordid history in North America. The focus of this special session will not be a historical examination of this topic but rather on the more recent cases at Harvard, University of Denver, University of Toronto and the University of Washington, where academic freedom has been egregiously violated. Strategies for combating this expanding problem will guide the panel discussion based on the various case studies.

Organized by **Nader Hashemi**
on behalf of the
**Alwaleed Center for Muslim-Christian University at
Georgetown and DAWN (Democracy in the Arab World)**

Discussant: **Juan Cole,** University of Michigan

**Nader Hashemi,** Georgetown University
**Liora R. Halperin,** University of Washington, Seattle
**Mohammad Fadel,** University of Toronto
**Kenneth Roth,** Princeton University

**WORKSHOP**
**VIII-2: Professional Development Workshop—Proposal
Writing and Research Design: How to Fund Your Ideas**

Organized by **Suad Joseph,** University of California, Davis

**Sponsored by the Association for Middle East
Women's Studies (AMEWS), Association for Middle
East Anthropology (AMEA), Arab American Studies
Association (AASA), and Association for Middle East
Children and Youth Studies (AMECYS)**

**ROUNDTABLE**
**VIII-3: Bridging the Gap: A Decade of Human Rights
in MENA, Navigating Pathways and Hurdles to
Collaborations within Academia**

Organized by **Amr ElAfifi**
on behalf of
**The Freedom Initiative and MENA Prison Forum**

Chair: **Amr ElAfifi,** Syracuse University

**Insiya Raja,** University of Oxford
**Mohammed Alshuwaiter,** Qanun, The Arabic Human
Rights Platform
**Mona Tajali,** Agnes Scott College
**Mark LeVine,** University of California, Irvine

**ROUNDTABLE**
**VIII-4: SWANA Contributions to Feminist Theory**

Organized by **Nova Robinson**

Discussant: **Sara Rahnama,** Morgan State University

**Nova Robinson,** Seattle University
**Kara A. Peruccio,** University of Maine
**Nadya J. Sbaiti,** Georgetown University School of
Foreign Service in Qatar
**Alborz Ghandehari,** University of Utah
**Susanna Ferguson,** Smith College
**Lila Sharif,** Arizona State University

**ROUNDTABLE**
**VIII-5: Writing Syrian History in Times of Disaster**

Organized by **Max Weiss**

**Sponsored by Syrian Studies Association (SSA)**

Chair: **Michael Provence,** University of California, San
Diego

**Max Weiss,** Princeton University
**Stefan Winter,** Université du Québec à Montréal/Koç
University
**Matthieu Rey,** French National Center for Scientific
Research
**Ammar Alsamar,** Independent
**Seda Altug,** Bogazici University

    AAUP-01253

SESSION VIII  11:00 AM - 1:00 PM          SATURDAY, NOVEMBER 4, 2023

**ROUNDTABLE**
**VIII-6: Reflections on the Global Refugee System**

Chair: **Sevin Gulfer Sagnic,** University of California, San Diego

**Sophia Balakian,** George Mason University
**Nadia El-Shaarawi,** Colby College
**Arzoo Osanloo,** University of Washington, Seattle
**Nergis Canefe,** York University, Canada

**VIII-7: Adaptation of European, Canadian, and American Proficiency Guidelines in the Middle Eastern Language Classes**

Organized by **Pouneh Shabani-Jadidi**

Chair: **Noha Aboulmagd-Forster**
Discussant: **Pouneh Shabani-Jadidi**

**Pouneh Shabani-Jadidi,** University of Chicago *Adaptation of the ACTFL Guidelines and the "Backward Design Model" in Persian Language Classes*
**Emine Cakir,** University of Oxford *Applying CEFR to Teaching Turkish as a Foreign Language in the Higher Education Context*
**Azita Taleghani,** University of Toronto *The Alignment of Persian Language Classes to the Canadian Language Benchmark (CLB): Challenges & Advantages*
**Noha Aboulmagd-Forster,** University of Chicago *ACTFL, Arabic, Adaptations*

**VIII-8: Acoustic Ecologies of the Middle East: Current Conditions and Prospects**

Organized by **Can Bilir**

Chair: **Can Bilir**

**Can Bilir,** University of Michigan, Ann Arbor *Sonic Coagulations: Speakers and Public Broadcasts' Roles in Recent Turkish Acoustic Ecologies*
**Ghida Anouti,** Massachusetts Institute of Technology *Sonic Beirut, Displaced: Stitching Transboundary Soundscapes*
**Najat Rahman,** University of Montreal *Home and the Carceral: The Ethics and Politics of Sound in Global Palestine*
**Ali Musleh,** Columbia University *A Musicology of Settler Colonialism*
**Ege Altan,** Pennsylvania State University *Etel Adnan's Sea and Fog: Hydro-Poetics and the Aesthetics of Memory*

**VIII-9: World Cup Qatar 2022: Transnational Solidarity, Palestine, and Anti-Muslim Bias**

Organized by **Nina Shoman-Dajani** and **Danielle Haque**

**Sponsored by**
**Arab American Studies Association (AASA)**

Chair: **Nina Shoman-Dajani**
Discussant: **Danielle Haque**

**Danielle Haque,** Minnesota State University, Mankato *Labor and Solidarity: Qatar's Campaign for the Arts at the 2022 World Cup*
**Louise Cainkar,** Marquette University *Sports and Racialized Diasporas: A Transnational Comparative Study of News Media, FIFA, and Middle Eastern and African Diaspora support for Morocco in Europe, North America, and South America.*
**Hatem Bazian,** University of California, Berkeley *The 2022, Qatar World Cup, Islamophobia Social Imaginary, and Western Press*
**Nina Shoman-Dajani,** Moraine Valley Community College *Witnessing Solidarity and Rejecting Normalization: From World Cup in Qatar to Palestine, and the Diaspora*

**VIII-10: The Politics of Literary Disputations and Debates in Classical and Medieval Arabic Literature**

Organized by **Nizar F. Hermes** and **Gretchen A. Head,** Yale-NUS College on behalf of the
**Journal of Arabic Literature**

**Nizar F. Hermes,** University of Virginia *"You Killed Him O' Bakr!": Bakr Ibn Ḥammād al-Tāhartī's Poetic Jousting and Disputations in al-Muʿtaṣim' Court*
**Muhsin J. Al-Musawi,** Columbia University *Thievery Disputation in Literary Theory*
**Chiara Fontana,** University of Bologna *Farewell Beauty: Ibn al-Muʿtazz's (d. 908) Political Manifesto in Fuṣūl al-Tamāthīl fī Tabāshīr al-Surūr*
**Wen-Chin Ouyang,** SOAS, University of London *Quarrels among Tea, Coffee and Wine: Literary Life of Things and World Literature*

SESSION VIII 🕌 11:00 AM - 1:00 PM          SATURDAY, NOVEMBER 4, 2023

### VIII-11: "Now is the Turn of the East": Pan-Easternism in the Middle East and Asia

Organized by **Mikiya Koyagi** and **Or Pitusi**

Chair: **Roy Bar Sadeh,** Yale Law School
Discussant: **Cemil Aydin,** University of North Carolina at Chapel Hill

**Or Pitusi,** The Hebrew University of Jerusalem *From Pan-Ottomanism to Pan-Sharqism: The Eastern Scene in Berlin, 1919-1924*
**Usman Ahmedani,** University of Amsterdam "*A Novel Based on Historical Realities": Easternist Expressions of Ottoman Turcology*
**Mikiya Koyagi,** University of Texas at Austin *Iranian Easternism: Geography, Civilization, and Decolonization*
**Mattias Gori Olesen,** Aarhus University *Eastern Lions, Western Tigers: The Second Italo-Ethiopian War and Liberal Easternism in Interwar Egypt*
**Peiyu Yang,** George Mason University *Travels through the Other: Ghassan Kanafani's The Sun Rise in Asia as Solidarity-Building Translation*

### VIII-12: Entering and Exiting Transregional Medico-Legal Borders across the Twentieth Century

Organized by **Lauren Banko**

Chair: **David E. Gutman,** Manhattanville College

**Lauren Banko,** University of Manchester *Laboring across the Medico-Legal Border: Working-Class Migrants, Illness, and Immigration Control between Palestine and Egypt, 1930-1948*
**Chris Sandal-Wilson,** University of Exeter *Border-Crossing Patients and the History of Psychiatry in British Mandate Palestine*
**Randa Tawil,** Texas Christian University *Time Change: Reproduction, Mobility, and Temporality in the Early Mahjar*
**Tamar Novick,** Max Planck Institute for the History of Science *Frontiers of Bodily Residues: Seeking and Moving Urine Across Borders, 1954-1974*

### VIII-13: Religion and Politics in the Pre-modern Maghrib

Organized by **Stephen C. Cory**

### Sponsored by Middle East Medievalists (MEM)

Discussant: **Jocelyn Hendrickson,** University of Alberta

**Stephen C. Cory,** Cleveland State University *The Price of Peace: How Muhammad III Ended the `Alawi fitna in Eighteenth Century Morocco*
**Natalie Kraneiss,** Münster University *Between State Control, Piety Practice, and Scholarly Discourse: Sulaymān al-Ḥawwāt and the Clarification of the Hidden Secrets about the Descendants of* ʿAbd *al-Qādir al-Jīlānī in Fez*
**Gonçalo M. Ramos,** Centre for History of the University of Lisbon *Building Legitimacies: Contrasting Notions of Kingship in the Marīnid Sultanate and in the Portuguese Kingdom (AH 818/CE 1415 – AH 876/CE 1471)*
**Jens G. Fischer,** University of Münster, "*Among Princes He Is a Prince, among Scholars a Scholar": Learned Rulers in 18th Century Tunisia*

### VIII-14: War and Revolution in the Middle East

Organized by **James Whidden**

Discussant: **Mona L. Russell,** East Carolina University

**James Whidden,** Acadia University *Saad Zaghloul's Struggle with the Revolutionaries*
**Kyle Anderson,** SUNY College at Old Westbury *The Politics of Exile and the Narrowing Horizons of Egyptian Anti-British Activism, 1905-1924*
**Elizabeth Thompson,** American University *The Paris Peace Conference as Counterrevolution in the Middle East*
**Christiane Abu Sarah,** Erskine College *Affective Politics and the Egyptian Revolution(s) of 1951–1952: Rethinking Emotions in Arab Protest Movements*

# SESSION VIII  11:00 AM - 1:00 PM    SATURDAY, NOVEMBER 4, 2023

**VIII-15: "What's In a Name?": Lexicons of Exclusion and (Post-)Ottoman Communities**

Organized by **Kutay Onayli**

Chair/Discussant: **Erdağ Göknar,** Duke University

**Kutay Onayli,** Princeton University *A Rum By Any Other Name: Identity, Denigration, and Greek Ottoman Satire, 1908-1909*
**Hazal Ozdemir,** Northwestern University *Mobility as Fesad: Ottoman Armenian Community Moving Between Suspicion and Threat*
**Cevat Dargin,** Princeton University *"You are Real and Pure Turks!": Racialization and Colonial Violence in the Kurdish Province of Dersim*
**Ipek Sahinler,** The University of Texas at Austin *Trans(lating) Lexicons of Queerness in Ottoman-Turkish*

**VIII-16: Ottoman Immigration to the Americas – New Approaches, New Sources**

Organized by **Michael Ferguson**

Chair: **Michael Ferguson,** Concordia University

**Kyle Wynter-Stoner,** Arab American National Museum *The Syrian Soldier in Three Wars: Identity and Nationalism in the War Memoirs of Gabriel Elias Ward*
**Reem Bailony,** Agnes Scott College *An Exploration of Sect and Race in the Syrian Mahjar in North America*
**Andrew Sandock,** University of Toronto *Documenting Selves: Identity-Formation in Ottoman Migrants' Personal Archives*
**Diogo Bercito,** Georgetown University *A Brazilian Thawra: Arab Migrants In the 1932 São Paulo Revolution*

**VIII-17: A Gender Perspective on Secularization and Modernization**

Organized by **Rita Stephan**

**Sponsored by Association for Middle Eastern Women's Studies (AMEWS)**

Chair/Discussant: **Rita Stephan**

**Rita Stephan,** North Carolina State University *Resisting Tokenism: Arab American Political Activism*

**Namie Tsujigami,** Sophia University *How Haram Becomes Halal: Gendered Impact of Social Change in Saudi Arabia*
**Woohyang Sim,** Waseda University *Higher Education and Women in the State of Qatar*
**Eva Ohbaya,** Keio University, *Secularization in the Arab World*

**VIII-18: The Story of Resilience and Resistance Among Azerbaijanis in Iran**

Organized by **Sevil Suleymani**

Discussant: **Sevil Suleymani**

**Lale Javanshir Qocabeyli,** University of Toronto *The Question of Conflict and Memory in the Birds are not Sacred Anymore and the Tears of Savalan: The Two Novels on the Events of 1945-1946 in Azerbaijan*
**Monire Akbarpouran,** Université du Québec à Montréal *The Notion of Cultural Heritage and the Imagery of Ashiqliq, as a Turkic Bardic Tradition, in the Urban Space of Contemporary Iran*
**Sevil Suleymani,** George Mason University *The Struggle of Recognition and Dilemma of Minority Politics: The Case Study of Azerbaijani Turks in Iran*
**Turkan Bozkurt,** University of Toronto *Comparative Methods of Assimilation and Oppression*

**VIII-19: Arab Revolutionaries' Paths through Defeat**

Organized by **Chaymaa Hassabo**

Chair: **Ophélie Mercier,** Ghent University

**Chaymaa Hassabo,** French National Institute for Sustainable Development *Admitting Defeat, Living Through Defeat: Life Trajectories of (Ex-) Egyptian Activists*
**Laura Ruiz De Elvira,** Institut de Recherche pour le Développement *Syrian Activism through and beyond Defeat*
**Sarah ElMasry,** Scuola Normale Superiore *The Echoes of Defeat: How Participants Reckon with the Defeat of Egypt's 2011 Revolution in Their Private Lives*
**Léo Fourn,** Aix-Marseille Université *The Ambivalence of Syrian Revolutionaries› Activism Facing Exile and Defeat*

SESSION VIII  11:00 AM - 1:00 PM    SATURDAY, NOVEMBER 4, 2023

**VIII-20: New Perspectives on Slavery, Abolition, and Race in the Nineteenth-Century Ottoman World and Beyond**

Organized by **Özgül Özdemir**

Chair: **Sarah Gualtieri,** University of Southern California
Discussant: **Taylor M. Moore,** University of California, Santa Barbara

**Özgül Özdemir,** Stanford University *Glimpses into Lives of Black Eunuchs in the 19th Century-Ottoman Harem: Histories of Race, Violence, Emotions*
**Zavier Wingham,** New York University *The Ambivalent Legacy of Manumission: Ottoman Guesthouses for Africans in the 1880s*
**Salma Hargal,** Sciences Po (Paris Institute of Political Studies) *How Slaves Claimed Their Manumission in Ottoman Libya After Slave Trade Prohibition (1857–1911)*
**Giacomo Ghedini,** Sciences Po (Paris Institute of Political Studies) *From Sudan and Senegal to Italy and France, Black Afro-European Abolitionism in the 19th Century: A Story Yet to Be Told*

**VIII-21: Back to the Future? Reinventions of Security States and Resistance Across the Tumultuous Contemporary Maghreb and Sahel**

Organized by **William Lawrence,** American University

Chair: **Yahia Zoubir,** KEDGE Business School

**Houda Mzioudet,** University of Toronto Scarborough *The Libyan Quagmire and the Security Challenge in the Sahel: Cases of Mali and Chad*
**Esra Bengizi,** University of Toronto *Maghrebi Women's Resistance & Feminist Nation Building; Algerian Women and the Black Decade*
**Azzedine Layachi,** St. John's University *Social Movement Theory in Algeria and the Outcome of the 2019 Hirak*

**VIII-22: Microhistories of Arab Internationalism: The Lebanese National Movement**

Organized by **Nour MJ Hodeib**

Chair: **Malek Abisaab,** McGill University

**Nour MJ Hodeib,** Graduate Center, CUNY *Marcel Khalife: Singing for the Bullet in a Fascist's Heart*

**Nathaniel George,** SOAS, University of London *Abu Jubran and Jabal 'Amil in the Age of the Palestinian Revolution*
**Dylan Baun,** University of Alabama in Huntsville *Imad Nuwayhid: Searching for a New Home in the Arab Left*
**Naye Idriss,** New York University *The Lebanese National Resistance Front and Afterlives of the Lebanese Left*

**VIII-23: The Woman, Life, Freedom Uprising: A Turning Point in the Struggles for Justice and Liberty in Iran**

Organized by **Daniel Ahadi**

Chair/Discussant: **Daniel Ahadi**

**Daniel Ahadi,** Simon Fraser University *Confessions of a Diasporic Mind: Long-Distance "Nationalists" and Transnational Political Activism among Iranians Abroad*
**Bahareh Badiei,** Rutgers, State University of New Jersey *Insurgent Grammars and Feminist Digital Activism: Iranian Feminist Networks' Rise against Multifaceted Modes of Power in Light of Jina Uprising*
**Parsa Alirezaei,** Simon Fraser University and **Mozhgan Fazli,** Simon Fraser University *Not So Green: Paradigm Shift in the Iranian Political Resistance Discourse and the Political Economy of Protest in Iran from 2009 to 2022*
**Hoornaz Keshavarzian,** Simon Fraser University *Datafication of Politics in the Time of Dissensus: Reflections on Iran's Media Climate in the "Woman, Life, Freedom" Movement*

**VIII-24: Textual Innovation and Transgression from Iberia to Iran**

Chair: *Volunteer needed*

**Mustafa Kaya,** University of Chicago *Segregation of Mystical Life in Timurid Herat*
**Saleem Abu Jaber,** Achva Academic College *A Rare Sufi Exegesis of Sūrat al-Fatḥ from 16th Century Ottoman Egypt*
**Sam Winikow,** University of Michigan, Ann Arbor *Of Cooks and Copyists: Culinary Manuscripts and the Circulation of Knowledge in Safavid Iran*
**Seyed Saleh Pezhman,** McGill University *Was Muḥammad Taqī Majlisī a Sufi?*

SESSION VIII ✦ 11:00 AM - 1:00 PM          SATURDAY, NOVEMBER 4, 2023

### VIII-25: 18th Century Scholarship and Historiographical Debates

Chair: *Volunteer needed*

**Ian VanderMeulen,** Kalamazoo College *Resounding Islamic Reform: Performance, Text, and Scholastic Consolidation in Premodern Moroccan Qira'at*
**Nabil Matar,** University of Minnesota, Twin Cities *Filasṭīn and Filasṭīniyyīn in Early Modern Arabic Historiography*
**Jianyuan Sun,** Princeton University *Turco-Mongolic Monarchic Tradition in the Khoqand Khanate: Tanistry in the Early Reign of Irdana Biy (r. 1751-52 & 1753-69)*
**Betul Argit,** Marmara University *Book Ownership of the Male Members of the Imperial Court (17th–18th Centuries)*

### VIII-26: Geographies of Domination and Dispossession in Palestine

Chair: **Jasmin Habib,** University of Waterloo

**Kimberly Katz,** Towson University *Between Jordanian and International Law: UNRWA's Involvement in Jordanian Court Cases*
**Chloé Chbat,** University of Manchester *Bordering and Immobility: A Study of the Palestinian Body within the Settler Colonial Context in Israel and the Occupied Palestinian Territory (OPT)*
**Yair Agmon,** University of California, Los Angeles *Waste, Revival, and Dispossession: Territorial Ecology in East Jerusalem*
**Atwa Jaber,** Graduate Institute, Geneva *No Bridges Will Take You Home: The Jordan Valley Exodus of 1967 Re-examined Through Oral History.*
**Mekarem Eljamal,** Columbia University *Authority over Spatial Identity: Municipal Documentation Narrating Lydd's Identity*

### VIII-27: Ethnic and Religious Minorities in the Middle East

Chair: **Molly Oringer,** University of California, Los Angeles

**Mehrak Kamali Sarvestani,** Ohio State University *Iranian Baha'is and the Iran-Iraq War (1980-1988)*
**Neslihan Akpinar,** University of Alberta *Transformation of Religious Identities: The Case of Some Kurdish Alevis Converting to Sunni Islam in Modern Turkey*
**Thomas Schmidinger,** University of Kurdistan-Hawler *Relics of Kurdistani Jews*

**Mayada Madbouly,** University of Groningen and **Menna Agha,** Carleton University *Narrating Emotions, or, Why Decolonize Nubian Studies?*
**Edith Szanto,** University of Alabama *Conversion as Class Mobility in Iraqi Kurdistan*
**Janet Kestenberg Amighi,** West Chester University *Cultural Transformations among the Zoroastrians of Iran*

### VIII-28: State Building: Law, Surveying, and Boundary Making

Chair: *Volunteer needed*

**Yosra Hussein,** Columbia University *Maẓālim Courts: Between Despotic Sultans and Secular Justice*
**Omar Gebril,** Columbia University *Modernizing Sharīʿa in Egypt: Madrasat al-Qaḍā' al-Sharʿī (1907–1930) and the Compatibility of Sharīʿa with Western Laws and Modern-State Values*
**Gul Kale,** Carleton University *Interaction of Local Surveying Practices and European Colonial Surveyors in the Middle East, 17th-18th Centuries*
**Carl Shook,** University of Chicago *The Law and the Bordering of Iraq: An Inquiry into the Relationship Between the Tribal Criminal & Civil Disputes Regulations and State Building in the Mandate Era*

### VIII-29: The Politics of Trade and Investment in the New Gulf

Chair: *Volunteer needed*

**Suzanne Morrison,** Zayed University Abu Dhabi *The Political Economy of Hosting Major Sports Events in the GCC: the Case of Qatar and the 2022 FIFA World Cup*
**Robert Mogielnicki,** Arab Gulf States Institute in Washington *Chinese-Saudi Economic Relations: Uneven Growth and Aspirational Collaboration*
**Narayani Sritharan,** College of William and Mary *What Drives Saudi Arabia's Foreign Aid? Comparative Evidence on the Role of Geostrategy, Economics, and Values*
**Mate Szalai,** Ca' Foscari University of Venice *The Tail Wagging the Dogs? Comparing the Influence-Building of the Gulf States in the US and China*

SESSION IX ❖ 3:00 - 5:00 PM                         SATURDAY, NOVEMBER 4, 2023

**CURRENT EVENTS SESSION**
**IX-1: Centering Sudan:**
**the Revolution, the War, the Future**

In this interdisciplinary roundtable, discussion will focus on Sudan's history, upheavals, and future. We anticipate a robust conversation along with a re-centering of Sudan within Middle East studies.

Organized by **Beeta Baghoolizadeh,** Princeton University
on behalf of
**MESA's Committee on Blackness, Indigeneity, and Social Justice (CBIRJ)**

**ROUNDTABLE**
**IX-2: Gender Studies and Feminism at MESA: Taking Stock of the Field**

Organized by **Nadje Al-Ali,** Brown University

**Asli Zengin,** Rutgers, State University of New Jersey
**Hanan H. Hammad,** Texas Christian University
**Zahra Ali,** Rutgers, State University of New Jersey
**Sondra Hale,** University of California, Los Angeles
**Maya Mikdashi,** Rutgers, State University of New Jersey

**ROUNDTABLE**
**IX-3: Threats to Academic Freedom in the Middle East**

Organized by **Mimi Kirk**
on behalf of the
**MESA Global Academy**

**Selin Gumrukcu,** Rutgers University
**Evren Altinkas,** University of Guelph
**Katty Alhayek,** Toronto Metropolitan University
**Nihat Celik,** San Diego State University
**Basileus Zeno,** York University

**ROUNDTABLE**
**IX-4: Environmental Anthropology and the Middle East**

Organized by **Sa'ed Atshan**

**Sponsored by Association of Middle East Anthropology (AMEA)**

Chair: **Sa'ed Atshan,** Swarthmore College
**Munira Khayyat,** American University in Cairo
**Tessa Farmer,** University of Virginia

**Anne Meneley,** Trent University
**Peter Habib,** Emory University
**Caterina Scaramelli,** Boston University
**Sophia Stamatopoulou-Robbins,** Bard College

**ROUNDTABLE**
**IX-5: Imagining the East: Researching and Writing Transnational Affinity, Solidarity, and Belonging during the Interwar Years**

Organized by **Erin O'Halloran**

Discussant: **Marya Hannun,** University of Exeter

**Erin O'Halloran,** University of Cambridge
**Reem Bailony,** Agnes Scott College
**Sara Rahnama,** Morgan State University

**ROUNDTABLE**
**IX-6: Settler Colonial Violence, Palestine, and White Supremacy**

Organized by **Stephen Sheehi**

Chair/Discussant: **Loubna Qutami,** University of California, Berkeley

**Stephen Sheehi,** College of William & Mary
**Saree Makdisi,** University of California, Los Angeles
**Sherene Razack,** University of California, Los Angeles
**Lara Sheehi,** George Washington University

**ROUNDTABLE**
**IX-7: Practical Pedagogies of Engagement: Building Intercultural Understanding Through Concrete Activities**

Organized by **G. Carole Woodall** and **Victoria Hightower,** University of North Georgia
on behalf of
**MESA's Committee for Undergraduate Middle East Studies (CUMES)**

Chair: **G. Carole Woodall**

**Roger A. Deal,** University of South Carolina Aiken
**Maia Carter Hallward,** Kennesaw State University
**Virginia Cady,** Independent Scholar
**G. Carole Woodall,** University of Colorado at Colorado Springs

SESSION IX  3:00 - 5:00 PM                 SATURDAY, NOVEMBER 4, 2023

**Susan Tyrrell,** University of North Texas
**James Tallon,** Lewis University

### IX-8: Arab Faces, American Places

Organized by **Salah D. Hassan**

**Sponsored by
Arab American Studies Association (AASA)**

Chair/Discussant: **Michelle Hartman,** McGill University

**Salah D. Hassan,** Michigan State University *Self-Possessed: Photos of Arabs in the Early 20th Century United States*
**Natalie El-Eid,** Syracuse University *Drawing Selves and Stories: 21st Century Arab American Graphic Memoirs*
**Leila Tarakji,** Michigan State University *"El Moro, El Negro, El Arabe": An American Origin Narrative between Fiction and the Margins of History*

### IX-9: Beyond Paradoxes and Contradictions: Forms of Anti-Colonial Resistance during WWI in North Africa and the Middle East

Organized by **Odile Moreau**

**Odile Moreau,** University of Montpellier *Beyond Paradoxes and Contradictions: The Trajectory of Amir ʿAbd al-Mālik during WWI*
**Richard Fogarty,** University at Albany, SUNY *Resistance in Captivity and Captivity in Resistance: North African POWs in German and the Middle East during the Great War*
**Jonathan McCollum,** Brigham Young University *An Anticolonial Empire? The Ottoman Struggle for North Africa in the Long First World War*

### IX-10: Imagining New Authorial Configurations in Persianate Sufism

Organized by **Hunter Bandy** and **Seema Golestaneh**

Discussant: **Ata Anzali,** Middlebury College

**Hunter Bandy,** Ecole Pratique des Hautes Etudes *The Subtle Points of Sovereignty in Shiʿi Sufism of the 17th century Deccan*
**Seema Golestaneh,** Cornell University *Navigations on the Path: Understanding the Positionality of the Shariat and*

*Tariqat in 20th and 21st Century Iranian Sufism*
**Ahoo Najafian,** Macalester College *Mystical Politics in Pre-revolutionary Iran*
**SeyedAmir Asghari,** Baylor University *Post Sadra Dhahabīyya Ṣūfī Order and Shīʿī-Ṣūfī Convergence*
**Aziza Shanazarova,** Columbia University *Female Religious Authority in Sufism*

### IX-11: Formulating Modernism through Museums and Exhibitions in the MENA Region

Organized by **Caroline Angle Maguire**

**Sponsored by Association for Modern and Contemporary Art of the Arab World, Iran and Turkey (AMCA)**

**Caroline Angle Maguire,** University of Maryland, College Park *Democratizing and Modernizing the Musée National du Bardo (1956–1980)*
**Ashley Miller,** Independent Scholar *Revolutionizing the Institution? Remaking Art Histories at the First Pan-African Cultural Festival (PANAF), Algiers 1969*
**Elizabeth Rauh,** American University in Cairo *A Museum of One's Own: Ali Jabri and Curatorial Practice as Worldmaking in the Jordan Museum of Popular Traditions*

### IX-12: Contested Archives: The Reopening of the Kanan Makiya Papers

Organized by **Michael Brill** and **Wisam Alshaibi**

Chair/Discussant: **Arbella Bet-Shlimon,** University of Washington, Seattle

**Michael Brill,** Princeton University *The Origins and History of the Baʿth Party Archive*
**Joseph Kotinsly,** University of Texas at Austin *The Politics of Shiʿi Suffering: The Iraqi Opposition and the Rise of Sect-Centrism*
**Amir Taha,** University of Amsterdam *Contesting the Archives with the 1991 Iraqi Uprising*
**Wisam Alshaibi,** University of California, Los Angeles *The Kanan Makiya Papers Then and Now*

          AAUP-01260

SESSION IX    3:00 - 5:00 PM       SATURDAY, NOVEMBER 4, 2023

### IX-13: Power, Language, and Identity in MENA Contexts

Organized by **Rachel Schine** and **Sheera Talpaz**

Chair: **Karla Mallette,** University of Michigan, Ann Arbor

**Rachel Schine,** University of Maryland, College Park *Black Language: Racio-Linguistics and Representing Afro-Asian Languages in Abbasid Writings*
**Alexander Jabbari,** University of Minnesota, Twin Cities *Urdu in Palestine, Hebrew in India: Muslim Philology before 1947*
**Hilah Kohen,** University of Pennsylvania *The Age of Language Revolutions: Turkish, Hebrew, and Soviet Language Policy between the World Wars*
**Michael Payne,** Ludwig Maximilian University of Munich *Translating Race in the Medieval Middle East: Graeco-Arabic Conceptions of Human Difference and Their Diffusion*
**Sheera Talpaz,** Oberlin College *Arab Jewish Literature and the Fallacy of Language Choice*

### IX-14: Property Disputes, Dispossession and Processes of Marginalization in North Africa

Organized by **Soraya El Kahlaoui** and **Koenraad Bogaert**

Chair: **Koenraad Bogaert,** Ghent University

**Soraya El Kahlaoui,** Ghent University *Possession against Property: Mapping Land Struggle in North Africa*
**Cristiana Strava,** Leiden University Institute for Area Studies *Speculative Sustainability: Dispossession, Financialization, and Contested Green Urbanism in Contemporary Morocco*
**Lana Salman,** Ghent University *Nomadism: Property and the Governing of City's Edge in Colonial Tunisia*
**Yasmine Berriane,** National Center for Scientific Research *Gendered Land Rights and Contested Belonging: The Non-Residents' Claims in Post-2019 Morocco*
**Souad Eddouada,** Iben Tofail University *Rights, Reform, and Negotiation: Land Dispossession, Gender, and Alternative Models for Justice*

### IX-15: Exploring the Margin(s)

Organized by **Jasmine Benhaida** and **Julia Wartmann**

Chair: **Aline Schlaepfer,** University of Basel

**Julia Wartmann,** University of Basel *Reassessing Claims of Kurdish Marginality in the Case of the Autonomous Administration of North and East Syria*
**Fares Damien,** University of Basel *Jabal 'Amel to South Lebanon: The Birth of a New Mediterranean Space*
**Jasmine Benhaida,** University of Basel *Oh Woman, Where Art You? Unthinking Women at the Margins through Sharia Court Records*

### IX-16: Frontiers in the Studies of Middle East Contentious Politics

Organized by **Ali Kadivar** and **Rima Majed,** American University of Beirut

Chair/Discussant: **Charles Kurzman,** University of North Carolina at Chapel Hill

**Ali Kadivar,** Boston College *Oil and Contention: Fuel Subsidy Cuts and Protests in Iran 2019*
**Elizabeth Parker-Magyar,** Massachusetts Institute of Technology *Striking from the Schoolyard: State Worker Networks, Organization, and Contentious Action in Jordan*
**Killian Clarke,** Georgetown University *Revolution in Democracies: The 2019 Uprisings in Lebanon and Iraq*
**Jérémie Langlois,** University of Wisconsin-Madison and **Marwa Shalaby,** University of Wisconsin-Madison *Do Ballots Break Barricades? Parliamentary Responsiveness and Protest Trends during Algeria's Hirak Uprising*
**Kevin Mazur,** Northwestern University *Between the Square and the Quarter: The Urban Logic of Violence in the Syrian Revolution*

### IX-17: Trade, Diplomacy and Finance in the Early Modern Ottoman Empire

Organized by **Hasan Ilban**

**Sebastien Flynn,** Independent Scholar *Ottoman Diplomacy between the Treaty of Belgrade and the Death of Sultan Mahmud I, 1739-1754*
**Hasan Ilban,** University of Birmingham *British Credit and the Provincial Economy of Aleppo in the Eighteenth Century*
**Zeynep Arslan Calik,** Ruhr-University Bochum *The Ottomans in the Habsburg Lands: Re-identifying the Builders of Ottoman-European Contacts (1772-1826)*
**Elif Bozgan,** University of Chicago *The Scholarly Families and the Life-long Tax Régime in the Eighteenth-Century Ottoman Empire*

SESSION IX ✦ 3:00 - 5:00 PM          SATURDAY, NOVEMBER 4, 2023

**IX-18: The Meaning of China's Increased Engagement in the Middle East**

Organized by **Lars Erslev Andersen**

Chair: **William Lawrence,** American University

**Lars Erslev Andersen,** Danish Institute for International Studies *China and Iran Relations in Context of the Changing World Order*
**Chuchu Zhang,** Fudan University *A Rising Asian Transactionalist Player in the Middle East: Deciphering China's Infrastructure Diplomacy in the Region*
**Yahia Zoubir,** Middle East Council on Global Affairs, Doha, Qatar *China's Integration of the Greater Maghreb into the Belt & Road*
**Emilie Tran,** Hong Kong Metropolitan University *From Health Diplomacy to Leadership in Global Public Health? China's Social Power in the Middle East*

**IX-19: How Islamists Cope with Football: Qatar as a Transformative Event?**

Organized by **Dag Tuastad**

**Dag Tuastad,** University of Oslo *How Ritual and Politics Intersects in Hizbollah's Relation to Football*
**Bjorn Olav Utvik,** University of Oslo *Soccer, Islamism and the Good Muslim*
**Hans K Hognestad,** University of South-Eastern Norway *Football, Religion and Politics – Contested Narratives from the 2022 FIFA World Cup in Qatar*
**Charlotte Lysa,** University of Oslo *The Contested Field of Women's Football in Saudi Arabia (2005–2015)*

**IX-20: Border(land)s of the Ottoman Empire**

Organized by **Elmira Louie** and **Hüseyin Göcen**

Chair/Discussant: **Ali Yaycioglu,** Stanford University

**Elmira Louie,** University of California, Davis *Reading the Borderland: Linguistic and Religious Border Crossings in 17th through 19th Century Ottoman Literature*
**Merve Tekgürler,** Stanford University *Crucible of Empire: Ottoman-Polish Borderlands in the Long Eighteenth Century*
**Hüseyin Göcen,** University of California, Davis *Provincial Fatwas, Festivals, and Celebrations as Borderlands in Ottoman Early Modernity*

**Zehra Ilhan,** University of California, Davis *Pre-16th Century Discourse on Muslim Women and Female Youth in the Epic Stories of Anatolian Borderland*

**IX-21: Anticommunism in Cold War Turkey**

Organized by **Semih Gökatalay**

**Sponsored by Ottoman and Turkish Studies Association (OTSA)**

Chair: **James H. Meyer,** Montana State University
Discussant: **James Ryan,** Foreign Policy Research Institute

**Semih Gökatalay,** University of California, San Diego *The Changing Iconography of Nâzım Hikmet: From a Communist Traitor to a Patriotic Poet*
**Gozde Emen Gokatalay,** Independent Scholar *Balkan Immigrants and Anticommunism in Cold War Turkey*
**Reuben Silverman,** Stockholm University *Red Scares and the Formation of a Frontline Cold War State in Turkey, 1950-1953*

**IX-22: Haunted Futurities: Cases from the Arab Gulf States**

Organized by **Esraa Al-Muftah**

Chair: **Fida Adely,** Georgetown University
Discussant: **Talal Al-Rashoud,** Kuwait University

**Esraa Al-Muftah,** University of British Columbia *Institutional Erasures: The Case of Internationalization at Qatar University*
**Sara Musaifer,** New York University Abu Dhabi *Searching for Zaɂfaranah: The (Im)possibilities of Black Girlhoods in (Post)colonial Bahrain*
**Tareq Alrabei,** Gulf University for Science and Technology *Contested Cultural Representations of the Maritime History of the Gulf*
**Maryam AlHajri,** University of Edinburgh *Silencing Processes as a Form of Historical Erasure: Histories of Qatar's Social Movements*

          AAUP-01262

SESSION IX    3:00 - 5:00 PM                    SATURDAY, NOVEMBER 4, 2023

**IX-23: The Determinants of Compliance:
COVID-19 in the MENA**

Organized by **Amanda Rizkallah**

Chair/Discussant: **Marwa Shalaby,** University of
Wisconsin-Madison

**Amanda Rizkallah,** Pepperdine University *The Country
Source Origins of Vaccine Hesitancy*
**Yuree Noh,** Rhode Island College *Public Health Mandates
and Trust during the COVID-19 Pandemic*
**Jonah Schulhofer-Wohl,** Leiden University *Violence,
Trust, and Pro-Social Behavior: The Long-Term Effects of
Civil Conflict on COVID Compliance in Iraq*

**IX-24: Diplomacy, Diplomats, and Forgotten Records**

Chair: **Constantine Theodoridis,** Princeton University

**Anthony Edwards,** Washington and Lee University
*A Privileged Intellectual: Buṭrus al-Bustānī and His
Dragomanship at the US Consulate in Ottoman Beirut*
**Rosalind Buckton-Tucker,** Independent Scholar *Captain
Shakespear: An Unsung Hero of Arabia?*
**Deniz Çıtak,** University of California, Los Angeles *The
Case of Pahlavi-Era Iranian Diplomacy in Amanullah's
Afghanistan*
**Asuman Tezcan,** Stanford University *The Tan Raid as the
Herald of the Reorganization of Turkey's Domestic and
Foreign Policy after the Second World War, 1945*
**Murat Kasapsaracoglu,** Istanbul Aydın University
*Uncovering the Opium Crisis: The Poison of Turkish-
American Relations in the 1960s and 1970s*

**IX-25: The Strategies and Dynamics of Israeli
Occupation in Palestine**

Chair: **Lawrence Davidson,** West Chester University

**Nathaniel Shils,** Wellesley College *Annexation and
the "One State Reality" in Israel/Palestine: History
and Implications of Israel's Mechanisms of Territorial
Incorporation*
**Judith Hoppermann,** University of Glasgow *Control,
Dispossession, Exploitation: Understanding the Political
Economy of the Colonialism-Neoliberalism Nexus in West
Bank Agriculture*
**Cora Enterline,** Trinity College Dublin *Drinkers with a
Religion Problem: Religious Terroir in Israeli Settlement
Wineries*

**Nur Arafeh,** Carnegie Middle East Center *Entrenching
Dependency and Promoting Local Agency in
Counterinsurgency: A Case Study of U.S.-Led Trade
Facilitation Programs in Hebron*

**IX-26: Language and Libraries**

Chair: *Volunteer needed*

**Mahmoud Roshdy,** University of Southern California *The
Strangeness of Language as a Wound out of Displacement:
On Translating Salim Barakat's Childhood Autobiography*
**Hicham Assaoui,** Virginia Military Institute *The Arabic
Pronominal Distribution: A Representational Account*
**Tianrui Ma,** Indiana University Bloomington *A Mix of
Voices: Exploring Life Writing and Poetry in Nizar Qabbani's
The Journal of an Indifferent Woman*
**Nefise Kahraman,** University of Toronto *Translatoρs
Notes as an Archival Medium: Preserving and Documenting
the Exilic Memory in Refik Halid Karay›s Gurbet Hikayeleri
(Stories of Exile)*
**Ömer F. Es,** McGill University *Listening to Qur'anic
Speech: The Musicality of Sound and Meaning in Sūrat al-
'Alaq*
**Connor Phoennik,** University of Texas at Austin *Laysa Ka-
mithlihi Shay›un: The Part-of-Speech Status of Ka- in the
Arabic Grammatical Tradition*

**IX-27: Feminist and Queer Literature**

Chair: *Volunteer needed*

**Nuha Askar,** Johann Wolfgang Goethe University *"Tell Me
a Story": Queer Narratives and Countercultural Memories
in Ahmad Danny Ramadan's The Clothesline Swing*
**Linda Istanbulli,** Pennsylvania State University *Between
Fiction, History, and Ethnography: Bedouin Women in
Sulṭānāt Al-Raml*
**Nusaiba Imady,** University of Minnesota, Twin Cities *I'm
Going Mad Again; Narratives of Female Suicide in Modern
Arabic Literature*
**Michael Ernst,** New York University *Bitter Weeping &
Dreaming: Salwa Bakr's "Thirty-One Beautiful Green Trees"
as an Allegory of Neoliberal Egypt*
**Douja Mamelouk,** Le Moyne College *Translation as
Resistance: Arwah Salih's The Stillborn (2017) and the
Memory of the Egyptian Left*

AAUP-01263

SESSION IX  3:00 - 5:00 PM          SATURDAY, NOVEMBER 4, 2023

### IX-28: TV, Film, and Theater

Chair: *Volunteer needed*

**Zeynep Sertbulut,** Haverford College *The Turkish Dizi Industry and Its Audience Imaginaries*
**Megan Ekstrom,** The University of Texas at Austin *Defending and Negotiating Modernity in Baghdad›s Cinema Spaces, 1950-1958*
**Sherena Razek,** Brown University *Unruly Atmospheres: Speculating Palestinian Filmic Interventions in the Air*
**Nina Youkhanna,** Georgetown University *Between Laughter and Tears: Political Performance in Syria*

AAUP-01264

SESSION X  5:30 - 7:30 PM          SATURDAY, NOVEMBER 4, 2023

**ROUNDTABLE**
**X-1: Middle East Migration Studies:**
**Roads Travelled and Future Paths**

Organized by **Andrew Arsan** and **Akram F. Khater**

Chair: **Andrew Arsan**

**Andrew Arsan,** University of Cambridge
**Akram F. Khater,** North Carolina State University
**Anna Reumert,** The New School
**Ghenwa Hayek,** University of Chicago

**ROUNDTABLE**
**X-2: Queering the Question: Rethinking Middle East**
**Studies through Queer Methodologies**

Organized by **Umayyah Cable**

Chair: **Umayyah Cable**

**Umayyah Cable,** University of Michigan, Ann Arbor
**Natalie Kouri-Towe,** Concordia University
**Tahereh Aghdasifar,** California State University,
Dominguez Hills
**Mejdulene Shomali,** University of Maryland, Baltimore
County
**Charlotte Karem Albrecht,** University of Michigan, Ann
Arbor

**ROUNDTABLE**
**X-3: MESA's BDS Vote and the Question of Palestine**

Organized by **Maya Wind**

Chair: **Noura Erakat,** Rutgers, State University of New
Jersey
Discussants: **Abdel Razzaq Takriti,** University of Houston
and **Samia Al-Botmeh,** Birzeit University

**Maya Wind,** University of British Columbia
**Nadia Abu El-Haj,** Columbia University
**Rafeef Ziadah,** King's College London

**ROUNDTABLE**
**X-4: It's Complicated: Cultural Memory and Hope in**
**Impermanent Landscapes**

Organized by **Gisele Chagas** and **Nefissa Naguib**

**Gisele Chagas,** Universidade Federal Fluminense
**Nefissa Naguib,** University of Oslo
**Karin Ahlberg,** Stockholm University
**Gustavo Barbosa,** Universidade Federal Fluminense
**Liza Dumovich,** KU Leuven

**ROUNDTABLE**
**X-5: Archiving Iran in/of the Diaspora**

Organized by **Leila Pourtavaf**

Chair: **Leila Pourtavaf,** York University

**Nazli Akhtari,** University of Waterloo
**Farzaneh Hemmasi,** University of Toronto
**Persis Karim,** San Francisco State University
**Amy Malek,** Oklahoma State University

**X-6: Ecocritical Perspectives in Arabic Literary Studies**

Organized by **Sarah R. Bin Tyeer**

Chair: **Sarah R. Bin Tyeer,** Columbia University

**Anna Ziajka Stanton,** Pennsylvania State University *The
Geophenomenology of Extinction in Nūrah al-Nūmān's
Ajwān*
**Boutheina Khaldi,** American University of Sharjah *An
Ecocentric Reading of 'Abd al-Raḥmān Shukrī's Poetry and
Criticism*
**Teresa Pepe,** University of Oslo *The Climate Crisis in
Contemporary Arabic Speculative Fiction*
**Levi Thompson,** University of Texas at Austin *Ecocriticism
Between Ruṣāfah and the Bridge*
**Dahlia E.M. Gubara,** Koc University *"We've Put These
Themes into the Mouths of Animals, to Make the Case
Clearer and More Compelling...": Ethical Ecologies in
Ikhwān al-Ṣafā"s Animal Fable*

**X-7: Vegetal Vectors: Plants and Plant-Knowledge**
**in Middle East History**

Organized by **Taylor M. Moore** and **Susanna Ferguson**

Chair: **Samuel Dolbee,** Vanderbilt University
Discussant: **Can Dalyan,** College of Charleston

**Susanna Ferguson,** Smith College *The Mystery of the
Travelling Plant: George Post's Herbarium and the Problem
of the "Native" Weed*

SESSION X  5:30 - 7:30 PM        SATURDAY, NOVEMBER 4, 2023

**Anny Gaul,** University of Maryland, College Park *Red Sauce, Green Sauce: Cooking Okra and Tomatoes in the Nile Valley*

**Taylor M. Moore,** University of California, Santa Barbara *In the Weeds: Studying Disruptive Plants in Twentieth-Century Egypt*

### X-8: Mobility and Agency in Contemporary Yemeni Diaspora

Organized by **Waleed Mahdi**

**Sponsored by
American Institute for Yemeni Studies (AIYS)**

Chair/Discussant: **Stacey Philbrick Yadav,** Hobart and William Smith Colleges

**Waleed Mahdi,** University of Oklahoma *Yemeni American Artivism between Urgency and Emergence*

**Bogumila Hall,** Polish Academy of Sciences *Recipes for Refuge: Food and the Yemeni Diaspora*

**Nathalie Peutz,** New York University Abu Dhabi *If Strife Increases, Go to Yemen: Yemeni Refugees and the Problem of Return*

**Gokh (Gukha) Amin Alshaif,** University of California, Santa Barbara *Songs of Yearning: Narrating Yemen's Global Histories through Rural Women's Songs*

**Sara Swetzoff,** Eastern Connecticut State University *Migrants, Refugees, Residents and Returnees: Ethio-Yemeni Community in Addis Ababa, Ethiopia*

### X-9: Educating an Empire: An Interdisciplinary Examination of Schooling in the Nineteenth Century

Organized by **Christin Zurbach**

**Sponsored by Ottoman and Turkish Studies Association (OTSA)**

Chair/Discussant: **Sotirios Dimitriadis,** Franklin & Marshall College

**Christin Zurbach,** University of California, Berkeley *Educate to Medicate: Digging at the Roots of the Imperial School of Medicine in Istanbul*

**Myrsini Manney-Kalogera,** University of Arizona *"Pouring Down Northern Wealth, Brings Holy Wisdom to the Homeland": Christian Merchants and Education in Ottoman Yanya, 1797-1830*

**Cagdas Acar,** University of Chicago *The Pilgrim's Progress in Armenian and Armeno-Turkish: Publishers, Translators, and Readership*

**Lydia Harrington,** Massachusetts Institute of Technology *Art? Craft? Industry? Education and Emerging Discourses of Creation in the Late Ottoman Empire*

**Betty Rosen,** University of California, Berkeley *Teaching al-Lugha from Valletta to Istanbul: Al-Shidyāq's Language Pedagogy, 1839-1872*

### X-10: Marginalized Spaces of Action: Leisure, Humor, and Deviance as Social Protest in the Ottoman World

Organized by **Sultan Toprak Oker** and **Zeynep Tezer**

Chair: **Melanie Tanielian,** University of Michigan, Ann Arbor

**Zeynep Tezer,** University of Chicago *May a Müftü be Funny? Humor's Social Function in 17th Century Ottoman Legal Practice*

**Sultan Toprak Oker,** University of Minnesota, Twin Cities *Muslim Drinkers: Actors of Social and Political Life in 17th Century Ottoman Istanbul*

**Tugce Kayaal,** Furman University *Sisterhood Trouble: Friendship, Intimacy, and Queering Wartime Solidarity*

**Naz Vardar,** Simon Fraser University *Carnival and National Identity Formation: Play and Disguise in Ottoman Macedonia at the Turn of 20th Century*

### X-11: New Perspectives on Violence and Resistance in Turkey

Organized by **Ayca Alemdaroglu**
on behalf of the
**Program on Turkey at Stanford University**

Chair: **Ayca Alemdaroglu,** Stanford University

**Nisa Goksel,** Arizona State University *Narratives of Exile and Migration: Kurdish Women's Political Struggles in Europe*

**Sefika Kumral,** University of North Carolina at Greensboro *Anti-Kurdish Communal Violence in the 21st Century: Origins, Patterns, Directions*

**Janet Klein,** University of Akron *Minoritizing and Securitizing Armenians and Kurds*

**Deniz Duruiz,** Concordia University *"I Would Have Recognized You from Your Smell": Racialization of Kurdish Migrant Farmworkers in Western Turkey*

SESSION X    ✦    5:30 - 7:30 PM              SATURDAY, NOVEMBER 4, 2023

**Baris Unlu,** University of Virginia *The Turkishness Contract and the Formation of Turkishness*

### X-12: On Madhhabs, Salafis, and Dalil: Rethinking Reform and Law in the Contemporary Islamic World

Organized by **Matthew Steele**

Discussant: **Leor Halevi,** Vanderbilt University

**Matthew Steele,** Harvard University *Ijtihad in the Service of Taqlid: Repurposing Critique in the Contemporary Maliki School*
**Aaron Rock-Singer,** University of Wisconsin-Madison *The Madhhab of the Quran and Sunna? Salafism, Textual Reasoning, and the Islamic Tradition*
**Etty Terem,** Rhodes College *Rational Religion for a Modern Age: Defining a Path to Social Progress in Interwar Morocco*
**Alexander Thurston,** University of Cincinnati *The Mālikī Madhhab, the Istidlāl Genre, and Contemporary Religious Authority: Tunisian and Libyan Examples*
**Nathan Spannaus,** University of California, Berkeley *New Teaching for a New Generation: Exploring the Link between Educational and Legal Reform in the 19th Century*

### X-13: Debating Public Knowledge in Modern Egypt

Organized by **Chloe Bordewich**

**Chloe Bordewich,** University of Toronto *Secrecy on Trial: The Case of the Leaked Telegram and the Egyptian Public's Right to Know*
**Andrew Simon,** Dartmouth College *Egypt as a Mixtape: Shaykh Imam, Official Stories, and Recomposing the Recent Past*
**Khaled Fahmy,** Tufts University *Egyptian Public Misinformation during the 5 June 1967 War*
**Farida Makar,** University of Oxford *Myths and Illusions about Free Public Education in Egypt*

### X-14: AATT Panel in Memory of Walter G. Andrews

Organized by **Didem Havlioglu**

### Sponsored by American Association of Teachers of Turkic Languages (AATT)

Chair: **Virginia Aksan,** McMaster University
Discussant: **Didem Havlioglu,** Duke University

**Oscar Aguirre Mandujano,** University of Pennsylvania *The Bazar of Separation: Culture, Emotions, and Philosophy in Ottoman Poetry and Lexicon*
**Sergen Avci,** University of Washington, Seattle *Womanhood in Kitāb-ı Ḥikāyāt*
**Efe Balikcioglu,** Wellesley College *Referencing Scholarship: Philosophical Reflections in 15th Century Ottoman Poetry*
**Hacı Gündüz,** Harvard University *Macaronic (Mulamma') Poetry in Ottoman Damascus*

### X-15: Jews at Sea

Organized by **Annie Greene**

Chair/Discussant: **Alma Heckman,** University of California, Santa Cruz

**Annie Greene,** University of Chicago *By the Rivers of Babylon: Imagined Riparian Geographies of Baghdadi Jews*
**Menashe Anzi,** Ben-Gurion University of the Negev *The Return of the Indian "Martin Guerre": Movement and Impersonation in the Indian Ocean*
**Nancy Berg,** Washington University in St. Louis *Israeli Jewish Writers Confronting the Sea*
**Mark Wagner,** Louisiana State University *Shaping Bourgeois Jewish Habitus in the Suez Canal Zone: The Menachem Messa Company of Aden and Its Long Shadow*

### X-16: Byzantine Legacies of the Ottoman Long Nineteenth Century

Organized by **Ceren Abi** and **Artemis Papatheodorou**

**Ceren Abi,** Kadir Has University *Byzantine Studies in the Aftermath of the First World War*
**Firuzan Melike Sumertas,** University of California, Berkeley *From Antiquarianism to (Urban) Archaeology: Byzantine Heritage of Istanbul in the Nineteenth Century*
**Artemis Papatheodorou,** Harvard University *Late Ottoman Muslim Intellectuals and the Byzantine Heritage of Istanbul - Mehmet Ziya and His Treatise on the Chora Monastery ("Ka'riye Cami-i Şerifi")*
**Konstantinos Paschalidis,** National Archaeological Museum *Archaeology and Nationalism: The Greek Archaeological Service in the Smyrna Zone (1919-1922) and Its Special Interest in the Byzantine Heritage*

**SESSION X**    5:30 - 7:30 PM      SATURDAY, NOVEMBER 4, 2023

### X-17: Between Democratization and Authoritarian Resurgence: The Future of Political Islam in the Maghreb

Organized by **Julius Dihstelhoff** and **Guy Eyre**
on behalf of the
**Merian Centre for Advanced Studies
in the Maghreb (MECAM)**

Chair/Discussant: **Francesco Cavatorta,** Universite Laval

**Julius Dihstelhoff,** Merian Centre for Advanced Studies in the Maghreb *What Future for Ennahda? Political Islam in Tunisia under Kais Saied›s State of Emergency Policy*
**Guy Eyre,** University of Edinburgh *Standing and Yielding (Un)Common Grounds: Anti-Politics, Purity, and Cross-Ideological Islamist, Salafi, and Leftist Solidarity in Morocco*
**Vish Sakthivel,** College of Charleston *The Algerian Muslim Scouts: From "Soldiers of the Future" to Islamist Youth*
**Clara-Auguste Süß,** Peace Research Institute Frankfurt *Competing Offers for Religion and Politics? Islamist and Salafist Communication in Post-Revolutionary Tunisia*

### X-18: Spotlights on Shīʿī Esotericism from Umayyad Iraq to Fatimid Cairo

Organized by **James Weaver**

Chair: **Najam Haider,** Barnad College

**James Weaver,** University of Zurich *Where Does Our Information on the Early Ghulāt Come From? Historians, Heresiographers, and Biographers*
**Pamela Klasova,** Macalester College *Beliefs in the Greatest Name of God in Early Islamic and Late Antique Iraq: The Ghulat, al-Hajjaj b. Yusuf, and Others*
**Dariouche Kechavarzi,** Ecole Pratique des Hautes Etudes *The Formation of Islamic Polemics: The Khawārij, the Shīʿa, and the Accusation of "Exaggeration" ("Ghuluww")*
**Mushegh Asatryan,** University of Calgary *The Nusayris at the Turn of the 11th Century: A Spotlight*

### X-19: The Dynamics and Consequences of Power-Sharing in the Middle East

Organized by **Christiana Parreira**
and **Melani C. Cammett**

Chair/Discussant: **David Siddhartha Patel,** Harvard Kennedy School

**Christiana Parreira,** Graduate Institute, Geneva *Varieties of Power-Sharing and the Quality of Public Goods Provision*
**Aytuğ Şaşmaz,** Bryn Mawr College and **Melani C. Cammett,** Harvard University *Microfoundations of Support for Power-Sharing: Who Supports and Protests the Sectarian Power-Sharing Regime in Lebanon?*
**Bassel Salloukh,** Doha Institute for Graduate Studies *Does Power Sharing Promote the Rule of Law? Granular Evidence from Lebanon*
**John Nagle,** Queens University, Belfast *Protesting Power-Sharing: Citizenship Acts and Eventful Protest in 'Divided Societies'*
**Tamirace Fakhoury,** Aalborg University *The Nexus between Power-Sharing and Time: Politics and Timekeeping in Lebanon*
**Toby Dodge,** London School of Economics and Political Science *Examining the Longevity of Informal Consociationalism in Iraq*

### X-20: Palestine and Constellations of Indigeneity

Organized by **Omar Alsayyed**

**Omar Alsayyed,** New York University *Anti/Coloniality and the Metaphors of Capital*
**Tamar Ghabin,** New York University *Crises and Counterinsurgency: How the U.S. and Israel Reconstructed the Category of the Terrorist*
**Wael Omar,** SOAS, University of London *Beyond the "Tragedy": Exploring the Politics of Transnational Recognition*
**Ruba Akkad,** Texas Christian University *From Homeplace to Community: Reconfiguring Sumud through Residential Graffiti in Palestine*

### X-21: In/Visible Accumulations: Spatial Production and the Erosion of National(ist) Mythologies

Organized by **Aida Bardissi** and **Tess Waggoner**

Chair/Discussant: **Maysam Taher,** New York University

**Tess Waggoner,** New York University *Renovated Façades: Layers of Production, Effacement and Branding*
**Lidia Helou,** New York University *Transient States: A Sensorial Study of State Failure in Beirut's Karantina*
**Brian Plungis,** New York University *Petro-Museumization: Industrial Heritage and National Memory of the Iranian Oil Industry*
**Aida Bardissi,** New York University *Embodying Antiquity: Unearthing the Politics of Re-enactment at the Pharaonic Village*

AAUP-01268

SESSION X　　　5:30 - 7:30 PM　　　SATURDAY, NOVEMBER 4, 2023

### X-22: From Empire to Republic: Open Wounds, Survival, and Revolt

Chair: *Volunteer needed*

**Kent F. Schull,** Binghamton University, SUNY *Providing for the Saints: Mormon Missionary Efforts to Provide for Their Armenian Converts in the Late Ottoman Empire (1898-1928)*
**Oya Aktas,** University of Washington, Seattle *Liberal Ottoman Citizenship: Brotherhood, Suffering, and the 1915 Genocide*
**Ahmet Serdar Akturk,** Georgia Southern University *Historiographical Encounters: Kurdish and Kemalist Turkish Nationalists Rethink the Past in the Post-Ottoman Era*
**Evren Altinkas,** University of Guelph *From Special Organization (Teşkilat-ı Mahsusa) to Karakol: Activities of the Committee of Union and Progress after the Mudros Armistice*

### X-23: Cold War Legacies in the Middle East

Chair: *Volunteer needed*

**Joseph Yackley,** United States Department of State *Condemned to Repeat the Past?: Applied History and America›s Future in the Middle East*
**Kyle Evered,** Michigan State University *Narrating the Nation, Panel-by-Panel: A Popular Geopolitics of Identity Construction in Turkey's Cold War Comic Books*
**Sami Risk,** University of St. Andrews *From Corporate Feud to Global Conflict: How an Anglo-American Oil Rivalry Became the Pivot of History in the First Half of the 20th Century*
**Bilal Kotil,** Marmara University *"Aided Self-Help": Administrating Economies and Caring for Populations in Cold War Turkey*
**Guldeniz Kibris Atabay,** Leiden University *The Representations of Turkish National Space*

### X-24: Islamic Sciences, Medicine, and Health

Chair: **Saleem Abu Jaber,** Achva Academic College

**Ebru Erginbas,** Brown University *In between the Old and the New: The Birth of the First Maternity Hospital in the Ottoman Empire*
**Soraya Saffari,** Tehran Art University *The Positionality of the Five Traditional Senses in Avicenna's Book: The Canon of Medicine*

**Shaikhah Ali Alsahli,** University of Pennsylvania *Westernization = Modernization? Another Perspective on the Relationship between Architecture and Mathematics in the Arabic Context*

### X-25: MENA in the New International Order: The Politics of Interests, Norms, and Shifting Alliances

Chair: *Volunteer needed*

**Tyler Parker,** University of Idaho *Securing Status: Why Qatar and the UAE Support U.S. Policies in the Middle East*
**Pietro Marzo,** Teluq University *The Impact of Qatar-United Arab Emirates Rivalry on Libyan and Tunisian Politics Since 2011*
**Yacouba Gnegne,** National Defense College of the United Arab Emirates *The United Arab Emirates and the Security Crisis in the Sahel*
**Esra Dilek,** Sabanci University *Liberal Norm Contestation in the Periphery: Assessing Turkey's Peacemaking Discourse in the Mediterranean*

### X-26: Palestine and Literature

Chair: *Volunteer needed*

**Alexei Perry Cox,** Concordia University *Solidarity Poetics: "Why This Impulse" to "Familiar the Wind": Poetry as a Production of Dynamical Attunement in George Abraham's "Apology|Ploy" and Layli Long Soldier's "Whereas Statements"*
**Terri Ginsberg,** City University of New York *How "Palestinian" Is It?: The Precession of Hasbara*
**Loaay Wattad,** Tel Aviv University *Colonial Subversive Mimicry: Translating Zionist Children's Literature into Arabic*
**Aya Labanieh,** Columbia University *Treachery and Translation: The Allegiances of Hebrew in Emile Habibi's Palestine and al-Tahir Wattar's Algeria*
**Rania Said,** University of Massachusetts Boston *Solidarity with Palestine in Post-Revolution Tunisian Literature*
**Laila Riazi,** University of California, Berkeley *The Night of the Non-Event: Apocalyptic Visions, Speculative Poetics, Irrecoverable Histories*

SESSION X  5:30 - 7:30 PM                    SATURDAY, NOVEMBER 4, 2023

### X-27: Best Practices in Pedagogy

Chair: *Volunteer needed*

**Dalal Aboel Seoud,** American University in Cairo
*Enriching Intercultural Communicative Competence
through Alternative Assessment Methods*
**Fatemeh Mirsharifi,** University of Wisconsin-Madison
*Learning a Foreign Language as "Strategy": Learners'
Motivation and Attitudes toward the "Strategic" Language
Persian/Farsi*
**Azza Hassanien,** American University in Cairo *How
to Conduct a Productive Debate for Teaching Heritage
Learners in the Foreign Language Classroom?*
**Madhusudana Rao,** Bridgewater State University
*Perspectives and Strategies of the Middle East and North
Africa Studies Program at Bridgewater State University,
MA, USA: A Case Study*

### X-28: Drama and Story

Chair: *Volunteer needed*

**Marwan M. Kraidy,** Northwestern University in Qatar
*Turkish Drama in Latin America: Insights from Fieldwork in
Argentina and Mexico*
**Marie Huber,** Stanford University *Haunted Cinema:
History, Modernity, and the Internal Other in Pre-
revolutionary Iran*
**Maysan Haydar,** American Academy of Arts & Sciences *In
Words and Deeds: Agatha Christie, Artifacts, and the 20th
Century Middle East*
**Egor Korneev,** University of Michigan, Ann Arbor
*Egyptian Religious TV Series: The Historicized Space and
Nostalgia*
**Lubna Safi,** University of California, Berkeley *What
the Poem Knows: Poetic Knowledge in the Works of
Muḥammad Bennīs, Abdelkabīr Khaṭibī, and Aimé Césaire*
**Natalie Khazaal,** Georgia Institute of Technology
*Diversity and Conflict in the Arab Public Sphere: The Case
of Atheist Writer Mohamed Choukri*

### X-29: Logic and Literature in Early Times

Chair: **Jens Schmitt,** Ludwig Maximilian University of
Munich

**John Walbridge,** Indiana University Bloomington *Ibn
Kammuna on Suhrawardi's Logic*
**Pei-Chen Tsung,** National Chengchi University
*Eloquence, Witticisms, and Sexuality in the Ijāzah Poetry
between 'Inān and Abū Nuwās*
**Roxanne D. Marcotte,** University of Quebec at Montreal
*Suhrawardi's Ishraqi Philosophy: What Happened to
Noetics?*
**Cory Jorgensen,** George Washington University *Akhbar
Writings: Performance? Reperformance?*
**Hasan Alsulami,** Umm al-Qura University *Mashriqi and
Maghrebi Poetics in Pre-Modern Biographical Anthologies*

SESSION XI  8:30 – 10:30 AM                SUNDAY, NOVEMBER 5, 2023

**ROUNDTABLE**
**XI-1: The Armenian Diaspora and Stateless Power:**
**Collective Identity in the Transnational 20th Century**

Organized by **Tsolin Nalbantian**

Chair: **Tsolin Nalbantian,** Leiden University

**Talar Chahinian,** University of California, Irvine
**Hrag Papazian,** American University of Armenia
**Sossie Kasbarian,** University of Stirling
**Sylvia Alajaji,** Franklin & Marshall College
**Khachig Tololyan Tololyan,** Wesleyan University
**Lilit Keshishyan,** University of Southern California

**ROUNDTABLE**
**XI-2: Reorienting the Middle East: The Gulf as Method**
**between Area and Film/Media Studies**

Organized by **Dale Hudson**

Chair: **Dale Hudson,** New York University Abu Dhabi

**Elizabeth Derderian,** College of Wooster
**Sean Foley,** Middle Tennessee State University
**Parisa Vaziri,** Cornell University
**Bindu Menon,** Azim Premji University

**ROUNDTABLE**
**XI-3: Memory Studies Beyond Nationalism**
**in the Arab World(s)**

Organized by **Layla Zbinden**

Chair: **Sarah Gualtieri,** University of Southern California

**Layla Zbinden,** University of Southern California
**Sarah Dweik,** Pennsylvania State University
**Laura Albast,** Institute for Palestine Studies

**ROUNDTABLE**
**XI-4: Indigenous Theories and**
**Contemporary SWANA Studies**

Organized by **Mark LeVine** and **Lucia Sorbera**

Chair: **Setrag Manoukian,** McGill University

**Lucia Sorbera,** University of Sydney
**Mark LeVine,** University of California, Irvine

**Sarah Eltantawi,** Fordham University
**Eray Çaylı,** University of Hamburg
**Matthieu Rey,** French National Center for Scientific Research
**Megan Awwad,** University of Southern California
**Hany Rashwan,** United Arab Emirates University
**Khaoula Bengezi,** York University
**Laila Mourad,** York University

**ROUNDTABLE**
**XI-5: Alt-Ac and Graduate School:**
**A Conversation about Bringing Alt-Ac into**
**the Graduate School Experience**

Organized by **Janina Santer** and **Kylie Broderick**

**Mekarem Eljamal,** Columbia University
**Kylie Broderick,** University of North Carolina at Chapel Hill
**Janina Santer,** Columbia University
**John Kallas,** New York University

**XI-6: Mediated Revolutions: Gender and Protest**
**in Afghanistan, Iran, and Iraq**

Organized by **Sima Shakhsari**

Chair: **Minoo Moallem**

**Sima Shakhsari,** University of Minnesota, Twin Cities
*Normalizing Homophobic and Sexist Violence in Jina's Uprising*
**Ruba Ali Al-Hassani,** Lancaster University *Of Tishreen and Its Symbols: Women in Protest*
**Tahmina Sobat,** University of Minnesota, Twin Cities *Transnational Feminist Networks in Demilitarization and Peace-Building in Afghanistan*
**Minoo Moallem,** University of California, Berkeley *The Revolution is Televised*

**XI-7: Power, Place, and Space: Ethnographies**
**in and of Jordan**

Organized by **Kyle Craig** and **Timothy Y. Loh**

**Kyle Craig,** Northwestern University *Ajānib (Foreigner) Fatigue in Amman's Institutionalized Graffiti/Street Art Scene*
**Allison Mickel,** Lehigh University *We are the World Heritage: Labor Organization in Jordanian Archaeology and Cultural Heritage*

SESSION XI  8:30 - 10:30 AM          SUNDAY, NOVEMBER 5, 2023

**Timothy Y. Loh,** Massachusetts Institute of Technology *An Expanded Istifada: Cochlear Implants and the Regulation of Communication for Deaf Jordanians*
**Kendra Kintzi,** Cornell University *Unruly Rooftops: The Urban Political Ecology of Solar Thermal Energy Production in Jordan*
**Matthew DeMaio,** George Washington University *Accumulating Amman: Belongings and Attachments over Iterations of Palestinian Displacement*

### XI-8: How Poetry Revolts: Islamicate Traditions of Poetic Revolution

Organized by **Rawad Wehbe**

Chair/Discussant: **Suzanne Stetkevych,** Georgetown University

**Rawad Wehbe,** University of Pennsylvania *Little Revolutions: Formal Innovation and Anxiety in the Mukhaḍram Poetry of Ibn Muqbil*
**Fatemeh Shams,** University of Pennsylvania *The Silent Revolution of Capacious Poetic Form: Yahdollah Royai and his Espacementalist Poetry (She'r-e Hajmgerā)*
**Huda J. Fakhreddine,** University of Pennsylvania *Revolutionizing the Tradition: Umm Kulthūm curates and performs the Arabic Qaṣīdah*
**Abdul Manan Bhat,** University of Pennsylvania *The Restless Heart: Faiz Ahmed Faiz, Khalilullah Khalili, and Heartistic Revolution*

### XI-9: Past and Present Leaderships in the Arabian Peninsula: Historical and Conceptual Approaches

Organized by **Javier Guirado**

Chair: **Javier Guirado**
Discussant: **Michael Herb,** Georgia State University

**Luciano Zaccara,** Qatar University *Qatar›s 2021 Shura Council Elections: Implications for Citizen Inclusion and the New Leadership›s Political Agenda*
**Javier Guirado,** Georgia State University *Rulers and Ruled in Qatar. The Role of Society in the 1950s*
**Leticia Rodriguez,** University of Granada *The Power Resources of the Qatari Elite: Leadership and Foreign Policy in the Past Two Decades*
**Courtney Freer,** Emory University *Examining the Mobilizational Capacity of Tribes in Kuwait*

### XI-10: The "Crisis of Man" in Modern Arabic Thought

Organized by **Simon Conrad**

Chair: **Olga Verlato,** New York University
Discussant: **Max Weiss,** Princeton University

**Simon Conrad,** Princeton University *"The Total Man" (al-Insan al-Kamil) in Mid-Century Egyptian Thought*
**Murad Idris,** University of Michigan *Sayyid Qutb, al-Da'wa, and the Crisis of Humanity*
**Spenser Rapone,** University of Texas at Austin *On the New and the Eternal in the Intellectual Tapestry of Michel 'Aflaq: Religion, the Sacred, and the Secular*
**Angela Giordani,** Smith College *The Postwar Avicenna: Islamic Philosophy Answers the Crisis of Humanism*

### XI-11: Palestinian Revolutionary Becoming: Building Movement, Relations, and Praxis

Organized by **Mjriam Abu Samra** and **Jennifer Mogannam**

Chair/Discussant: **Jennifer Mogannam,** University of California, Santa Cruz

**Mjriam Abu Samra,** University of California, Davis *Crossing the Bank: How Palestinian and Jordanian Students Waded Together in Times of Political Turmoil*
**Basem Kharma,** University of Milan *Palestinian Action in Italy through the 1970s: Adapting the Palestinian Cause to the Local Political Tradition*
**Samar Saeed,** Georgetown University *From Amman to Washington D.C.: How the Palestinian Revolution Mobilized University Campuses*
**Abdalla Bayyari,** Khaled Shoman Foundation Darat Al Funun *Necro - Sovereignty Politics in Palestinian Archives: A Decolonial Approach*

### XI-12: Memories and Archives of Revolution: Kurdistan and Palestine

Organized by **Chandni Desai**

**Chandni Desai,** University of Toronto *Fugitive Liberation Archives: From Tunis to Gaza, tracing the moves of the PLOs visual archive*
**Chowra Makaremi,** French National Center for Scientific Research *"Kak Satar": a militant visual archive of Kurdish resistance*

SESSION XI  8:30 - 10:30 AM                    SUNDAY, NOVEMBER 5, 2023

**Shahrzad Mojab,** University of Toronto *The past and the absences are present in Kurdish women's memoirs*

### XI-13: Citizenship and Denizenship in Monarchies and Republics in MENA 2000-2020

Organized by **Rania Maktabi**

Chair: **Monique C. Cardinal,** Laval University

**Rania Maktabi,** Østfold University College Norway *State Formation, Female Citizenship, and the Demos in Morocco and Kuwait 1995 - 2020*
**Susanne Dahlgren,** Finnish Institute in the Middle East *State and Citizenship in Yemen: New Perspectives*
**Monika Lindbekk,** University of Southern Denmark *100 Years of Contestation: Continuity and Change in Egyptian Personal Status Reform*

### XI-14: Carceral Geographies and Histories: Detention, Displacement, Deportation

Organized by **Amy Kallander**

Chair: **Elif Sari**
Discussant: **Nasser Abourahme,** Bowdoin College

**Amy Kallander,** Syracuse University *Race, Empire, and French Carceral Practices in Tunisia*
**Sarah Ghabrial,** Concordia University *Border Criminality in Algeria since 1848*
**Helena Zeweri,** University of British Columbia *The Political Afterlife of Offshore Detention in the Afghan Diaspora in Australia*
**Douaa Sheet,** American University *Carceral Temporalities: "Administrative Control" and the Afterlives of Former Tunisian Political Prisoners*
**Elif Sari,** University of British Columbia *Carceral Politics of LGBTQ Asylum*

### XI-15: The Arab World on Display: The 1930s Arab Exhibitions in Jerusalem and Beyond

Organized by **Nadi Abusaada**

Chair: **Nadi Abusaada**

**Nadi Abusaada,** Swiss Federal Institute of Technology in Zurich *Self-Portrait of a Nation: The Arab Exhibitions in 1930s Jerusalem*

**Kirsten Scheid,** American University of Beirut *From The Arab Exhibition to National Art Exhibitions*
**Sary Zananiri,** Australian Archaeological Institute at Athens *Exporting the «Holy Land» as Nationalist Legitimation? Yousef Zoughbi and His Diplomatic Commissions*
**Nisa Ari,** Montserrat College of Art *Patron Saints of Palestinian Art: Zulfa al-Saʿdī's Pan-Arab Portraits and the Value of Decommodification*
**Nadine Nour El Din,** Courtauld Institute of Art, University of London *Egypt in Palestine: National Participation at the 1933-34 Arab Exhibitions in Jerusalem*

### XI-16: Entangled Histories of Family in the Late Ottoman Empire

Organized by **Kate Dannies** and Umit Kurt

**Umit Kurt,** University of Newcastle *Fate of Armenian Family Wealth: Confiscation of Property in Ottoman Aintab during the First World War*
**Mostafa Minawi,** Cornell University *Shifting Grounds: Identitarian Categories and the Experience of Loss in the Imperial Center*
**Kate Dannies,** Miami University *The History of the Orga Family and Women's Survival Strategies in World War I*
**Kristen Alff,** North Carolina State University *Global Futures: The Political Economy of Greek Orthodox Business Families*

### XI-17: In the Name of God: Debating Divine Attributes in the Post-Classical Islamic East

Organized by **Zain Alattar**

Chair: **Zain Alattar,** University of California, Berkeley

**Evan Grennon,** University of California, Berkeley *God as Existence: Jalāl ad-Dīn Dawānī's (d. 1501/2) Argument for a New Conception of God*
**Madeline Wyse,** University of California, Berkeley *A Causality Crisis at the Boundary of the Eternal and Temporal: An Unsuccessful Solution in the Works of al-Abharī and Ibn Kammūna*
**S. Shiraz Ali,** University of California, Berkeley *God's Knowledge of Particulars: From Taḥtānī (d. 1365) to Siyālkōtī (d.1650)*
**Daniyal Channa,** University of California, Berkeley *Divine Predilection: Mapping God's Intention in the Early-Postclassical Muslim Thought*

SESSION XI  8:30 - 10:30 AM                    SUNDAY, NOVEMBER 5, 2023

**XI-18: Time Frames: Art as an Embodied Practice of Time from an Anthropological Perspective**

Organized by **Ophélie Mercier** and **Aymon Kreil**

**Ophélie Mercier,** Ghent University *"Behind Your Eyeballs" - The Body - An Artistic Tool to Process Experiences of Time*
**Aymon Kreil,** Ghent University *The Tongue of the Hand: Aesthetics, Embodied Practices and Transmission Among Egyptian Calligraphers*
**Farouk El Maarouf,** Justus Liebig University Giessen *Al-'Atara as a Marginal Community: Negotiating Art and Its Practices from Below*
**Andrew Gayed,** Ontario College of Art and Design University *Queer Gestures in Arab Visual Art*
**Victoire Jaquet,** Université Paris Nanterre *The Passing of a Dance - Between Transnational Genealogy and Local References, The Values of a Dance Practice in Marrakech*

**XI-19: Writing the Self: Biography, Autobiography, and the Work of Fiction**

Organized by **Tarek El-Ariss**

Chair: **Tarek El-Ariss**

**Tarek El-Ariss,** Dartmouth College *Writing War*
**Ahmed Naji,** Independent Scholar *Rotten Evidence: On Writing a Prison Memoir*
**Iman Mersal,** University of Alberta *Traces of Enayat*

**XI-20: Pathways toward Increased Sociolinguistic Competence in Arabic**

Organized by **Katrien Vanpee**

**Katrien Vanpee,** University of Minnesota, Twin Cities *How Do Multidialectal Approaches Contribute to Curricular Diversification? Two Project-Based Examples*
**Nesrine Basheer,** University of British Columbia *Multidialectal Use of L2 Arabic: A Study of Advanced Learners' Profiles*
**Elizabeth Huntley,** Michigan State University *Do Learners Really Get "Confused"? An Empirical Assessment of Mono- and Multi-diglossic Arabic Instruction*

**XI-21: Egypt at Turn of the 20th Century: Community and Identity, Subject Formation**

Chair: **Alexandra Schultz,** New York University Abu Dhabi

**Sam Pulliam,** George Washington University *Suppressing Imperial Madness in Colonial Egypt, 1900-1936*
**Erin Kelleher,** University of Texas at Austin *Imaginaries of Eastern Civilization: The Boxer Rebellion in the Egyptian Periodical Press*
**Rana Baker,** King's College *Toward an Agrarian Theory of Money: Rethinking Money, Markets and Commodities in Egypt*
**Johannes Makar,** Harvard University *History as a Preface: Coptic Reformers and the Quest for Nationhood in late Ottoman Egypt (1856-1910)*
**Mourad Takawi,** University of the Incarnate Word *"The Mother of All Communal Issues": Overseeing the Coptic Waqfs and the Laity-Clergy Standoff at the Turn of the Twentieth Century*
**Salma Shash,** University of California, Santa Barbara *‹Umdas, Villagers, and Criminals: Law and Justice in Rural Egypt*

**XI-22: Racial Exclusion and Assimilation Across Boundaries**

Chair: *Volunteer needed*

**Shyla Gonzalez-Dogan,** Arizona State University *When Nowhere Is Safe: Experiences of Anti-blackness in Islamic Institutions*
**Yiorgo Topalidis,** University of Florida *A Different Kind of Whiteness: Lessons Learned from the Whitening Process of Ottoman Greek Immigrants*
**Oula Hajjar,** McGill University *Exploring the Pre-migratory Socio-economic Determinants of the Integration of Syrian Refugees in Canada in the Labor Market*
**Mojtaba Ebrahimian,** Harvard University *Progress as a Historical Phenomenon: What Has Happened in Europe over the Last Centuries according to the Early 19th Century Iranian Travelers to Europe*
**Gregory Aftandilian,** American University *Recreating Kharpert in Massachusetts*

SESSION XI ❧ 8:30 - 10:30 AM                    SUNDAY, NOVEMBER 5, 2023

### XI-23: Spatiality and Urban Development

Chair: *Volunteer needed*

**Reza Asadian,** Keio University *Iranian Nationalism and Invented Traditions: A Comparative Study of Pahlavi's Shiraz and Islamic Republic's Karbala*
**Tina Guirguis,** University of California, Santa Barbara *Potty Politics: Toilets for the People?*
**Chantal El Hayek,** Massachusetts Institute of Technology *French Colonial Planning and the Ville Nouvelle*
**Faiq Mari,** Swiss Federal Institute of Technology in Zurich *Alternative Spaces of Revolt: The Commons of Palestinian Liberation Struggle*

### XI-24: Specters of Economic Growth: Trade, Banking, and National Development

Chair: **Bashar Malkawi**

**Bashar Malkawi,** University of Arizona *The Evolution of Free Trade in the Ottoman Empire and Egypt*
**Dimitrios Stergiopoulos,** University of California, San Diego *Moneylending and Banking between Athens and Istanbul; The Cases of Konstantinos Vouros and Andreas Syngros*
**Sertac Sen,** Brown University *Marshaling Development: Turkish Thrace in the Interwar Years*
**Cihan Tekay Liu,** The Graduate Center, CUNY *The Nationality of the Company: Sequestration and Economic Nationalism between Europe and the Ottoman Empire Post-World War I*

### XI-25: Authoritarianization and Responses in Turkey

Chair: *Volunteer needed*

**Asli Peker Dogra,** New York University *State at the Epicenter: A Comparative Analysis of 1999 and 2023 Earthquakes in Turkey*
**Gizem Zencirci,** Providence College *The Muslim Social: Islamic Neoliberalism and Governing Poverty in Turkey*
**Sevgi Adak,** Aga Khan University *NGO Mobilization, Familialist Networks and Neoconservatism in Contemporary Turkey*
**Selin Gumrukcu,** Rutgers University *Political Parties Abroad: Parties from Turkey in the U.S.*
**Burge Abiral,** Johns Hopkins University *The Subjunctive as Possibility: Dealing with Failure in Agroecological Organizing in Turkey*

**Esra Kazanbas,** University of Toronto *A Global Epidemic: Anti-Gender Countermovements in the Wake of Supranational Right Wing Populism*

### XI-26: Neoliberalism and the Dynamics of Resistance in Post-Welfare Autocracies

Chair: *Volunteer needed*

**Line Khatib,** American University of Sharjah *Liberal Democratic Culture and Activism in the Modern Arab World*
**Golrokh Niazi,** Independent Scholar *Steering a "Leaderless" Uprising: Reflection on the 2010-11 Tunisian and Egyptian Revolutions, and the 2022-23 Iranian Protests*
**Matthew Lacouture,** University of Massachusetts Boston *From Hegemony to Mobilization in Jordan*
**Adam Almqvist,** University of Chicago *"The Government Cannot Be Solved, We're Improving the Country in Other Ways": The Moral Economy of Self-Reliance and Ambivalent Attachments in Jordan's Youthscape*
**Keenan Wilder,** Brown University *Labor Autonomy and Resilience in Bahrain*
**Sabina Henneberg,** The Washington Institute for Near East Policy *The Pitfalls of International Assistance to Civil Society Development in Tunisia*

### XI-27: Precarity and Mutual Aid in Lebanon and Iraq

Chair: *Volunteer needed*

**Lara Khattab,** Mount Allison University *Reflections on "Precarity" and "Precarious Work:" Theoretical and Empirical Insights from Lebanon*
**Sima Ghaddar,** University of California, Los Angeles *Shifting Landscapes of Service and Welfare Provision in Northern Lebanon: The Politics of Survival in Times of Crisis*
**Peter Habib,** Emory University *Stagnant Waters: Humanitarianism and Water Provision in Lebanon's Bekaa Valley*
**Diana El Richani,** University of Toronto *'I Am the Wheat': Theorizing Hope and Future through Land in Lebanon*
**Arran Walshe,** New York University *The Politics of Generosity: Karam, Gheira, and Everyday Giving in Iraq*

### XI-28: Disappearances and Visual Politics

Chair: *Volunteer needed*

**Lara Balaa,** Rutgers, State University of New Jersey *The Visual Representation of the Disappeared in Post-War Lebanon: Between Transitional Justice and Historicity*



SUNDAY, NOVEMBER 5, 2023

**Hasan Kujjah,** Independent Scholar *Lamenting an Arab City in Contemporary Elegiac Poetry: The City of Aleppo '2011-2020' as an Example*
**Lila Sharif,** Arizona State University and **Nova Robinson,** Seattle University *How We Talk about Absences: Reflections on Feminist Writing for Palestine*
**Farah Atoui,** Concordia University *"Chaos": Making Visible Syrian Women's Experiences of War*
**Amir Moosavi,** Rutgers University-Newark *Mourning in the Marshes: Humans, Animals, and Environment in Contemporary Arabic and Persian War Fiction*

### XI-29: Visions from Archaeology and Antiquity

Chair: **Artemis Papatheodorou,** Harvard University

**Sean Silvia,** Princeton University *Excavating the Excavation Reports from Halicarnassus: The Dislocation, Rupture and Resistance Against Artifact Extraction of the Ottoman Community in Bodrum*
**Clarissa C. Burt,** United States Naval Academy *The Transformation of Zarqā' al-Yamāmah in the Poetry of Muḥammad 'Abd al-Bārī*
**Lara Fresko Madra,** Center for Curatorial Studies, Bard College *Confluence of Levantine Antiquity, Modernity, and Contemporary West Asia in the Metropolitan Museum*
**Shiro Burnette,** New York University *Divine Containers: Reorienting Discussion of an 8th c. CE Inlaid Panel*
**Pansee Abou ElAtta,** Carleton University *The Role of Anti-imperial Organizing in Popular Conceptualizations of Tutankhamun's Tomb*
**Lyla Halsted,** Davidson College *Li'l-'Ayn wa-l-Naẓar: Diagnosis and Treatment of the Evil Eye in Medieval Islamic Material Culture*

### XI-30: Faith and Fine Art in Early Periods

Chair: *Volunteer needed*

**Ali Rida Rizek,** University of Göttingen *Dialogues of the Hereafter in the Quran: Insights on the Social Dynamics of a Meccan Discourse*
**Irene Kirchner,** Georgetown University *What is a Forgery? Ibn al-Jawzī's Kitab al-Mawḍū'āt and the Evolution of a Genre*

**Syeda Beena Butool,** Florida State University *Transmitters as Storytellers: Authorship in an Eighth Century Hadīth Collection*
**Aysenur Cam,** Princeton University *The Concept of "Israf" in the Qur'an as Epistemic Waste*
**Doha Tazi Hemida,** Columbia University *An Ash'arī Theology of Property*
**Murtaza Shakir,** Aljamea-tus-Saifiyah, Mumbai *Conversing with the Inverse: Contextualizing the Inverse Calligraphy on the Ṭirāz of the Fatimid Era*

### MESA GLOBAL ACADEMY WORKSHOP
### XI-31: Human Rights, Gender, & Citizenship in the Middle East

Organized by **Mimi Kirk,** MESA Global Academy

Discussant: **Laurie Brand,** University of Southern California

**Mohammed Almahfali,** Malmo University *The Map of Arabic Human Rights Discourse*
**Mansour Almaswari,** Columbia Global Centers, Amman *Beyond the Margins: Rethinking the Temporality of Kuwait's Stateless Bedoon Community*
**Naima Mohammadi,** University of Pittsburgh *The Iranian Female Student Diaspora in European Academia*
**Semiha Topal,** John Carroll University *You Will Not Walk Alone: The AKP Generation's Breaking Away from (Conservative) Islam*

AAUP-01276

SESSION XII ✤ 11:00 AM -1:00 PM                SUNDAY, NOVEMBER 5, 2023

**ROUNDTABLE**
**XII-1: Recovering the Politics of Kuwait: From Regional Margins to the Theoretical Mainstream**

Organized by **Sean Yom**

Chair: **Sean Yom**

**Sean Yom,** Temple University
**Yuree Noh,** Rhode Island College
**Michael Herb,** Georgia State University
**Farah Al-Nakib,** California Polytechnic State University, San Luis Obispo

**ROUNDTABLE**
**XII-2: Russian-Arab Worlds: New Sources and Angles**

Organized by **Margaret Litvin**

**Margaret Litvin,** Boston University
**Masha Kirasirova,** New York University Abu Dhabi
**Eileen Kane,** Connecticut College

**ROUNDTABLE**
**XII-3: New Approaches to the Political Economy and Environmental History of Ottoman Greater Syria**

Organized by **Samuel Dolbee**

**Samuel Dolbee,** Vanderbilt University
**Huricihan Islamoglu,** Bogazici University
**Sherene Seikaly,** University of California, Santa Barbara
**Elizabeth Williams,** University of Massachusetts Lowell
**Resat Kasaba,** University of Washington, Seattle
**Nora Barakat,** Stanford University

**ROUNDTABLE**
**XII-4: Sports, Resistance, and Inter-National Solidarity: The Case of Palestine**

Organized by **Kathryn Kalemkerian**

**Abdullah Al-Arian,** Georgetown University in Qatar
**Kathryn Kalemkerian,** Champlain College
**Hillary Kipnis,** Independent Consultant
**Ha Dong,** McGill University

**XII-5: MENA Cities in Literature and Film**

Organized by **Nisrine Slitine El Mghari**

Chair: **Nizar F. Hermes,** University of Virginia

**Nisrine Slitine El Mghari,** University of Kentucky *The Maghrebi Flâneur, or The Wanderer of The Medina, in Ahmed al-Madini's Fās . . . Law 'Ādat Ilayh*
**Mohammed Hirchi,** Colorado State University *Representation of Tangiers in Literature and Film*
**Hanan Elsayed,** Occidental College *Cairo Then and Now in Alifa Rifaat's Short Stories*
**Mbarek Sryfi,** Al Akhawayn University *The City as Memory: Migration, Space, and the Changing Perceptions in Muḥammad Zafzāf's Novel Al-Mar'ah wa Al-Wardah (The Woman and The Rose)*

**XII-6: Politics and Cultures of Midwifery: Epistemologies, Expertise, and Praxes**

Organized by **Frances S. Hasso**
and **Camila Pastor De Maria Y Campos**

Chair: **Philippe Bourmaud,** University of Lyon III

**Rebecca Saab Saade,** School for Advanced Studies in the Social Sciences *"Our Women Don't Know How to Raise Children" - Exploring the Representation of Scientific Knowledge on Childbirth and Childcare in al-Muktataf*
**Camila Pastor De Maria Y Campos,** Center for Research and Teaching in Economics *Hye mish Mabsuta: Diagnosing Affect in a Vulva, Resolving Birth and Postpartum Afflictions through New Theologies of Birthing*
**Frances S. Hasso,** Duke University *The Politics of Contemporary Maternity and Childbirth: Lines of Conflict among Palestinian Healthcare Professionals*
**Livia Wick,** American University of Beirut *Narrating Oral Histories of Struggle: Ascension through Class, Oral Histories, and Disjunctive Stories*
**Angel M. Foster,** University of Ottawa *Exploring the Role of Midwives in Contraception and Abortion Care in the Middle East and North Africa: Lessons Learned from Tunisia*

SESSION XII    11:00 AM -1:00 PM                    SUNDAY, NOVEMBER 5, 2023

**XII-7: Subcultures and Underworlds
of the Early 20th Century**

Organized by **Alaa El-Shafei**

Chair: **Golnar Nikpour,** Dartmouth College

**Alaa El-Shafei,** Columbia University *A Captive Underworld: Inmate Subculture and Resistance in the Anglo-Egyptian Prison, 1890-1930*
**Mitchell Bacci,** Harvard University *Pernicious Proteges and Foreign Foils: Subalterns Foreigners and the Informal Economy in Egypt, 1922-1937*
**Jamil Sbitan,** Columbia University *Intimate Crises: Sex Panics, Anti-Colonialism, and Queer History in Interwar Egypt*

**XII-8: Writing Medieval Middle Eastern History
through Geniza Documents I: Islamic Legal
Institutions and Arabic Material Instruments**

Organized by **Yusuf Umrethwala,** Columbia University

Chair/Discussant: **Marina Rustow,** Princeton University

**Athina Pfeiffer,** Princeton University *Holes and Threads: Sewing Legal Documents in Medieval Egypt*
**Amel Bensalim,** Princeton University *A Notaries' Notebook?: Assessing the Legal, Notarial, and Archival Practices of Medieval Egyptian Notaries*
**Matthew Dudley,** Yale University *Legal History from the Ground Up: A Survey of Islamicate Paper Instruments in the Ottoman-Era Cairo Geniza*

**XII-9: Ethics from the Margins: Ethical Decision-
Making, Performance, and Identity Practices Amongst
Marginalized Groups in the Middle East**

Organized by **Johnathan Norris**

Chair/Discussant: **Noa Shaindlinger,** Worcester State University

**Johnathan Norris,** Boston University *Doing Safety/Feeling Safe in Jordan: Theorizing the Connection between Ethics and Emotion Using Discourses on Āmān amongst Gay Jordanians*
**Alyssa Paylor,** University of Notre Dame *"Ānā Mawğūd!" Presence, Performance, and Ethical Subjectivity in Palestinian Cross-Border Anti-Occupation Activism*

**Karol Kaczorowski,** Cracow University of Economics and **Kaziwa Dylan,** Jagiellonian University *Iraq›s Immobilization of Kurdish Families from Iran - Ethical, Legal, and Multi-Layered Identity Questions*
**Samee Sulaiman,** Brown University *Disability, Doubt, and Crisis in Lebanon*

**XII-10: Finding Child and Youth Migrants
in Ottoman and Egyptian History**

Organized by **Lucia Carminati** and **Ella Fratantuono**

Discussant: **Lucia Carminati,** University of Oslo

**Olga Verlato,** New York University *Recess Politics: Children and the State in Modern Egypt*
**Mario M. Ruiz,** Hofstra University *Fleeing from the Pasha's Household: Mobility and Domestic Servitude in 1864 Cairo*
**Ella Fratantuono,** University of North Carolina at Charlotte *Invoking the Immigrant Child: Displacement and Belonging in the Hamidian and Young Turk Eras*
**Zeynep Gursel,** Rutgers, State University of New Jersey *Caring States, Migration and the Question of Minor Children*

**XII-11: Iran in the Middle East - "An Accident of
Geography"? Iranian Interactions with a Contested
Term of Regional Ascription during the 20th Century**

Organized by **Oliver Bast**

Chair: **Oliver Bast**
Discussant: **Robert Steele,** Austrian Academy of Sciences

**Oliver Bast,** Université Sorbonne Nouvelle *Competing Visions for Iran›s Regional Affiliation in the Context of the Cold War: The Debate about the Iranian Government's Decision to Join the Middle East Treaty Organization in 1955*
**Salomé Michel,** Université Sorbonne Nouvelle *Neither Westerners nor Middle Easterners: The Question of Iran's Regional Integration as a Cornerstone of the Ideologization of the Pahlavi Monarchy during the "Long 1970s"*
**Roxane Bertran De Balanda,** Université Sorbonne Nouvelle *The Question of Iran›s Regional Integration into the Middle East in the Early 1960s: A Point of Contention between Prime Minister Ali Amini and Mohammad Reza Shah Pahlavi*
**Thomas Bédrède,** Université Sorbonne Nouvelle *Which "East" for Iran? The 1937 Sa'dābād Pact and the Question of Iran's Regional (Self-)Positioning*

SESSION XII ❖ 11:00 AM -1:00 PM                 SUNDAY, NOVEMBER 5, 2023

### XII-12: Arabic Petrofictions

Organized by **Rachel Green**

**Rachel Green,** University of Massachusetts Amherst
*Nāṣer al- Ẓafīrī's Kuwaiti Petrohistories*
**Shir Alon,** University of Minnesota, Twin Cities
*Contemporary Gulf Art as Archive of the Petroeconomy*
**Nour Eldin Hussein,** University of Minnesota, Twin Cities
*Rusty Parts: Gender Politics of the Upgrade in Deepak
Unnikrishnan's "In Mussafah Grew People"*
**Yasmine Khayyat,** Rutgers University-New Brunswick
*Sticky Storytelling: Petrofiction and the Ecological Nomad*

### XII-13: Exhibiting Ottoman Modernities on Stage (1839-1922)

Organized by **Berin Golonu** and **Ici Vanwesenbeeck**

Chairs: **Berin Golonu** and **Ici Vanwesenbeeck**
Discussant: **Carmen M.K. Gitre,** Virginia Polytechnic
Institute

**Berin Golonu,** University at Buffalo *Spaces of Moral
Instruction or Vice? Debates surrounding Late Ottoman
Public Gardens as Sites of Recreation and Entertainment*
**Ici Vanwesenbeeck,** SUNY Fredonia *Opera and Libretto
Writing in Abdülmecit I's Istanbul: Pacini's Saffo*
**Burcu Karahan,** Stanford University *Politicizing Waltz:
Dancing and National Identity in Safveti Ziya's in the
Corners of Salons*
**Seda Kula,** Gebze Technical University *Gedīkpaşa
Theatre: A Modern Entertainment Venue of Late Tanzimat
Era*

### XII-14: Biographies Across Borders: New Approaches to Writing Life Stories into History

Organized by **James H. Meyer**

Chair: **Tamir Sorek,** Pennsylvania State University
Discussant: **Benjamin Carr Fortna,** University of Arizona

**James H. Meyer,** Montana State University *Red Star over
the Black Sea: Nâzım Hikmet and His Border-Crossing
Generation*
**Nilufer Hatemi,** Princeton University *Georges Gaulis*
**Nora Lessersohn,** University College London *The Sultan
of New York: Entertainment, Politics, and U.S.-Ottoman
Relations (1818-1895)*

### XII-15: Exploring Inclusive Teaching Methodologies in S.W.A.N.A. Studies

Organized by **Elizabeth Saylor**

Chair: **Elizabeth Saylor,** North Carolina State University

**Rachel Colwell,** West Chester University *Disability Justice
and Techniques of Inclusion in the Ethnomusicology
Classroom*
**Anna Tyshkov,** Columbia University *Palestinian Oral
History as Pedagogy: A Reciprocal Approach to Teaching
and Learning*
**Alexander Marcus,** Western Kentucky University *Jewish
Studies within SWANA Studies, SWANA Studies within
Jewish Studies: Pedagogical Challenges & Opportunities*
**Joy Al-Nemri,** Columbia University *Instructors and
Students Decolonizing South Asia, West Asia, and Africa
(SAWAA) Together*

### XII-16: Egyptian Stagecraft – Rule by Appearance, Spectacles and Image Projection

Organized by **Karin Ahlberg** and **Carl Rommel**

Chair: **Nefissa Naguib,** University of Oslo

**Karin Ahlberg,** Stockholm University *Introducing
Stagecraft: The Case of Tourism Capitalism, Image Politics
and Rule by Appearances in the Late Mubarak Era*
**Manon Laroche,** Université Paris-Panthéon-Assas *In the
Words of Foreign Policy: Staging an Egyptian National
Identity*
**Sixtine Deroure,** Paris 1 Panthéon-Sorbonne University
*Staging Deaths: The Martyrs of Duty and the Future of the
Egyptian Nation*
**Jessica Winegar,** Northwestern University *Parading
Power: Pharaoh-Washing History to Govern the Present
and Future*
**Carl Rommel,** Uppsala University *Stagecraft through
Projects: Between Megalomaniac Ambitions and
Individualized Dreams*

SESSION XII ❖ 11:00 AM - 1:00 PM                    SUNDAY, NOVEMBER 5, 2023

**XII-17: The Crises of Nation-State System in the Middle East: Imaginaries, Practices, Structures**

Organized by **Behnam Amini**

Chair: **Behnam Amini**

**Behnam Amini,** York University *Decolonization and the Nation-State: The Anti-Colonial Character of Abdullah Ocalan's Idea of Democratic Nation*
**Aidin Torkameh,** York University, Canada *Persian Veils, Non-Persian Bodies: Multiscalar Spaces of Farsi as a Colonial Language and the Class Production of Iran as a National Territory*
**Morad Roohi,** Queen's University at Kingston *Colonial, National and Democratic Spacing: Power and Resistance in 20th Century Iran and Kurdistan*
**Sara Kermanian,** University of Sussex *Inter-Subaltern Turn: A Methodological Proposal for Exploring International Imaginaries beyond the West-Rest Binary*

**XII-18: Mamluk Studies: Language, Poetics, Politics**

Chair: **Mohamud Mohamed,** University of Pennsylvania

**Koby Yosef,** Bar-Ilan University *Language in Mamluk Historiography*
**Saad Shaukat,** University of California, Los Angeles *Defining Kalām in the Mamluk Era*
**Büşra Sıdıka Kaya,** Independent Scholar *The Problem of the Cradle Ulama between Knowledge and Authority in the Mamluk Period*

**XII-19: Travelogues and Intellectual Networks across the Modern Middle East and Its Diasporas**

Chair: **Lacy Feigh,** Princeton University

**Matthew Sharp,** Independent Scholar *Who Are These Muslims?: Late 19th-Century Travelogues That Assessed Converts in Liverpool and New York*
**Dahlia El Zein,** University of Pennsylvania *Racial Identity, French Colonialism, and Lebanese Syrian Migrants in Kamel Mroueh's Nahnu fi Ifriqiya (We Are in Africa)*
**Evan Alterman,** Stanford University *The Image and Fixity of Empire: The Case of Late Ottoman-Russian and Early Turkish-Soviet Travelogues*
**Israa Alhassani,** James Madison University *Being Modern: A Case Study of Muḥammad Abd-al-Ḥusayn's Writings between 1917-1947*

**XII-20: Transnational Approaches to Islam**

Chair: *Volunteer needed*

**Kerem H L Oktem,** Ca' Foscari University of Venice *The Space of Religion in Turkey's 'Domestic Abroad': Mosque Projects in Lisbon and Tirana*
**Abdoul Aziz Ahmadou,** Sakarya University/Université du Québec à Montréal *Turkey and the Defence of Islam on the International Scene: State and Private Actors at the Service of Religious Diplomacy in Africa and Beyond*
**Ahmet Koroglu,** Istanbul University *Hajj and the Transnational Experience from the Turkish Perspective*
**Laila Makboul,** University of Oslo *The Emergence of a Transnational Islamic Women's Movement: Contesting the Secular, the Feminist, and the Eurocentric in International Relations*

**XII-21: Revisiting Middle Eastern Political Thought**

Chair: **Seyed Hassan Akhlaq,** Coppin State University

**Abed Kanaaneh,** Tel Aviv University *Between Islam and Socialism: The Intellectual Journey of Hussein Muruwwa*
**Arwa Awan,** University of Chicago *Colonialism and the Consumer Society: Marxist Humanism in Ali Shariati's Political Thought*
**Michaelle L. Browers,** Wake Forest University *The Political Thought of a Nablusi "Notable" before the Nakba: Muhammad 'Izzat Darwaza*

**XII-22: Displacement, Ethnicity and the Politics of Exclusion in Turkey**

Chair: **Sossie Kasbarian,** University of Sterling

**Amal Cavender,** George Washington University *Blood Borders: Expanding the Empire*
**Aslam Kakar,** Rutgers, State University of New Jersey *What Do the Kurds in Turkey Want Now? Public and Private Perceptions on Assimilation and Secession*
**Idil Ozkan,** Northwestern University *"How I Met My Jewish Heritage": Reparations, Ethnoreligious Ancestry, and Citizenship among Young Sabbatean Jews in Turkey*
**Yesim Bayar,** St. Lawrence University *Everyday Life, Armenian Experiences, and Navigating Nationalism*
**Hrag Papazian,** American University of Armenia *From "Crypto" to "Islamized" to "Muslim" Armenians of Turkey: Analytical Shortcomings and Ethico-political Pitfalls of Classificatory Labels*

SESSION XII ✤ 11:00 AM -1:00 PM          SUNDAY, NOVEMBER 5, 2023

**Nese Kaya Ozkan,** University of Arizona *"This Is Not a Rebellion but Survival": Invisibilization and Reemergence in Hemshin Highlands, Turkey*

### XII-23: Space, Cities, and Urban Transformations

Chair: *Volunteer needed*

**Mustapha Outbakat,** University of California, Los Angeles *Cities, Urban Management, and Political Economy in Southern Morocco: Agadir as Case Studies*
**Amr Adly,** American University in Cairo *Habitus Markets: The Making of Egypt's Informal Middle-Class Housing Market*
**Abdulla Al-Etaibi,** Qatar University/Australian National University *Contestation over Traditional Spaces: Camel Races, Festivals & Markets in the Gulf*
**Ezgi Karaoglu,** Michigan State University *The Role of Local Urban Dynamics on the Experiences of High-Capital Syrian Refugees in İstanbul: A Comparative Case of Kadıköy and Beyoğlu Districts*
**Alison B. Snyder,** Pratt Institute *Drawn to Istanbul's Distinctive Istiklal Caddesi, Will the Diversity Continue?*

### XII-24: The Making and Unmaking of Sovereignty/ies: Past and Present

Chair: **Omar Cheta,** Syracuse University

**Ibrahim Elhoudaiby,** Bard College *Sovereign(ty through) Debt: Universal Capital and Local Subjects in the Suez Canal*
**Michael Samuel,** Emory University and **Ian Lustick,** University of Pennsylvania *Israel, Annexation, and Sovereignty: Within the Green Line and Across It*
**Yasemin Bavbek,** Brown University *A Tale of Two Ships: Naval Accidents and Contested Sovereignty in the Early 20th Century*

### XII-25: Contesting Boundaries of "Citizenship": Diasporas, Migrant Workers and Human Rights

Chair: *Volunteer needed*

**Maleeha Iqbal,** University of Toronto *The Deserving Diaspora: Citizenship and Voting Rights in the Homeland*
**Ahmed Khattab,** Georgetown University *Migration and Citizenship Laws - The Arab Uprisings in Comparative Perspective*

**Joshua Snider,** UAE National Defense College *Demographic Imbalance and the National Identity in the UAE: Balancing Globalism, Tribalism and Nationalism*
**Musaab Alkhatib,** University of Western Sydney *Permeant Residency Law in Qatar Case Study: Second-Generation Arab Migrant Communities in Qatar (SGAM)*
**Zahra Babar,** Georgetown University Qatar *Narratives of Migrants' Exclusion and Inclusion in Qatar*

### XII-26: Prophethood

Chair: *Volunteer needed*

**Abdullah Alsarhan,** Kuwait University *From Praising Prophet Muḥammad to Praising the Christ, A Christian Version of The Sufi Muslim Poem al-Burdah*
**Shafique N. Virani,** University of Toronto *Born Again Muslims: Shared Symbolism in Esoteric Interpretations of Christianity and Islam*
**Fatemeh Douroudian,** University of Toronto *The Concept of Walāyah in the Teachings of Ja'far al-Ṣādiq*
**Suzanne Stetkevych,** Georgetown University *Eroticism, Chastity, and the Poetics of Loss in the Hijaziyyat of al-Sharif al-Radi*

### XII-27: Traversing the World

Chair: *Volunteer needed*

**Nima Naghibi,** Toronto Metropolitan University and **Amin Moghadam,** Toronto Metropolitan University *Mapping Tehranto: Emotional Geography of Activism and Conceptions of Home*
**Claire Jacobson,** Indiana University Bloomington *Every Day is 'Ashura: Iranian Political Religion At Home and Abroad*
**Mazyar Mahan,** University of Texas at Dallas *Repression or Empowerment? Unpacking the Symbolism of the Chador in "A Girl Walks Home Alone at Night"*
**Zeina Tarraf,** American University of Beirut *Public Feeling and Perpetual Crisis in Lebanon*
**Salma Amer,** Simon Fraser University *Transnational Subscription Platforms: Representation & Shifting Industry Models in Egypt*
**Zohreh Soltani,** Ithaca College *Contestation and Reinvention: Spatial Imaginaries and Protest in Contemporary Iran*

SESSION XII    11:00 AM -1:00 PM         SUNDAY, NOVEMBER 5, 2023

**XII-28: Writings in Afghanistan and Persia**

Chair: *Volunteer needed*

**Khalilullah Afzali,** University of California, Los Angeles *A Neglected Type of Prose in the History of Persian Literature in Afghanistan: A Glimpse to Manaqib or Praise Writings in 19th Century Heart*
**Erik Blackthorne-O'Barr,** Columbia University *Genealogies of the "Çar-ebru": Tracing the Queer Persianate in Late Ottoman Literature*
**Farshad Sonboldel,** University of California, Santa Barbara *The Good Taste: Exclusion of Modern and Contemporary Materials from the Persian Literature Curricula (the 1920s-1960s)*
**Christian Pye,** University of Texas at Austin *How to Be a "Realizer": Mahmud Shabistari›s "Garden of Mystery" (c. 1311) and Tahqiq in Post-Mongol Islam*
**Behzad Borhan,** McGill University *Making Sense of Kīmīyā-yi Sa'ādat through al-Ghazzālī's Sufi Sources*

AAUP-01282

SESSION XIII 🕮 1:30 - 3:30 PM                    SUNDAY, NOVEMBER 5, 2023

**ROUNDTABLE**
**XIII-1: Arabic Choral Music: Navigating the Challenges and Questions Encountered while Learning and Teaching the Repertoire**

Organized by **Angelina Lynne**

Chair: **Shireen Abu-Khader**

**Angelina Lynne,** Universite Laval
**Shireen Abu-Khader,** Dozan World Inc.
**Jennifer YM Lee,** Université du Québec à Montréal

**ROUNDTABLE**
**XIII-2: The Religion of the Old Women of Nishapur**

Organized by **Setrag Manoukian**

Chair: **Katherine Lemons**

**Setrag Manoukian,** McGill University
**Aziza Shanazarova,** Columbia University
**Katherine Lemons,** McGill University
**Rula Jurdi Abisaab,** McGill University

**XIII-3: A Moveable Past? Social Uses of the Ottoman Past in the Post-Ottoman World**

Organized by **Aline Schlaepfer** and **Philippe Bourmaud**

Chair/Discussant: **M'Hamed Oualdi,** Sciences Po (Paris Institute of Political Studies)

**Aline Schlaepfer,** University of Basel *The Historian's Craft in Iraq: Memory and History-Writing about the Ottomans after the Ottomans*
**Barbara Henning,** Johannes Gutenberg-Universität Mainz *Legible Pasts: Genealogical Records and Genealogical Capital in Post-Ottoman Contexts*
**Philippe Bourmaud,** Institut Français d'Etudes Anatoliennes *Weaving Ottoman History and Giving It a Missionary Spin: Historical Narratives of Istanbul's Protestant Colleges in Republican Turkey (1923-1960s)*
**Ellinor Morack,** Otto-Friedrich University Bamberg *The Last Ottoman Guerrillas: Veterans of the Kuvayi Milliye and their Struggle for Remembrance and Recognition in Modern Turkey, 1950s–60s*
**Falestin Naïli,** University of Basel *The Ottoman Period as a Part of Local History: Jordanian Historiographic and Oral Narratives beyond the Arab Revolt Trope*

**Cicek Ilengiz,** Forum Transregionale Studien *Making the Immovable Movable: The Pergamon Altar's Journey to Berlin*

**XIII-4: Writing Medieval Middle Eastern History through Geniza Documents II: Trade, Commodities and Unfree Labor**

Organized by **Yusuf Umrethwala**

**Sponsored by Middle East Medievalists (MEM)**

Chair/Discussant: **Lorenzo Bondioli,** University of Cambridge

**Yusuf Umrethwala,** Columbia University *"Tell the Illustrious Amīr about the timber shipment that just arrived": Fatimid State Officials and their Trade Entanglements in the Eleventh and Twelfth Centuries CE*
**Craig Perry,** Emory University *Towards a Collective Biography of Nubians in Medieval Cairo (1000-1250 CE)*
**Ksenia Ryzhova,** Princeton University *Sicily and Medieval Mediterranean Trade: A View from the Cairo Geniza*

**XIII-5: Labor and Racialization in the Contemporary Middle East**

Organized by **Matan Kaminer** and **Kerem Ussakli**

Chair: **Zachary Lockman,** New York University
Discussant: **Natasha Iskander,** New York University

**Kerem Ussakli,** Stanford University *Nihilism, Racialization, and the Hard Work of Bothering to Labour in Kurdistan*
**Matan Kaminer,** Hebrew University of Jerusalem and **Liron Mor,** University of California, Irvine *"Ideological" or "Natural" Workers? Racializing Discourses of Proletarianization in Zionism*
**Hebatalla Taha,** Binghamton University, SUNY *Atoms for Peace in the Middle East: Technology, Race, and Labor in US Policy*
**Zachary Sheldon,** University of Pittsburgh *The Labor of Loveliness: Racializing Christian Workers at an Iraqi Restaurant in Amman, Jordan*

SESSION XIII ❖ 1:30 - 3:30 PM          SUNDAY, NOVEMBER 5, 2023

**XIII-6: The Return of the State: Revisiting State Formation in the 20th Century Gulf**

Organized by **Gabriel Young**

Chair: **Gabriel Young**
Discussant: **Arang Keshavarzian,** New York University

**Gabriel Young,** New York University *Alienating State Property in Late Hashemite Basra: Agrarian Reform Before Revolution*
**Rohan Advani,** University of California, Los Angeles *Absolutely Small, Relatively Autonomous: The Political Economy of Small State Formation in the Persian Gulf*
**Abrar Alshammari,** Princeton University *Citizenship, Family Formation and State Building*
**Bita Mousavi,** New York University *Oil, Land, and Practices of Development in Pahlavi Iran*

**XIII-7: The SWANA Region through the Lens of History and Photography: Possibilities, Uses and Issues of Visual Archive**

Organized by **Hend Ben Salah** and **Claudia Polledri**

Discussant: **Hend Ben Salah,** Université du Québec à Montréal

**Stephen Sheehi,** College of William & Mary *The Orientalist Archive is a Stolen Archive*
**Claudia Polledri,** Université de Montréal *Iranian Photography through "The Eye of History": From Photojournalism to Contemporary Practices*
**Mathilde Rouxel,** University of the New Sorbonne *Jocelyne Saab, Historian of Her Own Work: The Case of Her Ultimate Work, The Book of Photographs Zone de Guerre (2018)*

**XIII-8: Living with the State in Egypt**

Organized by **Jessica Winegar** and **Mariam Taher**

Chair: **Mariam Taher,** Northwestern University
Discussant: **Jessica Winegar,** Northwestern University

**Tessa Farmer,** University of Virginia *Equivocal Connection: Mechanisms for Managing Possibilities and Threats Submerged in Water Utilities*
**Yasmeen Mekawy,** Northwestern University in Qatar *Remembering Tahrir: Hope, Despair, and Nostalgia in Post-Revolutionary Media in Egypt*

**Yasmine Moataz,** American University in Cairo *Just "Helping": Rethinking the Relation between the Society of the Muslim Brothers and the State in the Aftermath of 2011 Uprisings*

**XIII-9: Muslim Pilgrimage, Borderlands, and Barriers since the 1600s**

Organized by **Sarah Eskandari**

Chair: **Firoozeh Kashani-Sabet,** University of Pennsylvania
Discussant: **Sarah Eskandari,** University of Pennsylvania

**Yahya Nurgat,** Sabanci University *Between the Sacred and the Mundane: Ottoman Scholars and the Practicalities of the Early Modern Hajj*
**Dzenita Karic,** Humboldt University Berlin *Bosnian Pilgrims on the Borders: Hajj Accounts from the Early 20th Century*
**Noor Zaidi,** University of Maryland, Baltimore County *"To Make a New Ziyarat" - Pilgrimage and Development at the Shrine of Sayeda Zaynab, 1950s-1980s*

**XIII-10: New Manuscripts from/about the Middle East: Exploring Digital, Media, and Cultural Changes**

Organized by **Bilge Yesil**

Discussant: **Hatim El-Hibri,** George Mason University

**Bilge Yesil,** College of Staten Island, CUNY *State-Sponsored Global Communication: How Turkey Uses Postcolonial Critique to Promote Itself as a Rising Great Power*
**Christa Salamandra,** Lehman College, CUNY *Television (Still) Matters: Drama in and of the Middle East*
**Joe F. Khalil,** Northwestern University in Qatar *The Middle East's Digital Turn: Reconfigurations and Disjunctures*

**XIII-11: The World in a Word: the Politics of (Un) Translation in Middle Eastern Studies**

Organized by **Samantha Pellegrino**

**Samantha Pellegrino,** University of Chicago *Translating Takwīn: Theories of Artificiality in the Jābirian Corpus between Texts and Translations*

SESSION XIII 🏵 1:30 - 3:30 PM                    SUNDAY, NOVEMBER 5, 2023

**Stephanie Kraver,** University of Chicago *Tracing Baḥr in Mahmoud Darwish's Poetry: From 1982 to the First Intifada*
**Erin Atwell,** University of Chicago *Taqwa and the Temporalities of Citational Practice in a Popular Saying of 'Ali ibn Abi Talib*
**Allison Kanner-Botan,** University of Colorado at Boulder *Love's Ethics: 'Ishq in Islamic Romantic Epics*

### XIII-12: Decentering the Conquests: Peoples, Regions, and Identities in the Early Islamic Conquests

Organized by **Khodadad Rezakhani**

**Khodadad Rezakhani,** Leiden University *Between the Shahanshah and the Caliph: Mercenary Fighters in the Sasanian and Muslim Armies*
**Rana Mikati,** College of Charleston *Gender and the Early Islamic Conquests in al-Azdī's Futūḥ al-Shām*
**Ryan J. Lynch,** Columbus State University *The Early Islamic Conquest of al-Sind and al-Balādhurī's Kitāb Futūḥ al-Buldān*
**Robert Haug,** University of Cincinnati *Arab, Black, and Iranian: 'Abdallah b. Khazim al-Sulami, his Son Musa, and the Shaping of Identity through the Arab Conquests*

### XIII-13: New Legal Histories of the Late Ottoman Empire

Organized by **Youssef Ben Ismail** and **Camille Cole**

**Camille Cole,** University of Cambridge *What is a Concession? Mapping, Language, and Sovereignty in the Late Ottoman Empire*
**Nora Barakat,** Stanford University *Peasant Ignorance, Legal Rupture, and the History of Agrarian Capitalism in Late Ottoman Syria*
**Youssef Ben Ismail,** Columbia University *A Theory of Provincial Autonomy in the Late Ottoman Empire*
**Aimee Genell,** Boston University *Domesticating Autonomy in Ottoman Administrative Law*
**Lale Can,** City College of New York, CUNY *On Creating an Ottoman Siberia: Penal Reform and the Connected Histories of Exile, Hard Labor, and Colonialism in the Late Ottoman Empire*

### XIII-14: Modern Arabic Exilic Literature: Fractured Subjectivities and Belonging

Organized by **Jonas M. Elbousty**

Chair: **Jonas M. Elbousty**

**Jonas M. Elbousty,** Yale University *Syrian Refugee Poets in Sweden and the United States: Fractured Subjectivities and Belonging*
**Touria Khannous,** Louisiana State University *Aesthetics of Violence and Political Potential for Democratic Change in Hassan Blasim's Writing*
**Doaa Omran,** University of New Mexico *Syrian Women and Polyphonic Testimonies in Exile*
**Rima Sadek,** Kenyon College *Fragmentation and Narration in Muhsin Al-Ramli's Short Fiction*
**Wael Salam,** Kenyon College *Trauma as an Adversarial Strategy in Abulhawa's the Blue Between Sky and Water*

### XIII-15: Surviving Traces, Traces of Survival: Critical Interventions from within Armenian Studies

Organized by **Hakem Al-Rustom** and **Helen Makhdoumian**

Chair/Discussant: **David Kazanjian,** University of Pennsylvania

**Tamar M Boyadjian,** Stanford University *Re-framing Armenian Literary Genealogy: Armenian-Futurism & the Western Armenian Women Authors' Imaginary*
**Talar Chahinian,** University of California, Irvine *Between Statelessness and the Printed Word: Reimagining the Western Armenian Language in Dispersion*
**Helen Makhdoumian,** Vanderbilt University *On Nested Memories of Removal: From the Literary Afterlives of the 1915 Aghed to the Literary Afterlives of the 1948 Nakba*
**Hakem Al-Rustom,** University of Michigan *Denativization, or, On How We Study the Afterlives of the Armenian Genocide in Turkey*

### XIII-16: Middle Eastern Studies in the Age of GPT

Organized by **Hassan Arif**

**Muhammad Ali Hashmi,** Massachusetts Institute of Technology *Navigating the Epistemic Shift: Unveiling ChatGPT's Impact on Traditional and Subjugated Knowledge Forms*

SESSION XIII ✣ 1:30 - 3:30 PM                    SUNDAY, NOVEMBER 5, 2023

**Omar Lahlou,** McGill University *Preserving Linguistic Diversity and Cultural Authenticity in NLP-Based Systems Like ChatGPT*
**Hassan Arif,** McGill University *Translatability of Language and Form: Middle Eastern Studies and ChatGPT*

### XIII-17: Western Indian Ocean Worlds: Imperial Legacies, Economic Networks, New Geographies

Chair: *Volunteer needed*

**Sara Hussein,** University of California, Los Angeles *Red Sea and Its Discontents: «Afrabia» in Middle East Studies*
**Richard Harrod,** Washington University in St. Louis *Securing the Sultanate: Imperial Legacies and the Expansion of the Royal Oman Police in the 1970s*
**Peter Valenti,** New York University *Arabian-Indian Trade and Using Commodities to Expand Indian Ocean Historiography: Interdependent Political and Sociocultural Interests in Indian Empires and Gulf States over the Longue Durée*

### XIII-18: Decolonizing the Maghreb: Everyday Life, Labor, and Violence

Chair: **Rebecca Gruskin,** Hamilton College

**Daniel Williford,** University of Wisconsin-Madison *Decolonization on the Construction Site: Labor, Debt, and Violence in the Final Years of the French Protectorate in Morocco*
**Sunny Chen,** University of California, Los Angeles *The Geological Sciences of French Colonial Labor Policy in Moroccan Phosphate Mines (1935-1955)*
**John Keck,** Southern Illinois University Edwardsville *A European Maghrebi Nation: The "Imagined Community" of the Pieds Noirs*
**Andrew Bellisari,** Fulbright University Vietnam *Fighting for a Different Heart and Mind: Muslim Soldiers in the First Indochina War*
**Natalie Bernstien,** University of California, Los Angeles *The Politics of Movement in Wartime Tangier: A Study of Jewish Holocaust Refugees*
**Sylvie Durmelat,** Georgetown University *Couscous' Origin Stories and Race*

### XIII-19: New Approaches to Studying and Teaching Islamicate History

Chair: **Fadi Ragheb,** University of Toronto

**Rachel T. Howes,** California State University, Northridge *Teaching Islamicate History to Undergraduates Using Role-Playing*
**Paul E. Chevedden,** University of Texas at Austin *Grasping the Systematicity of the Crusades: A Shared Christian and Islamic Perspective*
**Sabrina Amrane,** University of Chicago *Raid or Reign: Historical Narratives of the Algerian Bedouin*
**Arezou Azad,** University of Oxford *Internal Officialdom and Institutional Memory in the Medieval Islamic World: Correspondence amongst State Officials in the Bamiyan Papers (12th-13th Century CE)*
**Sara Ann Knutson,** University of British Columbia, **Laila Shaheen,** University of British Columbia, and **Jason Izadi,** University of British Columbia *Transforming Classroom Experiences of the Islamic Past with Multicultural, Multidisciplinary Perspectives*

### XIII-20: Questioning Religious Belonging in the Diaspora

Chair: *Volunteer needed*

**Kirstine Sinclair,** University of Southern Denmark *The Arctic Muslim: Religious Practice and Mosque Controversies in Northern Norway*
**Bouchra Emilia Mossmann,** University of Southern Denmark *Making the Arctic a Muslim Home: Strategies of Place-Making in Northern Canada*
**Matija Milicic,** Radboud University Nijmegen *Creating a "Dual Bond" among the Migrant Coptic Orthodox Youth: Religious Belonging between Egypt and Europe*
**Susan J. Rasmussen,** University of Houston *Moral Discourses and Concepts of Personal Agency in Coping with Suffering among Kabyle Immigrant Converts in France*
**Shiva Mazrouei,** McMaster University *Living in Between: A Narrative Inquiry of 1.5 Generation Iranians' Experiences of Belonging and Mental Well-Being in a Transnational Context*
**Syed Adnan Hussain,** Saint Mary's University *Islamophobia, Amnesia and Muslim Adoptions: The Case of Canada*

SESSION XIII ✦ 1:30 - 3:30 PM                 SUNDAY, NOVEMBER 5, 2023

### XIII-21: Education and Youth Identities

Chair: *Volunteer needed*

**Attia Omara,** University of Texas at Austin *Educational Reforms in Al-Azhar Institutes*
**Hulya Delihuseyinoglu Acar,** Bogazici University *Armenian Schools as a Space of Familial Culture*
**Shifaa Alsairafi,** Georgetown University *The Reverse Gender Gap in Bahraini Education and Its Sectarian and Demographic Complications*
**Ammar Alsamar,** Independent Scholar *The Writing of History Textbooks in Syria during the War*

### XIII-22: Performance and Communication in Turkey and Iran

Chair: **Philip Grant,** University of California, Irvine

**Gamze Tosun,** Kadir Has University *The Politico-Aesthetic Nexus between Religion and Theatre in Turkey*
**Sara Mashayekh,** University of California, Santa Barbara *Othello Iranian Style! Shakespeare and Western Culture in Late 20th Century Iran*
**Taraneh Sanei,** McGill University *An Online "Iranian Diaspora": Connectivity, Solidarity, and Identification Practices through Memes*
**John Perugini,** University of Arizona *The Day Turkey Shook and Its Aftermath: Crisis Coverage, Transnational Solidarity, and the Potentialities of Alternative Press in Turkey*

### XIII-23: Regional Cooperation and Foreign Relations in the Middle East

Chair: *Volunteer needed*

**James Worrall,** University of Leeds *Cycles of Rebirth: Explaining the Survival and Growth of the Arab League*
**Alexandra Lazar,** University of California, Davis *A Network Analysis Approach to Understanding When States Sign Defense Cooperation Agreements (DCAs) to Counter Terrorism*
**Sultan Al-Khulaifi,** University of Glasgow *The Crisis of Qatari American Relations: A Neoclassical Analysis of the Stinger Crisis*

### XIII-24: Sexuality and Reproductive Rights

Chair: **Hatim Rachdi,** Hamad Bin Khalifa University

**Emrah Karakus,** The Crown Center for Middle East Studies *Beyond Queer Times: Racial Justice, Sexual Politics, Activism in Kurdish Turkey*
**Nermin Allam,** Rutgers, State University of New Jersey *Emotions and Democratic Backsliding: The Case of Anti-sexual Violence Groups in Egypt*
**Oyman Basaran,** Bowdoin College *Male Circumcision and the Male Body in Turkey*
**Razan Ghazzawi,** Oregon State University *Rethinking Political Subjectivity in Syria: Sex workers Strike in Adraa Prison*

### XIII-25: New Perspectives on the Political Economy of Authoritarian Persistence

Chair: **Adam Almqvist,** University of Chicago

**Ewan Stein,** University of Edinburgh *It's the Economy, Stupid: Arab Political Discourse in the New Middle East*
**Ibrahim Oker,** University of Minnesota, Twin Cities *How Do Commercial Banks Sustain Autocratic Regimes?*
**Asya R. El-Meehy,** University of California, Berkeley *Revisiting Targeted Social Programs in Egypt: A Comparative Analysis*
**Jan Claudius Völkel,** University of Ottawa *Lessons Learned from COVID-19? Risk Governance in the Middle East and North Africa*
**Markus Loewe,** German Institute of Development and Sustainability *Drivers of Change in Social Contracts in the MENA Region*

### XIII-26: Rumi

Chair: **Nargis Ali Virani,** Emory University

**Azim Fazlipour,** Ecole Pratique des Hautes Etudes *Masnavi Book 7: Unfinished Story of Masnavi Rumi (Critical Edition of Masnavi Sab' al-Mathānī)*
**Sajedeh Hosseini,** University of Arizona *The Alchemy of Turning Dust to Gold*
**Muhammad K. Ridwan,** McGill University *Re-reading the Mathnawi in Light of Rumi's Sociopolitical Context*
**Riham Debian,** Alexandria University *The Salving Mystic in Arabic Aesthetics: The S/Place of Sufi's Malady and Madadin/From al-Ghitany to Ashour and Bassiouny*



# MESA MEMBERSHIP & REGISTRATION

**MESA 2023**

Montréal, Québec Canada
November 2-5, 2023

*fax* 520-207-3166
*email* secretariat@mesana.org
*post* MESA, 3542 N. Geronimo Ave., Tucson AZ 85705 (USA)

Complete and return form to the MESA Secretariat by no later than September 29, 2023*
for pre-registration rates or register through myMESA and pay on-line.

* Session participants registration is due May 15, 2023

Name _____

Affiliation _____

Email (req) _____

## Membership Dues

Individuals should complete a profile in their myMESA account

*Amounts shown are in US$*

| | |
|---|---|
| Student member | ☐ $ 65 |
| Retired member | ☐ $ 85 |
| Fellow or Associate member | ☐ $ 75 (income less than $30,000) |
| | ☐ $100 (income $30,001 - $40,000) |
| | ☐ $125 (income $40,001 - $50,000) |
| | ☐ $150 (income $50,001 - $60,000) |
| | ☐ $175 (income $60,001 - $70,000) |
| | ☐ $200 (income $70,001 - $80,000) |
| | ☐ $225 (income $80,001 - $90,000) |
| | ☐ $250 (income $90,001 - $100,000) |
| | ☐ $275 (income $100,001 - $125,000) |
| | ☐ $300 (income $125,001 - $150,000) |
| | ☐ $350 (income greater than $150,001) |

## Registration Category

| | |
|---|---|
| Student/retired MESA member | ☐ $ 85 |
| Full/associate MESA member | ☐ $175 |
| Student, non-MESA member | ☐ $150 |
| All other non-MESA members | ☐ $300 |

## Payment Information

☐ Visa /MasterCard /Discover/AMEX
☐ Check (payable to MESA, in US$ and drawn on US bank)
Send to MESA, 3542 N. Geronimo Ave, Tucson AZ 85705

Card Number _____

Exp Date _____ CVV* (3 or 4 digit code) _____

Cardholder Name _____

Billing Address _____

Signature _____

Email receipt to _____

## Refund Policy

Participants: Requests for refunds must be received by August 1, 2023.
All others: Requests for refunds must be received by September 29, 2023.
Complete the form located at the bottom of this page **https://mesana.org/annual-meeting/registration**

AAUP-01288