

**EXHIBIT 195**

VIRTUAL MESA 2024

November 11-16

## Tentative Schedule of Events

All Times Eastern Time Zone ( +5 GMT)

**Monday, November 11**
| 11:30am-1:30pm | Session I |
| 2:30-4:30pm | Session II |

**Tuesday, November 12**
| 11:30am-1:30pm | Session III |
| 2:30-4:30pm | Session IV |

**Wednesday, November 13**
| 11:30am-1:30pm | Session V |
| 2:30-4:30pm | Session VI |

**Thursday, November 14**
| 11:30am-1:30pm | Session VII |
| 2:30-4:30pm | Session VIII |

**Friday, November 15**
| 11:30am-1:30pm | Session IX |
| 2:30-4:30pm | Session X |

**Saturday, November 16**
| 9:30-11:30am* | Coffee and Networking |
| 12:30-1:45pm | Members Meeting |
| 2:30-3:30pm** | Awards Ceremony |
| 3:30-5:00pm** | Presidential Panel |
| 5:00-7:00pm* | Reception |

\* In-person only
\*\* In-person and Zoom

# PRELIMINARY PROGRAM

The 58th Annual Meeting will include nearly 200 diverse sessions held virtually from November 11-15.

A Book Exhibit with virtual booths by university presses, other publishing houses, and other vendors of interest to our members will be available for you to browse the latest publications in the field, meet virtually with exhibit staff, and network with editors.

From November 4 until November 25, attendees can view on demand new and recent documentary and narrative films from and about the region through MESA's streaming Film Festival. The FilmFest opens one week before and closes one week after the session dates so you don't need to choose between a panel and a screening.

## Saturday, November 16
### In-person & Virtual Events

The main program concludes November 15, but special events continue on Saturday, November 16! MESA will host some in-person and hybrid events in Washington DC at Georgetown University. All attendees are welcome to join online or in person.

In the morning, an exclusively in-person Networking Event aims at providing a casual, open venue for connecting junior scholars with mentors, and connecting prospective authors with publishers in attendance. Center and program directors will convene in person and online in the morning as well.

In the afternoon, the MESA Awards Ceremony will be in person and livestreamed. We will honor excellence in Middle East studies and recognize outstanding service to MESA and the field.

The Presidential Panel, *Academic Freedom in Middle East Studies After October 7th*, moderated by President Aslı Bâli of Yale Law School, will be an in-person event that can also be livestreamed by virtual attendees. Immediately following, we invite those in person to join us for a reception, following the plenary events.

All current MESA members are also invited to attend the annual Members Meeting, which will be held virtually midday on November 16. Please see page 6 for details.



Middle East Studies Association 58th Annual Meeting

VIRTUAL MESA 2024

November 11-16

## Pre-register

by October 25, 2024.

Registration allows you access to the nearly 200 sessions on the program, the book exhibit, and FilmFest.

CATEGORY AND RATES

| | |
|---|---|
| MESA fellow/associate* | $175 |
| MESA student member* | $85 |
| MESA retired member* | $85 |
| General | $300 |
| Non-member student | $150 |

*MESA is offering an additional 50% discount on registration to MESA members facing financial hardship. Simply choose this option when registering through myMESA. Please note the rates listed above do not show this additional discount.

For additional information on registration, go to the registration page.

## Stay Updated

### With MESA's Searchable Program

MESA uniquely offers a searchable database of not only the current program, but also previous programs dating back to 2009.

Full details on sessions including the session summary, paper abstracts, and a list of presenters can be viewed on-line. Search by title, date, time, participant, session type, and/or discipline.

All changes to the program are immediate and so this is your best option for viewing the current status of a session.

https://my-mesa.org/program



## Volunteer Panel Chairs Needed

We invite volunteers to chair put-together panels (assembled by the Program Committee out of accepted individual abstracts). Chairs may take it upon themselves to also serve as discussants. Panels needing chairs (as of September 10, 2024) are designated with "Volunteer needed". To volunteer, please complete the form located on MESA's website. Please note that MESA membership and annual meeting pre-registration are required of all meeting participants on the program, including volunteer panel chairs.



Middle East Studies Association 58th Annual Meeting

VIRTUAL MESA 2024
November 11-16

# General Information

The Middle East Studies Association (MESA) is a private, non-profit, learned society that brings together scholars, educators and those interested in the study of the region from all over the world. From its inception in 1966 with 51 founding members, MESA membership includes a diverse community of scholars in the United States, Canada, and abroad. MESA serves as an umbrella organization for nearly fifty institutional members and forty affiliated organizations. The association is a constituent society of the American Council of Learned Societies, the National Council of Area Studies Associations, and a member of the National Humanities Alliance.

As part of its goal to advance learning, facilitate communication and promote cooperation, MESA sponsors an annual meeting that is a leading international forum for scholarship, intellectual exchange and pedagogical innovation. It is responsible for the *International Journal of Middle East Studies*, the premiere journal on the region, the MESA *Review of Middle East Studies* and *Issues in Middle East Studies*, a biannual newsletter. An awards program recognizes scholarly achievement, service to the profession, undergraduate education, and exemplary student mentoring. MESA is governed by a nine-member Board of Directors elected by the membership.

# Conference Policies

## PERSONAL BEHAVIOR

MESA is committed to providing a safe, welcoming, and supportive environment for all members and participants in MESA events. Intolerance, discrimination, and harassment undermine the values of MESA's mission and purpose, which is to facilitate professional opportunities for all participants and members. We strive to maintain dialogue, create a culture of care, and provide space for the academic exchange of ideas. MESA supports the identities of all participants, regardless of gender, gender identity or expression, race, color, national or ethnic origin, religion or religious belief, age, marital status, sexual orientation, disabilitiy, veteran status, or immigration status.

All attendees of MESA events are expected to adhere to these values, including conference participants, students, guests, staff, contractors and exhibitors, and participants in professional and social events.

Any attendee who creates an unwelcoming environment for others through inappropriate behavior, or who creates a disturbance or safety hazard, will be subject to having their registration revoked, and potentially be barred from attending future meetings.

## SOCIAL MEDIA

To facilitate virtual conversations and to share with those unable to attend the conference, MESA encourages attendees to use #MESA2024.

Speakers should make a request to the audience at the beginning of their presentations if they do not want their matierals or presentations posted on social media outlets.

Follow MESA on X, LinkedIn, and Instagram for the latest on #MESA2024 and the field of Middle East studies.

## DISCLAIMER

The opinions, statements, presentations, data, images, videos, documents and other information expressed or otherwise shared by presenters or other participants at the meeting are for informational purposes only. The views and opinions expressed by presenters are not those of MESA, unless expressly indicated otherwise. MESA is not responsible for the accuracy, quality or reliability of any of the materials presented, or liable for any damages arising therefrom. MESA shall not be responsible for any defamatory, offensive, or illegal conduct of any meeting attendee.

# Future Annual Meetings

**MESA 2025**
**November 22-25, 2025**
**Westin Downtown, Washington, DC**
The Call for Papers will be available in December 2024 with details on submitting proposals.

**MESA 2026**
MESA's 60th Annual Meeting
**November 21-24, 2026**
**Boston, MA**

AAUP-01291



Middle East Studies Association 58th Annual Meeting
VIRTUAL MESA 2024
November 11-16

# BOOK EXHIBIT

Our virtual exhibit hall offers attendees the opportunity to obtain information on publications, periodicals, and programs in Middle East studies. Browse exhibitor booths for new scholarship and exciting promotions!

## Visit the MESA 2024 Exhibit Hall

### Featured Exhibitors






### Additional Exhibitors

AUC Press
Cambridge University Press
Georgetown University Press

Indiana University Press
NYU Press
University of California Press

We invite publishers, organizations, and programs to exhibit in MESA's virtual book exhibit, be a sponsor, advertise in the printable program, and be a part of MESA's Publishers Showcase on November 16. For more details, see the book exhibit page on MESA's website.

---

## MESA BOOTH & PUBLISHERS SHOWCASE
### November 16, 2024 • 9:30-11:30 AM
Georgetown University, Washington, DC

MESA is hosting a Publishers Showcase for attendees to browse materials from publishers, organizations, and other interested parties. To be included, please complete this form. For more information, email meeting@mesana.org.

---



Middle East Studies Association 58th Annual Meeting

VIRTUAL MESA 2024

November 11-16

# 41ST ANNUAL MESA FILMFEST

MESA's 41st Annual FilmFest, held virtually, has dozens of new and innovative shorts and features, including documentaries and narrative films. The virtual format allows meeting registrants to stream films on demand starting November 4 through November 25. Only MESA 2024 registrants will have access to view the films during this three-week window. We have included some films below we expect to screen.

## HANINA/HOMESICK



A young Nubian girl embarks on a journey back in time to reconnect with her drowned homeland. Guided by the Nile egret, she travels underwater within the lake created by Egypt's Aswan High Dam to visit Nubia's mountains and palm trees, water wheels and houses, men and women. She bids farewell to her people as they board the boats that will take them to their resettlement villages. Returning to her own time, she carries the strength of knowing that Nubia will always live on inside her.

## MEEZAN (SCALE)

Set in south-western Iran, in the province of Khuzestan and bordering with Iraq, Meezan (Scale) is an observational and immersive experience, a journey from the sea to the land, about the embodiment of work at the margins of the oil industry. Despite the massive industrialization of the region, waterways of Khuzestan remain a significant source of income for the native communities who are most intimately connected to these embattled landscapes, and Meezan is a reflection on the relation between bodies and scales to acknowledge the weight of the past and its consequences in the present.

## LYD

American filmmaker Sarah Friedland and Palestinian filmmaker Rami Younis explore multiple pasts, presents, and futures of the city of Lyd in Palestine/Israel. From the perspective of the city herself, voiced by Palestinian actress Maisa Abd Elhadi, the viewer is guided through the lifespan of a five-thousand-year-old city and its residents. Lyd was once a thriving Palestinian city with a rich history. In 636AD, it was even considered the first capital of Palestine. When the State of Israel was founded in 1948, Lyd became an Israeli city, and in the process, hundreds of Lyd's Palestinian residents were massacred by Israeli forces, and most of the city's 50,000 Palestinian residents were exiled. Today, the city has a Jewish Israeli majority and a Palestinian minority and is disinvested and divided by racism and violence. For Palestinians, Lyd's story is a painful and tragic fall from grace, which is why our film dares to ask the question: what would the city be like had the Israeli occupation of Lyd never happened?



## BACKSTAGE

The dance company "Without Borders" is concluding a Moroccan tour. During the penultimate show in an Atlas Mountains' town, Aida provokes Hedi, her life and stage partner, who injures her in front of the horrified eyes of the other members of the troupe. They must depart in a hurry to seek urgent medical care and take to the road to meet the only doctor available in the area, in hopes to save the last performance. On the way, to avoid a monkey, the bus goes into a skid and miraculously stops by the side of the road. Without a spare tire, now the troupe is stuck in the forest. Outside, the full moon brightens over a majestic, yet worrying landscape. A road movie journey commences as all members decide to walk through the forest to reach the village, instead of waiting for the driver's return. Through their journey, the true face of our characters reveals itself.





# MESA MEMBERS MEETING
## NOVEMBER 16, 2024
## 12:30-1:45 PM Eastern
### via Zoom

The members meeting is an annual meeting of the membership open to all members. Voting is restricted to full members (fellows and students). The meeting mainly consists of reports (see agenda below). Where members play an important role is in voting for the Nominating Committee and on any resolutions that are being presented. A member in good standing can add names to the list of people who will be invited to run for the Nominating Committee, augmenting those proposed by MESA's Board.

**Quorum**
A minimum of 35 voting-eligible members must be in attendance for votes to be taken. Failing that, the meeting can be held but votes cannot be taken.

**Resolutions**
When important issues are before the membership, resolutions are sometimes presented at the members meeting. Resolutions can originate from MESA's Board or from the membership. For resolutions to be acted upon at the 2024 Members Meeting, they must be in the hands of the MESA Secretariat by Wednesday, October 25, 2024. Instructions for submitting resolutions can be found in MESA's Bylaws, which are posted on MESA's website at mesana.org.

### MESA Members Meeting *Sample Agenda*

1. Call to Order
2. Adoption of Meeting Rules
3. Adoption of the Agenda
4. In Memoriam and Moment of Silence
5. Announcement of 2024 MESA Election Results
6. 2025 MESA Nominating Committee Call for Names
7. Update from President Aslı Bâli
8. Report of Executive Director Jeffrey D. Reger
9. Reports of Editors: Joel Gordon for *IJMES* and Heather Ferguson for *RoMES*
10. Committee Reports
11. New Business
12. Adjournment

# SESSION I

**11:30 AM - 1:30 PM (EST)**
**MONDAY, NOVEMBER 11, 2024**

MESA 2024

## ROUNDTABLE
*I-01: Academic Freedom in North America and Europe and the War on Gaza*

Organizer/Chair: **Maria Chiara Rioli,** Università di Modena e Reggio Emilia
Discussant: **Pelle Valentin Olsen,** University of Oslo

**Zachary Lockman,** New York University
**Paola Rivetti,** Dublin City University
**Atwa Jaber,** Graduate Institute, Geneva
**Napolitano Valentina,** Institut de Recherche pour le Développement
**Lucia G. Del Moral,** University of Granada
**Neve Gordon,** Queen Mary, University of London
**Koenraad Bogaert,** Ghent University

## ROUNDTABLE
*I-02: The New Warscape of the Middle East: Critical Security Approaches*

Organized under the auspices of Security in Context (SIC) Initiative

Organizer/Chair: **Sean Yom,** Temple University

**Sean Yom,** Temple University
**Tariq Dana,** Doha Institute for Graduate Studies
**Haya Al-Noaimi,** Northwestern University in Qatar
**Pete W. Moore,** Case Western Reserve University
**Omar Dahi,** Hampshire College

## WORKSHOP
*I-03: Become a Middle East Expert in Foreign Politics*

Organizer/Chair/Discussant: **Rita Stephan,** North Carolina State University

**Rita Stephan,** North Carolina State University
**Maro Youssef,** George Washington University
**Claudia Youakim,** Georgetown University

*I-04: Counter-Hegemonic Articulations of "Decentering the West" in the Islamic Intellectual Field in Turkey*

Organizer: **Gizem Zencirci,** Providence College
Chair/Discussant: **Mohammed A. Bamyeh,** University of Pittsburgh

**Gizem Zencirci,** Providence College *"Decentering the West" and Dissident Readings of Ottoman-Islamic Economic Heritage*
**Kadir Can Celik,** Bilkent University *Decentering the West: Muslim Anarchism and Counter-Hegemonic Activism in Turkey's Islamic Intellectual Field*
**Fatma Murat Elmacioglu,** Bilkent University *A Muslim Agora: Challenging Modern Urbanity in Two Fronts in Cihan Aktaş's Work*
**Zeynep Önal Aytaç,** Bilkent University *A Muslim Feminist NGO in Turkey: The Case of Havle Women's Association*
**Ismail Yazici,** Bilkent University *The Making of Internationalist Islamism in Turkey: The Case of Hamza Türkmen*

*I-05: Spatial Dynamics of Ottoman Transformation: Navigating Geographies in the Nineteenth Century*

Organizer/Chair: **Efe Erünal,** Koc University

**Efe Erünal,** Koc University *Crafting a Geo-sampling Model for Nineteenth-Century Analysis of Agricultural Production in Ottoman Regions*
**Mustafa Emre Gunaydi,** Stanford University *Where Does Iraq Stand in the Spatial Imaginations of the Ottoman and British Empires?*
**Tuna Basibek,** University of Washington, Seattle *Seeking The Province in Governing Ottoman Borderlands: The Case of Anapa and the Circassians, 1812-1828*
**M. Erdem Kabadayi,** Koc University *A Long-Term Examination of Rural Demography and Land Use and Land Cover Change in the Bursa Region (1840-1980)*

*I-06: Publics and Presence in Times of Change, Part One, "New Public Horizons"*

Organizer/Chair: **Stephanie Victoria Love,** University of Pittsburgh
Organizers: **Deina Rabie,** University of Arizona, **Zachary Sheldon,** University of Pittsburgh

**Stephanie Victoria Love,** University of Pittsburgh *The Street of the Future: Public Co-presence after Civil War in Oran, Algeria*
**Kristin Hickman,** University of Mississippi *Capillary Publics: Race, Identity, and Hair in Morocco*
**Yzza Sedrati,** Graduate Center, CUNY *Reciting the Power of the People: The Minipublics of Solidarity in the Pro-Palestinian Movement in Morocco*

**SESSION I**  11:30 AM - 1:30 PM (EST)
MONDAY, NOVEMBER 11, 2024



Kerem Ussakli, Stanford University *"Perception
Operations": Some Preliminary Observations towards an
Anthropology of New Authoritarian Publics*

*I-07: Advancing the Nation: Manifestations of
Nationalism in Modern Southwest Asia and North
Africa*

Organizer: **John Dieck**, University of Minnesota, Twin
Cities
Chair: **Shoko Watanabe**, The University of Tokyo

**Yasemin Bavbek**, Brown University *Nationalizing
Citizenship: "Experts in Corruption" and Ottoman
Education as a Transnational Field of Contestation*
**John Dieck**, University of Minnesota, Twin Cities
*Nationalism in the Market: The Régie Co-Intéressée des
Tabacs and the Fight for Moroccan Liberation (1945-
1956)*
**Fumika Watanabe**, Waseda University *Nationalism on Air:
Moroccan Independence Movement, Şawt al-'Arab, and
the Role of International Radio Broadcasting*
**Keenan Wilder**, Brown University *Nationalism and
Communism in the Colonial Tunisian Labor Movement*

*I-08: Invisible Intimacies in Everyday Gendered
Spheres in Egypt*

Organizer: **Omnia Khalil**, City College of New York

**Omnia Khalil**, City College of New York *Going Home,
Gendered Mobility in Cairo's Buildings*
**Heba M Khalil**, Nebraska Wesleyan University *Sexualized
Bodies: Lawyers' Everyday Battles in Egypt's Courts*
**Aya Nassar**, University of Warwick *"Explode Your Old
Bathroom": Attachment, Scenes of Domesticity, and the
City*
**Nada El-Kouny**, Forum Transregionale Studien - Berlin
*The Invisible Hand: A Matriarch's Unnoticed Labour*

*I-09: Medieval Material Culture*

Chair: **Andrea Castonguey**, Western New England
University

**Taha Poonawala**, Aljamea tus Saifiyah *The Art of
Ostentation: Fatimid Coins as Markers of Authority,
Ideology, and Identity*
**Husain Dungarpurwala**, Aljamea tus Saifiyah *Color
Contrast of Legitimacy: White Symbolism in the Fatimid
Empire*

**Dawood Mirza**, Aljamea tus Saifiyah and **Jamali
Abduttayyeb**, Aljamea tus Saifiyah *A Historical
Reexamination of the Fatmid Tiraz Textiles in Relation
to the Textual Records*
**Elias G. Saba**, Grinnell College *Text(iles): Dress and
Fashion in Mamluk-Era Legal Sources*
**Umar Shareef**, Georgetown University *Taqyid al-Mubāh
and Tobacco: Between Ottoman Administrative and
Legislative Authority*
**Lyla Halsted**, Davidson College *Reflecting the Evil Eye:
Medieval Islamic Talismanic Mirrors Inscribed in Arabic*

*I-10: Production of Knowledge*

Chair: *Volunteer needed*

**Ziad Kiblawi**, University of Oxford *Revisiting 20th Century
Arabic Historical Epistemology*
**Abed El Qadir Kanaaneh**, Tel Aviv University *Between
Islam and Socialism: The Intellectual Journey of Hussein
Muruwwa*
**Mohannad Abusarah**, University of Toronto *Hasan al-
Husayn: A Gateway into Early 19th Century Palestinian
Intellectual and Social History*
**Sezer Durak**, The University of Texas at Austin *Islam
Encounters Nationalism: Mehmet Akif Ersoy on National
Identity*
**Melis Hafez**, Virginia Commonwealth University *How to
Advance Your Nation and Your Bureaucratic Career
Simultaneously: A Non-Moral Approach to the Morality
Scripts in the Ottoman Empire 1880-1914*
**Ceren Verbowski**, York University *Writing the Nation's
Other: The Turkish History Thesis as a Spatiotemporal
Discourse and Its Colonial (Re)construction of the Orient*

*I-11: Authoritarian Practices and Gender*

Chair: *Volunteer needed*

**Calvert Jones**, University of Maryland, College Park
*Do Modernizing Monarchs Impress? How Reforms
Undertaken by Authoritarian Regimes in the Middle
East Influence US Perceptions of Legitimacy*
**Mine Eghatan**, University of Arizona *Disability, Gender
and Infrastructure in Populist Authoritarian Turkey*
**Nadine Kreitmeyr**, University of Canterbury *First Ladies &
Security Crises in Authoritarian Regimes: A Case Study
of Queen Rania of Jordan*
**Lindsay J. Benstead**, Portland State University *Is Gender
Diplomacy Effective? Quotas and International
Perceptions of Democracy in Authoritarian Regimes*

**SESSION I**    11:30 AM - 1:30 PM (EST)
MONDAY, NOVEMBER 11, 2024



*I-12: The Monstrous and the Gothic in Middle East Literature*

Chair: **Jörg Matthias Determann,** Virginia Commonwealth University

**Fatima-zohra Kettaf,** National Institute of Oriental Languages and Cultures (INALCO) *Intertextuality and Justice in Frankinštäyn Fī Baġdād: The Modern Iraqi Leviathans*

**Elham Vatankhahan Esfahani,** Tarbiat Modaress University *To Be Expecting or Expected: Pregnant Body and Subjection in "Lady Deer" (2020) by Maryam Hosseinian*

**Sara Madandar A.,** University of Arizona *The Gothic in Forugh Farrokhzad's Poetry*

*I-13: Literary and Performative Potentialities and Community Formation*

Chair: *Volunteer needed*

**Daniel Behar,** Hebrew University of Jerusalem *Tadāfur Poetics: Modes of Collaborative Composition in Modern Arabic Poetry*

**Garrett Shuffield,** The University of Texas at Austin *"We Drink Fire to Chill Out": Tibāq, Jinās, and Rhetorical Innovation in Contemporary Arabic Hip-hop*

**Nergis Erturk,** Pennsylvania State University *Literature Behind Bars*

**Rim Irscheid,** King's College London *"Home Is so Sad": Collaborative Music Production and Curatorial Activism in Post-Explosion Beirut*

*I-14: Gulf Practices of Citizenship and Labor*

Chair: *Volunteer needed*

**Alex Boodrookas,** Metropolitan State University of Denver *Comrades Estranged: The Struggle for Noncitizen Rights in Postcolonial Kuwait*

**Lauren Clingan,** Princeton University *"In Dubai, It's Very Difficult:" Neoliberal Foreclosures and Gendered Sacrifices for Work and Family*

**Mahasin Saleh,** Doha Institute for Graduate Studies *Advocating for Family-Friendly Policies: First-Time Fathers' and Mothers' Recommendations for Parental Leave in Qatar*

**Keye Tersmette,** Harvard University *Democratic Refusal: Silent Citizenship in Oman*

**Emilie Rutledge,** The Open University *The Tour Guide Profession: A Likely Career Path for UAE Nationals Majoring in Tourism?*

*I-15: Feminism and Fabulations*

Chair: *Volunteer needed*

**Sarwerasa Rafizada,** University of California, Los Angeles *The Exploration of Afghanistan Women's Fiction: A Comprehensive Examination*

**Narges Pourmohammadian Roudsari,** University of Göttingen *"Wiles of Women" Stories in Ṭūṭi-nāma and Ǧawāhir al-asmār*

**Gizem Sivri,** Stanford University *Outlaws and Outliers: Female Criminal Protagonists in Late Ottoman and Early Republican Literary Narratives (1860-1930)*

**Hiba Ghanem,** Doha Institute for Graduate Studies *Translating Untranslatables: Women's Rights through the Lens of Political Cartoons in Turkey, Iran, and Egypt*

**Sibel Erol,** New York University *Reading Halide Edib Adıvar in the 21st Century*

*I-16: Zionist Settler Violence*

Chair: *Volunteer needed*

**Amir Reicher,** The Hebrew University of Jerusalem *Becoming and Unbecoming "Real" Men and Women on the West Bank Settler-Colonial Frontier*

**Nathaniel Shils,** Wellesley College *Annexation and the "One State Reality" in Israel/Palestine: The Evolution of Israel's Mechanisms of Territorial Incorporation*

**Maia Carter Hallward,** Kennesaw State University and **Amer Alnajar,** Kennesaw State University *From Disengagement to Invasion to Reoccupation? Analyzing Israeli Narratives of Gaza*

**Netanel Flamer,** Bar-Ilan University *The Israeli Perception and Response to the Phenomenon of Harming Individuals Suspected of Collaborating with Israel within Palestinian Society during the First Intifada (1987-1993)*

**Beatrice Waterhouse,** University of California, San Diego *Political Vigilantism in Israel: Lehava's Violent Incitement as Moral Panic*

**SESSION I**  11:30 AM – 1:30 PM (EST)
MONDAY, NOVEMBER 11, 2024



*I-17: Tradition and Change in Modern Islam*

Chair: *Volunteer needed*

**Samaneh Oladi**, Virginia Commonwealth University *Between Piety and Autonomy: Women's Quest for Emancipation*

**Nareman Amin**, Michigan State University *A Shaykh in Gym Clothes: Abdallah Rushdy, Religious Authority and Gender in the Age of Social Media*

**Nesya Rubinstein-Shemer**, Bar-Ilan University *Fatwās for an Unprecedented Minority: Sheikh Rā'id Badīr and the Fiqh of Medical Transplantation for Muslims Living in Israel*

**Rezart Beka**, Hammad Bin Khalifah University *Abdulla Bin Bayyah (b. 1935) and Neo-Traditionalism: A Critical Evaluation*

**Nadir Ansari**, University of Toronto *"Tradition Must Be Left Out": Questioning of the Tafsīr Tradition by the Modernist Islamic Reformers and the Response from the Traditional "Islamist Tafsīr" – The Case of al-Baydāwī*

**Wael Abu-Uksa**, Hebrew University of Jerusalem *The Language of Secularism in Arabic: Terminology, Semantics and Anatomy*

*I-18: The Empires of Senses: Multisensory Experience in the Ottoman and Safavid Realms, 1400s-1600s*

Organizer: **Yusuf Unal**, Utrecht University

**Zeynep Oktay**, Bogazici University *The Body, Senses and Spiritual Power in Late Medieval Turkish Texts*

**Yusuf Unal**, Utrecht University *The Color of Heresy and Sanctity: The Qizilbash Red Cap in the Sight of Its Beholders*

**Matthew Melvin-Koushki**, University of South Carolina *Boozing and Battling and Democratic Magic: The Qizilbash Sensorium Maps the Timurid-Safavid Transition in a Persian Imperial Grimoire*

**Babak Rahimi**, University of California, San Diego *The Clamor of Maydan-e Naqsh-i Jahan: The Political Sensory of The Safavid Isfahan Public Square*

**Damla Gürkan Anar**, Independent Researcher *Multi-Sensory Experiences in the Ottoman and Safavid Sacred Spaces: Sultan Ahmed Mosque and Masjid-e Shah*

*I-19: Justice and Human Rights*

Chair: **Lily Hindy**, UCLA

**Mansour Almaswari**, MESA Global Academy *Human Rights Violations During Wartime in Yemen: Unveiling the Reality of Abduction, Detention and Forcible Disappearance Between (2018-2023)*

**Zehra F. Kabasakal Arat**, University of Connecticut *Human Rights Norms in Turkey: A Historical Analysis of Political Party and Government Programs*

**John Miller**, University of North Carolina at Chapel Hill *Rival Conceptions of Justice and the Critique of Patriarchy in Iran*

**Lillian Frost**, Virginia Tech *Temporary Citizens: Precarious Gaza Refugee Rights in the Shadow of Jordan's Law*

**Simon Weiser**, Ludwig Maximilian University of Munich *Family and Intimate Relationships of Syrian Refugees in Germany*

**SESSION II**  2:30 - 4:30 PM (EST)
MONDAY, NOVEMBER 11, 2024



**ROUNDTABLE**
*II-01: Politics of Gender and Religion in the Contemporary Middle East*

Organizer/Chair: **Ozlem Altiok**, University of North Texas

**Bihter Somersan**, Independent Scholar
**Ghazaleh Ebnenasir**, University of North Texas
**Ozlem Altiok**, University of North Texas
**Zuheyla Izin**, Concordia University

**ROUNDTABLE**
*II-02: Reimagining Turkic/Turkish Language Education in the Decline of the Humanities*

Sponsored by the American Association of Teachers of Turkic Languages (AATT)

Organizer/Chair/Discussant: **Nalan Erbil**, University of Wisconsin-Madison

**Jeannette E. Okur**, University of Texas at Austin
**Nalan Erbil**, University of Wisconsin-Madison
**Didem Havlioglu**, Duke University

*II-03: Histories of Palestinians Navigating Education: Struggles across Time and Space*

Sponsored by the Palestinian American Research Center (PARC)

Organizers: **Alyssa Bivins**, George Washington University, **Hilary Falb Kalisman**, University of Colorado at Boulder
Chair: **Mezna Qato**, University of Cambridge

**Julia Shatz**, California State University, Fresno *Gendered Rehabilitation: Practical Education in Reformatory Schools During the Mandate*
**Alyssa Bivins**, George Washington University *The First Intifada and the Fight for Schooling in East Jerusalem*
**Hilary Falb Kalisman**, University of Colorado at Boulder *The Rest and the Test: Israel's Psychometric Examination, Its Palestinian Population, and the Globalization of American Educational Methods*
**Jo Kelcey**, Lebanese American University *Navigating the Nineties: Palestinian Education during Lebanon's Post-war Reconstruction (1990-2010)*

*II-04: Forms of Solidarity: Leftist Literature, Internationalism, and the Arab World*

Organizers: **M.J. Ernst**, New York University, **Maru Pabón**, Yale University
Chair: **Levi Thompson**, University of Texas at Austin
Discussant: **Ziad Dallal**, Bard College

**Ellis Garey**, Brown University *Toward a Soviet Future?: Anti-colonial Communism in Syria and Lebanon*
**M.J. Ernst**, New York University *The Struggle for World Peace: Afro-Asian Solidarity and Decolonization in the Theater of 'Abd al-Rahman al-Sharqawi*
**Maru Pabón**, Yale University *"Salam Hermanos!": The ICAP and the Poetics of Third-Worldist Solidarity*
**Emily Drumsta**, University of Texas at Austin *Muin Bseiso's Poetics of Suspension*
**Ekaterina Vasileva**, University of Erfurt *What is Anticolonial Journalism? Arab Students and Soviet Journalistic Scholarship, 1960s-1980s*
**Adam Spanos**, University of Southern California *Epistemologies of Egyptian Postcolonial Solidarity*

*II-05: Environmental Challenges in the Middle East: A Comparative Analysis of Legislative and Governmental Policies in Iran and Lebanon (1900-Present)*

Organizers: **Amit Sadan**, University of New Mexico, **Saghar Sadeghian**, Willamette University

**Saghar Sadeghian**, Willamette University *Evolution of Forest Management: Analyzing the Actions of the First Five Iranian Constitutional Parliaments (1906-1926)*
**Eric Lob**, Florida International University *From the Corps to Jihad: Iran's Unsustainable Development and Environmental Degradation*
**Amit Sadan**, University of New Mexico *Hydraulic Infrastructures and Political Change in 20th-Century Iran: Evolution or Revolution?*
**Owain Lawson**, Lehigh University *Organized Abandonment and Political Ecology in Postcolonial Lebanon*

**SESSION I** | 2:30 – 4:30 PM (EST)
MONDAY, NOVEMBER 11, 2024



II-06: Feeling as Knowing: Affect, Intellect, and
Embodiment in Islam

Organizer/Chair: **Brittany Landorf**, Emory University
Organizer: **Joseph Leonardo Vignone**, Gonzaga
University
Discussant: **Allison Kanner-Botan**, University of
Colorado at Boulder

**Joseph Leonardo Vignone**, Gonzaga University *Innate
Heat and Human Sexuality in a Fifteenth-Century Digest
of Natural Philosophy*
**Sara Omar**, Georgetown University *Indeterminate Bodies,
Desire and Sexing Oneself in Muslim Legal Discourses*
**Brittany Landorf**, Emory University *Embodying
Abasement and Debating Divine Madness in Early
Modern Moroccan Sufism*
**Lauren Osborne**, Whitman College *Seeing and Hearing in
the Text of the Qur'an*
**Lilian McCabe**, Yale University *The Conditions for
Magical Practice: Comportment, Embodiment, and
Transformation in Arabic Grimoires*

II-07: Linking Iraq and the Gulf: New Historical and
Literary Perspectives

Organizer: **Arbella Bet-Shlimon**, University of
Washington, Seattle
Chair/Discussant **Fahad Bishara**, University of Virginia

**Abdulrahman Alebrahim**, Doha Institute for Graduate
Studies *A Sheikhdom Lost within Narratives: Exploring
the Influence of al-Zubayr in the Tripartite Relationship
with Kuwait and Najd*
**Camille Cole**, Illinois State University *What Was Ottoman
Sovereignty? The View from Kuwait*
**Arbella Bet-Shlimon**, University of Washington, Seattle
*Producing a Crisis, c. 1961: Extraction, the Environment,
and Iraqi and Kuwaiti Sovereignties*
**Adhraa A. Naser**, University of Baghdad *Iraqi Poetry after
the Gulf wars: The Long Road of Death*

II-08: Re-imagining Research and Representation:
The (Geo)politics of Visual and Cinematographic
Culture in Iran

Organizers: **Paniz Musawi Natanzi**, Duke University, Nat
Nesvaderani, Universite Laval

**Nat Nesvaderani**, Universite Laval *Experimental
Documentary Filmmaking Fatigue: Iranian Film
Directors and Demands of the Global Arthouse Market*
**Mozhgan Fazli**, Simon Fraser University *Navigating
Masculinities in Iranian Cinema*
**Mariam Abazeri**, University of Miami *Translating Visual
Meaning: Analyzing Cross-Cultural Reception of an
Iranian Participatory Film*
**Paniz Musawi Natanzi**, Duke University *Afghan, Afghani,
Afghanistani? Racial Capitalism, Masculinities and
Aesthetic Migrant Labor in Iran*

II-09: Publics and Presence in Times of Change,
Part Two, "New Counterpublics"

Organizer/Chair: **Deina Rabie**, University of Arizona
Organizers: **Stephanie Victoria Love**, University of
Pittsburgh, **Zachary Sheldon**, University of Pittsburgh

**Rizwan Ahmad**, Qatar University *Signage on the Margins:
Study of Unofficial Signs from Zone-57*
**Deina Rabie**, University of Arizona *Abayas, Gahwa,
and Straight Talk: To What Extent Can the Ostensibly
Apolitical Emirati Lifestyle Influencer Be Political?*
**Zachary Sheldon**, University of Pittsburgh *A Conspiracy
of Truth: Wartime Money Laundering and Popular
Suspicion in Amman, Jordan*
**Alex Kreger**, University of Pennsylvania *Neither Inside
nor Outside Islam: Messianic Refusal and Mutual
Contentment in Alevi Musical Stage Performances in
Turkey*

II-10: Reclaiming Identity and Indigeneity: Forms
of Resistance and Memory in (Post)genocidal
Contexts

Organizer/Chair: **Enaya Othman**, Marquette University

**Enaya Othman**, Marquette University *Palestinian Women's
Activism to Resist Genocide through Embroidery and
Cultural Dress*
**Joanna Bochenska**, Jagiellonian University *Building
Heritage Bridges: Different Dialects, Memories and
Cultures in the Kurdish Transnational Context in the
Middle East*
**Burcu Bugu**, University of California, Los Angeles
*Contested Pasts and Counter-Hegemonic Struggles:
Cultural Heritage, Memory, and Identity in Dersim*
**Silvia Marsans-Sakly**, Fairfield University *Resilient
Threads: Palestinian Solidarity and Diasporic Memory
in Cuba's Arab Community*

## SESSION II
### 2:30 – 4:30 PM (EST)
### MONDAY, NOVEMBER 11, 2024



Gülnur Demirci, Malmo University *Embodied Memory in Post-violence Contexts: An Analysis of Circassian Folk Dances in Türkiye*

### II-11: Feminist Ecocriticism and Women's Art in the SWANA Region

Organizer: Danielle Haque, Minnesota State University, Mankato
Chair: Jameel Haque, Minnesota State University, Mankato

Danielle Haque, Minnesota State University, Mankato *Oceanic Ontologies and Oil in the Work of Monira al Qadiri*
Holiday Powers, Virginia Commonwealth University *Kamala Ibrahim Ishaq's Plant Families*
Damien Tissot, Georgetown University School of Foreign Service in Qatar *Energy, Land, and the Commons in the Work of Marwa Arsanios*
Jameel Haque, Minnesota State University, Mankato *Ecological Solidarities: Artistic Responses to the Christchurch Attack*

### II-12: Reframing Artistic Terrains: Landscapes, Migrations, and Modernisms

Chair: *Volunteer needed*

Tracy Valcourt, Concordia University *"Pure Landscape" and Atmospheric Ambiguation: Picturing Deserts*
Elisabeth Friedman, Illinois State University *Politics and Mythology in Dor Guez's Palestinian Landscapes*
Chelsea Haines, Arizona State University *Mapping Refugee Modernism(s)*
Connie Sjodin, University of Oxford *Plastic Elements of the Third World Revolution: Aouchem and the Casablanca Art School*
Sarah Dwider, Northwestern University *Abstracted from the Nation: Modern Egyptian Art and the Ethnographic Gaze in Nubia, 1962-1970*
Ehsan Sheikholharam, Kennesaw State University *The Mediasphere and Representations of Muslim Modernities*

### II-13: Academic Freedom and Pedagogy on Trial

Chair: *Volunteer needed*

Amanda Najib, New York University *Unveiling Structural and Institutional Racism: Palestinian American Experiences in U.S. Higher Education through a Critical Race Theory Lens*
Lucia G. Del Moral, University of Granada *Exploring Academic Freedom in Spain*
Shonara Awad, Oklahoma State University *Refugee Education Challenges and Identity Formation*
Maryah Converse, University of Arizona *Normative L1 Arabic Verb Acquisition Order in Jordanian Children*
Alyeh Mehin Jafarabadi, University of Arizona *Exploring Liminal Space: Private English Language Academies in Mashhad, Iran*

### II-14: Perspectives on Race and Unfreedom

Chair: Suha Kudsieh, Independent Scholar

Benjamin Berman-Gladstone, New York University *"They Were Disobedient Slaves": The 1943 Rebellion of Enslaved People in Shihr and Mukalla*
Seong Hyun Kim, University of Oxford *The Promise of Slave Trade Revival by the Egyptian Khedivate in East Africa: A Case of the Khedival Ambivalent Stance to Anti-Slavery in the 1870s*
Alexa Herlands, University of Chicago *The Islamic West between Whiteness and Blackness: Climatological Racism in The Geography of Ibn Saʿīd al-Maghribi*
Alaa El-Shafei, Columbia University *Convicts and Conscripts: Race and Colonial Carcerality in Egypt and Sudan, 1880-1920*
Thomas Kuehn, Simon Fraser University *Slave Traders in the Service of Empire: Ottoman Imperial Governance in Yemen and the Red Sea Slave Trade, 1880-1914*
Samer Mayyas, Irbid National University, Jordan *The Traumatized Black Psyche: Enslavement as an Unending Psychological Trauma in Contemporary Arabic Literature*

**SESSION II**   2:30 - 4:30 P.M. (EST)
MONDAY, NOVEMBER 11, 2024    MESA 2024

*II-15: Crossing Borders: National & Cultural Identity*

Chair: **Samaneh Oladi**, Virginia Commonwealth University

**Nada Ayad**, The Cooper Union *Claiming Ancient Egypt*
**Hanan Natour**, Freie Universitat Berlin *In Search of the Tunisian Political Novel in Arabic*
**Tianrui Ma**, Indiana University Bloomington *Claustrophobia, Chaos, and Confusion: Deciphering Identity in The Apartment in Bab El Louk*
**Varol Kahveci**, Columbia University *Cultural Crossroads: Revisiting German Orientalism*

*II-16: Asian Connections*

Chair: **Kristin Tassin**, University of Texas at Austin

**Nicholas Mangialardi**, Williams College *"Calling from a Distant Land": Ragai Wanis, Japan, and Egypt's Global 1960s*
**Claire Cooley**, Tufts University *Jamming the West/South Asia Soundscape: Newsreels, Radio, and Propaganda-Thrillers During World War II*
**Yasemin Celikkol**, Northwestern University in Qatar *Turkish Television in Japan*
**William Figueroa**, University of Groningen *Heritage Diplomacy and Patriotic Internationalism: Afghan Historian Ahmad Ali Kohzad's 1958 Visit to China*
**Axl (Kexin) Cheng**, Harvard University *Assessing Colonization: Xinjiang and Egypt as Imperial Projects*

*II-17: Authoritarian Practices in Iran and Turkey*

Chair: **Nihat Celik**, San Diego State University

**Nina Maziar**, University of Arkansas *Seeking Sovereignty through Imprisonment: How the Islamic Republic of Iran Searches for Supremacy in Imprisoning Dissidents*
**Rabia Kutlu Karasu**, Stanford University *Between Democracy and Autocracy: The Shifting Ideological Landscape of Parliament in Turkey*
**Tereza Jermanová**, Charles University in Prague and **Matouš Horcicka**, Charles University in Prague *A Sham, a Coordination Device, or Something Else? Authoritarian Constitution as a Key Arena of Political Contention in Post-1979 Iran*

**Guney Demir**, Graduate Center, CUNY *Opposition Pockets in Competitive Authoritarian Regimes: Case of Turkey*
**Andrew O'Donohue**, Harvard University *Courts Against Democracy: How a Historical Legacy of Judicial Bias Enabled Democratic Backsliding in Turkey*
**Hossein Hafezian**, Montclair State University *"Elections Engineering" and Obstacles to Political Development in Iran*

*II-18: Muslim Pilgrimage: Sacred Spaces, Infrastructural Barriers, and Anti-Patriarchal Discourse*

Organizer/Discussant: **Sarah Eskandari**, University of Pennsylvania
Chair: **Firoozeh Kashani-Sabet**, University of Pennsylvania

**Sarah Eskandari**, University of Pennsylvania *Faith, Fight, Flight: Women and Counter-Patriarchal Discourse through Pilgrimage, 1850-1925*
**Yahya Nurgat**, Sabanci University *Between the Sacred and the Mundane: Ottoman Scholars and the Practicalities of the Early Modern Hajj*
**Karen C. Pinto**, University of Colorado at Boulder *Through the Directionality of Pilgrimage and Prayer: Ways of Seeing Mecca, Medina, and Other Sacred Places*

*II-19: Navigating Assyrianness: Symbols, Politics, and Identity in the 21st Century*

Sponsored by the Assyrian Studies Association (ASA)

Organizer/Chair/Discussant: **Alexandra Lazar**, University of California, Davis
Discussant: **Sargon Donabed**, Roger Williams University

**Arbella Issa**, San Francisco State University *Assyrian Identity in Relation to Ba'athism*
**Christina Salem**, Oakland University *Navigating Assyrianness: Symbols, Politics, and Identity in the 21st Century*
**Alexandra Lazar**, University of California, Davis *Demographic Shifts and Political Violence in the Middle East: Analyzing the Interconnections*

# SESSION III

**11:30 AM - 1:30 PM (EST)**
**TUESDAY, NOVEMBER 12, 2024**



## SPECIAL SESSION
### III-01: CAF Current Events

Organized by MESA's Committee on Academic Freedom (CAF)

*Presenters and topic to be determined closer to the annual meeting.*

## ROUNDTABLE
### III-02: Ecocriticism and Literature form the Middle East

Organizer/Chair: Nada Tayem, Indiana University of Pennsylvania

Nada Tayem, Indiana University of Pennsylvania
Doaa Omran, University of New Mexico
Touria Khannous, Louisiana State University
Najlaa Aldeeb, Swansea University
Ibtisam M. Abujad, Marquette University

### III-03: Knowledge Translated and Vernacularized: Science, Magic, and Philosophy in the Islamicate World

Organizer: Ahmed Almaazmi, Princeton University
Chair/Discussant: Justin Stearns, New York University Abu Dhabi

Thomas Benfey, University of Tuebingen *The Arkand and the Reception of Indian Astronomy in the Sasanian and Early Islamic Empires*
Cem Turkoz, Harvard University *Wisdom for Public Good: Vernacularizing Philosophy in 18th-Century Ottoman Provinces*
Genie Yoo, Dumbarton Oaks *Translating for this Life and the Next: Sex, Materia Medica, and Understandings of Creation and the Afterlife in Islamic Southeast Asia*
Ahmed Almaazmi, Princeton University *Asking Sentient Trees: Arabian Translations of East African Magic and Swahili Language in the Omani Empire*

### III-04: Smuggling and Borderlands in the Middle East and North Africa

Organizer/Chair: Max Gallien, University of Sussex

Peyman Zinati, University of Exeter *The "War on Smuggling" and Everyday Life of Kurdish Qaçaqçi in Iran*
Yasmine Zarhloule, University of Oxford *"We Are Waiting for Time to Pass": Examining the Spatiotemporal Implications of Border Closures*
Lydia Letsch, Scuola Normale Superiore *Crossing Frontiers: Exploring Everyday Experiences in North African Borderlands*
Max Gallien, University of Sussex *Smugglers and States: Negotiating the Maghreb at Its Margins*

### III-05: Rethinking the Modern Middle East through a Multilingual History of Concepts

Organizer/Chair: Mary Elston, University of Oslo
Organizer: Marya Hannun, University of Exeter

Mary Elston, University of Oslo *Defining the Manhaj: al-Azhar and its Religious Scholars in Twenty-First Century Egypt*
Mustafa Akay, University of Oslo *Redefining Positionality: Tracing the Evolution of "Tarih-i Umumi" in Ottoman Historical Writings*
Alireza Shams Lahijani, University of Oslo *The Concept of Resistance and International Order in Twentieth-Century Iran*
Marya Hannun, University of Exeter *Writing "Asia" into Afghanistan & Afghanistan into Asia—Mahmud Tarzi and Pan-Asian Solidarities in the Early Twentieth Century*
Alisa Shablovskaia, University of Oslo *Consulting in the Name of Reason: The Islamic Multilayered Discourse on Consultation (Shura) and Reason ('Aql) in the Qajar Period*

### III-06: Exploring Alevi Cultural Heritage and Resilience: Music, Memory, Manuscripts

Organizer: Ozkan Karabulut, Harvard University
Chair/Discussant: Ayfer Karakaya-Stump, College of William and Mary

Ozkan Karabulut, Harvard University *Alevi Literary Culture: A Micro-Historical Study of the Şeyh Şazi Ocak's Library*

# SESSION III

**11:30 AM - 1:30 PM (EST)**
**TUESDAY, NOVEMBER 12, 2024**



Nazlı Özkan, Koc University *Constructing Histories of Violence against Alevis: Memory of Persecution versus Provocation Narratives*

Yasemin Karakuş, Istanbul University *Investigating a 20th Century Erkânname: Ayn-i Erkân Risâlesi*

Ezgi Benli-Garcia, Indiana University Bloomington *The Historical Circulation of Alevi Musical Practices through Private Music Schools*

Angela Andersen, University of British Columbia *A Culture of Architecture: Alevi Advocacy and Party Patronage of Municipal Cemevis*

**III-07: *Changing Perspectives on Tribes in the Modern Middle East: Insights from Syria, Iraq, and Yemen***

Organizer: **Laura Stocker**, University of Neuchatel

Laura Stocker, University of Neuchatel *Tribes in Transition: The Impact of Wartime Supply Regimes in the Syrian Jazira, 1939-1945*

David Jordan, Ruhr-University Bochum *The Bureaucratization and Tribalization of the Prophet's Kin in Ba'thist Iraq*

Najwa Adra, Austrian Academy of Sciences, Institute for Social Anthropology *Yemeni Tribes as Indigenous Civil Society*

Alexander Weissenburger, Austrian Academy of Sciences *South Arabian Genealogy and Its Challenges to the Huthi Movement's Claims to Authority*

**III-08: *Agri-Food Politics in Turkey: Defining the Alternative among Alternatives***

Organizers: **Burge Abiral**, The Ohio State University, **Atak Ayaz**, Geneva Graduate Institute

Discussant: **Brian Silverstein**, University of Arizona

Burge Abiral, The Ohio State University *Remaking Value and Creating Sociality with Ecological Food in Turkey*

Nurcan Atalan-Helicke, Skidmore College *Wheat Landraces, Small Farmers and Urban Consumers: Revival of Einkorn in Turkey*

Atak Ayaz, Geneva Graduate Institute *The Moral in the Money: Artisanal Wine in Turkey*

Caterina Scaramelli, Boston University *Making the Local Seed*

M. Fatih Tatari, Bilkent University *Does Certifying "Local" Food Contribute to the Alternative Food Networks? Potentials and Limits of the Geographical Indications in Turkey*

**III-09: *Multiple Layers of Childhood Landscape: Emotional, Physical, and Spatial Encounters in Late Ottoman Empire and Early Republican Turkey***

Sponsored by the Association of Middle East Children and Youth Studies

Organizer: **Atacan Atakan**, Sabanci University
Chair/Discussant: **Dylan Baun**, University of Alabama in Huntsville

Atacan Atakan, Sabanci University *Affective Attunements: Childhood and Gendered Emotions in Ottoman Novels*

Melis Sulos, Graduate Center, CUNY *Where Pain Meets Pride: Placing the Children's Palace in the Political and Emotional Landscape of the Capital Center, Ankara*

Cansu Degirmencioglu, Technical University of Munich *Decay and Regeneration: Narratives on Primary School Buildings in 1930s Turkey*

Didem Yavuz Velipaşaoğlu, Izmir University of Economics *Resonances: Hereke Factory Children From Empire to Republic (1890-1960)*

**III-10: *Depictions of Precarious Working Conditions for Arab Women Laborers***

Organizer/Chair: **Feroza Jussawalla**, University of New Mexico

Discussant: **Doaa Omran**, University of New Mexico

Feroza Jussawalla, University of New Mexico *Transnational Working Woman in Kuwait*

Doaa Omran, University of New Mexico *Egyptian Women Work Conditions in Khan's Movie "Factory Girl"*

Ghada Abdel Hafeez, Arab Open University *Trapped in Precariousness: A Postfeminist Study of The Yacoubian Building*

Najlaa Aldeeb, Swansea University *Women Working Conditions in Raja Alem's the Dove's Necklace*

**SESSION III**    11:30 AM - 1:30 PM (EST)
TUESDAY, NOVEMBER 12, 2024



### III-11: Fabricating Power

Chair: *Volunteer needed*

**Moran Zaga,** The Hebrew University of Jerusalem
*Dynamic Alliances: Tribal Shifts in the Arabian
Peninsula*

**Arthur Zárate,** San Jose State University *Sufism and
the Spirit of Activism in the Formation of the Muslim
Brotherhood's Call (Da'wa)*

**Kristine Swarts-Zanin,** University of California, Santa
Cruz *"Responsibility for the Safety of the Fabric": British
Construction in the Church of the Holy Sepulchre and
the Status Quo Policy 1927-1948*

**Mortaza Firuzi,** Encyclopaedia Islamica Foundation
*Nader Shah's Ecumenical Islamic Council (1743):
Exploring Approaches and Outcomes*

### III-12: (Post)Colonial Violence

Chair: *Volunteer needed*

**Francesca Freeman,** University of Notre Dame *The
Paradox of an International Police Force for the
Partition of Palestine*

**Mara Albrecht,** University of Erfurt *Competing Claims to
the Homeland: Contentious Performances and Urban
Violence in the Public Space of Early British Mandate
Jerusalem*

**Moheb Zidan,** Knox College *Capital Punishment in
Palestine during the British Mandate*

**Michele Pajero,** London School of Economics and
Political Science *Colonial Violence Behind the Frontline:
World War II in Libya and Tunisia, 1940-43*

**Cyma Farah,** Arab Council for the Social Sciences
*Constitutionalism as Counterinsurgency: The Case of
Lebanon's 1926 Constitution*

**Rasha Altameemi,** University of North Texas *The Plight of
Yazidi Women in Iraq: An Intersectional Perspective*

### III-13: Translating Difference

Chair: *Volunteer needed*

**Douja Mamelouk,** Le Moyne College *Translation as
Resistance: Arwa Salih's The Stillborn (2017)*

**Peiyu Yang,** George Mason University *Translating the
Other: Ghassan Kanafani's Travelogue ... And Then Arose
Asia*

**Heather Schell,** George Washington University *A Sheik in
Istanbul: Faith, Politics, and the Turkish Translation of
Harlequin Romance*

**Zeynep Nur Simsek,** University of Bologna *Fire of Malice
or the Rising Sun from the West: Translating French
Enlightenment into Ottoman Turkish*

**Monica Katiboğlu,** Istanbul Bilgi University *Constructing
Subjectivities: Translingual Narrative Devices in Eylül*

### III-14: Palestinian Governance

Chair: **Alyssa Bivins,** George Washington University

**Maya Rosenfeld,** Hebrew University of Jerusalem *On the
Contribution of the Palestinian National Authority to
the Formation of a New Middle Class in the Occupied
Palestinian Territories*

**Mae Cannon,** Churches for Middle East Peace *Gender in
Middle East Peace Negotiations: Contributions and the
Exclusion of Palestinian Women as Active Members of
the Palestinian Authority*

**Anas Iqtait,** Australian National University *Public
Revenues under Colonialism: The Fiscal Politics of the
Palestinian Authority*

**Samira Alayan,** The Hebrew University of Jerusalem *The
Reflection of the Israeli-Palestinian Conflict in History
Textbooks for Palestinian Pupils in East Jerusalem*

**François Ceccaldi,** Collège de France *The Fatah in Power:
When Nothing Is Legitimate*

### III-15: Queer Pasts and Futures

Chair: *Volunteer needed*

**Timmy Fatima Al-Muntafik,** California University of
Pennsylvania *Queerness in Islamic History*

**Melissa Camp,** University of North Carolina at Chapel Hill
*"I am Antony"...and Cleopatra: The 1919 Revolution,
Egyptian Opera, and the Queer Failure of Munira al-
Mahdiyya's Cleopatra and Marc Antony (1927)*

**Berkant Caglar,** University of Minnesota, Twin Cities
*Entangling Contentious Publics between Queers and
Muslim Feminists in Legal Cases*

**Hatim Rachdi,** Hamad Bin Khalifa University *Tamazgha:
Orientations Towards Queer Futures*

**Niloofar Rasooli,** ETH Zurich *Let the Prostitute Walk:
Wronged Bodies, Queer De-mapping and the Liminal
Spaces of Possibility, Iran, Early 20th Century*

**Nabiha Yahiaoui,** Concordia University *Re-orienting the
Gay International: Towards a Marxist Analysis of Sexual
Imperialism*

# SESSION III

**11:30 AM - 1:30 PM (EST)**
**TUESDAY, NOVEMBER 12, 2024**



## III-16: Debates on Aid, Rents, and NGOs

Chair: **Fulya Pinar**, Brown University

**Adam Almqvist**, University of Chicago *GONGOs and the Decentralization of State-Mobilized Movements in Autocracies: The Case of Jordanian Youth Mobilization*

**Ahd Alaraj**, Arab American University *The Importance of Foreign Aid for the Palestinian Case: Gaza Strip as a Case Study*

**Faedah Totah**, Virginia Commonwealth University *The Many Transformations of the UN Women's Center in the Old City of Damascus*

**Fukiko Ikehata**, Ritsumeikan University *Identity-Based International Politics: The Case of the Organization of Islamic Cooperation's Foreign Aid Diplomacy*

## III-17: Gendered Comedy in Algeria: A Panel in Honor of Nadjib Berber, Hadj Miliani, and Ameziane Ferhani

Sponsored by the American Institute for Maghrib Studies (AIMS)

Organizer: **Elizabeth Perego**, Appalachian State University

Chair: **Susan Slyomovics**, University of California, Los Angeles

**Elizabeth Perego**, Appalachian State University *A "Terrorist" Despite Himself: Men and Masculinity in Algerian Spoofs of Pontecorvo's The Battle of Algiers*

**Sami Everett**, University of Cambridge *Etymologies of Aïsha u Bendo*

**Abdelbaqi Ghorab**, Lancaster University *Humour and Masculinity in The Algerian Television of the Black Decade*

## III-18: Alternative Nahḍas & Tanzimats

Organizer/Chair: **C. Ceyhun Arslan**, Koç University

**Oksana Prokhorovych**, American University of Beirut *Translation, Paratext and Knowledge Production in the Arab Nahda*

**AJ Naddaff**, Stanford University *Traversing Genres: Ahmed Fares el-Shidyāq & the Press*

**Maha AbdelMegeed**, American University of Beirut *Khayāl: The Specter of the Collective in the Canon of Nahda*

**C. Ceyhun Arslan**, Koç University *"Ottoman Literature Means Arabic Literature": The Ottoman Canon and the Classical Arabic Heritage in Hacı İbrahim's Works*

## ROUNDTABLE
### III-19: Arabic Choral Music: Navigating the Challenges and Questions Encountered while Learning and Teaching the Repertoire

Organizer/Chair: **Angelina Lynne**, Universite Laval

**Angelina Lynne**, Universite Laval
**Jennifer Lee**, Université du Québec à Montréal
**Shireen Abu-Khader**, Dozan World Inc.

## WORKSHOP
### III-20 Conflict, Power, and Knowledge: Studies from the Middle East and Diaspora

Organized by MESA Global Academy

Chair: **Jessica Winegar**, Northwestern University

**Adel Dashela**, Columbia Global Centers, Amman *The Role of Yemeni Tribes in Mediation, National Reconciliation and Post-Conflict Peacebuilding*

**Begum Burak**, Independent Scholar *Political Interference in Academia: The Impact of 'Parachuting' on Turkish Universities*

**Basileus Zeno**, Trent University *Challenges of Knowledge Production in Diaspora: A Syrian Case Study*

**Mirwais Parsa**, University of Pittsburgh *Rent Seeking, Reform, and Special Influence Groups: Insights from Modern Afghanistan*

**Hamed Isar**, Independent Scholar *Balancing Tradition and Inclusion: Framework Principles for an Afghan Accord*

**SESSION IV**    2:30 -4:30 PM (EST)
TUESDAY, NOVEMBER 12, 2024



**ROUNDTABLE**
*IV-01: The Visual Maghreb*

Sponsored by the American Institute for Maghrib Studies (AIMS)

Organizer: **Susan Slyomovics**, University of California, Los Angeles

**Susan Slyomovics**, University of California, Los Angeles
**Daniel Coslett**, Drexel University
**William Gallois**, University of Exeter
**Dónal Hassett**, Maynooth University
**Zeynep Celik**, New Jersey Institute of Technology

*IV-02: Vexing Questions about the Interplay of Iran's Regional and Domestic Politics*

Organized under the auspices of The Iran 1400 Project

Organizer/Chair: **Sydney Martin**, Iran 1400 Project
Discussant: **Eric Lob**, Florida International University

**Robert Asaadi**, Portland Community College *The Hormuz Peace Endeavor (HOPE) and the Axis of Resistance: Competing Visions for Regional Security Architecture in the Persian Gulf*
**Shabnam Jane Holliday**, University of Plymouth *The Islamic Republic of Iran: "A New Order: Asia Powerful and Resistance Front Expanded"*
**Aram Hessami**, Montgomery County Community College *Internal Purification Vs. External Recalibration*

*IV-03: Political Economy as a Hermeneutical Tool for Interpreting Ottoman Sources*

Organizer/Chair/Discussant: **B. Harun Küçük**, University of Pennsylvania
Organizer: **Choon Hwee Koh**, University of California, Los Angeles

**Choon Hwee Koh**, University of California, Los Angeles *Hermeneutics of a Liquidity Crunch: Reading Monetary Policy in Imperial Orders about Ottoman Post Stations, 1713-1763*
**Jean-Philippe Bombay**, Harvard University *Inflation and Debasement: Thinking Ottoman History with Contemporary Monetary Theory*
**B. Harun Küçük**, University of Pennsylvania *Hezarfenn Hüseyin's Telhisü'l-Beyan Revisited: The Meaning of Political Economy in the Seventeenth Century*

*IV-04: Railroads in the Middle East: Visual images from the late 19th century to the first half of the 20th century*

Organizer: **Elena Andreeva**, Virginia Military Institute
Chair/Discussant: **Amit Sadan**, University of New Mexico

**Elena Andreeva**, Virginia Military Institute *The Trans-Iranian Railroad in Photographs by Westerners, 1920s-1940s*
**Alex Schweig**, University of Arizona *Clean Facades, Hidden Labor: The Bifurcated Image of Ottoman Technological Modernization*
**Inessa Kouteinikova**, Amsterdam Institute for Social Science Research *Photographic Babylon: Surveying Frontiers of Russian Turkestan*
**Xiaoyue Li**, Tulane University *Visual Railways in Egypt, 1852-1952*

*IV-05: Crossed Identities in the Pre-modern Islamicate*

Sponsored by the Middle East Medievalists (MEM)

Organizers: **Jeson Ng**, University of Chicago, **Ameena Yovan**, University of Chicago

**Jeson Ng**, University of Chicago *Arabic Verse in Persian Form: Medieval Experimentalisms at Play*
**Kaveh Hemmat**, Benedictine University *Race and the Black Chthonic in the Persian Epic Tradition: Zanj and Siyahan in the Kushnameh and Nezami's Alexander Epic*
**Ameena Yovan**, University of Chicago *Whose Land? Disrupting State Power through Regional Identity: The Zanj Revolt*
**Pierina Gonzalez**, University of Toronto *A Translator in Captivity: Leo Africanus/al-Wazzan in the Third Space*

*IV-06: Distributive Politics in Jordan: Interdisciplinary Perspectives, Approaches, and Methodologies*

Organizers/Chairs: **Kendra Kintzi**, Cornell University, **Elizabeth Parker-Magyar**, Massachusetts Institute of Technology
Discussant: **Steve Monroe**, National University of Singapore

# SESSION IV

## 2:30 - 4:30 PM (EST)
## TUESDAY, NOVEMBER 12, 2024



**Kendra Kintzi,** Cornell University *Deserts of Wind: Hybrid Land Use and the Distributive Politics of Jordan's Renewable Energy Frontier*

**Elizabeth Parker-Magyar,** Massachusetts Institute of Technology *Urbanization and the Maintenance of Tribal Networks in Jordan's Parliament*

**Taraf Abu Hamdan,** Central European University *Making an Enemy of Your Kin: Livelihoods, Development, and Marginalization in the Jordanian South*

**Allison Spencer Hartnett,** University of Southern California *After the Commons: Economic Opportunity and Colonial Legacies of Land Privatization in Jordan*

**Mohammed Shedeed,** The Ohio State University *Formalizing the Informal: Lessons Learned from Water Management Decentralization in Jordan*

### IV-07: Slow Violence and Hidden Culprits in the SWANA: "Green Neoliberalism", Capitalist Exploitation and the Future of Global Environmental Governance

Organizer/Chair: **Lauren Baker,** Northwestern University
Organizer: **Khaoula Bengezi,** York University

**Khaoula Bengezi,** York University *Capitalist Dreamscapes of an "Arid" Desertland: Slow Violences in Transforming Morocco's Sahara Desert into a Site of Energy Production*

**Ekin Kurtic,** Northwestern University *The Politics of Sacrifice and Nature Restoration in the Çoruh Valley*

**Lauren Baker,** Northwestern University *The Cost of Cleaning: Tracing the Slow Violences of Sanitization at COP27 and COP28*

**Kali Rubaii,** Purdue University *Against Cleanup: A Valley Harmed by Post-war Repair*

### IV-08: Alternative Sovereignties

Organizer/Chair: **Omar Shehabi,** Yale Law School
Discussant: **Aslı Bâli,** Yale Law School

**Omar Shehabi,** Yale Law School *From Crémieux to Gerezim: Performative, Constitutive and Disfiguring Citizenship in the Contested Spaces of the Middle East and North Africa*

**David Mednicoff,** University of Massachusetts Amherst *Refugee Governance at the Intersection of Transnational and Local Actors - Lessons for Contested Political Spaces of the MENA?*

**Aslı Bâli,** Yale Law School *Confederalism as Self-Determination*

**Omar M. Dajani,** University of the Pacific *Israel-Palestine and the Future of the Nation-State*

**Lily Hindy,** UCLA *Claiming Human Rights Violations in Iraq: Kurdish and Iraqi Ba'thist Attempts to Gain International Recognition in the 1990s*

**Jean-Baptiste Allegrini,** University College London *"Hospitality" Delegitimised by International Humanitarianism. When Mayors "Take Back Control" of the Political Economy of Solidarity in Lebanese Municipalities Receiving Displaced Syrians*

### IV-09: Islam and Imagination: Interpretation, Experience and Contestation

Organizer: **Alexander Shepard,** Indiana University Bloomington
Chair/Discussant: **John Walbridge,** Indiana University Bloomington

**Alexander Shepard,** Indiana University Bloomington *Al-Kulayni's Response to Ismailism: The Imagination of Al-Kulayni*

**Eduardo Acarón-Padilla,** Indiana University Bloomington *Ibn Sīnā's Theory of Fayd and the Description of Divine Art in Book III of Milton's Paradise Lost*

**SeyedAmir Asghari,** Baylor University *Beyond Jurisprudence: Imagination as a Catalyst in Shia Political Philosophy*

**Yasemin Kole,** Indiana University Bloomington *Imagining Sufism in America: Exploring Diversity and Authenticity in Sufi Orders*

**Andi Herawati,** Indiana University Bloomington *The Legacy from the Friends of God: Walāya and Imagination in the Indonesian Shadow-Theater (wayang)*

### ROUNDTABLE
### IV-10: Colonial Feminism and the Manufacturing of Consent for Israel's Genocide: A Critical Discussion

Organizer: **Alia Al-Saji,** McGill University

**Alia Al-Saji,** McGill University
**Brittany Munro,** CUNY Graduate Center
**Saadia Toor,** College of Staten Island, CUNY

AAUP-01308



# SESSION IV
### 2:30 –4:30 PM (EST)
### TUESDAY, NOVEMBER 12, 2024

**IV-11: *Making and Breaking Family Ties***

Chair: *Volunteer needed*

**Marisa Natale,** University of Illinois at Urbana-Champaign *Criminal Law as Family Law in Mandate Palestine*

**Huseyin Saglam,** Istanbul University *Sultanic Authority and Sharia: Regulations on Family Law in the Sixteenth Century Ottoman Empire*

**Hakan Karpuzcu,** Princeton University *The Burden of Matrimony in the Times of War: Religious Marriages and Legal Regulation in the Ottoman Empire (1914-1918)*

**Armen Abkarian,** University of Michigan, Ann Arbor *Pawns, Kings, and Queens: Zabel I and the Evolution of Cilician Armenian Kingship*

**Zehra Samlioglu-Berk,** Bogazici University *The Dark Side of Kinship: Intra-Familial Murders in the Late Ottoman Society*

**IV-12: *Nationalisms and Sovereignties in the Long 20th Century***

Chair: *Volunteer needed*

**Omar Kamal,** University of Chicago *Late Ottoman Responses and Communication from Palestinian Bedu and Fellahin Regarding the New Yishuv*

**Ali Hashemian,** Central European University *Hegemonic Masculinity in Early-Twentieth-Century Iran: Conceptual and Theoretical Challenges*

**Thomas Owings,** University of Pennsylvania *Awaken, Children of Ishmael: Race, Nationalism, and the United Mission in Iraq, 1921-1969*

**Kaoutar Ghilani,** University of Cambridge *Postcolonial "Failure"? Language Politics, Education, and Nation-Building in Morocco*

**Golaleh Pashmforoosh,** York University *Under Allied Occupation: Competition, Contestation, and National Struggle in Persian Gulf (1941-1946)*

**IV-13: *Writing on the Margins of Culture***

Chair: *Volunteer needed*

**Reem Taşyakan,** University of California, San Diego *Nostalgic Longing as Healing: Sites of Memory in Diana Abu-Jaber's Crescent*

**Niknaz Shadloo,** Independent Researcher *Cultural Dialogue and Hybrid Literary Space in Nahal Tajadod's More Iranian*

**Gregory J. Bell,** Princeton University *United Hearts in the United States: Genre Innovation in One of the Earliest Arabic "Novels" Published in the United States*

**Jocelyn Brody,** University of Hawaii at Manoa *Transnational Assemblages in Solmaz Sharif's Look*

**IV-14: *Memory and Living History***

Chair: **Gizem Zencirci,** Providence College

**Azadeh Safaeian,** University of Illinois at Chicago *Deafness and Re-membering in My Father's Notebook*

**Jonathan Barker,** University of Toronto *How Old Family Documents Made a Non-Historian Confront Family History*

**Hanna Salmon,** University of Texas at Austin *The Witnessing Voice*

**Mary Elaine Hegland,** Santa Clara University *Local Iranian Village Authors of Contextualized Memoirs: Foregrounding Indigenous Voices in Anthropological Publications*

**Rüya Kalıntaş,** Kadir Has University *Theater, Memory, and the Transformation of the Alevi Community*

**IV-15: *Geobodies and Geographies***

Chair: *Volunteer needed*

**Pouyan Shahidi Marnani,** Indiana University Bloomington *From Biobibliographies to Geodatabases: A Time-Lapse Map of Ibn Sīnā's Discipline-Specific Authorship, and a Geospatial Critique of His Imagined Past in Isfahan*

**Amr Leheta,** Cornell University *The Written Geo-Body and the Territorialization of Egyptian Geography, 1830s–1870s*

**Miranda Meyer,** Graduate Center, CUNY *Physicalizing and Pluralizing the Syrian Geo-Body in the Syrian Geological Journal*

**Sara Elizabeth Green,** University of Oxford *Negotiating Algerian Postcolonial Identities through Imagining Palestine, 1962-1982*

**IV-16: *Generations***

Chair: *Volunteer needed*

**Michaelle L. Browers,** Wake Forest University *Generational Consciousness as a Resource for Memory and Future Visions in Nablus, Palestine*

# SESSION IV

**2:30 - 4:30 PM (EST)**
**TUESDAY, NOVEMBER 12, 2024**



**Kathleen R. Kamphoefner,** American University in Cairo *Narratives of Change: Egypt's Retired Women Reflect on their Careers*

**Bethany Marzella,** Elon University *Between Conflict and Coexistence: Intra-Islamic Relations in Iraq*

**Cagdas Dedeoglu,** Yorkville University *Navigating Memory Work and Hybrid Activism: Insights from the Bogazici University Protests*

## IV-17: Neoliberalism and Informal Economies

Chair: **Lauren Clingan,** Princeton University

**Caitlin Alais Callahan,** American University in Cairo *Capital Nation: Billboard Advertising, Cash Economies and the Rise of the Dollar in Lebanon*

**Fulya Pinar,** Brown University *Trapped in the Neoliberal Dilemma: Repair through Necessity-Driven Refugee Entrepreneurship in Turkey*

**Jowel Choufani,** George Washington University *"It's the Easy Way Out": Notions of Family Obligation and Dignified Labor Vis a Vis the Begging Encounter in Beirut Cafes*

**Lara Khattab,** Mount Allison University *The Violence of the Neoliberal Crisis as Experienced by the Fishermen in Lebanon's Tripoli*

**Amelia Burke,** University of Michigan, Ann Arbor *Ties That Bind: Labor and Liquidity in Moroccan Households*

## IV-18: Gender, Racialization, Materialities, Embodiments

Chair: **Robert Flahive,** Whitman College

**Farha Ghannam,** Swarthmore College *The Social Life of Objects: Materiality, Class, and Gender in Urban Egypt*

**Nada Ali,** UCLA *Unveiling Hijab, Unveiling Hair in Egypt*

**Hafza Girdap,** Stony Brook University, SUNY *Turkish Women vs. Women from Turkey: Contextual Gendered Racialization*

**Yalda Hamidi,** Minnesota State University, Mankato *"Janin, Zand, Ajouyi" and Decolonizing "Iranian Genders" Baloch Women Collective Offers an Anti-Racist Narrative of the Woman, Life, Freedom*

**Khadija Islow,** Hamad Bin Khalifa University *Braiding Labor: Black Female Hairstylists and "Informal" Economies in Qatar*

**Yuree Noh,** University of Utah *Breaking Boundaries, Facing Backlash: Violence against Kuwaiti Women in Politics*

## IV-19: Death and Mourning in Iran

Chair: *Volunteer needed*

**Mohammad Mehdi Kimiagari,** Brown University *Reverberations of Redemptive Pain: Affective (Un) Staging in Abbas Na'lbandian's Suddenly... (1971)*

**Naima Mohammadi,** University of Pittsburgh *Iranian Mourning Mothers Movement: An Everyday Emotional Practice for Regime Change in Iran*

**Hamidreza Salehyar,** University of Toronto *Happiness as Redemption: Suffering in Contemporary Shia Mourning Rituals in Iran*

**Hajar Ghorbani,** University of Alberta *Modernity's Impact on Death Rituals: Tehran's Behesht-e Zahra Cemetery*

## SPECIAL SESSION

## IV-20 Sustaining Higher Education in Gaza

Organized by MESA Global Academy

Chair: **Judith E. Tucker,** Georgetown University

**Ahmed Abu Shaban,** Al-Azhar University
**Wesam Amer,** Gaza University
**Ata Darwish,** Al-Azhar University
**Osama Hamdouna,** Al-Azhar University
**Mnawar Najim,** Islamic University of Gaza

AAUP-01310

**SESSION V**   11:30 AM - 1:30 PM (EST)
WEDNESDAY, NOVEMBER 13, 2024



SPECIAL SESSION
*V-01: In Defense of Academic Freedom*

Organized under the auspices of the Gaza in Context Project

Organizers: **Bassam Haddad**, George Mason University, **Mariam Durrani**, American University

**Darryl Li**, University of Chicago
**Jairo Funez**, Texas Tech University
**Emmaia Gelman**, Sarah Lawrence College
**Mariam Durrani**, American University
**Sherene Seikaly**, University of California, Santa Barbara
**Bassam Haddad**, George Mason University

PROFESSIONAL DEVELOPMENT WORKSHOP
*V-02: How to Fund Your Ideas: Professional Development Workshop for Proposal Writing and Research Design*

Organized and Presented by **Suad Joseph**, University of California, Davis

ROUNDTABLE
*V-03: Halide Edip Turns 140*

Organizer/Chair: **Iclal Vanwesenbeeck**, SUNY Fredonia

**Iclal Vanwesenbeeck**, SUNY Fredonia
**Sibel Erol**, New York University
**Roberta Micallef**, Boston University
**Hulya Adak**, Sabanci University
**Nefise Kahraman**, University of Toronto

ROUNDTABLE
*V-04: Possibilities and Limits of Researching Yemeni Global Mobility*

Sponsored by the American Institute for Yemen Studies (AIYS) & the Arab American Studies Association (AASA)

Organizer/Chair: **Waleed Mahdi**, University of Oklahoma

**Nathalie Peutz**, New York University Abu Dhabi
**Ewa K. Strzelecka**, University of Wroclaw
**Marina De Regt**, VU University Amsterdam
**Bogumila Hall**, Polish Academy of Sciences
**Ashwak Hauter**, University of California, Santa Cruz
**Sara Swetzoff**, Eastern Connecticut State University

*V-05: Approaching Compendia in Modern Arab(ic) Intellectual History*

Organizer: **Michael Battalia**, Princeton University
Discussant: **Tom Abi Samra**, Princeton University

**Michael Battalia**, Princeton University *Khayr al-Dīn al-Ziriklī's Modernist Literary Project from Damascus to Mecca*
**Ghayde Ghraowi**, Yale University *Preserving and Forgetting the Ottoman Arabic Anthology in Modern Literary History*
**Johannes A.P. Makar**, Harvard University *From "Ṭabaqāt" to "Nawābigh": The Nahḍa as Biographical Age*
**William C. Young**, Georgia Southern University *From Ottoman Mushajjar to Digital Dawḥa: Explaining Change in the Formats of Genealogical Works in the Eastern Arab World*

*V-06: Social Contracts in the MENA Region – What Factors Drive Changes?*

Organizer: **Tina Zinti**, German Institute of Development and Sustainability

**Markus Loewe**, German Institute of Development and Sustainability *Drivers of Change in Social Contracts: Building a Conceptual Framework*
**Sari Madi**, University of Montreal *Critical Junctures, Labour Unions, and Social Dialogue in Tunisia and Lebanon: Implications for the Social Contract*
**Yannick Sudermann**, German Institute of Development and Sustainability *Towards an Exclusionary Social Contract: Narratives of a Revanchist City in (Post)war Syria*
**Bruce Rutherford**, Colgate University *Understanding Change in Egypt's Social Contract since 2011*

*V-07: Haunted Futurities: Cases from the Arab Gulf States*

Organizer: **Esraa Al-Muftah**, Qatar University
Discussant: **Talal Al-Rashoud**, Kuwait University

**Esraa Al-Muftah**, Qatar University *Institutional Erasures: The Case of Internationalization at Qatar University*
**Sara J. Musaifer**, New York University Abu Dhabi *Searching for Za'faranah: The (Im)possibilities of Black Girlhood in (Post)colonial Bahrain*

# SESSION V

**11:30 AM – 1:30 PM (EST)**
**WEDNESDAY, NOVEMBER 13, 2024**



**Maryam AlHajri,** University of Edinburgh *Silencing Processes as a Form of Historical Erasure: Histories of Qatar's Social Movements*

**Tareq Alrabei,** Gulf University for Science and Technology *Contested Cultural Representations of the Maritime History of the Gulf*

## V-08: Iran Looks East: Dynamics of a Shift in Orientation

Organizer: **Fred H. Lawson,** Northeastern University
Chair: **Matteo Legrenzi,** Ca' Foscari University of Venice

**Fred H. Lawson,** Northeastern University *Iran's Growing Partnership with Indonesia: Causes and Consequences*

**Mehran Kamrava,** Georgetown University Qatar *Iran Looks East: Context, Causes, and Process*

**Banafsheh Keynoush,** Middle East Institute *Iran's Security Threats Along its Northern Corridors, and Implications for Its Look East Policy*

**Rowena Abdul Razak,** Queen Mary, University of London *Consistency through Instability: Malaysian-Iranian Relations*

## V-09: Diplomacy through (Mis)Communication: Material and Discursive Perspectives from the Ottoman World, 18th and 19th Centuries

Organizer/Chair: **Yusuf Karabıcak,** American School of Classical Studies at Athens

**Yusuf Karabıcak,** American School of Classical Studies at Athens *Who Represents the Spanish? A Royal Spanish Ambassador in Istanbul during the Peninsular War, 1809-1814*

**Jelena Radovanovic,** University of Münster *The Ghost of the Cadastre: Untranslatability in Diplomacy between the Ottoman Empire and Serbia*

**Habib Saçmalı,** Marmara University *The Ottoman Caliph in Diplomacy: Resolving the Ottoman-Safavid-Afghan Conundrum amidst the Safavid Decline*

**Gamze Ilaslan Koc,** University of Regensburg *Politics of Miscommunication in the Encounters of the Habsburg and Ottoman Empires in the 18th Century*

## V-10: New Histories of Disability in the Modern Middle East

Organizer/Chair: **Sara Scalenghe,** Loyola University Maryland

Organizer: **Beverly Tsacoyianis,** University of Memphis

Discussant: **Gildas Bregain,** National Center for Scientific Research (CNRS)

**Yasmin Shafei,** American University of Beirut *Reading Resistance and Agency through 19th Century Citizen Petitions*

**Elif Küskü,** Istanbul Technical University *The Modern Prosthetic Experience of Late Ottoman Society*

**Marco Di Giulio,** Franklin & Marshall College *Contesting the Politics of British Prosthetic Care: Pain, Nativeness, and the Plight of Palestinian Jewish Amputees in WWII*

**Beverly Tsacoyianis,** University of Memphis *"In This House of the Insane I Will Rescue Myself:" Gender, Disability, and Psychiatry in 1940s and 1950s Palestine and Israel*

**Maria Chiara Rioli,** Università di Modena e Reggio Emilia *Portraying Disability in Refugeedom: Palestinian Refugees with Disability through UNRWA Photographs and Videos (1950s–1990s)*

**Efrat Gold,** University at Buffalo and **Sona Kazemi,** University of Wisconsin-LaCrosse *Cripping Histor(iograph)y in the Middle East*

## V-11: Beyond Skylines: Political Economy of Middle Eastern and North African Cities

Organizer: **Ronay Bakan,** Johns Hopkins University
Chair/Discussant: **Eray Çayh,** University of Hamburg

**Ronay Bakan,** Johns Hopkins University *Rule of Experts Interrupted: Contested Development in the Northern Kurdistan*

**Mert Arslanalp,** Bogazici University *Governing with Exceptions: Legal Politics of Urban Property in the Formation of State-Society Relations in Turkey*

**Elisa Wynne-Hughes,** Cardiff University *Urban Tourism and Neoliberal Authoritarianism in Revolutionary Cairo*

**Ahmed Kanna,** University of the Pacific *Class Struggle, Marxist Analysis, and De-exceptionalizing the Arab Gulf*

**Motasem Abuzaid,** University of Oxford *Rebellion-Proofing: Three Decades of Authoritarian Learning and Collective Action in Aleppo*



# SESSION V
**11:30 AM - 1:30 PM (EST)**
**WEDNESDAY, NOVEMBER 13, 2024**

## V-12: *Property, Proof, and Paper: Contestations of Legal Entitlement in Islamic Law*

Organizer: **Ari Schriber**, Utrecht University
Chair/Discussant: **Samy Ayoub**, University of Texas at Austin

**Laura Emunds**, University of Bern *Notarial Manuals as a Source for Manumission Practices in Mamluk Egypt*
**Omar Abdel-Ghaffar**, Harvard University *Uncharitable Foundations*
**Ari Schriber**, Utrecht University *The Power of the Document: Constituting Proof of Land Ownership in Colonial-Era Morocco*

## V-13: *Turkey After Empire*

Chair: **Yesim Bayar**, St. Lawrence University

**Faika Celik**, Manisa Celal Bayar University *Educating Citizens on Forming Strong Families at the Provincial Level during the Single-Party Period in Turkey: A Discursive Reading of the Gediz Magazine of Manisa People's House*
**Beyhan Erkurt**, Bartin University *The Converge of Single-Party Rule and Statism in Turkey in the Early 1930s*
**Robert Elliott**, Montana State University *Ash and Anomie: Childhood and Formation at the End of Empire*
**Zehra Betul Atasoy**, Kadir Has University *At the Heart of the City, on the Margins of Society: Fire-Ravaged Areas in Early Republican Istanbul*
**Sibel Zandi-Sayek**, William & Mary *From Empire to Cold War: The Enduring Legacy of The International College of Smyrna (1891-1952)*

## V-14: *Negotiating Belonging and Identity*

Chair: **Samer Alnasir**, Universidad Nacional de Educación a Distancia

**Lana Shehadeh**, Arab American University *Women in the Diaspora: Palestinian Self-Perception of the Colonial Experience*
**Matija Milicic**, Radboud University Nijmegen *Migration, Diaspora, and Narratives of Belonging: The Case of the Coptic Orthodox Communities in Europe*
**Andrea Shaheen Espinosa**, Arizona State University *The Syrian Diasporic Imaginary of the U.S. Southwest: Arabness, Anarchy, and Musical Identities*

**Susan J. Rasmussen**, University of Houston *The Role of Parent-Child and Intergenerational Relationships in Conversion Narratives of Diasporic Kabyle Converts in France*
**Hyun Jeong Ha**, Duke Kunshan University *Living Sectarianism: Negotiating Religious Identity among Contemporary Christians in Egypt*

## V-15: *Regional Actors' Policies and Perceptions on the War in Palestine*

Chair: **Mirna Lattouf**, Arizona State University

**Khalid Al Bostanji**, Australian National University *Turkey's Evolving Position on Palestine and Soft Power in the Arab Region*
**Elham Fakhro**, Exeter University *The Legacy of the Abraham Accords in the Wake of Gaza*
**Mate Szalai**, Corvinus University of Budapest *Omnibalancing and Virtual Enlargement - The Gulf States' Approach towards Gaza*
**Randall Fowler**, Abilene Christian University *From Reformer To Peacemaker: The Rhetorical Evolution of Mohammad bin Salman's Persona post-October 7*

## V-16: *Material Culture in the Middle East*

Chair: **Leticia R Rodriguez**, University of Houston

**Samira Fathi**, Michigan State University *Architectural Patronage and Biographic Dictionaries (Tazkira) in Post-Safavid Iran*
**Shaikhah Alsalhi**, Kuwait University *From Paris to Cairo: Tracing the Evolution of the Muhandiskhanah between 1816 and 1854*
**Roxana Zenhari**, Georg August University *Tracing the Conventions of and Deviations from Manuscript Culture in the Lithographed Books of Sa'di in the Persianate World*
**Dov Tamarkin**, Tel Aviv University *The Golden Dome and the Golden Ratio: What Makes the Dome of the Rock a Magnetic Shrine*
**Sheyda Aisha Khaymaz**, The University of Texas at Austin *Ethics of Discovery: Chronicling the Neolithic Art of Tassili nAjjer in the Twentieth Century*
**Maroun El Houkayem**, Duke University *Reassembling the Orient: Louis Cheikho and the Bibliothèque Orientale*



# SESSION V

**11:30 AM - 1:30 PM (EST)**
**WEDNESDAY, NOVEMBER 13, 2024**

*V-17: Teaching the Middle East*

Chair: **Jonas M. Elbousty**, Yale University

**Pouye Khoshkhoosani**, Cincinnati Country Day School *Practices and Pedagogy: Making History of the Middle East More Accessible and Engaging for High School Students*

**Gisele El Khoury El Khoury**, St. Lawrence University *Utilizing Graphic Novels and Films to Teach Arab and Middle Eastern Studies in the Classroom*

**Sara Ann Knutson**, University of British Columbia *More than Pedagogy: "Students as Partners" in the Middle East History Classroom*

**Nevine Abraham**, Carnegie Mellon University *Towards Building Cross-Cultural Connections and Changing Perceptions: A Pedagogical Model*

**Marielle Risse**, Dhofar University *Conducting Research on the Arabian Peninsula: Creating Effective Interactions*

*V-18: Contesting Kurdistan: Land, Identity, and Culture*

Chair: **Mario M. Ruiz**, Hofstra University

**Gong Chen**, Princeton University *A Kurdish Tribal Head's Maneuver in the Periphery: Haydranlı Hüseyin Paşa and the "Land Question", 1908-1914*

**Zehra Ayman**, Bogazici University *Forced Linguistic Assimilation and Linguicide Practices of the People's Houses' in Kurdish Provinces in the Early Republican Turkey: Domination, Resistance and Negotiation*

**Rojda Idil Arslan**, University of Connecticut *Reimagining the Kurdish Politics in Mehmed Uzun's Roni Mina Evînê Tari Mina Mirinê*

**Sirwan Renas**, University of Pennsylvania *A Comparative Analysis of Ernest Renan and Jemal Nebez's Conceptions of Nation*

*V-19: Dancing, Singing, Watching: The History of Popular Culture*

Chair: *Volunteer needed*

**Pouya Nekouei Rizi**, University of Texas at Austin *Gender and Singing in Pahlavi Iran: Modern Feminine Culture and Masculine Politics in the Age of Pop Culture and Sight (1925-1979)*

**Nefertiti Takla**, Georgetown University *Raya and Sakina through the Ages: The Coloniality of Gender in Egyptian Film and Television*

**Shehram Mokhtar**, Northwestern University in Qatar *The Politics of the Popular: Coding Anti-Colonial Struggle in the Middle East in Pakistani Films*

**Karim Elhaies**, New York University *Old and New Tramps in Egyptian Cinema: The (Un)Making of an International Figure*

*V-20: Feminist Consciousness and Social Movements*

Chair: *Volunteer needed*

**Mostafa Khalili**, Kyoto University *"Women, Life, Freedom" Protests from the Lens of Peripheries: A Comparative Analysis of the Perception of "National" and "Local" Among Iranian Kurds and Azerbaijanis*

**Fatemeh Moghaddam**, Syracuse University *Everyday Dissent: Teachers' Movement in Iran*

**Hajer Ben Hadj Salem**, Sultan Qaboos University *The Pilgrimage to Gender Equality in Tunisia after 2011: The Contentious History of a Founding Ideal*

**SESSION VI**    2:30 - 4:30 PM (EST)
WEDNESDAY, NOVEMBER 13, 2024



SPECIAL SESSION
*VI-01: Reimagining the Teach-In: Israel/Palestine Post October 7*

Organizer: **Victoria Hightower**, University of North Georgia
Chair: **Jane Murphy**, Colorado College

**Marcus Smith**, Lindenwood University
**Kristi N. Barnwell**, University of Illinois at Springfield
**Awad Awad**, University of Illinois at Urbana-Champaign
**G. Carole Woodall**, University of Colorado at Colorado Springs
**Sahar Razavi**, California State University, Sacramento

ROUNDTABLE
*VI-02: Rethinking Land, Money, the Company, and Property*

Organizer: **Rana Baker**, King's College London

**Kristen Alff**, North Carolina State University
**Aaron G. Jakes**, University of Chicago
**Rana Baker**, King's College London
**Nada Moumtaz**, University of Toronto

ROUNDTABLE
*VI-03: The Graveyard of Law: Interdisciplinary and Transnational Approaches to Palestine*

Organizer/Chair: **Maya Mikdashi**, Rutgers, State University of New Jersey
Discussant: **Aslı Bâli**, Yale Law School

**Maya Mikdashi**, Rutgers, State University of New Jersey
**Lisa Hajjar**, University of California, Santa Barbara
**Noura Erakat**, Rutgers, State University of New Jersey

ROUNDTABLE
*VI-04: Book Launch Roundtable: New Monograph on Iranian Social Protest through a Feminist Lens*

Organizer: **Alborz Ghandehari**, University of Utah

**Alborz Ghandehari**, University of Utah
**Sa'ed Atshan**, Swarthmore College
**Shahrzad Mojab**, University of Toronto
**Serra Hakyemez**, University of Minnesota, Twin Cities
**Shahla Talebi**, Arizona State University

*VI-05: The Ginān Tradition Beyond the Liturgical: Reading the Gināns Seriously as Philosophical Theology*

Organizer/Discussant: **Stephen Cúrto**, Claremont Graduate University
Chair: **Tazim R. Kassam**, Syracuse University

**Stephen Cúrto**, Claremont Graduate University *Vernacular Simplicitas Dei in the Satpanthi Gināns: The Godhead between Nirguṇa and Saguṇa"*
**Khalil Andani**, Augustana College *Imam, Avatāra, and Satgūru: The Imamology of the Ismaili Gināns*
**Wafi Momin**, Institute of Ismaili Studies *Salvific Visions and the Gināns*
**Tazim R. Kassam**, Syracuse University *Indic Ismaili Theology in the Garbis of Pir Shams*
**Perwaiz Hayat**, Concordia University *Sukhan-I Murshid – A Vehicle for Lāhūt*

*VI-06: Distortion and Marginalization of Black Voices in Arabic Literature and Arabic Language Education*

Sponsored by the Middle East Medievalists (MEM)

Organizer: **Jennifer Tobkin**, George Washington University
Chair: **Rachel Schine**, University of Maryland, College Park

**Kristina Richardson**, University of Virginia *Black Enslavement at the Root of Sufi Devotional Practice*
**Jennifer Tobkin**, George Washington University *Kitāb al-Aghānī on the Two Black Poets Called Nuṣayb: An Abbasid Remix*
**Clarissa C. Burt**, US Naval Academy *Poetry from the Margin: Muhammad 'Abd al-Bārī Speaks Back, Transforming the Center*
**Ebtissam Oraby**, George Washington University *Black Language Varieties in Arabic Language Education*
**Mohammad Salama**, George Mason University *The Black Warrior: 'Antara ibn Shaddad and the Pre-Islamic Roots of Qur'anic Insights on Race and Identity*
**Naglaa Hussein**, George Mason University *The Quest for Identity in Haji Jabir's Black Foam*



## SESSION VI
**2:30 - 4:30 PM (EST)**
**WEDNESDAY, NOVEMBER 13, 2024**

**VI-07: Trans-regional and Cross-cultural Encounters in the Iranian Film Industry and Media History**

Organizer/Discussant: **Farzaneh Ebrahimzadeh Holasu,** Michigan State University
Chair: **Kaveh Askari,** Michigan State University
Discussant: **Claire Cooley,** Tufts University

**Blake Atwood,** American University of Beirut *That Film from Tehran: A History of Co-Production between Iran and Lebanon*
**Kaveh Askari,** Michigan State University *Correspondent Expertise: Sardar Sager's Early Years in Tehran Film Studios*
**Farzaneh Ebrahimzadeh Holasu,** Michigan State University and **Rutuja Deshmuk,** Michigan State University *Circulation of Shirin-o-Farhad in Indo-Iranian Cinematic Landscape: Ephemera in the Absence of Film Text*
**Anupama Prabhala,** Loyola Marymount University *Indo-Persian Romance and Female Stardom in the Late Silent and Early Sound Era*

**VI-08: Gender Politics in Tunisia Following the Arab Spring**

Sponsored by the American Institute for Maghrib Studies (AIMS) and the Association for Middle East Women's Studies (AMEWS)

Organizers: **Mounira Maya Charrad,** University of Texas at Austin, **Maro Youssef,** George Washington University
Discussant: **Rita Stephan,** North Carolina State University

**Maro Youssef,** George Washington University *Secular Feminist Coalitions during Democratization: Findings from Tunisia, 2011-2021*
**Hind Ahmed Zaki,** University of Connecticut *Veiled Transgressions: Afterlives of the Hijab Ban and the Paradoxes of State Feminism in Tunisia*
**Khedija Arfaoui,** Institut Supérieur des Langues de Tunis (ISLT) *Women's Associations in Tunisia Today*
**Mounira Maya Charrad,** University of Texas at Austin *Top Down, Bottom Up: A Path Analysis of Gender Politics in Tunisia*

**VI-09: The Institution of Waqf: New Perspectives**

Sponsored by the Ottoman and Turkish Studies Association (OTSA)

Organizer: **Reda Rafei,** Texas Tech University

**Reda Rafei,** Texas Tech University *Dunia Wa Din: Gender Implications Of Waqf Establishment, Benefit, Management, And Pre-Mortem Planning*
**Madonna Aoun Ghazal,** University of California, Los Angeles *Waqf in Late Ottoman Beirut: Legal Practice and Gender*
**Dilyara Agisheva,** Georgetown University *Waqf in Transition and Shifting Legal Structures in Crimea Following the Russian Annexation in the Late 18th and Early 19th Centuries*
**Randi C. Deguilhem,** National Center for Scientific Research (CNRS) *Family Waqf as a Patriarchal Tool: An Upper Class Woman's Endowment for Her Husband's Nephews in 19th Century Damascus*

**VI-10: Immigration in Early Republican Turkey**

Organizer: **Vladimir Hamed-Troyansky,** University of California, Santa Barbara
Chair/discussant: **Sarah D. Shields,** University of North Carolina at Chapel Hill

**Leyla Amzi-Erdogdular,** Rutgers University-Newark *Migration as Nation-Building: Turkey and Yugoslav Migration Between World Wars*
**Vladimir Hamed-Troyansky,** University of California, Santa Barbara *Who Was a Muhacir in Early Republican Turkey?*
**Gozde Emen Gokatalay,** Independent Scholar *Beyond Treaties: Comparative Perspectives on Independent and State Sponsored Immigrants from the Balkans to Republican Turkey*
**Ellinor Morack,** Otto-Friedrich University Bamberg *An Early Republican Pressure Group: The Case of Muslim Non-Exchangees in Turkey*

AAUP-01316

**SESSION VI**   2:30 – 4:30 PM (EST)
WEDNESDAY, NOVEMBER 13, 2024



**VI-11: Geographies of Development, Order, and Memory in Modern Iraq**

Organizer/Discussant: **Arran Walshe**, New York University
Organizers: **Michael Brill**, Princeton University, **Joseph Kotinsly**, University of Texas at Austin
Chair: **Keiko Sakai**, Chiba University

**Megan Ekstrom**, The University of Texas at Austin *Mobile Arrangements: Mapping Prostitution in Mid-Twentieth-Century Baghdad*
**Michael Brill**, Princeton University *In Memory of the Ba'th's Prophet: Commemorating Michel 'Aflaq in Baghdad*
**Joseph Kotinsly**, University of Texas at Austin *The Politics of Shi'i Suffering: the Iraqi Opposition Movement and the Rise of Shi'i Identity*
**Isadora Gotts**, King's College London *Hidden Geographies of Post-War Order: The Case of Reconstruction in Mosul*

**VI-12: The Problematics of Arabic Literary Translation**

Organizer/Chair: **Jonas M. Elbousty**, Yale University

**Jonas M. Elbousty**, Yale University *Syrian Civil War and Poetry: Translating the Untranslatable*
**Touria Khannous**, Louisiana State University *Translating Race in Arabic Narratives*
**Rima Sadek**, Kenyon College *Problematics of Translating Vernacular Zajal*

**VI-13: Climate Justice in the Arab World: Resisting Colonialism, Extractivism, Occupation and Conflict**

Organizer/Chair: **Marwa Daoudy**, Georgetown University

**Marwa Daoudy**, Georgetown University *Climate Security and Justice in the Arab World: Rethinking Vulnerability in the Context of Colonialism, War and Occupation*
**Noor Ghazal Aswad**, University of Alabama *Land as Protagonist: Resilience, Resistance, and Environmental Justice in the Syrian Conflict*
**Muna Dajani**, London School of Economics and Political Science *Decolonising Climate Justice – Reflections from Palestine*
**Zeinab Shuker**, Sam Houston State University *The Weaponization of the Environment in Warfare: The Changing Landscape of Iraq and Gaza*

**VI-14: Reeling War and Defeat in Middle East Cinema**

Chair: *Volunteer needed*

**Dareen Hussein**, Ohio State University *After the Defeat: New Realism and the Aesthetics of Disillusionment in Arab Cinema after 1967*
**Ghida Anouti**, Massachusetts Institute of Technology *The Filmmaker's Archive: Historicity and Memory of the Lebanese Civil War*
**Soha Saghazadeh**, University of California, Santa Barbara *Down-to-Earth Cinema: Colonial Anti-Imperialism of the Islamic Republic of Iran's 'Ammār Film Festival*

**VI-15: Practicing Science and Healing**

Chair: **Melis Sulos**, Graduate Center, CUNY

**Seriyye Akan**, Binghamton University, SUNY *Women and Natural Sciences from the Late Ottoman Empire to the Turkish Republic*
**Ebru Erginbas**, Brown University *Building Blocks: State, Citizenship, and the Transformation of Child Health in the Late Ottoman and Early Republican Turkey*
**David Marshall**, Elon University *Folk Cures, Magic, and Healing in Sacred Landscapes in Palestine*
**Abigail Schoenfeld**, Princeton University *Anthropometrizing the Nation: Afet İnan, Physical Anthropology, and the Türk Tarih Tezi in High Kemalism, 1930-1940*
**Joakim Parslow**, University of Copenhagen *The Science of the Wayward Soul: Cybernetic Psychiatry and Religious Conservativism in Cold-War Turkey*

**VI-16: Capitalism and Spatial Inequality in Egypt and Tunisia**

Chair: *Volunteer needed*

**Salma Abouelhussein**, Harvard University *Planning Work: How Egypt Planned Its Open-Door Policy (1980s-1990s)*
**Alaa Saad**, Johns Hopkins University *A State Theatre of Incoherent Performances: On Egypt's Labor Movement Against Privatization*
**Laurence O. Michalak**, University of California, Berkeley *The Informal Sector in Tunisia: Villain or Scapegoat?*



# SESSION VI
## 2:30 - 4:30 PM (EST)
## WEDNESDAY, NOVEMBER 13, 2024

**MESA 2024**

*VI-17: Sectarian and Counter-Sectarian Identities in Lebanon*

Chair: *Volunteer needed*

**Roxana Maria Aras**, University of Michigan, Ann Arbor *Heaven Starts from Earth: Welfare, Theology, and Sect in Lebanon*

**Jean-Michel Landry**, Carleton University *Marsillah of Jeita: Heresy within the Limits of Secular Reason*

**Ekrem Karakoc**, Binghamton University, SUNY *Unity in Diversity: Muslim and Christian Perspectives on Secularism in Lebanon*

**Jinan Al-Habbal**, London School of Economics and Political Science *Protesting Sectarianism: Lebanon's Thawrat Tishreen*

**Toni Rouhana**, University of York *A Meso-Level Analysis of Pre-Civil War Lebanon: Movement and Counter-Movement Dynamics*

*VI-18: Political Parties and Democratic Struggles*

Chair: **Souad Ali**, Arizona State University

**Ayse Oball**, Graduate Center, CUNY *One Hundred Years of Neglect: A Look at AKP's Appeal in Poorer Provinces of Turkey*

**Yasmine Haiti**, University of Illinois at Chicago *Party Organization in Flux: A Dive into the Moroccan Party of Justice and Development*

**Selin Gumrukcu**, Rutgers, State University of New Jersey *Opposition from Abroad: Divergent Tactics of Opposition Parties in the Diaspora*

**Asli Elitsoy**, University of Copenhagen and **Yusuf Sarfati**, Illinois State University *The Politics of Minority Ethnoreligious Parties: A Comparative Perspective from Israel and Turkey*

**Aline Alencar**, University of Brasilia *Emergence of a Democratic Islamist Movement*

**Muhammet Akkus**, Binghamton University, SUNY *Varieties of Islamic Movements and Political Regime Preferences in Dual-Legitimacy Systems*

SPECIAL SESSION
*VI-19: The Crisis in Sudan*

Organized by MESA Global Academy

Chairs: **Marie Grace Brown**, University of Kansas, **Eve Troutt Powell**, University of Pennsylvania

**Huda Ahmed**, University of Khartoum
**Aiden Young**, Yale University
**Malathe Ahmed**, PRODIG UMR, Paris

# SESSION VII

**11:30 AM - 1:30 PM (EST)**
**THURSDAY, NOVEMBER 14, 2024**



MESA 2024

**SPECIAL SESSION**
*VII-01: Mapping and Critiquing the Humanities in the Arab Region*

Organized by the Arab Council for the Social Sciences and MESA

Organizer: Seteney Shami, Arab Council for the Social Sciences

Elizabeth Suzanne Kassab, Doha Institute for Graduate Studies
Mohammed A. Bamyeh, University of Pittsburgh
Hoda Elsadda, Cairo University
Dina Rizk Khoury, George Washington University

**ROUNDTABLE**
*VII-02: Finding Palestine in Israeli Archives*

Sponsored by the Palestinian American Research Center (PARC)

Organizers: Basma Fahoum, Ben-Gurion University of the Negev, Shay Hazkani, University of Maryland, College Park

Basma Fahoum, Ben-Gurion University of the Negev
Mezna Qato, University of Cambridge
Shay Hazkani, University of Maryland, College Park
Leena Dallasheh, Independent Scholar
Nimrod Ben Zeev, Tel Aviv University

**ROUNDTABLE**
*VII-03: Forced Displacement, Gender and Vulnerability: SWANA Migrants in Europe*

Organizer: Sophie Richter-Devroe, Hamad Bin Khalifa University
Chair: Veronica Buffon, Hamad Bin Khalifa University

Sophie Richter-Devroe, Hamad Bin Khalifa University
Veronica Buffon, Hamad Bin Khalifa University
Magdalena Suerbaum, University of Bielefeld
Khadija Islow, Hamad Bin Khalifa University
Hatim Rachdi, Hamad Bin Khalifa University

*VII-04: Ottoman Encounters with Byzantine Heritage and Its Transformations*

Organizers: Ceren Abi, Kadir Has University, Artemis Papatheodorou, Harvard University
Chair: Ceren Abi, Kadir Has University

Ceren Abi, Kadir Has University *Perceptions and Engagements with Antiquities of the Peoples of the Ottoman Empire*
Nilay Ozlu, Istanbul Technical University *Ottoman Reception of Byzantine Heritage: The Use, Reuse, and Museumification of Pre-Ottoman Remains in Topkapı Palace*
Artemis Papatheodorou, Harvard University *A Late Ottoman Intellectual on the Chora Monastery: Mehmed Ziya's Book on "Ka'riye Cami-i Şerifi" in Context*
Firuzan Melike Sumertas, Independent *From Antiquarianism to Urban Archaeology: Byzantine Heritage of Istanbul in the Nineteenth Century*

*VII-05: New Explorations in Mamlūk History from Cairo to Jerusalem and Mecca: Archival Practices, Regional Perspectives, Autobiographical Sketches, and Legitimizing Biographies*

Sponsored by the Middle East Medievalists (MEM)

Organizers: Camelia Suleiman, Michigan State University
Chair/Discussant: Russell Lucas, Michigan State University

Bogdan Smarandache, University of Liege *"We Are with the Sultan": Revisiting the Termination of the Frankish-Mamluk Truce of 682 AH/1283 AD*
Kaori Otsuya, Tokyo University of Foreign Studies *Mediating Competing Claims of Legitimacy in a Contact Zone: Al-Fāsī's Adoption of Syro-Egyptian and Yemeni Perspectives*
Fadi Ragheb, University of Toronto *What Do We Know About the Life and Career of Mujir al-Din al-'Ulaymi? Reconstructing the Biography of the Maqdisi Chronicler from His Jerusalem History al-Uns al-jalil bi-ta'rikh al-Quds wa-al-Khalil*
Christian Mauder, Freie Universitat Berlin *The Birth and Early Life of the Mamluk Sultan Qānişawh al-Ghawri (r. 1501-1516) According to Unpublished Biographical Sources*

# SESSION VII
**11:30 AM - 1:30 PM (EST)**
**THURSDAY, NOVEMBER 14, 2024**

**MESA 2024**

### VII-06: Alternative Orientalist Perspectives on Palestine and Israel

Organizers/Discussants: **Fadi Ragheb**, University of Toronto, **Bogdan Smarandache**, University of Liege

**Camelia Suleiman**, Michigan State University
*Ethnography of Arabic at Israeli Higher Education*
**Amit Levy**, University of Haifa *From Beirut with Love: Young Zionist Orientalists at the AUB, 1930–1940*
**Irina Piippo**, University of Helsinki *On Heikki Palva and Late 20th Century Finnish and Nordic Oriental Studies: Exploring Dialects of the Arab East*
**Hannu Juusola**, University of Helsinki *Finnish Orientalism in the 21 Century*
**Mustafa Kabha**, Open University of Israel *An Eastern Critique of Orientalism Prior to Edward Said: A Reference to the Theories of 'Abd Latif Tibawi*

### VII-07: Frontiers of Resource Extraction in the Modern Middle East

Organizers: **Guillemette Crouzet**, European University Institute, **Shira Pinhas**, Princeton University

**Shira Pinhas**, Princeton University *Brothers in Arms: Late-Imperial Economic Development and Armament in Mandate Palestine*
**Guillemette Crouzet**, European University Institute *Oil, Environment and Empire: The British and the Bakhtiari in Early Twentieth-Century Persia*
**Dotan Halevy**, Van Leer Jerusalem Institute *The Commodification of Sand, Mediterranean Urbanization, and Settler-Imagined Nature*

### VII-08: Radical Linkages: Shifts and Continuities among Maghrebi Lefts

Organizer/Chair: **Mark Drury**, The Graduate Center, CUNY
Organizer: **Khalil Dahbi**, German Institute of Global and Area Studies

**Mark Drury**, The Graduate Center, CUNY *The Making and Unmaking of the Mauritanian Kadehine Movement*
**Benjamin Jones**, Georgetown University *Decolonial Deserts: Revolutionary Environmental Imaginaries in the Writings of Muhammad Qashat*

**Martina Biondi**, University of Maryland, College Park *Contesting Comrades. Orthodoxy, Negotiations, and Disengagement of the Moroccan Marxist-Leninist Women (1965-1992)*
**Khalil Dahbi**, German Institute of Global and Area Studies (GIGA) *Red Shades of Green: Ecological Narratives of the Moroccan Radical Left*

### VII-09: Cooperatives in the Arab World

Organizer: **Max Ajl**, Ghent University
Discussant: **Yasmine Zarhloule**, University of Oxford

**Max Ajl**, Ghent University *The Untaken Path in Tunisian Cooperative Planning*
**Sami Zemni**, Ghent University and **Haithem Gasmi**, Ghent University *The Politics of Cooperatives in Tunisia in the 1960s: A Study of State Intervention, Social Transformation, and Economic Development*
**Faiq Mari**, ETH Zurich *The Commons of Palestinian Liberation Struggle*

### VII-10: Evolving Expressions of Belonging in the UAE

Organized under the auspices of American University of Sharjah

Organizer/Chair: **Bethany Shockley**, American University of Sharjah

**Mohammad Siddiqui**, American University of Sharjah *Deconstructing Dichotomies: Understanding South Asian Immigration to the UAE Beyond Economics*
**Michael Ewers**, University of North Carolina at Charlotte *Migrant Bargaining via Social Networks in the UAE: The Role of Wasta*
**Bethany Shockley**, American University of Sharjah *Belonging Across Generations and Geographies: Evolving Attachment to the UAE*
**Sarah Zahaf**, Independent Scholar *Third, Fourth, or Fifth Culture Individuals?: Defining Belonging as a Complex-Culture Individual in the UAE*

AAUP-01320

**SESSION VII** 11:30 AM - 1:30 PM (EST)
THURSDAY, NOVEMBER 14, 2024



*VII-11: Legal Pluralism and Women's Status in Muslim Majority/Minority Contexts*

Organizer: **Joel Hanisek**, University of Galway

**Joel Hanisek**, University of Galway *A Contemporary Analysis of Fatwas in Europe in Relation to Socio-religious Practice and National Policies*

**Nazife Kosukoğlu**, University of Galway *Resisting Impunity: Honor Killings and Ottoman Judicial Decision-Making in the Second Constitutional Period*

**Afrooz Maghzi**, Max Planck Institute for Social Anthropology *Religion-Based Legal Pluralism under Iranian Law and Its Impact on Women from Religious Minorities*

*VII-12: Expressions of the Medieval Self*

Chair: *Volunteer needed*

**Ahmed Sheir**, Trinity College Dublin *The Crusaders' Capture of "Jerusalem" in 1099: Revealing Jewish and Islamic Lament through Genizah Fragments and Arabic Sources*

**Allen Fromherz**, Georgia State University *A Martyr to Eloquence - The Re-imagining of Ibn al-Khatib of Granada*

**Mustafa Roker**, Aljamea tus Saifiyah *Reading Emotions in Mathālib Literature - A Study of Ibn Shahrāshūb's Mathālib al-Nawāṣib*

**Pei-Chen Tsung**, National Chengchi University *Unveiling the Time Image in the Self-Elegy of Mālik b. al-Rayb*

**Gamze Akbaş**, Ohio State University *Contrasting Approaches to Women's Power in Islamic Political Writing: 'Umara al-Yamani's History of Yemen and Nizam al-Mulk's Book of Government*

*VII-13: Melodious Resistance: Music, Politics, and Pedagogy*

Chair: *Volunteer needed*

**Michael A. Frishkopf**, University of Alberta *Egyptian Radio and Musical Collaboration: Applying Social Network Analysis towards a Deeper Understanding of Egypt's Musical History*

**Yara Salahiddeen**, King's College London *Songbooks - Music Publishing and Literacy in Egypt at the Turn of the 20th Century*

**Melissa Scott**, Carleton College *Humanitarian Power and Pedagogy in Arab Music: The Case of Jordan*

**Reem M. Hilal**, Allegheny College *Bearing Witness to Trauma: Music and Resistance*

**Kira Weiss**, University of California, Santa Barbara *National Sentiment(ality) and the Spirit: Underpinnings of Pan-Arab Nationalism in Music*

**Sophie Frankford**, Center for Economic, Judicial, and Social Study and Documentation (CEDEJ) *Between Welfare and Exclusion: The Shifting Role of Egypt's Musicians' Syndicate*

*VII-14: The Written Word*

Chair: *Volunteer needed*

**Ioana Feodorov**, Institute for Southeast European Studies/TYPARABIC Project *Pioneers of Arabic Printing in the Middle East: Athanasios Dabbas and Sylvester of Antioch*

**Dimitrios Stergiopoulos**, University of California, San Diego *Embracing Change: Bankers, Politicians, and Journalists in the Era of Ottoman Reforms*

**Aytek Soner Alpan**, Simon Fraser University *The Last "Karamanlidika" Newspaper in the Ottoman Empire: Nea Anatoli*

**Natalie Kraneiss**, University of Münster *The Production and Dissemination of Genealogical Knowledge through Hagiographical Literature*

**Nimet İpek**, Sabancı University *What a Library Means to an Ottoman Sultan: Galatasarayı Library (f. 1754) as a Quasi-Palatine Library and Its Historical Connotations*

**Arlen Wiesenthal**, University of Chicago *Writing City, Self, and Court in the Abode of the Sultanate: The Diary of Sıdkı Mustafa Efendi as a Source for Istanbul's Social History of Monarchy in the Eighteenth Century*

*VII-15: Islamic Poetics*

Chair: **Sarah R. Bin Tyeer**, Columbia University

**Jens Inden**, University of Texas at Austin *Re-reading Mulayḥ b. al-Ḥakam's The Ode of Shammā'*

**Hossein Salimian Rizi**, University of Vienna *The Interplay Between the Beloved's Femininity and the Speakers' Fana in Hafiz's Ghazals*

**Avigail Noy**, The University of Texas at Austin *Qur'anic Rhythm in Classical Arabic Poetry: The Case of Poetic Fawāṣil*

**Alessia Dal Bianco**, Sapienza University of Rome *The Arabic Sources of Sirāj al-Dīn 'Alī Khān Ārzū's Pioneering Work on Persian Rhetoric*

# SESSION VII

**11:30 AM - 1:30 PM (EST)**
**THURSDAY, NOVEMBER 14, 2024**



**Anna Galietti**, Stanford University *What is the Classical Arabic Literary Canon?*

**Alena Kulinich**, Seoul National University *The Riches Versus Poverty Debate in Classical Sufi Manuals (10th – 12th centuries CE)*

## VII-16: Nature and the Non-human in Muslim Thought

Chair: **Richard McGregor**, Vanderbilt University

**Munia Hweidi**, Sophia University *Voices of the Desert and the Sea: Literature and the Environment in the Works of Abdelrahman Munif and Ishimure Michiko*

**Jens Schmitt**, University of Wurzburg *Domestic and Wild Animals – Shifting Constellations*

**Aysenur Cam**, Princeton University *The Problem of Nature in Classical Qur'anic Commentaries*

**Mustafa Diwan**, Harvard Divinity School *A Tale of Two Endings: The Animal Fable in the Rasāil Ikhwān Al Ṣafā.*

**Jörg Matthias Determann**, Virginia Commonwealth University *Middle Eastern Cultures, Islam and Extraterrestrial Life*

## VII-17: Leisure Pursuits from the 18th Century to the Contemporary

Chair: *Volunteer needed*

**Juan Ramirez**, Georgetown University *Tourism in Tunisia after Fifty Years of French Occupation: French Colonial Capitalism in Interwar Tunisia*

**Hale Yilmaz**, Southern Illinois University Carbondale *Roma Women, Gender, and Entertainment in Recent Turkish Fairs*

**Hala Qasqas**, University of Victoria *Unravelling the Socio-Urban Tapestry: Architectural Narratives and Cultural Insights from the 18th-Century Coffeehouses of Damascus*

**Abdulla Al-Etaibi**, Qatar University/Australian National University *Contestation over Traditional Spaces: Camel Races, Festivals, and Markets in the Gulf*

**Vish Sakthivel**, College of Charleston *Algerian Muslim Scouts: From "Soldiers of the Future" to Islamist Youth*

## VII-18: Muslim Identities in Contemporary Turkey

Chair: *Volunteer needed*

**Tunahan Yıldız**, Middle East Technical University *Propagating Turkey's Leadership of Muslims: Exceptionalism in Turkish Islamism*

**Zuheyla Izin**, Concordia University *Voluntary Unveiling and Political Protest in Turkey: Denouncing or Reclaiming Religion?*

**Hiba Irmak Kir**, American University *Rethinking Civil Society in Turkey: The Relationship between the Syrian NGOS in Istanbul and the Turkish State*

**Nora Fisher-Onar**, University of San Francisco *Contesting Pluralism(s): Islamism, Liberalism and Nationalism in Turkey and Beyond*

## VII-19: Authoritarian Upgrading Strategies

Chair: **Adam Almqvist**, University of Chicago

**Sumaya Malas**, University of Pennsylvania *The Dictator's Foreign Friends: Foreign Support and Authoritarian Power Sharing*

**Solava Ibrahim**, Anglia Ruskin University *One Step Forward, Many Steps Back: Why Settle for a New Authoritarian Social Contract in Egypt?*

**Sarah Bassisseh**, University of Tuebingen *Civil Society in Transition: Venues of Political Participation under Transforming Authoritarian Regimes of the Middle East*

**Lisel Hintz**, Johns Hopkins University *What's Past Is Pro-Regime Prologue: History-Themed Videos as Populist Authoritarian Legitimation Tool*

**Anthony Allison**, Australian National University *Contesting Goddesses and Goats: Authoritarian Responsiveness and Socio-cultural Demands in the Gulf Monarchies*

**Alex Norris**, University of Texas at Austin *Paths out of the Coup Trap: Evidence from Syria, Sudan, and Iraq*

# SESSION VIII  2:30 - 4:30 PM (EST) THURSDAY, NOVEMBER 14, 2024



## ROUNDTABLE
*VIII-01: Practical and Innovative Pedagogies in the Middle East Studies Classroom*

Organized by MESA's Committee for Undergraduate Middle East Studies (CUMES)

Organizer/Chair: **Victoria Hightower**, University of North Georgia

**Victoria Hightower**, University of North Georgia
**Claire Panetta**, Barnard College
**Sean Foley**, Middle Tennessee State University
**Levi Thompson**, University of Texas at Austin
**Marcus Smith**, Lindenwood University
**Shuang Wen**, New York University

## ROUNDTABLE
*VIII-02: Oceanic Arabia: Promises and Pitfalls in a New Paradigm*

Organizer/Chair: **Fahad Bishara**, University of Virginia
Organizer: **Ahmed Almaazmi**, Princeton University

**Nancy Ajung Um**, Getty Research Institute
**Fahad Bishara**, University of Virginia
**Michael Christopher Low**, University of Utah
**Ahmed Almaazmi**, Princeton University
**Tamara Fernando**, Stony Brook University, SUNY
**Mandana E. Limbert**, Queens College, CUNY

*VIII-03: Decolonizing Research/Politicizing Ethics*

Organizer/Chair: **Lila Abu-Lughod**, Columbia University

**Zahra Ali**, Rutgers, State University of New Jersey
  *Politicizing Ethics: Decolonizing Research on Iraq*
**Nadia Fadil**, KU Leuven *The Ethics and Pragmatics of Ethnographic Refusal/Acceptance: Making Sense in Common*
**Ali Abdullatif Ahmida**, University of New England
  *Confronting Silence and Cover-Up of the Colonial Genocide in Libya: Italian Fascism from the Standpoint of its Victims*
**Sara Ababneh**, The University of Sheffield *Ethics of Knowledge Extraction and Production Reflections on So-Called Decolonial Research Projects*
**Yara Sa'di-Ibraheem**, Polonsky Academy *Producing Rooted Knowledge: Predicaments of Palestinians Positioned in Israeli Universities*

**Zakia Salime**, Rutgers, State University of New Jersey
  *Decolonizing the Race Debate about North Africa*

*VIII-04: Were We Ever Modern?: Being in/on/of Time in MENA Writings*

Organizer/Chair: **Annie Greene**, University of Utah
Organizer: **Rachel Schine**, University of Maryland, College Park

**Rachel Schine**, University of Maryland, College Park
  *Critical Chronotopes in Popular Arabic Literature: Resolving the Past and Reimagining the Future*
**Tom Abi Samra**, Princeton University *Remembering Abbasid Literature in Ottoman Syria: Manjak Bāshā's Mu'āraḍāt of Abū Firās al-Ḥamdānī's Rūmiyyāt*
**Annie Greene**, University of Utah *Dis/located in Iraq: Translating History and Versifying Stagnation*
**Kevin Jones**, University of Georgia *Lineages of Modernity: Race, Sect, and Nation in the Modern Iraqi Shu'ubiyya Debates*

*VIII-05: Gender and Knowledge in Islam*

Organizer: **Du Fei**, Cornell University
Chair/Discussant: **Kathryn Babayan**, University of Michigan, Ann Arbor

**Du Fei**, Cornell University *Thinking with Kulthūm Nana: 'Aqā'id al-nisā' and Women's Knowledge in Islam*
**Sara Abdel-Latif**, McGill University *Medieval Female Donors and the Rise of Gender-Segregated Sufi Spaces*
**Aziza Shanazarova**, Columbia University *Beyond the Veil: The Central Asian Adaptation of the 'Aqā'id al-nisā'*

*VIII-06: Theorizing from a Crossroads: Ethnographic and Historical Approaches to Jordan*

Organizers: **Tariq Adely**, George Washington University, **Eliza Marks**, Graduate Center, CUNY

**Tariq Adely**, George Washington University *Crafting Arabic: The Politics and Ethics of Making Language into Data in Amman's Tech Sector*
**Eliza Marks**, Graduate Center, CUNY *Articulating the In-between: Curating "Experimental" Sound Spaces in Amman, Jordan*
**Samer Saeed**, Georgetown University *Beyond Battlegrounds: Uncovering the Socio-Cultural Impact of the Palestinian Revolution on Jordan in the 1960s and 1970s*

AAUP-01323

# SESSION VIII

**2:30 – 4:30 PM (EST)**
**THURSDAY, NOVEMBER 14, 2024**

MESA 2024

**Alex Jreisat**, University of Michigan, Ann Arbor *The Adwani Connection: Affective Geographies of Smuggling Across the Jordan River*

*VIII-07: Gendered Reading and Fearless Teaching of Palestinian Fiction, Film, Memoir, and Poetry*

Organizer/Chair: **Mohja Kahf**, University of Arkansas

**Mohja Kahf**, University of Arkansas *Syllabus-Building a Course Centering Queerness and Gender in Palestinian Literature in an Anti-BDS Campus Climate during Genocidal Times*
**Nadine Sinno**, Virginia Polytechnic Institute *"Even Cows Have Failed to Escape this War": Precarious Environments in Palestinian Literature and Film*
**Sarah Hudson Pipinich**, Tulsa Community College *Palestinian Film through a Postcolonial Ecocritical Lens: The Films of Elia Suleiman*
**Manal Al-Natour**, West Virginia University *Memory, Home, and Identity in Palestinian Resistance Literature*
**George Abraham**, Northwestern University *Palestinian Spectrality: Teaching Poetry in a Palestinian Catastrophe*
**Ghadir Zannoun**, University of Kentucky *Spirituality, Gender, and Palestinian Nationalist Discourse in Zeina Ghandour's The Honey*

*VIII-08: The Moral Worlds of The Political Regime in Turkey*

Organizer: **Yasemin Taskin Alp**, University of California, San Diego
Discussant: **Yagmur Karakaya**, Yale University

**Yasemin Taskin Alp**, University of California, San Diego *Islamic Preschools in Turkey: Competing Norms and Values in Education*
**Deniz Basar**, Bogazici University *A Political Turn for AKP? The Case Study of Sinan Opera*
**Ceren Deniz**, Max Planck Institute for Social Anthropology *Religious Practice at the Workplace: Reconciliation, Negotiation and Conflict in AKP's Turkey*
**Basak Gemici**, University of Michigan, Ann Arbor *Meaning-Making as a Social Force in Prolonging Authoritarian Populism*
**Ibrahim Oker**, Union College *"Distorted Perceptions" of Prosperity: Consumer Credits and AKP Support in Turkey*

*VIII-09: A Phytogeography of Magic: Migrations of Islamicate Talismanic Plants*

Organized under the auspices of Substantial Motion Research Network

Organizer: **Laura Marks**, Simon Fraser University
Discussant: **Matthew Melvin-Koushki**, University of South Carolina

**Laura Marks**, Simon Fraser University *Travels of Saffron, Hellebore, and Other Plants in Early Modern Astral Magic*
**Mila Zuo**, University of British Columbia *Cinna-matic Aesthetics: Towards the Possibilities of Chinese-Islamic Cosmological Cinemas*
**Farshid Kazemi**, Simon Fraser University *Cinema as an Opium Dream: Persian Plant Magic, Altered States and the Audio-Visual Sensorium of Early Cinema Spectatorship*
**Radek Przedpelski**, Trinity College Dublin *Plant Magic in Polish-Tatar Practices: Notes on an Absence*

*VIII-10: Financial Crisis and Sovereignty in the Late Ottoman Arab World*

Organizer: **Aviv Derri**, New York University
Chair/Discussant: **Sherene Seikaly**, University of California, Santa Barbara

**Julia Elyachar**, Princeton University *The Ottoman Sarraf as a Theory-Machine of Finance*
**Aviv Derri**, New York University *The Promise and Peril of Public Debt: A View from Late Ottoman Palestine on Sovereignty and Financial Investment*
**Nora Barakat**, Stanford University *Avoiding the Fate of Egypt: Finance, Development and Sovereignty in Late Ottoman Economic Thought*
**Elizabeth Williams**, University of Massachusetts Lowell *The Developmentalist State on the Desert's Edge: A Vision for Ottoman Economic Sovereignty from the Margins of Cultivation*

AAUP-01324

Case 1:25-cv-10685-WGY   Document 315-11   Filed 01/22/26   Page 37 of 97

# SESSION VIII — 2:30 - 4:30 PM (EST) THURSDAY, NOVEMBER 14, 2024



## VIII-11: Towards a Feminist Artificial Intelligence (AI): Critical Studies on LLMs, Surveillance, Algorithmic Bias, and Social Justice

Organized under the auspices of Network of Arab Women in AI

**Organizer: VJ Um Amel,** University of California, Santa Barbara

**VJ Um Amel,** University of California, Santa Barbara *Surveillance AI, Occupation, and Glitch Resistance in Palestine*

**Azza El-Masri,** University of Texas at Austin *A Gendered Approach to AI Translational Datasets: Examining Google Translate and ChatGPT's Arabic-English Processes*

**Mai ElSherief,** Northeastern University *What Is a Feminist Language Model?*

## VIII-12: A Road to the Future: Infrastructure in the Middle East

**Chair:** *Volunteer needed*

**Sumeyye Kocaman,** University of Oxford *A Transport Revolution Unfolding? Transport Capitalism and Democratisation in Late Ottoman Era*

**Secil Binboga,** University of Minnesota, Twin Cities *Cold War Space: Infrastructures, Territories, Images*

**Morad Roohi,** Queen's University at Kingston *On the Imperial Roads to National-Colonialism; Iranian and Iraqi National Armies on the British Roads to Occupy Kurdistan*

**Sertac Sen,** Brown University *Something Wicked this Way Comes: Infrastructural Ideology and the Ambivalence of Infrastructures in Turkey from the Late Ottoman Period to the Cold War*

**Kaveh Niazi,** Stanford Online High School *Multilingualism in a Technical Manual on the Aqueducts of Irāq-i 'ajam*

**Stefan Peychev,** Independent Scholar *From Banyabaşı to Bath Square: The Ottoman Legacy in Water Management and the Negotiation of Urban Space in Modern Sofia*

## VIII-13: Human Geographies and Mobilities

**Chair:** *Volunteer needed*

**James H. Meyer,** Montana State University *Unwanted Guests: Russian Refugees in Interwar Turkey*

**Alika Zangieva,** Princeton University *Russian Muslims at the Service of the Sultan*

**Oya Aktas,** University of Washington, Seattle *Mapping Armenian and Jewish interactions in late Ottoman Istanbul*

**Anthony Edwards,** Washington and Lee University *'Abdallah Witwat: A Laborer and Layman of the Arab Nahḍa*

## VIII-14: Representing the State

**Chair:** *Volunteer needed*

**Nihat Celik,** San Diego State University *Jurist and Diplomat: The Life and Career of Müftizâde Ahmed (d.1791)*

**Charles L. Wilkins,** Wake Forest University *Provincial Governors as Judicial Authorities: The Assessment and Collection of Legal Fines in 17th-Century Ottoman Aleppo and Diyarbakir*

**Marissa Smit-Bose,** University of Cambridge *Between Venice and Rome: Re-assessing Mantuan-Ottoman Diplomacy in the Reign of Bayezid II*

**Thomas A. Carlson,** Oklahoma State University *Beyond Relevance or Irrelevance: The Social Function of Law and Jurists in Late Medieval Egypt*

**Geoffrey Levin,** Emory University *The Diplomat from Palestine: The Lost History (and Forgotten Archive) of Fayez Sayegh*

## VIII-15: Iran in the Diasporic Activism and Imagination

**Chair:** *Volunteer needed*

**Sheida Besozzi,** University of the Basque Country *Mujer, Vida y Libertad: Iranians in Spain Practicing Resistance*

**Camron M. Amin,** University of Michigan, Dearborn *Iran Specialists in the US Respond to the Muslim Ban, Covid, Women.Life.Freedom, and Gaza*

**Bahareh Badiei,** Rutgers, State University of New Jersey *Mediatizing or Datafying Iranian Women's Struggles? The #WhiteWednesdays Campaign, the Economies of Visibility, and Suffering of the Other Women*

AAUP-01325

# SESSION VIII

2:30 - 4:30 PM (EST)
THURSDAY, NOVEMBER 14, 2024



MESA
2024

**Zia Khoshsirat**, University of California, Los Angeles
*Negotiating Ethnoreligious Perceptions in Everyday Lives of The Iranians in Los Angeles*

**Shiva Mazrouei**, McMaster University *Mapping Our Belonging: 1.5-Generation Iranians' Experiences of Belonging in Toronto and Istanbul*

### VIII-16: Legal Frameworks

Chair: **Elias G. Saba**, Grinnell College

**Abderrahmane Zaatri**, WWU Münster *Early Ẓāhirī Jurisprudential Exegesis: Notes on "Nukat al-Qur'ān al-dāllah 'alá al-bayān fī anwā' al-'ulūm wa-al-aḥkām" by Abū al-Ḥasan al-Karajī al-Qaṣṣāb*

**Grace Bickers**, Columbia University *Knowledge and Testimony in Early Hanafi Fiqh*

**Heather Sweetser**, University of New Mexico and **Zachary Manning**, University of New Mexico *Haram to Halal: The Brewing of Coffee Consensus in Islamic Law*

### VIII-17: Politics of Visual and Literary Representation

Chair: *Volunteer needed*

**Didem Seyis**, Binghamton University, SUNY *Producing Personality Cults: Multimodal Analysis of Regime-Disseminated Videos*

**Mohammed Alrmizan**, City University of London *Turkish International Media and the Middle East: The TRT between Political Communication and Public Diplomacy*

**Maria Swanson**, US Naval Academy *The Evolution of Image of the U.S.S.R. and Russia in Morocco and the Image of Morocco in the U.S.S.R. and Russia in 1950-2020*

**Spencer Segalla**, University of Tampa *How Gavin Maxwell Became an FLN Agent and an Advocate for the Moroccan Monarchy, Sort of: Public Relations Networks, Journalistic Access and Imperialist Travel Writing in the Era of Decolonization*

**Julie Fairbanks**, Coe College *Reading Signs in Amman*

### VIII-18: Violence and Displacement Against Minoritized Groups

Chair: *Volunteer needed*

**Mary Jane Moutsanas**, UC Berkeley *1955 Pogrom and the Question of Repair: An Intersectional Model*

**Fiona McCallum**, University of St. Andrews *Understanding Church-State Relations in Syria through the Prism of the 'Neo-Millet'*

**Anna Filipi**, Charles University in Prague *Syrian Druze Community during Popular Uprisings and Civil War*

**Diane E. King**, University of Kentucky *State Layers, Resiliency, and Community Life in the Zones of Islamic State Displacement*

**Gregory Kruczek**, Pennsylvania State University *Carrots and Sticks: The Kurdistan Regional Government's Use of Minorities in the Drive for Statehood (2003-2017)*

### WORKSHOP
### VIII-19: Framing Gender, Feminism, and Terrorism

Organized by MESA Global Academy

Chair: **Sherene Razack**, UCLA

**Leyla Tajer**, Independent Scholar *Revisiting Sex and Gender: Transgender Inclusivity in Iranian Shia Jurisprudence*

**Shada Bokir**, University of Vienna *Sitārah: Exploring the Transformation of Yemeni Women's Dress Code over Time via Boushra Almutawakel's Photography*

**Katty Alhayek**, Toronto Metropolitan University *Intersectionality and Solidarity in Syrian Feminist Media Activism*

**Hatem Al-Shamea**, Independent Scholar *Rereading Terrorism: A Search in the Shadows of Religion*

# SESSION IX
## 11:30 AM - 1:30 PM (EST)
## FRIDAY, NOVEMBER 15, 2024



### ROUNDTABLE
**IX-01: Challenges of Solidarity: In Queer/Digital/BLM Palestine Movements**

Sponsored by the Arab American Studies Association (AASA)

Organizer: **Kimberly W. Segall,** Seattle Pacific University
Chair: **Danielle Haque,** Minnesota State University, Mankato
Discussant: **Charlotte Karem Albrecht,** University of Michigan, Ann Arbor

**Kimberly W. Segall,** Seattle Pacific University
**Randa Tawil,** Texas Christian University
**Sara Shaben,** Seattle Pacific University
**Sa'ed Atshan,** Swarthmore College

### ROUNDTABLE
**IX-02: Conducting Fieldwork on Sex, Sexuality, and Sexual and Reproductive Health in the Middle East and North Africa: Part 2**

Organizer/Chair: **Angel M. Foster,** University of Ottawa
Organizer/Chair: **Lisa L. Wynn,** Macquarie University

**Sabrine Chengane,** University of Ottawa / GRAS-Université Oran
**Mariam Omar,** University of Ottawa
**Javid Riahi,** Harvard University
**Younes Saramifar,** Vrije Universiteit Amsterdam

### ROUNDTABLE
**IX-03: The Global Palestine and the Formation of the Axis of Resistance**

Organizers: **Maryam Alemzadeh,** University of Oxford, **Mohammad Ataie,** University of Massachusetts Amherst

**Mohammad Ataie,** University of Massachusetts Amherst
**Maryam Alemzadeh,** University of Oxford
**Antonella Acinapura,** University of Oxford
**Susann Kassem,** University of Oxford

**IX-04: Dynamics of Islamic Governance and Statehood in Zaydi Yemen: Legal Theory and Political Practice**

Sponsored by the American Institute for Yemeni Studies (AIYS)

Chair/Discussant: **Najam Haider,** Barnard College

**Ebrahim Mansoor,** University of Bergen *Between Tradition and Transition: Imām Sharaf al-Dīn's Athmār al-Azhār and the Temporary Shift in 10th/16th Century Zaydi Fiqh*
**Ekaterina Pukhovaia,** Utrecht University *Innovating the Zaydi Political Order: The Will of Imam Yaḥyā Sharaf al-Dīn (d. 965/1557)*
**Eirik Hovden,** University of Bergen *Who Can Appoint the Zaydi Imam? Changing the Rules ca. 1400-1550 CE*
**Kerstin Hünefeld,** The Hebrew University of Jerusalem *Zaydi Fiqh and Its Political Dimension: The Forced Conversion of Jewish Orphans as a Symptom of Insurgency against the Qāsimid State?*

**IX-05: The Politics and Discourses of Reform: Case Studies from the Middle East in the Arab Uprisings and their Aftermath**

Organizer: **Mulki Al-Sharmani,** University of Helsinki
Chair: **Tiina Hyyppä,** University of Helsinki
Discussant: **Nathan J. Brown,** George Washington University

**Mulki Al-Sharmani,** University of Helsinki *The Egyptian Religious Establishment and Post 2011 Reform Initiatives for the Family: What is Being Reformed?*
**Tiina Hyyppä,** University of Helsinki *Normalization As a Foreign Policy Tool*
**Sofia Smith,** University of Chicago *"Who Is Going to Reform This Country?": Call in Radio, Complaint, and Celebrity as Tools of Conservative Politics in Jordan*

AAUP-01327

# SESSION IX

**11:30 AM - 1:30 PM (EST)**
**FRIDAY, NOVEMBER 15, 2024**



## IX-06: Arabic Literary Terms – Changing Semantics between the Classical Period and Modernity

Organizer/Chair: **Johannes Stephan**, Freie Universitat Berlin

**Haifa Alfaisal**, King Saud University *Inqtiqād, Inḥiṭāṭ and the Rise of Early Modern Arabic Literary Criticism*
**Lara Harb**, Princeton University *Revisiting Majāz: The Aesthetics of Interpretation*
**Enass Khansa**, Harvard University *Ikhtiyār in Arabic Premodern Literature*
**Johannes Stephan**, Freie Universitat Berlin *Expanding the Boundaries of Literature. Adab in the Writings of Ibn al-Muqaffaʿ and Ibn Qutayba*

## IX-07: Islamic Cultural Heritage and Museums of the Middle East

Organizer/Chair: **Sarina Wakefield**, University of Leicester

**Sarina Wakefield**, University of Leicester *Cultural Heritage at the Airport: The Islamic Arts Biennial in Jeddah*
**Sabrina DeTurk**, University of Maine *Identity and Expression in the Arab American National Museum*
**W Dugdugi**, University of Leicester *Vision 2030 and Revolutionizing Saudi Arabian Museums for Dynamic Muslim Heritage Representation*
**Zeinab Abdelhamed**, University of Leicester *Muslim Heritage in Non-Muslim Contexts – Museums and Opportunities for Knowledge Construction*

## IX-08: Traversing between East and West: The Arabic Periodical as Form

Organizer/Chair: **Mariam Elashmawy**, Freie Universitat Berlin

**Mariam Elashmawy**, Freie Universitat Berlin *Periodicals as Laboratories of Rūḥiyya: Muḥammad Farid Wajdī and the Quest for Egyptian Spiritualism*
**Hanna Janatka**, Freie Universitat Berlin *Egyptian Internationalism in Weimar: The Case of the "Aegyptische Korrespondenz"*
**Nagat Emara**, Freie Universitat Berlin *Al-Umma Al-Yaqzaniyya's Self-Representation: A Key to Understanding Algerian Reformism*

## IX-09: Tunisian Politics Beyond and After Exceptionalism

Organizer/Chair/Discussant: **Mohamed Dhia Hammami**, Syracuse University
Organizer/Discussant: **Ameni Mehrez**, Central European University

**Mohamed Dhia Hammami**, Syracuse University *Political Assassination, Elite Cues, and Trust in Civilian and Security Institutions*
**Ameni Mehrez**, Central European University *The Political Legacy of Secular Policies: Evidence from Tunisia*
**Hani Abdel-Warith**, Princeton University *Legacies of Contention, School Construction, and Preference Formation in Post-colonial Tunisia*
**Ahmed Khattab**, Georgetown University *Migration and Citizenship Laws: The Arab Uprisings in Comparative Perspective*

## IX-10: Benevolence and Malevolence

Chair: *Volunteer needed*

**Semih Gökatalay**, University of California, San Diego *Scandalous Alliances: Corruption and the Limits of State Modernization in the Late Ottoman Empire*
**Christopher Whitehead**, Ohio State University *"Nothing Can Be Acquired Without Money": The Purchase of Office and "Backroom" Tax Farming in the Early Modern Ottoman Empire*
**Huseyin Yilmaz**, George Mason University *The Ethics of Giving in Ottoman Society*
**Haya Al-Noaimi**, Northwestern University in Qatar *Un/Settling Sovereignty: Piracy, Protection and Self-Determination in the 1800s Arab Gulf*
**Mehmet Ali Neyzi**, Koc University *Curbing the Dictator: Sultan Abdulhamid and His Grand Vizier Tunuslu Hayreddin*

## IX-11: Contentious Entanglements: Israel's Foreign Relations in the Middle East

Chair: **A.R. Joyce**, Independent Scholar

**Rami Ginat**, Bar-Ilan University *Conceptualizing Normalization: The Case of Egyptian–Israeli Relations*
**Arturo Marzano**, University of Pisa *The Border between Israel and the Gaza Strip (1967-2007)*

**SESSION IX**    11:30 AM - 1:30 PM (EST)
FRIDAY, NOVEMBER 15, 2024



Tilman Ludke, Arnold Bergstraesser Institute *In Cairo for Tel Aviv: The Indirect Aspects of the FRG's Pro-Israeli Foreign Policy*

Annie Tracy Samuel, University of Tennessee at Chattanooga *Uncovering the Bases of Iran's Opposition to Israel*

Jeremy Pressman, University of Connecticut *The Arab-Israeli Conflict during the Cold War*

*IX-12: Feminine Selfhood through Autobiographies and Memoirs*

Chair: *Volunteer needed*

Dana Al Shahbari, University of Cambridge *(Re)Reading the Nahḍa through Ziadeh's Recovered Manuscript*

Hiroki Okazaki, Asia University *War and Identity Shifts among Syrian Women Writers*

Haodong Bai, Beijing International Studies University *From Voiceless to Being Heard: Feminist Narrative Techniques in l'tirāfāt al-Ṭabībah*

Hanieh Bakhtiari, University of Toronto *Reimagining Iranian Women's Autobiographies: Bridging Historical Understanding and Envisioning an Alternative Future*

Mazyar Mahan, University of Texas at Dallas *The Politics of the Personal: Persepolis and the Global Resonance of Iran's Feminist Resistance*

*IX-13: Ecology of the Anthropocene*

Chair: Alex Schwelg, University of Arizona

Burcu Ozdemir, Graduate Center, CUNY *Wounded Ecologies: Destruction, Dispossession and Resistant Life Stories in Upper Tigris Basin*

Majdi Awad, Rutgers University-New Brunswick *Fostering Resilience and Democratization through Sustainable Aid: Integrating Solar Desalination, Bioenergy, and Permaculture in Humanitarian Frameworks in the Levant*

Hiroshi Yasui, Doshisha University *The Rise of Depoliticized Veganism and Its Association with Neoliberal Values in Tel Aviv*

*IX-14: Racialization and Resistance: The Palestinian Struggle in Local, Regional and Global Context*

Chair: *Volunteer needed*

Anne De Jong, University of Amsterdam *Unity beyond Fractures: Palestinian Resistance as Interplay between Unity and Fracture*

Oday Uraiqat, University of Bielefeld *The Globalization of the Palestinian Struggle, 1959-1975*

Alexandra Nikopoulou, University of Peloponnese *Iran's Revolutionary Politics: The Axis of Resistance, the Houthis and the Gaza War*

Melissa Weiner, College of the Holy Cross *Settler Futurity, Security, and Indigenous Annihilation: Zionist Origins of Anti-Palestinian Racism on Turtle Island, 1917-1948*

Marc Lamont Hill, Graduate Center, CUNY *"Destroy the Schools, Erase the People": Scholasticide as Settler-Colonial Practice and Statecraft in Israel's War on Gaza*

Nida Ahmad, Independent Scholar and Hillary Kipnis, Independent Consultant *Raising the Flag and Donning the Keffiyeh: Symbolic Support for Palestine and Resistance in Sporting Spaces*

*IX-15: The Politics of Culture*

Chair: *Volunteer needed*

Zeynep Sertbulut, Haverford College *Contentious Stories of Culture: Censorship in the Turkish Dizi Industry*

Rustem Ertug Altinay, University of Milan *Dark Utopias: Militarism and Turkification in Late Ottoman Youth Performances*

Gareth Small, College of Charleston *"Exposing the Truth Is Not a Crime": Online Image-Making and the Politics of Truth in Morocco's Teacher Labor Disputes*

Gamze Tosun, Kadir Has University *Playing with "The Weapon of the Enemy": The Politico-aesthetic Nexus between Islam and Theatre in Turkey*

Aya Abdel Dayem, Simon Fraser University *Is Popular Culture Forming the New Pan-Arabism?*

Adélie Chevée, Aix-Marseille Université *Cultural Biography as Method: The Case of Syrian Revolutionary Newspapers*

**SESSION IX** 11:30 AM – 1:30 PM (EST) FRIDAY, NOVEMBER 15, 2024



*IX-16: The Politics of Neighborhood, Bureaucracy, Municipality, and Region*

Chair: *Volunteer needed*

**Guillaume Beaud,** Sciences Po *Accounting for the Flaws of Provincial Quota Systems in Civil Service Recruitment: Rethinking Nation-Building and State-Building in Pakistan*

**Narmin Butt,** University of California, San Diego *Elite Preferences for Allocating Public Good to Former Insurgents*

**James Worrall,** University of Leeds *Cyclical Evolution: Explaining the Survival, Decline and Paradoxical Growth of the Arab League*

**Murat Kasapsaracoglu,** Istanbul Aydın University *The End of a Myth? Turkish-American Relations during the National Unity Committee (NUC) Governments (1960–1961)*

**Khalid Alkhulaifi,** Australian National University *Threat Perceptions among the Member States of the Gulf Cooperation Council*

*IX-17: Social Policies, Mobilizations, and Networks in Iran*

Chair: *Volunteer needed*

**Azam Khatam,** York University *Youth Uprisings in Iran: Responding to Economic Downturns and the Failure to Launch*

**Mohammad Khalilian,** University of Kentucky *Spiderweb Militarization: The Politics of Privatization Networks in Iran*

**Sahar Baradaran Amini,** University of Illinois at Urbana-Champaign *A Shift in Shia Discourse: Political Necessities and Sectarian Dynamics*

*IX-18: Surveys, Legal Briefs and Citizen Social Science: Producing Knowledge in the MENA*

Chair: *Volunteer needed*

**Jonas Nabbe,** University of Bologna *Mapping Methodological Nationalism in Middle Eastern Studies: Toward a Transnational Understanding of the 2011 Arab Uprisings?*

**Hanna Baumann,** University College London *Asking About "The Good Life" in Bad Circumstances: Citizen Social Science under Occupation and Violence*

**Kota Suechika,** Ritsumeikan University *Contested Identities between Sectarianism and Nationalism in Lebanon: Evidence from the 2024 Survey Experiment*

**Michael Samuel,** Emory University *The Nakba on Trial: Legalism, Denialism, and Pseudo-Moralism in Palestinian Deportations Cases From the 1950s*

*IX-19: The Predicament of Islamic Epistemic Delinking: Hegemony and Critique in Contemporary Islamic Thought in Turkey*

Organizer: **Alev Cinar,** Bilkent University
Chair/Discussant: **Nora Fisher-Onar,** University of San Francisco

**Alev Cinar,** Bilkent University *Epistemic Delinking in the Islamic Intellectual Field: "The Great East" Project of Necip Fazıl Kısakürek*

**Enes Ateş,** Mardin Artuklu University *"Muslim Society" as Resistance: İsmet Özel's Islamism as a Form of Islamic Decolonial Thought in Turkey*

**Seda Baykal,** University of Pittsburgh *Higher Education, Ideology, and Politics in Turkey: An Islamic Decolonial Turn in Academia?*

**Ayşe Ayten Bakacak,** Ankara Yıldırım Beyazıt University *Between Assimilation and Defiance: "Obedient Resistance" in Academia. The Example of Istanbul Şehir University*

# SESSION X

**2:30 – 4:30 PM (EST)**
**FRIDAY, NOVEMBER 15, 2024**



MESA 2024

## ROUNDTABLE

*X-01: Beyond Case Study and Exception: The Middle East and North Africa*

Organizer: **Tareq Radi**, New York University
Chair: **Sherene Seikaly**, University of California, Santa Barbara

**Tareq Radi**, New York University
**Sherene Seikaly**, University of California, Santa Barbara
**Julia Elyachar**, Princeton University
**Muriam Haleh Davis**, University of California, Santa Cruz

*X-02: Transnational Feminist Solidarity in Times of War*

Organizer: **Zeynep Korkman**, University of California, Los Angeles

**Zeynep Korkman**, University of California, Los Angeles
*Reactionary Appropriations of the Critiques of Anti-Muslim Racism and Antisemitism and Feminist Repercussions*
**Tamar Shirinian**, University of Tennessee, Knoxville
*Feminist Affective Solidarity in Times of Simultaneous Genocide*
**Sherene Razack**, University of California, Los Angeles
*Antimuslim Racism, Transnational Feminist Solidarity and the Question of Palestine*
**Minoo Moallem**, University of California, Berkeley
*Liberation through Occupation: Interrogating the Selective Plots of Feminist Solidarity*
**Sarah Ihmoud**, College of the Holy Cross *Love Letters to Gaza*

*X-03: Ordinary and Extraordinary Sites of Playful Disregard*

Organizer: **Marie Odgaard**, University of Toronto

**Marie Odgaard**, University of Toronto *In the Gap: Playing with Ethical Potentiality in Amman*
**Dina Georgis**, University of Toronto *Queer Refusal and Play in Omar el Akkad's What Strange Paradise*
**Noha Fikry**, University of Toronto *Play & Submit: Children & Anti-tarbiyya Horizons in Rural Egypt*

*X-04: Mapping Emotional Topographies of the Premodern Islamic World*

Organizer: **Rubina Salikuddin**, Bryn Mawr College

**Rubina Salikuddin**, Bryn Mawr College *Sorrow and Ecstasy: Gendered Norms of Emotional Performance in 15th C. Sufi Hagiographies*
**Ali Asgar Alibhai**, The University of Texas at Dallas *Scripted Sentiments: Contextualizing the Medieval Islamic Epigraphic Ornamentation of Emotion*
**Nida Jaffer**, The University of Texas at Dallas *Streams of Affection: Water's Role as a Conduit of Emotion in Medieval Islamic Society*
**Laura Thompson**, Harvard University *Islam and Feelings in Nineteenth Century Tunisia*

## ROUNDTABLE

*X-05: Wordmaking/Worldmaking Languages, Movements, Materialisms - Situating Queer and Trans Feminisms in the Middle East*

Organizer/Chair: Evren Savcı, Yale University

**Ali Yildirim**, University of Minnesota, Twin Cities
**Aslı Zengin**, Rutgers, State University of New Jersey
**Beshouy Botros**, Yale University
**Evren Savcı**, Yale University

*X-06: Advanced Persian Language Classes: Methods, Challenges, and Innovations*

Sponsored by the American Association of Teachers of Persian (AATP)

Organizer/Discussant: **Sahba Shayani**, University of California, Los Angeles

**Hessam Dehghani**, University of British Columbia *Empowering Heritage Language Education through Community-Based Learning: A Critical Examination*
**Neda Sahranavard**, University of California Irvine *Exploring the Transformative Impact of Integrating Shahnameh Stories for Linguistic Growth in Persian Language Learning*
**Farima Sadigh-Mostowfi**, Georgetown University *Exploring Complex Conversations in Advanced-Level Language Learning*

# SESSION X

**2:30 – 4:30 PM (EST)**
**FRIDAY, NOVEMBER 15, 2024**



## X-07: The Perils of Genocide: Past and Present

Organizer: **Melanie Tanielian**, University of Michigan, Ann Arbor
Chair: **Erdag Göknar**, Duke University

**Melanie Tanielian**, University of Michigan, Ann Arbor *Famine and Starvation Crimes: Humanitarian Management of Colonial Settler Regimes Past and Present*
**Elyse Semerdjian**, Clark University *Artsakh, Gaza, and the Slow Violence of Genocide by Attrition*
**Heghnar Watenpaugh**, University of California, Davis *Captive Sites and Survivor Objects: Destruction and Confiscation of Cultural Heritage as a Hallmark of Genocide*
**Keith David Watenpaugh**, University of California, Davis *Towards an Ethic of Comparison: Empathy, Consistency, and Middle Eastern Genocide in Comparative Perspective*

## X-08: Iran's Foreign Policy and Great Powers

Organizer: **Zohre Akrami**, Florida International University

**Zohre Akrami**, Florida International University *A View from Tehran: Iran-Russia Relations after Ukraine*
**Kian Hosseini**, Florida International University *Russia, Iran, Conceptualizations of Eurasia*
**Melanie Rae Perez**, Florida International University *Unraveling Iran's Strategic Objectives in Latin America: An Analysis*
**Farshid Imani**, Florida International University *Impact of International Sanctions on Environmental Sustainability in Iran: A Mixed-Methods Analysis of Technological, Financial, and Political Factors*
**Ali Oskrouchi**, Florida International University *Iran and China Relations: China as a Global Power*

## X-09: Riverine Journeys: Discovering New Selves and New Tropes

Organizer: **Doaa Omran**, University of New Mexico
Discussant: **Feroza Jussawalla**, University of New Mexico

**Nada Tayem**, Indiana University of Pennsylvania *The Wounded Tigris: A Symbol of a Nation*
**Wael Salam**, Kenyon College *The River Suqreir in the Blue Between Sky and Water: The Palestinian Journey of Displacement, Expulsion and Homelessness*

**Bushra Hashem**, University of Oslo *The Flow of Rememory in Nubian Literature*
**Mona Ashour**, Ain Shams University *Voices of the Nile: Navigating Political Waters in Naguib Mahfouz's "Chatter Over The Nile" and Egypt's Post-Colonial Journey*

## X-10: Resistance, Rights, and Resources: 21st Century Labor and Workers' Issues

Organizer/Chair: **Ian Hartshorn**, University of Nevada, Reno

**Matthew Lacouture**, University of Massachusetts Boston *Corporatist Breakdowns as Localized Sites of Resistance to Authoritarianism*
**Cagri Gokcek**, University of Nevada, Reno *A Fuzzy-Set Analysis of Strike Bans and Post-strike Ban Activism in Turkey*
**Ian Hartshorn**, University of Nevada, Reno *Model or Mayhem?: US-Jordan FTA and the Afterlife of Labor Provisions*
**Nada Matta**, Drexel University *Power Resources among Egyptian Transport Workers: The Impact of Uneven Neoliberal Transformations*

## X-11: Politics of Representation in Cinema

Chair: **Rania Mahmoud**, University of Arkansas

**Omar Alsayyed**, New York University *Dialectic of Sexual Freedom*
**Javaneh Azami**, Ohio University *Manijeh Hekmat's Women's Prison: An Unofficial Adaptation of Yilmaz Guney's The Wall*
**Ece Algan**, California State University, San Bernardino *Islamophobia as Cultural Policy: Turkish TV Dramas and Reckoning with Secularism*
**Niusha Hatefinia**, Simon Fraser University *Manifestation of the Imaginal Realm in Cinematic Aesthetics: Exploring Mystical Perception in Cinema*
**Rania Mahmoud**, University of Arkansas *Ana Hurra and Modern Egyptian Womanhood*

## X-12: Late Ottoman Visions of the World

Chair: *Volunteer needed*

**Alev Berberoğlu**, Bibliotheca Hertziana – Max Planck Institute for Art History *Translated Images: Late Ottoman Perceptions of Naples*

# SESSION X

**2:30 - 4:30 PM (EST)**
**FRIDAY, NOVEMBER 15, 2024**



**Meltem Toksoz,** Brown University *Truth and Its Disruption: Rescripting Empire through Global History Writing (19th Century Ottoman Narratives)*

**Patrick Schilling,** Georgetown University *A New Form of Empire? The Proposed Division of the Ottoman Empire into General Inspectorates, 1913-1914*

**Naz Vardar,** Simon Fraser University *Shaping Vlach Identity: Local Agents and Transnational Competition in Ottoman Manastir in the Early 20th Century*

**Egemen Yilgür,** Yeditepe University *The Rise of Urban Informality in the Late Ottoman Empire as a Form of Grassroots Modernization*

**Ilan Benattar,** Independent Scholar *Jewish Professionals and Professional Class Culture in Late Ottoman Society (c.1900-1912)*

## X-13: Birth, Death and Taxes

Chair: *Volunteer needed*

**Nader Sohrabi,** Free University Berlin *Of Petitions, Taxes and Democratization: Constitutionalism and the Public in Iran*

**Bita Mousavi,** New York University *Property without Possession: Oil, Equality, and Nationalization in Iran*

**Navid Zarrinnal,** University of Tehran *State Formation and Adult Literacy in Iran (1925-1941)*

**Can Gumus-Ispir,** Bogazici University *Sanitization as a Tool of Outsourcing the "Contingencies?": Tax-Farming, Cholera, and Food Regulations in the Late Ottoman Istanbul*

**Bret Windhauser,** Graduate Center, CUNY *Inspecting Corpses: Geographies of Health Centers and Officers in British Mandate Iraq*

## X-14: Food Producers, Consumers, and Providers

Chair: *Volunteer needed*

**David Meza,** University of California, Riverside *Orchards on the Orontes: Entangled Local, Regional, and Imperial Networks in Ottoman Antioch, 1703-1764*

**F. Walter Lorenz,** Eastern Michigan University *Bread of the Sultan: Redefining Post-Crimean War Refugee Lives through Food Systems*

**Maia Nichols,** Bennington College *Cartographies of Force: Locust Plague Drawings in the Archive*

**Sultan Toprak Oker,** University of Minnesota, Twin Cities *Role of Alcohol Taxes in Shaping Ottoman Society*

**Yusuke Kawamura,** Kobe University *Food Security and Agricultural Development in the Middle East and North Africa: Analyzing Egypt and Morocco*

## X-15: Decolonizing Politics and Poetics

Chair: *Volunteer needed*

**Zeena Yasmine Fuleihan,** Duke University *Unraveling Language: The Politics of Refusal in Witnessing Genocide*

**Pierre Folliet,** Yale University *A Mirror for Assia Djebar: On Language Ideology, Colonial Destruction, and the Poetics of Historical Representation in Fantasia and So Vast the Prison*

**Hanan Al-Alawi,** University of Wisconsin-Madison *Iterations of Indigeneity In Mortaḍā Gzār's Hāthā al-Nahru Ya'rifu Ismī (The River Knows My Name)*

**Rand Khalil,** University of Houston *Sisterhood and the Palestinian Metaphor: The Case of Sahar Khalifeh's The Inheritance (1997) and Susan Abulhawa's Against the Loveless World (2019)*

**Malak El-Outa,** Carleton University *Imagining Solidarity and Co-Resistance: The 9/11 Generation's Understandings of the War on Terror and American War Resisters of the US-Iraq War*

## X-16: Transmission of Islamic Knowledge: Structures and Networks

Chair: *Volunteer needed*

**Samer Alnasir,** Universidad Nacional de Educación a Distancia, UNED *Hegemonic Values versus Ethical Sovereignty: Unraveling the Northern-Southern Dichotomous Dilemma*

**John Walbridge,** Indiana University Bloomington *The Fourth Figure Syllogism Resurgent: Ibn Kammuna's Commentary on Suhrawardi's Logic of the Talwihat*

**Maria Tedesco,** Seattle University *Sitting in Doubt: American Muslims' Redefinition of Authority and Epistemology within Islam*

**Omer F. Es,** McGill University *Structures of Rhetorical Delivery in the Qur'an: Formulaic Organization of Ceremonial, Legal, and Political Rhetoric*

# SESSION X

**2:30 – 4:30 PM (EST)**
**FRIDAY, NOVEMBER 15, 2024**



## X-17: *The Military Past and Present*

Chair: *Volunteer needed*

**Robert Flahive,** Whitman College *Egyptian Military "at the Exhibition": Analyzing the Spectacle of the Egyptian National Military Museum and 6th of October Panorama in al-Sisi's Egypt*

**Sean Tomlinson,** University of Arizona *Modernity and Claims of Authority by Arab Ottoman Military Officers during Uncertain Times at the End of Empire*

**Radwa Saad,** Cornell University *Canteen Chronicles: Conscription and Civil-Military Relations in Post-War Egypt*

**Yasmina Abouzzohour,** Princeton University *Military-Society Relations in the Middle East and North Africa: Assessing the Drivers of Public Trust*

**Emrullah Uslu,** University of Maryland *Analyzing Turkish Military Campaigns on Rojava: Do They Work?*

## X-18: *International Relations in the Gulf*

Chair: *Volunteer needed*

**Amanda Garrett,** Georgetown University Qatar *Reevaluating Immigrant Integration in "Exclusionary" Regimes: Diaspora and Mobility in the State of Qatar*

**Ruofeng Zhang,** Peking University *The United Arab Emirates' Quest for Strategic Autonomy: Role Orientation, Foreign Policy and Tools*

**Satoru Nakamura,** Kobe University *Saudi Arabia's Policy toward the Rohingya Crisis (2012–19): Omnibalancing Diplomacy for Interregional Crisis*

**Farid Boussaid,** University of Amsterdam *Egypt, the Gulf Monarchies and the IMF*

## X-19: *Dissent and Repression*

Chair: *Volunteer needed*

**Maria Josua,** German Institute for Global and Area Studies *Taking Audiences of Political Discourse Seriously: Justifications of Repression and Their Reception in the Arab Uprisings*

**Mustafa Saqib,** Rutgers, State University of New Jersey *The Evolution of Civil Society in the Face of Surging Extremism: A Case Study of Civil Society under the Taliban Regime in Afghanistan*

**Muhammad Amasha,** Yale University *Intellectuals' Politics during Political Crises: The Arab Spring, Asabiyya, and Consequentialist Ethics*

**Amina Tawasil,** Teachers College, Columbia University *Muslimness, Empire, and Fieldwork under Surveillance in the Islamic Republic of Iran*

**Yousuf Abdelfatah,** Princeton University *From Tahrir to Tora: Insights from a Decade of Detention*

**Walker Gunning,** University of Chicago *Why Did Sudan's Democratic Transition Fail?*



# MESA MEMBERSHIP & REGISTRATION

*fax*    520-207-3166
*email*    meeting@mesana.org
*post*    3700 O St. NW, ICC Suite 241, Washington DC 20057 (USA)

Please register through myMESA to pay by credit card or PayPal.
You may also complete and return this form to the MESA Secretariat by **October 25, 2024**.

Name

Affiliation

Email (req)

## Membership Dues

Individuals should complete a profile in their myMESA account

*Amounts shown are in US$*

| | | |
|---|---|---|
| Student member | ❏ | $ 65 |
| Retired member | ❏ | $ 85 |
| Fellow or Associate member | ❏ | $ 75 (income less than $30,000) |
| | ❏ | $100 (income $30,001 - $40,000) |
| | ❏ | $125 (income $40,001 - $50,000) |
| | ❏ | $150 (income $50,001 - $60,000) |
| | ❏ | $175 (income $60,001 - $70,000) |
| | ❏ | $200 (income $70,001 - $80,000) |
| | ❏ | $225 (income $80,001 - $90,000) |
| | ❏ | $250 (income $90,001 - $100,000) |
| | ❏ | $275 (income $100,001 - $125,000) |
| | ❏ | $300 (income $125,001 - $150,000) |
| | ❏ | $350 (income greater than $150,001) |

## Registration Category

MESA is offering a 50% discount to members facing hardship.

| | | | | |
|---|---|---|---|---|
| Student/retired MESA member | ❏ | $ 85 | ❏ | $ 42 (discount for hardship) |
| Full/associate MESA member | ❏ | $175 | ❏ | $ 87 (discount for hardship) |
| Student, non-MESA member | ❏ | $150 | | |
| All other non-MESA members | ❏ | $300 | | |

## Payment Information

❏ Visa /MasterCard /Discover/AMEX
❏ Check (payable to MESA, in US$ and drawn on US bank)
    Send to MESA, 3700 O St. NW, ICC Suite 241, Washington DC 20057

Card Number

Exp Date                                        CVV* (3 or 4 digit code)

Cardholder Name

Billing Address

Signature

Email receipt to

AAUP-01335

 EXHIBIT 196

 Gmail

Jeffrey Reger <jeff@mesana.org>



## Attestation of drop in program submission statistics for lawsuit

Sun, Mar 30, 2025 at 10:50 AM

To: ████████████

In 2020, our last meeting scheduled to take place in Washington D.C. (with the deadline prior to the Covid-19 pandemic forcing a shift to virtual once it became clear that force majeure prevented a meeting in person), we had at the regular deadline 1,543 abstracts in total, with 235 pre-organized panels and 33 roundtables.

In 2023, which was the only other time that we have offered an extension due to a natural disaster, we had 1,557 abstracts submitted in total after the one-week extended deadline, with 214 pre-organized panels and 67 roundtables.

In 2025, at the original deadline, we had about 1,050 abstracts submitted in total—a significant drop. Individual abstracts were extraordinarily low at 275, a drop by more than half. With the extension of one week, we reached 1,422 total abstracts, which is still reduced lower than the average of a large meeting in a popular location.

In addition, the inability to plan and focus is demonstrated by the reduction in preorganized panels. The total number of pre-organized panels at the original deadline was 157; the final at the extended deadline was 160 pre-organized panels (versus an expected 225 or so), with 69 roundtables in addition. The reduction in pre-organized panels by almost a third was slightly compensated for by a higher-than-average number of individual abstracts (718, versus a typical average in the mid 600s.)

—
Basis:

Submission statistics pulled from myMESA

2025:

718 individual abstracts
704 abstracts on preorganized panels
=
1422

229 sessions, higher roundtables, 69, only 160 panels

at the deadline, we had about 1,060 papers.

1560

**2023:**

283 sessions
🖼 214 panels (199 accepted, 15 rejected)
🖼 67 roundtables (61 accepted, 6 rejected)
645 individual papers (616 accepted, 29 rejected)

Total = 1557
🖼 645 individual abstracts
🖼 912 abstracts on preorganized panels

2020:

Abstracts Total: 1,543

AAUP-01336

Individual Abstracts: 657
Pre-Organized Panel Abstracts: 886

Pre-Organized Panels: 235
Roundtables: 33



AAUP-01337

**EXHIBIT**

**197**



⚜ COLUMBIA UNIVERSITY
CENTER FOR PALESTINE STUDIES

ABOUT    EVENTS    NEWS    PROGRAMMING AREAS    PROJECTS    RESOURCES    PEOPLE    MAKE A GIFT

SPRING 2025



INSURGENT
DOMESTICITIES
ROUNDTABLE



PRODUCING PALESTINE:
A DISCUSSION W/
HADEEL ASSALI, DINA
MATAR, HELGA TAWIL-
SOURI, AND RAYYA EL
ZEIN



COUNTRY OF WORDS: A
TRANSNATIONAL ATLAS
FOR PALESTINIAN
LITERATURE



BYE BYE TIBERIAS
SCREENING FOLLOWED
BY A Q&A WITH
DIRECTOR LINA
SOUALEN & THOMAS
DODNAN

PREOCCUPATIONS:
WHATEVER HAPPENED
TO PREHISTORY IN
PALESTINE?

SEMESTER EVENTS ARCHIVE

| | | | | | |
|---|---|---|---|---|---|
| SPRING 2025 | FALL 2024 | SPRING 2024 | FALL 2023 | SPRING 2023 | FALL 2022 |
| SPRING 2022 | FALL 2021 | SPRING 2021 | FALL 2020 | SPRING 2020 | FALL 2019 |
| SPRING 2019 | FALL 2018 | SPRING 2018 | FALL 2017 | SPRING 2017 | FALL 2016 |
| SPRING 2016 | FALL 2015 | SPRING 2015 | FALL 2014 | SPRING 2014 | FALL 2013 |
| SPRING 2013 | FALL 2012 | SPRING 2012 | FALL 2011 | SPRING 2011 | FALL 2010 |

PROGRAMMING & RESEARCH AREA EVENTS ARCHIVE

     

HISTORY OF THE     THE ARTS     PALESTINE & LAW     PALESTINE     PALESTINE 04/74     JERUSALEM
PRESENT                                                     LIBRARY

7/3/25, 8:19 PM                                        screenshot.png (1585x3065)



**EXHIBIT**
**198**

From: ███████████████████

Date: Mon, Mar 10, 2025 at 4:05 AM

Subject: Re: Access to Columbia's campus for March 13 CPS Producing Palestine Event

To: ███████████████████████████████

CC: ███████████████████████████████████

Dear ███████████████████ :

I'm writing tonight to let you know that we have decided that we need to cancel our event next week. We don't feel that the Columbia campus is safe for our community right now.

I'm so sorry about this.

████████

—

███████████████

Center for Palestine Studies
Columbia University

████████████
████████████

Support the Center for Palestine Studies

On Fri, Mar 7, 2025 at 12:41 ██████████████████████████ wrote:
Dear ███████████████ :

We're excited to have you with us at the Center for Palestine Studies on Thursday! As you are likely aware, access to Columbia's campus has been severely restricted since last spring. Below are details related to entering campus...

On Monday I will submit guest campus access requests for you, ahead of our event on March 13. You will receive an automated email from CU Guest Access [caladminnoreply@columbia.edu] with a QR code for campus access by March 13. You will also need to present a government-issued photo ID, along with your QR code, to the guards at Columbia's main gates (either Broadway and 116th or Amsterdam and 116th).

Could you kindly let me know how your name is listed on your photo ID by Monday morning so that I can enter it into the system?

The event will be held in the extension of Schermerhorn Hall (the room is listed below). Please find a map of Columbia's campus with Schermerhorn Hall circled in orange attached.

Please let me know if you have any questions and confirm the official spelling of your name.

Until soon,

**EVENT VENUE**
Scheps Library, Room 457,
Department of Anthropology
Schermerhorn Extension



Center for Palestine Studies
Columbia University

68779

Federal Register

Vol. 84, No. 241

Monday, December 16, 2019

# Presidential Documents

Title 3—

The President

Executive Order 13899 of December 11, 2019

## Combating Anti-Semitism

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

**Section 1.** *Policy.* My Administration is committed to combating the rise of anti-Semitism and anti-Semitic incidents in the United States and around the world. Anti-Semitic incidents have increased since 2013, and students, in particular, continue to face anti-Semitic harassment in schools and on university and college campuses.

Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. 2000d *et seq.*, prohibits discrimination on the basis of race, color, and national origin in programs and activities receiving Federal financial assistance. While Title VI does not cover discrimination based on religion, individuals who face discrimination on the basis of race, color, or national origin do not lose protection under Title VI for also being a member of a group that shares common religious practices. Discrimination against Jews may give rise to a Title VI violation when the discrimination is based on an individual's race, color, or national origin.

It shall be the policy of the executive branch to enforce Title VI against prohibited forms of discrimination rooted in anti-Semitism as vigorously as against all other forms of discrimination prohibited by Title VI.

**Sec. 2.** *Ensuring Robust Enforcement of Title VI.* (a) In enforcing Title VI, and identifying evidence of discrimination based on race, color, or national origin, all executive departments and agencies (agencies) charged with enforcing Title VI shall consider the following:

(i) the non-legally binding working definition of anti-Semitism adopted on May 26, 2016, by the International Holocaust Remembrance Alliance (IHRA), which states, "Antisemitism is a certain perception of Jews, which may be expressed as hatred toward Jews. Rhetorical and physical manifestations of antisemitism are directed toward Jewish or non-Jewish individuals and/or their property, toward Jewish community institutions and religious facilities"; and

(ii) the "Contemporary Examples of Anti-Semitism" identified by the IHRA, to the extent that any examples might be useful as evidence of discriminatory intent.

(b) In considering the materials described in subsections (a)(i) and (a)(ii) of this section, agencies shall not diminish or infringe upon any right protected under Federal law or under the First Amendment. As with all other Title VI complaints, the inquiry into whether a particular act constitutes discrimination prohibited by Title VI will require a detailed analysis of the allegations.

**Sec. 3.** *Additional Authorities Prohibiting Anti-Semitic Discrimination.* Within 120 days of the date of this order, the head of each agency charged with enforcing Title VI shall submit a report to the President, through the Assistant to the President for Domestic Policy, identifying additional nondiscrimination authorities within its enforcement authority with respect to which the IHRA definition of anti-Semitism could be considered.

**Sec. 4.** *Rule of Construction.* Nothing in this order shall be construed to alter the evidentiary requirements pursuant to which an agency makes a determination that conduct, including harassment, amounts to actionable

EXHIBIT

199

AAUP-01491

discrimination, or to diminish or infringe upon the rights protected under any other provision of law.

**Sec. 5.** *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*December 11, 2019.*

[FR Doc. 2019–27217
Filed 12–13–19; 11:15 am]
Billing code 3295–F0–P

AAUP-01492

## J-VISA EXCHANGE VISITOR PROGRAM: INCIDENT REPORTING RUBRIC for ACADEMIC/GOVERNMENT CATEGORIES

This reporting rubric should be used by U.S. Department of State (DOS)–designated Exchange Visitor Program sponsors as a general guideline for reporting incidents involving J-1/J-2 exchange visitors to the DOS pursuant to 22 CFR 62.13(d) in the following categories: College and University Student, Government Visitor, Professor, Research Scholar, Short-term Scholar, and Specialist. The examples provided below are not meant to be exhaustive (i.e., there may be other serious situations, not listed below, that have or could endanger the health, safety, or welfare of an exchange visitor or otherwise could be expected to bring the Department of State, the Exchange Visitor Program, or the sponsor's exchange visitor program into notoriety or disrepute). Sponsors can locate the incident report form at https://j1visa.state.gov/academic-program-sponsors. Please email the form to the Office of Private Sector Exchange Program Administration's Academic and Government (OPA-AG) team at AGalert@state.gov.

| Nature of Incident or Allegation | |
|---|---|
| • **Actual or Potential Negative Press** (i.e., incident expected to bring DOS, the sponsor, or the Exchange Visitor Program into notoriety or disrepute) | • **Litigation (Lawsuits) or Other Legal Actions** (related to the Exchange Visitor Program, in which a sponsor, site of activity, or an exchange visitor may be a named party) |
| • **Death of Exchange Visitor** | • **Lost or Stolen Immigration Documents** (e.g., lost or stolen passport/visa or stolen Form DS-2019) |
| • **Exchange Visitor Missing, Absconder, or Overstay** (i.e., whereabouts unknown or intentionally left the program without notifying sponsor) | • **Port of Entry Issues** (e.g., applicant found inadmissible resulting in withdrawal of application for admission, expedited removal, or Notice to Appear) |
| • **Foreign Government Involvement** (including Foreign Embassy or Consulate Involvement) | • **Proscribed Antisemitic Actions** (e.g., physical actions directed towards Jewish individuals and/or their property, community institutions, or religious facilities that violates the law or university rules) |
| • **Fraud** (e.g., visa, immigration, or financial fraud or scam) | |
| • **Incident Involving the Criminal Justice System** (e.g., arrest, charges, incarceration, detention, or other law enforcement involvement) | • **Public Security Incident or Natural Disasters Directly Involving Exchange Visitor Safety** (e.g., bombing, shooting, other acts of violence, civil unrest, fire, tornado, flood, or hurricane) |
| • **Incidents Involving Child Protective Services** | |
| • **Lawsuits or Formal Complaints by an Exchange Visitor Against the Sponsor Alleging Unlawful Affirmative Action** (e.g., alleged discrimination in the selection or hiring of exchange visitors based on an unlawful Affirmative Action policy) | • **Serious Behavioral Problems** (e.g., substance abuse, bullying, or harassment) |
| | • **Serious Medical Issues** (e.g., cancer diagnosis, surgery, or any condition requiring hospitalization of 48 hours or more) |
| • **Lawsuits or Formal Complaints by an Exchange Visitor Against the Sponsor Alleging Unlawful DEI Policies** (e.g., alleged unlawful discrimination against exchange visitors due to Diversity, Equity, and Inclusion policies) | • **Serious Mental Health Concerns** (e.g., suicidal ideation or attempt, eating disorder, self-harm, psychiatric hold and/or hospitalization, or early program end due to mental health) |

*Effective Date: July 1, 2025*

**EXHIBIT**
**200**

AAGA-01495

| Nature of Incident or Allegation | |
|---|---|
| • **Serious Violations of University Conduct Rules:** (e.g., participation in a building occupation, participation in an unauthorized encampment, disrupting classes, intimidation, harassment, assault) | • **Theft of Intellectual Property or Violations of Import/Export Controls** |
| • **Sexually-Related Incident or Abuse** (e.g., incident or allegation involving sexual exploitation, harassment, assault, or misconduct) | • **Unsuitable Host/Work Conditions** (e.g., incident or allegation involving workplace bullying, harassment, discrimination, hostile work environment, or work hours and/or wage-related issues) |
| • **Terrorist Activity, Endorsing or Espousing Terrorism:** (e.g., engaging in terrorist activity; membership in a terrorist organization; endorsing or espousing terrorist activity) | |

## EXCHANGE VISITOR PROGRAM REPORTING REQUIREMENTS

The following federal regulations pertain to the sponsor's responsibility to inform DOS of serious problems or incidents and cooperate with inquiries and investigations:

- **22 CFR 62.10(d)(1), (2)** *Monitoring of exchange visitors.* Exchange visitors' participation in their exchange program must be monitored by employees of the sponsor.  Sponsors must:
  (1) Ensure that the activities in which exchange visitors are engaged are consistent with the category and activity listed on their Forms DS-2019;
  (2) Monitor the physical location (site of activity), and the progress and welfare of exchange visitors to the extent appropriate for the category.

- **22 CFR 62.10(e)** *Requests by the Department of State.*  Sponsors must, to the extent lawfully permitted, furnish the Department of State within the Department-requested timeframe all information, reports, documents, books, files, and other records or information requested by the Department of State on all matters related to their exchange visitor program.  Sponsors must include sponsor's program number on all responses.

- **22 CFR 62.10(f)** *Inquiries and investigations.* Sponsors must cooperate with any inquiry or investigation that may be undertaken by the Department of State or the Department of Homeland Security.

- **22 CFR 62.10(g)** *Retention of records.* Sponsors must retain all records related to their exchange visitor program and exchange visitors (to include accompanying spouse and dependents, if any) for a minimum of three years following the completion of each exchange visitor program.

- **22 CFR 62.13(d)** *Serious problem or controversy.*  Sponsors must inform the Department of State on or before the next business day by telephone (confirmed promptly in writing by facsimile or email) of any investigations of an exchange visitor's site of activity or serious problem or controversy that could be expected to bring the Department of State, the Exchange Visitor Program, or the sponsor's exchange visitor program into notoriety or disrepute, including any potential litigation related to a sponsor's exchange visitor program, in which the sponsor or an exchange visitor may be a named party.

*Effective Date: July 1, 2025*

AAUP-01494

An official website of the United States Government Here's how you know

```
EXHIBIT
201
```

Home >  ...  > Department of State Social Media Sites: Domestic ..

# Department of State Social Media Sites: Domestic Accounts

## DOMESTIC SOCIAL MEDIA SITES

Administration (A)

Arms Control, Deterrence, and Stability (ADS)

Consular Affairs (CA)

Cyberspace and Digital Policy (CDP)

Conflict and Stabilization Operations (CSO)

Counterterrorism (CT)

Deputy Secretary (D)

Deputy Secretary for Management and Resources (D-MR)

Democracy, Human Rights, and Labor (DRL)

Diplomatic Security (DS)

Under Secretary for Economic Growth, Energy, and the Environment (E)

Economic and Business Affairs (EB)

Educational and Cultural Affairs (ECA)

Energy Resources (ENR)

Foreign Service Institute (FSI)

Global Public Affairs (GPA)

Global Talent Management (GTM)

International Narcotics and Law Enforcement Affairs (INL)

International Religious Freedom (IRF)

Information Resource Management (IRM)

International Security and Nonproliferation (ISN)

Under Secretary for Civilian Security, Democracy, and Human Rights (J)

Under Secretary for Management (M)

AAUP-01495

Medical Services (MED)

Overseas Building Operations (OBO)

Oceans and International Environmental
and Scientific Affairs (OES)

Under Secretary for Political Affairs (P)

Political-Military Affairs (PM)

Population, Refugees, and Migration
(PRM)

Under Secretary for Public Diplomacy and
Public Affairs (R)

The Secretary (S)

Under Secretary for Arms Control and
International Security (T)

AAUP-01496

| Bureau | Countries and Areas | Account Name | Platform | Page Url |
|--------|---------------------|--------------|----------|----------|
| A | United States | U.S. Department of State Industry Liaison | LinkedIn | https://www.linkedin.com/company/department-of-st industry-liaison/ |
| AVC | United States | Bureau of Arms Control, Deterrence, and Stability | X | https://x.com/StateADS |
| AVC | United States | Bureau of Arms Control, Deterrence, and Stability | Facebook | https://www.facebook.com/StateADS |
| CA | United States | Bureau of Consular Affairs | Facebook | https://www.facebook.com/travelgov/ |
| CA | United States | Bureau of Consular Affairs | Instagram | https://www.instagram.com/travelgov/ |
| CA | United States | Bureau of Consular Affairs | X | https://x.com/TravelGov |
| CA | United States | Bureau of Consular Affairs | YouTube | https://www.youtube.com/user/TravelGov |
| CA | United States | Bureau of Consular Affairs | Whatsapp | https://whatsapp.com/channel/0029Var8szHInIqREVL |
| CDP | United States | Bureau of Cyberspace and Digital Policy | X | https://x.com/StateCDP |
| CDP | United States | Bureau of Cyberspace and Digital Policy | LinkedIn | https://www.linkedin.com/company/bureau-of-cybers digital-policy/ |
| CDP | United States | Bureau of Cyberspace and Digital Policy | YouTube | https://www.youtube.com/@StateCDP |
| CSO | United States | Bureau of Conflict and Stabilization Operations | Facebook | https://www.facebook.com/stateCSO/ |
| CSO | United States | Bureau of Conflict and Stabilization Operations | X | https://x.com/StateCSO |
| CT | United States | Bureau of Counterterrorism | X | https://x.com/StateDeptCT |

AAUP-01498

| | | | | |
|---|---|---|---|---|
| D | United States | Deputy Secretary of State | X | https://x.com/DeputySecState |
| D | United States | Deputy Secretary of State | Instagram | https://www.instagram.com/deputysecstate/ |
| D-MR | United States | Deputy Secretary of State for Management and Resources | X | https://x.com/DepSecStateMR |
| D-MR | United States | Deputy Secretary of State for Management and Resources | Instagram | https://www.instagram.com/depsecstatemr/ |
| DRL | United States | Bureau of Democracy, Human Rights, and Labor | Facebook | https://www.facebook.com/StateDRL/ |
| DRL | United States | Bureau of Democracy, Human Rights, and Labor | Instagram | https://www.instagram.com/usa_humanrights/ |
| DRL | United States | Bureau of Democracy, Human Rights, and Labor | X | https://x.com/StateDRL |
| DRL | United States | Bureau of Democracy, Human Rights, and Labor | YouTube | https://www.youtube.com/@bureauofdemocracyhum |
| DS | United States | Diplomatic Security Service | Facebook | https://www.facebook.com/StateDeptDSS |
| DS | United States | Diplomatic Security Service | Instagram | https://www.instagram.com/statedeptdss/ |
| DS | United States | Diplomatic Security Service | X | https://x.com/StateDeptDSS |
| DS | United States | Diplomatic Security Service | YouTube | https://www.youtube.com/@DiplomaticSecurityServic |
| DS | United States | Diplomatic Security Service | LinkedIn | https://www.linkedin.com/showcase/diplomatic-secur service/ |
| DS | United States | Diplomatic Security Service | Flickr | https://www.flickr.com/people/statedeptdss/ |
| DS | United States | Overseas Security Advisory Council | X | https://x.com/OSACState |
| DS | United States | Overseas Security Advisory | LinkedIn | https://www.linkedin.com/company/osacgov/ |

AAUP-01499

| | | Council | | |
|---|---|---|---|---|
| E | United States | Office of Global Partnerships | Facebook | https://www.facebook.com/GPAtState |
| E | United States | Office of Global Partnerships | X | https://x.com/GPatState |
| E | United States | Office of Global Partnerships | LinkedIn | https://www.linkedin.com/company/gpatstate/ |
| E | United States | Office of the Science and Technology Adviser | LinkedIn | https://www.linkedin.com/company/stas-at-state/ |
| E | United States | Under Secretary of State for Economic Growth, Energy and the Environment | LinkedIn | https://www.linkedin.com/company/state-e/ |
| E | United States | Under Secretary of State for Economic Growth, Energy and the Environment | X | https://x.com/State_E |
| E | United States | Under Secretary of State for Economic Growth, Energy and the Environment | Facebook | https://www.facebook.com/StateDeptE/ |
| EB | United States | Bureau of Economic and Business Affairs | Facebook | https://www.facebook.com/EconAtState |
| EB | United States | Bureau of Economic and Business Affairs | LinkedIn | https://www.linkedin.com/company/econatstate/ |
| EB | United States | Bureau of Economic and Business Affairs | X | https://x.com/EconAtState |
| EB | United States | Office of Science and Technology Adviser to Secretary | X | https://x.com/STASatState |
| EB | United States | Special Representative for Commercial and Business Affairs | X | https://x.com/BizAtState |

AAUP-01500

| | | Affairs | | |
|---|---|---|---|---|
| EB | United States | Special Representative for Commercial and Business Affairs | LinkedIn | https://www.linkedin.com/company/bizatstate/ |
| ECA | United States | Ambassadors Fund for Cultural Preservation | Facebook | https://www.facebook.com/usafcp/ |
| ECA | United States | American English | Facebook | https://www.facebook.com/AmericanEnglishatState/ |
| ECA | United States | American English for Educators | Facebook | https://www.facebook.com/AmericanEnglishforEduca |
| ECA | United States | American English | YouTube | https://www.youtube.com/user/StateAmericanEnglish |
| ECA | United States | American Spaces | X | https://x.com/AmericanSpaces |
| ECA | United States | Assistant Secretary of State Bureau of Educational and Cultural Affairs | X | https://x.com/ECA_AS |
| ECA | United States | Bureau of Educational and Cultural Affairs | Facebook | https://www.facebook.com/ExchangeProgramsAtState |
| ECA | United States | Bureau of Educational and Cultural Affairs | Instagram | https://www.instagram.com/exchangeourworld |
| ECA | United States | Bureau of Educational and Cultural Affairs | X | https://x.com/ECAatState |
| ECA | United States | Bureau of Educational and Cultural Affairs | YouTube | https://www.youtube.com/user/exchangesvideo |
| ECA | United States | Bureau of Educational and Cultural Affairs | Flickr | https://www.flickr.com/photos/exchangesphotos/ |
| ECA | United States | Cultural Heritage | X | https://x.com/HeritageAtState |
| ECA | United States | Cultural Programs Division | X | https://x.com/CultureAtState |
| ECA | United States | EducationUSA | Facebook | https://www.facebook.com/EducationUSA/ |
| ECA | United States | EducationUSA | Instagram | https://www.instagram.com/educationusa/ |

AAUP-01501

| | | | | |
|---|---|---|---|---|
| ECA | United States | EducationUSA | X | https://x.com/educationusa |
| ECA | United States | EducationUSA | LinkedIn | https://www.linkedin.com/company/educationusa/ |
| ECA | United States | EducationUSA | YouTube | https://www.youtube.com/user/EducationUSAtv |
| ECA | United States | English Language Programs | X | https://x.com/ELPrograms |
| ECA | United States | International Exchange Alumni | Facebook | https://www.facebook.com/InternationalExchangeAlu |
| ECA | United States | International Exchange Alumni | Instagram | https://www.instagram.com/voicesofexchange/ |
| ECA | United States | International Exchange Alumni | X | https://x.com/exchangealumni |
| ECA | United States | International Exchange Alumni | LinkedIn | https://www.linkedin.com/company/exchangealumni. |
| ECA | United States | International Visitor Leadership Program | Facebook | https://www.facebook.com/StateIVLP |
| ECA | United States | International Visitor Leadership Program | Instagram | https://www.instagram.com/StateIVLP/ |
| ECA | United States | International Visitor Leadership Program | X | https://x.com/StateIVLP |
| ECA | United States | International Visitor Leadership Program | LinkedIn | https://www.linkedin.com/company/ivlp-international leadership-program/ |
| ECA | United States | Sports Diplomacy | Facebook | https://www.facebook.com/SportsDiplomacyDivision/ |
| ECA | United States | Sports Diplomacy | Instagram | https://www.instagram.com/sportsdiplomacy/ |
| ECA | United States | Sports Diplomacy | X | https://x.com/SportsDiplomacy |
| ECA | United States | The Fulbright Program | Facebook | https://www.facebook.com/fulbright |
| ECA | United States | The Fulbright Program | Instagram | https://www.instagram.com/the_fulbright_program/ |
| ECA | United States | The Fulbright Program | X | https://x.com/FulbrightPrgrm |
| ECA | United | The Fulbright | LinkedIn | https://www.linkedin.com/company/the-fulbright-pro |

| | | | | |
|---|---|---|---|---|
| LLA | United States | The Fulbright Program | LinkedIn | https://www.linkedin.com/company/the-fulbright-pro |
| ENR | United States | Assistant Secretary of State for Energy Resources | X | https://x.com/AsstSecENR |
| ENR | United States | Bureau of Energy Resources | X | https://x.com/EnergyAtState |
| ENR | United States | Bureau of Energy Resources | LinkedIn | https://www.linkedin.com/company/bureauofenergyr |
| ENR | United States | Bureau of Energy Resources | YouTube | https://www.youtube.com/@bureauofenergyresource |
| FSI | United States | Foreign Service Institute (FSI) | Facebook | https://www.facebook.com/ForeignServiceInstituteFSI |
| FSI | United States | Foreign Service Institute (FSI) | X | https://x.com/fsiatstate |
| FSI | United States | Foreign Service Institute (FSI) | LinkedIn | https://www.linkedin.com/company/foreign-service-ir |
| FSI | United States | Foreign Service Institute (FSI) | YouTube | https://www.youtube.com/@FSI4000/ |
| FSI | United States | Office of the Historian | X | https://x.com/HistoryAtState |
| GPA | South Africa | Africa Regional Media Hub | Facebook | https://www.facebook.com/USAfricaMediaHub/ |
| GPA | South Africa | Africa Regional Media Hub | X | https://x.com/AfricaMediaHub |
| GPA | Bangkok | Asia Pacific Media Hub | Facebook | https://www.facebook.com/eapmediahub |
| GPA | Bangkok | Asia Pacific Media Hub | X | https://x.com/eAsiaMediaHub |
| GPA | United States | Assistant Secretary for Global Public Affairs | X | https://x.com/GPA_AS |
| GPA | Belgium | Brussels Media Hub | Facebook | https://www.facebook.com/usaporusski/ |
| GPA | Belgium | Brussels Media Hub | X | https://x.com/USAandEurope |
| GPA | Belgium | Brussels Media Hub | X | https://x.com/USAenFrancais |
| GPA | Belgium | Brussels Media Hub | X | https://x.com/USApoRusski |
| GPA | United States | Bureau of Global Public Affairs | Flickr | https://www.flickr.com/people/iip-photo-archive/ |
| GPA | United States | Deputy Spokesperson to | X | https://x.com/statedeputyspox |

AAUP-01503

| | | | | |
|---|---|---|---|---|
| | States | Spokesperson to the Secretary | | |
| GPA | United Arab Emirates | Dubai Regional Media Hub | Facebook | https://www.facebook.com/USAbilAraby/ |
| GPA | United Arab Emirates | Dubai Regional Media Hub | Instagram | https://www.instagram.com/usabilaraby/ |
| GPA | United Arab Emirates | Dubai Regional Media Hub | X | https://x.com/USAbilAraby |
| GPA | United States | Foreign Press Centers | Facebook | https://www.facebook.com/USDoS.FPC |
| GPA | United States | Foreign Press Centers | X | https://x.com/ForeignPressCtr |
| GPA | United Kingdom | London Media Hub | Facebook | https://www.facebook.com/USAHindiMein/ |
| GPA | United Kingdom | London Media Hub | X | https://x.com/USAHindiMein |
| GPA | United Kingdom | London Media Hub | Facebook | https://www.facebook.com/USAUrdu/ |
| GPA | United Kingdom | London Media Hub | X | https://x.com/USAUrdu |
| GPA | United States | Media Hub of the Americas | X | https://x.com/USAemPortugues |
| GPA | United States | Media Hub of the Americas | Facebook | https://www.facebook.com/USAenEspanolOficial |
| GPA | United States | Media Hub of the Americas | X | https://x.com/USAenEspanol |
| GPA | United States | ShareAmerica | X | https://x.com/AmericaGovFr |
| GPA | United States | ShareAmerica | X | https://x.com/MeiGuoCanKao |
| GPA | United States | ShareAmerica | X | https://x.com/shareamerica |
| GPA | United States | ShareAmerica | X | https://x.com/ShareAmerica_Ar |
| GPA | United States | ShareAmerica | YouTube | https://www.youtube.com/user/Americagov |
| GPA | United States | ShareAmerica | YouTube | https://www.youtube.com/@MeiGuoCanKao/ |
| GPA | United States | Spokesperson to the Secretary | X | https://x.com/statedeptspox |
| GPA | United States | U.S. Department of State | Facebook | https://www.facebook.com/statedept/ |
| GPA | United States | U.S. Department | Flickr | https://www.flickr.com/photos/statedept/... |

AAUP-01504

| | | | | |
|---|---|---|---|---|
| GPA | United States | U.S. Department of State | Flickr | https://www.flickr.com/photos/statephotos |
| GPA | United States | U.S. Department of State | Instagram | https://www.instagram.com/statedept |
| GPA | United States | U.S. Department of State | LinkedIn | https://www.linkedin.com/company/doscareers/ |
| GPA | United States | U.S. Department of State | X | https://x.com/StateDept |
| GPA | United States | U.S. Department of State | YouTube | https://www.youtube.com/@StateDept |
| GPA | United States | U.S. Department of State | Rumble | https://rumble.com/c/StateDept |
| GPA | United States | U.S. Department of State | Substack | https://statedept.substack.com/ |
| GTM | United States | Director General of the Foreign Service & Director of Global Talent | X | https://x.com/StateDG |
| GTM | United States | Global Community Liaison Office | Facebook | https://www.facebook.com/GlobalCommunityLiaison |
| GTM | United States | Global Community Liaison Office | YouTube | https://youtube.com/@GlobalCommunityLiaisonOffic |
| GTM | United States | Global Community Liaison Office | LinkedIn | https://www.linkedin.com/company/gclogei |
| GTM | United States | State Dept GTM | Facebook | https://www.facebook.com/StateDeptGTM/ |
| GTM | United States | State Magazine | Facebook | https://www.facebook.com/statemagazine |
| GTM | United States | State Magazine | X | https://x.com/StateMag |
| GTM | United States | State Magazine | Instagram | https://www.instagram.com/instatemag/ |
| GTM | United States | U.S. Department of State – Careers | Facebook | https://www.facebook.com/doscareers |
| GTM | United States | U.S. Department of State – Careers | X | https://x.com/doscareers |
| GTM | United States | U.S. Department of State – Careers | Instagram | https://www.instagram.com/doscareers |
| | | | | https://www.linkedin.com/showcase/u-s-department- |

| GTM | United States | U.S. Department of State – Careers for Individuals with Disabilities | LinkedIn | careers-for-persons-with-disabilities |
| INL | United States | Bureau of International Narcotics and Law Enforcement Affairs | Facebook | https://www.facebook.com/StateINL/ |
| INL | United States | Bureau of International Narcotics and Law Enforcement Affairs | Instagram | https://www.instagram.com/stateinl/ |
| INL | United States | Bureau of International Narcotics and Law Enforcement Affairs | X | https://x.com/StateINL |
| IRF | United States | Ambassador at Large for International Religious Freedom | X | https://x.com/IRF_Ambassador |
| IRF | United States | Office of International Religious Freedom | X | https://x.com/StateIRF |
| IRF | United States | Office of International Religious Freedom | Facebook | https://www.facebook.com/DOSIRF |
| IRM | United States | Bureau of Information Resource Management | LinkedIn | https://www.linkedin.com/showcase/usdos-irm/ |
| IRM | United States | Chief Information Officer | X | https://x.com/StateDept_CIO |
| IRM | United States | Virtual Student Federal Service | Facebook | https://www.facebook.com/VSFSatState |
| IRM | United States | Virtual Student Federal Service | LinkedIn | https://www.linkedin.com/showcase/usdos-vsfs/ |
| ISN | United States | Bureau of International Security and | Facebook | https://www.facebook.com/StateDepartment.ISNBure |

AAUT-01506

|  |  |  | Nonproliferation |  |  |
|---|---|---|---|---|---|
| ISN | United States | Bureau of International Security and Nonproliferation | LinkedIn | https://www.linkedin.com/company/state-isn/ |
| ISN | United States | Bureau of International Security and Nonproliferation | X | https://x.com/StateISN |
| ISN | United States | Bureau of International Security and Nonproliferation | Flickr | https://www.flickr.com/photos/isnbureau/ |
| ISN | United States | Special Representative for Nuclear Nonproliferation | X | https://x.com/USNPT |
| J | United States | Office to Monitor & Combat Trafficking in Persons | Facebook | https://www.facebook.com/usdos.jtip |
| J | United States | Office to Monitor & Combat Trafficking in Persons | Instagram | https://www.instagram.com/trafficking_in_persons_st |
| J | United States | Office to Monitor & Combat Trafficking in Persons | X | https://x.com/JTIP_State |
| J | United States | Special Envoy to Monitor and Combat Antisemitism | X | https://x.com/StateSEAS |
| J | United States | Special Envoy to Monitor and Combat Antisemitism | Instagram | https://www.instagram.com/state_seas/ |
| M | United States | Art in Embassies | Facebook | https://www.facebook.com/ArtinembassiesAIE |
| M | United States | Art in Embassies | X | https://x.com/ArtinEmbassies |
| M | United States | Art in Embassies | YouTube | https://www.youtube.com/user/artinembassies |
| M | United States | Art in Embassies | Instagram | https://www.instagram.com/artinembassies |
| M | United States | Director of Art in | X | https://x.com/DirARTState |

AAUP-01507

| | States | Embassies | | |
|---|---|---|---|---|
| M | United States | Director of Art in Embassies | Instagram | https://www.instagram.com/DirARTState/ |
| M | United States | Office of Foreign Missions | Facebook | https://www.facebook.com/ofmdc |
| M | United States | U.S. Department of State Center for Analytics | LinkedIn | https://www.linkedin.com/company/doscfa/ |
| MED | United States | Bureau of Medical Services | LinkedIn | https://www.linkedin.com/showcase/usdos-med/ |
| OBO | United States | Bureau of Overseas Buildings Operations | LinkedIn | https://www.linkedin.com/showcase/usdos-obo/ |
| OBO | United States | Bureau of Overseas Buildings Operations | Facebook | https://www.facebook.com/StateOBO |
| OBO | United States | Bureau of Overseas Buildings Operations | Threads | https://www.threads.net/@state_obo |
| OBO | United States | Bureau of Overseas Buildings Operations | Instagram | https://www.instagram.com/state_obo/ |
| OBO | United States | Bureau of Overseas Buildings Operations | YouTube | https://www.youtube.com/@State_OBO |
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | Facebook | https://www.facebook.com/ScienceDiplomacyUSA/ |
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | Flickr | https://www.flickr.com/photos/stateoesphotos/ |
| OES | United States | Bureau of Oceans and International Environmental and Scientific | YouTube | https://youtube.com/@sciencediplomacyusa429 |

AAUP-01508

| | | | | |
|---|---|---|---|---|
| | | and Scientific Affairs | | |
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | X | https://x.com/SciDiplomacyUSA |
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | Instagram | https://www.instagram.com/sciencediplomacy_usa/ |
| OES | United States | Bureau of Oceans and International Environmental and Scientific Affairs | LinkedIn | https://www.linkedin.com/company/stateoes/ |
| OES | United States | GIST Network | Facebook | https://www.facebook.com/GISTnet |
| OES | United States | GIST Network | X | https://x.com/GISTNetwork |
| P | United States | Under Secretary for Political Affairs | X | https://x.com/UnderSecStateP |
| PM | United States | Assistant Secretary Bureau of Political-Military Affairs | X | https://x.com/AsstSecPM |
| PM | United States | Bureau of Political-Military Affairs | X | https://x.com/StateDeptPM |
| PRM | United States | Assistant Secretary of State for the Bureau of Population, Refugees, and Migration | X | https://x.com/PRMAsstSec |
| PRM | United States | Bureau of Population, Refugees, and Migration | Facebook | https://www.facebook.com/State.PRM |
| PRM | United States | Bureau of Population, Refugees, and | Flickr | https://www.flickr.com/photos/stateprm/ |

AAUP-01509

| | | | | |
|---|---|---|---|---|
| | | Refugees, and Migration | | |
| PRM | United States | Bureau of Population, Refugees, and Migration | Instagram | https://www.instagram.com/stateprm/ |
| PRM | United States | Bureau of Population, Refugees, and Migration | X | https://x.com/StatePRM |
| R | United States | National Museum of American Diplomacy | Facebook | https://www.facebook.com/NMADmuseum/ |
| R | United States | National Museum of American Diplomacy | Instagram | https://www.instagram.com/NMADmuseum |
| R | United States | National Museum of American Diplomacy | Flickr | https://www.flickr.com/photos/nmadmuseum/ |
| R | United States | National Museum of American Diplomacy | Threads | https://www.threads.net/@nmadmuseum |
| R | United States | National Museum of American Diplomacy | X | https://x.com/NMADmuseum |
| R | United States | National Museum of American Diplomacy | LinkedIn | https://www.linkedin.com/company/nmadmuseum/ |
| R | United States | Under Secretary of State for Public Diplomacy and Public Affairs | X | https://x.com/UndersecPD |
| S | United States | Bureau of Global Health Security and Diplomacy | LinkedIn | https://www.linkedin.com/company/state-global-health-security-and-diplomacy/ |
| S | United States | Counselor of the Department | X | https://x.com/CounselorDOS |
| TAGS | United States | Office of Global Women's Issues | X | https://x.com/stategwi |
| S | United | Office of Global | Facebook | https://www.facebook.com/StateGWI/ |

AAUP-01510

| | States | Women's Issues | | |
|---|---|---|---|---|
| | **Bureau of Global Public Affairs** | **Department Organization** | | **Social Media** | pany/stategwi/ |
| S | United States | Office of the Chief of Protocol | X | https://x.com/US_Protocol |
| S | United States | Office of the Chief of Protocol | Instagram | https://www.instagram.com/us_protocol |
| S | United States | Office of the Inspector General | X | https://x.com/StateOIG |
| S | United States | Office of the U.S. Coordinator for the Arctic Region | X | https://x.com/us_arctic |
| S | United States | PEPFAR | X | https://x.com/PEPFAR |
| S | United States | PEPFAR | Instagram | https://www.instagram.com/pepfar/ |
| S | United States | PEPFAR | YouTube | https://www.youtube.com/user/uspepfar |
| S | United States | PEPFAR | Facebook | https://www.facebook.com/PEPFAR |
| S | United States | Secretary of State | X | https://x.com/secrubio |
| S | United States | Secretary of State | Instagram | https://www.instagram.com/secrubio/ |
| S | United States | Special Representative for City and State Diplomacy | X | https://x.com/SubnationalDip |
| S | United States | U.S. Special Presidential Envoy for Hostage Affairs | X | https://x.com/StateSPEHA |
| T | United States | Under Secretary of State for Arms Control and International Security | X | https://x.com/undersect |

AAUP-01511

 An official website of the United States Governmen Here's how you know ∨

EXHIBIT
**202**

≡                        **U.S. DEPARTMENT *of* STATE**                        🔍

**Social Media**                                                          ∨



Home >  ...  > Global Social Media Presence

★ ★ ★
# Global Social Media Presence

## Flagship Platforms

The Bureau of Global Public Affairs maintains the Department of State's official social media platforms.



X ✍️
**SECRETARY OF STATE**
**MARCO RUBIO**



X ✍️
**U.S. DEPARTMENT**
**OF STATE**



X ✍️
**SPOKESPERSON**







Cookie Settings

AAUP-01512

7/3/25, 8:25 PM Global Social Media Presence - United States Department of State

TRUTH SOCIAL
SECRETARY OF STATE
MARCO RUBIO

SUBSTACK
U.S. DEPARTMENT
OF STATE

INSTAGRAM
SECRETARY OF STATE
MARCO RUBIO

INSTAGRAM
U.S. DEPARTMENT
OF STATE

INSTAGRAM
SPOKESPERSON

FACEBOOK
U.S. DEPARTMENT
OF STATE

RUMBLE
U.S. DEPARTMENT
OF STATE

YOUTUBE
U.S. DEPARTMENT
OF STATE

FLICKR
U.S. DEPARTMENT
OF STATE

## Worldwide Accounts

The Department of State's social media presence extends around the world – including U.S. embassies, consulates, and other missions. The **U.S. Department of State Social Media Terms of Use** applies to all access to/use of these accounts. Find official social media accounts associated with the Department here:

https://www.state.gov/social/ 2/6





Bureau of European and Eurasian Affairs

Bureau of Near Eastern Affairs

Bureau of South and Central Asian Affairs



Bureau of Western Hemisphere Affairs

International Organization Affairs

AAUP-01516

# United States (Domestic Bureaus)

**Download Global Social Media Presence, April 2025 [224 KB]**

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

f  X  ◎  ▶  ••  ✉

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

AAUP-01517

7/3/25, 4:01 PM                          Social Media Directory | Homeland Security

 Homeland
Security

U.S. Department of Homeland Security



# Social Media Directory

The Department of Homeland Security and its component agencies use numerous social media accounts to provide you with information in more places and more ways.

The Department uses non-government sites to make information and services more widely available. Sometimes we are directly engaging with you on these sites, sometimes we use these services because we want to be where you already are.

It's important to remember that these are commercial sites and are not required to follow government standards. It's always a good idea to be familiar with the privacy policies and rules of these sites.

View the DHS Comment Policy (/comment-policy).

Follow some of our most popular social media accounts:

- DHS on X (Formerly Twitter) (https://x.com/dhsgov)
- DHS on Facebook (/facebook)
- DHS on Flickr (/flickr)
- DHS on Instagram (https://www.instagram.com/dhsgov/)
- DHS on LinkedIn (/linkedin)
- DHS on Threads (https://www.threads.net/@dhsgov)
- Subscribe to DHS E-mail updates (/subscribe)

Here is a full listing of DHS and DHS Component social media channels:

⤢ Close all    ⤢ Open all

## Department of Homeland Security

## Blog

- DHS.gov Blog (/news-releases/blog), Department of Homeland Security

## Facebook

- DHS Facebook (https://www.facebook.com/homelandsecurity/), Department of Homeland Security
- Secretary Kristi Noem (https://www.facebook.com/profile.php?id=61572402756065)
- Blue Campaign Facebook (https://www.facebook.com/dhsbluecampaign), Department of Homeland Security
- CIS Ombudsman Facebook (https://www.facebook.com/cisombudsman)

## Flickr

- DHSGov Flickr (https://www.flickr.com/photos/dhsgov/), Department of Homeland Security

## GitHub

- NIEM GitHub (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fniem.github.io%2F&back_url=https%3A%2F%2Fwww.dhs.gov%2Fsocial-media-directory/), National Information Exchange Model

## Instagram

- DHS Instagram (https://instagram.com/DHSgov/), Department of Homeland Security
- Secretary Kristi Noem (https://www.instagram.com/sec_noem/)

https://www.dhs.gov/social-media-directory

AAUP-01518

## LinkedIn

- U.S. Department of Homeland Security LinkedIn (https://www.linkedin.com/company-beta/2998/)
- CIS Ombudsman LinkedIn (https://www.linkedin.com/company/cisombudsman)

## Threads

- @DHSgov (https://www.threads.net/@dhsgov), Department of Homeland Security

## Truth Social

- @SecNoem (https://truthsocial.com/@SecNoem)

## X (formerly Twitter)

- @DHSgov (https://x.com/dhsgov), Department of Homeland Security
- @DHS_Sec_Noem (https://x.com/sec_noem), Secretary Kristi Noem
- @DepSec_Edgar (https://x.com/DepSec_Edgar), Deputy Secretary Troy Edgar
- @SpoxDHS (https://x.com/SpoxDHS), DHS Press Secretary
- @DHS_News (https://x.com/DHS_News), Department of Homeland Security News
- @DHScwmd (https://x.com/DHScwmd), DHS Countering Weapons of Mass Destruction
- @DHS_Priv (https://x.com/dhs_priv), DHS Privacy
- @cisombudsman (https://x.com/cisombudsman), CIS Ombudsman
- @OIDOgov (https://x.com/OIDOgov), Immigration Detention Ombudsman
- @DHSBlueCampaign (https://x.com/DHSBlueCampaign), DHS Blue Campaign

## YouTube

- DHS YouTube (https://www.youtube.com/user/ushomelandsecurity), Department of Homeland Security

## U.S. Citizenship and Immigration Services

## Facebook

- USCIS Facebook (https://www.facebook.com/uscis)
- USCIS Español Facebook (https://www.facebook.com/uscis.es)
- USCIS Director (https://www.facebook.com/USCISDirectorGov/)

## Instagram

- USCIS Instagram (https://instagram.com/USCIS)
- USCIS_es Instagram (https://www.instagram.com/uscis_es/), USCIS en Español
- USCIS Director (https://www.instagram.com/uscisdirector/)

## X (formerly Twitter)

- @USCIS (https://x.com/uscis)
- @USCIS_es (https://x.com/uscis_es), USCIS en Español
- @EVerify (https://x.com/EVerify)
- @SpoxUSCIS (https://x.com/SpoxUSCIS)
  - @USCISMediaWest (http://x.com/USCISMediaWest) - AK, CA, CNMI, GU, HI, ID, MT, OR, and WA
  - @USCISMediaSouth (http://x.com/USCISMediaSouth) - AL, AR, DC, FL, GA, LA, MD, MS, NC, PR, SC, TN, USVI, and VA
  - @USCISMediaCntrl (http://x.com/USCISMediaCntrl) - AZ, CO, IA, IL, KS, MI, MN, MO, ND, NE, NM, NV, OK, SD, TX, UT, WI, and WY
  - @USCISMediaNorth (http://x.com/USCISMediaNorth) - CT, DE, IN, KY, MA, ME, NH, NJ, NY, OH, PA, RI, VT, and WV

## LinkedIn

AAUP-01519

Social Media Directory | Homeland Security

- USCIS LinkedIn (https://www.linkedin.com/company/uscis/)
- E-Verify LinkedIn (https://www.linkedin.com/company/20339588)

## YouTube

- USCIS YouTube (https://www.youtube.com/user/uscis)

## Threads

- USCIS Threads (https://www.threads.net/@uscis)
- USCIS Director (https://www.threads.net/@uscisdirector)

## U.S. Coast Guard

## Blog

- Coast Guard Compass (https://www.mycg.uscg.mil/) Official Blog of the U.S. Coast Guard
- Coast Guard All Hands (https://www.mycg.uscg.mil/) Official Blog for the Coast Guard Workforce Facebook
- Coast Guard Auxiliary blog (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Flvn.cgaux.org%2F&back_url=https%3A%2F%2Fwww.dhs.gov%2Fsocial-media-directory)
- Coast Guard Alaska (https://www.mycg.uscg.mil/): Official Blog of the 17th Coast Guard District
- Coast Guard Great Lakes (https://www.mycg.uscg.mil/): Official Blog of the 9th Coast Guard District
- Coast Guard Mid Atlantic (https://www.mycg.uscg.mil/): Official Blog of the 5th Coast Guard District

## Facebook

Coast Guard Facebook Page (https://www.facebook.com/UScoastguard)
Coast Guard Reserve Facebook Page (https://www.facebook.com/uscoastguardreserve)
Coast Guard Commandant Facebook
Coast Guard Vice Commandant Facebook

### Coast Guard Atlantic Area

Coast Guard Atlantic Area (https://www.facebook.com/USCGAtlanticArea?ref=ts&/ref=ts) Official Facebook of Coast Guard LANTAREA

- Coast Guard Cutter Diligence (https://www.facebook.com/pages/USCGC-DILIGENCE-WMEC-616/54395927989)
- Coast Guard Cutter Eagle (https://www.facebook.com/CoastGuardCutterEagle)
- Coast Guard Cutter Escanaba (https://www.facebook.com/uscgescanaba)
- Coast Guard Cutter James (https://www.facebook.com/USCGCJAMES)
- Coast Guard Cutter Lawrence Lawson (https://www.facebook.com/US-Coast-Guard-Cutter-Lawrence-Lawson-123905991618179/)
- Coast Guard Cutter Mohawk (https://www.facebook.com/pages/US-Coast-Guard-Cutter-Mohawk/114335475246545)
- Coast Guard Cutter Seneca (https://www.facebook.com/pages/US-Coast-Guard-Cutter-Seneca/123521774416643)
- Patrol Forces Southwest Asia (PATFORSWA) (https://www.facebook.com/us-coast-guard-patrol-forces-southwest-asia-487805295227216/)
- U.S. Coast Guard Cutter Edgar Culbertson (https://www.facebook.com/USCoastGuardCulbertson)
- U.S. Coast Guard Cutter Tahoma (https://www.facebook.com/uscoastguardcuttertahoma/)
- U.S. Coast Guard Cutter Northland (https://www.facebook.com/CGCNorthland)

### 1st Coast Guard District

Coast Guard Northeast (https://www.facebook.com/USCoastGuardNortheast?ref=ts) Official Facebook of the 1st Coast Guard District

- Coast Guard Cutter Sturgeon Bay (https://www.facebook.com/uscgcsturgeonbay?ref=ts)
- Coast Guard Cutter Penobscot Bay (https://www.facebook.com/pages/USCGC-PENOBSCOT-BAY-WTGB-107/46591172509?ref=ts)
- Coast Guard Cutter Oak (https://www.facebook.com/USCGCOAK)
- Coast Guard Cutter Sycamore (https://www.facebook.com/UsCoastGuardCutterSycamore/)
- Coast Guard Cutter Tybee (https://www.facebook.com/profile.php?id=100068877503689)
- Coast Guard Cutter Key Largo (https://www.facebook.com/uscgckeylargo)

AAUP-01520

- Coast Guard Air Station Cape Cod (https://www.facebook.com/uscoastguardairstationcapecod?fref=ts)
- Coast Guard Sector Long Island Sound (https://www.facebook.com/SectorLongIslandSound)
- Coast Guard Sector Northern New England (https://www.facebook.com/USCGSectorNorthernNewEngland?fref=ts)
- Coast Guard Sector Boston (https://www.facebook.com/pages/USCG-Sector-Boston/203439643083453?fref=ts)
- Coast Guard Sector New York (https://www.facebook.com/SectorNewYork)
- Coast Guard Station Boston (https://www.facebook.com/USCoastGuardStationBoston/)
- Coast Guard Station Portsmouth Harbor (https://www.facebook.com/CGStationPortsmouthHarbor?fref=ts)
- Coast Guard Station Eastport (https://www.facebook.com/pages/US-Coast-Guard-Station-Eastport/203101483092773?fref=ts)
- U.S. Coast Guard Station Eastport Maine (https://www.facebook.com/station.eastport.maine)
- Coast Guard Station Gloucester (https://www.facebook.com/USCoastGuardStationGloucester)
- Coast Guard Station Chatham (https://www.facebook.com/USCG.Chatham?fref=ts)
- Coast Guard Station Cape Cod Canal (https://www.facebook.com/USCoastGuardStationCapeCodCanal?fref=ts)
- Coast Guard Station Woods Hole (https://www.facebook.com/USCGStationWoodsHole?fref=ts)
- Coast Guard Station New London (https://www.facebook.com/pages/USCG-Station-New-London-CT/628920990461566)
- Coast Guard Station New York (https://www.facebook.com/USCGStationNY)
- Coast Guard Station Montauk (https://www.facebook.com/USCGMONTAUK/)
- Coast Guard Station New Haven (https://www.facebook.com/uscgstationnewhaven/)
- Coast Guard Station Eatons Neck (https://www.facebook.com/)
- Coast Guard Station Jones Beach (https://www.facebook.com/CGSta.JonesBeach/)
- Coast Guard Station Jonesport (https://www.facebook.com/uscgstajonesport/)
- Coast Guard Station Shinnecock (https://www.facebook.com/CGSTASHINNECOCK)
- Coast Guard Station Castle Hill (https://www.facebook.com/uscgstacastlehill)
- Coast Guard Station Boothbay Harbor (https://www.facebook.com/n/US-Coast-Guard-Station-Boothbay-Harbor-100089681458480/)
- Coast Guard Station Menemsha (https://www.facebook.com/USCGMenemsha/)
- Coast Guard Station Merrimack River (https://www.facebook.com/uscgstammr)
- Coast Guard Station South Portland (https://www.facebook.com/p/US-Coast-Guard-Station-South-Portland-100098845465167/)
- Coast Guard Station Point Allerton (https://www.facebook.com/USCGPOINTALLERTON)
- Coast Guard Station Provincetown (https://www.facebook.com/CoastGuardStationProvincetown/)
- Coast Guard Station Rockland (https://www.facebook.com/USCGRockland)
- Coast Guard Station and ANT Burlington (https://www.facebook.com/uscoastguardstationburlington/)
- Coast Guard Station Woods Hole (https://www.facebook.com/USCoastGuardStationWoodsHole)
- U.S. Coast Guard Sector Southeastern New England (https://www.facebook.com/uscoastguardsectorsene)
- Coast Guard Public Affairs Detachment New York (https://www.facebook.com/USCGNEWYORKCITY)
- Coast Guard Northeast (https://www.facebook.com/USCoastGuardNortheast)
- Coast Guard Southwest Harbor (https://www.facebook.com/n/US-Coast-Guard-Southwest-Harbor-100069104401370/)
- Coast Guard Tri-State (https://www.facebook.com/USCGTRISTATE/)

## 5th Coast Guard District

Coast Guard Mid-Atlantic (https://www.facebook.com/USCGMidAtlantic?fref=ts) Official Facebook of the 5th Coast Guard District

- Coast Guard Cutter Mako (https://www.facebook.com/USCoastGuardCutterMako?fref=ts&fref=141708902532414)
- Coast Guard Cutter Frank Drew (https://www.facebook.com/Coastguardcgcfrankdrew)
- Coast Guard Cutter Smilax (https://www.facebook.com/CGCSmilax)
- Coast Guard Air Station Atlantic City (https://www.facebook.com/AirStaAC?fref=ts)
- Coast Guard Air Station Elizabeth City (https://www.facebook.com/uscoastguardairstationecity?fref=ts)
- Atlantic Area Strike Team (https://www.facebook.com/USCGAtlanticStrikeTeam?fref=ts)
- Coast Guard Sector Delaware Bay (https://www.facebook.com/USCGSectorDelawareBay?fref=ts)
- Coast Guard Sector North Carolina (https://www.facebook.com/USCoastGuardSectorNorthCarolina?fref=ts)
- Coast Guard Sector Virginia (https://www.facebook.com/@USCGSectorVirginia)
- Coast Guard Sector Maryland National Capital Region (https://www.facebook.com/USCoastGuardSectorMarylandNationalCapitalRegion)
- Coast Guard Air Station Atlantic City (https://www.facebook.com/AirStaAC)
- Coast Guard Station Barnegat Light (https://www.facebook.com/USCoastGuardStationBarnegatLight?fref=ts)
- Coast Guard Station Indian River (https://www.facebook.com/pages/US-Coast-Guard-Station-Indian-River/380555205376774?fref=ts)
- Coast Guard Station Emerald Isle (https://www.facebook.com/USCoastGuardStaEmeraldIsle?fref=ts)
- Coast Guard Station Wrightsville Beach (https://www.facebook.com/USCGStationWrightsvilleBeach)
- Coast Guard Station Manasquan Inlet (https://www.facebook.com/CoastGuardStationManasquanInlet)

AAUP-01521

- Coast Guard Station Cape Charles (https://www.facebook.com/stationcapecharles)
- Coast Guard Station Oak Island (https://www.facebook.com/@USCGStationOakIsland/)
- Coast Guard Station Cape May (https://www.facebook.com/@StationCapeMay)
- Coast Guard Station Crisfield (https://www.facebook.com/USCoastGuardStationCrisfield)
- Coast Guard Station Emerald Isle (https://www.facebook.com/USCoastGuardStaEmeraldIsle)
- Coast Guard Station Hobucken (https://www.facebook.com/USCoastGuardStationHobucken)
- Coast Guard Station Hatteras Inlet (https://www.facebook.com/uscgstationhatterasinlet)
- Coast Guard Station Fort Macon (https://www.facebook.com/uscgstationfortmacon/)
- Coast Guard Station Barnegat Light (https://www.facebook.com/USCoastGuardStationBarnegatLight/)
- Coast Guard Station Oregon Inlet (https://www.facebook.com/USCGStationOregonInlet)
- Coast Guard Mid-Atlantic (https://www.facebook.com/USCGMidAtlantic)
- Coast Guard Base Elizabeth City (https://www.facebook.com/BaseElizabethCity)

## 7th Coast Guard District

Coast Guard Southeast (https://www.facebook.com/USCoastGuardSoutheast?fref=ts) Official Facebook of the 7th Coast Guard District

- Coast Guard Aids to Navigation Team Ponce de Leon Inlet (https://www.facebook.com/antPonceInlet/)
- Coast Guard Air Station Borinquen (https://www.facebook.com/uscoastguardairstationboringuen)
- Coast Guard Air Station Clearwater (https://www.facebook.com/USCoastGuardAirStationClearwater)
- Coast Guard Air Station Miami (https://www.facebook.com/AirStationMiami?fref=ts)
- Coast Guard Air Station Savannah (https://www.facebook.com/pages/US-Coast-Guard-Air-Station-Savannah/293598100753285)
- Coast Guard Base Miami Beach (https://www.facebook.com/USCGBaseMiamiBeach?fref=ts)
- Coast Guard Cutter Anvil (https://www.facebook.com/USCGCANVIL/)
- Coast Guard Cutter Isaac Mayo (https://www.facebook.com/pg/USCGCIsaacMayo)
- Coast Guard Cutter Margaret Norvell (https://www.facebook.com/www.uscg.mil)
- Coast Guard Cutter Richard Etheridge (https://www.facebook.com/USCGCRichardEtheridge)
- Coast Guard Cutter Bernard Webber (https://www.facebook.com/uscgcbernardcwebber)
- Coast Guard Cutter Willow (https://www.facebook.com.uscoastguardcutterwillow/)
- Coast Guard Sector Charleston (https://www.facebook.com/US-Coast-Guard-Sector-Charleston-2032681073634505/?fref=ts)
- Coast Guard Sector Key West (https://www.facebook.com/CGKeyWest/)
- Coast Guard Sector St. Petersburg (https://www.facebook.com/uscgsectorstpete)
- Coast Guard Station Brunswick (https://www.facebook.com/USCGStationBrunswick?fref=ts)
- Coast Guard Station Ft. Meyers Beach (https://www.facebook.com/pages/US-Coast-Guard-Station-Fort-Myers-Beach/278692762247008?fref=ts)
- Coast Guard Station Islamorada (https://www.facebook.com/USCGIslamorada/)
- Coast Guard Station Marathon (https://www.facebook.com/US-Coast-Guard-Station-Marathon-160608829304726/)
- Coast Guard Station Miami Beach (https://www.facebook.com/US-Coast-Guard-Station-Miami-Beach-274569339258290/)
- Coast Guard Station Sand Key (https://www.facebook.com/Coast-Guard-Station-Sand-Key-228539920821698)
- Coast Guard Station Yankeetown (https://www.facebook.com/uscoastguardstationyankeetown)
- Coast Guard Station Fort Pierce (https://www.facebook.com/USCGStationFortPierce/)

## 8th Coast Guard District

Coast Guard Heartland (https://www.facebook.com/uscgheartland/) Official Facebook of the 8th Coast Guard District

- Coast Guard Air Station Houston (https://www.facebook.com/USCoastGuard(AirStaHouston)
- Coast Guard Marine Safety Unit Morgan City (https://www.facebook.com/US-Coast-Guard-Marine-Safety-Unit-Morgan-City-176749688044543)
- Coast Guard Sector Lower Mississippi River (https://www.facebook.com/pages/US-Coast-Guard-Sector-Lower-Mississippi-River/582563088515064?fref=ts)
- Coast Guard Station Galveston (https://www.facebook.com/pages/USCG-Station-Galveston/175489457419)
- Coast Guard Station Port O'Connor (https://www.facebook.com/USCoastGuardStaPOC)
- Coast Guard Sector Mobile (https://www.facebook.com/coastguardsectormobile/)
- Coast Guard Sector Upper Mississippi River (https://www.facebook.com/uscgaumr)

## 9th Coast Guard District

Coast Guard Great Lakes (https://www.facebook.com/uscggreatlakes?fref=ts) Official Facebook of the 9th Coast Guard District

- Coast Guard Aids to Navigation Team Two Rivers (https://www.facebook.com/US-Coast-Guard-Aids-to-Navigation-Team-Two-Rivers-1177158932237301/)

- Coast Guard Air Station Detroit (https://www.facebook.com/US-Coast-Guard-Air-Station-Detroit-479563738892243/)
- Coast Guard Air Station Traverse City (https://www.facebook.com/USCGTraverseCity)
- Coast Guard Cutter Alder (https://www.facebook.com/USCoastGuardALDER?)
- Coast Guard Cutter Bristol Bay (https://www.facebook.com/USCoastGuardBristolBay)
- Coast Guard Cutter Hollyhock (https://www.facebook.com/USCGC.hollyhock.port.huron.mi-175270115865104/)
- Coast Guard Sector Lake Michigan (https://www.facebook.com/uscgsectorlakemichigan?ref=nf)
- Coast Guard Sector Buffalo (https://www.facebook.com/USCGSectorBuffalo)
- Coast Guard Sector Field Office Grand Haven (https://www.facebook.com/UsCoastGuardSfoGrandHaven?ref=ts)
- Coast Guard Sector Sault Ste Marie (https://www.facebook.com/US-Coast-Guard-Sector-Sault-Ste-Marie-169667621393420/)
- Coast Guard Station Alexandria Bay (https://www.facebook.com/USCoastGuardStationAlexandriaBay)
- Coast Guard Station Fairport (https://www.facebook.com/USCG.Station.Fairport/)
- Coast Guard Station Manistee (https://www.facebook.com/uscgstamanistee)
- Coast Guard Station Oswego (https://www.facebook.com/USCoastGuardStationOswego)
- Coast Guard Cutter SPAR (https://www.facebook.com/USCoastGuardSPAR)

## Coast Guard Pacific Area

Coast Guard Pacific Area (https://www.facebook.com/uscgpacificarea?ref=ts) Official Facebook of Coast Guard PACAREA

- Coast Guard Cutter Stratton (https://www.facebook.com/USCGC.STRATTON.WMSL752)
- Coast Guard Cutter Sherman (https://www.facebook.com/uscoastguardcuttersherman)
- Coast Guard Marine Safety and Security Team San Francisco (91105) (https://www.facebook.com/MSSTSF91105)
- Coast Guard Cutter Waesche (https://www.facebook.com/USCGWaesche/)

## 11th Coast Guard District

Coast Guard Pacific Southwest (https://www.facebook.com/USCoastGuardPacificSouthwest?ref=ts) Official Facebook of the 11th Coast Guard District

- Coast Guard Sector San Francisco (https://www.facebook.com/USCoastGuardSectorSanFrancisco?ref=ts)
- Coast Guard Sector San Diego (https://www.facebook.com/USCoastGuardSectorSanDiego?ref=ts)
- Coast Guard Air Station Sacramento (https://www.facebook.com/CoastGuardAirStationSacramento?ref=nf)
- Coast Guard Station Morro Bay (https://www.facebook.com/uscgStaMorroBay)
- Coast Guard Station Humboldt Bay (https://www.facebook.com/pages/Coast-Guard-Station-Humboldt-Bay/153192148082271?ref=ts)
- Coast Guard Station Bodega Bay (https://www.facebook.com/usstationbodegabay)
- Coast Guard Aids to Navigation Team Humboldt Bay (https://www.facebook.com/uscoastguardanthumboldtbay?ref=ts)
- Coast Guard Public Affairs Detachment Los Angeles (https://www.facebook.com/USCGlosangeles)
- Coast Guard Air Station San Francisco (https://www.facebook.com/guardiansofthegoldengate)

## 13th Coast Guard District

Coast Guard Pacific Northwest (https://www.facebook.com/USCGPNW?sk=wall) Official Facebook of the 13th Coast Guard District

- Coast Guard Cutter Swordfish (https://www.facebook.com/USCoastGuardCGCSwordfish)
- Coast Guard Sector Puget Sound (https://www.facebook.com/SectorPugetSound)
- Coast Guard Sector Columbia River (https://www.facebook.com/USCoastGuardSectorCR)
- Coast Guard Vessel Traffic Service Puget Sound (https://www.facebook.com/USCoastGuardVTSPugetSound)
- Coast Guard Station Bellingham (https://www.facebook.com/USCoastGuardStationBellingham?ref=ts&fref=ts)
- Coast Guard Station Cape Disappointment (https://www.facebook.com/USCoastGuardStationCapeDisappointment)
- Coast Guard Station Coos Bay (https://www.facebook.com/USCoastGuardStationCoosBay)
- Coast Guard Station Neah Bay (https://www.facebook.com/pages/US-Coast-Guard-Station-Neah-Bay/124739467588239)
- Coast Guard Station North Bend (https://www.facebook.com/sectornorthbend?fref=nf)
- Coast Guard Station Umpqua River (https://www.facebook.com/pages/US-Coast-Guard-Station-Umpqua-River/147842815295613)
- Coast Guard Station Yaquina Bay (https://www.facebook.com/USCoastGuardStationYaquinaBay?fref=pb&hc_location=profile_browser)
- Coast Guard Station Tillamook Bay (https://www.facebook.com/USCoastGuardSTATBay)
- Coast Guard Station Quillayute River (https://www.facebook.com/uscoastguardstationquillayuteriver)
- Coast Guard Station Siuslaw River (https://www.facebook.com/USCoastGuardSTASiuslawRiver)
- Coast Guard Station Port Angeles (https://www.facebook.com/uscoastguardstapa)
- Coast Guard Aids to Navigation Team Puget Sound (https://www.facebook.com/USCoastGuardANTPS)

AAUP-01523

7/3/25, 4:01 PM                                  Social Media Directory | Homeland Security

- Coast Guard Cutter Henry Blake (https://www.facebook.com/USCoastGuardCGCHenryBlake)
- Coast Guard Station Seattle (https://www.facebook.com/USCoastGuardSTASeattle)

## 14th Coast Guard District

Coast Guard Hawaii Pacific (https://www.facebook.com/USCG.Hawaii.Pacific?sk=wall) Official Facebook of the 14th Coast Guard District

- Coast Guard Air Station Barbers Point (https://www.facebook.com/uscoastguardairstabarberspoint)
- Coast Guard Cutter Sequoia (https://www.facebook.com/USCGCSequoia)
- Coast Guard Marine Safety and Security Team Honolulu (https://www.facebook.com/USCoastGuardMSSTHonolulu/)
- Coast Guard Sector Guam (https://www.facebook.com/USCGSectorGuam/)
- Coast Guard Station Apra Harbor (https://www.facebook.com/USCoastGuardStationApraHarbor)
- Coast Guard Station Maui (https://www.facebook.com/pages/Coast-Guard-Station-Maui/100668503373617?ref=ts)
- Coast Guard Activities Far-East (https://www.facebook.com/USCoastGuardFEACT/)
- Coast Guard Hawaii Pacific (https://www.facebook.com/USCGHawaiiPacific/)
- Coast Guard Forces Micronesia Sector Guam (https://www.facebook.com/USCGForcesMicronesia/)
- vhttps://www.facebook.com/USCGCFrederickHatch (https://www.facebook.com/USCGCFrederickHatch)
- Coast Guard Cutter Oliver Henry (https://www.facebook.com/uscgcoliverhenry/)
- Coast Guard Station Kauai (https://www.facebook.com/USCGSTAKauai)
- Coast Guard Cutter Hickory (https://www.facebook.com/USCGCHickory)
- Coast Guard Sector Honolulu (https://www.facebook.com/@USCoastGuardSectorHonolulu/)
- Coast Guard MSST Honolulu (https://www.facebook.com/USCGMSSTHonolulu/)
- Coast Guard Sector Honolulu Command Center (https://www.facebook.com/USCGSectorHonolulu/)

## 17th Coast Guard District

Coast Guard Alaska (https://www.facebook.com/uscgalaska) Official Facebook of the 17th Coast Guard District

- Coast Guard Cutter Anacapa (https://www.facebook.com/US-Coast-Guard-Cutter-Anacapa)
- Coast Guard Cutter Munro (https://www.facebook.com/USCoastGuardMunro)
- Coast Guard Cutter Chandeleur (https://www.facebook.com/cgcchandeleur)
- Coast Guard Air Station Sitka (https://www.facebook.com/uscoastguardairstationsitka)
- Coast Guard Air Station Kodiak (https://www.facebook.com/CGASKodiak)
- Coast Guard Base Kodiak (https://www.facebook.com/uscoastguardbasekodiak)
- Coast Guard Base Ketchikan (https://www.facebook.com/USCoastGuardBaseKetchikan)
- Coast Guard Sector Anchorage (https://www.facebook.com/pages/US-Coast-Guard-Sector-Anchorage/200257749989817)
- Coast Guard Sector Juneau (https://www.facebook.com/SectorJuneau)
- Coast Guard Station Ketchikan (https://www.facebook.com/pages/US-Coast-Guard-Station-Ketchikan/186215961411906)
- Coast Guard Station Valdez (https://www.facebook.com/USCoastGuardStationValdez/)
- Coast Guard Marine Safety Unit Kodiak (https://www.facebook.com/USCG.MSUKodiak/)
- Coast Guard Aids to Navigations Team Kodiak (https://www.facebook.com/USCGANTKodiak/)

### Other

- Coast Guard Academy (https://www.facebook.com/CoastGuardAcademy?fref=ts)
- Coast Guard Band (https://www.facebook.com/uscoastguardband/)
- Coast Guard Honor Guard (https://www.facebook.com/uscghonorguard/)
- Coast Guard Chief Petty Officer Academy (https://www.facebook.com/ChiefPettyOfficerAcademy)
- Coast Guard Exchange System (https://www.facebook.com/CoastGuardExchange)
- Coast Guard Recruiting Command (https://www.facebook.com/GoCoastGuard?fref=ts)
- Coast Guard Training Center Petaluma (https://www.facebook.com/pages/Coast-Guard-Training-Center-Petaluma/151701341511698?fref=ts)
- Coast Guard Training Center Cape May (https://www.facebook.com/USCoastGuardBootCamp?fref=ts)
- Coast Guard Yard (https://www.facebook.com/uscoastguardyard?fref=ts)

## Flickr

- Coast Guard Flickr Gallery (https://www.flickr.com/photos/coast_guard/)

AAUP-01524

## Instagram

- Official US Coast Guard (Headquarters) (https://www.instagram.com/uscg/)
- Coast Guard Atlantic Area (Portsmouth, VA) (https://www.instagram.com/USCGLANTAREA)
- U.S. Coast Guard Mid-Atlantic (https://www.instagram.com/uscgmidatlantic/)
- Coast Guard Pacific Area (Alameda, CA) (https://www.instagram.com/USCGPACAREA)
- Coast Guard Academy (New London, CT) (https://www.instagram.com/USCG_ACADEMY)
- Coast Guard Special Missions Training Center (Camp Lejeune, NC) (https://www.instagram.com/USCGSMTC)
- Coast Guard Auxiliary (https://www.instagram.com/USCGAUX)
- Coast Guard District 1 (Boston, MA) (https://www.instagram.com/USCGNORTHEAST)
- Coast Guard SECTOR New York (New York, NY) (https://www.instagram.com/USCGNEWYORK)
- Coast Guard District 5 (Portsmouth, VA) (https://www.instagram.com/USCGMIDATLANTIC)
- Coast Guard District 8 (SECTOR MOBILE) (New Orleans, LA) (https://www.instagram.com/USCGSECTORMOBILE)
- Coast Guard District 9 (Cleveland, OH) (https://www.instagram.com/USCGGREATLAKES)
- Coast Guard District 14 (Honolulu, HI) (https://www.instagram.com/USCGHAWAIIPACIFIC)
- National Coast Guard Museum (https://www.instagram.com/USCGMUSEUM)

## LinkedIn

- U.S. Coast Guard LinkedIn (https://www.linkedin.com/company-beta/4425/)

## X (formerly Twitter)

- @ComdtUSCG (https://x.com/ComdtUSCG)
- @USCG (https://x.com/uscg)
- @USCoastGuard (https://x.com/uscoastguard)
- @USCGAcademy (https://x.com/uscgacademy)
- @AMVER (https://x.com/amver)
- @USCGAlaska (https://x.com/USCGAlaska)
- @USCGGreatLakes (https://x.com/USCGGreatLakes)
- @USCGHawaiiPac (https://x.com/USCGHawaiiPac)
- @USCGHeartland (https://x.com/USCGHeartland)
- @USCGLANTAREA (https://x.com/USCGLANTAREA)
- @USCGMidAtlantic (https://x.com/uscgmidatlantic)
- @USCGNortheast (https://x.com/USCGNortheast)
- @USCGPacificNW (https://x.com/USCGPacificNW)
- @USCGSoutheast (https://x.com/uscgsoutheast)
- @MaritimeCommons (https://x.com/maritimecommons)

## YouTube

- Coast Guard YouTube Channel (https://www.youtube.com/user/USCGImagery)

## Other

- Coast Guard Visual Information Gallery (DVIDS) (https://www.dvidshub.net/search/?filter[type]=image&filter[branch]=Coast%20Guard&sort=date#.VmbdtUZWLIU)
- Coast Guard Auxiliary Vimeo (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.vimeo.com%2Fuscgauxiliary&back_url=https%3A%2F%2Fwww.dhs.gov%2Fsocial-media-directory)

### U.S. Customs and Border Protection

## Flickr

- CBP Flickr (https://www.flickr.com/photos/cbpphotos/), U.S. Customs and Border Protection

AAUP-01525

7/3/25, 4:01 PM                                    Social Media Directory | Homeland Security

## Instagram

- CBP Instagram (https://www.instagram.com/cbpgov/), U.S. Customs and Border Protection

## LinkedIn

- U.S. Customs and Border Protection LinkedIn (https://www.linkedin.com/company-beta/2997/)

## X (formerly Twitter)

- @CBP (https://x.com/CBP), U.S. Customs and Border Protection
- @USBP Chief (https://x.com/usbpchief)
- @CBPTradeGov (https://x.com/cbptradegov)
- @CBPJobs (https://x.com/cbpjobs)
- CBP Regions
  - @CBPArizona (https://x.com/CBPArizona), Arizona region
  - @CBPBuffalo (https://x.com/CBPBuffalo), Buffalo region
  - @CBPCaribbean (https://x.com/cbpcaribbean), Caribbean region
  - @CBPCentralTexas (https://x.com/cbpcentraltx?lang=en), Central Texas region
  - @CBPChicago (https://x.com/cbpchicago), Chicago region
  - @CBPElCentro (https://x.com/CBPElCentro), El Centro region
  - @CBPFlorida (https://x.com/CBPFlorida), Florida region
  - @CBPGreatLakes (https://x.com/cbpgreatlakes), Great Lakes region
  - @CBPGreatPlains (https://x.com/cbpgreatplains), Great Plains region
  - @CBPLosAngeles (https://x.com/CBPLosAngeles), Los Angeles region
  - @CBPMidAtlantic (https://x.com/CBPMidAtlantic), Mid-Atlantic region
  - @CBPNewEngland (https://x.com/CBPNewEngland), New England region
  - @CBPNewYorkCity (https://x.com/CBPNewYorkCity), New York region
  - @CBPNorthwest (https://x.com/CBPNorthwest), Northwest region
  - @CBPRGV (https://x.com/CBPRGV), Rio Grande Valley
  - @CBPSanDiego (https://x.com/CBPSanDiego), San Diego region
  - @CBPSoutheast (https://x.com/cbpsoutheast), Southeast region
  - @CBPSouthTexas (https://x.com/CBPSouthTexas), South Texas region
  - @CBPWestTexas (https://x.com/CBPWestTexas), West Texas region

## YouTube

- CBP YouTube (https://www.youtube.com/user/customsborderprotect), customsbordersprotect, U.S. Customs and Border Protection

## Cybersecurity and Infrastructure Security Agency

### Facebook

- CISA Facebook (https://www.facebook.com/CISA)
- SchoolSafety.gov (https://www.facebook.com/SchoolSafetyGov/)

### X (formerly Twitter)

- @CISAgov (https://x.com/CISAgov), Cybersecurity and Infrastructure Security Agency
- @CISACyber (https://x.com/CISACyber), (formerly @USCERTgov) (https://x.com/USCERT_gov)
- SchoolSafety.gov (https://x.com/SchoolSafetyGov)

### Instagram

- @CISAgov (https://www.instagram.com/cisagov), Cybersecurity and Infrastructure Security Agency

AAUP-01526

## Threads

- CISA (https://www.threads.net/@cisagov)
- CISA Cyber (https://www.threads.net/@cisacyber)

## LinkedIn

- CISA LinkedIn (https://www.linkedin.com/company/cybersecurity-and-infrastructure-security-agency/)

## Truth Social

- @CISAgov (https://truthsocial.com/@CISAgov)

## YouTube

- CISA (https://www.youtube.com/channel/UCxyq9roe-nppzrVwbpoAy0A)

### Federal Emergency Management Agency

## Podcast

- "Before, During & After" Blog (https://www.fema.gov/about/news-multimedia/podcast), Federal Emergency Management Agency



## Blog

- FEMA Blog (https://www.fema.gov/blog), Federal Emergency Management Agency

## Facebook

- FEMA Facebook (https://www.facebook.com/fema)
- FEMA en Español (https://www.facebook.com/FEMAespanol)
- Ready campaign Facebook (https://www.facebook.com/readygov)
- Center for Domestic Preparedness Facebook (https://www.facebook.com/CDPFEMA)
- U.S. Fire Administration Facebook (https://www.facebook.com/usfire)
- FEMA U.S. Virgin Islands Facebook (https://www.facebook.com/FEMAUSVirginIslands/)
- FEMA Puerto Rico (https://www.facebook.com/FEMAPuertoRico)
- National Disaster And Emergency Management University (https://www.facebook.com/NationalDisasterAndEmergencyManagementUniversity)

## Google Books

- National Preparedness Community (https://community.fema.gov/)

## Instagram

- FEMA Instagram (https://instagram.com/fema)

## LinkedIn

AAUP-01527

- Federal Emergency Management Agency LinkedIn (https://www.linkedin.com/company-beta/2995/)

## X (formerly Twitter)

- @FEMA (https://x.com/fema)
- @FEMAespanol (https://x.com/femaespanol)
- @PrepareAthon (https://x.com/prepareathon)
- @Citizen Corps (https://x.com/citizen_corps)
- @USFire (https://x.com/usfire), U.S. Fire Administration
- @CDPFEMA (https://x.com/cdpfema), Center for Domestic Preparedness
- Regional Accounts
  - Region 1 (https://x.com/femaregion1), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont
  - Region 2 (https://x.com/femaregion2), New Jersey, New York, Puerto Rico, and the Virgin Islands
  - Region 3 (https://x.com/femaregion4), Delaware, District of Columbia, Maryland, Pennsylvania, Virginia and W. Virginia
  - Region 4 (https://x.com/femaregion4), Alabama, Florida, Georgia, Kentucky, Mississippi, N. Carolina, S. Carolina and Tennessee
  - Region 5 (https://x.com/femaregion5), Illinois, Indiana, Michigan, Minnesota, Ohio and Wisconsin
  - Region 6 (https://x.com/femaregion6), Arkansas, Louisiana, New Mexico, Oklahoma and Texas
  - Region 7 (https://x.com/femaregion7), Iowa, Kansas, Missouri and Nebraska
  - Region 8 (https://x.com/femaregion8), Colorado, Montana, N. Dakota, S. Dakota, Utah and Wyoming
  - Region 9 (https://x.com/femaregion9), Arizona, California, Hawaii, Nevada, American Samoa, Guam, Commonwealth of the Northern Mariana Islands, Republic of the Marshall Islands, and Federated States of Micronesia
  - Region 10 (https://x.com/femaregion10), Alaska, Idaho, Oregon and Washington

## YouTube

- FEMA YouTube (https://www.youtube.com/user/fema)

## Federal Law Enforcement Training Centers

## Facebook

- FLETC Facebook (https://www.facebook.com/pages/Federal-Law-Enforcement-Training-Center/127367927333802), Federal Law Enforcement Training Centers

## Instagram

- @FLETC (https://www.instagram.com/fletc), Federal Law Enforcement Training Centers

## LinkedIn

- Federal Law Enforcement Training Centers (https://www.linkedin.com/company/federal-law-enforcement-training-centers)

## X (formerly Twitter)

- @FLETC (https://x.com/FLETC), Federal Law Enforcement Training Centers

## YouTube

- Federal Law Enforcement Training Centers (https://www.youtube.com/c/FederalLawEnforcementTrainingCenters)

## U.S. Immigration and Customs Enforcement

## Facebook

AAUP-01528

Social Media Directory | Homeland Security

- ICE Facebook (https://www.facebook.com/wwwICEgov/), Immigration and Customs Enforcement
- ICE Español (https://www.facebook.com/ICEgovEspanol), Immigration and Customs Enforcement
- Study in the States Facebook (https://www.facebook.com/StudyintheStates)

## Instagram

- ICE Instagram (https://instagram.com/icegov), Immigration and Customs Enforcement

## LinkedIn

- U.S. Immigration and Customs Enforcement LinkedIn (https://www.linkedin.com/company-beta/533534/)

## Treads

- ICE Treads (https://www.threads.net/@dhsgov), Immigration and Customs Enforcement
- ICE ERO (https://www.threads.net/iceEROgov)

## X (formerly Twitter)

- @ICEgov (https://x.com/ICEgov), ICE
- @ICE Español (https://x.com/ICEespanol)
- @StudyinStates (https://x.com/#!/StudyinStates), Study in the States
- @ICEgovCareers (https://x.com/ICEgovCareers)
- @EROBuffalo (https://x.com/EROBuffalo)
- @EROChicago (https://x.com/EROChicago)
- @ERODenver (https://x.com/ERODenver)
- @ERODetroit (https://x.com/ERODetroit)
- @EROElPaso (https://x.com/EROElPaso)
- @ERONewYork (https://x.com/ERONewYork)
- @EROSanAntonio (https://x.com/EROSanAntonio)
- @EROMiami (https://x.com/EROMiami)
- @EROSanDiego (https://x.com/EROSanDiego)
- @EROHouston (https://x.com/EROHouston)
- @EROHarlingen (https://x.com/EROHarlingen)
- @EROLosAngeles (https://x.com/EROLosAngeles)
- @ERONewOrleans (https://x.com/ERONewOrleans)
- @ERO_Phoenix (https://x.com/ERO_Phoenix)

## YouTube

- ICE YouTube (https://www.youtube.com/user/wwwICEgov)

## Homeland Security Investigations

## Facebook

- Homeland Security Investigations (https://www.facebook.com/HSIgov/)

## Instagram

- HSI (https://www.instagram.com/HSIgov)

## LinkedIn

- Homeland Security Investigations (https://www.linkedin.com/company/homeland-security-investigations)

AAUP-01529

### Threads

- HSI (https://www.threads.net/HSIgov)

### X (formerly Twitter)

- HSI (https://x.com/HSI_HQ)
- HSI Atlanta (https://x.com/HSIAtlanta)
- HSI Baltimore (https://x.com/HSIBaltimore)
- HSI Buffalo (https://x.com/HSIBuffalo)
- HSI Charlotte (https://x.com/HSI_Charlotte)
- HSI Chicago (https://x.com/HSIChicago)
- HSI Dallas (https://x.com/HSI_Dallas)
- HSI DC (https://x.com/HSI_DC)
- HSI Denver (https://x.com/HSIDenver)
- HSI Detroit (https://x.com/HSIDetroit)
- HSI El Paso (https://x.com/HSIElPaso)
- HSI Honolulu (https://x.com/HSIHonolulu)
- HSI Houston (https://x.com/HSIHouston)
- HSI Kansas City (https://x.com/HSIKansasCity)
- HSI Las Vegas (https://x.com/HSILasVegas)
- HSI Los Angeles (https://x.com/HSILosAngeles)
- HSI Miami (https://x.com/HSI_Miami)
- HSI Nashville (https://x.com/HSI_Nashville)
- HSI Newark (https://x.com/HSINewark)
- HSI New England (https://x.com/HSINewEngland)
- HSI New Orleans (https://x.com/HSINewOrleans)
- HSI New York (https://x.com/HSINewYork)

### YouTube

- HSI (https://www.youtube.com/@HSI_HQ)

## U.S. Secret Service

### Facebook

- @UnitedStatesSecretServiceOfficial Facebook (https://www.facebook.com/UnitedStatesSecretServiceOfficial/)

### Instagram

- @secretservice Instagram (https://www.instagram.com/secretservice/)

### LinkedIn

- U.S. Secret Service LinkedIn (https://www.linkedin.com/company-beta/2996/)

### Threads

- @secretservice Threads (https://www.threads.net/@secretservice)

### X (formerly Twitter)

- @SecretService (https://x.com/secretservice), U.S. Secret Service
- @SecretSvcSpox (https://x.com/SecretSvcSpox), Chief of Communications for the United States Secret Service, Anthony Guglielmi,

### YouTube

AAUP-01530

7/3/25, 4:01 PM                                     Social Media Directory | Homeland Security

- @SecretService YouTube (https://www.youtube.com/@SecretService)

## Transportation Security Administration

### Blog

- The TSA Blog (https://www.tsa.gov/blog)

### Facebook

- Transportation Security Administration (https://www.facebook.com/TSA)
- AskTSA (https://www.facebook.com/AskTSA), TSA Social Care Team

### Instagram

- TSA (https://www.instagram.com/tsa/)

### LinkedIn

- Transportation Security Administration (https://www.linkedin.com/company/tsa/?viewAsMember=true)

### Threads

- TSA (https://www.threads.net/@tsa)

### X (formerly Twitter)

- @TSA (https://x.com/TSA)
- @AskTSA (https://x.com/AskTSA), TSA Social Care Team
- @TSA_Comms_AA (https://x.com/TSA_Comms_AA), Assistant Administrator for Communications
- Public Affairs Spokespeople
  - @TSA_GreatLakes (https://x.com/TSA_GreatLakes)
  - @TSA_SouthWest (https://x.com/Tsa_SouthWest)
  - @TSA_Northeast (https://x.com/TSA_Northeast)
  - @TSA_NewEngland (https://x.com/TSA_NewEngland)
  - @TSA_Southeast (https://x.com/TSA_Southeast)
  - @TSA_Gulf (https://x.com/TSA_Gulf)
  - @TSA_Pacific (https://x.com/TSA_Pacific)

### BlueSky

- @TSAgov (https://bsky.app/profile/tsagov.bsky.social)

### Flickr

- TSA (https://www.flickr.com/photos/tsagov)

### Truth Social

- @TSAgov (https://truthsocial.com/@TSAgov)

### Reddit

- TSAgov (https://www.reddit.com/user/TSAgov/)

### YouTube

AAUP-01531

- TSA (https://www.youtube.com/tsa)

## Science and Technology Directorate

## Facebook

- DHS Science and Technology Directorate Facebook (https://www.facebook.com/dhsscitech)

## Flickr

- DHS Science and Technology Directorate Flickr (https://www.flickr.com/photos/dhsscitech?utm_source=sandt_carousel&utm_medium=web&utm_campaign=dhsgov)

## LinkedIn

- DHS Science and Technology Directorate LinkedIn (https://www.linkedin.com/company-beta/11109829/)

## X (formerly Twitter)

- @DHSSciTech (https://x.com/dhsscitech), DHS S&T

## YouTube

- Science & Technology Directorate YouTube (https://www.youtube.com/dhsscitech)

## Instagram

- dhsscitech (https://www.instagram.com/dhsscitech)

## Office of Inspector General

## LinkedIn

- DHS Office of Inspector General LinkedIn (https://www.linkedin.com/company-beta/104540B0/)

## X (formerly Twitter)

- DHS OIG Twitter (https://x.com/DHSOIG), Office of the Inspector General

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

## Keywords

SOCIAL MEDIA (/KEYWORDS/SOCIAL-MEDIA)

Last Updated: 06/10/2025

AAUP-01532



**U.S. Citizenship and Immigration Services**



EXHIBIT
**204**

MENU

Home > Newsroom > All News > News Releases > First 100 Days: USCIS Delivering on Making America Safe Again

# First 100 Days: USCIS Delivering on Making America Safe Again

Release Date : 04/29/2025

*Ensuring National Security and Restoring Commonsense Policies*

**WASHINGTON** – U.S. Citizenship and Immigration Services is aggressively working to ensure America's national security by addressing vulnerabilities in immigration policies, reducing exploitation of humanitarian parole programs, and assisting enforcement agencies in identifying and removing illegal aliens.

In the first 100 days of the Trump Administration, USCIS has restored robust screening and vetting capabilities; re-emphasized fraud detection and deterrence; reduced exploitation of the immigration system through humanitarian and temporary protected status programs; in partnership with other agencies, helped reduce encounters at our southern border and increase safety at home, with violent criminal aliens rapidly being removed from our neighborhoods; and introduced commonsense policy and operational solutions to help protect Americans.

"In the first 100 days, USCIS put a stop to disastrous Biden-era 'humanitarian' policies that invited fraud and allowed criminal aliens to legally live and work in our communities; facilitated arrests of criminals attempting to gain immigration benefits; and for the first time in decades is ensuring every alien in the U.S. is registered as required by law," said USCIS Spokesman Matthew Tragesser. "Aliens, immigration attorneys and non-government organizations take note: the days of exploiting our immigration system are over. Aliens who want to live and work in America need to do it legally or get out."

### Addressing Vulnerabilities, Restoring Trust in the Immigration System

USCIS implemented the **Alien Registration Requirement (ARR)**, which strengthens national security, promotes accountability and upholds the rule of law. ARR allows USCIS and other agencies to track the presence of aliens in the U.S., review their criminal records, if any, and maintain awareness of their activities. USCIS recently developed an ARR Determination Tool that guides aliens through specific questions to help determine whether they must submit Form G-325R, Biographic Information (Registration). With almost 47,000 **submissions** as of April 29, USCIS is extensively promoting public awareness of this requirement and the penalties for non-compliance.

USCIS continues to deploy volunteers to support **U.S. Immigration and Customs Enforcement's (ICE)** Enforcement and Removal Operations. USCIS currently has ~450 volunteers detailed to ICE supporting 85 facilities across the country.

Need Help? Chat with Emma™

AAUP-01654

USCIS is actively **engaged in cross-agency partnerships in immigration enforcement and public safety**, including having facilitated 369 arrests at USCIS field offices since Jan. 20, 2025. Press releases highlighting USCIS involvement in arrests and convictions can be found in the USCIS Newsroom.

In cooperation with ICE, the Diplomatic Security Service and the U.S. Attorney's Office for Maryland, USCIS played a critical role in taking down a large-scale marriage fraud scheme leading to the indictment of four ringleaders and the arrests of aliens attempting to defraud the immigration system.

USCIS is closing screening and vetting loopholes from the Biden Administration and prioritizing the safety of Americans by accurately applying Terrorism Related Inadmissibility Grounds to deny members of transnational crime organizations designated as foreign terrorist organizations access to immigration benefits.

### Ending Exploitation Through Categorical Parole and Temporary Protected Status

USCIS is fulfilling the administration's goal of **terminating categorical programs** that run contrary to U.S. policy. This includes stopping broad abuse of humanitarian parole authority by ending the Cuban, Haitian, Nicaraguan, and Venezuelan parole program, and ensuring consideration of parole requests on a case-by-case basis. Approximately 531,000 aliens have been notified of the termination of their parole and employment authorization and encouraged to use the U.S. Customs and Border Protection CBP Home app to report their departure from the United States.

**Ending the exploitation and abuse of Temporary Protected Status**, USCIS rescinded the prior administration's extension of Haiti's Temporary Protected Status and ended the extension of Venezuela's 2023 Temporary Protected Status designation.

### Restoring Stronger Safeguards and Commonsense Policies

USCIS is **restoring robust screening and vetting** capabilities, enabling us to detect aliens with potentially harmful intent and to deter them from trying to enter the United States. USCIS is ensuring officers have access to the tools and training needed to detect immigration fraud and protect national security and is actively increasing awareness of the consequences of immigration fraud. Aliens who use false information or deceitful practices to unfairly obtain immigration benefits will face serious consequences, including prison, steep fines, and removal from the U.S.

Some of our screening and vetting efforts since Jan. 20, 2025, include:

- Completing 7,120 benefit fraud records;
- Identifying fraud in 4,664 number of records;
- Referring 462 benefit fraud records and 4,672 egregious public safety records to ICE for criminal investigation or enforcement;
- Completing 2,271 site visits to workplaces; and
- Screening 3,568 subjects' social media activity.

USCIS adopted **social media vetting for anti-Americanism** to consider social media content that indicates an alien endorsing, espousing, promoting, or supporting antisemitic terrorism, antisemitic terrorist organizations, or other antisemitic or anti-American activity as a negative factor in any USCIS discretionary analysis when adjudicating immigration benefit requests.

AAUP-01655

USCIS initiated an overhaul of the Systematic Alien Verification for Entitlements (SAVE) database to eliminate transaction fees for participating state, local, territorial, and tribal government users, streamline mass alien status checks, and integrate criminal records, immigration timelines, and addresses into results. This will help prevent aliens from exploiting taxpayer-funded public benefits or voting illegally.

USCIS returned to its historical policy of **recognizing only two sexes**, male and female, that are binary, biological, and not changeable. USCIS is working to protect the integrity of women's sports by ensuring that aliens traveling to the United States to compete do so only in sporting events for their biological sex.

USCIS issued new **Covid vaccination guidance,** waiving all requirements for aliens applying for Green Cards to show that they received COVID-19 vaccination.

**USCIS ended coordination on naturalization ceremonies with sanctuary cities** that restrict the ability of law enforcement to cooperate with DHS to enforce immigration laws and keep American communities safe from illegal and violent aliens.

For more information on USCIS and its programs, please visit uscis.gov or follow us on X (formerly Twitter) ⬀ , Instagram ⬀, YouTube ⬀, Facebook ⬀ and LinkedIn ⬀.

Last Reviewed/Updated: 04/29/2025

AAUP-91656