6/12/25, 12:40 PM                    When Brown students speak, the University should listen: A faculty letter in support of student activism - The Brown Daily Herald



SINCE 1891 ——————————————————

# THE BROWN DAILY HERALD

Print Editions
Thursday June 12th, 2025

go.grow.grad.tcnj.edu

 **Earn Your Master's at TCNJ**                    OPEN

**OPINIONS**

# When Brown students speak, the University should listen: A faculty letter in support of student activism



*If principled inquiry is our method and the pursuit of knowledge for a better world is our goal, what do we have to fear?*

Media by Colleen Cronin | The Brown Daily Herald

By **Brown University faculty members**
April 2, 2019 | 1:25am EDT

We, the undersigned Brown faculty, wish to express our concern about the content and tenor of President Christina Paxson P'19's letter to the Brown community March 22 in response to the overwhelming support for a student referendum that called on the University to "divest all stocks, funds, endowment and other monetary instruments from companies complicit in human rights abuses in Palestine and establish a means of implementing financial transparency and student oversight of the University's investments." Following weeks of campus debate which produced a higher-than-average turnout in a much-watched election, 69 percent —1,939 out of 2,810 voting students — voted in favor of the referendum.

Paxson's response, issued to the entire Brown community the day after the referendum results were announced, diminishes the divestment vote as "polarizing" and something that would "detract from the inclusive, intellectually-vibrant community we aspire to be." Belying her own claim that the University does not take sides on contested issues, Paxson also took this opportunity to reiterate her opposition to the global Boycott, Divest, Sanctions

movement, even though the movement itself was not explicitly on the ballot. These strong statements can have the political effect of stifling student activism. They can also be read as an admonishment of students who organized the referendum and, implicitly, of all those who voted in favor of divestment.

We write in defense of student activism and against making Palestine an exception to the right of free speech on campus. Regardless of one's position on divestment, the roughly two thousand undergraduate students at Brown who, exercising their democratic right, voted in favor of the referendum deserve better than the unfounded accusation that they are politically polarizing an otherwise neutral campus. All students deserve respect, protection and a fair hearing when they exercise their legitimate right to pose questions and vote. That must include those who voted against the President's views.

We are deeply concerned by Paxson's statement that "instead" of calls for divestment, the Brown community should "engage in productive discourse on this issue through our teaching, research and contributions to diplomacy." This statement unacceptably narrows the range of legitimate activism by students and other members of the Brown community. By using the phrase "on this issue" it also sets up a double standard, in that it seems to apply only to activism that is critical of Israeli government policies. The 1968 Black Student Walkout, the 1975 student vote to strike in favor of budget transparency, the 1987 Students Against Apartheid demands for divestment from South Africa and more recently, the 2015 student organizing against university inaction on racial and class representation on campus were also entirely peaceful and democratic forms of activism that sought to challenge indifference or political gridlock that existed at the time. Ultimately, they made Brown a better place.

It is precisely such examples of student activism for social justice that have inspired supporters of Brown Divest. The numerous public events they organized during the six months prior to the March 21 referendum contributed positively to informed and lively debate on campus and reaffirmed that all groups, without exception, are entitled to basic human rights. Through the referendum vote, many students have made clear their view that the Israeli government's policies towards Palestinians are diametrically opposed to Brown University's self-proclaimed values, enshrined in its strategic plan, Building on Distinction, which calls for "Creating Peaceful, Just, and Prosperous Societies." And they are not alone. Similar divestment referendums have passed in student government bodies at other campuses such as Stanford University, New York University, Barnard College, the University of Minnesota and George Washington University, among others.

It is not surprising that many Brown undergraduates resorted to a referendum in order to make their voices heard. As she acknowledges in her March 22 letter to the community, Paxson in 2012 rejected the recommendation of Brown's Advisory Committee on Corporate Responsibility in Investment Policies to initiate dialogue about possible divestment from companies that profit from the Israeli occupation of Palestinian Territories. Indeed, Brown Divest students have worked diligently through University processes and have sought dialogue rather than confrontation. In this, they have shown extraordinary courage in the face of not only Paxson's record of rejection on this issue, but also aggressive national campaigns of intimidation and censorship aimed at college students and professors who dare to speak out against Israeli government policies, as well as attempts by President Donald Trump's administration to conflate legitimate criticisms of Israeli policies with anti-Semitism.

It is vital to recognize that students active in Brown Divest have consistently called for upholding the human rights of all people. They have repeatedly condemned anti-Semitism along with any other form of racism and bigotry. Many attended vigils in honor of Jewish and Muslim victims of recent terrorist attacks by white supremacists in Pittsburgh and New Zealand. Several, also, responded constructively to the arguments of students who opposed the referendum — whose voices should and are being heard — in a succession of spirited op-eds in this newspaper. These exchanges highlighted the diversity of opinions among Jewish students on divestment, many of whom supported the

AAUP-00691

6/12/25, 12:40 PM    When Brown students speak, the University should listen: A faculty letter in support of student activism - The Brown Daily Herald

referendum. While these students have engaged in productive discourse, Brown's senior administration has yet to condemn egregious blacklisting websites, such as Canary Mission, that have threateningly listed Brown students and professors who criticize the Israeli government's actions and speak up for Palestinian human rights.

At a time when there is as dire a need as ever for moral clarity, transparency and democratic participation in our country, we call on our University administration to take seriously our students' concern about injustices in which our institution may be complicit. Is Brown University a beneficiary of investments in companies that profit from the Israeli occupation of Palestine? That is the still unanswered question at the heart of last week's campus vote. It is not a question we or anyone else should admonish our students for asking. Rather, let us support and honor all our students — and with it Brown's renowned tradition of rigorous, conscientious and engaged scholarship — by organizing campus-wide discussions and debates on that question and others like it. If principled inquiry is our method and the pursuit of knowledge for a better world is our goal, what do we have to fear?

Respectfully,

Aliyyah I. Abdur-Rahman, Departments of American Studies and English

Faiz Ahmed, Department of History

Umer Akbar, Department of Neurology

Nadje Al-Ali, Department of Anthropology and Watson Institute for International and Public Affairs

Leticia Alvarado, Department of American Studies

Iradj Anvar, Center for Language Studies

Ariella Azoulay, Departments of Modern Culture and Media and Comparative Literature

Timothy Bewes, Department of English

Leslie Bostrom, Department of Visual Art

Lundy Braun, Departments of Africana Studies and Pathology and Laboratory Medicine

Palmira Brummett, Department of History

Mari Jo Buhle, Departments of History and American Studies

Paul Buhle, Department of American Studies

Caroline Castiglione, Departments of Italian Studies and History

John Cayley, Department of Literary Arts

Tamara Chin, Departments of Comparative Literature and East Asian Studies

Nitsan Chorev, Department of Sociology and Watson Institute for International and Public Affairs

Mirena Christoff, Center for Language Studies

Mark Cladis, Department of Religious Studies

Joan Copjec, Department of Modern Culture and Media

AAUP-00692

6/12/25, 12:40 PM    When Brown students speak, the University should listen: A faculty letter in support of student activism - The Brown Daily Herald

Case 1:25-cv-10685-WGY    Document 315-14    Filed 01/22/26    Page 4 of 41

*Denise Davis, Pembroke Center for Teaching and Research on Women*

*Kelly Dobson, Department of Modern Culture and Media*

*Fulvio Domini, Department of Cognitive, Linguistic and Psychological Sciences*

*Beshara Doumani, Department of History*

*Emily Drumsta, Department of Comparative Literature*

*Paja Faudree, Department of Anthropology*

*Masako Fidler, Department of Slavic Studies*

*James Fitzgerald, Department of Classics*

*Scott Frickel, Department of Sociology and Institute at Brown for Environment and Society*

*Lina Fruzetti, Department of Anthropology*

*Leela Gandhi, Department of English and Cogut Institute for the Humanities*

*Alex Gourevitch, Department of Political Science*

*Matthew Guterl, Departments of Africana Studies and American Studies*

*Matthew Gutmann, Department of Anthropology*

*Yannis Hamilakis, Department of Classics and Joukowsky Institute for Archaeology and the Ancient World*

*Françoise Hamlin, Departments of History and Africana Studies*

*Alla Hassan, Center for Language Studies*

*Juliet Hooker, Department of Political Science*

*Lung-Hua Hu, Department of East Asian Studies*

*Evelyn Hu-Dehart, Departments of History and American Studies*

*Jose Itzigsohn, Department of Sociology*

*Lynne Joyrich, Department of Modern Culture and Media*

*Tamar Katz, Department of English*

*William Keach, Department of English*

*Adrienne Keene, Department of American Studies and Ethnic Studies*

*Michael Kennedy, Department of Sociology and Watson Institute for International and Public Affairs*

*Nancy Khalek, Department of Religious Studies*

*Daniel Kim, Departments of English and American Studies*

*Brian Lander, Department of History and Institute at Brown for Environment and Society*

*Robert Lee, Department of American Studies*

6/12/25, 12:40 PM    When Brown students speak, the University should listen: A faculty letter in support of student activism - The Brown Daily Herald

Case 1:25-cv-10685-WGY    Document 315-14    Filed 01/22/26    Page 5 of 41

Mary Rebecca Leuchak, Center for Language Studies

Evelyn Lincoln, Departments of History of Art and Architecture and Italian Studies

Catherine Lutz, Department of Anthropology and Watson Institute for International and Public Affairs

Amanda Lynch, Department of Earth, Environmental and Planetary Sciences

Sreemati Mitter, Department of History and Watson Institute for International and Public Affairs

Elias Muhanna, Department of Comparative Literature

Monica Muñoz Martinez, Department of American Studies and Ethnic Studies

Rebecca Nedostup, Department of History

Laura Odello, Department of French Studies

Adi Ophir, Cogut Institute for the Humanities and Middle East Studies

Emily Owens, Department of History

Samuel Perry, Department of East Asian Studies

Kevin Quashie, Department of English

Thangam Ravindranathan, Department of French Studies

Marc Redfield, Departments of English and Comparative Literature

Syed Rizvi, Department of Neurology

Daniel A. Rodriguez, Department of History

Ellen Rooney, Department of Modern Culture and Media

Christopher Rose, School of Engineering

Tricia Rose, Department of Africana Studies

Philip Rosen, Department of Modern Culture and Media

Nidia Schuhmacher, Department of Hispanic Studies

Robert Self, Department of History

Thomas Serre, Department of Cognitive Linguistic and Psychological Sciences

Naoko Shibusawa, Departments of History and American Studies

Elena Shih, Department of American Studies and Ethnic Studies

Daniel Jordan Smith, Department of Anthropology

Kerry Smith, Department of History

Victoria Smith, Department of Hispanic Studies

AAUP-00694

Susan Smulyan, Department of American Studies

Patricia Sobral, Department of Portuguese and Brazilian Studies

Silvia Sobral, Department of Hispanic Studies

Suzanne Stewart-Steinberg, Departments of Italian Studies and Comparative Literature

Lulei Su, Department of East Asian Studies

Mark Suchman, Department of Sociology

Peter Szendy, Department of Comparative Literature and Cogut Institute for the Humanities

Nina Tannenwald, Department of Political Science

Peter van Dommelen, Department of Archaeology and Joukowsky Institute for Archaeology and the Ancient World

Lingzhen Wang, Department of East Asian Studies

William H. Warren, Department of Cognitive, Linguistic, and Psychological Sciences

Elizabeth Weed, Pembroke Center for Teaching and Research on Women

Deborah Weinstein, Department of American Studies

Andre C. Willis, Department of Religious Studies

David Wills, Departments of French Studies and Comparative Literature

Patricia Ybarra, Department of Theatre Arts and Performance Studies

Vazira Zamindar, Department of History

Asli Zengin, Department of Anthropology

An updated list of Brown Faculty signatories can be found here.

*Correction: Due to a miscommunication in the editorial process, an earlier version of this op-ed included the following question: "Is Brown University a beneficiary of investments in companies that profit from companies complicit in human rights abuses in Palestine?" This misstates the authors' original argument and has been corrected to read: "Is Brown University a beneficiary of investments in companies that profit from the Israeli occupation of Palestine?" The Herald regrets the error.*



**Grand Hotel, Mackinac Island**
Get Lost in the Charms of Mackinac Island. Scenic, Historic and Romantic. Grand Hotel

Book Now ›

About us
Contact us
Advertising
Donate
Terms of Service
Privacy Policy
Masthead
Alumni

Subscribe to our newsletter

### BDH

The Brown Daily Herald, Inc. is a financially independent, nonprofit media organization with more than 350 students working across our journalism, business and web divisions.

X f ⊚ ℝ

Your Email Address

Subscribe

Powered by WORKS Solutions by The State News

All Content © 2025 The Brown Daily Herald, Inc.

6/12/25, 11:51 AM
Case 1:25-cv-10685-WGY    Document 315-14    Filed 01/22/26    Page 8 of 41
Brown faculty call for a ceasefire in Israel-Palestine and the protection of academic freedom and student activism - The Brown Daily Herald

EXHIBIT
224

About   Join   Contact   Advertise   Diversity & Inclusion   Subscribe   Donate

X   f   ⊙   ⨂

SINCE 1891

# THE BROWN DAILY HERALD

Print Editions
Thursday June 12th, 2025

Lawn Mower Recycle LLC

In All 50 States

OPEN

**OPINIONS**

## Brown faculty call for a ceasefire in Israel-Palestine and the protection of academic freedom and student activism

> "It is precisely at such times of crisis, fear and misinformation that we as scholars, faculty and university leaders must demand moral consistency, including the protection of all civilian lives."

By Brown University Faculty Members
November 7, 2023 | 11:28pm EST
*Editors' note: The letter below was first internally circulated to faculty Nov. 2, 2023. This letter has been sent to President Christina Paxson P'19 P'MD'20 with additional signatories who opted not to make their names public.*

We, the undersigned faculty at Brown University, are deeply aggrieved by the catastrophic events unfolding in Israel and Palestine, especially but not limited to Gaza. We unequivocally condemn any attacks on civilians, including the horrific attacks by Hamas on Oct. 7 which killed up to 1,400 Israelis, including children, and we call for the immediate release of all hostages. So, too, do we condemn the Israeli military's appalling siege and bombardment of Gaza that, largely with U.S.-made weapons, has now killed over 8,500 Palestinians, 67% of whom are women and children, and displaced over 1 million Palestinians since Oct. 7.

At a time of such staggering civilian casualties and destruction in Gaza, which is coinciding with unprecedented national and media-driven campaigns to silence or stigmatize voices in support of Palestinian human rights, we call on our colleagues and the administration to draw strength from the core values of Brown and use their power to:

AAUP-00697

1. Join the international calls for an immediate ceasefire and an end to Israel's siege of Gaza so that life-saving food, water and medicine can reach Palestinian civilians.

2. Affirm and advocate for the protection and ability of our students, staff and faculty to speak up for Palestinian human rights without censorship or intimidation.

In this charged national environment, we understand that universities are under pressure to silence criticism of Israeli government actions and activism for Palestinian human rights by equating such speech and activism with antisemitism. Yet, it is precisely at such times of crisis, fear and misinformation that we as scholars, faculty and university leaders must demand moral consistency, including the protection of all civilian lives. It is precisely now that we must affirm the principles of academic freedom and free speech for all on our campus, alongside the rejection of hate speech including antisemitism, Islamophobia and anti-Arab racism. And it is precisely now that we must allow for open, informed and evidence-based discussions so that the most rigorous, scrupulous and compelling arguments on contested issues can come forward.

At this pivotal historical juncture, we respectfully call on our University president to: (1) Urge Rhode Island's senators to support legislation demanding a ceasefire, an end to Israel's siege and a political resolution to this conflict based on justice and equality; (2) issue a public-facing letter decrying the recent threats to freedom of expression and inquiry on American campuses, which have sought to intimidate those addressing the context and root causes of ongoing violence in Israel-Palestine and (3) issue a letter to our University community affirming that — as with any other subject — the University administration will not tolerate efforts to intimidate, censor or punish Brown students, staff and faculty for exercising their constitutional right to free speech, activism and scholarship when it comes to Israel-Palestine. There must be no "Palestine Exception" to free speech at Brown.

As for a ceasefire, some may say it is not the place of university leaders to interfere in thorny questions of foreign policy. What is happening in Gaza is far beyond that. On Oct. 29, Save the Children reported 3,195 Palestinian children have been killed in Gaza by Israel's air strikes and auxiliary operations over three weeks — surpassing the annual number of children killed across the world's conflict zones (over 20 countries) since 2019. Given the critical role of U.S. munitions and political support for Israel's ongoing military operations in Gaza, we firmly believe this is a moral concern that implicates all Americans regardless of ethnicity, religion or political opinion. It is the same moral concern that — long before Oct. 7, 2023 — inspired the acclaimed legal scholar and civil rights activist Michelle Alexander (author of "The New Jim Crow," Brown First Reading for 2015), to declare that America's civic leaders must no longer remain silent on "one of the great moral challenges of our time: the crisis in Israel-Palestine."

We encourage the ongoing efforts of our University administration to cultivate a campus community in which all students, staff and faculty — especially those with loved ones directly affected by the conflict — are supported and heard. However, we cannot and should not support fanning the flames of war by inflicting collective punishment on innocent Palestinian civilians with American weapons and technology. And no one should be allowed to restrict the right of our students, staff or faculty for raising these points loudly and clearly.

Sincerely,

*Signing Members of the Brown University faculty in Alphabetical Order as of Nov. 7, 2023:*

aliyyah i. abdur-rahman, Departments of American Studies and English

Faiz Ahmed, Department of History

Nadje Al-Ali, Department of Anthropology, Center for Middle East Studies and Watson Institute for International and Public Affairs

AAUP-00698

Leticia Alvarado, Department of American Studies

Elsa Amanatidou, Department of Classics

Amanda Anderson, Cogut Institute for the Humanities and Department of English

Peter Andreas, Department of Political Science and Watson Institute for International and Public Affairs

Ariella Aïsha Azoulay, Departments of Modern Culture and Media and Comparative Literature

Saleem Ashkar, Department of Music

Joshua Babcock, Department of Anthropology

Muhammad Baig, Warren Alpert Medical School

Tiraana Bains, Department of History

Richard Baldoz, Department of American Studies

Omer Bartov, Department of History

Laura Bass, Department of Hispanic Studies

Reda Bensmaia, Emeritus, Departments of French and Francophone Studies and Comparative Literature

Susan Bernstein, Departments of Comparative Literature and German Studies

Timothy Bewes, Department of English

John Bodel, Departments of Classics and History

Anthony Bogues, Simmons Center for the Study of Slavery and Justice, Departments of Africana Studies and the History of Art and Architecture

Sheila Bonde, Department of the History of Art and Architecture, Joukowsky Institute for Archaeology and the Ancient World

Leslie Bostrom, Department of Visual Art

Cynthia Brokaw, Departments of History and East Asian Studies

Mari Jo Buhle, Emerita, Departments of American Studies and History

Stuart Burrows, Department of English

Stephen Bush, Department of Religious Studies

Vangelis Calotychos, Department of Classics

Prudence Carter, Department of Sociology

Holly Case, Department of History

John Cayley, Department of Literary Arts

Melody Chan, Department of Mathematics

Silvia Chiang, Department of Pediatrics, Warren Alpert Medical School

Tamara Chin, Department of Comparative Literature

AAUP-00699

6/12/25, 11:51 AM    Brown faculty call for a ceasefire in Israel-Palestine and the protection of academic freedom and student activism - The Brown Daily Herald

Case 1:25-cv-10685-WGY    Document 315-14    Filed 01/22/26    Page 11 of 41

Mahasan Chaney, Department of Education

Kenneth Chay, Department of Economics

Mark Cladis, Department of Religious Studies

Michelle Clayton, Departments of Hispanic Studies and Comparative Literature

Alexandra Collins, Department of Epidemiology, School of Public Health

Ruth Colwill, Department of Cognitive, Linguistic and Psychological Sciences

Hal Cook, Department of History

Joan Copjec, Department of Modern Culture and Media

Denise Davis, Gender and Sexuality Studies Program, Pembroke Center

Bathsheba Demuth, Department of History and Institute at Brown for Environment and Society

Lisa Di Carlo, Department of Sociology

Fulvio Domini, Department of Cognitive, Linguistic and Psychological Sciences

Beshara Doumani, Department of History

Carolina Ebeid, Department of Literary Arts

Miled Faiza, Center for Language Studies

Paja Faudree, Department of Anthropology and Program in Linguistics

Linford Fisher, Department of History

James L. Fitzgerald, Emeritus, Department of Classics

Lina M. Fruzzetti, Department of Anthropology

Leela Gandhi, Cogut Institute for Humanities and Department of English

Eva Gómez García, Department of Hispanic Studies

Macarena Gómez-Barris, Department of Modern Culture and Media and Brown Arts Institute

Matthew Guterl, Departments of Africana Studies and American Studies

Matthew Gutmann, Emeritus, Department of Anthropology

Yannis Hamilakis, Joukowsky Institute for Archaeology and the Ancient World and Department of Classics

Françoise Hamlin, Departments of Africana Studies and History

Jae Han, Department of Religious Studies

Susan Harvey, Department of Religious Studies

Alla Hassan, Center for Language Studies

Patrick Heller, Department of Sociology and Watson Institute for International and Public Affairs

Alani Hicks-Bartlett, Departments of Comparative Literature, French and Francophone Studies and Hispanic Studies

Bonnie Honig, Departments of Modern Culture and Media and Political Science

AAUP-00700

6/12/25, 11:51 AM    Brown faculty call for a ceasefire in Israel-Palestine and the protection of academic freedom and student activism - The Brown Daily Herald

Evelyn Hu-DeHart, Departments of History and American Studies/Ethnic Studies

Laird Hunt, Department of Literary Arts

Jose Itzigsohn, Department of Sociology

Nancy J. Jacobs, Department of History

Julia Jarcho, Department of Theatre Arts and Performance Studies

Lynne Joyrich, Department of Modern Culture and Media

Ieva Jusionyte, Department of Anthropology and Watson Institute for International and Public Affairs

Coppélia Kahn, Emerita, Department of English

William Keach, Emeritus, Department of English

Adrienne Keene, Department of American Studies

Nancy Khalek, Departments of Religious Studies and History

Michael D. Kennedy, Department of Sociology and Watson Institute for International and Public Affairs

Daniel Kim, Departments of English and American Studies

Stephen Kinzer, Watson Institute for International and Public Affairs

Brian Lander, Department of History and Institute at Brown for Environment and Society

Robert Lee, Emeritus, Department of American Studies

Shelley Lee, Department of American Studies

Wendy Allison Lee, Pembroke Center and Gender and Sexuality Studies Program

Jeremy Lehnen, Center for Language Studies and Portuguese and Brazilian Studies

Leila Lehnen, Portuguese and Brazilian Studies

Myles Lennon, Department of Anthropology and Institute at Brown for Environment and Society

Ainsley LeSure, Departments of Africana Studies and Political Science

Patsy Lewis, Department of Africana Studies

Glenn C. Loury, Department of Economics, Watson Institute for International and Public Affairs

Enongo Lumumba-Kasongo, Department of Music and Brown Arts Institute

Catherine Lutz, Emerita, Department of Anthropology

Brandon Marshall, Department of Epidemiology, School of Public Health

Felipe Martinez-Pinzon, Department of Hispanic Studies

Kevin McLaughlin, Departments of English, Comparative Literature and German Studies, and John Nicholas Brown Center for Advanced Study

Brian Meeks, Department of Africana Studies

Kristina Mendicino, Department of German Studies

AAUP-00701

Kiri Miller, Department of American Studies

Ourida Mostefai, Departments of Comparative Literature and French and Francophone Studies

Elias Muhanna, Departments of Comparative Literature and History

Rebecca Nedostup, Departments of History and East Asian Studies

Tara Nummedal, Departments of History and Italian Studies

Mark Ocegueda, Department of History

Mohamed Omer, Department of Pathology and Laboratory Medicine, Warren Alpert Medical School

Adi M. Ophir, Cogut Institute for the Humanities and Center for Middle East Studies

Emily Owens, Department of History

Esra Ozdemir, Center for Language Studies

Robert Preucel, Department of Anthropology

Jason Protass, Department of Religious Studies

Michelle Quay, Center for Language Studies and Center for Middle East Studies

Abrar Qureshi, Departments of Dermatology and Epidemiology, Warren Alpert Medical School and School of Public Health

Momotazur Rahman, Department of Health Services Policy and Practice, School of Public Health

Dixa Ramirez-D'Oleo, Department of English

Stéphanie Ravillon, Department of French and Francophone Studies

Thangam Ravindranathan, Department of French and Francophone Studies

Sherief Reda, School of Engineering and Department of Computer Science

Marc Redfield, Departments of Comparative Literature, English and German Studies

Ravit Reichman, Department of English

Gerhard Richter, Departments of Comparative Literature and German Studies

Lukas Rieppel, Department of History and Science, Technology and Society Program

Katie Rieser, Department of Education

Massimo Riva, Department of Italian Studies

Timmons Roberts, Institute at Brown for Environment and Society and Department of Sociology

Gabriel Rocha, Departments of History and Portuguese and Brazilian Studies

Seth Rockman, Department of History

Daniel A. Rodríguez, Department of History

Noliwe Rooks, Department of Africana Studies

Ellen Rooney, Departments of English and Modern Culture and Media

AAUP-00702

Tricia Rose, Department of Africana Studies, Center for the Study of Race and Ethnicity in America

Poulami Roychowdhury, Department of Sociology and Watson Institute for International and Public Affairs

Stephanie Savell, Watson Institute for International and Public Affairs

Janine Anderson Sawada, Departments of Religious Studies and East Asian Studies

Rebecca Schneider, Department of Modern Culture and Media

Nidia A. Schuhmacher, Department of Hispanic Studies

Lewis Seifert, Department of French and Francophone Studies

Robert Self, Department of History

Roberto Serrano, Department of Economics

Thomas Serre, Department of Cognitive Linguistics and Psychological Sciences

Ahmed Shahab, Warren Alpert Medical School

Matthew Shenoda, Department of Literary Arts and Brown Arts Institute

Naoko Shibusawa, Departments of History and American Studies

Elena Shih, Department of American Studies

Eleni Sikelianos, Department of Literary Arts

Prerna Singh, Department of Political Science and Watson Institute for International and Public Affairs

Ada Smailbegović, Department of English

Kerry Smith, Department of History

Susan Smulyan, Department of American Studies

Patricia Sobral, Department of Portuguese and Brazilian Studies

Tracy Steffes, Departments of Education and History

Michael Steinberg, Departments of History and Music

Suzanne Stewart-Steinberg, Departments of Comparative Literature and Italian Studies

Kera Street, Department of Religious Studies

Cole Swensen, Department of Literary Arts

Peter Szendy, Cogut Institute for the Humanities and Department of Comparative Literature

Nina Tannenwald, Department of Political Science

Sarah Thomas, Department of Hispanic Studies

Alison Tovar, Department of Behavioral and Social Sciences, School of Public Health

Daniel Vaca, Department of Religious Studies

Peter van Dommelen, Joukowsky Institute for Archaeology and the Ancient World and Department of Anthropology

Rajiv Vohra, Department of Economics

AAUP-00703

Case 1:25-cv-10685-WGY    Document 315-14    Filed 01/22/26    Page 15 of 41

Lingzhen Wang, Department of East Asian Studies

William Warren, Department of Cognitive, Linguistic and Psychological Sciences

Elizabeth Weed, Pembroke Center for Teaching and Research on Women

Alexander Weheliye, Department of Modern Culture and Media

Annie Wiart, Department of French and Francophone Studies

Andre C. Willis, Department of Religious Studies

David Wills, Department of French and Francophone Studies

Patricia Ybarra, Department of Theatre Arts and Performance Studies

Vazira Zamindar, Department of History

*Affiliations are stated for identification purposes only. An updated list of Brown Faculty signatories can be found here.*



JustAnswer
Chat w/ an expert Online Now    OPEN ›

About us
Contact us
Advertising
Donate
Terms of Service
Privacy Policy
Masthead
Alumni

Subscribe to our newsletter

Your Email Address

**Subscribe**

BDH

The Brown Daily Herald, Inc. is a financially independent, nonprofit media organization with more than 250 students working across our journalism, business and web divisions.

X f ⊙ ℽ

Powered by WORKS Solutions by The State News
All Content © 2025 The Brown Daily Herald, Inc.

# Exhibit 225
## (media file to be provided by Plaintiffs)

OPINION | GUEST

# Op-ed: Try again, President Kumar: Renewing calls for Tufts to adopt March 4 TCU Senate resolutions

GOVERNMENT
EXHIBIT
22 6

By Rumeysa Ozturk, Fatima Rahman, Genesis Perez and Nicholas Ambeliotis
Published Tuesday, March 26, 2024

On March 4, the Tufts Community Union Senate passed 3 out of 4 resolutions demanding that the University acknowledge the Palestinian genocide, apologize for University President Sunil Kumar's statements, disclose its investments and divest from companies with direct or indirect ties to Israel. These resolutions were the product of meaningful debate by the Senate and represent a sincere effort to hold Israel accountable for clear violations of international law. Credible accusations against Israel include accounts of deliberate starvation and indiscriminate slaughter of Palestinian civilians and plausible genocide.

Unfortunately, the University's response to the Senate resolutions has been wholly inadequate and dismissive of the Senate, the collective voice of the student body. Graduate Students for Palestine joins Tufts Students for Justice in Palestine, the Tufts Faculty and Staff Coalition for Ceasefire and Fletcher Students for Palestine to reject the University's response. Although graduate students were not allowed by the University into the Senate meeting, which lasted for almost eight hours, our presence on campus and financial entanglement with the University via tuition payments and the graduate work that we do on grants and research makes us direct stakeholders in the University's stance.

While an argument may be made that the University should not take political stances and should focus on research and intellectual exchange, the automatic rejection, dismissive nature and condescending tone in the University's statement have caused us to question whether the University is indeed taking a stand against its own declared commitments to free speech, assembly and democratic expression. According to the Student Code of Conduct, "[a]ctive citizenship, including exercising free speech and engaging in protests, gatherings, and demonstrations, is a vital part of the Tufts community." In addition, the Dean of Students Office has written, "[w]hile at times the exchange of controversial ideas and opinions may cause discomfort or even distress, our mission as a university is to promote critical thinking, the rigorous examination and discussion of facts and theories, and diverse and sometimes contradictory ideas and opinions." Why then is the University discrediting and disregarding its students who practice the very ideals of critical thinking, intellectual exchange and civic engagement that Tufts claims to represent?

The role of the TCU Senate resolutions is abundantly clear. The Senate's resolutions serve as a "strong lobbying tool that expresses to the Tufts administration the wants and needs of the student body. They speak as a collective voice and are instrumental in enacting systemic changes." In this case, the "systemic changes" that the collective voice of the student body is calling for are for the University to end its complicity with Israel insofar as it is oppressing the Palestinian people and denying their right to self-determination — a right that is guaranteed by international law. These strong lobbying tools are all the more urgent now given the order by the International Court of Justice confirming that the Palestinian people of Gaza's rights under the Genocide Convention are under a "plausible" risk of being breached.

This collective student voice is not without precedent. Today, the University may remember with pride its decision in February 1989 to divest from South Africa under apartheid and end its complicity with the then-racist regime. However, we must remember that the University divested up to 11 years after some of its peers. For instance, the Michigan State University Board of Regents passed resolutions to end its complicity with Apartheid South Africa as early as 1978. Had Tufts heeded the call of the student movement in the late 1970s, the University could have been on the right side of history sooner.

We reject any attempt by the University or the Office of the President to summarily dismiss the role of the Senate and mischaracterize its resolution as divisive. The open and free debate demonstrated by the Senate process (exemplified by the length, open notice and substantive exchange in the proceedings and the non-passing of one of the proposed resolutions), together with the serious organizing efforts of students, warrant credible self-reflection by the Office of the President and the University. We, as graduate students, affirm the equal dignity and humanity of all people and reject the University's mischaracterization of the Senate's efforts.

AAUP-01592

7/3/25, 4:19 PM    Op-ed: Try again, President Kumar: Renewing calls for Tufts to adopt March 4 TCU Senate resolutions - The Tufts Daily

Case 1:25-cv-10685-WGY    Document 315-14    Filed 01/22/26    Page 18 of 41

The great author and civil rights champion James Baldwin once wrote: "The paradox of education is precisely this: that as one begins to become conscious one begins to examine the society in which [they are] being educated." As an educator, President Kumar should embrace efforts by students to evaluate "diverse and sometimes contradictory ideas and opinions." Furthermore, the president should trust in the Senate's rigorous and democratic process and the resolutions that it has achieved.

We urge President Kumar and the Tufts administration to meaningfully engage with and actualize the resolutions passed by the Senate.

This op-ed was written by Nick Ambeliotis (CEE, '25), Fatima Rahman (STEM Education, '27), Genesis Perez (English, '27) and Rumeysa Ozturk (CSHD, '25) and is endorsed by 32 other Tufts School of Engineering and Arts and Sciences Graduate Students.

## TRENDING

**SMFA union files unfair labor practice complaint against Tufts following administrative restructure**
By Josué Pérez | June 20



## THE PRINT EDITION

Case 1:25-cv-10685-WGY    Document 315-14    Filed 01/22/26    Page 19 of 41

7/3/25, 4:19 PM                    Op-ed: Try again, President Kumar: Renewing calls for Tufts to adopt March 4 TCU Senate resolutions - The Tufts Daily

# THE TUFTS DAILY

### THE INDEPENDENT STUDENT NEWSPAPER OF TUFTS UNIVERSITY EST. 1980



## SECTIONS

News
Features
Arts
Opinion
Sports

## QUICK LINKS

About
Masthead
Contact
Submit a Tip
Join Us

Investigative
Science
Magazine
Audio
Video
Newsletter

Advertising
RSS Feeds
Privacy Policy
Terms of Service

SOCIAL

   ▶

CONTACT
The Tufts Daily
PO Box 53018
Medford, MA 02155
daily@tuftsdaily.com

All Content © 2025 The Tufts Daily

Powered by        Solutions by The State News

AAUP-01595

7/3/25, 4:09 PM                                    Rumeysa Ozturk - Canary Mission



GOVERNMENT
EXHIBIT
227

Search for

# Rumeysa Ozturk



**Status:** Student
**State:** Massachusetts
**Organizations:** BDS
**University:** Tufts, TC

Share: 

Rumeysa Ozturk engaged in anti-Israel activism in March 2024, in the wake of the Hamas terrorist attacks on Israelis on October 7, 2023.

On October 7, 2023, Hamas murdered approximately 1,200 Israelis, kidnapped hundreds and wounded thousands. War crimes included mass rape and torture. Many Palestinian civilians participated in and supported the attacks, and Gazans working in the targeted Israeli communities gave intelligence to Hamas on where to strike.

For more information, see the Canary Mission page on Hamas.

Ozturk is a supporter of the Boycott, Divestment, Sanctions (BDS) movement.

As of January 2025, Ozturk was listed as the course instructor of "Intro to Children's Media - 04" and "Youth and Media - 06" at Tufts University (Tufts).

The courses were scheduled to take place in February and April 2025, respectively. Both course descriptions said: "...reserved for high school students who are rising 10th, 11th, or 12th grade students...students will be prompted to submit an additional application after enrollment..." Tufts is located in Medford and Somerville, Massachusetts.

As of January 2025, Ozturk's LinkedIn profile said she had worked as a graduate research assistant at Tufts since August 2023, and as a course instructor at Tufts from July 2024 to August 2024.

As of the same date, Ozturk's LinkedIn said she was studying for a doctorate in child study and human development at Tufts, slated to graduate in 2026.

Ozturk graduated with a master's degree in developmental and child psychology from Teachers College, Columbia University (TC) in 2020. TC is located in New York, New York.

As of February 2025, Ozturk's LinkedIn said she was located in the Greater Boston area, Massachusetts.

   1 of 2 



AAUP-01568

On March 26, 2024, Ozturk co-authored an op-ed published in the Tufts Daily newspaper titled: "Try again, President Kumar: Renewing calls for Tufts to adopt March 4 TCU Senate resolutions." The authors urged "President Kumar and the Tufts administration to meaningfully engage with and actualize the resolutions passed by the Senate."

The op-ed referred to the passing of anti-Israel resolutions by the Tufts Community Union (TCU) Senate, which demanded the University "...acknowledge the Palestinian genocide, apologize for University President Sunil Kumar's statements, disclose its investments, and divest from companies with direct or indirect ties to Israel."

On March 4, 2024, Tufts President Kumar published a "Message on TCU Senate Resolutions" addressed to Tufts students, faculty, and staff. Kumar wrote: "...the Tufts Community Union Senate...passed three resolutions, initially proposed by the Coalition for Palestinian Liberation..."

President Kumar's message continued: "...we're disappointed that a majority voted to pass three of the four resolutions. To be clear: as we have done in the past, we reject the Boycott Divestment Sanctions movement, we wholeheartedly support academic freedom and all our academic and exchange programs, and we will continue to work with all companies that we engage with and do business with now."

## ∧ Social Media and Weblinks

in https://www.linkedin.com/in/rumeysaozturk/

⊕ ResearchGate

⊕ Google Scholar

⊕ Academia.edu

| | |
|---|---|
| HOME | ORGANIZATIONS |
| OUR MISSION | EX-CANARY |
| ETHICS POLICY | BLOG |
| CONTACT US | CAMPAIGNS |
| STUDENTS | CANADA |
| PROFESSORS | |
| PROFESSIONALS | |
| MEDICAL | |

Copyright © 2024 Canary Mission Inc.
All rights reserved.

AAUP-01569

# Exhibit 228
## (media file to be provided by Plaintiffs)

EXHIBIT
229

**CANARY MISSION**

Search for a Professional

# OUR MISSION

Canary Mission documents individuals and organizations that promote hatred of the USA, Israel and Jews on North American college campuses and beyond. Canary Mission investigates hatred across the entire political spectrum, including the far right, far left and anti-Israel activists.

Canary Mission is motivated by a desire to combat the rise in anti-Semitism on college campuses. We pursue our mission by presenting the words and deeds of individuals and organizations that engage in anti-Semitism, racism and bigotry on the far right, far left and among the array of organizations that comprise the anti-Semitic Boycott, Divestment, Sanctions (BDS) movement.

Canary Mission gathers content from publicly available sources. Additionally, we collect and validate materials submitted privately through our website. We aggregate this information into a concise and easily searchable format, providing free access to the general public.

Before publication, all content is verified, meeting our high standards of accuracy and authenticity.

When published content is based on validated information submitted privately, a note indicating this is placed on the page.

The addition of individuals to our database is governed by our Ethics Policy .

Individuals who believe that they should be removed from the Canary Mission website are encouraged to be in touch with us and may become an Ex-Canary.



we all have the right to know if an individual has been affiliated with movements that routinely engage in anti-Semitic rhetoric and actions, promote hatred of Jews and seek the destruction of Israel.



HOME                    ORGANIZATIONS

OUR MISSION             EX-CANARY

ETHICS POLICY           BLOG

CONTACT US              CAMPAIGNS

STUDENTS                CANADA

PROFESSORS

PROFESSIONALS

MEDICAL

Copyright © 2024 Canary Mission Inc.
All rights reserved.

AAUP-00334

GOVERNMENT
EXHIBIT
230

Search for a P

# Mohsen Mahdawi



Status: Unknown
State: New York
Organizations: WOL, SJP, JVP, DAR, BDS
University: Columbia, BZU

Share: 🟢 𝕏 ⌇ 🔗

## Mohsen Mahdawi's Arrest, Call for Israel's Destruction, Justification of Hamas Terrorism and Support for the Pro-Hamas Encampment at Columbia University (Columbia)



Mahdawi speaking at an anti-Israel rally

03:10

Mohsen Mahdawi is a leading anti-Israel activist who was arrested in April 2025 for his pro-Hamas activism. He has also called for Israel's destruction and justified Hamas terrorism in late 2023. Ten years earlier, he celebrated a terrorist who had murdered dozens of Israeli Jews in 1978. Mahdawi also showed support for the pro-Hamas encampment at Columbia in April 2024.

Mahdawi made his late 2023 statements after a series of Hamas terror atrocities and war crimes against Israeli civilians, including mass murder, torture, rape, beheadings and kidnappings, which were executed on October 7, 2023. The attacks left over 1,200 Israelis dead, hundreds kidnapped and thousands wounded. Israel retaliated with a war called "Swords of Iron."

Hamas has been designated as a terrorist organization by the U.S., Canada, European Union, Israel and other countries. Founded in 1987, it has killed thousands of Israeli civilians through mass shootings and suicide bombings. Hamas has also kidnapped children, families and the elderly and held them hostage in Gaza. It has desecrated [slide 7] dead bodies and launched numerous rocket attacks against Israeli civilians.

In December 2023, Mahdawi served as co-president of DAR Palestine at Columbia University (Dar at Columbia), Columbia's Palestinian student union, which is reportedly part of a coalition of 80 anti-Israel student groups. Columbia is located in New York, New York.

Mahdawi was also affiliated with the pro-terror activist group Within Our Lifetime (WOL) in 2023. He was reportedly a member of Students for Justice in Palestine (SJP) that same year.

Mahdawi is a supporter of the Boycott, Divestment, Sanctions (BDS) movement.

In December 2023, CBS reported [00:07:10] that Mahdawi "grew up in a refugee camp in the Israeli-occupied West Bank."

As of February 20, 2024, Mahdawi, who also goes by Mohsen Khader Mahdawi, was listed in Columbia's online directory as a student in the Department of Philosophy at Columbia's School of General Studies.

As of March 7, 2024, Mahdawi's since-deleted LinkedIn profile said he was slated to graduate from Columbia in 2024.

As of the same date, Mahdawi's LinkedIn also said he studied computer engineering at Birzeit University (Birzeit) from 2008 to 2014.

Birzeit University's student body has celebrated terrorists since at least 2003. That year, student government elections featured models of exploding Israeli buses, as parties competed on the basis of which Palestinian faction had killed the most Israelis.

CAPTURED BY
CANARY MISSION      Home  News  Opinion  Sports  Photos  Arts & Life

Home  News  Opinion  Sports  Photos  Arts & Life  Obituaries  Classified

AAUP-01561

"Hamas is a product of the Israeli occupation," he said. Hamas, which has governed Gaza since 2007, has been designated as a terrorist organization by the U.S. and European Union.

Mahdawi shares the view of many Palestinians that Gaza is a longtime "open-air prison" of Israel's doing.

is rooted in international law, under which occupied peoples have the right to resist the occupation of their land," they wrote. "If every political avenue available to Palestinians is blocked, we should not be surprised when resistance and violence break out."

On Oct. 12, Mahdawi was among hundreds of pro-Palestinian demonstrators who gathered on Columbia's South Lawn. Supporters were called terrorists and had water thrown at them, he said.

 CAPTURED BY CANARY MISSION

← 1 of 8 →

## ^ Arrested by ICE

On April 14, 2025, ABC News reported that Mahdawi was arrested by agents from the United States Immigration and Customs Enforcement (ICE) at the Immigration Services office in Colchester, Vermont. After his arrest, ICE began the process of deporting him.

In a court filing concerning the immigration status of Mahmoud Khalil, who co-founded the Palestinian Student Union at Columbia with Mahdawi and also faces deportation, United States Secretary of State Marco Rubio asserted that Khalil should be deported because of his role in "antisemitic protests and disruptive activities, which fosters a hostile environment for Jewish students in the United States."

## ^ Calling for Israel's Destruction

On November 15, 2023, Mahdawi spoke at an anti-Israel rally titled: "All Out for Gaza at Columbia University," where he led [00:07:07] the crowd in chanting: "From the river to the sea, Palestine will be free!"

"From the River to the Sea, Palestine will be Free" is a chant used [00:02:47] to call for the elimination of the State of Israel. It has also been employed by Hamas leader Khaled Mashal to call for the replacement of Israel with an Islamic state. In April 2024, the U.S. House of Representatives passed a resolution condemning the chant as antisemitic.

Mahdawi then said [00:07:30]: "We were accused by the administration that we are calling for genocide, while the administration itself is ignoring the current genocide that is taking place in Gaza. Shame on you, Columbia!"

Mahdawi continued [00:09:01]: "[Columbia's] excuse of safety and security is a weaponization of this word, its the same weaponization that Israel has used as a tactic to steal land to con people, to suppress us, to keep us in refugee camps and to commit genocide and apartheid."

Mahdawi's mention of "refugee camps" referred to a policy known as the "right of return."

The "right of return" is a Palestinian demand discredited as a means to eliminate Israel. International law mandates no absolute right of return and UN Resolution 194, which defined principles for "refugees wishing to return to their homes," was unanimously rejected by Arab nations following the 1948 Arab-Israeli War.

The rally, which "ended in front of the university's main entrance," was reportedly co-organized by WOL and the City University of New York (CUNY) School of Law (CUNY Law) chapter of the Jewish Law Students Association (CUNY JLSA).

Mahdawi appeared at the rally wearing a keffiyeh and standing between WOL co-founder and chairperson Nerdeen Kiswani and leading WOL activist Abdullah Akl.

## ^ Justifying Hamas Terrorism in 2023

In an October 22, 2023 interview for a local New England newspaper, Mahdawi said: "Hamas is a product of the Israeli occupation."

According to the newspaper, soon after October 7, 2023, Mahdawi and leaders of other anti-Israel student groups at Columbia wrote a statement that said: "We remind Columbia students that the Palestinian struggle for freedom is rooted in international law, under which occupied peoples have the right to resist the occupation of their land."

Anti-Israel activists use the term "resistance" to refer to violence and terror perpetrated against Israeli civilians and their allies. It is used to glorify and encourage anti-Israel and anti-Semitic violence. Anti-Israel activists chant slogans such as: "Resistance by any means necessary!" and "Resistance is justified when people are occupied!" in response to terror attacks.

The statement that Mahdawi reportedly co-authored continued: "If every political avenue available to Palestinians is blocked, we should not be surprised when resistance and violence break out."

AAUP-01562

mutilation.

Hamas broadcast videos of their butchery on social media, often to victims' accounts for families to see. Israel retaliated with a war called "Swords of Iron." As of November 10, 2023, approximately 1,200 Israelis, the vast majority of them civilians, were murdered during the attacks. Hamas kidnapped 242 Israelis, including at least 30 children. At least 3,500 people were wounded, many severely.

A terrorist detained by Israel admitted he raped an Israeli woman when he broke into a kibbutz house during the October 7, 2023 attack. In March 2024, a former hostage of Hamas publicly stated she was sexually abused and tortured while in captivity.

For more information on the October 7, 2023 terror attacks, see the Canary Mission page on Hamas.

In December 2023, during Israel's war against Hamas, Mahdawi was interviewed [00:06:07] on the television show "60 Minutes" to discuss his campus activism.

During the interview, Mahdawi said [00:08:17]: "When somebody is hurting you, when you see this person is being punched in the face and this feeling, it is: You now feel my pain."

The interviewer replied [00:08:30] back to Mahdawi: "But this Hamas attack wasn't a punch in the face. This was a horrible terror attack."

Mahdawi then said [00:08:43] that he "can empathize" with what Hamas did and continued: "To empathize is to understand the root cause and to not look at any event or situation in a vacuum. This is for me the path moving forward."

## ^ Celebrating a Terrorist in 2013

On February 3, 2013, a Facebook user shared a poem Mahdawi wrote that paid tribute to terrorist Dalal Mughrabi. Mahdawi left comments thanking the poster for sharing the text.

The poem said: "I will breathe home... / And fill my shame / And clean my gun / And collect my packages, my bombs / And embrace my gun..."

Dalal Mughrabi, a member of the Fatah faction of the Palestine Liberation Organization (PLO), participated in the 1978 Coastal Road massacre in Israel. She and other terrorists hijacked a bus in an attack that left 38 Israeli civilians dead, including 13 children.

## ^ Anti-Israel Activism (BDS)

In January 2024, Mahdawi participated [00:00:04] as a speaker at a "divestment now" rally organized by Columbia University Apartheid Divest (CUAD) and other student organizations. The protest called on Columbia to divest from Israel and promoted [slide 3; 00:00:01] "global intifada."

The term "intifada," which translates from Arabic as "uprising" or "insurrection," carries the connotation of violence. Palestinian intifadas waged against Israel have been marked since 1987 by hundreds of hijackings, shootings, stabbings, bombings and suicide missions.

On December 5, 2023, Mahdawi posted photos of himself speaking at a November 14, 2023 rally organized by DAR at Columbia and held on the Columbia campus. He wrote on his post: "We come here today to stand tall, to raise our voices, and to lift our spirits... chanting for humanity: Free, free Palestine!"

The aim of the November 14, 2023 rally and another one on November 15, 2023, where he called for Israel's destruction, was to protest Columbia's "unjust suspension" of the university's Jewish Voice for Peace (JVP) and SJP chapters for violating university policies.

## ^ Showing Support for the Pro-Hamas Encampment at Columbia

Mahdawi appeared [00:06:02] in an AJ+ video in which he was interviewed during the April 30, 2024 "occupation" of Columbia's Hamilton Hall by encampment participants. Discussing the university administration's decision to call in the New York Police Department (NYPD) to clear the locked, barricaded and vandalized building, Mahdawi claimed [00:06:34]: "This [police action] is a strategy that is used by the oppressor, and Columbia University...are doing the same thing."

On April 30, 2024, participants in Columbia's second pro-Hamas encampment forced their way into the university's Hamilton Hall, barricading themselves in the building and taking three Columbia custodians hostage. Protesters also vandalized [00:00:55] and destroyed university property inside the hall. A police raid on Hamilton found knives, gas masks, ropes and literature that read: "...DESTROY zionist business interests everywhere!...DEATH TO AMERICA!..."

AAUP-01563

building and taking a university worker hostage.

Activists protested Israel's war against Hamas and demanded that Columbia "divest from companies and institutions that profit from Israeli apartheid, genocide and occupation..."

The action had reportedly been planned for months and was organized by the Columbia University Apartheid Divest (CUAD) coalition. The encampment was also organized by Columbia's banned pro-Hamas activist group Students for Justice in Palestine (SJP) and the university chapter of Jewish Voice for Peace (JVP). Activists reportedly received training from National SJP and other anti-Israel organizations.

Among the encampment leaders was Columbia student Khymani James who had said [00:00:25]: "Zionists...They are nazis!... They're supporters of genocide! Why would we want people who are supporters of genocide to live?... Be glad, be grateful that I am not just going out and murdering Zionists." Aidan Parisi, another encampment leader, responded to Columbia's demand to disband the encampment by declaring online that: "COLUMBIA WILL BURN."

The encampment was forcibly dismantled at the directive of Columbia's president and administration. The NYPD [New York Police Department] entered the area, cleared the encampment and arrested more than 100 protestors, approximately 80 of whom were Columbia students. The students were charged with trespassing and suspended from Columbia indefinitely.

The next day, activists created a new encampment. When divestment negotiations with Columbia failed, protesters illegally forced their way into the university's Hamilton Hall on April 30, 2024. They smashed [00:00:55] through a glass-paneled door, broke security cameras, threw university property out of the windows and unfurled [00:00:01] a banner in the building's wall that read: "INTIFADA," a term in Arabic for uprising or insurrection that carries the connotation of violence.

While barricading themselves in the building, agitators kept three Columbia custodians hostage and stopped them from leaving. When the NYPD raided and dismantled the encampment a second time, they arrested more than 100 students, nearly half of whom were reportedly not affiliated with Columbia.

NYPD shared on Twitter photos of objects the police found in Hamilton Hall. These included knives, hammers, gas masks, ropes and a pamphlet that read [video 1]: "...DISRUPT/RECLAIM/DESTROY zionist business interests everywhere! DEATH TO ISRAELI REAL STATE! DEATH TO AMERICA!...LONG LIVE THE INTIFADA!"

Just outside the encampment area, Jewish students were called [slide 2]: "Uncultured a** b**ches!" and were told to "Go back to Europe!" Activists also said [slide 3] to them: "Yahoodim [Jews], yahoodi [Jew], f**k you!" and "Stop killing children!" as they walked from campus to their dorm rooms.

Also just outside the encampment area, anti-Israel activists chanted [slide 5]: "Ya Hamas, ya habib, odrob, odrob Tel Aviv! [Oh Hamas, oh loved one, strike, strike Tel Aviv!]", a chant that celebrates Hamas rocket attacks against Israel.

An activist just outside the encampment area held [photo 4] a sign that said, referring to the Izz ad-Din al-Qassam Brigades, Hamas's military wing: "AL-QASAM'S NEXT TARGETS." Her sign contained an arrow pointing to a pro-Israel crowd.

On May 31, 2024, Columbia SJP announced that its activists had set up a third encampment at the university. At the encampment, protesters reportedly displayed on a big screen a video that portrayed Hamas as a peace-seeking organization and made a sign that contained an inverted red triangle, a symbol in support of Hamas.

The Columbia encampment reportedly inspired a wave of protest encampments across North American campuses, where pro-Israel students were blocked or restricted from campus facilities. Jewish students were reportedly harassed in several other ways.

00:22

## ⌃ SJP

SJP is the leading student organization engaged in anti-Israel activity on North American college and university campuses. The first chapter of SJP was founded in 2001 at the University of California at Berkeley by Professor Hatem Bazian, who has spread anti-Semitism and defended the Hamas terror group.

SJP organizes anti-Israel campus campaigns, including running annual Israel Apartheid Weeks and pushing the Boycott, Divestment, Sanctions (BDS) movement. SJP activists have reportedly physically assaulted, intimidated and harassed Jewish students, and SJP chapters have often endorsed and campaigned for terrorists.

01:30

AAUP-01565

The Boycott, Divestment, Sanctions (BDS) movement was founded by pro-terror activist Omar Barghouti in 2005 to turn "Israel into a pariah state, as South Africa once was." Barghouti has also called for Israel's destruction and the BDS movement demands would result in that same goal.

BDS initiatives include calling on institutions and individuals to divest from Israeli-affiliated companies, promoting academic and cultural boycotts of Israel, and organizing anti-Israel rallies, protests and campaigns.

The movement's most notable achievement has been infiltrating university campuses through lobbying for "BDS resolutions." In these cases, student governments propose resolutions to boycott or divestment from Israel or Israeli-affiliated entities. BDS activity is often aggressive and disruptive. It has been noted that universities that pass BDS resolutions see a marked increase in anti-Semitic incidents and pro-terror activism on campus.

06:01

## ⌃ Social Media and Weblinks

- 🅕  https://www.facebook.com/mohsen.k.mahdawi
- 𝕏  https://twitter.com/MohsenPalestine/ [deleted]
- 𝕏  https://twitter.com/Mohsen_Mahdawi_ [deleted]
- 🅞  https://www.instagram.com/mohsen.of.palestine/
- 🅞  https://www.instagram.com/mohsen.palestine/ [deleted]
- 🅞  https://www.instagram.com/mohsen__mahdawi/ [deleted]
- 🅛  https://www.linkedin.com/in/mohsen-m-843046265/
- 🅐  https://www.threads.net/@mohsen.palestine [deleted]
- ♪  https://www.tiktok.com/@mohsenmahdawil [deleted]
- ▶  https://www.youtube.com/@mohsenmehdawi7848 [deleted]

AAUP-01566

HOME                    ORGANIZATIONS
OUR MISSION             EX-CANARY
ETHICS POLICY           BLOG
CONTACT US              CAMPAIGNS
STUDENTS                CANADA
PROFESSORS
PROFESSIONALS
MEDICAL

Copyright © 2024 Canary Mission Inc.
All rights reserved.

Case 1:25-cv-10685-WGY    Document 315-14    Filed 01/22/26    Page 34 of 41



**EXHIBIT**
**231**

Search for a Medical P

# Mahmoud Khalil

**Status:** Student
**State:** New York
**Organizations:** CUAD, BDS
**University:** Columbia



Share:   

---

## PROFILE UPDATE - MARCH 12, 2025

- In March 2025, Mahmoud Khalil was arrested by the U.S. Immigration and Customs Enforcement (ICE), which reportedly revoked his student visa. A Department of Homeland Security (DHS) spokesperson said that Khalil "led activities aligned to Hamas, a designated terrorist organization."

- Khalil has been leading anti-Israel protests at Columbia since at least October 12, 2023—just days after Hamas' attack on Israel. That day, he led a rally where activists chanted "From the river to the sea," a slogan condemned by the U.S. House of Representatives as antisemitic and used by Hamas to call for Israel's destruction.

- Khalil is a leader of the Columbia University Apartheid Divest group (CUAD), the current home for Students for Justice in Palestine (SJP) and Jewish Voice for Peace (JVP), after they were suspended for pro-terror activities. It is now a coalition of "over 80 student groups."

- Khalil openly justified Hamas terrorism, speaking as a CUAD representative in a video posted on X. He stated, "We've tried armed resistance, which is legitimate under international law, but Israel calls it terrorism."

- On October 7, 2024, the first anniversary of Hamas' terror attack where they murdered 1,200 Israelis, Khalil held a leadership role in a CUAD-organized pro-Hamas protest at Columbia. The next day, CUAD defined this protest by their desire to "bring the war home"—a phrase tied to the movement's broader strategy of bringing about the downfall of the USA. For more information on their war on America, see Canary Mission's campaign "Bringing the War Home."

- CUAD's members wrote on August 16, 2024, that they "must work hard to weaken US imperialism." The New York Post also reported on March 9, 2025, that Khalil's group seeks the "total eradication of Western civilization."

- On March 24, 2024, CUAD co-organized a pro-terror event titled "Palestinian Resistance 101," featuring Khaled Barakat, a senior member of the Popular Front for the Liberation of Palestine (PFLP), a designated terrorist organization.

- Khalil has acted as a lead negotiator for CUAD during several major incidents in 2024 and 2025.
  - In April 2024, Mahmoud Khalil acted as a lead negotiator for the pro-Hamas encampment at Columbia on behalf of CUAD. The Columbia encampment was a violent, pro-Hamas stronghold where activists took over buildings, held workers hostage, and chanted for Israel's destruction. Police found weapons and antisemitic propaganda, while Jewish students faced harassment and threats.
  - Khalil served as a negotiator after pro-Hamas agitators occupied the library lobby at Barnard College on March 5, 2025, in protest of students suspended for "interrupting a 'History of Modern Israel' class on Jan. 21 and distributing fliers, including one that showed a jackboot squashing a Jewish star." The takeover was organized by CUAD. During the protest, anti-Israel activists reportedly shared posters that read: "DEATH TO AMERICA," writing the same message on the library's guest book. Classes were reportedly disrupted and the police were sent to the location citing a "bomb threat."

## Mahmoud Khalil's Participation in the Pro-Hamas Encampment at Columbia University (Columbia) & Arrest for Pro-Hamas Activities

AAUP-01570

≡   **DAILY NEWS**    **CAPTURED BY CANARY MISSION**    Local News | Pro-Israel and Pro-Palestine rallies gather at...



Palestinian supporters demonstrate during a protest at Columbia University on Oct. 12, 2023, in New York.    AP Photo/Yuki Iwamura

Mahmoud Khalil participated in the pro-Hamas encampment at Columbia in April 2024 as a lead negotiator [00:36:30] on behalf of Columbia University Apartheid Divest (CUAD), an anti-Israel student coalition. He has also expressed support for Hamas terrorism as a CUAD representative.

CUAD is a coalition of "over 80 student groups working toward the goal of collective liberation." CUAD is part of the Boycott, Divestment, Sanctions (BDS) movement. The group's demands included "a ceasefire in the Israel-Hamas war, divestment from Israel... and to reinstate" the pro-terror campus groups Students for Justice in Palestine (SJP) and Jewish Voice for Peace (JVP) after the Columbia administration suspended them. CUAD members have also declared that their goal is "to weaken US imperialism" and the "total eradication of Western civilization."

In March 2025, Khalil was arrested by U.S. Immigration and Customs Enforcement (ICE), which reportedly revoked his student visa. A Department of Homeland Security (DHS) spokesperson said that Khalil "led activities aligned to Hamas, a designated terrorist organization." Khalil was scheduled to appear before a federal immigration judge.

On October 7, 2024, the first anniversary of Hamas' terror attack on Israel, Khalil participated in a leadership role in a pro-Hamas protest organized by CUAD at Columbia. The next day, CUAD wrote that it was necessary to "bring the war home."

**For more information on the anti-Israel movement's war on America, check Canary Mission's campaign "Bringing the War Home."**

On March 5, 2025, Khalil served [video 1] as a negotiator, after pro-Hamas agitators occupied the library lobby at Barnard College in support of students suspended for "interrupting a 'History of Modern Israel' class on Jan. 21 and distributing fliers, including one that showed a jackboot squashing a Jewish star." The takeover was organized by CUAD. During the protest, anti-Israel activists reportedly shared posters that read: "DEATH TO AMERICA," writing the same message on the library's guest book. Classes were reportedly disrupted. The police were sent to the location, citing a "bomb threat," making a series of arrests.

On March 24, 2024, CUAD co-organized a pro-terror event that hosted Khaled Barakat, a leader of a foreign terror organization. The event was titled: "Palestinian Resistance 101." The event also featured Charlotte Kates and Nerdeen Kiswani. Kates and Barakat are the

AAUP-01571

7/3/25, 4:09 PM                                                  Mahmoud Khalil - Canary Mission

across New York City.

**Mahmoud Khalil's Participation in the Pro-Hamas Encampment at Columbia**

On April 24, 2024, the New York chapter of the Palestinian Youth Movement (PYM) posted on Instagram: "THE PEOPLE'S (POPULAR) UNIVERSITY FOR PALESTINE: For the past week, students at Columbia's Gaza Solidarity Encampment have put on alternative programming for those joining on the lawns, from teach-ins to cultural performances…" The post included a video in which Khalil appeared [00:00:31] dancing at the encampment, alongside other anti-Israel activists.

On April 26, 2024, the New York Post reported: "The anti-Israel tent encampment at Columbia University is being led by a cohort of controversial student leaders…these students are the ones negotiating directly with leaders of the Ivy League university – holding campus hostage with dozens of tents and hundreds of protesters splayed out on the lawn…" The article quoted Khalil saying: "The university understood that we cannot operate on timelines. We cannot operate under time pressure."

In an April 27, 2024 Quds News Network (QNN) interview posted on X, Khalil said [00:00:05] in Arabic: "We have been negotiating since last night for more than 11 hours with the university to meet our demands regarding the cutting economic and academic ties with Israeli universities and the universities involved in slaughtering our Palestinian people…"

On April 29, 2024, Bwog Columbia Student News reported: "…Columbia University Apartheid Divest (CUAD) held a press conference to address the end of negotiations and the University's plans to clear the Encampment…" Speaking on behalf of CUAD, Khalil said: "…the students in this Encampment are a gift to Columbia" and "…the University should be proud of its student activists rather than suspend them and 'trample its reputation.'"

On April 30, 2024, a user posted on Instagram a video interview from CNN in which Khalil was asked [00:00:01]: "Are you…going to listen to the University and leave the encampment here?" Khalil replied [00:00:04]: "Of course not! The University is the one who should listen to us. They should listen to their student body who are demanding to end the war that's happening in Palestine. Our…demands are clear…regarding divestment from the Israeli occupation that companies that are profiting [sic] and…contributing to the genocide of our people…"

Asked by CNN [00:00:47]: "How far are you all willing to go here on campus?", Khalil replied [00:01:08]: "…the students will remain here… until they achieve their…demands."

On April 30, 2024, USA Today reported: "The school…suspended graduate student Mahmoud Khalil, lead negotiator for Columbia University Apartheid Divest in talks with the administration that have failed to resolve the crisis."

On May 2, 2024, the BBC, in a news brief titled: "Columbia student has suspension reversed," reported: "…Mahmoud Khalil…was suspended yesterday. Today…Khalil received a surprising message: it was abruptly reversed." Khalil reportedly said: "[They said] that after reviewing the evidence, they don't have any evidence to suspend…"

The BBC report said: "Khalil, a Palestinian international student who was born in [sic] raised in Syria, said that the thought of suspension had 'been stressful,' given that his visa in the US is dependent on his status as a student."

On April 26, 2024, The Verge reported: "Mahmoud Khalil, a Palestinian student who has been involved in the negotiations with Shafik's office, also spoke, saying international students were especially at risk. 'I am here on a foreign visa. That's why for the past six months, I've barely appeared on the media,' Khalil said."

The encampment was also in support of the BDS movement.

 **David lederer**
@Davidlederer6

 CAPTURED BY
CANARY MISSION



On March 8, 2025, Khalil was arrested by U.S. Immigration and Customs Enforcement (ICE), which reportedly revoked his student visa. A Department of Homeland Security (DHS) spokesperson said that Khalil "led activities aligned to Hamas, a designated terrorist organization."

Hamas has been designated as a terrorist organization by the U.S., Canada, European Union, Israel and other countries. Founded in 1987, it has killed thousands of Israeli civilians through mass shootings and suicide bombings. Hamas has also kidnapped children, families and the elderly and held them hostage in Gaza. It has desecrated [slide 7] dead bodies and launched numerous rocket attacks against Israeli civilians.

On March 9, 2025, Marco Rubio, U.S secretary of state, posted on X: "We will be revoking the visas and/or green cards of Hamas supporters in America so they can be deported," and linked to an article about Khalil's arrest.

Khalil was scheduled to appear before a federal immigration judge.

## ∧ Support for Hamas Terrorism

On October 12, 2023, Khalil led [photo 2] a protest at Columbia where activists chanted [00:00:01]: "..from the river to the sea, Palestine will be free..." Khalil appeared [00:00:05] next to anti-Israel agitator Maryam Iqbal, who led the chant calling for Israel's destruction.

"From the River to the Sea, Palestine will be Free" is a chant used [00:02:47] to call for the elimination of the State of Israel. It has also been employed by Hamas leader Khaled Mashal to call for the replacement of Israel with an Islamic state. In April 2024, the U.S. House of Representatives passed a resolution condemning the chant as antisemitic.

On October 7, 2023, Hamas murdered approximately 1,200 Israelis, kidnapped hundreds and wounded thousands. War crimes included mass rape and torture. Many Palestinian civilians participated in and supported the attacks, and Gazans working in the targeted Israeli communities gave intelligence to Hamas on where to strike.

For more information, see the Canary Mission page on Hamas.

On March 11, 2025, Khalil was featured in a video posted on X, speaking to a crowd as a CUAD representative.

In the video, Khalil said [00:00:01]: "As you've seen, Palestinians have tried multiple times resistance, whether it is armed, unarmed resistance, peaceful, whatever. But Israel and the propaganda always find something to attack."

Among Palestinians and anti-Israel activists, the term "resistance" is a euphemism for nationalistic terror and is used to glorify and encourage anti-Israel and anti-Semitic violence.

## ∧ Leading Role in a Pro-Hamas Protest

On October 7, 2024, Khalil participated in a leadership role in a pro-Hamas protest at Columbia. CUAD, which organized the protest, called to "bring the war home."

**For more information on the anti-Israel movement's war on America, check Canary Mission's campaign "Bringing the War Home."**

During the protest, demonstrators held [photos 2 and 4] a newspaper with Hamas propaganda, which included an article [p.12] by convicted Popular Front for the Liberation of Palestine (PFLP) terrorist Walid Daqqa and articles [p.4] by the pro-terror groups PYM and [p.7] National SJP.

Walid Daqqa was convicted and sentenced to life imprisonment for reportedly having been part of a PFLP terror cell that abducted and killed an Israeli soldier in 1984.

Also on October 7, 2024, CUAD promoted on Instagram an event titled: "OCTOBER 7 / WALKOUT." The post said: "...After an entire year of uninterrupted genocide...it is our duty to act, to resist...WALK OUT...join the movement for Palestinian liberation."

During the walkout, protesters chanted [video; 00:00:01]: "Resistance is glorious! We will be victorious!" and held [video; 00:00:35] yellow signs that read: "GLORY TO THE MARTYRS. VICTORY TO THE RESISTANCE." Protesters also chanted [00:00:42]: "Intifada, intifada! Globalize the intifada!"

Anti-Israel activists use the term "resistance" to refer to violence and terror perpetrated against Israeli civilians and their allies. It is used to glorify and encourage anti-Israel and anti-Semitic violence. Anti-Israel activists chant slogans such as: "Resistance by any means necessary!" and "Resistance is justified when people are occupied!" in response to terror attacks.

AAUP-01573

missions.

Also on October 7, 2024, CUAD posted on Instagram a video of the protest and wrote: "...We must recognize our liberations as connected and bring the war home. The Palestinian resistance is moving their struggle to a new phase of escalation, and it is our duty to meet them there...WALKOUT NOW! JOIN US! JOIN THE MOVEMENT FOR A FREE PALESTINE!"

## ^ Leading Role in a Library Takeover

On March 5, 2025, Khalil served [video 1] as a negotiator, after pro-Hamas agitators occupied the library lobby at Barnard College in support of students suspended for "interrupting a 'History of Modern Israel' class on Jan. 21 and distributing fliers, including one that showed a jackboot squashing a Jewish star."

During the protest, anti-Israel activists shared posters that called for the "DEATH TO AMERICA." They also shared posters in support of former Hamas leader Yahya Sinwar.

Yahya (Yehiya) Sinwar masterminded the October 7, 2023 terror attacks on Israel. While serving four life sentences in Israel, he was released to Gaza following the Gilad Shalit prisoner exchange deal. On October 17, 2024, the Israel Defense Forces eliminated Sinwar in Gaza.

Khalil appeared [00:00:27] in a video during the library occupation, as agitators chanted: "Disclose! Divest! We will not stop! We will not rest!"

During the protest, agitators displayed [slide 2] a puppet of Barnard president Laura Ann Rosenbury and chanted: "Intifada, intifada! Globalize the Intifada!"

The term "intifada," which translates from Arabic as "uprising" or "insurrection," carries the connotation of violence. Palestinian intifadas waged against Israel have been marked since 1987 by hundreds of hijackings, shootings, stabbings, bombings and suicide missions.

On March 5, 2025, the New York Times reported that this was the "second such sit-in to take place at Barnard over the issue," with anti-Israel activists having previously "staged a sit-in at Milbank Hall."

## ^ Pro-Hamas Encampment at Columbia University

On April 17, 2024, Columbia students and anti-Israel activists set up a pro-Hamas "Gaza Solidarity Encampment" on the university's main lawn. Many participants were arrested and the encampment featured multiple violent incidents, including taking over a campus building and taking a university worker hostage.

Activists protested Israel's war against Hamas and demanded that Columbia "divest from companies and institutions that profit from Israeli apartheid, genocide and occupation..."

The action had reportedly been planned for months and was organized by the Columbia University Apartheid Divest (CUAD) coalition. The encampment was also organized by Columbia's banned pro-Hamas activist group Students for Justice in Palestine (SJP) and the university chapter of Jewish Voice for Peace (JVP). Activists reportedly received training from National SJP and other anti-Israel organizations.

Among the encampment leaders was Columbia student Khymani James who had said [00:00:25]: "Zionists...They are nazis!... They're supporters of genocide! Why would we want people who are supporters of genocide to live?... Be glad, be grateful that I am not just going out and murdering Zionists." Aidan Parisi, another encampment leader, responded to Columbia's demand to disband the encampment by declaring online that: "COLUMBIA WILL BURN."

The encampment was forcibly dismantled at the directive of Columbia's president and administration. The NYPD [New York Police Department] entered the area, cleared the encampment and arrested more than 100 protestors, approximately 80 of whom were Columbia students. The students were charged with trespassing and suspended from Columbia indefinitely.

The next day, activists created a new encampment. When divestment negotiations with Columbia failed, protesters illegally forced their way into the university's Hamilton Hall on April 30, 2024. They smashed [00:00:55] through a glass-paneled door, broke security cameras, threw university property out of the windows and unfurled [00:00:01] a banner in the building's wall that read: "INTIFADA," a term in Arabic for uprising or insurrection that carries the connotation of violence.

While barricading themselves in the building, agitators kept three Columbia custodians hostage and stopped them from leaving. When the NYPD raided and dismantled the encampment a second time, they arrested more than 100 students, nearly half of whom were reportedly not affiliated with Columbia.

AAUP-01574

TO AMERICA!...LONG LIVE THE INTIFADA!"

Just outside the encampment area, Jewish students were called [slide 2]: "Uncultured a** b**ches!" and were told to "Go back to Europe!" Activists also said [slide 3] to them: "Yahoodim [Jews], yahoodi [Jew], f**k you!" and "Stop killing children!" as they walked from campus to their dorm rooms.

Also just outside the encampment area, anti-Israel activists chanted [slide 5]: "Ya Hamas, ya habib, odrob, odrob Tel Aviv! [Oh Hamas, oh loved one, strike, strike Tel Aviv!]", a chant that celebrates Hamas rocket attacks against Israel.

An activist just outside the encampment area held [photo 4] a sign that said, referring to the Izz ad-Din al-Qassam Brigades, Hamas's military wing: "AL-QASAM'S NEXT TARGETS." Her sign contained an arrow pointing to a pro-Israel crowd.

On May 31, 2024, Columbia SJP announced that its activists had set up a third encampment at the university. At the encampment, protesters reportedly displayed on a big screen a video that portrayed Hamas as a peace-seeking organization and made a sign that contained an inverted red triangle, a symbol in support of Hamas.

The Columbia encampment reportedly inspired a wave of protest encampments across North American campuses, where pro-Israel students were blocked or restricted from campus facilities. Jewish students were reportedly harassed in several other ways.

## ∧ Background on Pro-Hamas Encampments

The encampment was one of over 140 pro-Hamas and anti-Israel college encampments set up in North America, and over 20 more globally, in the spring of 2024. The first began on April 17, 2024, at Columbia University. The encampments were unofficially known as the "student intifada," borrowing a term associated with terrorist violence.

Protesters harassed Jewish students, blocked Jews from campus facilities and shouted anti-Semitic slogans. They occupied campus grounds, in many cases illegally, caused property damage, violently took over buildings, celebrated terrorism and promoted the Boycott, Divestment, Sanctions (BDS) movement.

Activists set up encampments to oppose Israel's right to wage war against the Hamas terror group following October 7, 2023, when Hamas murdered approximately 1,200 people, including 32 American and 8 Canadian citizens. Hamas also kidnapped 252 people, including 11 Americans and the bodies of 2 murdered Canadians. As of May 26, 2024, 125 hostages remained in Hamas captivity.

For more information on the October 7, 2023 terror attacks, see the Canary Mission page on Hamas.

## ∧ The Columbia Student Intifada

AAUP-01575

00:22

^ **The Pro-Terror & Anti-Israel Movement After 10/7/2023**

03:10

^ **Mahmoud Khalil's Work and Education**

As of the same date, Khalil's LinkedIn said he had worked as a political affairs officer at the United Nations Relief Works Agency (UNRWA)'s office in New York from June to November 2023.

The United Nations Relief Works Agency (UNRWA) has been infiltrated by Palestinian terrorist organizations to wage war against Israel under the guise of UN immunities. UNRWA employs terrorists who indoctrinate children to hate Jews and kill Israelis. UNRWA facilities, schools and medical clinics are systematically used as terrorist command centers and weapons depots. UNRWA also provided electricity to Hamas's main data center and UNRWA employees have kidnapped and held hostage Israeli civilians.

Khalil's LinkedIn said he was located in New York, New York.

## ⌃ Social Media and Weblinks

🅾 https://www.instagram.com/mhod.khalil/ [private]

🧵 https://www.threads.net/@mhod.khalil

in https://www.linkedin.com/in/khalilmahmoud/

🌐 Clubhouse

| | |
|---|---|
| HOME | ORGANIZATIONS |
| OUR MISSION | EX-CANARY |
| ETHICS POLICY | BLOG |
| CONTACT US | CAMPAIGNS |
| STUDENTS | CANADA |
| PROFESSORS | |
| PROFESSIONALS | |
| MEDICAL | |

Copyright © 2024 Canary Mission Inc.
All rights reserved.