**EXHIBIT**

232

# (U//LES)  OZTURK, Rumeysa

SUBJECT PROFILE

## (U)  Analysis Findings

- (U//LES) Turkish national Rumeysa OZTURK holds a F1 visa and is a co-author of an Op-Ed calling for divestment from Israel and associates with Tufts Students for Justice in Palestine, which was suspended for calls for student intifada.
- (U//LES) OZTURK is currently a post doctorate student at Tufts University in the Child Study & Human Development program with a start date of 1 February 2021 and end date of 23 December 2027. OZTURK completed her master's degree at Columbia University in 2019.
- (U//LES) She has prior U.S. travel on an internship in 2016 at Boston University in Psychology and Brain Sciences under a B1/B2 visa.

## (U)  Biographical Information



(U//LES)

- (U//LES) **Name:** Rumeysa OZTURK
- (U//LES) **SSN:** ▮▮▮▮
- (U//LES) **DOB:** ▮▮▮▮
- (U//LES) **Immigration Status:** F1 Nonimmigrant Student
- (U//LES) **COB:** Turkey
- (U//LES) **COC:** Turkey
- (U//LES) **Current Passport:** ▮▮▮▮, Turkey (Expiration: 9 July 2029)
- (U//LES) **Visa Type, Number:** F1, ▮▮▮▮ (expiration: 9 December 2025)
- (U//LES) **FIN:** ▮▮▮▮

- (U//LES) **SEVIS ID:** ▮▮▮▮ (program end date: 23 December 2027)

## (U)  Criminal History

(U//LES)  No associated criminal history or HSI investigation was located for OZTURK. [NCIC, ICM]

## (U)  USCIS Applications

(U//LES)  No applications found. [PCQS]

## (U)  Residences

- (U//LES) ▮▮▮▮, ▮▮▮▮ (April 2023 – January 2025) [Accurint]
- (U//LES) ▮▮▮▮ ▮▮▮▮ 02144 (January 2025) [PCQS]

## (U)  Communications

- (U//LES) **Phone Numbers:** ▮▮▮▮ (cell) (January 2025) [Accurint]
- (U) **Social Media:**
  - o (U//LES) ▮▮▮▮
  - o (U//LES) ▮▮▮▮
  - o (U//LES) ▮▮▮▮
  - o (U//LES) X ▮▮▮▮ [Commercial]
  - o (U//LES) X (Twitter)/ ▮▮▮▮ [Commercial]
- (U) **Email:**
  - o (U//LES) ▮▮▮▮ [AFI]
  - o (U//LES) ▮▮▮▮ [AFI]
  - o (U//LES) ▮▮▮▮ [AFI]

## (U)  Travel and Border Crossing History

- (U//LES)  28 June 2024: air travel from Istanbul Airport, Istanbul (IST), Turkey to Logan International Airport, Boston (BOS), Massachusetts. [UPAX]

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

## (U//LES) OZTURK, Rumeysa

- (U//LES) 26 May 2024: air travel from BOS to IST. [UPAX]
- (U//LES) 30 December 2023: air travel from IST to BOS. [UPAX]
- (U//LES) 8 December 2023: air travel from BOS to IST. [UPAX]
- (U//LES) 3 July 2023: air travel from IST BOS. [UPAX]

- (U//LES) 9 May 2023: air travel from BOS to IST (IST). [UPAX]
- (U//LES) 9 August 2022: air travel from IST to BOS. [UPAX]
- (U//LES) 29 May 2022: air travel from BOS to IST. [UPAX]
- (U//LES) 31 August 2021: air travel from IST to BOS. [UPA]
- (U//LES) 13 July 2021: air travel from BOS to IST. [UPAX]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**(U//LES)  OZTURK, Rumeysa**                                   ICE-HQINT-30159-25

## (U) Social Media and Open Sources

**(U)  Canary Mission profile on Rumeysa OZTURK stating her participation in anti-Israel activism in March 2024 - Posted 06 February 2025**
https://canarymission.org/individual/Rumeysa_Ozturk

REPORT AN INDIVIDUAL    REPORT AN EVENT   X   ⓘ

CANARY MISSION    HOME    ABOUT US    PROFILES    BLOG    CAMPAIGNS    CANADA    DONATE

Ozturk    🔍    ≋ FILTERS

Last updated: Feb. 6, 2025

# Rumeysa Ozturk

share: 🅕 🅧 G 🔗

Rumeysa Ozturk engaged in anti-Israel activism in March 2024, in the wake of the Hamas terrorist attacks on Israelis on October 7, 2023.

On October 7, 2023, Hamas murdered approximately 1,200 Israelis, kidnapped hundreds and wounded thousands. War crimes included mass rape and torture. Many Palestinian civilians participated in and supported the attacks, and Gazans working in the targeted Israeli communities gave intelligence to Hamas on where to strike.

For more information, see the Canary Mission page on Hamas.

Ozturk is a supporter of the Boycott, Divestment, Sanctions (BDS) movement.

As of January 2025, Ozturk was listed as the course instructor of "Intro to Children's Media - 04" and "Youth and Media - 06" at Tufts University (Tufts).

The courses were scheduled to take place in February and April 2025, respectively. Both course descriptions said: "...reserved for high school students who are rising 10th, 11th, or 12th grade students...students will be prompted to submit an additional application after enrollment..." Tufts is located in Medford and Somerville, Massachusetts.



**Rumeysa Ozturk**
Status: Student
State: Massachusetts
Organizations: BDS
University: Tufts, TC

### Sign up for our weekly newsletter



Enter your email

Subscribe

Donate

(U//LES) Open Source

SUBJECT PROFILE

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

**(U//LES) OZTURK, Rumeysa**

(U)  **The Tufts Daily article synopsizing the four resolutions introduced by the Coalition for Palestinian Liberation at Tufts University** – Date 27 February 2024
https://www.tuftsdaily.com/article/2024/02/ng4hfkjplejxe53

*SUBJECT PROFILE*

*Prepared for/in collaboration with HSI Office of Intelligence*

*ROA Published Date: 17 March 2025*

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**(U//LES)  OZTURK, Rumeysa**



☰                                                    THE TUFTS DAILY

NEWS | UNIVERSITY

# TCU Senate to vote Sunday on genocide acknowledgment, university divestment

The Coalition for Palestinian Liberation proposed four resolution drafts to TCU Senate targeting university connections to Israel.

Aaron Cohen  The Tufts Daily
The Joyce Cummings Center is pictured on Feb. 22, 2023.





**By Carly Cohen**
Published Tuesday, February 27, 2024

On Sunday, the Coalition for Palestinian Liberation at Tufts introduced four full-text resolutions to the Tufts Community Union Senate which, if passed, will call on the Office of the President and other senior leadership to acknowledge Israel's continued assault on Gaza and to end all ties to the country. Senators will vote on finalized versions of all four resolutions at next week's meeting, just two weeks after the introduction of abstracts on Feb. 18.

**(U//LES) Open Source**

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## (U//LES)  OZTURK, Rumeysa

"The Coalition for Palestinian Liberation at Tufts has introduced these four TCU Senate resolutions to emphasize the importance of institutional boycott and divestment from Israel at multiple administrative levels," CPLT wrote in a statement to the Daily. "These resolutions demonstrate that any and all measures that the university and its officials can take to end Tufts' complicity in Israel's genocide on Gaza are crucial to the broader goals of the [boycott, divestment and sanctions] movement."

While resolutions are all based on the shared premise of Israel's human rights violations, each of the four takes a different approach to cut the university's ties to the country.

The first, S.24-1, calls on Tufts Global Education to end approval for external study abroad programs in Israel. According to the Global Education website, the school currently approves programs at Ben Gurion University of Negev, Technion Israel Institute of Technology, University of Haifa, Hebrew University of Jerusalem and Tel Aviv University.

S.24-1 "urges Tufts University to end its study abroad programs in Israel indefinitely" and "to

not approve or offer new study abroad programs in Israel." The resolution, if passed, will solicit a written response from Tufts Global Education within two weeks.

The second, S.24-2, calls for Tufts Dining to end the sale of Sabra, Pillsbury and other products connected to Israel at Tufts. In its proposal, CPLT explained the reasoning behind this request.

"Sabra has documented ties to human rights violations in the Occupied Palestinian

Territories. It is 'a joint venture between PepsiCo and the Strauss Group, a multinational corporation and Israel's largest food and beverage company.' ... The Strauss Group has materially supported the Golani Brigade of the Israel Defense Forces. ... Pillsbury, a food manufacturing corporation owned by General Mills, operates a factory in the Atarot Industrial Zone. ... The factory has displaced Palestinians and profits off of their land, water, and other resources,'" the resolution reads.

The resolution "urges the Tufts Dining office to stop selling any Israeli products immediately and indefinitely" and requests a written response from Tufts Dining within two weeks.

CPLT's third resolution, S.24-3, demands that "[University President Sunil Kumar], Deans, and Provosts release a statement both recognizing [and] condemning the Ongoing Genocide in Gaza." The resolution further calls on the administration to "release a statement apologizing for their previous statements" and "urges the Office of the President and the Deans of the school to hold a public open meeting with the Coalition for Palestinian Liberation at Tufts."

The resolution asserts that the "Tufts Administration and President have made several biased statements in the Fall semester of 2023 about the ongoing genocide, under the name of 'Israel-Hamas War.'" Last semester, the university put out several emails addressing the conflict, and Kumar released a video message on campus discourse at the beginning of the spring semester.

**(U//LES) Open Source**

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## (U//LES) OZTURK, Rumeysa

In this resolution, the coalition requests a written response from the university president, deans and provosts within two weeks.

The final resolution, S.24-4, takes specific aim at the school's investment portfolio.

S.24-4 "urges the Tufts University investment office to immediately disclose all investments, with emphasis on any and all direct and indirect investments in companies based in or which profit from partnership with Israel." The resolution urges the university "to divest from Israeli Companies [and] to divest from companies invested in Israeli Apartheid and with ties to Israel."

S.24-4, as well as S.24-3, cite a TCU Senate resolution passed in 2017, titled "A Resolution Calling for Tufts University to End Investments in The Israeli Occupation." Despite this, the university has continually reiterated its opposition to the BDS movement and has not publicly shared its full investment portfolio.

"With Tufts continuing to not comply with this resolution, we reiterate that it is more important than ever that we do not invest in companies that provide weapons to Israel, or any Israeli companies that are built on stolen Palestinian land," CPLT wrote in the S.24-4 abstract. "Many groups on campus have expressed concern over the Administration's refusal to disclose what investments they hold in Israel and companies tied to it. We are also concerned about other investments that Tufts holds, which do not comply with their 'Anti-racist' promise, and, in this sense, we are asking for the investment office to disclose all the investments they have so that all students are made aware of where tuition dollars are spent."

Both S.24-3 and S.24-4 also reference Tufts' divestment from South Africa during apartheid, in response to student and faculty activism.

"Just as students fought for and ultimately won Tufts' divestment from apartheid South Africa, Tufts students are once again fighting for the university's divestment from apartheid, occupation, and genocide; by making clear the specific ways in which the university is complicit, these resolutions also make clear that divestment is entirely actionable, and that the student body demands these tangible steps be taken against the occupation of Palestine," CPLT wrote in its statement to the Daily.

S.24-4 requests a written response from Tufts Investment Office and the Office of the Board of Advisors within two weeks.

"Resolutions are a vehicle for students at Tufts to advocate for a given change and may be proposed by anyone in the Tufts Community Union," the TCU Senate Executive Board wrote in a statement to the Daily. "This extensive and exhaustive process allows for students to propose reform which then, based on the vote, is directed towards administration or the appropriate management at Tufts. While the Senate takes necessary steps to follow up, the final onus rests on the administration and management, not us."                                   (U//LES) Open Source

UNCLASSIFIED, LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

## (U//LES)  OZTURK, Rumeysa

Class of 2026 Senator Anand Patil reiterated that the Senate will carefully examine each of the four resolutions, asking questions and debating before finally voting.

"These resolutions will bring strong opinions and feelings from many members of our community, so all who are planning to attend are strongly urged to treat the resolution process, TCU Senators, and fellow students with the utmost respect and civility," Patil wrote in a message to the Daily.

Senators will vote on the four resolutions at next week's open meeting, taking place on Sunday at 7 p.m. at the Joyce Cummings Center in rooms 160 and 170.

*Matthew Sage contributed reporting.*

(U//LES) Open Source

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## (U//LES)  OZTURK, Rumeysa

SUBJECT PROFILE

(U)  Guest Opinion (Op-ed) co-authored by OZTURK on the Tufts Community Union Senate resolutions for University to acknowledge the Palestinian genocide – Accessed 18 March 2025

https://www.tuftsdaily.com/article/2024/ 03/4ftk27sm6jkj

### THE TUFTS DAILY

OPINION | GUEST

# Op-ed: Try again, President Kumar: Renewing calls for Tufts to adopt March 4 TCU Senate resolutions



By Rumeysa Ozturk, Fatima Rahman, Genesis Perez and Nicholas Ambeliotis
Published Tuesday, March 26, 2024

On March 4, the Tufts Community Union Senate passed 3 out of 4 resolutions demanding that the University acknowledge the Palestinian genocide, apologize for University President Sunil Kumar's statements, disclose its investments and divest from companies with direct or indirect ties to Israel. These resolutions were the product of meaningful debate by the Senate and represent a sincere effort to hold Israel accountable for clear violations of international law. Credible accusations against Israel include accounts of deliberate starvation and indiscriminate slaughter of Palestinian civilians and plausible genocide.

Unfortunately, the University's response to the Senate resolutions has been wholly inadequate and dismissive of the Senate, the collective voice of the student body. Graduate Students for Palestine joins Tufts Students for Justice in Palestine, the Tufts Faculty and Staff Coalition for Ceasefire and Fletcher Students for Palestine to reject the University's response. Although graduate students were not allowed by the University into the Senate meeting, which lasted for almost eight hours, our presence on campus and financial entanglement with the University via tuition payments and the graduate work that we do on grants and research makes us direct stakeholders in the University's stance.

While an argument may be made that the University should not take political stances and should focus on research and intellectual exchange, the automatic rejection, dismissive nature and condescending tone in the University's statement have caused us to question whether the University is indeed taking a stand against its own declared commitments to free speech, assembly and democratic expression. According to the Student Code of Conduct, "[a]ctive citizenship, including exercising free speech and engaging in protests, gatherings, and demonstrations, is a vital part of the Tufts community." In addition, the Dean of Students Office has written, "[w]hile at times the exchange of controversial ideas and opinions may cause discomfort or even distress, our mission as a university is to promote critical thinking, the rigorous examination and discussion of facts and theories, and diverse and sometimes contradictory ideas and opinions." Why then is the University discrediting and disregarding its students who practice the very ideals of critical thinking, intellectual exchange and civic engagement that Tufts claims to represent?

(U//LES) Open Source

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## (U//LES)  OZTURK, Rumeysa







### THE TUFTS DAILY

The role of the TCU Senate resolutions is abundantly clear. The Senate's resolutions serve as a "strong lobbying tool that expresses to the Tufts administration the wants and needs of the student body. They speak as a collective voice and are instrumental in enacting systemic changes." In this case, the "systemic changes" that the collective voice of the student body is calling for are for the University to end its complicity with Israel insofar as it is oppressing the Palestinian people and denying their right to self-determination — a right that is guaranteed by international law. These strong lobbying tools are all the more urgent now given the order by the International Court of Justice confirming that the Palestinian people of Gaza's rights under the Genocide Convention are under a "plausible" risk of being breached.

This collective student voice is not without precedent. Today, the University may remember with pride its decision in February 1989 to divest from South Africa under apartheid and end its complicity with the then-racist regime. However, we must remember that the University divested up to 11 years after some of its peers. For instance, the Michigan State University Board of Regents passed resolutions to end its complicity with Apartheid South Africa as early as 1978. Had Tufts heeded the call of the student movement in the late 1970s, the University could have been on the right side of history sooner.

We reject any attempt by the University or the Office of the President to summarily dismiss the role of the Senate and mischaracterize its resolution as divisive. The open and free debate demonstrated by the Senate process (exemplified by the length, open notice and substantive exchange in the proceedings and the non-passing of one of the proposed resolutions), together with the serious organizing efforts of students, warrant credible self-reflection by the Office of the President and the University. We, as graduate students, affirm the equal dignity and humanity of all people and reject the University's mischaracterization of the Senate's efforts.

The great author and civil rights champion James Baldwin once wrote: "The paradox of education is precisely this: that as one begins to become conscious one begins to examine the society in which [they are] being educated." As an educator, President Kumar should embrace efforts by students to evaluate "diverse and sometimes contradictory ideas and opinions." Furthermore, the president should trust in the Senate's rigorous and democratic process and the resolutions that it has achieved.

We urge President Kumar and the Tufts administration to meaningfully engage with and actualize the resolutions passed by the Senate.

This op-ed was written by Nick Ambeliotis (CEE, '25), Fatima Rahman (STEM Education, '27), Genesis Perez (English, '27) and Rumeysa Ozturk (CSHD, '25) and is endorsed by 32 other Tufts School of Engineering and Arts and Sciences Graduate Students.                                   **(U//LES) Open Source**

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**(U//LES)  OZTURK, Rumeysa**

**(U) Boston.com News Article: Pro-Palestine group disaffiliates from Tufts after being suspended until 2027. –** Accessed 19 March 2025

https://www.boston.com/news/local-news/2024/11/18/pro-palestine-group-disaffiliates-from-tufts-after-being-suspended-until-2027/

Note: (U//LES) This article ties into the Op-Ed and demonstrates that the Tufts SJP was suspended by the university for violations of having signs demonstrating weapons and calls for student intifada. Analysts were unable to locate images matching the exact reference to signs.



Tufts University officially suspended a pro-Palestine student organization through January 2027, prompting the group to announce its "formal break and disaffiliation" from the university last week.

Tufts Students for Justice in Palestine has frequently sought to disrupt campus life in the interest of raising awareness about Israel's military practices and any ties between the university and Israel.

A United Nations report released last week found that "Israel's warfare in Gaza is consistent with the characteristics of genocide, with mass civilian casualties and life-threatening conditions intentionally imposed on Palestinians there."

Tufts SJP was officially suspended on Nov. 6. The group was placed on interim suspension in early October after it used images of weapons to promote a protest rally and urged members of the Tufts community to "join the student intifada." That incident was one of five incidents this year that led to the suspension, according to Tufts Executive Director of Media Relations Patrick Collins. Over those five incidents, Tufts SJP was responsible for nine violations of university policy.

ADVERTISEMENT

The group was found to have violated the university's Gatherings, Demonstrations and Protests Policy and its Posting Policy during an October event. It violated the Threats Policy in October when it posted the images of weapons and used the term "intifada" to urge student action. It failed to comply with university officials by refusing to take down threatening posts, violated the demonstration policy in September, did not comply with other officials, and violated the Gambling Policy during a student organization fair at the beginning of the semester, according to Collins.

Tufts SJP "failed to complete sanctions" assigned from previous violations, leading the university to announce a full suspension.

**(U//LES) Open Source**

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

**(U//LES) OZTURK, Rumeysa**

(U) X.com (Twitter) posting of Eyal Yakoby, "an incoming MIT student dedicated to combating anti-Americanism," stating stickers plastered on Tufts University campus by students – Posted 2 October 2024





UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# (U//LES)  OZTURK, Rumeysa

*(U)  Warning: This product is preliminary criminal analysis supporting an ongoing criminal investigation; the analysis may change, subject to new information developed over the course of the ongoing investigation.*

*(U)  Warning: This is a U.S. Immigration and Customs Enforcement internal document and may not be shared externally.*

*(U)  This document has been designated by DHS as UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE (U//LES) and is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS and ICE policy relating to LES information. This information can be distributed further within DHS on a need-to-know basis; however, it may not be distributed outside DHS without authorization from the originating office.*

*(U)  This document contains information that is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.*

*(U)  This product contains U.S. person information that has been deemed necessary for the intended recipient to understand, assess, or act on the information provided. It has been highlighted in this document with the label ᵁˢᴾᴱᴿ and should be handled in accordance with the recipient's intelligence oversight/information handling procedures. U.S. person information should be protected in accordance with constitutional requirements and all federal and state privacy and civil liberties laws.*

**(U//FOUO)  Please be advised that you may request assistance or follow-up information from the Criminal Analysis Division (CAD). In this capacity, CAD leverages its resources, partnerships, and capabilities to provide additional criminal analysis collaboration and coordination, and intelligence support. For any feedback or comments, please send to** ███████████████.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

EXHIBIT

tabbies

233

# (U) Mahmoud KHALIL

## (U) Analysis Findings

- (U//FOUO) Mahmoud KHALIL received a B1/B2 visa on 30 January 2018 and entered the United States on 11 March 2018. KHALIL was issued an F1 visa on 12 December 2022 and entered the United States under that visa on 20 December 2022.

- (U//FOUO) KHALIL's status was changed to CR6, Spouse of a United States Citizen, on 16 November 2024 and received an LPR status.

## (U) Biographical Information


(U//LES)

- (U) **Name:** Mahmoud KHALIL
- (U//FOUO) **DOB:**
- (U//FOUO) **COB:** Algeria
- (U//FOUO) **COC:** Algeria
- (U//FOUO) **Current Passport:** : Algeria (expiration: 21 August 2029)
- (U//FOUO) **Former Passport:** : Algeria
- (U//FOUO) **SSN:**
- (U//FOUO) **A#:**
- (U//FOUO) **FIN:**

## (U) USCIS Applications

- (U//FOUO) 20 November 2024—Application to Register Permanent Residence or Adjust Status-Family Based (spouse of a U.S. citizen)—Approved.

- (U//FOUO) KHALIL does not have any current pending USCIS applications.

## (U) Residence

(U//FOUO) ▇▇▇▇▇▇ (December 2024)

## (U) Communications

- (U) **Phone Numbers:**
  - (U//FOUO) ▇▇▇ (cell)
  - (U//FOUO) ▇▇▇ (home)
- (U//FOUO) **Email:** ▇▇▇

## (U) Travel and Border Crossing History

- (U//FOUO) 5 February 2025–9 February 2025: round-trip air travel from John F. Kennedy International Airport (JFK), Queens, New York to Licenciado Benito Juarez International Airport, Mexico City, Mexico.

- (U//FOUO) 2 February 2025: air travel from Keflavik International Airport (KEF), Keflavik, Iceland to Stewart International Airport (SWF), New Windsor, New York.

- (U//FOUO) 12 January 2025: air travel from KEF to SWF.

- (U//FOUO) 4 December 2024: air travel from Paris-Only Airport, Paris, France to Newark Liberty International Airport, Newark, New Jersey.

- (U//FOUO) 22 November 2024: air travel from JFK to London Gatwick Airport, London, United Kingdom.

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

## (U)  Mahmoud KHALIL

### (U)  News Articles

- (U) **Facing Trump's threats, Columbia investigates students critical of Israel**—Published 7 March 2025

  https://www.wisn.com/article/columbia-university-student-discipline-israel-criticism/64086002

  KHALIL acted as a negotiator for pro-Palestinian protestors during Spring protests.

  *"Mahmoud Khalil, a graduate student who served as a negotiator for pro-Palestinian protesters during the previous spring's encampment, said he was accused by the office of misconduct just weeks before his graduation this December. "I have around 13 allegations against me, most of them are social media posts that I had nothing to do with," he said.*

  *"After refusing to sign the nondisclosure agreement, Khalil said the university put a hold on his transcript and threatened to block him from graduating. But when he appealed the decision through a lawyer, they eventually backed down, Khalil said."*

  *"They just want to show Congress and right-wing politicians that they're doing something, regardless of the stakes for students," Khalil said. "It's mainly an office to chill pro-Palestine speech."*

- (U) **Columbia investigates students critical of Israel amid Trump's threats**—Published 6 March 2025

  https://www.theguardian.com/us-news/2025/mar/06/columbia-university-students-protest

  KHALIL acted as a negotiator for pro-Palestinian protestors during Spring protests.

  *"Mahmoud Khalil, a graduate student who served as a negotiator for pro-Palestinian protesters during the previous spring's encampment, said he was accused by the office of misconduct just weeks before his graduation this December. "I have around 13 allegations against me, most of them are social media posts that I had nothing to do with," he said.*

  *"After refusing to sign the non-disclosure agreement, Khalil said the university put a hold on his transcript and threatened to block him from graduating. But when he appealed the decision through a lawyer, they eventually backed down, Khalil said."*

  *"They just want to show Congress and right-wing politicians that they're doing something, regardless of the stakes for students," Khalil said. "It's mainly an office to chill pro-Palestine speech."*

- (U) **Mahmoud Khalil's Participation in the Pro-Hamas Encampment at Columbia University (Columbia)**—Published 24 February 2025

  https://canarymission.org/individual/Mahmoud_Khalil

  Entire article concerns KHALIL

  *"Mahmoud Khalil participated in the pro-Hamas encampment at Columbia in April 2024 as a lead negotiator [00:36:30] on behalf of Columbia University Apartheid Divest (CUAD), an anti-Israel student coalition."*

- (U) **These are the extremist student leaders of the anti-Israel protest camp bringing Columbia to its knees**—Published 26 April 2024

  https://nypost.com/2024/04/26/us-news/the-extremist-student-leaders-leading-columbias-anti-israel-camp/

  KHALIL previously worked for UNRWA.

  *"The leaders later crowed that they were winning: "We are not actually negotiating on the state of the encampment as of now," Palestinian graduate student Mahmoud Khalil, one of the protesters' lead negotiators, told The Post Friday afternoon."*

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## (U) Mahmoud KHALIL

*"Khalil —who did his undergraduate degree in Beirut— <u>told the Columbia Daily Spectator</u> that he has not participated in any of the protests over the past week and a half because he is worried about losing his student visa that allows him to remain in the US."*

*"Khalil was a political affairs officer with UNRWA –– the United Nations' agency that supports Palestinian refugees — from June through November 2023,<u>according to LinkedIn</u>."*

*"The university understood that we cannot operate on timelines. We cannot operate under time pressure," Khalil said".*



Mahmoud Khalil is a negotiator for Columbia University. Apartheid Divest
UNCLASSIFIED

- (U) **Instagram Posting of CNN News Clip of KHALIL**—Posted 30 April 2024 and **Instagram Posting of Canary Mission of KHALIL**—Posted 6 March 2025

https://www.instagram.com/mosheh/reel/C6ZKrh-r5Zx/?hl=en
https://www.instagram.com/canarymission/reel/DG3FdjiNJ5R/



UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

**(U)  Mahmoud KHALIL**

**(U)  X Post of Documenting Jew Hatred on Campus at Columbia U of KHALIL—Posted 6 March 2025**

**(U)  Social Media**

(U)  Linkedin (Currently locked) ▓▓▓▓▓▓▓ (No image located)

---

← Post

 Documenting Jew Hatred on Campus at Columbia U ✓
@CampusJewHate

Mahmoud Khalil is a Palestinian who was raised in Syria. He was enrolled at @columbia as of last year; his current enrollment status remains unknown.

Regardless, Khalil served as a key negotiator for the pro-Hamas encampment in the spring. He kept a low profile until recently when Khalil was spotted at the jihadist protest in front of @Columbia's campus on Tuesday and then again yesterday serving as a negotiator for the jihadists inside the Milstein Library.

Khalil was on a student visa as of last year and may still be on one. This is why he has gone on record as saying he takes fewer risks with the jihadist movement to avoid deportation.

In other words, Khalil is fine having others do the heavy lifting and risking their academic and professional careers, but he is unwilling to in order to save himself. In our view, the person who purchases the gun knowing it'll be used to murder someone is just as culpable as the one who pulls the trigger.

Khalil is a key part of the problem. He is the brains of the operation and needs to be flagged by @columbia and @POTUS for his involvement in the terrorists movement overtaking Columbia and in this country.

We demand consequences for all jihadists on college campuses and across this country!

@presirosenbury and @katrinarmstrong, ban Khalil from your campuses now! And if he is on a student visa tied to @columbia, we call on you to revoke it. It should be an honor and privilege to study at an American university, but we are far from that point right now.

@SecRubio
@EdWorkforceCmte
@EliseStefanik
@SenHawleyPress @SenHawleyPR
@RitchieTorres



12:49 PM · Mar 6, 2025 · **5,765** Views

**UNCLASSIFIED**

# (U) Mahmoud KHALIL

(U) *Warning: This product is preliminary criminal analysis supporting an ongoing criminal investigation; the analysis may change, subject to new information developed over the course of the ongoing investigation.*

(U) *Warning: This is a U.S. Immigration and Customs Enforcement internal document and may not be shared externally.*

(U) *This document has been designated by DHS as UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE (U//LES) and is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS and ICE policy relating to LES information. This information can be distributed further within DHS on a need-to-know basis; however, it may not be distributed outside DHS without authorization from the originating office.*

(U) *This document contains information that is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.*

---

**(U//FOUO) Please be advised that you may request assistance or follow-up information from the Criminal Analysis Division (CAD). In this capacity, CAD leverages its resources, partnerships, and capabilities to provide additional criminal analysis collaboration and coordination, and intelligence support. For any feedback or comments, please send to**

---

EXHIBIT
234

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**(U)  Badar Khan SURI**

ICE-HQINT-30148-25

**SUBJECT PROFILE**

## (U)  Analysis Findings

- (U//LES)  Badar KHAN SURI is a research scholar (postdoctoral fellow) sponsored by Georgetown University with a program beginning date of 1 January 2023 and end date of 31 December 2026 and program status listed as active. [SEVIS: 20250312]

- (U//LES)  KHAN SURI entered the United States on a J1 visa issued on 15 November 2022 with an expiration date of 31 October 2023. [SEVIS]

- (U//FOUO)  According to open-source reporting, KHAN SURI is married to U.S. citizen, Mapheze Ahmad YOUSEF SALEH[USPER], a daughter of Ahmed YOUSEF, a senior Hamas figure in Gaza and an advisor to a Hamas leader. KHAN SURI has three children who applied for citizenship based on their mother's U.S. citizenship and were denied in June 2024. [Open Source/ELIS: 20250312]

- (U//FOUO)  According to open-source reporting, KHAN SURI actively spreads Hamas propaganda and promotes antisemitism on social media. [Open Source; 20250311]

## (U)  Biographical Information



- (U)  **Name:** Badar KHAN SURI
- (U//FOUO)  **DOB:** ▮▮▮▮▮
- (U//FOUO)  **COB:**  India
- (U//FOUO)  **COC:** India
- (U//FOUO)  **Current Passport:** ▮▮▮; India (expiration: 16 June 2027)
- (U//LES)  **SSN:** ▮▮▮
- (U//FOUO)  **FIN:** ▮▮▮▮
- (U//FOUO)  **SEVIS ID:** ▮▮▮▮
- (U//FOUO)  **Visa Foil:** ▮▮▮; USA (expiration 31 October 2023)

## (U)  Criminal History

(U)  No associated criminal history or HSI investigation was located for KHAN SURI. [▮▮▮▮▮]

## (U)  USCIS Applications

(U//FOUO)  KHAN SURI has no filings for himself. He did file Application for Certificate of Citizenship for his three children:

- (U//FOUO)  Elia Khan Suri—Applied on 1 April 2024; Denied on 20 June 2024
- (U//FOUO)  Watan Khan Suri—Applied on 31 March 2024; Denied on 11 June 2024
- (U//FOUO)  Arafat Khan Suri—Applied on 31 March 2024; Denied on 11 June 2024

## (U)  Residence

- (U//FOUO)  ▮▮▮, Arlington, Virginia 22209 (21 January 2023): [Accurint, SEVIS: ▮▮▮]
- (U//FOUO)  ▮▮▮, Arlington, Virginia 22209 (February 2023): [Accurint; ▮▮▮]
- (U//FOUO)  ▮▮▮, Virginia 22203 (18 January 2023): [UPAX, SEVIS; ▮▮▮]
- (U//FOUO)  ▮▮▮, Washington DC 20057 (December 2022): (University Office): [I-94, APIS, SEVIS, ▮▮▮]

## (U)  Communications

- (U)  **Phone Numbers:**
  - (U//FOUO)  ▮▮▮ (cell) (August 2024): [SEVIS: ▮▮▮]
  - (U//FOUO)  ▮▮▮ (home) (October 2022): [CCDI; ▮▮▮]
- (U//FOUO)  **Email:**
  - (U//FOUO)  ▮▮▮; ▮▮▮]
  - (U//FOUO)  ▮▮▮; ▮▮▮]
- (U//FOUO)  **Social Media:**
  - (U//FOUO)  ▮▮▮
  - (U//FOUO)  ▮▮▮
  - (U//FOUO)  ▮▮▮
  - ▮▮▮

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

# (U)  Badar Khan SURI

**(U)  Travel and Border Crossing History**

(U//FOUO)  10 December 2022: air travel from Indira Gandhi International Airport, New Delhi, India to Dulles International Airport, Washington, DC.

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**(U)  Badar Khan SURI**                                                          ICE-HQINT-30148-25

## (U)  Social and Open Sources

- (U)  **For Georgetown Univ. Couple, Terror-Ties are a Family Affair**—Published 24 February 2025
  https://www.meforum.org/campus-watch/for-georgetown-univ-couple-terror-ties-are-a-family-affair

  *"The Middle East Forum think tank has uncovered that Saleh, the daughter of longtime Hamas leader Ahmed Yousef, is married to Georgetown post-doctoral fellow Badar Khan Suri. Even more troubling, Suri—who holds a position at Georgetown's Alwaleed Center for Christian and Muslim Understanding, funded by Saudi tycoon Alwaleed bin Talal—has repeatedly endorsed Hamas terror and actively spreads its propaganda while claiming to specialize in "peace processes in the Middle East."*

  *"Suri isn't just connected to Hamas by family. He actively spreads the terror group's propaganda and promotes virulent antisemitism on social media. In a blatant act of revisionism, he denied well-documented reports of the Hamas-led massacre in southern Israel on Oct. 7, 2023, posting on Facebook: "Three lies by Israeli occupation, no proof whatsoever of babies beheaded, rapes or mass killings at carnival."*

  *In another post, he stated that Palestine's elected government must sustain its resistance, legitimizing Hamas's violent actions. Years ago, he expressed support for Hamas founder Sheikh Ahmed Yassin, posting a video saying, "This is what Hamas argues. Sheikh Yaseen giving the reasons why his group is fighting for their land which was stolen," legitimizing Hamas's violent actions.*

  *Perhaps most disturbingly, Suri posted a video showing Hamas terrorists holding Israeli child hostages and wrote, "This is how Hamas men dealt with kids on Oct. 7." Rather than condemn the horrifying abduction of Israeli children, Suri appeared to defend and even praise how Hamas militants "dealt" with the children."*

- (U)  **Middle East Monitor (MEMO)**—Contributed articles in 2018 and 2023 for the site
  https://www.middleeastmonitor.com/6-author/badar-khan-suri/

*SUBJECT PROFILE*

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**(U)  Badar Khan SURI**



**MEMO**
MIDDLE EAST MONITOR

*Creating new perspectives since 2009*

News   Opinion   Reviews   Features   Publications   Multimedia   More          English Edition ⌄ | Free Subscription | 🌐 X ⓘ Ⓖ ♪ ▶ ▾ | 🔍



**Badar Khan Suri**

Badar Khan Suri Postdoctoral Fellow School of Foreign Service Georgetown University Washington DC.

**Items by Badar Khan Suri**





UNCLASSIFIED  [Open Source]

September 29, 2023 | BADAR KHAN SURI

**Hate against Muslims in India, whether on the streets or in Parliament, is the same**

Hate is the chief ingredient of everyday discourse on the streets and the country's socio-political . .

October 20, 2015 | BADAR KHAN SURI

**Unveiling its vision of apartheid: Israel's Nation-State law**

Democracy never came to Israel Finally, it is here: the masquerade of advocating Jewishness and ...

May 30, 2018 | BADAR KHAN SURI

**Democracy has taken a leap forward in Iraq**

A conversation with Shadi Hamid of Brookings Institution on the performance of Iraqi democracy ...

- (U)  **Twitter Posting by Anna Stanley**—Posted on 25 February 2025
  https://x.com/_Anna_Stanley_/status/1894358989086842939

  Post claiming KHAN SURI has pro-Hamas sympathies and direct link to Hamas via spouse. Anna Stanley lists herself as a Research Associate/OSINT Investigator for the Middle East Forum Think Tank.

𝕏                    ← **Post**

⚙ Settings           Anna Stanley ✓
                     @_Anna_Stanley_                              ⊘  ⋯

⚫ Badar Khan Suri's father-in-law, was a top adviser to Hamas chief Ismail Haniyeh. Yet, Suri **teaches future U.S. diplomats** "Middle East peace process" at @Georgetown, while denying Hamas atrocities & spreading terror propaganda. ••

7:09 AM · Feb 25, 2025 · **1,224** Views

- (U)  **Instagram Profile Photos**—Posting date is not visible

UNCLASSIFIED  [Open Source]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED// LAW ENFORCEMENT SENSITIVE

## (U)  Badar Khan SURI

KHAN SURI appears to post pro-Palestine content




- (U) **Georgetown University**—Biographic Information listed for KHAN SURI
  https://acmcu.georgetown.edu/profile/badar-khan-suri/

  *"**Dr. Badar Khan Suri** is a Postdoctoral Fellow at the Alwaleed Bin Talal Center for Muslim-Christian Understanding at the Edmund A. Walsh School of Foreign Service, Georgetown University, Washington, D.C.  He completed his Ph.D. in Peace & Conflict Studies from Nelson Mandela Center for Peace and Conflict Resolution, Jamia Millia Islamia, New Delhi in 2020. He wrote his thesis on "Transitional Democracy, Divided Societies and Prospects for Peace: A Study of State Building in Afghanistan and Iraq" in which he underlined the complexities involved in introducing democracy in ethnically diverse societies; as well as challenges to project state building."*

  *"He has travelled extensively in the conflict zones of India, Pakistan, Balochistan in Iran, Iran, Turkey, Kurdish Areas in Turkey, Syria, Lebanon and its southern region, Egypt and Palestine. He is an interdisciplinary scholar who's areas of interest are religion, violence and peace; ethnic conflicts and peace processes in  Middle East and South Asia. He is working on a project that looks into potential causes that hinder cooperation among religiously diverse societies and possibilities to overcome those hindrances."*

- (U) **GUfaculty360.Georgetown.edu**—Biographic Information and Featured Works Profile—Date of Information 10 March 2025
  https://gufaculty360.georgetown.edu/s/contact/0031Q00002e7tV9QAI/badar-khan-suri?searchType=Contact-Info&searchText=khan%20suri UNCLASSIFIED  [Open Source]          UNCLASSIFIED  [Open Source]

  *Postdoctorial Associate—Email: badarsuri@gmail.com*

  *"Dr. Badar Khan Suri is a Postdoctoral Fellow at the Alwaleed Bin Talal Center for Muslim-Christian Understanding at the Edmund A. Walsh School of Foreign Service, Georgetown University, Washington, D.C."*

  *"He completed his Ph.D. in Peace & Conflict Studies from Nelson Mandela Center for Peace and Conflict Resolution, Jamia Millia Islamia, New Delhi in 2020. He wrote his thesis on "Transitional Democracy, Divided Societies and Prospects for Peace: A Study of State Building in Afghanistan and Iraq" in which he underlined the complexities involved in introducing democracy in ethnically diverse societies; as well as challenges to project state building."*

  *"He has travelled extensively in the conflict zones of India, Pakistan, Balochistan in Iran, Iran, Turkey, Kurdish Areas in Turkey, Syria, Lebanon and its southern region, Egypt and Palestine."*

  *"He is an interdisciplinary scholar who's areas of interest are religion, violence and peace; ethnic conflicts and peace processes in  Middle East and South Asia. He is working on a project that looks into potential causes that hinder cooperation among religiously diverse societies and possibilities to overcome those hindrances."*

- (U) **GUfaculty360.Georgetown.edu**—Courses Teaching—Date of Information 10 March 2025

PROFILE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//FOR OFFICIAL USE ONLY/SENSITIVE

## (U)  Badar Khan SURI

https://gufaculty360.georgetown.edu/s/faculty-teaching?id=0031Q00002e7tV9QAI

### Badar Khan Suri
Postdoctoral Associate

Contact
Email ⬛⬛⬛⬛⬛⬛⬛⬛

### Teaching

| Title | Semester | Course Number | CRN |
|---|---|---|---|
| Minorities & Minority Rights in S Asia | Spring 2023 | CMCU-4190-01 | 48530 |

(U)  **Coursicle.com**—Course information for classes taught by KHAN SURI—Date of Information 10 March 2025
https://www.coursicle.com/georgetown/professors/Badar+Suri/



# Badar Suri

**Courses**
CMCU 4190    Minorities & Minority Rights in S Asia

**Department**
CMCU

**Email**
⬛⬛⬛⬛⬛⬛⬛⬛

**Recent Semesters Teaching**
Spring 2025

**Typical Class Size**
12

**Course Chat**
Chat with other students in Badar Suri's classes

**Schedule Planner**
View Badar Suri's Fall 2025 classes

UNCLASSIFIED  [Open Source]

UNCLASSIFIED  [Open Source]

UNCLASSIFIED//FOR OFFICIAL USE ONLY/SENSITIVE

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

## (U) Badar Khan SURI

*(U) Warning: This product is preliminary criminal analysis supporting an ongoing criminal investigation; the analysis may change, subject to new information developed over the course of the ongoing investigation.*

*(U) Warning: This is a U.S. Immigration and Customs Enforcement internal document and may not be shared externally.*

*(U) This document has been designated by DHS as UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE (U//LES) and is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS and ICE policy relating to LES information. This information can be distributed further within DHS on a need-to-know basis; however, it may not be distributed outside DHS without authorization from the originating office.*

*(U) This product contains U.S. person information that has been deemed necessary for the intended recipient to understand, assess, or act on the information provided. It has been highlighted in this document with the label USPER and should be handled in accordance with the recipient's intelligence oversight/information handling procedures. U.S. person information should be protected in accordance with constitutional requirements and all federal and state privacy and civil liberties laws.*

*(U) This document contains information that is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.*

**(U//FOUO) Please be advised that you may request assistance or follow-up information from the Criminal Analysis Division (CAD). In this capacity, CAD leverages its resources, partnerships, and capabilities to provide additional criminal analysis collaboration and coordination, and intelligence support. For any feedback or comments, please send to** ▮▮▮▮▮▮▮▮▮▮▮

EXHIBIT

235

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## (U//LES)  Mohsen Khader MAHDAWI

ICE-HQINT-30150-25

<div style="writing-mode: vertical">SUBJECT PROFILE</div>

### (U)  Analysis Findings

- (U//LES)  Palestinian national Mohsen Khader MAHDAWI holds Legal Permanent Resident (LPR) status through marriage to U.S. citizen in Palestine in June 2013.
- (U//LES)  MAHDAWI changed residence status following divorce by spouse in December 2015.
- (U//LES)  MAHDAWI submitted N-400 Application for Citizenship on 14 February 2024.
- (U//LES)  On January 12, 2019 MAHDAWI was encountered at Derby Line, Vermont POE in possession of LSD, mushrooms (opiate), and methamphetamine.

### (U)  Biographical Information

 

- (U)  **Name:** MAHDAWI, Mohsen Khader Mohsen
- (U//LES)  **Alias:** Mohsen Mehdawi
- (U//LES)  **DOB:** ███████████
- (U//LES)  **COB:** Israel (Nablus)
- (U//LES)  **COC:** Palestinian Territory
- (U//LES)  **Current Passport:** ████████, Palestinian Territory  (expiration: 25 June 2029) [ADIS]
- (U//LES)  **Former Passport:** ████████, Palestinian Territory
- (U//LES)  **SSN:** ██████
- (U//LES)  **Alien Number:** ██████████
- (U//LES)  **FIN:** ████████
- (U//LES)  **FBI Number:** ████████████

- (U//LES) ████████████████
- (U//LES)  **Legal Permanent Resident Card:** ████████████████████████████
- (U//LES)  **Driver's License:** ████████████████████████

### (U)  Criminal History

- (██████████████████████████████y ████████████████████

### (U)  USCIS Applications

- (U//LES)  14 February 2024: N-400 Application for Naturalization – Process pending. [ELIS: 20250311]
- (U//LES)  29 June 2018: I-551 Legal Permanent Resident – Active; expiration 06/27/2028. [CPMS: 20250312]
- (U//LES)  15 November 2016:  I-751 Petition to Remove Conditions on Residence - Approved. [ELIS: 20250312]

### (U)  Residences

- (U//LES) ████████████████████████
- (U//LES) ████████████████ (July 2023████████ August 2021)
- (U//LES) ████████████████ (June 2020)██
- (U//LES) ████████████ (June 2019████████
- (U//LES) ████████████████████████████████████████

### (U)  Communications

- (U)  **Phone Numbers:**
  - (U//LES) ████████ (cell) ██████
- (U)  **Social Media:**
  - (U//LES) ████████████████
  - (U//LES) ████████████████

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

## (U//LES)  Mohsen Khader MAHDAWI



- o (U//LES) ▮▮▮▮▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮▮

- o (U//LES) ▮▮▮▮▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮

- o (U//LES) ▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮▮▮▮
  [Deleted]
- o (U//LES) ▮▮▮▮▮▮▮▮▮▮▮▮
- o (U//LES) ▮▮▮▮▮▮▮▮▮▮▮▮
- • (U)  **Email:**
  - o (U//LES) ▮▮▮▮▮▮▮▮▮▮ [ELIS: 20240214]

### (U)  Travel and Border Crossing History

- • (U//LES) 08 August 2024: air travel from John F Kennedy International Airport (JFK) to Athens (ATH), Greece.
- • (U//LES)  22 August 2024: air travel from Gardermoen Airport (OSL), Oslo, Norway to Los Angeles International Airport (LAX), California.
- • (U//LES)  12 January 2019: inbound border crossing; Derby Line (L026), Vermont in 2013, White Audi/A5; license plate: GTA561, Vermont. [UPAX, NLETS]

### (U)  Vehicles

- • (U//LES)  1996 Silver BMW Z3: Tag: ▮▮▮▮▮▮▮▮
- • (U//LES)  2010 Ducati Monster; VIN: ▮▮▮▮▮▮▮▮▮▮

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

**(U//LES) Mohsen Khader MAHDAWI**                    ICE-HQINT-30150-25

**(U) Social and Open Sources**

- (U) **Twitter (X) post stating the subject is pro-Hahamas, appeared on 60 Minutes justifying October 7th Hamas attack on Israel, calling for the destruction of Israel.**—Viewed 11 March 2025

← Post



COLUMBIA UNIVERSITY

🏛 Hello PAM Mam . @TheJusticeDept  Hi, Marco. @SecRubio

This is Mohsen Mandawi. He's co-President of the Palestinian Student Union and organizer of pro-Hamas rallies. He appeared on 60 Minutes justifying the Oct 7th massacre.

He's currently at Columbia on a student visa.

Mohsen Mahdawi is an anti-Israel activist leader who called for Israel's destruction and justified Hamas terrorism in late 2023. Ten years earlier, he celebrated a terrorist who had murdered dozens of Israeli Jews in 1978. Mahdawi also showed support for the pro-Hamas encampment at Columbia in April 2024.

Mandawi made his late 2023 statements after a series of Hamas terror atrocities and war crimes against Israeli civilians, including mass murder, torture, rape, beheadings and kidnappings, which were executed on October 7, 2023. The attacks left over 1,200 Israelis dead, hundreds kidnapped and thousands wounded. Israel retaliated with a war called "Swords of Iron."

Hamas is a designated terrorist organization founded in 1987 that is dedicated to destroying Israel and killing Jews. Since 2001, Hamas has launched thousands of rockets at Israel and on October 7, 2023, Hamas murdered approximately 1,200 Israelis and kidnapped over 200

**(U//LES) Open Source**

- (U) **Mohsen MAHDAWI video posted by TRT World on Twitter (X) accusing Israel of genocide**—Posted 10 October 2024

← Post

 TRT World ✓  
@trtworld

Mohsen Mahdawi, a Palestinian studying philosophy at Columbia University in NYC, tells TRT World that his school is complicit in Israel's genocidal war on Gaza given its financial ties with Tel Aviv



12:07 PM · Oct 10, 2024 · 3,359 Views

**(U//LES) Open Source**

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

**(U//LES)  Mohsen Khader MAHDAWI**

- **(U)  Twitter (X) posted from Congresswoman Rep. Beth Van Duyne stating the subject praised the death of his "martyr" cousin; implying the cousin may have been a militant.** —Posted 5 September 2024

منشور  →

... ⟲      🟥 ⟲ Congresswoman Beth Van Duyne 🔵
@RepBethVanDuyne

There is no denying that Hamas sympathizers have embedded themselves in our educational institutions, from teachers down to the students. The fact that school administrators continue to ignore this is why antisemitism has allowed to flourish across college campuses since October 7th.

٢٠٢٤ سبتمبر ٤ @CUJewIs... ✓ ...Columbia Jewish & Israeli Students 🟦
STUDENT TIES TO TERRORISM AT COLUMBIA: Last week @Columbia student and @ColumbiaBDS leader Mohsen Mahdawi praised his "martyred" cousin and his high-ranking Hamas friends on Instagram.
"I received the news of the martyrdom of my cousin....Masra Masharqa, after a clash with a



(U//LES) Open Source

- **(U)  X (Twitter) post to TheJusticeDept (Department of Justice) and SecRubio (Secretary of State Marco Rubio) posting of Mohsen MAHDAWI**—Unknown Date

←          **Post**          𝕏 ...

⬛———      [ Follow ]

📱 Hi, Pam. @TheJusticeDept  Hi, Marco. @SecRubio

This is Mohsen Mahdawi. He's co-President of the Palestinian Student Union and organizer of pro-Hamas rallies. He appeared on 60 Minutes justifying the Oct 7th massacre.

He's currently at Columbia on a student visa.



(U//LES) Open Source

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## (U//LES)  Mohsen Khader MAHDAWI

(U)  **Twitter (X) post showing 60-Minutes interview with a Columbia University student who claims to have heard MAHDAWI speak about Jews in a derogatory way with antisemitic rhetoric**—Published 31 January 2025

← Post

Mohsen Mahdawi, a Columbia University student on a visa, has been added to the deportation database due to his support for Hamas, including celebrating their October 7 massacre and praising terrorist Dalal Mughrabi.



12:57 AM · Jan 31, 2025 · **3,323** Views

Read 7 replies

(U//LES) Open Source

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

LAW ENFORCEMENT SENSITIVE

**(U//LES)  Mohsen Khader MAHDAWI**

*(U)  Warning: This product is preliminary criminal analysis supporting an ongoing criminal investigation; the analysis may change, subject to new information developed over the course of the ongoing investigation.*

*(U)  Warning: This is a U.S. Immigration and Customs Enforcement internal document and may not be shared externally.*

(U)  This document has been designated by DHS as UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE (U//LES) and is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS and ICE policy relating to LES information. This information can be distributed further within DHS on a need-to-know basis; however, it may not be distributed outside DHS without authorization from the originating office.

*(U)  This document contains information that is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.*

*(U)  This product contains U.S. person information that has been deemed necessary for the intended recipient to understand, assess, or act on the information provided. It has been highlighted in this document with the label USPER and should be handled in accordance with the recipient's intelligence oversight/information handling procedures. U.S. person information should be protected in accordance with constitutional requirements and all federal and state privacy and civil liberties laws.*

**(U//FOUO)  Please be advised that you may request assistance or follow-up information from the Criminal Analysis Division (CAD). In this capacity, CAD leverages its resources, partnerships, and capabilities to provide additional criminal analysis collaboration and coordination, and intelligence support. For any feedback or comments, please send to** ██████████████.

**EXHIBIT**

236

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

## (U//FOUO) Yunseo CHUNG

**SUBJECT PROFILE**

### (U) Analysis Findings

(U//LES) Yunseo CHUNG is a U.S. Legal Permanent Resident (LPR). CHUNG entered the United States on an F2 visa on 23 June 2009. She requested legal permanent resident status on 18 June 2020. CHUNG was issued an LPR card on 27 August 2021.

### (U) Biographical Information


(U//FOUO)

- (U) **Name:** Yunseo CHUNG
- (U) **Alias:** unknown
- (U//FOUO) **DOB:** ▮▮▮▮
- (U//FOUO) **COB:** South Korea
- (U//FOUO) **COC:** South Korea
- (U//FOUO) **Current Passport:** ▮▮▮▮; South Korea (expiration: 12 November 2031)
- (U//FOUO) **Alien #:** ▮▮▮▮
- (U//FOUO) **FIN:** ▮▮▮▮
- (U//FOUO) **FBI Number:** ▮▮▮▮
- (U//FOUO) **Criminal Record:** ▮▮▮▮
- (U//FOUO) **SSN:** ▮▮▮▮

### (U) Criminal History

- (U//LES) Obstruct Governmental Administration 2nd Degree—Prevent Official Function; New York County Criminal Court (March 2025)
- (U//LES) Disorderly Conduct—Refusing to Move On; New York County Criminal Court (March 2025)
- (U//LES) Trespass; New York County Criminal Court (March 2025)

### (U) USCIS Application

- (U//FOUO) 21 February 2025—Permanent resident applying to replace permanent resident card on 20 February 2025—In process.
- (U//FOUO) 1 September 2021—Applied for I-485 Employment Authorization Card ▮▮▮▮— Completed.

### (U) Residence

(U//FOUO) ▮▮▮▮

### (U) Communications

- (U) **Phone Numbers:**
  - (U//FOUO) ▮▮▮▮ (cell)
  - (U//FOUO) ▮▮▮▮ (cell)
- (U) **Possible Social Media:**
  - (U) ▮▮▮▮
- (U) **Email:**
  - (U//FOUO) ▮▮▮▮
  - (U//FOUO) ▮▮▮▮

### (U) Travel and Border Crossing History

| Date | Flight |
|---|---|
| 11 August 2024 | AA 280 (ICN > DFW) |
| 17 July 2024 | AA 281 (DFW > ICN) |
| 14 March 2024 | NK 528 (CUN > FLL) |
| 11 March 2024 | NK 1280 (MSY > CUN) |
| 12 August 2022 | KE 93 (ICN > IAD) |
| 2 July 2022 | KE 94 (IAD > ICN) |
| 12 March 2022 | AA 2248 (CUN > CLT) |
| 5 March 2022 | AA 1778 (CLT > CUN) |
| 26 July 2010 | UA 892 (ICN > SFO) |

(U//FOUO)

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

**(U//FOUO) Yunseo CHUNG**                    ICE-HQINT-30144-25

## (U)  News Articles

- **(U)  Anti-Israel protesters arrested at Barnard were mostly privileged youths, including woman whose family started Hamptons Jitney**—Published 6 March 2025

  https://nypost.com/2025/03/06/us-news/arrested-anti-israel-protesters-at-barnard-include-repeat-offender-woman-whose-family-started-hampton-jitney-bus-service/

  Describes her as being part of the protests.

  *"Others hauled off campus by police included Hanna Puelle — whose Instagram identifies her as publisher of Columbia Law Review — and Yunseo Chung, a Columbia women's studies junior, former high school valedictorian and social media editor for Quarto, the university's official undergraduate literary magazine."*

- **(U)  Meet the Columbia Radicals Arrested for Storming a Barnard Building**— Published 6 March 2025

  https://freebeacon.com/campus/meet-the-columbia-radicals-arrested-for-storming-a-barnard-building/

  Describes her as being part of the protests and includes a screenshot of her Linkedin page.

  *"Of the nine individuals arrested after storming Millstein Library, four are Columbia students: Gabrielle Wimer, Hannah Puelle, Yunseo Chung, and Symmes Cannon. One, Tramy Dong, is a Barnard student. Another, Christopher Holmes, attends Union Theological Seminary, a Columbia affiliate, while the remaining three appear unassociated with either school. They were charged with disorderly conduct, trespassing, and obstructing governmental administration, according to an NYPD spokesman..."*

  *"The third, Chung, is a Columbia junior pursuing her bachelor's degree in English and Women's and Gender Studies. According to a screenshot of her LinkedIn taken before it was <u>deleted</u>, she is involved in Columbia's Criminal Justice Coalition and Columbia's Queer Alliance and was the valedictorian of the high school she attended."*

## (U)  Social Media

(U)  Linkedin (currently locked)



UNCLASSIFIED

UNCLASSIFIED LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# (U) Yunseo CHUNG

*(U) Warning: This product is preliminary criminal analysis supporting an ongoing criminal investigation; the analysis may change, subject to new information developed over the course of the ongoing investigation.*

*(U) Warning: This is a U.S. Immigration and Customs Enforcement internal document and may not be shared externally.*

*(U) This document has been designated by DHS as UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE (U//LES) and is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS and ICE policy relating to LES information. This information can be distributed further within DHS on a need-to-know basis; however, it may not be distributed outside DHS without authorization from the originating office.*

*(U) This document contains information that is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. § 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need-to-know without prior approval of an authorized DHS official.*

**(U//FOUO) Please be advised that you may request assistance or follow-up information from the Criminal Analysis Division (CAD). In this capacity, CAD leverages its resources, partnerships, and capabilities to provide additional criminal analysis collaboration and coordination, and intelligence support. For any feedback or comments, please send to** ▮▮▮▮▮▮▮▮▮▮