

AAUP v. RUBIO - ATTORNEYS EYES ONLY

*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

LAW ENFORCEMENT SENSITIVE

Andrea Toll Whiting
Director
Field Operations
Department of State

Re: Mahmoud KHALIL

Director Whiting:

I am writing to provide a summary of the actions by Mahmoud Khalil that violate President Trump's executive orders on anti-Semitism and may be sufficient for the Secretary of State to determine there are compelling adverse foreign policy consequences for the United States from the alien's presence or activities consistent with Section 237(a)(4)(C) of the Immigration and Nationality Act (INA), codified as 8 U.S.C. § 1227(a)(4)(C).

Khalil was issued an F1 visa on December 12, 2022, and entered the United States under that visa on December 20, 2022. His status was changed to that of a Conditional Resident (CR6), Spouse of a United States Citizen, on November 16, 2024, and he received Legal Permanent Resident (LPR) status.

Mahmoud Khalil's involvement in the March 6, 2025, protest at Barnard College, where Hamas flyers were distributed, aligns with the executive order's focus on deporting "Hamas sympathizers." His leadership in these disruptive protests creates a hostile environment for Jewish students, meeting Title VI criteria. Khalil is identified as a former graduate student of Columbia University and a prominent pro-Palestinian activist involved in antisemitic activities. Social media posts and open-source articles document his leadership roles, including the occupation of Columbia University's Hamilton Hall in April 2024. Recent social media posts from March 6, 2025, indicate he was a key figure in the Barnard College library occupation, where protesters distributed Hamas-authored flyers.

HSI is concerned that the distribution of Hamas-authored flyers, leadership roles in antisemitic activities, and leadership in disruptive protests may undermine U.S. foreign policy by creating a hostile environment for Jewish students and indicating support for a designated terrorist organization. As the Secretary of State is the top U.S. diplomat and steward of U.S. foreign policy, HSI requests that the Secretary of State determine whether there are compelling adverse foreign policy consequences for the United States from the alien's presence or activities



U.S. Immigration
and Customs
Enforcement      LAW ENFORCEMENT SENSITIVE



EXHIBIT 242

**HOMELAND SECURITY INVESTIGATIONS**
*Re: Mahmoud KHALIL*
*Page 2*

---

consistent with INA § 237(a)(4)(C). If the Secretary of State makes that determination, HSI would initiate removal charges against the alien.

Enclosed with this letter is supporting factual documentation.

If you require further assistance or additional information, I can be reached at ▮▮▮▮▮▮▮.

                                                  Respectfully,

                                                  ANDRE R WATSON
                                                  Digitally signed by ANDRE R WATSON
                                                  Date: 2025.03.07 18:25:26 -05'00'
                                                Andre R. Watson
                                                Assistant Director
                                                National Security Division



*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

LAW ENFORCEMENT SENSITIVE

Andrea Toll Whiting
Director
Field Operations
Department of State

Re: Yunseo CHUNG

Director Whiting:

I am writing to provide a summary of the actions by Yunseo Chung that violate President Trump's executive orders on anti-Semitism and may be sufficient for the Secretary of State to determine there are compelling adverse foreign policy consequences for the United States from the alien's presence or activities consistent with Section 237(a)(4)(C) of the Immigration and Nationality Act (INA), codified as 8 U.S.C. § 1227(a)(4)(C).

Chung is a U.S. Legal Permanent Resident (LPR). Chung entered the United States on an F2 visa on 23 June 2009. She requested legal permanent resident status on 18 June 2020. Chung was issued an LPR card on 27 August 2021.

Yunseo Chung's involvement in the March 5, 2025, protest at Barnard College, where Hamas flyers were distributed, aligns with the executive order's focus on deporting "Hamas sympathizers." Her involvement in these disruptive protests created a hostile environment for Jewish students, meeting Title VI criteria. Chung is identified as a student of Columbia University and involved in antisemitic activities. Recent social media posts from March 6, 2025, indicate she was a figure in the Barnard College library occupation, where protesters distributed Hamas-authored flyers.

HSI is concerned that the distribution of Hamas-authored flyers, leadership in disruptive protests, involvement in antisemitic activities may undermine U.S. foreign policy by creating a hostile environment for Jewish students and indicating support for a designated terrorist organization. As the Secretary of State is the top U.S. diplomat and steward of U.S. foreign policy, HSI requests that the Secretary of State determine whether there are compelling adverse foreign policy consequences for the United States from the alien's presence or activities consistent with INA § 237(a)(4)(C). If the Secretary of State makes that determination, HSI would initiate removal charges against the alien.

Enclosed with this letter is supporting factual documentation.



U.S. Immigration and Customs Enforcement

LAW ENFORCEMENT SENSITIVE



EXHIBIT 243

**HOMELAND SECURITY INVESTIGATIONS**
*Re: Yunseo CHUNG*
*Page 2*

---

If you require further assistance or additional information, I can be reached at ▓▓▓▓▓▓▓▓.

                                               Respectfully,
                                               ANDRE R    *Digitally signed by ANDRE R*
                                               WATSON     *WATSON*
                                                                  *Date: 2025.03.07 18:18:15 -05'00'*
                                             Andre R. Watson
                                             Assistant Director
                                             National Security Division



*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

LAW ENFORCEMENT SENSITIVE

John L. Armstrong
Senior Bureau Official
Bureau of Consular Affairs
Department of State

Re: Mohsen MAHDAWI

Dear Mr. Armstrong:

I am writing to provide a summary of the actions by Mohsen MAHDAWI in violation of President Trump's executive orders on anti-Semitism and for the Secretary of State to assess whether the alien's presence or activities in the U.S. compromise a compelling U.S. foreign policy interest and would have potentially serious adverse foreign policy consequences consistent with Section 237(a)(4)(C) of the Immigration and Nationality Act (INA), codified as 8 U.S.C. § 1227(a)(4)(C).

MAHDAWI first entered the U.S. as B2 nonimmigrant visitor for pleasure. MAHDAWI received his CR6 Conditional Legal Resident status in January 2015 after marrying a U.S. Citizen in Palestine in June 2013. His marriage was dissolved in December 2015. He filed a petition to remove the conditions on residence in 2016, after which he received Legal Permanent Resident (LPR) status (IR6). MAHDAWI filed an N-400 Application for Naturalization, which is on hold.

Mohsen MAHDAWI's involvement in disruptive protests at Columbia University align with the executive orders' focus on deporting "Hamas sympathizers." His leadership and involvement in these disruptive protests creates a hostile environment for Jewish students. MAHDAWI is identified as a student of Columbia University and a prominent pro-Palestinian activist involved in pro-Hamas rhetoric and events. News media articles refer to MAHDAWI calling for Isreal's destruction and justifying Hamas terrorism in late 2023. They also state that MAHDAWI has openly expressed support for eliminating Israel, leading protests with chants such as "From the river to the sea, Palestine will be free."

A post from stopantisemitism.org states that MAHDAWI's glorification of terrorism was exemplified by a poem posted online and attributed to him that said, "I will breathe home…and fill my shame, and clean my gun, and collect my packages, my bombs and embrace my gun." The poem also praises Dalal Mughrabi, who perpetrated the 1978 Coastal Road massacre, which resulted in the murder of Jews.



U.S. Immigration and Customs Enforcement

LAW ENFORCEMENT SENSITIVE



EXHIBIT 244

HOMELAND SECURITY INVESTIGATIONS ATTORNEYS EYES ONLY
*Re: Mohsen MAHDAWI*
*Page 2*

---

MAHDAWI served as co-president of DAR Palestine at Columbia University. MAHDAWI was also affiliated with the pro-terror activist group Within Our Lifetime, (WOL) in 2023 and was reportedly a member of Students for Justice in Palestine (SJP) that same year.

HSI is concerned that MAHDAWI's participation in the above activities may undermine U.S. foreign policy by creating a hostile environment for Jewish students and indicating support for a designated terrorist organization. As the Secretary of State is the top U.S. diplomat and steward of U.S. foreign policy, HSI provides this summary of actions for the Secretary of State to determine whether the alien's presence and activities compromise a compelling U.S. foreign policy interest and would have potentially serious adverse foreign policy consequences for the United States consistent with INA § 237(a)(4)(C). If the Secretary of State makes that determination, HSI would initiate removal charges against the alien.

Enclosed with this letter is supporting factual documentation. If you require further assistance or additional information, please let me know. I can be reached at ▮▮▮▮▮▮▮▮▮▮.

Respectfully,

ANDRE R WATSON
Digitally signed by ANDRE R WATSON
Date: 2025.03.14 12:51:37 -04'00'

Andre R. Watson
Assistant Director
National Security Division

AAUP v. RUBIO - ATTORNEYS EYES ONLY

*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

LAW ENFORCEMENT SENSITIVE

John L. Armstrong
Senior Bureau Official
Bureau of Consular Affairs
Department of State

Re: Rumeysa OZTURK

Mr. Armstrong:

I am writing to provide a summary of the actions by Rumeysa OZTURK for consideration of actions that may constitute violations of President Trump's executive orders on anti-Semitism, and for the Secretary of State to assess whether the alien's presence or activities in the U.S. compromise a compelling U.S. foreign policy interest and would have potentially serious adverse foreign policy consequences consistent with Section 237(a)(4)(C) of the Immigration and Nationality Act (INA), codified as 8 U.S.C. § 1227(a)(4)(C).

OZTURK is a national of Turkey enrolled at Tufts University (Tufts) pursuing a post doctorate degree in Child Studies and Human Development. OZTURK last entered the United States on June 28, 2024, on a nonimmigrant student visa (F1). The initial student program start date was February 1, 2021, and the program end date is December 23, 2027.

On March 26, 2024, OZTURK engaged in anti-Israel activism in the wake of the Hamas terrorist attacks on Israelis on October 7, 2023. Specifically, on March 26, 2024, OZTURK co-authored an Op-ed article titled Try again, President Kumar: Renewing Calls for Tufts to adopt March 4 TCU Senate resolutions, which was published in The Tufts Daily. The Op-ed was in response to Tufts President Kumar's statement regarding the Tufts Community Union Senate vote on proposed resolutions by the Coalition for Palestinian Liberation at Tufts (CPLT). The CPLT resolutions proposed an end to study abroad programs in Israel, for Tufts dining to stop selling items connected to Israel, for Tufts to acknowledge a "Palestinian genocide, and for Tufts Investment office and administration to disclose all investments and divest from companies tied to Israel.

The authors of the Op-ed, including OZTURK, again called for Tufts to "disclose its investments and divest from companies with direct or indirect ties to Isreal." The authors also state that Graduate Students for Palestine joins Tufts Students for Justice in Palestine (SJP) and other student groups to reject the University's response to the resolutions. Tufts SJP was officially suspended on Nov. 6, 2024, until January 2027 after it used images of weapons to promote a


U.S. Immigration
and Customs
Enforcement

LAW ENFORCEMENT SENSITIVE


EXHIBIT
245

SECURITY INVESTIGATIONS

AAUP v. RUBIO – ATTORNEYS EYES ONLY

*Re: Rumeysa OZTURK*
*Page 2*

---

protest rally and urged members of the Tufts community to "join the student intifada." According to a news article on Boston.com, SJP violated the Threats Policy in October when it posted the images of weapons and used the term "intifada" to urge student action. Intifada is a call for the uprising or rebellion specifically: an armed uprising of Palestinians against Israeli occupation of the West Bank and Gaza Strip. On October 2, 2024, an X.com (Twitter) posting by Eyal Yakoby, "an incoming MIT student dedicated to combating anti-Americanism," showed stickers claiming to have been plastered on Tufts University campus by students. The post depicts signage placed around Tufts campus with the statement "Bring the war home" with a Palestinian flag and Hamas inverted red triangle above what appears to be a Tufts Police Department vehicle. The post states that this is a call to "bring the war to campus."

HSI is concerned that OZTURK's involvement in these activities and associations with these groups may undermine U.S. foreign policy by creating a hostile environment for Jewish students and indicating support for a designated terrorist organization. As the Secretary of State is the top U.S. diplomat and steward of U.S. foreign policy, HSI provides this summary of the alien's actions for the Secretary of State to assess whether the alien's presence and activities compromise a compelling U.S. foreign policy interest and would have potentially serious adverse foreign policy consequences for the United States consistent with INA § 237(a)(4)(C) (8 U.S.C. § 1227(a)(4)(C)). If the Secretary of State makes that determination, HSI would initiate removal charges against the alien.

Additionally, HSI provides the above information relating to OZTURK's nonimmigrant status and activities in the United States for the Secretary of State to assess whether revocation of the visa, effective immediately, is appropriate pursuant to INA § 221(i) (8 U.S.C. § 1201(i)). If the Secretary of State determines that this alien's visa should be revoked effective immediately, the revocation will support a ground of removability under INA § 237(a)(1)(B), codified as 8 U.S.C. § 1227(a)(1)(B).

Enclosed with this letter is supporting factual documentation. If you require further assistance or additional information, please let me know. I can be reached at ███████.

Respectfully,

ANDRE R WATSON
Digitally signed by ANDRE R WATSON
Date: 2025.03.21 07:29:10 -04'00'

Andre R. Watson
Assistant Director
National Security Division

---



AAUP v. RUBIO - ATTORNEYS EYES ONLY

*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

LAW ENFORCEMENT SENSITIVE

John L. Armstrong
Senior Bureau Official
Bureau of Consular Affairs
Department of State

Re: Badar Khan SURI

Dear Mr. Armstrong:

I am writing to provide a summary of the actions by Badar Khan SURI in violation of President Trump's executive orders on anti-Semitism and for the Secretary of State to assess whether the alien's presence or activities in the U.S. compromise a compelling U.S. foreign policy interest and would have potentially serious adverse foreign policy consequences consistent with Section 237(a)(4)(C) of the Immigration and Nationality Act (INA), codified as 8 U.S.C. § 1227(a)(4)(C).

SURI last entered the United States on 12/10/2022 on a nonimmigrant exchange visa (J1) to attend Georgetown University as a research scholar. Suri's student status is currently ACTIVE, scheduled for a program end date of 12/31/2026.

SURI is identified as a research exchange student at Georgetown University actively supporting Hamas terrorism, who actively spreads it's propaganda and promotes antisemitism on social media. SURI is married to the U.S. Citizen daughter of a known or suspected terrorist, who is a senior advisor to Hamas.

HSI is concerned that SURI's direct connection to Hamas leadership and involvement in antisemitic activities may undermine U.S. foreign policy by creating a hostile environment for Jewish students and indicating support for a designated terrorist organization. As the Secretary of State is the top U.S. diplomat and steward of U.S. foreign policy, HSI provides this summary of the alien's actions for the Secretary of State to determine whether the alien's presence and activities compromise a compelling U.S. foreign policy interest and would have potentially adverse foreign policy consequences for the United States consistent with INA § 237(a)(4)(C). If the Secretary of State makes that determination, HSI would initiate removal charges against the alien.



U.S. Immigration and Customs Enforcement

LAW ENFORCEMENT SENSITIVE



EXHIBIT 246

AAUP v. RUBIO - ATTORNEYS EYES ONLY

HOMELAND SECURITY INVESTIGATIONS
*Re: Badar Khan SURI*
*Page 2*

Enclosed with this letter is supporting factual documentation. If you require further assistance or additional information, please let me know. I can be reached at ███████.

                                   Respectfully,

                                   ANDRE R WATSON
                                   Digitally signed by ANDRE R WATSON
                                   Date: 2025.03.14 12:59:02 -04'00'

                                 Andre R. Watson
                                 Assistant Director
                                 National Security Division