## HSI Process and Protocol for Information Sharing, Referrals, and Enforcement Actions*



*Authorities
Homeland Security Act of 2002
Delegation Order 7030.2


EXHIBIT H O