UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATIONS OF UNIVERSITY PROFESSORS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br><br> MARCO RUBIO, in his official capacity as Secretary of State, and the DEPARTMENT OF STATE, ET AL., <br><br> *Defendants*. | No. 1:25-cv-10685-WGY |

## NOTICE OF APPEAL

Notice is hereby given that all Defendants in the above-named matter hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this action on January 22, 2026. ECF No. 313.

Respectfully Submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

*Ethan B. Kanter*
ETHAN B. KANTER
*Chief, National Security Unit*
*Office of Immigration Litigation*
*Civil Division, U.S. Department of Justice*
*P.O. Box 878, Ben Franklin Station*
*Washington, D.C. 20001*

PAUL F. STONE
*Deputy Chief, National Security Unit*
*Office of Immigration Litigation*

LINDSAY M. MURPHY
*Deputy Chief, National Security Unit*
*Office of Immigration Litigation*

Dated: February 9, 2026

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


Date:  February 9, 2026                        By: *Ethan B. Kanter*
                                                            ETHAN B. KANTER
                                                            *Chief, National Security Unit*
                                                            *Office of Immigration Litigation*
                                                            *Civil Division, U.S. Department of Justice*
                                                            *P.O. Box 878, Ben Franklin Station*
                                                            *Washington, D.C. 20001*