# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:  American Association of University Professors et al v. Rubio et al

District Court Number:  25cv10685-WGY

Fee:  Paid?  Yes _____  No _____  Government filer _X_  *In Forma Pauperis* Yes _____  No _____

Motions Pending  Yes _X_  No _____ 
*If yes, document #*  317

Sealed documents  Yes _X_  No _____
*If yes, document #*  153,162,186,209,214,252,253

*Ex parte* documents  Yes _____  No _X_
*If yes, document #*  _____

Transcripts  Yes _X_  No _____
*If yes, document #*  75,87,102,115,165,231-248,310

Notice of Appeal filed by: Plaintiff/Petitioner _____  Defendant/Respondent _X_  Other: _____

Appeal from:

## #313 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #313 and #316

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __316__ filed on February 9, 2026 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 10, 2026 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**