UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: American Association of University Professors et al v. Rubio et al

District Court Number: 25cv10685-WGY

Fee: Paid? Yes ____ No ____  Government filer _X_  In Forma Pauperis Yes ____ No ____

Motions Pending  Yes _X_ No ____
If yes, document # 317

Sealed documents  Yes _X_ No ____
If yes, document # 153,162,186,209,214,252,253

Ex parte documents  Yes ____ No _X_
If yes, document # ____

Transcripts  Yes _X_ No ____
If yes, document # 75,87,102,115,165,231-248,310

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:
#313 Judgment
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#313 and #318

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __318__ filed on February 9, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 10, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**