UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>                           Plaintiffs,<br><br>    v.<br><br>MARCO RUBIO, ET AL.,<br><br>                           Defendants. | Case No. 1:25-cv-10685 (WGY) |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the First Circuit from this Court's Final Judgment entered on January 22, 2026 (ECF No. 313).

Defendants have filed a notice of appeal (ECF No. 316), which was docketed in the Court of Appeals on February 19, 2026, *see* No. 26-1141(1st Cir.).

February 24, 2026

Edwina Clarke (BBO 699702)
David Zimmer (BBO 692715)
Zimmer, Citron & Clarke, LLP
130 Bishop Allen Drive
Cambridge, MA 02139
(617) 676-9423
edwina@zimmercitronclarke.com

Noam Biale
Michael Tremonte
Alexandra Conlon
Courtney Gans
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2603

Respectfully submitted,

 /s/ Ramya Krishnan
Ramya Krishnan
Xiangnong Wang
Stephany Kim
Raya Koreh
Carrie DeCell
Scott Wilkens
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
ramya.krishnan@knightcolumbia.org

1

mtremonte@shertremonte.com
nbiale@shertremonte.com

Ahilan T. Arulanantham (SBN 237841)
Professor from Practice
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA 90095
(310) 825-1029
arulanantham@law.ucla.edu

*Counsel for Plaintiffs*