UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: American Association of University Professors et al v. Rubio et al

District Court Number: 25cv10685-WGY

Fee: Paid? Yes **X** No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes **X** No ____
*If yes, document #* 317

Sealed documents Yes **X** No ____
*If yes, document #* 153,162,186,209,214,252,253

*Ex parte* documents Yes ____ No **X**
*If yes, document #* ____

Transcripts Yes **X** No ____
*If yes, document #* 75,87,102,115,165,231-248,310

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ____   Other: ____

Appeal from:

#313 Judgment

Other information:

***Cross Notice of Appeal***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#313 and #324

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 324 filed on February 24, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 24, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**