# United States Court of Appeals
## For the First Circuit

————————

No. 26-1141

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; MIDDLE EAST STUDIES ASSOCIATION,

Plaintiffs - Appellees,

v.

MARCO RUBIO, in the official capacity as Secretary of State; U.S. DEPARTMENT OF STATE; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement; DONALD J. TRUMP, in the official capacity as President of the United States; UNITED STATES,

Defendants - Appellants

No. 26-1195

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS - HARVARD FACULTY CHAPTER; MIDDLE EAST STUDIES ASSOCIATION; RUTGERS AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS-AMERICAN FEDERATION OF TEACHERS; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS AT NEW YORK UNIVERSITY,

Plaintiffs - Appellants,

v.

MARCO RUBIO, in the official capacity as Secretary of State; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; DONALD J. TRUMP, in the official capacity as President of the United States; U.S. DEPARTMENT OF STATE; US DEPARTMENT OF HOMELAND SECURITY; UNITED STATES; TODD M. LYONS, in the official capacity as Acting Director of U.S. Immigration and Customs Enforcement,

Defendants - Appellees.

————————

Before

Gelpí, Montecalvo, and Rikelman,
Circuit Judges.

_____

**ORDER OF COURT**

Entered: April 7, 2026

Defendants-appellants have filed an "unopposed motion for a partial stay pending appeal," seeking a stay of "the portion of the district court's [annotated] judgment imposing the 'Sanction.'"[1] Plaintiffs-appellees have filed a response in which they indicate that they "do not oppose a partial stay pending appeal limited to the sanction remedy described in Part IV of the district court's annotated judgment." The unopposed request for a partial stay is **granted**, and "the portion of the district court's [annotated] judgment imposing the 'Sanction'" is stayed pending further order. See Nken v. Holder, 556 U.S. 418, 433-34 (2009) (stay standard; burden resides with moving party).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Ethan B. Kanter, Donald Campbell Lockhart, Jesse Lloyd Busen, Lindsay M. Murphy, Abraham R. George, Benjamin Mark Moss, Paul F. Stone, Victoria M. Santora, Jessica Danielle Strokus, Nancy Naseem Safavi, Harry Graver, Alexander Abdo, Ahilan T. Arulanantham, David Zimmer, Caroline DeCell, Edwina Bullard Clarke, Michael Tremonte, Noam Biale, Courtney Gans, Jameel Jaffer, Ramya Krishnan, Scott B. Wilkens, Xiangnong Wang, Stephany Kim, Raya Koreh, Jonathan M. Albano, David E. McCraw, Al-Amyn Sumar, Robert A. Bertsche, Renee M. Griffin, Joshua M. Daniels, Case Smith, Tasha J. Bahal, Jonathan T. Burke, David Rassoul Rangaviz, Joel Anderson Fleming, Lauren Godles Milgroom, Samuel David Thomas

---

[1] For current purposes, we employ the party designations reflected on the docket for Appeal No. 26-1141.