The Honorable William Young

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, ET AL.,

                Plaintiffs,

v.

MARCO RUBIO, in his official capacity
as Secretary of State, and the
DEPARTMENT OF STATE, ET AL.,

                Defendants.

Civil Action No. 1:25-cv-10685-WGY

**NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS**

      Pursuant to L.C.R. 83.5.2(d), the undersigned respectfully submits this Notice of Withdrawal

as counsel for Defendants in the above-captioned case. Defendants remain represented by other

counsel from the Department of Justice, as reflected on the Court's docket.

NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS - 1
(Case No. 1:25-cv-10685-WGY)

Respectfully Submitted,

Dated:  April 22, 2026

BRETT A. SHUMATE
*Assistant Attorney General*

*/s/ Ethan B. Kanter*
ETHAN B. KANTER
Chief, National Security Unit
Office of Immigration Litigation
*Counsel for Defendants*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

PAUL F. STONE
*Deputy Chief, National Security Unit*
*Office of Immigration Litigation*

LINDSAY M. MURPHY
*Deputy Chief, National Security Unit*
*Office of Immigration Litigation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, I filed the foregoing Notice of Withdrawal with the

Clerk of the Court, using the Court's ECF/CM system, which will electronically serve a copy on all

counsel of record.


/s/ Ethan B. Kanter
ETHAN B. KANTER
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20001
(202) 305-7205

CERTIFICATE OF SERVICE
(Case No. 2:17-cv-00094-LK)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4018