RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 APR -6 P 12: 46

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE: American Assoc-
iation Of Uni-
versity Professors,
etal    V Marco
Rubio, etal

Appeal No.25-1658
District  Court
Case No.1:25-cv-
10685-WGY

Dear Chief Clerk:
    Clerk Dubrovsky, will you please file the enclosed pleadings.
(1)  Provisional motion for leave to file amicus curiae  brief
     28 U.S.C. 2106.
(2)  Quintessential amicus curiae brief.
I am in receipt of the following information:
In the above refrenced matter this court has established an
expedited briefing schedule due to the constitutional significance
of the First Amendment issues involved and the government's
pending motion for a stay of the district court's judgment. As
of March 15, 2026 the briefing deadline for amicus curiae
briefs by interested third parties  is April 20, 2026. I am a
an interested third parties insofar, as the Honorable Judge
young has permiited me to file pleading and exhibits in the
case on September 30, 2025. Construvtively therefore, I am
deemed an interested party. On February 24, 2026 "AAUP" filed
a notice of Cross-appeal. I am supporting Judge Young "full and
complete judgment in the matter; and I also support the plaintiffs
legal and factual positions. Accordingly, for a second time
around will you please fil the enclosed motion and brief.
        Thank you.

3-24-26
DATE

THUS,  RESPECTFULLY
        SUBMITTED

Doctor, James Murray
09548-007
U.S.P. B1-Unit
Terre Haute, In. 47808