£.       .·

2026 APR 23 AM 11: 32

                                        RE: AMERICAN ASSOCIATION
                                            OF PROFESSORS V. RUBIO,
                                            ETAL
                                            CASE NO.1:25-cv-
                                            10685-WGY


Dear Honorable Judge Young:
     Enclosed please find letter dated January 21, 2026 from
the clerk's office for the U.S. Court of  Appeals for this circuit
in referenced to the above cited case. Also, please find enclosed
my letter dated March 24,2026 recieved for filing in the clerk's
office, U.S. Court of Appeals for this circuit in referenced to
the above cited case number 1:25-cv-10685-WGY. Also, please find
letter dated April 9, 2026  addressed to me  in receipt of my
March 24, 2026 letter and filing recieved on April 6, 2026.
Thus, evidently, indisputable that I am a diligent person for
all its worth.
     Also, enclosed please find my quintessential amicus curiae
brief in referenced to Case No. 1:25-cv-10685--WGY receieved in
the court of appeals on April 6, 2026. As an honorable jurist of
equitable tradition; I am provided this court with my quintessen-
tial brief as a matter of courtesy; for all practical purposes and
intent.


                                        RESPECTFULLY SUBMITTED

4-20-26
_____                        _____
     DATE                              Dr  James Murray  09548-007
                                       U.S.P. B1-UNIT
                                       P.O. BOX. 33
                                       TERRE HAUTE, IN. 47808


FOOTNOTE:
https//profiles.prisonprofessors.org/profile/james-murray.