The Honorable William Young

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, ET AL.,

　　　　　　　　　Plaintiffs,

v.

MARCO RUBIO, in his official capacity
as Secretary of State, and the
DEPARTMENT OF STATE, ET AL.,

　　　　　　　　　Defendants.

Civil Action No. 1:25-cv-10685-WGY

**NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS**

Pursuant to L.C.R. 83.5.2(d), undersigned counsel submits this Notice of Withdrawal as counsel for Defendants in the above-captioned case.  Defendants remain represented by other counsel from the Department of Justice, as reflected on the Court's docket.

NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS - 1
(Case No. 1:25-cv-10685-WGY)

United States Department of Justice
Civil Division, Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-4018

Respectfully Submitted,

Dated:  July 30, 2026

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

DREW C. ENSIGN
*Deputy Assistant Attorney General*

PAUL F. STONE
*Assistant Director, National Security Unit*
*Office of Immigration Litigation*

VICTORIA M. SANTORA
*Senior Counsel for National Security*
*Office of Immigration Litigation*

JESSE BUSEN
*Counsel for National Security*
*Office of Immigration Litigation*

*/s/ Lindsay M. Murphy*
LINDSAY M. MURPHY
Deputy Chief, National Security Unit
Office of Immigration Litigation
*Counsel for Defendants*

NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS - 2
(Case No. 1:25-cv-10685-WGY)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I filed the foregoing Notice of Withdrawal with the Clerk of the Court, using the Court's ECF/CM system, which will electronically serve a copy on all counsel of record.

/s/ Lindsay M. Murphy
LINDSAY M. MURPHY
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20001
(202) 616-4018

CERTIFICATE OF SERVICE
(Case No. 1:25-cv-10685-WGY)