The Honorable William Young

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, ET AL.,

                    Plaintiffs,

        v.

MARCO RUBIO, in his official capacity
as Secretary of State, and the
DEPARTMENT OF STATE, ET AL.,

                    Defendants.

Civil Action No. 1:25-cv-10685-WGY

**NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS**

Pursuant to L.C.R. 83.5.2(d), undersigned counsel submits this Notice of Withdrawal as

counsel for Defendants in the above-captioned case.  Defendants remain represented by other

counsel from the Department of Justice, as reflected on the Court's docket.

NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS - 1
(Case No. 1:25-cv-10685-WGY)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-8779

Respectfully Submitted,

Dated:  August 5, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Jessica D. Strokus*
JESSICA D. STROKUS
Senior Litigation Counsel
Office of Immigration Litigation

DREW C. ENSIGN
Deputy Assistant Attorney General

PAUL F. STONE
Assistant Director, National Security Unit
Office of Immigration Litigation

VICTORIA M. SANTORA
Senior Counsel for National Security
Office of Immigration Litigation

JESSE BUSEN
Counsel for National Security
Office of Immigration Litigation

*Counsel for Defendants*

NOTICE OF WITHDRAWAL AS
COUNSEL FOR DEFENDANTS - 2
(Case No. 1:25-cv-10685-WGY)

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
(202) 616-8779

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I filed the foregoing Notice of Withdrawal with the

Clerk of the Court, using the Court's ECF/CM system, which will electronically serve a copy on all

counsel of record.

/s/ Jessica D. Strokus
JESSICA D. STROKUS
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20001
(202) 616-8779

CERTIFICATE OF SERVICE
(Case No. 2:17-cv-00094-LK)