**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, ET AL.,<br><br>Defendants. | Case No. 1:25-cv-10685 (WGY) |

**NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Rule 83.5.2(d), notice is hereby given that the undersigned attorney, Stephany Kim, withdraws her appearance as counsel for Plaintiffs in this matter, as September 4, 2026 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. The Knight Institute, Sher Tremonte LLP, Ahilan Arulanantham, and Zimmer, Citron & Clarke, LLP will continue to represent Plaintiffs in this matter.

September 3, 2026

Respectfully submitted,

/s/ Stephany Kim

Stephany Kim
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephany.kim@knightcolumbia.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that on September 3, 2026, I electronically filed the foregoing notice in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 3, 2026

/s/ Stephany Kim
Stephany Kim