**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, ET AL.,

Plaintiffs,

-against-

MARCO RUBIO, ET AL.,

Defendants.

Case No. 1:25-cv-10685 (WGY)

**NOTICE OF WITHDRAWAL**

Pursuant to Local Civil Rule 83.5.2(d), notice is hereby given that the undersigned attorney, Courtney Gans, withdraws her appearance for Plaintiffs in this matter, as October 2, 2026 will be her last day as an associate at Sher Tremonte LLP. The Knight Institute, Sher Tremonte LLP, Ahilan Arulanantham, and Zimmer, Citron & Clarke, LLP will continue to represent Plaintiffs in this matter.

Dated: October 2, 2026

**SHER TREMONTE LLP**

By: *_/s/ Courtney Gans_*

Courtney Gans
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
E-mail: cgans@shertremonte.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that on October 2, 2026, I electronically filed the foregoing notice in the United States District Court for the District of Massachusetts using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: October 2, 2026

/s/ *Courtney Gans*________
Courtney Gans